RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
ROBBY S. NAOUFAL (SBN 302148)
robby.naoufal@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

JAMES W. DABNEY (*pro hac vice* pending)
james.dabney@hugheshubbard.com
JAMES R. KLAIBER (*pro hac vice* pending)
james.klaiber@hugheshubbard.com
LYNN M. RUSSO (*pro hac vice* pending)
lynn.russo@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1 Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

ROY LIU (*pro hac vice* pending)
Roy.Liu@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., 5th floor
Washington DC 20006 2401
Telephone: (202) 741-4938
Facsimile: (202) 729-4798

Attorneys for Plaintiffs
SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and
IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD., a Chinese Corporation, and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED, a Chinese Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SNAIL GAMES USA INC., a California Corporation, and WILDCARD PROPERTIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 2:21-cv-9552<br><br>**COMPLAINT FOR:**<br><br>**1. DECLARATORY JUDGMENT OF NON-LIABILITY FOR COPYRIGHT INFRINGEMENT**<br><br>**2. DECLARATORY JUDGMENT OF NON-LIABILITY FOR TRADE SECRET MISAPPROPRIATION**<br><br>**3. VIOLATION OF 17 U.S.C. § 512(f)**<br><br>**JURY TRIAL DEMAND** |

101934562_2

COMPLAINT

Suzhou Angela Online Game Technology Co., Ltd. and Imperium Interactive Entertainment Limited, by their attorneys, for their complaint in this action allege:

## JURISDICTION

1. This action arises under the Copyright Act, 17 U.S.C. §§ 101 et seq., and whatever trade secret laws Defendants referred to in Exhibit 1 hereto. The Court has subject matter jurisdiction to hear this action under at least 28 U.S.C. §§ 1331, 1332(a), 1338, 1367, 2201, and 2202. The parties are of diverse citizenship, and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

## PARTIES

2. Plaintiff Suzhou Angela Online Game Technology Co., Ltd. ("Angela Game") is a corporation organized and existing under the laws of China, having its principal place of business in Suzhou, China.

3. Plaintiff Imperium Interactive Entertainment Limited ("IE") is a corporation organized and existing under the laws of China, having its principal place of business in Hong Kong, China.

4. Defendant Snail Games USA Inc. is a corporation organized and existing under the laws of California, having its principal place of business in Culver City, California.

5. Defendant Wildcard Properties LLC ("Wildcard") is a limited liability company organized and existing under the laws of Florida, having its principal place of business in Redmond, Washington and having a presence in Santa Ana, California through at least a manager, Zhou Ying.

## FIRST CAUSE OF ACTION

**(Declaratory Judgment of Non-Infringement of Copyrights)**

6. Plaintiff Angela Games is the developer and owner of a videogame entitled *Myth of Empires* ("*Myth of Empires*").

7. *Myth of Empires* is the end-result of a years-long development effort dating back to at least 2018.

8. *Myth of Empires* was developed in part using version 4.26 of Unreal Engine (UE 4.26) under license from Epic Games, Inc.

9. Pursuant to a Steam Distribution Agreement dated 5 July 2020 between IE and third-party Valve Corporation ("Valve"), *Myth of Empires* was until recently offered, distributed, and made available to end users by Valve via a delivery system or service commonly known as Steam Platform.

10. On or about December 1, 2021, Defendants transmitted to Valve a copy of the letter annexed hereto as Exhibit 1 (the "Valve Letter").

11. The Valve Letter alleges that *Myth of Empires* purportedly "was built by: (1) stealing the *Ark Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*."

12. The allegations quoted in paragraph 11, above, are false.

13. Exhibit 1 does not present any material or substantial quantity of *Myth of Empires* software code, but attaches a document that (i) misleadingly presents, out of order, an extremely small set of "names" that exist in *Myth of Empires* source code; and (ii) omits software code that actually drives the operation of *Myth of Empires* including the "gameplay mechanics" referred to in Exhibit 1.

14. The "names" referred to in Exhibit 1 are not copyrightable and are not subject to copyright control in any event.

15. Based on false claims made in Exhibit 1, Valve ceased distributing *Myth of Empires* via Steam Platform on or about December 7, 2021.

16. The false claim of copyright infringement made in Exhibit 1 has caused and threatens to cause irreparable harm to Plaintiffs' business.

17. Plaintiffs are entitled to judgment declaring that *Myth of Empires* is not a "derivative work" of any of the copyrighted works referred to in Exhibit 1.

18. Plaintiffs are entitled to judgment declaring that the offering, reproduction, distribution, performance, display, or transmission of *Myth of Empires* does not infringe, directly or indirectly, any copyrights referred to in Exhibit 1

19. Plaintiffs are entitled to preliminary and permanent injunctions requiring Defendants to withdraw Exhibit 1 and any other takedown notices that Defendants may have issued to distributors of *Myth of Empires*, and to cease and desist from any further interference with the distribution of *Myth of Empires* by Valve or any other distributor thereof.

## SECOND CAUSE OF ACTION

**(Declaratory Judgment of Non-Misappropriation of Trade Secrets)**

20. Paragraphs 1-19, above, are realleged and incorporated by reference as if set forth in full.

21. In the Valve Letter, Defendants alleged that *Myth of Empires* "appears to have been built with trade secret source code copied and stolen from" Defendants.

22. The allegation quoted in paragraph 21, above, is false.

23. The false claim of trade secret misappropriation made in Exhibit 1 has caused and threatens to cause irreparable harm to Plaintiff's business.

24. Plaintiffs are entitled to judgment declaring that *Myth of Empires* does not embody any "trade secrets" owned by Defendant.

25. Plaintiffs are entitled to judgment declaring that the offering, reproduction, distribution, performance, display, or transmission of *Myth of Empires* does not, directly or indirectly, constitute trade secret misappropriation.

## THIRD CAUSE OF ACTION

**(Violation of 17 U.S.C. § 512(f))**

26. Paragraphs 1-25, above, are realleged and incorporated by reference as if set forth in full.

27. On or about December 1, 2021, Defendants knowingly materially misrepresented to Valve that *Myth of Empires* was built using "stolen source code."

28.  On or about December 1, 2021, Defendants knowingly materially misrepresented to Valve that its distribution of *Myth of Empires* infringed the copyrights identified in Exhibit 1.

29.  Defendants' knowing misrepresentations identified in paragraphs 27 and 28 have injured Plaintiffs' business by causing Valve to cease distribution of *Myth of Empires*.

30.  Defendants are liable to Plaintiffs, jointly and severally with any officers or directors who personally approved the transmission of Exhibit 1, for damages and attorneys' fees under 17 U.S.C. § 512(f).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court:

(i)  declare that Plaintiffs are not liable to Defendants for infringement of any copyrights referred to in Exhibit 1;

(ii)  declare that Plaintiffs are not liable to Defendants for misappropriation of any trade secrets referred to in Exhibit 1;

(iii)  issue preliminary and permanent injunctions directing Defendants to withdraw Exhibit 1 and any other takedown notice Defendants may have sent to any distributor of *Myth of Empires* and restraining Defendants from interfering with the distribution of *Myth of Empires*;

(iv)  award Plaintiffs damages as provided by law;

(v)  award Plaintiffs attorneys' fees as provided by law; and

(vi)  award Plaintiffs such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury of all issues so triable.

DATED: December 9, 2021

RITA M. HAEUSLER
ROBBY S. NAOUFAL
HUGHES HUBBARD & REED LLP

JAMES W. DABNEY (*pro hac vice* pending)
JAMES R. KLAIBER (*pro hac vice* pending)
LYNN M. RUSSO (*pro hac vice* pending)
HUGHES HUBBARD & REED LLP

ROY LIU (*pro hac vice* pending)
HUGHES HUBBARD & REED LLP

By: /s/ Rita M. Haeusler
      Rita M. Haeusler
      Attorneys for Plaintiffs
SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED