# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
**robertschwartz@quinnemanuel.com**

December 1, 2021

<u>VIA EMAIL</u>

Dawn Dempsey
Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue,  WA  98004
(425) 889-9642
dmca@valvesoftware.com

     **Re:**       **Notice of Claimed Infringement re:** *Myth of Empires*

Dear Ms. Dempsey,

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game *Ark: Survival Evolved*.

**This letter constitutes a "notice of claimed infringement" to Valve Corporation pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512(c)(3), better known as a DMCA "takedown" notice.**

Valve is offering for download, on its Steam Platform, a videogame titled *Myth of Empires*. According to the Valve website page for the game, the developer is a company called Angela Game.  Based on our investigation, the game appears to have been built with trade secret source code copied and stolen from SWC.  Valve's distribution of the video game *Myth of Empires* is thus facilitating trade secret misappropriation and copyright infringement.

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms.  In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS.  The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190. The source code was also subject to reasonable measures to maintain its secrecy, including

**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI |
MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY |
STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Dawn Dempsey – Valve Corporation
December 1, 2021 – Page 2

**DMCA "Takedown" Notice**
**17 U.S.C. § 512(c)(3)**

through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved* left to form Angela Game which, as noted above, is the developer of *Myth of Empires.*  Accordingly, when *Myth of Empires* was released on November 18, 2021, SWC became understandably concerned because of large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*.  This similarity extended to features that could not be explained through independent development, such as the use of *identical* gameplay mechanics not found in other games.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*.  A preliminary analysis is attached as **Exhibit A**.  SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC.  The analysis reveals ***hundreds*** of matching "class," "variable," and "function" names.

Given the nature and extent of the copying, this cannot be a coincidence.  For example, both games use hundreds of ***arbitrary*** yet ***identical***, or minimally renamed, variable names such as "bOnlyUseExpireTimeMultipliersIfActivated" and "SpawnInventoryOnDestructionLifeSpan."  It is simply unbelievable that so many unnecessary similarities in variable, class, and function names can be explained by "random chance."  This is a textbook case of copyright infringement and trade secret misappropriation.

Please be advised that if Valve does not take down *Myth of Empires*, then Valve may be liable for both indirect copyright infringement and trade secret misappropriation.  *See, e.g. Graduation Sols. LLC v. Luya Enter. Inc*., 2020 WL 9936697, at *6 (C.D. Cal. May 5, 2020) (denying motion to dismiss and allowing lawsuit to proceed where "There is no question that Luya committed intentional acts in selling graduation apparel via its Websites and that those sales of products using Plaintiff's allegedly misappropriated trade secrets and infringed copyright constitute the basis of Plaintiff's claims."); *see also* A&M Recs., Inc. v. Napster, Inc*., 239 F.3d 1004, 1022 (9th Cir. 2001) ("In the context of copyright law, vicarious liability extends beyond an employer/employee relationship to cases in which a defendant has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities.) (internal quotation omitted).

Note also that the DMCA offers a defense, where available, only to copyright claims.  It does not insulate anyone against claims for trade secret misappropriation.  This is not SWC's preferred course of action.  But we would be remiss if we did not mention it.

Accordingly, Studio Wildcard and Snail Games USA Inc. hereby formally request that Valve take down all versions of the game titled *Myth of Empires* from Valve's Steam Platform because *Myth of Empires* is an unauthorized derivative work built on source code unlawfully copied and misappropriated from SWC's *Ark: Survival Evolved*.

Dawn Dempsey – Valve Corporation                  **DMCA "TAKEDOWN" NOTICE**
December 1, 2021 – Page 3                          **17 U.S.C. § 512(C)(3)**

Additionally, and pursuant to the DMCA (17 U.S.C. § 512(c)(3)), Studio Wildcard and Snail Games USA Inc. hereby state (or re-state) the following:

1.  Studio Wildcard and Snail Games USA Inc. have authorized me to submit this notice of claimed infringement.

2.  Studio Wildcard and Snail Games USA Inc. own registered copyrights in their video game *Ark: Survival Evolved*, which has been registered with the copyright office and is covered by copyright registration numbers TX0008844750, TX0008844750, and TX0008850190.  *Ark: Survival Evolved* may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/346110/ARK_Survival_Evolved/.

3.  My clients' copyrights in *Ark: Survival Evolved* are being infringed by the video game *Myth of Empires*, which may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/1371580/Myth_of_Empires/.

4.  Studio Wildcard and Snail Games USA Inc. may be contacted through me, and I am available at the following address, phone number, and email address:

    > Robert M. Schwartz
    > Quinn Emanuel Urquhart & Sullivan LLP
    > 865 South Figueroa Street, 10th Floor
    > Los Angeles, California 90017
    > (213) 443-3675
    > robertschwartz@quinnemanuel.com

5.  Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* is infringing Studio Wildcard and Snail Games USA Inc.'s copyrights in *Ark: Survival Evolved*.  Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* was built by: (1) stealing the *Ark: Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*.  Key employees of the developer of *Myth of Empires* worked at the Chinese parent of Snail Games USA Inc. and at least one of them had credentials that enabled them to access the *Ark: Survival Evolved* source code.

I state, under penalty of perjury, that the information contained in this notice is accurate, and that I am authorized to act on behalf of Studio Wildcard and Snail Games USA Inc.

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Robert M. Schwartz

# Exhibit A

**V1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of a handful of reflected game headers. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

-------------------
**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, <u>recommended</u>):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc

**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify).
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)

1. Clone <u>https://github.com/guttir14/UnrealDumper-4.25</u>
2. Setup game to dump as any UE4.26 game, or use patterns:
   {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
   {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.

--------------

**PRELIMINARY MATCHES:**

```
1   // ATLAS
2   // APrimalStructure similar variables                                                  // ASGStructure similar variables
3
4   bool                                        bIsPreviewStructure : 1;                    bool                                        bPreviewStructure : 1;
5   TArray<class UMaterialInstanceDynamic*>     PreviewMaterialInstances;                   TArray<class UMaterialInstanceDynamic*>     PreviewInstances;
6   class UMaterialInterface*                   PreviewMaterial;                            class UMaterialInterface*                   PreviewCreateMaterial;
7   bool                                        bForcePlacingOnGround : 1;                  bool                                        bForceCreateOnGround : 1;
8   float                                       PlacementMaxRange;                          float                                       MaxCreateRange;
9   TArray<struct FPrimalStructureSnapPoint>    SnapPoints;                                 TArray<struct FBindPointInfo>               BindPoints;
10  int                                         StructureSnapTypeFlags;                     int32_t                                     BindType;
11  struct FVector                              PlacementHitLocOffset;                      struct FVector                              CreateHitLocationOffset;
12  struct FVector                              PlacementEncroachmentCheckOffset;           struct FVector                              CreateCheckBoxOffset;
13  struct FVector                              PlacementTraceScale;                        struct FVector                              CreateCheckBoxScale;
14  struct FRotator                             PlacementRotOffset;                         struct FRotator                             CreateCheckBoxRotOffset;
15  float                                       MaximumHeightAboveWorldGround;              float                                       MaxHeightToWorldGround;
16  bool                                        bIsFoundation : 1;                          bool                                        bFoundation : 1;
17  bool                                        bIsWall : 1;                                bool                                        bWall : 1;
18  bool                                        bIsFloor : 1;                               bool                                        bFloor : 1;
19  bool                                        bOnlyFoundationIfSnappedToFoundation : 1;   bool                                        bOnlyFoundationWhenBindedToFoundation : 1;
20  class UClass*                               AllowReplacementByStructureClassType;       class ASGStructure*                         CanReplaceByStructureClass;
21  class UClass*                               PreventReplacementOfStructureClassType;     class ASGStructure*                         PreventReplaceByStructureClass;
22  bool                                        bReturnDamageOnHitFromPawn : 1;             bool                                        bReturnDamageHitByPawn : 1;
23  float                                       ReturnDamageAmount;                         float                                       ReturnDamageAmount;
24  float                                       ReturnDamageImpulse;                        float                                       ReturnDamageImpulse;
25  class UClass*                               ReturnDamageType;                           class UClass*                               ReturnDamageType;
26  bool                                        bRequiresPlacingOnWall : 1;                 bool                                        bForceCreateOnWall : 1;
27  bool                                        bCanDemolish : 1;                           bool                                        bCanBeDemolished : 1;
28  float                                       PlacementFloorCheckStartOffsetZ;            float                                       CheckFloorZUp;
29  float                                       PlacementFloorCheckEndOffsetZ;              float                                       CheckFloorZDown;
30  class UClass*                               NewSpawnEmitter;                            class UClass*                               SpawnEmitter;
31  struct FVector                              SpawnEmitterLocationOffset;                 struct FVector                              SpawnEmitterLocationOffset;
32  struct FRotator                             SpawnEmitterRotationOffset;                 struct FRotator                             SpawnEmitterRotationOffset;
33  class USoundBase*                           PlacementSound;                             struct FName                                SpawnSoundID;
34  float                                       PreventPlacingNearEnemyRadius;              float                                       CheckEnemyFoundationRadius;
35  bool                                        bForceCheckNearbyEnemyFoundation : 1;       bool                                        bCheckNearByEnemyFoundation : 1;
36  bool                                        bForcePreventEnemyStructuresNearby : 1;     bool                                        bPreventNearByEnemyFoundation : 1;
37  bool                                        bOnlyAllowPlacementInWater : 1;             bool                                        bRealFoundation : 1;
38  struct FVector                              WaterVolumeCheckPointOffset;                struct FVector                              CheckWaterLocationOffset;
39  float                                       WaterPlacementMinimumWaterHeight;           float                                       CheckMinWaterHeight;
40  float                                       PreventPlacingNearEnemyRadius;              float                                       CheckEnemyPlayerRadius;
41  struct FName                                StructureTypeTag;                           class FString                               StructureTag;
42  TArray<class UClass*>                       IgnoreReplacementCheckOfStructureClassTypes; TArray<class ASGStructure*>                IgnorePreventStructureClasses;
43  bool                                        bAttachToStaticMeshSocket : 1;              bool                                        bAllowAttachToStaticMeshSocket : 1;
44  struct FName                                AttachToStaticMeshSocketNameBase;           struct FName                                AttachToStaticMeshSocketName;
45  float                                       DemolishGiveItemCraftingResourcePercentage; float                                       GivingItemFromDemolishPercentage;
46  bool                                        bCanBeRepaired : 1;                         bool                                        bCanRepair : 1;
47  bool                                        bIsRepairing : 1;                           bool                                        bRepairing : 1;
48  double                                      NextAllowRepairTime;                        double                                      NextAllowRepairTime;
49  float                                       RepairCheckInterval;                        float                                       RepairInterval;
50  float                                       RepairPercentPerInterval;                   float                                       RepairHPPerInterval;
51  class UClass*                               ConsumesPrimalItem;                         class UClass*                               ConsumeItem;
52  float                                       NoClaimFlagDecayDestructionPeriod;          float                                       NoTeamAreaDecayInterval;
53  float                                       NoClaimFlagDecayDestructionPeriodMultiplier; float                                      NoTeamAreaDecayHPPercent;
54  float                                       DecayDestructionPeriod;                     float                                       TeamAreaDecayInterval;
55  float                                       DecayDestructionPeriodMultiplier;           float                                       TeamAreaDecayHPPercent;
56  class FString                               OwnerName;                                  class FString                               OwnerName;
57  class FString                               OwningPlayerName;                           class FString                               OwnerPlayerName;
58  uint32_t                                    StructureID;                                uint32_t                                    StructureID;
59  TArray                            LinkedStructuresID;                         TArray                            BindedStructuresByID;
60  TArray<class APrimalStructure*>             LinkedStructures;                           TArray<class ASGStructure*>                 BindedStructures;
61  TArray<class APrimalStructure*>             StructuresPlacedOnFloor;                    TArray<class ASGStructure*>                 StructuresOnFloor;
62  class APrimalStructure*                     PlacedOnFloorStructure;                     class ASGStructure*                         CreateOnFloorStructure;
63  bool                                        bPendingRemoval : 1;                        bool                                        bPendingRemove : 1;
```

```
// ATLAS
// UPrimalRichTextBlock similar variables

struct FText                            Text;
TEnumAsByte<ETextJustify>               Justification;
bool                                    AutoWrapText;
float                                   WrapTextAt;
struct FMargin                          Margin;
float                                   LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& inString);

// --------------------------------------------------

// ATLAS
// UPrimalInventoryComponent similar variables

TArray<class UClass*>                   DefaultInventoryItems;
TArray<class UClass*>                   CheatInventoryItems;
TArray<class UClass*>                   DefaultEquippedItems;
TArray<class UClass*>                   DefaultSlotItems;
TArray<class UPrimalItem*>              CraftingItems;
int                                     MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>     ItemCraftQueueEntries;
TArray<class UClass*>                   RemoteAddItemOnlyAllowItemClasses;
TArray<struct FItemMultiplier>          ItemSpoilingTimeMultipliers;
TArray<class UPrimalItem*>              InventoryItems;
TArray<class UPrimalItem*>              EquippedItems;
TArray<class UPrimalItem*>              ItemSlots;
bool                                    bInital : 1;
int                                     MaxInventoryItems;

// --------------------------------------------------

// ATLAS
// UPrimalItem similar variables

TWeakObjectPtr<class AShooterWeapon>         AssociatedWeapon;
TWeakObjectPtr<class UPrimalInventoryComponent> OwnerInventory;
TArray<struct FCraftingResourceRequirement>  BaseCraftingResourceRequirements;
class UClass*                           SpoilingItem;
float                                   SpoilingTime;
class UClass*                           BrokenGiveItemClass;
TEnumAsByte<EPrimalEquipmentType>       MyEquipmentType;
int                                     MaxBlueprintCrafts;
unsigned char                           bResourcePreventGivingFromDemolition : 1;
unsigned char                           bCanBuildStructures : 1;
float                                   BlueprintTimeToCraft;
unsigned char                           bAutoCraftBlueprint : 1;
double                                  NextCraftCompletionTime;
unsigned char                           bDestroyBrokenItem : 1;
int                                     SlotIndex;
float                                   ItemQuality;
unsigned char                           bBPCanUse : 1;
unsigned char                           bAllowUseWhileRiding : 1;
unsigned char                           bAllowRemoteUseInInventory : 1;
unsigned char                           bUseItemDurability : 1;
TArray<class UClass*>                    CraftingRequiresInventoryComponent;
float                                   NewBaseCraftingXP;
TEnumAsByte<EPrimalItemType>            MyItemType;
```

Right column:

```
// Myth of Empires
// USGRichTextBlock similar variables

struct FText                            Text;
TEnumAsByte<ETextJustify>               Justification;
bool                                    AutoWrapText;
float                                   WrapTextAt;
struct FMargin                          Margin;
float                                   LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& InString);

// --------------------------------------------------

// Myth of Empires
// USGInventoryComponent similar variables

class TMap<class USGItem*, int32_t>     DefaultInventoryItems;
class TMap<class USGItem*, int32_t>     CheatInventoryItems;
class TMap<class USGItem*, int32_t>     DefaultEquippedItems;
class TMap<class USGItem*, int32_t>     DefaultShortCutItems;
TArray<class USGItem*>                  CraftItems;
int32_t                                 MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>     ItemCraftQueueEntries;
TArray<class UClass*>                    OnlyAddItemTemplates;
TArray<struct FItemExpireTimeData>      ItemExpireTimeData;
TArray<class USGItem*>                  InventoryItems;
TArray<class USGItem*>                  EquipItems;
TArray<class USGItem*>                  ShortCutItems;
unsigned char                           bInitializedMe : 1;
int32_t                                 EquipItemMaxAmount;

// --------------------------------------------------

// Myth of Empires
// USGItem similar variables

TWeakObjectPtr<class ASGWeapon>             AssociatedWeapon;
TWeakObjectPtr<class USGInventoryComponent> OwnerInventory;
TArray<struct FCraftResourceRequirement>    BaseCraftResourceRequirements;
class USGItem*                          ExpiredItem;
float                                   ExpireTime;
class USGItem*                          BrokenGiveItemClass;
TEnumAsByte<EEquipmentType>             EquipmentType;
int32_t                                 MaxCanCraftAmount;
bool                                    bPreventGivingFromDemolish : 1;
bool                                    bCanCreateStructure : 1;
float                                   TimeToCraft;
bool                                    bAutoCraft : 1;
float                                   NextCraftRemainTime;
bool                                    bBrokenDestroy : 1;
int32_t                                 SlotIndex;
TEnumAsByte<EItemQuality>               ItemQuality;
bool                                    bCanUse : 1;
bool                                    bCanRideUse : 1;
bool                                    bCanCosumeForTarget : 1;
bool                                    bUseDurable : 1;
TArray<class USGItem*>                  CraftInStructureItem;
float                                   BaseCraftExperienceToAdd;
EItemType                              ItemType;
```

```
1    // ATLAS                                                                                          // Ark of Empires
2    // APrimalCharacter, APrimalDinoCharacter similar variables         // ABaseCharacter, ASGCharacter similar variables
3
4    float                                      DefaultAngularDamping;                    float                    DefaultAngularDamping;
5    float                                      DefaultLinearDamping;                     float                    DefaultLinearDamping;
6    float                                      CorpseDraggedDecayRate;                   float                    CorpseDraggedDecayRate;
7    double                                     CorpseDestructionTime;                    float                    CorpseDissolveTime;
8    float                                      CorpseFadeAwayTime;                       float                    CorpseDissolveFinishTime;
9    struct FVector                             TPVCameraOffset;                          struct FVector           TPVCameraOffset;
10   float                                      ServerSeatedViewRotationPitch;            float                    ServerSeatedViewRotationPitch;
11   float                                      ServerSeatedViewRotationYaw;              float                    ServerSeatedViewRotationYaw;
12   float                                      ClientRotationInterpSpeed;                float                    ControlRotationInterpSpeed;
13   TArray<struct FDinoAttackInfo>             AttackInfos;                              TArray<struct FAIAttackInfo>    AIAttackInfos;
14   TArray<struct FBoneDamageAdjuster>         BoneDamageAdjusters;                      TArray<struct fAnimalsBoneDamageAdjusterConfig>  AnimalBoneDamageAdjusters;
15   TWeakObjectPtr<class APrimalCharacter>     CarriedCharacter;                         TWeakObjectPtr<class ABaseCharacter>    CarriedCharacter;
16   TWeakObjectPtr<class APrimalCharacter>     MountCharacter;                           TWeakObjectPtr<class ABaseCharacter>    RiderCharacter;
17   TWeakObjectPtr<class ANPCZoneVolume>       HardLimitWildDinoToVolume;                TWeakObjectPtr<class ANpcSpawnVolume>   BindNpcSpawnVolume;
18   unsigned char                              bAllowTargetingCorpses : 1;               bool                     bAllowTagetCorpses : 1;
19   unsigned char                              bCanBeTamed : 1;                          bool                     bCanTame : 1;
20   unsigned char                              bIsImmobilized : 1;                       bool                     bImmobilized : 1;
21   unsigned char                              bIsAmphibious : 1;                        bool                     bIsAmphibious : 1;
22   unsigned char                              bForceNoRotation : 1;                     bool                     bForbidRotation : 1;
23   float                                      TamedMaxFollowDistance;                   float                    MaxFollowDistance;
24   struct FVector                             MovingAroundBlockadePoint;                struct FVector           MoveAroundBlockadePoint;
25   class AActor*                              LastMovingAroundBlockadeActor;            TWeakObjectPtr<class AActor*>   LastMoveAroundBlockadeActor;
26   unsigned char                              bRiderDontRequireSaddle : 1;              bool                     bRiderRequireSaddle : 1;
27   float                                      ReplicatedHealth;                         float                    ReplicatedHP;
28   float                                      RiderMaxSpeedModifier;                    float                    ExtraMaxSpeedModifier;
29   float                                      RiderExtraMaxSpeedModifier;               float                    ExtraMaxSpeedModifier;
30   unsigned char                              bIgnoreMoveAroundBlockade : 1;            bool                     bIsMoveAroundBlockade : 1;
31   unsigned char                              bPreventMovement : 1;                     bool                     bForbidMove : 1;
32   unsigned char                              bIsBeingDragged : 1;                      bool                     bIsDragged : 1;
33   unsigned char                              bIsSleeping : 1;                          bool                     bIsSleeping : 1;
34   unsigned char                              bPreventImmobilization : 1;               bool                     bPreventImmobilize : 1;
35   unsigned char                              bRiderDontRequireSaddle : 1;              bool                     bRiderRequireSaddle : 1;
36   unsigned char                              bUsesGender : 1;                          bool                     bUseCharacterSex : 1;
37   class UClass*                              DefaultWeapon;                            class UClass*            DefaultWeapon;
38   class UAnimMontage*                        MountCharacterAnimation;                  class UAnimMontage*      MountMontage;
39   class UPrimalHarvestingComponent*          MyDeathHarvestingComponent;               class USGExploitComponent*   DeathExploitComponent;
40   float                                      BabyAge;                                  float                    AnimalAge;
41   float                                      BabyScale;                                float                    AnimalBabyScale;
42   double                                     LastHitDamageTime;                        float                    LastMakeDamageTime;
43   double                                     NextAllowedMatingTime;                    float                    NextMateRemainTime;
44   struct FVector                             TPVCameraOffset;                          struct FVector           TPVCameraOffset;
```

```
65  // ATLAS                                                              // Myth of Empires
66  // APrimalStructureWaterPipe similar variables                        // ASGStructureWaterPipe similar variables
67
68  bool                            bHasWater : 1;                        bool                            bHasWater : 1;
69  class UMaterialInterface*       HasWaterMaterial;                     class UMaterialInterface*       HasWaterReplaceMaterial;
70  class UMaterialInterface*       NoWaterMaterial;                      class UMaterialInterface*       NoWaterReplaceMaterial;
71  int                             WaterMaterialIndex;                   int32_t                         ReplaceMaterialIndex;
72
73  void OnRep_HasWater(bool bNewHasWater);                               void OnRep_HasWater(bool bPreviousHasWater);
74
75  // ------------------------------------------                          // ------------------------------------------
76
77  // ATLAS                                                              // Myth of Empires
78  // UUI_PreviewWidget similar variables                                // UPreviewSceneWidget similar variables
79
80  float                           FOV;                                  float                           FOV;
81  struct FRotator                 MeshRotation;                         struct FRotator                 MeshRotation;
82  struct FRotator                 OrbitRotation;                        struct FRotator                 OrbitRotation;
83  struct FVector                  MeshScale;                            float                           PreviewScale;
84  float                           CameraDistance;                       float                           CameraDistance;
85  float                           BrakeSpeed;                           float                           BrakeSpeed;
86  float                           RotationSpeed;                        float                           RotationSpeed;
87  struct FRotator                 AutoRotator;                          struct FRotator                 AutoRotator;
88  class UWorld*                   GameWorld;                            class UWorld*                   GameWorld;
89  class UWorld*                   PreviewWorld;                         class UWorld*                   PreviewWorld;
90  TArray<class USceneComponent*>  PreviewComponents;                    TArray<class USceneComponent*>  PreviewComponents;
91  struct FVector2D                RotationVelocity;                     struct FVector2D                RotationVelocity;
92  class USceneCaptureComponent2D* CaptureComponent;                     class USceneCaptureComponent2D* CaptureComponent;
93
94  // ------------------------------------------                          // ------------------------------------------
95
96  // ATLAS                                                              // Myth of Empires
97  // APrimalStructureDoor similar variables                             // ASGStructureDoor similar variables
98
99  class USceneComponent*          MyDoorTransform;                      class USceneComponent*          MyDoorRootComponent;
100 float                           RotationSpeed;                        float                           RotationSpeed;
101 class USoundCue*                DoorOpenSound;                        struct FName                    OpenSoundID;
102 class USoundCue*                DoorCloseSound;                       struct FName                    CloseSoundID;
103 bool                            bInvertOpenCloseDirection : 1;        bool                            bOpenCloseDirection : 1;
104 bool                            bIsLocked : 1;                        bool                            bIsLocked : 1;
105 int8_t                          DoorOpenState;                        int8_t                          DoorSwitchState;
106 bool                            bRotatePitch : 1;                     bool                            bRotateByPitch : 1;
107 bool                            bRotateRoll : 1;                      bool                            bRotateByRoll : 1;
108 bool                            bRotateYaw : 1;                       bool                            bRotateByYaw : 1;
109 bool                            bInitializedRotation : 1;             bool                            bInitRotation : 1;
110 bool                            bUseSecondDoor : 1;                   bool                            bDoubleDoor : 1;
111 struct FRotator                 SecondDoorDefaultRot;                 struct FRotator                 DoubleDoorDefaultRotation;
112 bool                            bSupportsPinLocking : 1;              bool                            bCanSetPassword : 1;
113 uint32_t                        CurrentPinCode;                       uint32_t                        CurrentPassword;
114 bool                            bIsPinLocked : 1;                     bool                            bLockedByPassword : 1;
115
116 void NetGotoDoorState(int8_t DoorState);                              void SwitchDoorState(unsigned char DoorState);
117 void OnRep_DoorOpenState(int8_t PrevDoorOpenState);                   void OnRep_DoorSwitchState();
118 void NetGotoDoorState(int8_t DoorState);                              void NetSwitchDoorState(unsigned char DoorState);
```

```
122  // ATLAS
123  // APrimalStructureItemContainer similar variables
124
125  bool                                            bOnlyUseSpoilingMultipliersIfActivated : 1;
126  bool                                            bAutoActivateWhenFueled : 1;
127  bool                                            bCanToggleActivation : 1;
128  class FString                                   ActivateContainerString;
129  class FString                                   DeactivateContainerString;
130  uint64_t                                        DeathCacheCharacterID;
131  bool                                            bContainerActivated : 1;
132  class UClass*                                   NextConsumeFuelGiveItemType;
133  double                                          LastCheckedFuelTime;
134  bool                                            bDropInventoryOnDestruction : 1;
135  float                                           DropInventoryOnDestructionLifespan;
136  double                                          NetDestructionTime;
137  class USoundBase*                               ContainerActivatedSound;
138  class USoundBase*                               ContainerDeactivatedSound;
139  uint32_t                                        CurrentPinCode;
140  bool                                            bIsPinLocked : 1;
141
142  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetRep...
143
144  // ----------------------------------------------------
145
146  // ATLAS
147  // APrimalStructureBed similar variables
148
149  bool                                            bDestroyAfterRespawnUse : 1;
150  struct FVector                                  RespawnLocationOffset;
151  struct FRotator                                 RespawnRotOffset;
152  class FString                                   BedName;
153
154  // ----------------------------------------------------
155
156  // ATLAS
157  // APrimalStructureTurretBallista similar variables
158
159  float                                           TPVCameraPitchMin;
160  float                                           TPVCameraPitchMax;
161  float                                           YawViewRotation;
162  float                                           PitctViewRotation;
163  class UClass*                                   CurrentAmmoItemTemplate;
164  TArray<class UClass*>                            AlternateAmmoItemTemplates;
165
166  // ----------------------------------------------------
167
168  // ATLAS
169  // APrimalStructureSeating similar variables
170
171  TWeakObjectPtr<class APrimalCharacter>          SeatedCharacter;
172  int                                             NumSeats;
173  struct FVector                                  SeatedCharacterLocationOffset;
174  struct FRotator                                 SeatedCharacterRotationOffset;
175  TArray<TWeakObjectPtr<class APrimalCharacter>>  CharacterPerSeat;
176  class USoundCue*                                RideSound;
177  class USoundCue*                                UnrideSound;
```

Right column:

```
122  // Myth of Empires
123  // ASGStructureItemContainer similar variables
124
125  bool                                            bOnlyUseExpireTimeMultipliersIfActivated : 1;
126  bool                                            bAutoActivateWhenFuel : 1;
127  bool                                            bCanActivate : 1;
128  struct FText                                    ContainerActivateString;
129  struct FText                                    ContainerDeactivateString;
130  struct FGuid                                    DeathCharacterGuid;
131  bool                                            bIsActivated : 1;
132  class UClass*                                   NextConsumeFuelGiveItem;
133  double                                          LastRefreshFuelStateTime;
134  bool                                            bSpawnInventoryOnDestruction : 1;
135  float                                           SpawnInventoryOnDestructionLifeSpan;
136  float                                           SavedNetDestructionTime;
137  struct FName                                    ActivatedSoundID;
138  struct FName                                    DeActivatedSoundID;
139  uint32_t                                        CurrentPassword;
140  bool                                            bLockedByPassword : 1;
141
142  void NetSetContainerActive(bool bActive);
143
144  // ----------------------------------------------------
145
146  // Myth of Empires
147  // ASGStructureBed similar variables
148
149  bool                                            bReSpawnDestroy : 1;
150  struct FVector                                  PlayerSpawnLocOffset;
151  struct FRotator                                 PlayerSpawnRotOffset;
152  class FString                                   BedName;
153
154  // ----------------------------------------------------
155
156  // Myth of Empires
157  // ASGStructureTurret similar variables
158
159  float                                           TPVCameraPitchMin;
160  float                                           TPVCameraPitchMax;
161  float                                           YawViewRotation;
162  float                                           PitchViewRotation;
163  class UClass*                                   CurrentAmmoItemTemplate;
164  TArray<class UClass*>                            AllAmmoItemTemplates;
165
166  // ----------------------------------------------------
167
168  // Myth of Empires
169  // ASGStructureSeat similar variables
170
171  TWeakObjectPtr<class ABaseCharacter>            SeatedCharacter;
172  int32_t                                         NumSeats;
173  struct FVector                                  SeatedCharacterLocationOffset;
174  struct FRotator                                 SeatedCharacterRotationOffset;
175  TArray<class ABaseCharacter*>                    AllSeatedCharacter;
176  struct FName                                    RideSoundID;
177  struct FName                                    UnRideSoundID;
```

```
181  // ATLAS
182  // ANPCZoneManager similar variables
183
184  TArray<class AActor*>                       DefaultZoneSpawnVolumeFloors;
185  TArray<struct FName>                        DefaultZoneSpawnVolumeFloorTags;
186  class UClass*                               NPCSpawnEntriesContainerObject;
187  TArray<class ANPCZoneVolume*>               LinkedZoneVolumes;
188  TArray<struct FLinkedZoneSpawnVolumeEntry>  LinkedZoneSpawnVolumeEntries;
189  int                                         MaxNumberSpawnZoneRandomPointChecks;
190  int                                         MinDesiredNumberOfNPC;
191  int                                         AbsoluteMaxNumberOfNPC;
192  float                                       PlayerDistanceFromSpawnPoint;
193  float                                       StructureDistanceFromSpawnPoint;
194
195  // ------------------------------------------------------------
196
197  // ATLAS
198  // ScriptStruct ShooterGame.DecalData
199
200  struct FDecalData
201  {
202      class UMaterialInterface*               DecalMaterial;
203      float                                   DecalSize;
204      float                                   DecalDepth;
205      float                                   DecalImpactNormalOffset;
206      float                                   LifeSpan;
207      float                                   RandomAngleRange;
208  };
209
210  // ------------------------------------------------------------
211
212  // ATLAS
213  // ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry
214
215  struct FLinkedZoneSpawnVolumeEntry
216  {
217      class ANPCZoneSpawnVolume*              LinkedZoneSpawnVolume;
218      TArray<class AActor*>                   ZoneSpawnVolumeFloors;
219      TArray<struct FName>                    ZoneSpawnVolumeFloorTags;
220      float                                   EntryWeight;
221      unsigned char                          UnknownData00[0x4];
222  };
223
224  // ------------------------------------------------------------
225
226  // ATLAS
227  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit
228
229  struct FNPCSpawnLimit
230  {
231      class UClass*                          NPCClass;
232      class FString                          NPCClassString;
233      float                                  MaxPercentageOfDesiredNumToAllow;
234      unsigned char                          UnknownData00[0x4];
235  };
236
```

Right column (Myth of Empires):

```
181  // Myth of Empires
182  // ...NpcSpawn... similar variables
183
184  TArray<class AActor*>                       DefaultSpawnVolumeFloors;
185  TArray<struct FName>                        DefaultSpawnVolumeFloorTags;
186  class UClass*                               NpcSpawnTemplateClass;
187  TArray<class ANpcVolume*>                   NpcVolumes;
188  TArray<struct FNpcSpawnVolumeData>          NpcSpawnVolumeDatas;
189  int32_t                                     MaxNumberValidSpawnDataChecks;
190  int32_t                                     MinDesiredNumberOfNPC;
191  int32_t                                     MaxNumberOfNPC;
192  float                                       CheckPlayerDistance;
193  float                                       CheckStructureDistance;
194
195  // ------------------------------------------------------------
196
197  // Myth of Empires
198  // ScriptStruct SG.DecalData
199
200  struct FDecalData
201  {
202      class UMaterialInterface*               DecalMaterial;
203      float                                   DecalSize;
204      float                                   DecalDepth;
205      float                                   DecalImpactNormalOffset;
206      float                                   LifeSpan;
207  };
208
209
210  // ------------------------------------------------------------
211
212  // Myth of Empires
213  // ScriptStruct SG.NpcSpawnVolumeData
214
215  struct FNpcSpawnVolumeData
216  {
217      class ANpcSpawnVolume*                  NpcSpawnVolume;
218      TArray<class AActor*>                   SpawnVolumeFloors;
219      TArray<struct FName>                    SpawnVolumeFloorTags;
220      float                                   Weight;
221      unsigned char                          UnknownData00[0x4];
222  };
223
224  // ------------------------------------------------------------
225
226  // Myth of Empires
227  // ScriptStruct SG.NPCSpawnLimit
228
229  struct FNPCSpawnLimit
230  {
231      class ABaseCharacter*                  NPCTemplateClass;
232      float                                  Percentage;
233      unsigned char                          UnknownData00[0x4];
234  };
```

```
239  // ATLAS                                                        // Myth of Empires
240  // ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry      // ScriptStruct SG.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry                                     struct FItemCraftQueueEntry
243  {                                                               {
244      struct FItemNetID              ItemId;                          class USGItem*                    ItemTemplate;
245      int                           Quantity;                        struct FGuid                      UniqueId;
246      bool                          bIsRepair;                       int32_t                          Quantity;
247      bool                          bIgnoreInventoryRequirement;     float                            RemaingCraftTime;
248      unsigned char                 UnknownData00[0x2];              float                            TotalRemainingCraftTime;
249      float                         RepairPercentage;                bool                             bIsRepair : 1;
250      float                         RepairSpeedMultiplier;           TEnumAsByte<EItemQuality>        UseRemoveItemQuality;
251  };                                                              };
252
253  // --------------------------------------------                  // --------------------------------------------
254
255  // ATLAS                                                        // Myth of Empires
256  // ScriptStruct ShooterGame.PrimalDinoCharacter.PrimalSaddleStructure   // ScriptStruct SG.PlatformStructure
257
258  struct FPrimalSaddleStructure                                   struct FPlatformStructure
259  {                                                               {
260      struct FVector                DinoRelativeLocation;            class ASGStructure*              PlatformStructure;
261      struct FRotator               DinoRelativeRotation;            struct FVector                   RelativeLocation;
262      struct FName                  BoneName;                        struct FRotator                  RelativeRotation;
263      class APrimalStructure*       MyStructure;                     struct FName                     BoneName;
264  };                                                              };
265
266
267  // --------------------------------------------                  // --------------------------------------------
268
269  // ATLAS                                                        // Myth of Empires
270  // ScriptStruct ShooterGame.PrimalStructure.PlacementData        // ScriptStruct SG.CreateStructureInfo
271
272  struct FPlacementData                                           struct FCreateStructureInfo
273  {                                                               {
274      struct FVector                AdjustedLocation;                struct FVector                   Expectedlocation;
275      struct FRotator               AdjustedRotation;                struct FRotator                  ExpectedRotation;
276      bool                          bSnapped;                        bool                             bHasBinded : 1;
277      bool                          bDisableEncroachmentCheck;       unsigned char                    UnknownData00[0x7];
278      bool                          bIsWaterGrounded;                class ASGStructure*              ParentStructure;
279      unsigned char                 UnknownData00[0x1];              class ASGStructure*              ReplaceStructure;
280      int                           MySnapToIndex;                   class ASGStructure*              PreventStructure;
281      int                           TheirSnapToIndex;                class ASGStructureCheckVolume*   PreventCheckVolume;
282      unsigned char                 UnknownData01[0x4];              class ASGStructure*              CreateOnStructure;
283      class AActor*                 FloorHitActor;                   class ABaseCharacter*            PlatformCharacter;
284      class APrimalStructure*       ParentStructure;                 struct FName                     AttachBoneName;
285      class APrimalStructure*       ForcePlacedOnFloorParentStructure;   bool                        bIgnoreCheckObject : 1;
286      class APrimalStructure*       ReplacesStructure;               unsigned char                    UnknownData01[0x7];
287      class APawn*                  AttachToPawn;                  };
288      struct FName                  AttachToBone;
289      class APrimalDinoCharacter*   DinoCharacter;
290  };
```

```
294    // ATLAS
295    // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry
296
297    struct FNPCSpawnEntry
298    {
299        class FString                                AnEntryName;
300        TArray<class UClass*>                        NPCsToSpawn;
301        TArray<class FString>                        NPCsToSpawnStrings;
302        TArray<struct FClassRemappingWeight>         NPCRandomSpawnClassWeights;
303        TArray<struct FVector>                       NPCsToSpawnOffsets;
304        TArray<float>                                NPCsToSpawnPercentageChance;
305        TArray<float>                                NPCMinLevelOffset;
306        TArray<float>                                NPCMaxLevelOffset;
307        TArray<float>                                NPCMinLevelMultiplier;
308        TArray<float>                                NPCMaxLevelMultiplier;
309        unsigned char                                bAddLevelOffsetBeforeMultiplier : 1;
310        unsigned char                                bForcePreventSpawnOnOcean : 1;
311        unsigned char                                UnknownData00[0x7];
312        TArray<unsigned char>                        NPCOverrideLevel;
313        struct FVector                               ExtentCheck;
314        struct FVector                               GroupSpawnOffset;
315        float                                        EntryWeight;
316    };
```

Right column:

```
294    // Myth of Empires
295    // ScriptStruct SG.NPCSpawnData
296
297    struct FNPCSpawnData
298    {
299        class FString                                SpawnDataName;
300        TArray<class ABaseCharacter*>                NpcTemplateClasses;
301        TArray                              NpcSpawnGroupMinNum;
302        TArray                              NpcSpawnGroupMaxNum;
303        float                                        NpcSpawnGroupDistance;
304        unsigned char                                UnknownData00[0x4];
305        TArray<float>                                NpcSpawnWeight;
306        TArray<float>                                NpcMinLevelOffset;
307        TArray<float>                                NpcMaxLevelOffset;
308        TArray<unsigned char>                        NpcOverrideLevel;
309        TArray<float>                                NpcMinQualityCorrection;
310        TArray<float>                                NpcMaxQualityCorrection;
311        TArray<float>                                MinDistanceToPlayer;
312        TArray<float>                                MaxDistanceToPlayer;
313        TArray<float>                                NpcSenseSightRadiusMulAdd;
314        TArray<unsigned char>                        NpcOverrideAllowSleep;
315        TArray<class FString>                        NpcStartSleepTime;
316        TArray<class FString>                        NpcEndSleepTime;
317        float                                        Weight;
318    };
```

Left column (second struct):

```
332    // -------------------------------------------------
333
334    // ATLAS
335    // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint
336
337    struct FPrimalStructureSnapPoint
338    {
339        struct FName                                 SnapPointDescription;
340        struct FVector                               PointLocOffset;
341        struct FRotator                              PointRotOffset;
342        struct FRotator                              PointComparisonExtraRotOffset;
343        unsigned char                                bAttachToPoint : 1;
344        unsigned char                                bAttachFromPoint : 1;
345        unsigned char                                bHighPriorityAttachToPoint : 1;
346        unsigned char                                bSnapToUseAlternatePlacemenTraceScale : 1;
347        unsigned char                                bAttachToDisableEncroachmentCheck : 1;
348        unsigned char                                bAttachToDisableVisibilityCheck : 1;
349        unsigned char                                bInvalidForStructureLinking : 1;
350        unsigned char                                bSnapForceNoGroundRequirement : 1;
351        unsigned char                                bSnapToOnlyAllowSingleAttachment : 1;
352        unsigned char                                bSnapToInvertYawWhenFlipped : 1;
353        unsigned char                                bPorthole : 1;
354        unsigned char                                bMeshOffsetUpdateSnapLocation : 1;
355        unsigned char                                bSnapForceAllowPlacementAtOtherActorLocation : 1;
356        unsigned char                                UnknownData00[0x2];
357        int                                          ToPointSnapTypeFlags;
358        int                                          ToPointSnapTypeExcludeFlags;
359        int                                          SnapPointMatchGroup;
360    };
```

Right column (second struct):

```
325    // -------------------------------------------------
326
327
328    // Myth of Empires
329    // ScriptStruct SG.BindPointInfo
330
331    struct FBindPointInfo
332    {
333        struct FName                                 BindPointDes;
334        struct FVector                               BindPointLocOffset;
335        struct FRotator                              BindPointRotOffset;
336        int32_t                                      CanBindType;
337        int32_t                                      CanBindTypeGroup;
338        int32_t                                      ExcludeBindType;
339        bool                                         bBindPointTo : 1;
340        bool                                         bBindPointFrom : 1;
341        bool                                         bBestBindPoint : 1;
342        bool                                         bChangeFoundation : 1;
343        bool                                         bIgnoreCheckObject : 1;
344        bool                                         bIgnoreCreateOnGroundWhenBinded : 1;
345        unsigned char                                UnknownData00[0x3];
346    };
```

```cpp
// ATLAS
// ScriptStruct ShooterGame.DamageHarvestingEntry

struct FDamageHarvestingEntry
{
    float                    DamageMultiplier;
    float                    HarvestQuantityMultiplier;
    float                    DamageHarvestAdditionalEffectiveness;
    float                    DamageDurabilityConsumptionMultiplier;
    unsigned char            bAllowUnderwaterHarvesting : 1;
    unsigned char            UnknownData00[0x7];
    class UClass*            DamageTypeParent;
    class UClass*            HarvestDamageFXOverride;
};

// -----------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement

struct FCraftingResourceRequirement
{
    float                    BaseResourceRequirement;
    unsigned char            UnknownData00[0x4];
    class UClass*            ResourceItemType;
    bool                     bCraftingRequireExactResourceType;
    unsigned char            UnknownData01[0x3];
    int                      ForceMultipleResourceTypesRequirement;
};

// -----------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData

struct FCropItemPhaseData
{
    float                    NextStageFertilizerCacheThreshold;
    unsigned char            UnknownData00[0x4];
    class UStaticMesh*       StageStaticMesh;
};
```

```cpp
// Myth of Empires
// ScriptStruct SG.DamageExploitEntry

struct FDamageExploitEntry
{
    int32_t                  DropWrapperId;
    float                    DropWrapperFactor;
    float                    DamageMultilier;
    float                    ExploitQuantityMultilier;
    class UDamageType*       DamageTypeParent;
};

// -----------------------------------------------------

// Myth of Empires
// ScriptStruct SG.CraftResourceRequirement

struct FCraftResourceRequirement
{
    int32_t                  BaseResourceRequirement;
    unsigned char            UnknownData00[0x4];
    TArray<class USGItem*>   ResourceItemType;
    bool                     bConsumesDurable : 1;
    unsigned char            UnknownData01[0x7];
};

// -----------------------------------------------------

// Myth of Empires
// ScriptStruct SG.CropPhaseData

struct FCropPhaseData
{
    float                    StageGrowthThreshold;
    float                    StageStartScale;
    float                    StageEndScale;
    unsigned char            UnknownData00[0x4];
    class UStaticMesh*       StageStaticMesh;
};
```

```
1   // ATLAS                                                          1   // Myth of Empires
2   // Similar functions                                             2   // Similar functions
3                                                                     3
4   void ServerActorViewRemoteInventory(class UPrimalInventoryComponent* InventoryComp);    4   void ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory);
5   void ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* InventoryComp);    5   void ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory);
6   void ServerReleaseSeatingStructure();                             6   void ServerReleaseSeatingStructure();
7   void OnRep_HasWater(bool bPreviousHasWater);                      7   void OnRep_HasWater(bool bNewHasWater);
8   void OnRep_AssociatedItemNetInfo();                              8   void OnRep_AssociatedItemNetInfo();
9   void ClientUpdateLinkedStructures(TArray NewLinkedStructures);    9   void ClientUpdateBindedStructures(TArray NewBindedStructures);
10  void FinishedLoadingGameMedia();                                 10  void FinishedLoadingGameMedia();
11  void OnRep_Saddle();                                             11  void OnRep_Saddle();
12  void OnRep_CarriedCharacter();                                   12  void OnRep_CarriedCharacter();
13  void ClientGameStarted();                                        13  void ClientGameStarted();
14  void OnDisableSpectator();                                       14  void OnDisableSpectator();
15  void UnlockAchievement(const class FString& AchievementID);      15  void UnLockAchievement(const class FString& ID);
16  class UPrimalGameData* BPGetGameData();                          16  class USGGameData* GetGameData();
17  class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh); 17  class UMeshComponent* GetWeaponMesh();
18  void ServerRequestLeaveAlliance(uint32_t AllianceID);            18  void ServerRequestLeaveGuild();
19  TArray<class APrimalBuff*> GetAllBuffs();                        19  class TMap<uint32_t, class USGBuff*> GetAllBuffs();
20  void ServerSplitItemStack(const struct FItemNetID& ItemId, int AmountToSplit);    20  void ServerSplitItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int ...
21  void PlayHitEffectPoint(float DamageTaken, const struct FPointDamageEvent& DamageEvent, class APawn* Pa...    21  void NetPlayHitEffectPoint(const struct FHitResult& HitInfo, class UDamageType* DamageTypeClass, TEnumAsBy...
22  void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);    22  void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);
23  void SpawnImpactEffect(const struct FHitResult& Impact);         23  void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
24  void ServerRequestLeaveTribe();                                  24  void ServerRequestLeaveGuild(bool bCheckBoxState);
25  void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);    25  void ServerRequestRenameGuild(const class FString& NewGuildName);
26  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetReplic...    26  void NetSetContainerActive(bool bActive);
27  void Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeFalling);    27  void Immobilize(bool bImmobilize);
28  TArray<class UClass*> GetAllItems();                             28  class TMap<int32_t, class USGItem*> GetAllItems();
29  void ServerCraftItem(class AShooterPlayerController* ByPC, struct FItemNetID& ItemId);    29  void ServerCraftItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int...
30  void ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerController* ByPC, bool bRepa...    30  void ServerRepairItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId);
31  void OnBeginOverlap(class AActor* Actor);                        31  void OnBeginOverlap(class AActor* Actor, class AActor* OtherActor);
32  void OnEndOverlap(class AActor* Actor);                          32  void OnEndOverlap(class AActor* Actor, class AActor* OtherActor);
33  void CloseWithAnimation();                                       33  void CloseWithAnimation();
34  void ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeftWeapon);    34  void ClientSetClipAmmo(int32_t InClipAmmo);
35  bool IsWithinAttackRange(class AActor* Other, bool bForceUseLastAttackIndex);    35  bool IsWithinAttackRange(class AActor* InOther, bool bIsFirst);
36  struct FVector GetRandomWanderDestination(const struct FVector& LocOverride, float RandomOffsetMultipli...    36  struct FVector GetRandomWanderDestination(bool bIsFirst);
37  float PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b...    37  float PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& StartSection);
38  void UpdateAttackTargets();                                      38  void UpdateAttackTarget(bool IsAttack);
39  void ClientShowSpawnUI(float Delay);                             39  void ClientShowSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo, float RespawnTime, bool bIsRe...
```

Inside the Myth of Empires binary, there are references to "Primal" Mod GameData - "Primal" being specific to ARK & ATLAS (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)

