RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
ROBBY S. NAOUFAL (SBN 302148)
robby.naoufal@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

JAMES W. DABNEY (*pro hac vice* pending)
james.dabney@hugheshubbard.com
JAMES R. KLAIBER (*pro hac vice* pending)
james.klaiber@hugheshubbard.com
LYNN M. RUSSO (*pro hac vice* pending)
lynn.russo@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1 Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

ROY LIU (pro hac vice pending)
Roy.Liu@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., 5th floor
Washington DC 20006 2401
Telephone: (202) 721-4621
Facsimile: (202) 721-4646

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD., a Chinese Corporation, and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED, a Hong Kong Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC., a California Corporation, and WILDCARD PROPERTIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 2:21-cv-9552-CAS-SK<br><br>**DECLARATION OF CHENG TING KONG IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

1     1.    My name is Cheng Ting Kong.  My business address is 26F, One Harbour

2    Square, 181 Hoi Bun Road, Kwun Tong, Kowloon, Hong Kong, China.  I am a Director

3    of Imperium Interactive Entertainment Limited ("IE"), the second named plaintiff in

4    this action.  I have personal knowledge of the matters stated in this declaration and, if

5    called as a witness, I could and would testify competently thereto.

6     2.    IE indirectly owns 100% of Shuzhou Angela Online Game Technology

7    Co., Ltd. ("Angela Game"), the first named plaintiff in this action.

8     3.    Angela Game is an independent digital game developer founded in 2019.

9    Angela Game is known to be a passionate, ambitious, and talented studio that seeks to

10    create titles that appeal to hardcore gamers looking for original ideas and engaging

11    gameplay.

12     4.    Angela Game's flagship game is *Myth of Empires*.  Construction of *Myth*

13    *of Empires* began in 2018, shortly before Angela Game was officially founded.  Angela

14    Game has spent over USD $9 million to develop and bring *Myth of Empires* to market.

15     5.    *Myth of Empires* is an immersive online game in which players build

16    fortresses, lead armies in massive battles, siege enemy cities, and establish their own

17    empire while fighting to survive and earn their place in a war-torn world.

18     6.    The source code for *Myth of Empires* was independently created by a team

19    of Angela Game developers, which over a more than three-year period comprised

20    approximately 50 individuals.

21     7.    The source code for *Myth of Empires* is more than 800,000 lines long and

22    is largely written in C++, which is a high level object-oriented programming language

23    tailored to system programming, with performance, efficiency, and flexibility of use as

24    its design highlights. C++ is useful in many contexts, including online games.

25     8.    *Myth of Empires* was also developed in part using a proprietary software

26    program known as Unreal Engine 4 ("UE4") under license from Epic Games.

27

28

9.     Epic Games is an American video game and software developer and publisher. Epic Games' Unreal Engine software powers the world's leading games—including *Myth of Empires*—and is also adopted across industries such as film and television, architecture, automotive, manufacturing, and simulation. Through Unreal Engine, Epic Games provides an end-to-end digital ecosystem for developers and creators to build, distribute, and operate games and other content.

10.    UE4 includes classes of software objects having certain attributes, functions, and logical relationships.  C++ game software developed using UE4 will naturally refer to UE4 objects and logic functions by class, function, and variable names, which describe or suggest pre-existing UE4 objects or pre-existing UE4 object attributes or functions.

11.    Between July 2020 and November 2021, many prototype versions of *Myth of Empires* were made available to the public. As part of this process, the source code for *Myth of Empires* was extensively tested and de-bugged. In part, this development process involved nine rounds of game-testing beginning in January 2021 whereby global gamers could test *Myth of Empires* by downloading it from the internet.

12.    The initial version of *Myth of Empires* was designed to interoperate with the "Steam" platform, operated by third-party Valve Corp. ("Valve"). The Steam platform is a popular online gaming platform and is the primary means through which users access and play *Myth of Empires*.

13.    IE and Valve are parties to a written Steam Distribution Agreement dated July 5, 2020 (the "Steam Agreement"), whereby IE and Valve contracted to have *Myth of Empires* listed on the Steam platform. *Myth of Empires'* availability to users on the Steam platform is indispensable to the games' success.

14.    On November 18, 2021, *Myth of Empires* was put into production and released to the public via the Steam platform.

15. Upon its release, *Myth of Empires* was instantly successful. The game garnered substantial favorable publicity, excellent reviews and ratings, and considerable social media buzz. A summary of press coverage that *Myth of Empires* has received since July 2020 is attached hereto as Exhibit 1.

16. Less than two weeks after *Myth of Empires'* highly successful launch to much public acclaim, and by letter dated December 1, 2021, Defendants Snail Games USA Inc. and Wildcard Properties LLC (collectively "Defendants") submitted a DMCA takedown notice (the "Valve Letter") to Valve Corporation ("Valve"), demanding that Value take down *Myth of Empires* from its Steam platform. The Valve Letter alleges that *Myth of Empires* "was built by: (1) stealing the Ark Survival Evolved source code and (2) using the stolen source code as the gameplay foundation for Myth of Empires."

17. Defendants are the developers of the online game, "*Ark: Survival Evolved*", among other online games. Defendants launched *Ark: Survival Evolved* in 2017. In the game, players must survive being stranded on an island filled with roaming dinosaurs and other prehistoric animals, natural hazards, and potentially hostile human players. *Ark: Survival Evolved* is also available on Valve's Steam Platform service.

18. During the "China Joy" trade show held in July 2020, the Myth of Empires game was presented and demonstrated to business associates and media partners. Then and subsequently, prototype versions of *Myth of Empires* were made available to the public and featured in news articles and social media posts as described in Exhibit 1. At no time prior to December 1, 2021, did Defendants voice any objection to *Myth of Empires* although prototype versions of the game had long been publicly available.

19. IE and Angela Game deny that any source code of Defendants or any of their trade secrets were referred to or used during the development of *Myth of Empires*.

20. *Myth of Empires* is a very different game from the *Ark: Survival Evolved* game as described above.

1      21.    The Valve Letter does not include or describe any log entry or other record
2   of *Ark: Survival Revolved* source code having been copied, uploaded, or downloaded
3   by any supposed source thereof to IE or Angela Game.

4      22.    Instead, the Valve Letter artificially re-orders a very small number of class,
5   variable, and function names found in *Myth of Empire* software code, creating the
6   superficial impression that code was copied.

7      23.    The Value Letter does not show any modules or coherent groupings of
8   code, but cites scattered fragments of 527 lines out of more than 800,000 lines of *Myth*
9   *of Empires* source code.  The Valve Letter does not show any substantial similarity
10  between any substantial quantity of *Myth of Empires* source code and any corresponding
11  module or other portion of *Ark: Evolution Evolved* source code.  The "class," "function,"
12  and "variable" names referred to in the Valve Letter denote attributes or functions or
13  types of UE4-based objects.  *Ark: Survival Evolved* apparently was made using a
14  version of UE4 licensed from Epic Games.  The particular objects in *Myth of Empires*,
15  defined by hundreds of thousands of lines of code, were originally created by Angela
16  Game developers.  The code defining these objects is distinct from generic class,
17  variable, or function names by which they may be called or invoked.

18     24.    Those class, variable, and function names cited in the Valve Letter are
19  consistent with *Myth of Empires* having been independently created using licensed UE4
20  software, which software includes classes of game objects (for example, vehicles;
21  shooters; characters; items) having attributes and functions and associated with
22  descriptive variable or function names.  Many of the class, variable, and function names
23  cited in the Valve Letter are commonly featured in the UE4 software and are terms
24  commonly used by laypersons in daily nomenclature, and thus are frequently used by
25  game programmers developing UE4-based objects and program code.

26     25.    On or about December 3, 2021, Valve notified IE that it had received the
27  Valve Letter demanding that it cease supporting *Myth of Empires*.

28

26.     On or about December 4, 2021, as a direct result of the Valve Letter, Valve ceased supporting *Myth of Empires* and removed it from its online videogaming platform, Steam. Valve's sudden cessation of support for *Myth of Empires* is causing severe and irreparable harm to IE and Angela Game.

27.     Following its delisting from Steam, Sales of *Myth of Empires* immediately went from thousands per day to zero, and Angela Game's competitive advantage evaporated. Customers likely went on to purchase other games (including possibly Defendants' *Ark: Survival Evolved* game). IE's and Angela Game's reputations have been tarnished as accused copyright infringers and trade secret thieves. The companies have been subjected to negative publicity and social media posts from outlets throughout the world, and their once high employee morale has been decimated, resulting in a loss of productivity and possible loss of highly trained and desirable employees to competitors.

28.     The timing of Defendant's "take down" notice is particularly harmful to IE and Angela Game. The first month of any game's launch is crucial to the game's success; a game's performance during the first month has a lasting impact on the atmosphere and interest in a game. The success of the launch directly impacts the number of "first wave" users, which in turn has a significant influence on the sustained success of the game.

29.     *Myth of Empires* was launched on November 18, 2021 and is therefore in its crucial first-month launch period. Up until Valve acted on Defendants takedown notice, IE and Angela Game were in a period of enhanced promotion for *Myth of Empires* and in which they had invested significant effort in the game's promotion and support for its user community. However, because *Myth of Empires* has been delisted from Steam, IE and Angela Game are unable to properly execute their promotional efforts aimed at increasing sales of the game. The marketing efforts will be doomed if *Myth of Empires* remains delisted.

30. By all measures, *Myth of Empires* was highly successful until it was removed from the Steam platform because of the Valve Letter, causing its sales to immediately plummet to zero. Unless the Valve Letter is retracted, IE and Angela Game will suffer irreparable harm, including with respect to *Myth of Empires'* sustained popularity and ultimately its financial return. The interest and popularity to be captured during the game's first month of launch cannot be replicated at a later date, and a failure in *Myth of Empires* launch will result in a lasting negative public opinion for IE and Angela Game.

31. On December 9, 2021, IE and Angela Game commenced this action.

32. A true and correct copy of the letter sent to Valve on December 10, 2021 requesting that it immediately restore support for *Myth of Empires* is attached hereto as Exhibit 2.

33. Valve has refused to restore support for *Myth of Empires* citing a "take down" notice issued by an attorney for the Defendants in this action.

34. Defendants' Valve Letter has caused and threatens to cause incalculable losses of sales of *Myth of Empires*.

35. Defendant's "take down" notice to Valve has caused and threatens to further cause irreparable harm to IE's and Angels Game's business reputation.

36. The Valve Letter has negatively affected the morale of IE and Angela Game employees who have worked very hard on *Myth of Empires* for years. Over 100 people are involved in the development, promotion, and operation of *Myth of Empires*, including 48 developers, 15 marketing personnel, 16 operation support personnel, and 9 technical support personnel. In addition, IE and Angela Game have 40 external marketing, operations and customer service personnel working to promote the game. Most of these individuals have worked together for 3 years towards the successful launch and operation of the game, and these efforts have been thwarted by an unadjudicated delisting of *Myth of Empires*.

37. IE and Angela Game currently have no other games under development. As their flagship game and only focus of development, *Myth of Empires*, is the most important source of revenue for IE and Angela Game.

38. Absent immediate relief from the Court, IE and Angela Game will have no meaningful opportunity to defend the allegations made in the Valve Letter.

39. Withdrawal of the Valve Letter should not cause any commercial harm to Defendants.

40. Withdrawal of the Valve Letter would leave Defendants free to present to the Court any evidence they may have in support of their claims.

I, CHENG TING KONG, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 17, 2021

# EXHIBIT 1

Contents

**Press Coverage：2020/7/30 China Joy First Public Appearance** ...................................................1

Press Coverage：2020/12/18 First trailer, Steam Store Online, Home Page Online, Start to Marketing .........................................................................................................................................3

Game Test：2021/1/29-2/5 First Closed Beta Tech Test (last for 36 hours) ................................3

Game Test：2021/3/16-3/23 Second Closed Beta Tech Test (last for 52 hours).........................3

Press Coverage: 2021/4/7 Announcement of global closed Test/Notice/Enroll ........................4

Press Coverage：Release of Behind Scene Trailer of motion capture of horse.........................4

Game Test：2021/4/16-4/23 The Third Global Closed Beta Tech Test.......................................5

Press Coverage：2021/4/23, Night of Wegame Promotion trailer released .............................6

Game Test：202/5/9-5/16 The Fourth Closed Beta Tech Test ...................................................6

Press Coverage：2021/5/14 Release of Behind Scene of BGM ................................................6

Game Test：2021/6/18-6/24 The Fifth Multi-Language Test.....................................................7

Press Coverage：2021/7/9 Release of Behind Scene of Motion capture...................................8

**Press Coverage：2021/7/30 Trailer of China Joy** ....................................................................8

Game Test：2021/7/15-8/15 The Sixth Closed Beta Tech Test..................................................10

Game Test：2021/8/1-9/29 The Seventh Closed Beta Tech Test...............................................10

Press Coverage：2021/9/24 Release and announcement of global closed Beta Test ...................10

Game Test：2021/10/2-10/9 The Eighth Global Early Access Closed Beta Test............................11

Press Coverage：2021/10/16-10/17「Fusion 2021 Tour」Chengdu.......................................12

Game Test：2021/10/18-11/14 The Ninth Closed Beta Tech Test .............................................12

Press Coverage for Early Access：2021/11/12 Teaser of Early Access version and start the mass promotion..................................................................................................................................12

**Press Coverage：2021/11/18 Early Access Launch** ..............................................................13

**Press Coverage：2020-7-30 China Joy First Public Appearance**

News：http://news.17173.com/content/08052020/090020223.shtml

News：https://ol.gamersky.com/news/202007/1309150.shtml

We Media：https://www.toutiao.com/i6855613792340935180/

We Media：https://www.toutiao.com/i6855614546078663172/

Photos of China Joy 2020：

 



## Press Coverage：2020-12-18 First trailer, Steam Store Online, Home Page Online, Start to Marketing

Twitter News：https://twitter.com/MythOfEmpires/status/1339758558892584968

Overseas Video：https://www.youtube.com/watch?v=EhsTEVQSTaU

Domestic Video:

https://www.bilibili.com/video/BV1eX4y1u7s2?share_source=copy_web

News：https://www.ali213.net/news/html/2020-12/563057.html

News：http://news.17173.com/content/12182020/113752124.shtml

## Game Test：2021/1/29-2/5 First Closed Beta Tech Test (last for 36 hours)

Test sandbox gaming experience, County Battle, and basic functions of horse battle, and bug fixing

## Game Test：2021/3/16-3/23 Second Closed Beta Tech Test (last for 52 hours)

Test sandbox gaming experience, County Battle, and basic functions of horse battle, and bug fixing

News：https://ol.gamersky.com/news/202102/1365751.shtml

# Press Coverage: 2021/4/7 Announcement of global closed Test/Notice/Enroll

Twitter News：https://twitter.com/MythOfEmpires/status/1379618309352648707

Overseas Video：https://www.youtube.com/watch?v=HGcX6VayKlI

Domestic Video：

https://www.bilibili.com/video/BV19B4y1P7YK?share_source=copy_web

News：https://www.ali213.net/news/html/2021-4/587109.html

We Media: https://page.om.qq.com/page/OwWEKyNjLwbdyN6KLN1Uacdw0

We Media: https://new.qq.com/rain/a/20210408A03XIT00

# Press Coverage：Release of Behind Scene Trailer of motion capture of horse

Overseas Video：https://www.youtube.com/watch?v=lHI21W6MNyA

Domestic Video：

https://www.bilibili.com/video/BV1b54y1b716?share_source=copy_web

News：https://www.ali213.net/news/html/2021-4/588881.html

We Media：https://page.om.qq.com/page/OoLF7Be2mhG6bKL-_mhsIkqg0

# Game Test: 2021/4/16-4/23 The Third Global Closed Beta Tech Test

Marketing, gameplay, stats validation, data analysis

https://store.steampowered.com/news/app/1371580/view/3113651356089953607

Since MOE has been taken down from Steam, the link is invalid, please refer to the screenshot of the relative notice as below



## Press Coverage：2021/4/23, Night of Wegame Promotion trailer released

Domestic video::

https://www.bilibili.com/video/BV1WA411V7Cf?share_source=copy_web

We Media：https://page.om.qq.com/page/Oxz7sODavtj6k7LALcHr174A0

## Game Test：202/5/9-5/16 The Fourth Closed Beta Tech Test

Focus on gaming experience, data analysis, bug fixing

## Press Coverage：2021/5/14 Release of Behind Scene of BGM

Overseas video：https://www.youtube.com/watch?v=OkyNyMJfC2s&t=3s

Domestic video::

https://www.bilibili.com/video/BV1kq4y177tL?share_source=copy_web

News：http://news.17173.com/content/05142021/112412894.shtml

## Game Test:  2021/6/18-6/24 The Fifth Multi-Language Test

https://store.steampowered.com/news/app/1371580/view/5654813342038153628

Since MOE has been taken down from Steam, the link is invalid, please refer to the screenshot of the relative notice as below



## Press Coverage：2021/7/9 Release of Behind Scene of Motion capture

Overseas video：https://www.youtube.com/watch?v=YEcu-bY3IQI

Domestic video：https://www.youtube.com/watch?v=YEcu-bY3IQI

News：https://www.ali213.net/news/html/2021-7/608821.html

## Press Coverage：2021/7/30 Trailer of China Joy

Teaser for new version：https://www.bilibili.com/video/BV1Df4y157oN?

Video for China Joy 2021：https://www.bilibili.com/video/BV18y4y157dT?

Video for China Joy 2021：https://www.bilibili.com/video/BV1L64y1B78X?

Peripheral products：



Ancient Chinese Armor demonstrated in China Joy 展示甲胄：



News：http://news.17173.com/content/07302021/125333471.shtml

News：http://news.17173.com/content/07312021/105205199.shtml

News：https://ol.3dmgame.com/news/202107/32047.html

We Media：https://page.om.qq.com/page/O9hYPxE5zMaA6v6w8jbZv1PQ0

We Media：https://www.sohu.com/a/480883420_609793

## Game Test：2021/7/15-8/15 The Sixth Closed Beta Tech Test

Focus on gaming experience, data analysis, bug fixing

## Game Test：2021/8/1-9/29 The Seventh Closed Beta Tech Test

Focus on battleground gameplay, stats validation, bug fixing, server stability and finalizing the build of MOE

## Press Coverage：2021/9/24 Release and announcement of global closed Beta Test

Twitter News：https://twitter.com/MythOfEmpires/status/1444210621726089218

Overseas video：https://www.youtube.com/watch?v=Y7MrgHltSso

Domestic video：https://www.bilibili.com/video/BV1wP4y1a7yv?

# Game Test：2021/10/2-10/9 The Eighth Global Early Access Closed Beta Test

https://store.steampowered.com/news/app/1371580/view/2895242076460576406

Since MOE has been taken down from Steam, the link is invalid, please refer to the screenshot of the relative notice as below



News：http://news.uuu9.com/pcgame/202109/125650.shtml

News：https://www.yangtse.com/zncontent/1638899.html

## Press Coverage：2021/10/16-10/17「Fusion 2021 Tour」Chengdu

News：https://www.mythofempires.cn/news/2021/1019/144.html

## Game Test：2021/10/18-11/14 The Ninth Closed Beta Tech Test

Focus on gameplay validation, stats improvement, bug fixing and server stability

## Press Coverage for Early Access：2021/11/12 Teaser of Early Access version and start the mass promotion

Overseas Media：https://www.youtube.com/watch?v=hjhLen8QOTQ

Domestic Media：https://www.bilibili.com/video/BV1Lg411T7mQ?

# Press Coverage: 2021/11/18 Early Access Launch

Media Trail Play of MOE: http://www.vgtime.com/topic/1140831.jhtm

Media Trail Play of MOE: https://www.a9vg.com/article/173476

Media Trail Play of MOE: https://ol.gamersky.com/news/202111/1439154.shtml

Game streamer:









15



Award News：https://mp.weixin.qq.com/s/xeX8K-pseB9_9f6Ts4ox9A



# EXHIBIT 2

Imperium Interactive Entertainment Limited
26F, One Harbour Square,
181 Hoi Bun Road,
Kwun Tong, Kowloon, Hong Kong

10 December 2021

**BY FAX (425) 467-7188**

Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue, WA 98004
Attn:  C.O.O.

Re:  Steam Distribution Agreement dated 5 July, 2020

Dear C.O.O.:

We write with respect to the Steam Distribution Agreement dated 5 July 2020 between Valve
Corporation ("Valve") and ourselves (the "Steam Agreement").

Up until 7 December 2021, Valve was distributing the videogame *Myth of Empires* under the terms of
our Steam Agreement at https://store.steampowered.com/app/1371580/Myth_of_Empires/.

On 7 December 2021, Valve suddenly ceased distributing *Myth of Empires*.  Valve has stated that it did
this based on a "take down notice" dated 1 December 2021 (the "December 1 Notice") that was signed
by an attorney for Wildcard Properties LLC and Snail Games USA Inc. (collectively, "SWC").

Enclosed with this letter is a verified counter-notification pursuant to 17 U.S.C. § 512(g)(3).  The counter-
notification includes a copy of a lawsuit complaint filed 9 December 2021 against SWC seeking damages
under 17 U.S.C. § 512(f) and related relief.

In view of the enclosed counter-notification, the deficient and deceptive nature of the December 1
Notice, and the terms of our Steam Agreement, we consider that Valve is contractually obligated to
restore support for *Myth of Empires* immediately.  It is anything but "apparent" (17 U.S.C. § 512(g)(1))
that *Myth of Empires* embodies copyrightable material owned by SWC.

Our company is in full compliance with the terms of our Steam Agreement including its warranties.
Every hour that Valve withholds support for *Myth of Empires* is causing irreparable harm to our
company and to the game owner, Suzhou Angela Online Game Technology Co., Ltd.

We look forward to Valve immediately restoring support for *Myth of Empires*.  The disputed claims that
SWC made in the December 1 Notice are now pending before a U.S. federal court.  Unless and until SWC
succeeds in persuading the court to award relief, Valve should honor its Steam Agreement with us.

Very truly yours,

CHENG TING KONG

Director

**COUNTER-NOTIFICATION PURSUANT TO 17 U.S.C. § 512(g)(3)**

The undersigned agent of subscriber Imperium Interactive Entertainment Limited, having personal knowledge of the facts stated in this counter-notification, hereby declares under penalty of perjury under the laws of the United States that the following statements are true and correct:

**Title of Work.** This counter-notification relates to a videogame entitled *Myth of Empires*.

**Former Location of Work.** The videogame *Myth of Empires* appeared at the universal resource locator https://store.steampowered.com/app/1371580/Myth_of_Empires/ before it was removed or before access to it was disabled by Valve Corporation ("Valve").

**Statement.** The undersigned subscriber, Imperium Interactive Entertainment Limited, has a good faith belief that *Myth of Empires* was removed or disabled from the Steam delivery system as a result of mistake or misidentification, as is more fully set forth in the attached complaint filed 9 December 2021 in the United States District Court for the Central District of California.

**Address and Telephone Number.** Imperium Interactive Entertainment Limited, 26F, One Harbour Square, 181 Hoi Bun Road, Kwun Tong, Kowloon, Hong Kong. Tel. +852 36283281.

**Consent to Jurisdiction.** Imperium Interactive Entertainment Limited consents to jurisdiction in any district where Valve may be found, and will accept service of process from the person who provided notification to Valve under 17 U.S.C. § 512(c)(1)(C) with respect to *Myth of Empires* or an agent of such person.

Dated: December 10, 2021

IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED

By _____

CHENG TING KONG

Director

1  RITA M. HAEUSLER (SBN 110574)
   rita.haeusler@hugheshubbard.com
2  ROBBY S. NAOUFAL (SBN 302148)
   robby.naoufal@hugheshubbard.com
3  HUGHES HUBBARD & REED LLP
   1999 Avenue of the Stars, 9th Floor
4  Los Angeles, CA 90067-4620
   Telephone: (213) 613-2800
5  Facsimile: (213) 613-2950

6  JAMES W. DABNEY (*pro hac vice* pending)
   james.dabney@hugheshubbard.com
7  JAMES R. KLAIBER (*pro hac vice* pending)
   james.klaiber@hugheshubbard.com
8  LYNN M. RUSSO (*pro hac vice* pending)
   lynn.russo@hugheshubbard.com
9  HUGHES HUBBARD & REED LLP
   1 Battery Park Plaza
10 New York, NY 10004-1482
   Telephone: (212) 837-6000
11 Facsimile: (212) 422-4726

12 ROY LIU (*pro hac vice* pending)
   Roy.Liu@hugheshubbard.com
13 HUGHES HUBBARD & REED LLP
   1775 I Street, N.W., 5th floor
14 Washington DC 20006 2401
   Telephone: (202) 741-4938
15 Facsimile: (202) 729-4798

16 Attorneys for Plaintiffs
   SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and
17 IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED

18             **UNITED STATES DISTRICT COURT**

19             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD., a Chinese Corporation, and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED, a Chinese Corporation, | Case No. 2:21-cv-9552 |
| 22 | **COMPLAINT FOR:** |
| 23                          Plaintiffs, | **1. DECLARATORY JUDGMENT OF NON-LIABILITY FOR COPYRIGHT INFRINGEMENT** |
| 24         v. | **2. DECLARATORY JUDGMENT OF NON-LIABILITY FOR TRADE SECRET MISAPPROPRIATION** |
| 25  SNAIL GAMES USA INC., a California Corporation, and WILDCARD PROPERTIES LLC, a Florida Limited Liability Company, | **3. VIOLATION OF 17 U.S.C. § 512(f)** |
| 27                          Defendants. | **JURY TRIAL DEMAND** |

Suzhou Angela Online Game Technology Co., Ltd. and Imperium Interactive Entertainment Limited, by their attorneys, for their complaint in this action allege:

## JURISDICTION

1.     This action arises under the Copyright Act, 17 U.S.C. §§ 101 et seq., and whatever trade secret laws Defendants referred to in Exhibit 1 hereto.  The Court has subject matter jurisdiction to hear this action under at least 28 U.S.C. §§ 1331, 1332(a), 1338, 1367, 2201, and 2202.  The parties are of diverse citizenship, and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

## PARTIES

2.     Plaintiff Suzhou Angela Online Game Technology Co., Ltd. ("Angela Game") is a corporation organized and existing under the laws of China, having its principal place of business in Suzhou, China.

3.     Plaintiff Imperium Interactive Entertainment Limited ("IE") is a corporation organized and existing under the laws of China, having its principal place of business in Hong Kong, China.

4.     Defendant Snail Games USA Inc. is a corporation organized and existing under the laws of California, having its principal place of business in Culver City, California.

5.     Defendant Wildcard Properties LLC ("Wildcard") is a limited liability company organized and existing under the laws of Florida, having its principal place of business in Redmond, Washington and having a presence in Santa Ana, California through at least a manager, Zhou Ying.

## FIRST CAUSE OF ACTION

### (Declaratory Judgment of Non-Infringement of Copyrights)

6.     Plaintiff Angela Games is the developer and owner of a videogame entitled *Myth of Empires* ("*Myth of Empires*").

1

7.     *Myth of Empires* is the end-result of a years-long development effort dating back to at least 2018.

8.     *Myth of Empires* was developed in part using version 4.26 of Unreal Engine (UE 4.26) under license from Epic Games, Inc.

9.     Pursuant to a Steam Distribution Agreement dated 5 July 2020 between IE and third-party Valve Corporation ("Valve"), *Myth of Empires* was until recently offered, distributed, and made available to end users by Valve via a delivery system or service commonly known as Steam Platform.

10.     On or about December 1, 2021, Defendants transmitted to Valve a copy of the letter annexed hereto as Exhibit 1 (the "Valve Letter").

11.     The Valve Letter alleges that *Myth of Empires* purportedly "was built by: (1) stealing the *Ark Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*."

12.     The allegations quoted in paragraph 11, above, are false.

13.     Exhibit 1 does not present any material or substantial quantity of *Myth of Empires* software code, but attaches a document that (i) misleadingly presents, out of order, an extremely small set of "names" that exist in *Myth of Empires* source code; and (ii) omits software code that actually drives the operation of *Myth of Empires* including the "gameplay mechanics" referred to in Exhibit 1.

14.     The "names" referred to in Exhibit 1 are not copyrightable and are not subject to copyright control in any event.

15.     Based on false claims made in Exhibit 1, Valve ceased distributing *Myth of Empires* via Steam Platform on or about December 7, 2021.

16.     The false claim of copyright infringement made in Exhibit 1 has caused and threatens to cause irreparable harm to Plaintiffs' business.

17.     Plaintiffs are entitled to judgment declaring that *Myth of Empires* is not a "derivative work" of any of the copyrighted works referred to in Exhibit 1.

18. Plaintiffs are entitled to judgment declaring that the offering, reproduction, distribution, performance, display, or transmission of *Myth of Empires* does not infringe, directly or indirectly, any copyrights referred to in Exhibit 1

19. Plaintiffs are entitled to preliminary and permanent injunctions requiring Defendants to withdraw Exhibit 1 and any other takedown notices that Defendants may have issued to distributors of *Myth of Empires*, and to cease and desist from any further interference with the distribution of *Myth of Empires* by Valve or any other distributor thereof.

## SECOND CAUSE OF ACTION

### (Declaratory Judgment of Non-Misappropriation of Trade Secrets)

20. Paragraphs 1-19, above, are realleged and incorporated by reference as if set forth in full.

21. In the Valve Letter, Defendants alleged that *Myth of Empires* "appears to have been built with trade secret source code copied and stolen from" Defendants.

22. The allegation quoted in paragraph 21, above, is false.

23. The false claim of trade secret misappropriation made in Exhibit 1 has caused and threatens to cause irreparable harm to Plaintiff's business.

24. Plaintiffs are entitled to judgment declaring that *Myth of Empires* does not embody any "trade secrets" owned by Defendant.

25. Plaintiffs are entitled to judgment declaring that the offering, reproduction, distribution, performance, display, or transmission of *Myth of Empires* does not, directly or indirectly, constitute trade secret misappropriation.

## THIRD CAUSE OF ACTION

### (Violation of 17 U.S.C. § 512(f))

26. Paragraphs 1-25, above, are realleged and incorporated by reference as if set forth in full.

27. On or about December 1, 2021, Defendants knowingly materially misrepresented to Valve that *Myth of Empires* was built using "stolen source code."

28.     On or about December 1, 2021, Defendants knowingly materially misrepresented to Valve that its distribution of *Myth of Empires* infringed the copyrights identified in Exhibit 1.

29.     Defendants' knowing misrepresentations identified in paragraphs 27 and 28 have injured Plaintiffs' business by causing Valve to cease distribution of *Myth of Empires*.

30.     Defendants are liable to Plaintiffs, jointly and severally with any officers or directors who personally approved the transmission of Exhibit 1, for damages and attorneys' fees under 17 U.S.C. § 512(f).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that the Court:

(i)     declare that Plaintiffs are not liable to Defendants for infringement of any copyrights referred to in Exhibit 1;

(ii)     declare that Plaintiffs are not liable to Defendants for misappropriation of any trade secrets referred to in Exhibit 1;

(iii)     issue preliminary and permanent injunctions directing Defendants to withdraw Exhibit 1 and any other takedown notice Defendants may have sent to any distributor of *Myth of Empires* and restraining Defendants from interfering with the distribution of *Myth of Empires*;

(iv)     award Plaintiffs damages as provided by law;

(v)     award Plaintiffs attorneys' fees as provided by law; and

(vi)     award Plaintiffs such other and further relief as the Court may deem just and proper.

# **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury of all issues so triable.

DATED:  December 9, 2021

RITA M. HAEUSLER
ROBBY S. NAOUFAL
HUGHES HUBBARD & REED LLP

JAMES W. DABNEY (*pro hac vice* pending)
JAMES R. KLAIBER (*pro hac vice* pending)
LYNN M. RUSSO (*pro hac vice* pending)
HUGHES HUBBARD & REED LLP

ROY LIU (*pro hac vice* pending)
HUGHES HUBBARD & REED LLP


By: /s/ Rita M. Haeusler
Rita M. Haeusler
Attorneys for Plaintiffs
SUZHOU ANGELA ONLINE GAME
TECHNOLOGY CO., LTD. and IMPERIUM
INTERACTIVE ENTERTAINMENT LIMITED

# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
**robertschwartz@quinnemanuel.com**

December 1, 2021

<u>VIA EMAIL</u>

Dawn Dempsey
Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue,  WA  98004
(425) 889-9642
dmca@valvesoftware.com

    **Re:**       **Notice of Claimed Infringement re:** *Myth of Empires*

Dear Ms. Dempsey,

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game *Ark: Survival Evolved*.

**This letter constitutes a "notice of claimed infringement" to Valve Corporation pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512(c)(3), better known as a DMCA "takedown" notice.**

Valve is offering for download, on its Steam Platform, a videogame titled *Myth of Empires*. According to the Valve website page for the game, the developer is a company called Angela Game.  Based on our investigation, the game appears to have been built with trade secret source code copied and stolen from SWC.  Valve's distribution of the video game *Myth of Empires* is thus facilitating trade secret misappropriation and copyright infringement.

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms.  In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS.  The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190. The source code was also subject to reasonable measures to maintain its secrecy, including

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved* left to form Angela Game which, as noted above, is the developer of *Myth of Empires.* Accordingly, when *Myth of Empires* was released on November 18, 2021, SWC became understandably concerned because of large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*. This similarity extended to features that could not be explained through independent development, such as the use of *identical* gameplay mechanics not found in other games.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*. A preliminary analysis is attached as **Exhibit A**. SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC. The analysis reveals *hundreds* of matching "class," "variable," and "function" names.

Given the nature and extent of the copying, this cannot be a coincidence. For example, both games use hundreds of *arbitrary* yet *identical*, or minimally renamed, variable names such as "bOnlyUseExpireTimeMultipliersIfActivated" and "SpawnInventoryOnDestructionLifeSpan." It is simply unbelievable that so many unnecessary similarities in variable, class, and function names can be explained by "random chance." This is a textbook case of copyright infringement and trade secret misappropriation.

Please be advised that if Valve does not take down *Myth of Empires*, then Valve may be liable for both indirect copyright infringement and trade secret misappropriation. *See, e.g. Graduation Sols. LLC v. Luya Enter. Inc.*, 2020 WL 9936697, at *6 (C.D. Cal. May 5, 2020) (denying motion to dismiss and allowing lawsuit to proceed where "There is no question that Luya committed intentional acts in selling graduation apparel via its Websites and that those sales of products using Plaintiff's allegedly misappropriated trade secrets and infringed copyright constitute the basis of Plaintiff's claims."); *see also* A&M *Recs., Inc. v. Napster, Inc.*, 239 F.3d 1004, 1022 (9th Cir. 2001) ("In the context of copyright law, vicarious liability extends beyond an employer/employee relationship to cases in which a defendant has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities.) (internal quotation omitted).

Note also that the DMCA offers a defense, where available, only to copyright claims. It does not insulate anyone against claims for trade secret misappropriation. This is not SWC's preferred course of action. But we would be remiss if we did not mention it.

Accordingly, Studio Wildcard and Snail Games USA Inc. hereby formally request that Valve take down all versions of the game titled *Myth of Empires* from Valve's Steam Platform because *Myth of Empires* is an unauthorized derivative work built on source code unlawfully copied and misappropriated from SWC's *Ark: Survival Evolved*.

Dawn Dempsey – Valve Corporation          **DMCA "TAKEDOWN" NOTICE**
December 1, 2021 – Page 3                            **17 U.S.C. § 512(C)(3)**

Additionally, and pursuant to the DMCA (17 U.S.C. § 512(c)(3)), Studio Wildcard and Snail Games USA Inc. hereby state (or re-state) the following:

1. Studio Wildcard and Snail Games USA Inc. have authorized me to submit this notice of claimed infringement.

2. Studio Wildcard and Snail Games USA Inc. own registered copyrights in their video game *Ark: Survival Evolved*, which has been registered with the copyright office and is covered by copyright registration numbers TX0008844750, TX0008844750, and TX0008850190. *Ark: Survival Evolved* may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/346110/ARK_Survival_Evolved/.

3. My clients' copyrights in *Ark: Survival Evolved* are being infringed by the video game *Myth of Empires*, which may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/1371580/Myth_of_Empires/.

4. Studio Wildcard and Snail Games USA Inc. may be contacted through me, and I am available at the following address, phone number, and email address:

   > Robert M. Schwartz
   > Quinn Emanuel Urquhart & Sullivan LLP
   > 865 South Figueroa Street, 10th Floor
   > Los Angeles, California 90017
   > (213) 443-3675
   > robertschwartz@quinnemanuel.com

5. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* is infringing Studio Wildcard and Snail Games USA Inc.'s copyrights in *Ark: Survival Evolved*. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* was built by: (1) stealing the *Ark: Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*. Key employees of the developer of *Myth of Empires* worked at the Chinese parent of Snail Games USA Inc. and at least one of them had credentials that enabled them to access the *Ark: Survival Evolved* source code.

I state, under penalty of perjury, that the information contained in this notice is accurate, and that I am authorized to act on behalf of Studio Wildcard and Snail Games USA Inc.

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Robert M. Schwartz

# Exhibit A

**V1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of a handful of reflected game headers. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

--------------------
**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, underline recommended):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc



**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify).
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)

1. Clone https://github.com/guttir14/UnrealDumper-4.25
2. Setup game to dump as any UE4.26 game, or use patterns:
   {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
   {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.

---------------

**PRELIMINARY MATCHES:**

Left listing:

```
// ATLAS
// APrimalStructure similar variables

bool                                      bIsPreviewStructure : 1;
TArray<class UMaterialInstanceDynamic*>   PreviewMaterialInstances;
class UMaterialInterface*                 PreviewMaterial;
bool                                      bForcePlacingOnGround : 1;
float                                     PlacementMaxRange;
TArray<struct FPrimalStructureSnapPoint>  SnapPoints;
int                                       StructureSnapTypeFlags;
struct FVector                            PlacementHitLocOffset;
struct FVector                            PlacementEncroachmentCheckOffset;
struct FVector                            PlacementTraceScale;
struct FRotator                           PlacementRotOffset;
float                                     MaximumHeightAboveWorldGround;
bool                                      bIsFoundation : 1;
bool                                      bIsWall : 1;
bool                                      bIsFloor : 1;
bool                                      bOnlyFoundationIfSnappedToFoundation : 1;
class UClass*                             AllowReplacementByStructureClassType;
class UClass*                             PreventReplacementOfStructureClassType;
bool                                      bReturnDamageOnHitFromPawn : 1;
float                                     ReturnDamageAmount;
float                                     ReturnDamageImpulse;
class UClass*                             ReturnDamageType;
bool                                      bRequiresPlacingOnWall : 1;
bool                                      bCanDemolish : 1;
float                                     PlacementFloorCheckStartOffsetZ;
float                                     PlacementFloorCheckEndOffsetZ;
class UClass*                             NewSpawnEmitter;
struct FVector                            SpawnEmitterLocationOffset;
struct FRotator                           SpawnEmitterRotationOffset;
class USoundBase*                         PlacementSound;
float                                     PreventPlacingNearEnemyRadius;
bool                                      bForceCheckNearbyEnemyFoundation : 1;
bool                                      bForcePreventEnemyStructuresNearby : 1;
bool                                      bOnlyAllowPlacementInWater : 1;
struct FVector                            WaterVolumeCheckPointOffset;
float                                     WaterPlacementMinimumWaterHeight;
float                                     PreventPlacingNearEnemyRadius;
struct FName                              StructureTypeTag;
TArray<class UClass*>                     IgnoreReplacementCheckOfStructureClassTypes;
bool                                      bAttachToStaticMeshSocket : 1;
struct FName                              AttachToStaticMeshSocketNameBase;
float                                     DemolishGiveItemCraftingResourcePercentage;
bool                                      bCanBeRepaired : 1;
bool                                      bIsRepairing : 1;
double                                    NextAllowRepairTime;
float                                     RepairCheckInterval;
float                                     RepairPercentPerInterval;
class UClass*                             ConsumesPrimalItem;
float                                     NoClaimFlagDecayDestructionPeriod;
float                                     NoClaimFlagDecayDestructionPeriodMultiplier;
float                                     DecayDestructionPeriod;
float                                     DecayDestructionPeriodMultiplier;
class FString                             OwnerName;
class FString                             OwningPlayerName;
uint32_t                                  StructureID;
TArray                          LinkedStructuresID;
TArray<class APrimalStructure*>           LinkedStructures;
TArray<class APrimalStructure*>           StructuresPlacedOnFloor;
class APrimalStructure*                   PlacedOnFloorStructure;
bool                                      bPendingRemoval : 1;
```

Right listing:

```
// ASGStructure similar variables

bool                                      bPreviewStructure : 1;
TArray<class UMaterialInstanceDynamic*>   PreviewInstances;
class UMaterialInterface*                 PreviewCreateMaterial;
bool                                      bForceCreateOnGround : 1;
float                                     MaxCreateRange;
TArray<struct FBindPointInfo>             BindPoints;
int32_t                                   BindType;
struct FVector                            CreateHitLocationOffset;
struct FVector                            CreateCheckBoxOffset;
struct FVector                            CreateCheckBoxScale;
struct FRotator                           CreateCheckBoxRotOffset;
float                                     MaxHeightToWorldGround;
bool                                      bFoundation : 1;
bool                                      bWall : 1;
bool                                      bFloor : 1;
bool                                      bOnlyFoundationWhenBindedToFoundation : 1;
class ASGStructure*                       CanReplaceByStructureClass;
class ASGStructure*                       PreventReplaceByStructureClass;
bool                                      bReturnDamageHitByPawn : 1;
float                                     ReturnDamageAmount;
float                                     ReturnDamageImpulse;
class UClass*                             ReturnDamageType;
bool                                      bForceCreateOnWall : 1;
bool                                      bCanBebDemolished : 1;
float                                     CheckFloorZUp;
float                                     CheckFloorZDown;
class UClass*                             SpawnEmitter;
struct FVector                            SpawnEmitterLocationOffset;
struct FRotator                           SpawnEmitterRotationOffset;
struct FName                              SpawnSoundID;
float                                     CheckEnemyFoundationRadius;
bool                                      bCheckNearByEnemyFoundation : 1;
bool                                      bPreventNearByEnemyFoundation : 1;
bool                                      bRealFoundation : 1;
struct FVector                            CheckWaterLocationOffset;
float                                     CheckMinWaterHeight;
float                                     CheckEnemyPlayerRadius;
class FString                             StructureTag;
TArray<class ASGStructure*>               IgnorePreventStructureClasses;
bool                                      bAllowAttachToStaticMeshSocket : 1;
struct FName                              AttachToStaticMeshSocketName;
float                                     GivingItemFromDemolishPercentage;
bool                                      bCanRepair : 1;
bool                                      bRepairing : 1;
double                                    NextAllowRepairTime;
float                                     RepairInterval;
float                                     RepairHPPerInterval;
class UClass*                             ConsumeItem;
float                                     NoTeamAreaDecayInterval;
float                                     NoTeamAreaDecayHPPercent;
float                                     TeamAreaDecayInterval;
float                                     TeamAreaDecayHPPercent;
class FString                             OwnerName;
class FString                             OwnerPlayerName;
uint32_t                                  StructureID;
TArray                          BindedStructuresByID;
TArray<class ASGStructure*>               BindedStructures;
TArray<class ASGStructure*>               StructuresOnFloor;
class ASGStructure*                       CreateOnFloorStructure;
bool                                      bPendingRemove : 1;
```

```
// ATLAS
// UPrimalRichTextBlock  similar variables

struct FText                                        Text;
TEnumAsByte<ETextJustify>                           Justification;
bool                                                AutoWrapText;
float                                               WrapTextAt;
struct FMargin                                      Margin;
float                                               LineHeightPercentage;


void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& inString);

// -------------------------------------------------

// ATLAS
// UPrimalInventoryComponent  similar variables

TArray<class UClass*>                               DefaultInventoryItems;
TArray<class UClass*>                               CheatInventoryItems;
TArray<class UClass*>                               DefaultEquippedItems;
TArray<class UClass*>                               DefaultSlotItems;
TArray<class UPrimalItem*>                          CraftingItems;
int                                                 MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>                 ItemCraftQueueEntries;
TArray<class UClass*>                               RemoteAddItemOnlyAllowItemClasses;
TArray<struct FItemMultiplier>                      ItemSpoilingTimeMultipliers;
TArray<class UPrimalItem*>                          InventoryItems;
TArray<class UPrimalItem*>                          EquippedItems;
TArray<class UPrimalItem*>                          ItemSlots;
bool                                                bInital : 1;
int                                                 MaxInventoryItems;


// -------------------------------------------------

// ATLAS
// UPrimalItem  similar variables

TWeakObjectPtr<class AShooterWeapon>                AssociatedWeapon;
TWeakObjectPtr<class UPrimalInventoryComponent>    OwnerInventory;
TArray<struct FCraftingResourceRequirement>        BaseCraftingResourceRequirements;
class UClass*                                       SpoilingItem;
float                                               SpoilingTime;
class UClass*                                       BrokenGiveItemClass;
TEnumAsByte<EPrimalEquipmentType>                   MyEquipmentType;
int                                                 MaxBlueprintCrafts;
unsigned char                                       bResourcePreventGivingFromDemolition : 1;
unsigned char                                       bCanBuildStructures : 1;
float                                               BlueprintTimeToCraft;
unsigned char                                       bAutoCraftBlueprint : 1;
double                                              NextCraftCompletionTime;
unsigned char                                       bDestroyBrokenItem : 1;
int                                                 SlotIndex;
float                                               ItemQuality;
unsigned char                                       bBPCanUse : 1;
unsigned char                                       bAllowUseWhileRiding : 1;
unsigned char                                       bAllowRemoteUseInInventory : 1;
unsigned char                                       bUseItemDurability : 1;
TArray<class UClass*>                               CraftingRequiresInventoryComponent;
float                                               NewBaseCraftingXP;
TEnumAsByte<EPrimalItemType>                        MyItemType;
```

```
// Myth of Empires
// USGRichTextBlock  similar variables

struct FText                                        Text;
TEnumAsByte<ETextJustify>                           Justification;
bool                                                AutoWrapText;
float                                               WrapTextAt;
struct FMargin                                      Margin;
float                                               LineHeightPercentage;


void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& InString);

// -------------------------------------------------

// Myth of Empires
// USGInventoryComponent  similar variables

class TMap<class USGItem*, int32_t>                 DefaultInventoryItems;
class TMap<class USGItem*, int32_t>                 CheatInventoryItems;
TArray<class USGItem*>                              DefaultEquippedItems;
class TMap<class USGItem*, int32_t>                 DefaultShortCutItems;
TArray<class USGItem*>                              CraftItems;
int32_t                                             MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>                 ItemCraftQueueEntries;
TArray<class UClass*>                               OnlyAddItemTemplates;
TArray<struct FItemExpireTimeData>                  ItemExpireTimeData;
TArray<class USGItem*>                              InventoryItems;
TArray<class USGItem*>                              EquipItems;
TArray<class USGItem*>                              ShortCutItems;
unsigned char                                       bInitializedMe : 1;
int32_t                                             EquipItemMaxAmount;


// -------------------------------------------------

// Myth of Empires
// USGItem  similar variables

TWeakObjectPtr<class ASGWeapon>                     AssociatedWeapon;
TWeakObjectPtr<class USGInventoryComponent>        OwnerInventory;
TArray<struct FCraftResourceRequirement>           BaseCraftResourceRequirements;
class USGItem*                                      ExpiredItem;
float                                               ExpireTime;
class USGItem*                                      BrokenGiveItemClass;
TEnumAsByte<EEquipmentType>                         EquipmentType;
int32_t                                             MaxCanCraftAmount;
bool                                                bPreventGivingFromDemolish : 1;
bool                                                bCanCreateStructure : 1;
float                                               TimeToCraft;
float                                               bAutoCraft : 1;
float                                               NextCraftRemainTime;
bool                                                bBrokenDestroy : 1;
int32_t                                             SlotIndex;
TEnumAsByte<EItemQuality>                           ItemQuality;
bool                                                bCanUse : 1;
bool                                                bCanRideUse : 1;
bool                                                bCanCosumeForTarget : 1;
bool                                                bUseDurable : 1;
TArray<class USGItem*>                              CraftInStructureItem;
float                                               BaseCraftExperienceToAdd;
EItemType                                           ItemType;
```

```
// ATLAS
// APrimalCharacter, APrimalDinoCharacter similar variables

    float                                   DefaultAngularDamping;
    float                                   DefaultLinearDamping;
    float                                   CorpseDraggedDecayRate;
    double                                  CorpseDestructionTime;
    float                                   CorpseFadeAwayTime;
    struct FVector                          TPVCameraOffset;
    float                                   ServerSeatedViewRotationPitch;
    float                                   ServerSeatedViewRotationYaw;
    float                                   ClientRotationInterpSpeed;
    TArray<struct FDinoAttackInfo>          AttackInfos;
    TArray<struct FBoneDamageAdjuster>      BoneDamageAdjusters;
    TWeakObjectPtr<class APrimalCharacter>  CarriedCharacter;
    TWeakObjectPtr<class APrimalCharacter>  MountCharacter;
    TWeakObjectPtr<class ANPCZoneVolume>    HardLimitWildDinoToVolume;
    unsigned char                           bAllowTargetingCorpses : 1;
    unsigned char                           bCanBeTamed : 1;
    unsigned char                           bIsImmobilized : 1;
    unsigned char                           bIsAmphibious : 1;
    unsigned char                           bForceNoRotation : 1;
    float                                   TamedMaxFollowDistance;
    struct FVector                          MovingAroundBlockadePoint;
    class AActor*                           LastMovingAroundBlockadeActor;
    unsigned char                           bRiderDontRequireSaddle : 1;
    float                                   ReplicatedHealth;
    float                                   RiderMaxSpeedModifier;
    float                                   RiderExtraMaxSpeedModifier;
    unsigned char                           bIgnoreMoveAroundBlockade : 1;
    unsigned char                           bPreventMovement : 1;
    unsigned char                           bIsBeingDragged : 1;
    unsigned char                           bIsSleeping : 1;
    unsigned char                           bPreventImmobilization : 1;
    unsigned char                           bRiderDontRequireSaddle : 1;
    unsigned char                           bUsesGender : 1;
    class UClass*                           DefaultWeapon;
    class UAnimMontage*                     MountCharacterAnimation;
    class UPrimalHarvestingComponent*       MyDeathHarvestingComponent;
    float                                   BabyAge;
    float                                   BabyScale;
    double                                  LastHitDamageTime;
    double                                  NextAllowedMatingTime;
    struct FVector                          TPVCameraOffset;
```

```
// Myth of Empires
// ABaseCharacter, ASG_AICharacter similar variables

    float                                             DefaultAngularDamping;
    float                                             DefaultLinearDamping;
    float                                             CorpseDraggedDecayRate;
    float                                             CorpseDissolveTime;
    float                                             CorpseDissolveFinishTime;
    struct FVector                                    TPVCameraOffset;
    float                                             ServerSeatedViewRotationPitch
    float                                             ServerSeatedViewRotationYaw;
    float                                             ControlRotationInterpSpeed;
    TArray<struct FAIAttackInfo>                      AIAttackInfos;
    TArray<struct FAnimalsBoneDamageAdjusterConfig>   AnimalBoneDamageAdjusters;
    TWeakObjectPtr<class ABaseCharacter>              CarriedCharacter;
    TWeakObjectPtr<class ABaseCharacter>              RiderCharacter;
    TWeakObjectPtr<class ANpcSpawnVolume>             BindNpcSpawnVolume;
    bool                                              bAllowTagetCorpses : 1;
    bool                                              bCanTame : 1;
    bool                                              bImmobilized : 1;
    bool                                              bIsAmphibious : 1;
    bool                                              bForbidRotation : 1;
    float                                             MaxFollowDistance;
    struct FVector                                    MoveAroundBlockadePoint;
    TWeakObjectPtr<class AActor>                      LastMoveAroundBlockadeActor;
    bool                                              bRiderRequireSaddle : 1;
    float                                             ReplicatedHP;
    float                                             ExtraMaxSpeedModifier;
    float                                             ExtraMaxSpeedModifier;
    bool                                              bIsMoveAroundBlockade : 1;
    bool                                              bForbidMove : 1;
    bool                                              bIsDragged : 1;
    bool                                              bIsSleeping : 1;
    bool                                              bPreventImmobilize : 1;
    bool                                              bRiderRequireSaddle : 1;
    bool                                              bUseCharacterSex : 1;
    class UClass*                                     DefaultWeapon;
    class UAnimMontage*                               MountMontage;
    class USGExploitComponent*                        DeathExploitComponent;
    float                                             AnimalAge;
    float                                             AnimalBabyScale;
    float                                             LastMakeDamageTime;
    float                                             NextMateRemainTime;
    struct FVector                                    TPVCameraOffset;
```

Case 2:24-cv-00852-SB Document 115-2 Filed 02/17/25 Page 46 of 53 Page ID #:183

Left column (ATLAS):

```
65  // ATLAS
66  // APrimalStructureWaterPipe similar variables
67
68  bool                              bHasWater : 1;
69  class UMaterialInterface*         HasWaterMaterial;
70  class UMaterialInterface*         NoWaterMaterial;
71  int                               WaterMaterialIndex;
72
73  void OnRep_HasWater(bool bNewHasWater);
74
75  // ------------------------------------------------
76
77  // ATLAS
78  // UUI_PreviewWidget similar variables
79
80  float                             FOV;
81  struct FRotator                   MeshRotation;
82  struct FRotator                   OrbitRotation;
83  struct FVector                    MeshScale;
84  float                             CameraDistance;
85  float                             BrakeSpeed;
86  float                             RotationSpeed;
87  struct FRotator                   AutoRotator;
88  class UWorld*                     GameWorld;
89  class UWorld*                     PreviewWorld;
90  TArray<class USceneComponent*>    PreviewComponents;
91  struct FVector2D                  RotationVelocity;
92  class USceneCaptureComponent2D*   CaptureComponent;
93
94  // ------------------------------------------------
95
96  // ATLAS
97  // APrimalStructureDoor similar variables
98
99   class USceneComponent*           MyDoorTransform;
100  float                            RotationSpeed;
101  class USoundCue*                 DoorOpenSound;
102  class USoundCue*                 DoorCloseSound;
103  bool                             bInvertOpenCloseDirection : 1;
104  bool                             bIsLocked : 1;
105  int8_t                           DoorOpenState;
106  bool                             bRotatePitch : 1;
107  bool                             bRotateRoll : 1;
108  bool                             bRotateYaw : 1;
109  bool                             bInitializedRotation : 1;
110  bool                             bUseSecondDoor : 1;
111  struct FRotator                  SecondDoorDefaultRot;
112  bool                             bSupportsPinLocking : 1;
113  uint32_t                         CurrentPinCode;
114  bool                             bIsPinLocked : 1;
115
116  void NetGotoDoorState(int8_t DoorState);
117  void OnRep_DoorOpenState(int8_t PrevDoorOpenState);
118  void NetGotoDoorState(int8_t DoorState);
```

Right column (Myth of Empires):

```
67
68  bool                              bHasWater : 1;
69  class UMaterialInterface*         HasWaterReplaceMaterial;
70  class UMaterialInterface*         NoWaterReplaceMaterial;
71  int32_t                           ReplaceMaterialIndex;
72
73  void OnRep_HasWater(bool bPreviousHasWater);
74
75  // ------------------------------------------------
76
77  // Myth of Empires
78  // UPreviewSceneWidget similar variables
79
80  float                             FOV;
81  struct FRotator                   MeshRotation;
82  struct FRotator                   OrbitRotation;
83  float                             PreviewScale;
84  float                             CameraDistance;
85  float                             BrakeSpeed;
86  float                             RotationSpeed;
87  struct FRotator                   AutoRotator;
88  class UWorld*                     GameWorld;
89  class UWorld*                     PreviewWorld;
90  TArray<class USceneComponent*>    PreviewComponents;
91  struct FVector2D                  RotationVelocity;
92  class USceneCaptureComponent2D*   CaptureComponent;
93
94  // ------------------------------------------------
95
96  // Myth of Empires
97  // ASGStructureDoor similar variables
98
99   class USceneComponent*           MyDoorRootComponent;
100  float                            RotationSpeed;
101  struct FName                     OpenSoundID;
102  struct FName                     CloseSoundID;
103  bool                             bOpenCloseDirection : 1;
104  bool                             bIsLocked : 1;
105  int8_t                           DoorSwitchState;
106  bool                             bRotateByPitch : 1;
107  bool                             bRotateByRoll : 1;
108  bool                             bRotateByYaw : 1;
109  bool                             bInitRotation : 1;
110  bool                             bDoubleDoor : 1;
111  struct FRotator                  DoubleDoorDefaultRotation;
112  bool                             bCanSetPassword : 1;
113  uint32_t                         CurrentPassword;
114  bool                             bLockedByPassword : 1;
115
116  void SwitchDoorState(unsigned char DoorState);
117  void OnRep_DoorSwitchState();
118  void NetSwitchDoorState(unsigned char DoorState);
```

Case 2:21-cv-01035-SB Document 153-6 Filed 07/24/23 Page 47 of 52 Page ID #:184

```
122   // ATLAS
123   // APrimalStructureItemContainer similar variables
124
125   bool                                    bOnlyUseSpoilingMultipliersIfActivated : 1;
126   bool                                    bAutoActivateWhenFueled : 1;
127   bool                                    bCanToggleActivation : 1;
128   class FString                           ActivateContainerString;
129   class FString                           DeactivateContainerString;
130   uint64_t                                DeathCacheCharacterID;
131   bool                                    bContainerActivated : 1;
132   class UClass*                           NextConsumeFuelGiveItemType;
133   double                                  LastCheckedFuelTime;
134   bool                                    bDropInventoryOnDestruction : 1;
135   float                                   DropInventoryOnDestructionLifespan;
136   double                                  NetDestructionTime;
137   class USoundBase*                       ContainerActivatedSound;
138   class USoundBase*                       ContainerDeactivatedSound;
139   uint32_t                                CurrentPinCode;
140   bool                                    bIsPinLocked : 1;
141
142   void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetRep
143
144   // ------------------------------------------------
145
146   // ATLAS
147   // APrimalStructureBed similar variables
148
149   bool                                    bDestroyAfterRespawnUse : 1;
150   struct FVector                          RespawnLocationOffset;
151   struct FRotator                         RespawnRotOffset;
152   class FString                           BedName;
153
154   // ------------------------------------------------
155
156   // ATLAS
157   // APrimalStructureTurretBallista similar variables
158
159   float                                   TPVCameraPitchMin;
160   float                                   TPVCameraPitchMax;
161   float                                   YawViewRotation;
162   float                                   PitctViewRotation;
163   class UClass*                           CurrentAmmoItemTemplate;
164   TArray<class UClass*>                    AlternateAmmoItemTemplates;
165
166   // ------------------------------------------------
167
168   // ATLAS
169   // APrimalStructureSeating similar variables
170
171   TWeakObjectPtr<class APrimalCharacter>  SeatedCharacter;
172   int                                     NumSeats;
173   struct FVector                          SeatedCharacterLocationOffset;
174   struct FRotator                         SeatedCharacterRotationOffset;
175   TArray<TWeakObjectPtr<class APrimalCharacter>>  CharacterPerSeat;
176   class USoundCue*                        RideSound;
177   class USoundCue*                        UnrideSound;
```

Right column:

```
123
124
125   bool                                    bOnlyUseExpireTimeMultipliersIfActivated : 1;
126   bool                                    bAutoActivateWhenFuel : 1;
127   bool                                    bCanActivate : 1;
128   struct FText                            ContainerActivateString;
129   struct FText                            ContainerDeactivateString;
130   struct FGuid                            DeathCharacterGuid;
131   bool                                    bIsActivated : 1;
132   class UClass*                           NextConsumeFuelGiveItem;
133   double                                  LastRefreshFuelStateTime;
134   bool                                    bSpawnInventoryOnDestruction : 1;
135   float                                   SpawnInventoryOnDestructionLifeSpan;
136   float                                   SavedNetDestructionTime;
137   struct FName                            ActivatedSoundID;
138   struct FName                            DeActivatedSoundID;
139   uint32_t                                CurrentPassword;
140   bool                                    bLockedByPassword : 1;
141
142   void NetSetContainerActive(bool bActive);
143
144   // ------------------------------------------------
145
146   // Myth of Empires
147   // ASGStructureBed similar variables
148
149   bool                                    bReSpawnDestroy : 1;
150   struct FVector                          PlayerSpawnLocOffset;
151   struct FRotator                         PlayerSpawnRotOffset;
152   class FString                           BedName;
153
154   // ------------------------------------------------
155
156   // Myth of Empires
157   // ASGStructureTurret similar variables
158
159   float                                   TPVCameraPitchMin;
160   float                                   TPVCameraPitchMax;
161   float                                   YawViewRotation;
162   float                                   PitchViewRotation;
163   class UClass*                           CurrentAmmoItemTemplate;
164   TArray<class UClass*>                    AllAmmoItemTemplates;
165
166   // ------------------------------------------------
167
168   // Myth of Empires
169   // ASGStructureSeat similar variables
170
171   TWeakObjectPtr<class ABaseCharacter>    SeatedCharacter;
172   int32_t                                 NumSeats;
173   struct FVector                          SeatedCharacterLocationOffset;
174   struct FRotator                         SeatedCharacterRotationOffset;
175   TArray<class ABaseCharacter*>           AllSeatedCharacter;
176   struct FName                            RideSoundID;
177   struct FName                            UnRideSoundID;
```

```
181    // ATLAS
182    // ANPCZoneManager similar variables
183
184    TArray<class AActor*>                          DefaultZoneSpawnVolumeFloors;
185    TArray<struct FName>                           DefaultZoneSpawnVolumeFloorTags;
186    class UClass*                                  NPCSpawnEntriesContainerObject;
187    TArray<class ANPCZoneVolume*>                  LinkedZoneVolumes;
188    TArray<struct FLinkedZoneSpawnVolumeEntry>     LinkedZoneSpawnVolumeEntries;
189    int                                            MaxNumberSpawnZoneRandomPointChecks;
190    int                                            MinDesiredNumberOfNPC;
191    int                                            AbsoluteMaxNumberOfNPC;
192    float                                          PlayerDistanceFromSpawnPoint;
193    float                                          StructureDistanceFromSpawnPoint;
194
195    // ------------------------------------------------
196
197    // ATLAS
198    // ScriptStruct ShooterGame.DecalData
199
200    struct FDecalData
201    {
202        class UMaterialInterface*                  DecalMaterial;
203        float                                      DecalSize;
204        float                                      DecalDepth;
205        float                                      DecalImpactNormalOffset;
206        float                                      LifeSpan;
207        float                                      RandomAngleRange;
208    };
209
210    // ------------------------------------------------
211
212    // ATLAS
213    // ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry
214
215    struct FLinkedZoneSpawnVolumeEntry
216    {
217        class ANPCZoneSpawnVolume*                 LinkedZoneSpawnVolume;
218        TArray<class AActor*>                      ZoneSpawnVolumeFloors;
219        TArray<struct FName>                       ZoneSpawnVolumeFloorTags;
220        float                                      EntryWeight;
221        unsigned char                              UnknownData00[0x4];
222    };
223
224    // ------------------------------------------------
225
226    // ATLAS
227    // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit
228
229    struct FNPCSpawnLimit
230    {
231        class UClass*                              NPCClass;
232        class FString                              NPCClassString;
233        float                                      MaxPercentageOfDesiredNumToAllow;
234        unsigned char                              UnknownData00[0x4];
235    };
236
```

Right column:

```
183
184    TArray<class AActor*>                          DefaultSpawnVolumeFloors;
185    TArray<struct FName>                           DefaultSpawnVolumeFloorTags;
186    class UClass*                                  NpcSpawnTemplateClass;
187    TArray<class ANpcVolume*>                      NpcVolumes;
188    TArray<struct FNpcSpawnVolumeData>             NpcSpawnVolumeDatas;
189    int32_t                                        MaxNumberValidSpawnDataChecks;
190    int32_t                                        MinDesiredNumberOfNPC;
191    int32_t                                        MaxNumberOfNPC;
192    float                                          CheckPlayerDistance;
193    float                                          CheckStructureDistance;
194
195    // ------------------------------------------------
196
197    // Myth of Empires
198    // ScriptStruct SG.DecalData
199
200    struct FDecalData
201    {
202        class UMaterialInterface*                  DecalMaterial;
203        float                                      DecalSize;
204        float                                      DecalDepth;
205        float                                      DecalImpactNormalOffset;
206        float                                      LifeSpan;
207    };
208
209
210    // ------------------------------------------------
211
212    // Myth of Empires
213    // ScriptStruct SG.NpcSpawnVolumeData
214
215    struct FNpcSpawnVolumeData
216    {
217        class ANpcSpawnVolume*                     NpcSpawnVolume;
218        TArray<class AActor*>                      SpawnVolumeFloors;
219        TArray<struct FName>                       SpawnVolumeFloorTags;
220        float                                      Weight;
221        unsigned char                              UnknownData00[0x4];
222    };
223
224    // ------------------------------------------------
225
226    // Myth of Empires
227    // ScriptStruct SG.NPCSpawnLimit
228
229    struct FNPCSpawnLimit
230    {
231        class ABaseCharacter*                      NPCTemplateClass;
232        float                                      Percentage;
233        unsigned char                              UnknownData00[0x4];
234    };
```

Case 2:24-cv-00852-JCC Document 15 Filed 12/17/24 Page 48 of 52 Page ID #:186

```
239  // ATLAS                                                            // Myth of Empires
240  // ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry          // ScriptStruct SG.ItemCraftQueueEntry
241                                                                      
242  struct FItemCraftQueueEntry                                         struct FItemCraftQueueEntry
243  {                                                                   {
244      struct FItemNetID           ItemId;                                 class USGItem*              ItemTemplate;
245      int                         Quantity;                              struct FGuid               UniqueId;
246      bool                        bIsRepair;                             int32_t                    Quantity;
247      bool                        bIgnoreInventoryRequirement;           float                      RemaingCraftTime;
248      unsigned char               UnknownData00[0x2];                    float                      TotalRemainingCraftTime;
249      float                       RepairPercentage;                      bool                       bIsRepair : 1;
250      float                       RepairSpeedMultiplier;                 TEnumAsByte<EItemQuality>  UseRemoveItemQuality;
251  };                                                                  };
252                                                                      
253  // -------------------------------------------------              // -------------------------------------------------
254                                                                      
255  // ATLAS                                                            // Myth of Empires
256  // ScriptStruct ShooterGame.PrimalDinoCharacter.PrimalSaddleStructure  // ScriptStruct SG.PlatformStructure
257                                                                      
258  struct FPrimalSaddleStructure                                       struct FPlatformStructure
259  {                                                                   {
260      struct FVector              DinoRelativeLocation;                  class ASGStructure*        PlatformStructure;
261      struct FRotator             DinoRelativeRotation;                  struct FVector             RelativeLocation;
262      struct FName                BoneName;                              struct FRotator            RelativeRotation;
263      class APrimalStructure*     MyStructure;                           struct FName               BoneName;
264  };                                                                  };
265                                                                      
266                                                                      
267  // -------------------------------------------------              // -------------------------------------------------
268                                                                      
269  // ATLAS                                                            // Myth of Empires
270  // ScriptStruct ShooterGame.PrimalStructure.PlacementData            // ScriptStruct SG.CreateStructureInfo
271                                                                      
272  struct FPlacementData                                               struct FCreateStructureInfo
273  {                                                                   {
274      struct FVector              AdjustedLocation;                      struct FVector             Expectedlocation;
275      struct FRotator             AdjustedRotation;                      struct FRotator            ExpectedRotation;
276      bool                        bSnapped;                              bool                       bHasBinded : 1;
277      bool                        bDisableEncroachmentCheck;             unsigned char              UnknownData00[0x7];
278      bool                        bIsWaterGrounded;                      class ASGStructure*        ParentStructure;
279      unsigned char               UnknownData00[0x1];                    class ASGStructure*        ReplaceStructure;
280      int                         MySnapToIndex;                         class ASGStructure*        PreventStructure;
281      int                         TheirSnapToIndex;                      class ASGStructureCheckVolume*  PreventCheckVolume;
282      unsigned char               UnknownData01[0x4];                    class ASGStructure*        CreateOnStructure;
283      class AActor*               FloorHitActor;                         class ABaseCharacter*      PlatformCharacter;
284      class APrimalStructure*     ParentStructure;                       struct FName               AttachBoneName;
285      class APrimalStructure*     ForcePlacedOnFloorParentStructure;     bool                       bIgnoreCheckObject : 1;
286      class APrimalStructure*     ReplacesStructure;                     unsigned char              UnknownData01[0x7];
287      class APawn*                AttachToPawn;                       };
288      struct FName                AttachToBone;
289      class APrimalDinoCharacter* DinoCharacter;
290  };
```

```
294    // ATLAS
295    // ScriptStruct ShooterGame.Primal... 

297    struct FNPCSpawnEntry
298    {
299        class FString                                  AnEntryName;
300        TArray<class UClass*>                          NPCsToSpawn;
301        TArray<class FString>                          NPCsToSpawnStrings;
302        TArray<struct FClassRemappingWeight>           NPCRandomSpawnClassWeights;
303        TArray<struct FVector>                         NPCsSpawnOffsets;
304        TArray<float>                                  NPCsToSpawnPercentageChance;
305        TArray<float>                                  NPCMinLevelOffset;
306        TArray<float>                                  NPCMaxLevelOffset;
307        TArray<float>                                  NPCMinLevelMultiplier;
308        TArray<float>                                  NPCMaxLevelMultiplier;
309        unsigned char                                  bAddLevelOffsetBeforeMultiplier : 1;
310        unsigned char                                  bForcePreventSpawnOnOcean : 1;
311        unsigned char                                  UnknownData00[0x7];
312        TArray<unsigned char>                          NPCOverrideLevel;
313        struct FVector                                 ExtentCheck;
314        struct FVector                                 GroupSpawnOffset;
315        float                                          EntryWeight;
316    };

332    // ---------------------------------------

334    // ATLAS
335    // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint

337    struct FPrimalStructureSnapPoint
338    {
339        struct FName                                   SnapPointDescription;
340        struct FVector                                 PointLocOffset;
341        struct FRotator                                PointRotOffset;
342        struct FRotator                                PointComparisonExtraRotOffset;
343        unsigned char                                  bAttachToPoint : 1;
344        unsigned char                                  bAttachFromPoint : 1;
345        unsigned char                                  bHighPriorityAttachToPoint : 1;
346        unsigned char                                  bSnapToUseAlternatePlacementTraceScale : 1;
347        unsigned char                                  bAttachToDisableEncroachmentCheck : 1;
348        unsigned char                                  bAttachToDisableVisibilityCheck : 1;
349        unsigned char                                  bInvalidForStructureLinking : 1;
350        unsigned char                                  bSnapForceNoGroundRequirement : 1;
351        unsigned char                                  bSnapToOnlyAllowSingleAttachment : 1;
352        unsigned char                                  bSnapToInvertYawWhenFlipped : 1;
353        unsigned char                                  bPorthole : 1;
354        unsigned char                                  bMeshOffsetUpdateSnapLocation : 1;
355        unsigned char                                  bSnapForceAllowPlacementAtOtherActorLocation : 1;
356        unsigned char                                  UnknownData00[0x2];
357        int                                            ToPointSnapTypeFlags;
358        int                                            ToPointSnapTypeExcludeFlags;
359        int                                            SnapPointMatchGroup;
360    };
```

```
296
297    struct FNPCSpawnData
298    {
299        class FString                                  SpawnDataName;
300        TArray<class ABaseCharacter*>                  NpcTemplateClasses;
301        TArray                                NpcSpawnGroupMinNum;
302        TArray                                NpcSpawnGroupMaxNum;
303        float                                          NpcSpawnGroupDistance;
304        unsigned char                                  UnknownData00[0x4];
305        TArray<float>                                  NpcSpawnWeight;
306        TArray<float>                                  NpcMinLevelOffset;
307        TArray<float>                                  NpcMaxLevelOffset;
308        TArray<unsigned char>                          NpcOverrideLevel;
309        TArray<float>                                  NpcMinQualityCorrection;
310        TArray<float>                                  NpcMaxQualityCorrection;
311        TArray<float>                                  MinDistanceToPlayer;
312        TArray<float>                                  MaxDistanceToPlayer;
313        TArray<float>                                  NpcSenseSightRadiusMulAdd;
314        TArray<unsigned char>                          NpcOverrideAllowSleep;
315        TArray<class FString>                          NpcStartSleepTime;
316        TArray<class FString>                          NpcEndSleepTime;
317        float                                          Weight;
318    };

326    // ---------------------------------------

328    // Myth of Empires
329    // ScriptStruct SG.BindPointInfo

331    struct FBindPointInfo
332    {
333        struct FName                                   BindPointDes;
334        struct FVector                                 BindPointLocOffset;
335        struct FRotator                                BindPointRotOffset;
336        int32_t                                        CanBindType;
337        int32_t                                        CanBindTypeGroup;
338        int32_t                                        ExcludeBindType;
339        bool                                           bBindPointTo : 1;
340        bool                                           bBindPointFrom : 1;
341        bool                                           bBestBindPoint : 1;
342        bool                                           bChangeFoundation : 1;
343        bool                                           bIgnoreCheckObject : 1;
344        bool                                           bIgnoreCreateOnGroundWhenBinded : 1;
345        unsigned char                                  UnknownData00[0x3];
346    };
```

```cpp
// ATLAS
// ScriptStruct ShooterGame.DamageHarvestingEntry

struct FDamageHarvestingEntry
{
    float                           DamageMultiplier;
    float                           HarvestQuantityMultiplier;
    float                           DamageHarvestAdditionalEffectiveness;
    float                           DamageDurabilityConsumptionMultiplier;
    unsigned char                   bAllowUnderwaterHarvesting : 1;
    unsigned char                   UnknownData00[0x7];
    class UClass*                   DamageTypeParent;
    class UClass*                   HarvestDamageFXOverride;
};

// ----------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement

struct FCraftingResourceRequirement
{
    float                           BaseResourceRequirement;
    unsigned char                   UnknownData00[0x4];
    class UClass*                   ResourceItemType;
    bool                            bCraftingRequireExactResourceType;
    unsigned char                   UnknownData01[0x3];
    int                             ForceMultipleResourceTypesRequirement;
};

// ----------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData

struct FCropItemPhaseData
{
    float                           NextStageFertilizerCacheThreshold;
    unsigned char                   UnknownData00[0x4];
    class UStaticMesh*              StageStaticMesh;
};
```

```cpp
// Myth of Empires
// ScriptStruct SG.DamageExploitEntry

struct FDamageExploitEntry
{
    int32_t                         DropWrapperId;
    float                           DropWrapperFactor;
    float                           DamageMultilier;
    float                           ExploitQuantityMultilier;
    class UDamageType*              DamageTypeParent;
};

// ----------------------------------------------------

// Myth of Empires
// ScriptStruct SG.CraftResourceRequirement

struct FCraftResourceRequirement
{
    int32_t                         BaseResourceRequirement;
    unsigned char                   UnknownData00[0x4];
    TArray<class USGItem*>          ResourceItemType;
    bool                            bConsumesDurable : 1;
    unsigned char                   UnknownData01[0x7];
};

// ----------------------------------------------------

// Myth of Empires
// ScriptStruct SG.CropPhaseData

struct FCropPhaseData
{
    float                           StageGrowthThreshold;
    float                           StageStartScale;
    float                           StageEndScale;
    unsigned char                   UnknownData00[0x4];
    class UStaticMesh*              StageStaticMesh;
};
```

```
 1  // ATLAS
 2  // Similar functions
 3
 4  void ServerActorViewRemoteInventory(class UPrimalInventoryComponent* InventoryComp);        void ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory);
 5  void ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* InventoryComp);        void ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory);
 6  void ServerReleaseSeatingStructure();                                                        void ServerReleaseSeatingStructure();
 7  void OnRep_HasWater(bool bPreviousHasWater);                                                 void OnRep_HasWater(bool bNewHasWater);
 8  void OnRep_AssociatedItemNetInfo();                                                          void OnRep_AssociatedItemNetInfo();
 9  void ClientUpdateLinkedStructures(TArray NewLinkedStructures);                     void ClientUpdateBindedStructures(TArray NewBindedStructures);
10  void FinishedLoadingGameMedia();                                                             void FinishedLoadingGameMedia();
11  void OnRep_Saddle();                                                                         void OnRep_Saddle();
12  void OnRep_CarriedCharacter();                                                               void OnRep_CarriedCharacter();
13  void ClientGameStarted();                                                                    void ClientGameStarted();
14  void OnDisableSpectator();                                                                   void OnDisableSpectator();
15  void UnlockAchievement(const class FString& AchievementID);                                  void UnLockAchievement(const class FString& ID);
16  class UPrimalGameData* BPGetGameData();                                                      class USGGameData* GetGameData();
17  class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh);                            class UMeshComponent* GetWeaponMesh();
18  void ServerRequestLeaveAlliance(uint32_t AllianceId);                                        void ServerRequestLeaveAlliance();
19  TArray<class APrimalBuff*> GetAllBuffs();                                                    class TMap<int32_t, class USGBuff*> GetAllBuffs();
20  void ServerSplitItemStack(const struct FItemNetID& ItemId, int AmountToSplit);              void ServerSplitItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int
21  void PlayHitEffectPoint(float DamageTaken, const struct FPointDamageEvent& DamageEvent, class APawn* Pa...  void NetPlayHitEffectPoint(const struct FHitResult& HitInfo, class UDamageType* DamageTypeClass, TEnumAsByt
22  void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);     void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);
23  void SpawnImpactEffect(const struct FHitResult& Impact);                                     void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
24  void ServerRequestLeaveTribe();                                                              void ServerRequestLeaveGuild(bool bCheckBoxState);
25  void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);                void ServerRequestRenameGuild(const class FString& NewGuildName);
26  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetReplic...  void NetSetContainerActive(bool bActive);
27  void Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeFalling);        void Immobilize(bool bImmobilize);
28  TArray<class UClass*> GetAllItems();                                                         class TMap<int32_t, class USGItem*> GetAllItems();
29  void ServerCraftItem(class AShooterPlayerController* ByPC, struct FItemNetID& ItemId);       void ServerCraftItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int
30  void ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerController* ByPC, bool bRepa...  void ServerRepairItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId);
31  void OnBeginOverlap(class AActor* Actor);                                                    void OnBeginOverlap(class AActor* Actor, class AActor* OtherActor);
32  void OnEndOverlap(class AActor* Actor);                                                      void OnEndOverlap(class AActor* Actor, class AActor* OtherActor);
33  void CloseWithAnimation();                                                                   void CloseWithAnimation();
34  void ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeftWeapon);           void ClientSetClipAmmo(int32_t InClipAmmo);
35  bool IsWithinAttackRange(class AActor* Other, bool bForceUseJustAttackIndex);                bool IsWithinAttackRange(class AActor* InOther);
36  struct FVector GetRandomWanderDestination(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b...  struct FVector GetRandomWanderDestination(bool bIsFirst);
37  float PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b...  float PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& StartSection);
38  void UpdateAttackTargets();                                                                  void UpdateAttackTarget(bool IsAttack);
39  void ClientShowSpawnUI(float Delay);                                                         void ClientShowReSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo, float RespawnTime, bool bIsRe
```

Inside the Myth of Empires binary, there are references to "Primal" Mod GameData - "Primal" being specific to ARK & ATLAS (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)



## DECLARATION OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 1999 Avenue of the Stars, 9th Floor, Los Angeles, CA 90067.

On December 17, 2021 I served the within document(s) described as:

### DECLARATION OF CHEN TING KONG IN SUPPORT OF APPLICATION FOR A TEMPORARY RESTRAINING ORDER

on the interested parties in this action as stated below:

Robert M. Schwartz
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
865 S. Figueroa Street, Tenth Floor
Los Angeles, CA  90017
Email:
robertschwartz@quinnemanuel.com

☑ **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date.

and

Wildcard Properties LLC                    Snail Games USA Inc.
8383 158th Avenue, Suite 200          12049 Jefferson Boulevard
Redmond, WA  98052-3838             Culver City, CA  90230

☑ **BY OVERNIGHT DELIVERY:**  I placed a true copy of the document in a sealed FedEx envelope or package addressed as indicated above on the above-mentioned date in Los Angeles, California, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 17, 2021 at Los Angeles, California.

_____
Robby S. Naoufal

101945990