QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Michael LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone: (650) 801-5000

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC,<br><br>Defendants, | Case No. 2:21-cv-9552-CAS<br><br>**DECLARATION OF JIM SHUN TSAI IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| SNAIL GAMES USA INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD; and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Counterclaim Defendants, | |

| | |
|---|---|
| 1 | SNAIL GAMES USA INC., |
| 2 |     Third Party Plaintiff, |
| 3 |   vs. |
| 4 | TENCENT CLOUD LLC, |
| 5 |     Third Party Defendant. |

# DECLARATION OF JIM SHUN TSAI

I, Jim Shun Tsai, declare as follows:

1. I am the Chief Executive Officer of Snail Games USA, Inc. ("Snail USA"), a defendant, counterclaimant, and third-party plaintiff in this case. My business address is 12049 Jefferson Blvd., Culver City, CA 90230. I have personal knowledge of the matters stated in this declaration and if called as a witness, I would testify competently thereto.

## *Snail USA's Publication of Ark: Survival Evolved*

2. I have been an employee of Snail USA in a full or part-time capacity since 2014 and am presently the company's CEO.

3. As the CEO of Snail USA, I provide leadership and insights into company's operations.

4. Snail USA has its principal place of business in Culver City, California. Snail USA is the global publisher of video games for Suzhou Snail Digital Technology Co., Ltd. ("Snail Game"). Snail Game is the sole shareholder of Snail USA.

5. Snail USA is the publisher of the hit survival video game *Ark: Survival Evolved* ("*Ark*"). Snail USA also has registered and owns all copyrights in *Ark*, including copyrights for *Ark* as a computer program.

6. Snail USA published *Ark* on behalf of its affiliated company, Wildcard Properties LLC, d/b/a Studio Wildcard ("Wildcard").

7. Snail USA first published an early access version of *Ark* on Valve Corporation's ("Valve's") Steam platform on June 2, 2015. The Steam platform is an online video game sales, publishing, and distribution service that allows developers and publishers to sell their games to consumers over the internet. On the Steam platform, "early access" refers to a publishing system created by Valve that allows companies to publish pre-release versions of still-in-development video games. Members of the public can then play and provide feedback on the pre-

release versions, and the developers can take the public's feedback into account while continuing development. Wildcard and Snail USA continued working on *Ark* throughout the early access period.

9. Early access to *Ark* ended in 2017. Wildcard and Snail USA published the first completed, retail version of *Ark* on August 29, 2017 for Microsoft Windows, Sony's PlayStation 4, and Microsoft's Xbox One. In 2018, Wildcard and Snail USA published additional versions of *Ark* for the Nintendo Switch and Android iOS.

10. After its early access release, *Ark* was a resounding commercial success. By August 2016, *Ark* had sold more than 5.5 million copies.

### Efforts to Keep Ark*'s Source Code Secret and Confidential*

11. Throughout *Ark*'s development, Wildcard, Snail USA, and Snail Games took steps to ensure that the code created for *Ark* was maintained in confidence by its employees. All employees of Wildcard, Snail USA, and Snail Games signed non-disclosure agreements promising to maintain technical secrets, like software, in confidence, and not to provide that material to third parties. The source code was also stored on a server that could be accessed by only those employees who were given login credentials to that server (i.e., usernames and passwords).

### Snail USA's Registration of the Copyright In Ark

12. To protect the valuable intellectual property embodied in *Ark*, and in addition to the confidentiality measures described above, Snail USA registered several copyrights in *Ark*, including U.S. Copyright Registration Nos. TX0008844750, TX0008850188, and TX0008850190. Copies of these registrations are attached as **Exhibits A, B, and C**. As reflected in the registrations, *Ark* was an original work of authorship by Wildcard, and the copyrights have since been assigned to Snail USA.

### *Plaintiffs' Access To Defendants' Source Code for* Ark

13.  Between April 2019 and November 2020, a number of employees of Snail USA's parent company, Snail Games, left Snail Game. Based on our concerns about plaintiff Angela Games' copying of our copyrighted source code for *Ark*, I and others at Snail USA and Snail Game have tried to determine whether any of those employees left Snail Game to work for Angela Games. Specifically, we looked at the names listed on the "credits" for *Myth of Empires*, and noticed approximately 82 persons who worked on that game. We then compared that list of names to Snail Game's employment records. We determined that at least 60 of the 82 persons who worked on *Myth of Empires* are former employees of Snail Game.

14.  The former employees who left Snail Game between April of 2019 and November of 2020 and also worked on *Myth of Empires* include Yang Li Ping, former director of the Technology Center at Snail Games. Mr. Yang left Snail Game around April 2, 2019.

15.  Each of these former employees was subject to contractual confidentiality restrictions. For instance, Mr. Yang's employment agreement and non-disclosure agreement are attached to this declaration as **Exhibit D** (original Mandarin) and **Exhibit E** (English translation).

16.  Despite having these agreements, given this exodus of employees to Angela Game, I was understandably concerned when Angela Game, and its publisher, plaintiff Imperium Interactive Entertainment Limited ("Imperium"), released an early access version of a competing product, *Myth of Empires*. They released this early access version on November 18, 2021, roughly one year after some of these former Snail Games employees left.

17.  I have reviewed plaintiffs' version of how *Myth of Empires* came into being in their application for a Temporary Restraining Order and the Declaration of Cheng Ting Kong written in support of plaintiffs' application. Plaintiffs have

claimed that "*Myth of Empires* is the end-result of a years-long development effort by Angela Game ... dating back to at least 2018."

18.   I am aware that Mr. Yang had access to the source code for *Ark* by no later than 2018.  In 2018, Snail USA wanted to create at least one complete "back up" of the source code to protect against possible code loss.  On December 1, 2018, Mr. Yang was the director of the Technology Center at Snail Game.  In that capacity, I instructed one of Snail Game's employees to give source code access credentials to Mr. Yang so he could create the back up.  Mr. Yang was the only employee of Snail Game—in fact, the only person in China—who had access to the *Ark* source code.

19.   After we gave Mr. Yang access to the *Ark* source code, he sent me an email on December 1, 2018 to confirm that he had received access to the *Ark* source code and that he was able to open it and use it.  A copy of our email thread, with corresponding English translation for the portions in Mandarin, is attached as **Exhibit F**.

20.   Roughly five months later, in April 2019, Mr. Yang quit Snail Game and began working at Angela Game.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed this 21st day of December 2021 in Los Angeles, California.

_____
Jim Shun Tsai