# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-844-750**

**Effective Date of Registration:**
November 12, 2019

**Registration Decision Date:**
March 02, 2020

## Title

| | |
|---|---|
| Title of Work: | ARK: Survival Evolved (Nintendo Switch Version) |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | November 30, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Studio Wildcard |
| Author Created: | computer program and audiovisual material for a videogame |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Snail Games USA Inc. |
| | 12049 Jefferson Blvd., Culver City, CA, 90230, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Atkinson, Andelson, Loya, Ruud & Romo |
| Name: | Brian Wheeler |
| Email: | bwheeler@aalrr.com |
| Telephone: | (562)653-3200 |
| Address: | 12800 Center Court Drive |
| | Suite 300 |
| | Cerritos, CA 90703 United States |

## Certification

          Name: Brian M. Wheeler
          Date: November 08, 2019
 Applicant's Tracking Number: 16018.19

     Correspondence: Yes

        Registration #:  TX0008844750
Service Request #:  1-7747735275



Atkinson, Andelson, Loya, Ruud & Romo
Brian Wheeler
12800 Center Court Drive
Suite 300
Cerritos, CA 90703