# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-850-188**

**Effective Date of Registration:**
November 12, 2019
**Registration Decision Date:**
March 10, 2020

## Title

| | |
|---|---|
| Title of Work: | ARK: Survival Evolved (PS4 Version) |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | August 29, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Studio Wildcard |
| Author Created: | text, computer program, artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Snail Games USA Inc.<br>12049 Jefferson Blvd., Culver City, CA, 90230, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Atkinson, Andelson, Loya, Ruud & Romo |
| Name: | Brian Wheeler |
| Email: | bwheeler@aalrr.com |
| Telephone: | (562)653-3200 |
| Address: | 12800 Center Court Drive<br>Suite 300<br>Cerritos, CA 90703 United States |

## Certification

                    **Name:** Brian M. Wheeler
                    **Date:** November 08, 2019
**Applicant's Tracking Number:** 16018.19

**Correspondence:** Yes

Registration #: TX0008850188
Service Request #: 1-7747735131



Atkinson, Andelson, Loya, Ruud & Romo
Brian Wheeler
12800 Center Court Drive
Suite 300
Cerritos, CA 90703