# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**TX 8-850-190**

**Effective Date of Registration:**
November 12, 2019
**Registration Decision Date:**
March 10, 2020

---

## Title

**Title of Work:** ARK: Survival Evolved (Xbox One Version)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 29, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Studio Wildcard
  **Author Created:** text, computer program, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Snail Games USA Inc.
12049 Jefferson Blvd., Culver City, CA, 90230, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Atkinson, Andelson, Loya, Ruud & Romo
**Name:** Brian Wheeler
**Email:** bwheeler@aalrr.com
**Telephone:** (562)653-3200
**Address:** 12800 Center Court Drive
Suite 300
Cerritos, CA 90703 United States

## Certification

                              Name: Brian M. Wheeler
                               Date: November 08, 2019
Applicant's Tracking Number: 16018.19

Correspondence: Yes

**Registration #:** TX0008850190
**Service Request #:** 1-7747735167



Atkinson, Andelson, Loya, Ruud & Romo
Brian Wheeler
12800 Center Court Drive
Suite 300
Cerritos, CA 90703