# EXHIBIT D

编号： WN0063

# 苏州工业园区全日制劳动合同书

## 甲方（用人单位）

| 名　　称 | 苏州市蜗牛数字科技股份有限公司 | | |
|---|---|---|---|
| 住所地 | 苏州市工业园区中新大道西 171 号 | | |
| 工商登记注册类型 | 有限责任公司 | 法定代表人或负责人 | 石海 |
| 联系电话 | 0512-67671313 | 人力资源部门联系电话 | 0512-67671651 |

## 乙方（劳动者）

| 姓　　名 | 杨利平 | 性　别 | 男 |
|---|---|---|---|
| 出生年月 |  | 文化程度 |  |
| 户籍所在地址 |  | | |
| 现居住地址 | 苏州 | 居民身份证号码 | 320586198304120510 |
| 公积金(社保)编号 | \ | 就业登记证号码 | \ |
| 联系电话 | 0512-67671313 | | |

甲、乙双方根据《中华人民共和国劳动合同法》和有关法律、法规规定，在合法公平、平等自愿、协商一致、诚实信用的基础上，签订本合同，双方应共同遵守。

一、劳动合同期限

甲乙双方约定按下列__B__种方式确定"劳动合同期限"（A、B、C选其中之一）：

A、有固定期限的劳动合同自＿＼＿年＼月＼日起至＼＿年＼月＼日止，其中试用期自＿＼＿年＼月＼日起至＼＿年＼月＿＼日止。

B、无固定期限的劳动合同自 2017 年 1 月 1 日起，其中试用期自＿/＿年/＿月/＿日起至＿/＿年＿/＿月＿/＿日止。

C、以完成＿＿＿＿/＿＿＿＿工作任务为劳动合同期限，自＿/＿年＿/＿月＿/＿日起至完成本项工作任务之日为劳动合同终止日。

二、工作地点和工作内容

（一）乙方的工作地点为＿＿＿＿＿苏州＿＿＿＿＿

（二）乙方根据甲方要求，经过协商，从事＿技术中心第一负责人＿工作。甲方可根据工作需要和对乙方业绩的考核结果，按照合理诚信原则，经与乙方协商一致或依法变动乙方的工作岗位。

（三）甲方安排乙方所从事的工作内容及要求，应当符合国家法律法规规定的劳动基准和甲方依法制订的规章制度。乙方应当按照甲方安排的工作内容及要求履行劳动义务，按时按质完成规定的工作。

三、工作时间和休息休假

（一）甲乙双方经协商确认执行下列__A__条款（A、B、C选其中之一）：

A、实行标准工时工作制，甲方安排乙方每日工作时间不超过 8 小时，每周不超过 40 小时。甲方应保证乙方每周至少休息一天。

B、实行综合计算工时工作制，按苏州工业园区劳动和社会保障局批准的事项及内容执行。

C、经苏州工业园区劳动和社会保障局批准，实行不定时工作制，乙方根据工作需要，确保完成工作任务的情况下自行安排工作时间和休息休假。

（二）甲方严格遵守法定的工作时间，保证乙方的休息与身心健康。甲方由于生产经营需要，经与工会和乙方协商后可以延长工作时间，一般每日不得超过一小时；因特殊原因需要延长工作时间的，在保障乙方身体健康的条件下延长工作时间不得超过三小时，每月不得超过三十六小时。

（三）甲方按规定给予乙方享受法定休假日、年休假、婚假、丧假、产假、看护假等带薪假期，具体办法按国家有关规定或双方协商决定。

四、劳动保护、劳动条件和职业危害防护

（一）甲方对可能产生职业病危害的岗位，应当向乙方履行如实告知的义务，并对乙方进行劳动安全卫生教育，防止劳动过程中的伤亡事故，减少职业病危害。

（二）甲方必须为乙方提供符合国家规定的劳动安全卫生条件和必要的劳动防护用品，安排乙方从事有职业危害作业的，应定期为乙方进行健康检查，并在乙方离职前进行健康检查。

（三）乙方在劳动过程中必须严格遵守安全操作规范。乙方对甲方管理人员违章指挥、强令冒险作业，有权拒绝执行。

（四）甲方按照国家关于女职工、未成年工的特殊保护规定，对乙方提供保护。

五、劳动报酬

甲方应当每月至少一次以货币形式支付乙方工资。乙方在法定工作时间内提供了正常劳动，甲方向乙方支付的工资不得低于当地最低工资标准。

（一）甲方每月＿＿16＿＿日为发薪日,工资发放形式为（□现金直接发放  □委托银行发放）。

乙方在试用期的，试用期工资为每月＿＿\＿＿元。

（二）乙方的工资标准采用下列第（ B ）方式确定（A、B、C、D选其中之一）：

A、乙方实行月薪制，每月为＿＿／＿＿元，具体办法按照甲方依法制订的相关规定执行。

B、乙方实行基本工资和绩效工资相结合的工资分配办法，乙方的基本工资为每月＿＿5000＿＿元（实行年薪制的每月预付工资为＿＿／＿＿元）；绩效工资考核发放办法按甲方依法制订的相关规定执行。

C、乙方实行计件工资制,计件工资的劳动定额管理按照甲方依法制订的相关规定执行，定额单价为＿＿＿／＿＿＿元。甲方确定、调整劳动定额应当保证本单位与乙方同岗位90%以上的劳动者在法定工作时间内能够完成。超过法定工作时间以外劳动定额，应当按照法定加班工资的标准计算计件工资。

D、乙方实行其他工资分配形式：＿＿＿＿＿＿／＿＿＿＿＿＿

（三） 甲方应当根据本单位的经济效益增长情况、苏州工业园区发布的工资指导价位和本地区、行业的职工平均工资水平等，通过工资集体协商以及修订劳动报酬规章制度，合理增加乙方工资。

（四）甲方依法安排乙方延长工作时间或者在休息日、法定休假日加班的，应依法安排乙方补休或支付相应加班工资。

（五）乙方加班加点的工资，以双方经过协商确定的（√＿＿5000＿＿元工资  □集体合同或规章制度规定）为基数计算。

（六）乙方依法享有带薪假期期间的工资。

六、社会保险和福利

(一) 双方依法参加园区公积金，其中依法应由乙方缴纳的部分，由甲方从乙方工资报酬中代扣代缴。

(二) 甲方按＿＿甲类＿＿计划公积金制度为乙方缴纳园区公积金。乙方可通过园区公积金管理中心发放的对账单或园区公积金网站查询公积金缴纳情况。

(三) 如乙方发生工伤事故，甲方应负责及时救治，或提供可能的帮助，并在规定时间内向劳动保障部门提出工伤认定申请，为乙方依法办理劳动能力鉴定，并为享受工伤医疗待遇履行必要的义务。

(四) 乙方患病或非因工负伤，甲方应按国家和地方的规定给予医疗期和医疗待遇，按医疗保险及其他相关规定报销医疗费用，并在规定的医疗期内支付病假工资或疾病救济费。

七、劳动合同的变更、解除和终止

（一） 任何一方要求变更本合同的有关内容，都应以书面形式通知对方。

甲方变更名称、法定代表人、主要负责人或者投资人等事项，不影响本合同的履行。甲方发生合并或者分立等情况，本合同继续有效，由承继甲方权利和义务的单位继续履行。

（二） 解除

1. 经甲乙双方协商一致，本合同可以解除。其中由甲方提出解除本合同的，应按规定支付经济补偿。

2．有下列情形之一的，甲方可以解除本合同：
（1）乙方在试用期内被证明不符合录用条件的；
（2）乙方严重违反甲方规章制度的；
（3）乙方严重失职，营私舞弊，对甲方造成重大损害的；
（4）乙方同时与其他用人单位建立劳动关系，对完成甲方的工作任务造成严重影响，或者经甲方提出，拒不改正的；
（5）乙方以欺诈、胁迫的手段或者乘人之危，使甲方在违背真实意思的情况下订立或者变更劳动合同致使本合同或者变更协议无效的；
（6）乙方被依法追究刑事责任的；
（7）乙方患病或非因工负伤，在规定的医疗期满后不能从事本合同约定的工作，也不能从事由甲方另行安排的工作的；
（8）乙方不能胜任工作，经过培训或者调整工作岗位，仍不能胜任工作的；
（9）本合同订立时所依据的客观情况发生重大变化，致使本合同无法履行，经双方协商未能就变更本合同达成协议的；
甲方按照第（7）、（8）、（9）项规定解除本合同的，需提前三十日书面通知乙方（或者额外支付乙方一个月工资），并按规定向乙方支付经济补偿，其中按第（7）项解除本合同并符合有关规定的还需支付乙方医疗补助费。

3．有下列情形之一，甲方在履行规定程序后，可以裁减人员，并按规定支付经济补偿：
（1）甲方依照企业破产法规定进行重整的；
（2）甲方生产经营发生严重困难的；
（3）甲方转产、重大技术革新或者经营方式调整的；
（4）其他因劳动合同订立时所依据的客观经济情况发生重大变化，致使本合同无法履行的。

4．乙方解除本合同，应当提前三十日以书面形式通知甲方；在试用期内的，提前三日通知甲方。
有下列情形之一的，乙方可以解除本合同，甲方应按规定支付经济补偿：
（1）甲方未按照劳动合同约定提供劳动保护或者劳动条件的；
（2）甲方未及时足额支付劳动报酬的；
（3）甲方未依法为乙方缴纳园区公积金（社会保险费）的；
（4）甲方的规章制度违反法律、法规的规定，损害乙方权益的；
（5）甲方以欺诈、胁迫的手段或者乘人之危，使乙方在违背真实意思的情况下订立或者变更本合同，致使本合同或者变更协议无效的；
（6）甲方免除自己的法定责任、排除乙方权利，致使本合同无效的；
（7）甲方违反法律、行政法规强制性规定，致使本合同无效的；
（8）甲方以暴力、威胁或者非法限制人身自由的手段强迫乙方劳动，或者违章指挥、强令冒险作业危及乙方人身安全的；
（9）法律、行政法规规定乙方可以解除劳动合同的其他情形。
甲方有上述第（8）项情形的，乙方可以立即解除劳动合同，不需事先告知用人单位。

5．有下列情形之一的，甲方不得依据《劳动合同法》第四十条、第四十一条的规定解除本合同：
（1）乙方从事接触职业病危害作业未进行离岗前职业健康检查，或者疑似职业病病人在诊断或者医学观察期间的；
（2）乙方在本单位患职业病或者因工负伤并被确认丧失或部分丧失劳动能力的；
（3）乙方患病或者非因工负伤，在规定的医疗期内的；

（4）女职工在孕期、产期、哺乳期的；
（5）乙方在本单位连续工作满十五年，且距法定退休年龄不足五年的；
（6）法律、行政法规规定的其他情形。
（三） 终止
1．本合同期满或法定终止条件出现，本合同即行终止。
2．本合同因下列情形之一终止的，甲方应当按规定向乙方支付经济补偿：
（1）除甲方维持或者提高劳动合同约定条件续订劳动合同，乙方不同意续订的情形外，劳动合同期满的；
（2）甲方被依法宣告破产的；
（3）甲方被吊销营业执照、责令关闭、撤销或者甲方决定提前解散的；
（4）法律、行政法规规定的其他情形。
3．乙方有第七条第（二）项第 5 点情形之一，合同期满的，甲方应当续延乙方合同期至相应的情形消失时终止。但甲方在乙方患职业病或者因工负伤并被确认丧失或者部分丧失劳动能力的劳动合同的终止，按照国家和省有关工伤保险的规定执行。
（四）甲方违法解除或者终止本合同，乙方要求继续履行本合同的，甲方应当继续履行；乙方不要求继续履行本合同或者本合同不能继续履行的，甲方应按规定的经济补偿标准的二倍支付乙方赔偿金。
（五）合同解除或者终止的手续
甲方应当在解除或者终止本合同时出具解除或者终止劳动合同的证明，并在十五日内为乙方办理档案和社会保险关系转移手续。

八、协商条款
经甲乙双方协商一致，约定条款如下：
1、乙方工作涉及甲方商业秘密和与知识产权相关的保密事项的，甲方可以事前与乙方依法协商约定保守商业秘密或竞业限制的事项，并签订保守商业秘密协议或竞业限制协议。
2、由甲方出资对乙方进行专业技术培训，并要求乙方履行服务期的，应当事前征得乙方的同意，并签订协议，明确双方权利义务。
3、乙方在甲方工作期间，利用甲方的材料和技术资源所作出的任何发明、发现、设计、提高和成果以及相应的专利申请权应归甲方所有。乙方不得将此等发明、发现、设计、提高和成果透露给第三方，亦无权对此等发明、发现、设计、提高和成果进行任何商业开发。
4、乙方在甲方工作期间，利用甲方的材料和技术资源所作出的任何工程设计、产品图样、计算机软件、图纸或其他作品的著作权应属于甲方。
5、乙方离职时不按规定办理或不配合工作交接，对甲方造成损失，乙方应赔偿甲方的损失。情节恶劣时，甲方保留延缓发放工资或是从工资扣除相应损失的权利。
6、本条第 3 款和第 4 款下的权利和义务在劳动合同终止后仍然有效。

九、劳动争议处理
（一）劳动合同依法订立，即具有法律约束力，双方应当全面履行，并严格、依法执行劳动合同的变更、解除、终止、续订和给付经济补偿的规定。
（二）甲乙双方因履行本合同发生劳动争议，可以协商解决。不愿协商或者协商不成的，可以向本单位劳动争议调解委员会申请调解；调解不成的，可以向劳动争议仲裁委员会申请仲裁。甲乙双方也可以直接向劳动争议仲裁委员会申请仲裁。提出仲裁要求的一方应当自劳动争议发生之日起法定时效内向劳动争议仲裁委员会提出书面申请。对仲裁裁决不服的，可以自收到仲裁裁决书之日起法定时效日内向人民法院提起诉讼。
（三）甲方违反劳动法律、法规和规章，损害乙方合法权益的，乙方有权向劳动保障行政部门和有关部门投诉、举报。

十、其他

（一）劳动合同期内，乙方户籍所在地址、现居住地址、联系方式等发生变化应及时告知甲方，以便于联系。

（二）本合同未尽事宜，均按国家有关规定和甲方依法制定的规章制度执行，没有规定的，通过双方平等协商解决。

（三）本合同不得涂改，甲方对解除或终止的劳动合同文本至少保存二年备查。

（四）本合同如需同时用中文、外文书写，内容不一致的，以中文文本为准。

（五）本合同一式两份，甲乙双方各执一份。

（六）本合同于 2017 年 1 月 1 日生效。

法定代表人签名：
或委托代理人签名：
甲方盖章：
签章日期：

乙方签名：杨利平

签章日期：2017.2.16

甲乙双方自愿申请劳动合同鉴证的，应当在劳动合同签订之日起三十日内向劳动保障行政部门提出，并另行交劳动合同鉴证机构留存一份劳动合同。

鉴证机构盖章：                    鉴证人签名：

                                鉴证日期：

苏州市蜗牛电子有限公司<br>内部行政文件 编号 034

# 苏州市蜗牛电子有限公司
# 保密协议书

__杨利平__ 先生/小姐：

您作为苏州市蜗牛电子有限公司的一员，在工作期间可能会通过某种渠道而获得属于苏州市蜗牛电子有限公司的各类信息或内部情况，该等信息公司是要求保密的（无论是否在相关信息载体上注明"保密"二字）。

在您聘用期间及以后，您不能直接或间接地将苏州市蜗牛电子有限公司的机密（无论是自己直接知道还是从别的部门或人员间接知道，以及自己独立或同别的员工一起研究得到的）为自己或为其他单位或个人服务或泄露给他人或任何单位。这些属于公司秘密包括（但不限于）：

1、 经营秘密，如公司经营目标和计划；采购渠道、价格、网络、采购计划、报告、实施方法；人事制度；管理制度；销售计划与策略、销售价格信息；广告计划，客户网络等。

2、 技术秘密，如：软件策划资料、构思；技术图纸（含草稿），软件（含半成品或阶段性成果）；制作方法、制造图纸、制造流程配方；生产报告、生产计划；技术开发、规划、方法、技术开发资料；及载有上述内容的各种载体。

3、 财务秘密，如：财务报表、财务状况、财务预算、财务决算、财务计划、各项成本核算之内容，技术开发之成本、开支等；及载有上述内容的各种载体。

您对工作中所接触的公司合作者、公司潜在客户的秘密有保密的义务。

如您违反上述义务，将受到公司的纪律处分或其他处罚（具体种类由公司决定），给公司造成任何损害（包括潜在的、直接的、间接的）都由您全部赔偿。

## 除上述一般要求外，还涉及以下具体事项：

1、 在您被聘用期间或在苏州市蜗牛电子有限公司的要求的时间内，您应及时销毁直接或间接地同机密有关的复印件、注释、记录、草案、平面图、设计、样品及相关所有文件和材料。具体销毁方法、地点应按公司要求进行，必要时应有销毁记录及报告；您如果违反本条，将受到纪律处分（具体由公司决定），给公司造成任何损害（含潜在的）都由您承担。

2、 在您被聘用期间，您无论是独自还是同别人一起，直接或间接地利用了苏州市蜗牛电子有限公司现在或预期的各类业务或您所知道的信息后，所发现、得到的所有观点、发明、发现（无论是否申请专利），都属于苏州市蜗牛电子有限公司所有。您应及时书面报告给

- 1 -

苏州市蜗牛电子有限公司
内部行政文件 编号 034

公司，包括在这一过程中的任何进展、阶段性成果、技术数据等相关资料。您从这些观点、发明、发现所得到的来自全世界各国的所有权利、权益都归苏州市蜗牛电子有限公司所有。您应无偿将苏州市蜗牛电子有限公司及它的授权人所需的一切证明、法律性文件，如专利申请权、优先权、转让书等文件提供给公司及其授权人。

如果您违反了本条的义务，您将受到公司的纪律处分（具体种类由公司决定）；违反有关法律、法规时公司将提起法律诉讼，您从中得到的任何本应属于公司的利益将必须还给公司，您的行为给公司造成应有利益的损失时，将由您全部赔偿。

3、 在您被聘用期间，您不能为个人利益，直接或间接地参加有可能与公司有竞争性或有损公司利益的活动，您应避免同任何在公司业务中有可能会是您涉及到行贿受贿行为的个人、公司或其他组织机构发生任何关系。您如果违反本条，将受到纪律处分（具体由公司决定），您的行为给公司造成任何损害（含潜在的）以及任何方面的利益损失（含潜在的）都由您赔偿。

附：公司有权根据您违约的具体情节，采取下列处罚措施：

1、扣发奖金或给予处罚；
2、降低工资等级；
3、调离原工作岗位；
4、给予相应的行政处分；
5、根据劳工合同有关约定解除与员工的劳动合同。

以上各条是本公司在您被聘用时所提出的条件和要求。

员工声明：我已认真研读以上每一条款，并理解全部含义，我将遵守这份协议。

签名：  杨利平
日期：  2006 年 1 月 23 日