# EXHIBIT E

Reference: WN0063

# Full-time Labor Contract for Suzhou Industrial Park

Party A (Employer)

| name | Suzhou Snail Digital Technology Co., Ltd | | |
|---|---|---|---|
| Address | 171 Zhongxin Avenue, Suzhou Industrial Park Suzhou City, Jiangsu Province, China | | |
| The type of business registration | limited liability company | The legal representative or person in charge | Shi Hai |
| Contact phone number | 0512 67671313 | Human Resources contact phone | 0512 67671651 |

Party B (Employee)

| name | Yang Liping | gender | male |
|---|---|---|---|
| Birth month | | Education | |
| The address of the household registration | | | |
| The current residence address | Suzhou | Resident ID number | 320586198304120510 |
| Provident Fund (Social Security) Number | | Employment registration card number | |
| Contact phone number | 0512·67671313 | | |

In accordance with the Labor Contract Law of the People's Republic of China and the relevant laws and regulations, the two parties A and B shall jointly abide by this contract on the basis of legal fairness, equality, voluntary consensus and good faith.

I.       The term of the labor contract

Both parties agree to determine the "term of the labor contract" as described in (b) below (a, b, or c):

a.  A fixed-term labor contract shall last from the beginning of the previous month to the beginning of the previous month of the year, and the probationary period shall last from the beginning of the previous month of the year to January of the previous month of the year.
b.  A labor contract without a fixed term is self-contained. From <u>1 January 2017</u>, the trial period will last from _____ to _____.
c.  To complete the work task as the labor contract period, from _____ to _____ which is the date of completion of this work task and is the end date of the labor contract.

II.      Work location and work content

1.       Party B's duty station is <u>Suzhou</u>
2.       Party B in accordance with Party A requirements, after consultation, engaged in the technical center first person in charge of the work. Party A may, in accordance with the needs of the work

  and the results of the assessment of Party B's performance, in accordance with the principle of reasonably good faith, after consensus with Party B or in accordance with the law to change Party B's jobs.

3. Party A shall arrange the contents and requirements of the work performed by Party B in accordance with the labor benchmarks stipulated by the laws and regulations of the State and the rules and regulations formulated by Party A in accordance with the law. Party B shall fulfill its labor obligations in accordance with the contents and requirements of the work arranged by Party A and complete the prescribed work on time and in accordance with the quality.

### III. Working hours, rest and vacation

1. The A and B parties confirm, after consultation, the implementation of the following clause as described by <u>(a)</u> (a, b, or c):

a. The implementation of the standard working hours system, Party A arranged party B daily working hours of no more than 8 hours, no more than 40 hours per week. Party A shall ensure that Party B rests at least one day per week.

b. The implementation of a comprehensive calculation of working hours, according to the Suzhou Industrial Park Labor and Social Security Bureau approved the matters and contents of implementation.

c. Approved by the Suzhou Industrial Park Bureau of Labor and Social Security, the implementation of the irregular working system, Party B in accordance with the needs of the work, to ensure the completion of the work tasks in the case of their own arrangements for working hours and rest and vacation.

2. Party A strictly abides by the statutory working hours to ensure Party B's rest and physical and mental health. Party A may, after consultation with the trade union and Party B, extend working hours by no more than one hour per day, and if it is necessary to extend working hours for special reasons, the working hours shall not exceed three hours and not exceed 36 hours per month under conditions that guarantee Party B's health.

3. Party A shall, in accordance with the provisions, grant Party B paid leave such as statutory leave days, annual leave, marriage leave, bereavement leave, maternity leave and nursing leave, and the specific measures shall be decided in accordance with the relevant provisions of the State or through consultation between the two parties.

### IV. Labor protection, labor conditions and occupational hazard protection

1. Party A shall fulfill the obligation of truthful notification to Party B for posts that may cause occupational disease or hazards, and shall conduct labor safety and health education to Party B to prevent casualties and accidents in the course of labor and reduce occupational disease or hazards.

2. Party A must provide Party B with labor safety and hygiene conditions and necessary labor protection supplies in accordance with the provisions of national laws, and arrange for Party B to engage in occupational hazardous work, it shall conduct regular health checks for Party B and conduct health checks before Party B leaves office.

3. Party B must strictly abide by the safety operating regulations in the course of labor. Party B has the right to refuse to carry out the illegal command and ordering of Party A's management personnel to take risks.

4. Party A shall provide protection to Party B in accordance with the special protection provisions of the State concerning female workers and minor workers.

Suzhou Industrial Park Bureau of Labor and Social Security
Suzhou Industrial Park Human Resource Development Company, Ltd.

V. **Remuneration for labor**

Party A shall pay Party B's wages in monetary form at least once a month. Party B provides normal labor during the statutory working hours, and Party B shall not pay less than the local minimum wage.

1. Party A is paid on the <u>16th</u> of each month, in the form of a direct cash payment entrusted to the bank. If Party B is in the probationary period, the probationary salary shall be _____ RMB per month.

2. Party B's wage standards are determined by the following (b) method (a, b, c, or d):

a. Party B implements a monthly salary system, per month of _____ yuan, the specific measures in accordance with Party A in accordance with the relevant provisions formulated in accordance with the law.

b. Party B implements a wage distribution method combining basic salary and performance salary, and Party B's basic salary is <u>5000</u> yuan per month (the monthly advance salary of the annual salary system is _____ yuan);

c. Party B to implement the piece-rate wage system, piece-rate wages of the labor quota management in accordance with Party A in accordance with the relevant provisions formulated in accordance with the law, fixed unit price _____ yuan. Party A shall determine and adjust the labor quota to ensure that more than 90% of the workers in the same position as Party B can complete the work within the statutory working hours. If the labor quota outside the statutory working hours is exceeded, the piece-rate wage shall be calculated according to the standard of the statutory overtime pay.

d. Party B to implement other forms of wage distribution: _____

3. Party A shall, in accordance with the economic benefit growth of the unit, the wage guidance price issued by Suzhou Industrial Park and the average wage level of employees in the region and industry, reasonably increase Party B's wages through collective wage negotiations and the revision of labor remuneration rules and regulations.

4. If Party A arranges for Party B to extend its working hours or to work overtime on rest days or statutory vacation days, It shall arrange for Party B to take a rest or pay the corresponding overtime wages in accordance with the law.

5. Party B's overtime pay is calculated on the basis of the collective contract or rules and regulations of <u>5000</u> yuan determined by the two parties after consultation.

6. Party B shall enjoy wages during the period of paid leave in accordance with the law.

VI. **Social security and benefits**

1. Both parties shall participate in the park provident fund in accordance with the law, of which the portion to be paid by Party B shall be withheld by Party A from Party B's salary remuneration.

2. Party A shall pay the Park Provident Fund for Party B in accordance with the <u>Class A</u> Scheme Provident Fund System. Party B can inquire about the payment of provident fund through the statement issued by the Park Provident Fund Management Center or the Park Provident Fund website.

3. If Party B has an accident at work, Party A shall be responsible for timely medical treatment, or provide possible assistance, and within the prescribed time to the labor security department to apply for work injury identification, for Party B in accordance with the law for the identification of labor capacity, and to enjoy the medical treatment of work-related injuries to fulfill the necessary obligations.

4. If Party B is ill or injured by work, Party A shall, in accordance with the provisions of the state and local governments, give medical treatment and medical treatment, reimburse medical expenses in accordance with medical insurance and other relevant provisions, and pay sick pay or disease relief expenses during the prescribed medical period.

VII.  Changes, cancellations, and terminations of labor contracts

1. Any party requesting a change in the relevant contents of this contract shall notify the other party in writing. Party A's change of name, legal representative, principal person in charge or investor shall not affect the performance of this contract. In the event of a merger or division of Party A, this contract shall continue to be valid and shall be continued to be performed by the unit that inherits Party A's rights and obligations.

2. Cancellation

a. This contract may be terminated by mutual agreement between A and B. Where Party A proposes to terminate this contract, economic compensation shall be paid in accordance with the provisions.

b. If one of the following circumstances is present, Party A may terminate this contract:

(1) Party B has been proved to be non-compliant with the conditions for employment during the probationary period;
(2) Party B has seriously violated Party A's rules and regulations;
(3) Party B is seriously negligent, engaged in private fraud, causing significant damage to Party A;
(4) Party B at the same time with other employers to establish labor relations, to complete Party A's work tasks have a serious impact, or by Party A proposed, refused to correct;
(5) Party B, by means of fraud, coercion or by taking advantage of the danger of others, makes Party A conclude or change the labor contract in violation of the true meaning, thus rendering this contract or the change agreement invalid;
(6) Party B shall be investigated for criminal responsibility in accordance with the law;
(7) Party B shall not be able to perform the work stipulated in this contract after the prescribed medical period, nor shall it engage in work otherwise arranged by Party A;
(8) Party B is not competent for the job, after training or adjustment of the job, still not competent for the job;
(9) If the objective circumstances on which this contract is concluded have changed materially, resulting in the non-performance of this contract, and the agreement on the modification of this contract has not been reached after consultation between the two parties:

If Party A terminates this contract in accordance with the provisions of Subparagraphs (7), (8) and (9), it shall notify Party B in writing 30 days in advance (or pay Party B an additional month's salary) and pay economic compensation to Party B in accordance with the provisions, of which Party B's medical assistance fee shall be paid if the contract is terminated in accordance with Item (7) and in accordance with the relevant provisions.

c. In one of the following cases, Party A may, after performing the prescribed procedures, reduce its personnel and pay financial compensation in accordance with the provisions:

(1) Party A shall restructure in accordance with the provisions of the enterprise bankruptcy law;
(2) Party A has serious difficulties in production and operation;
(3) Party A's conversion of production, major technological innovation or adjustment of mode of operation;
(4) Other contracts cannot be performed because of significant changes in the objective economic conditions on which the labor contract is concluded.

d. If Party B terminates this contract, Party A shall be notified in writing 30 days in advance;

If there are any of the following circumstances, Party B may terminate this contract and Party A shall pay financial compensation in accordance with the provisions:

(1) Party A fails to provide labor protection or labor conditions in accordance with the labor contract:
(2) Party A fails to pay the full remuneration of the labor in time;
(3) Party A fails to pay the park provident fund (social insurance premium) for Party B in accordance with the law;
(4) Party A's rules and regulations violate the provisions of laws and regulations, harming Party B's rights and interests;
(5) Party A, by means of fraud, coercion or by taking advantage of the danger of others, causes Party B to conclude or modify this contract in violation of the true meaning, thus rendering this contract or the change agreement invalid;
(6) Party A exempts itself from its statutory liability and excludes Party B's rights, thus nullifying this contract;
(7) Party A violates the mandatory provisions of laws and administrative regulations, resulting in the invalidity of this contract;
(8) Party A forces Party B to work by means of violence, threats or unlawful restriction of personal freedom, or illegally directs or orders risky operations to endanger Party B's personal safety:
(9) Other circumstances in which Party B may terminate the labor contract as stipulated in laws and administrative regulations.

If Party A has the above-mentioned item (8) situation, Party B may immediately terminate the labor contract without prior notice to the employer.

e. If one of the following circumstances is present, Party A may not terminate the contract in accordance with the provisions of Articles 40 and 41 of the Labor Contract Law:

(1) Party B engaged in contact with occupational disease hazards without pre-employment occupational health examination, or suspected occupational disease patients during diagnosis or medical observation;
(2) Party B suffers from occupational diseases in the unit or is confirmed to have lost or partially lost the ability to work as a result of work injury;
(3) Party B is ill or not injured by work, within the prescribed medical period;
(4) Female workers during pregnancy, childbirth or lactation;
(5) Party B has worked continuously in the unit for fifteen years and is less than five years from the statutory retirement age;
(6) Other circumstances as prescribed by laws and administrative regulations.

3. Termination

a. If the expiration of this contract or the statutory conditions for termination occur, the contract shall be terminated.

b. If this contract is terminated due to one of the following circumstances, Party A shall pay economic compensation to Party B in accordance with the provisions:
(1) Except where Party A maintains or improves the terms of the labor contract for renewal, party B does not agree to renew the labor contract, the labor contract expires;
(2) Party A is declared bankrupt according to law;
(3) Party A has had its business license revoked, ordered to close, revoked or decided to dissolve early;
(4) Other circumstances as prescribed by laws and administrative regulations.

c. If Party B has one of the circumstances of Article VII (2) Point 5, and the contract expires, Party A shall renew the contract period of Party B until the corresponding circumstances disappear. However, the termination of the labor contract in which Party A suffers from occupational diseases or is confirmed to have lost or partially lost its ability to work due to work injury shall be carried out in accordance with the provisions of the State and the Province on work injury insurance.

Suzhou Industrial Park Bureau of Labor and Social Security
Suzhou Industrial Park Human Resource Development Company, Ltd.

4. If Party A unlawfully terminates or terminates this contract, Party B shall continue to perform this contract if Party B requests to continue to perform, and If Party B does not require the continuation of this contract or this contract cannot continue to perform, Party A shall pay Party B compensation twice the prescribed economic compensation standard.

5. The procedure for the termination or termination of a contract

Party A shall, upon the termination or termination of this contract, issue a certificate of termination or termination of the labor contract, and within 15 days handle the formalities for the transfer of files and social insurance relations for Party B.

### VIII.   Terms of consultation

By consensus between the two parties, the agreed terms are as follows:

1. If Party B's work involves Party A's trade secrets and confidential matters related to intellectual property rights, Party A may, in advance, negotiate with Party B to keep trade secrets or competition restrictions, and sign a trade secret or competition restriction agreement.

2. If Party A funds the professional and technical training of Party B and requires Party B to fulfill the service period, it shall obtain the consent of Party B in advance and sign an agreement to clarify the rights and obligations of both parties.

3. Party B shall, during the course of Its work, be owned by Party A for any invention, discovery, design, improvement and results made using Party A's materials and technical resources, as well as the corresponding patent application rights. Party B shall not disclose such inventions, discoveries, designs, improvements and achievements to third parties, nor shall it have the right to make any commercial development of such inventions, discoveries, designs, improvements and achievements.

4. During Party B's work, the copyright of any engineering design, product drawings, computer software, drawings or other works made using Party A's materials and technical resources shall belong to Party A.

5. Party B shall compensate Party A for the loss caused by failure to handle or cooperate with the handover of work in accordance with the provisions, causing losses to Party A. In the event of serious circumstances, Party A reserves the right to defer the payment of wages or deduct the corresponding losses from wages.

6. The rights and obligations under paragraphs 3 and 4 of this article shall remain in force after the termination of the labour contract.

### IX.   Handling of labor disputes

1. When a labor contract is concluded in accordance with the law, it is legally binding, and both parties shall fully implement the provisions on the modification, cancellation, termination, renewal and payment of economic compensation in strict and legal terms.

2. If a labor dispute arises between the two parties as a result of the performance of this contract, it may be resolved through negotiation. If you do not wish to negotiate or fail to negotiate, you may apply to the labor dispute mediation committee of the unit for mediation: if mediation fails, you may apply to the labor dispute arbitration committee for arbitration. Both parties may also apply directly to the Labor Dispute Arbitration Commission for arbitration. The party making the request for arbitration shall submit a written application to the labor dispute arbitration commission within the statutory limitation period from the date of the occurrence of the labor dispute. If he is not satisfied with the arbitral award, he may bring a suit in a people's court within the legal limitation date from the date of receipt of the arbitration award.

3. If Party A violates labor laws, regulations and regulations and harms the lawful rights and interests of Party B shall have the right to lodge a complaint and report it to the administrative department of labor security and the relevant departments.

X.  **Other concerns**

1. During the labor contract period, Party B's household registration address, current residence address, contact information and other changes should be promptly informed to Party A, in order to facilitate contact.

2. The outstanding matters of this contract shall be carried out in accordance with the relevant provisions of the State and the rules and regulations formulated by Party A in accordance with the law, and if there are no provisions, they shall be resolved through equal consultation between the two parties.

3. This contract shall not be altered, and Party A shall keep at least two years' reference to the text of the labor contract that has been terminated or terminated.

4. If this contract needs to be written in Chinese and other languages at the same time, the content is inconsistent, the Chinese text shall prevail.

5. This contract occurs concurrently in two parts, with Parties A and B parties having each part.

6. This contract takes place as of <u>1 January 2017</u>

Legal representative signature: Party B signature: or delegate signature:
Party A Seal and Date:



Party B Signature:
Sign Date: February 16, 2017

Where both parties voluntarily apply for labor contract verification, they shall submit it to the Bureau of Labor and Social Security within 30 days from the date of the signing of the labor contract, and submit a labor contract to the labor contract verification institution.

Seal of the forensic institution:

Witness signature:
Date of identification:

Suzhou Snail Electronics Co., Ltd.<br>Internal administrative document number 034

## Suzhou Snail Electronics Co., Ltd
## Non-Disclosure Agreement

Mr. / Miss <u>Yang Liping</u>:

As a member of Suzhou Snail Electronics Co., Ltd., you may obtain various types of information or internal information belonging to Suzhou Snail Electronics Co., Ltd. through certain channels during your work, and such information companies require confidentiality (whether or not the word "confidential" is indicated on the relevant information carrier).

During and after your employment, you may not directly or indirectly disclose the confidentiality of Suzhou Snail Electronics Co., Ltd. (whether directly or indirectly from other departments or personnel, and from your own independent or research with other employees) to yourself or to other units or individuals or to others or to any unit. These company secrets include, but are not limited to:

1. Business secrets, such as the company's business objectives and plans, procurement channels, prices, networks, procurement plans, reports, implementation methods, personnel system, management system, sales plans and strategies, sales price information, advertising plans, customer networks, etc.

2. Technical secrets, such as: software planning materials, ideas, technical drawings (including drafts), software (including semi-finished or phased production methods, manufacturing drawings, manufacturing process formulations: production reports, production plans: technology development, planning, methods, technical development materials; and various carriers containing the above content.

3. Financial secrets, such as financial statements, financial position, financial budget, financial accounts, financial plans, the contents of various cost accounting, the cost of technology development, expenses, etc., and the various carriers containing the above contents.

You have an obligation to keep secrets about company partners and potential company prospects you come into contact with at work.

If you breach these obligations, you will be subject to disciplinary or other penalties (the specific type of company decides), and any damages to the Company (including potential, direct, indirect) will be fully compensated by you.

In addition to the above general requirements, the following specific matters are covered:

1. During your employment or within the time required by Suzhou Snail Electronics Co., Ltd., you shall promptly destroy copies, notes, records, drafts, floor plans, designs, samples and all relevant documents and materials directly or indirectly related to confidentiality. Specific destruction methods and locations shall be carried out in accordance with the company's requirements and, if necessary, records and reports shall be destroyed, and if you violate this article, you will be subject to disciplinary action (as determined by the Company) and any damage (including potential) to the Company shall be your responsibility.

2. During your employment, you have directly or indirectly used the current or expected business of Suzhou Snail Electronics Co., Ltd. or the information you know, whether alone or with others, all views, inventions, discoveries (whether patented or not) found, are owned by Suzhou Snail Electronics Co., Ltd. You should report to the Company in writing in a timely manner, including any progress, milestones, technical data, etc. in the process. From these views, inventions, discoveries from all countries in the world from all the rights and interests are owned by Suzhou Snail Electronics Co., Ltd. You shall provide to the Company and its licensees, such as patent applications, priorities, transfer letters, etc., all certificates and legal documents required by Suzhou Snail Electronics Co., Ltd. and its licensors free of charge.

   If you violate this article, you will be subject to disciplinary action by the Company (the specific type of which is determined by the Company), and the Company will initiate legal action in violation of the relevant laws and regulations, and any benefits you receive from this should be returned to the Company, and you will be fully compensated for any loss of due interest to the Company as a result of your actions.

3. During your employment, you may not participate, directly or indirectly, in activities that may be competitive with or detrimental to the Company for your personal interests, and you shall avoid any relationship with any individual, company or other organization in the Company's business that may involve you in bribery. If you violate this section, you will be subject to disciplinary action (as determined by the Company), and any damage (including potential) to the Company as a result of your actions and any loss of interest (including potential) will be stored by you.

Attached: The Company reserves the right to take the following penalties in light of the specific circumstances of your breach of contract:

1. Withholding bonuses or giving penalties;
2. Reduce the salary level;
3. Transfer from the original job;
4. Give appropriate administrative sanctions;
5. The labor contract with the employee shall be terminated in accordance with the relevant agreement of the labor contract.

The above articles are the conditions and requirements of the Company at the time of your employment.



Employee Statement: I have carefully studied each of these terms and understand the full meaning, and I will abide by this agreement.

signature: 杨利平

Date: January 23, 2006