# EXHIBIT F

From: yanglp@snailgame.net
<yanglp@snailgame.net> Date: Sat, Dec 1, 2018 at 7:08 PM
Subject: Re: Re: ATLAS source code and game codes
To: jimt <jimt@snailgamesusa.com>
Cc: peter <peter@studiowildcard.com>, Kang <PeterK@snailgamesusa.com>

蔡总:

　　您好，我们已把最新的ARK版本下载好了，当前编译运行都没问题，但是打包时发现GameData还是超过2G就没办法打包了，这个有可能是他们在本机上改没有提交SVN，可以帮忙问一下。最好是也提交一下SVN。

　　因为ARK只是升级所以本周能下载完成。 而Atlus, Steam我暂时下载不下来速度很慢, 代码库刚下载完20多G，现在除了资源外都下载好了，代码库估计还要1周时间才能下载完。STEAM版本下周应该也能下载好,STEAM上的版本其实你们那边下载速度应该快很多,看一下很方便。

　　以上是现在的情况!

> Mr. Cai,
> Hello. We have completed downloading the latest version of ARK. At present, there is no issue with its compilation and running. However, we discovered during the packaging process that there is no way to package GameData larger than 2G. This could be because they made changes to the data locally without submitting them to the SVN. You can please help contact them about this. It is preferable if they also submit to the SVN.
> Because ARK is just to be updated, the download will be completed this week. Unfortunately, I am unable to download Atl[a]s on Steam at the moment as the download speed is quite poor. Only over 20G has been downloaded from the code base, and everything except the resources has been downloaded. It is estimated that it will take another one week to complete the download of the code base. The download of the STEAM version should also be completed next week; in fact, the download speed for the STEAM version should be a lot faster from your end. Please take a look; it is quite convenient.
> The above is the current situation!

Best

Jason Yang

Snail

苏州蜗牛数字科技股份有限公司

杨利平/高级总监/技术中心

> Suzhou Snail Digital Technology Co.
> Liping Yang/Senior Director/Tech Center

Liping Yang/Senior Director/Tech Center
TEL: +86(512)67671313
FAX:+86(512)67671231 Mobile: +86(0)17085050464
Email: yanglp@snailgame.net

Add：苏州市工业园区星湖街328号创意产业园19/20#
平台官网：www.snail.com

企业官网:about.snail.com

请关注蜗牛新浪官方微博：http://weibo.com/woniushuzi

> Add: Creative Industrial Park, No. 328 Xinghu Street, Industrial Park, Suzhou
> Official Website of the Platform: www.snail.com
> Official Website of the Company: about.snail.com
> Please follow the Snail's Sina official Weibo :
> http://weibo.com/woniushuzi

本邮件及其附件所载内容可能含有保密信息并受法律保护，任何人切勿传播、分发、复制、印刷或使用本邮件之任何部分或其所载之任何内容。若您误收本邮件，请通知发件人，并删除原始邮件、附件及其所有复本。

This email (including any attachments) is confidential, may be legally privileged and is for the intended recipient only. Access, disclosure, copying, distribution, or reliance on any of it by anyone else is prohibited. If you received this message in error, please contact the sender and destroy all copies of this email.

This email (including any attachments) is confidential, may be legally privileged and is for the intended recipient only. Access, disclosure, copying, distribution, or reliance on any of it by anyone else is prohibited. If you received this message in error, please contact the sender and destroy all copies of this email.

**From:** Jim Tsai

**Date:** 2018-11-23 04:01

**To:** Peter Kang, 杨利平 ← Liping Yang

**Subject:** Re: ATLAS source code and game codes

杨总,

请告知下海盗以及方舟的代码下载有没有问题?

Jim Tsai

蔡浚松

> Mr. Yang,
>
> Could you please inform us if there is any problem in downloading the code for ATLAS and ARK?
>
> Jim Tsai

On Wed, Nov 21, 2018 at 7:37 PM Jim Tsai <jimt@snailgamesusa.com> wrote:

杨总,

麻烦你下载这个版本, 帮我确认下。请务必保密。谢谢你

> Mr. Yang,
>
> Could you please download this version and confirm it for me? Please be sure to keep it confidential. Thank you.

Peter,

You can use the code to test the game.

Thanks,

Jim

---------- Forwarded message ---------
From: Jeremy Stieglitz <jeremy@studiowildcard.com>

Date: Wed, Nov 21, 2018 at 7:12 PM Subject: ATLAS source code and game codes To: Jim Tsai <jimt@snailgamesusa.com>
CC: Rajnish Puri (RPuri@Aalrr.com) <RPuri@aalrr.com>, Jesse Rapczak <jesse@studiowildcard.com>, Doug Kennedy <doug@studiowildcard.com>, Steve Lawrence <Steve@milliganlawless.com>, Scott Krueger <scott@sdk.cc>

Hi Jim,

As requested, here's the ATLAS source code repository access (this is everything up-to-date from the development including the code and content):

**ATLAS Code & Content Subersion Repository (SVN)**

URL: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Username: ▇▇▇▇▇▇

Password: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

And here are some additional ATLAS Steam keys for the live build of the game:

**ATLAS Steam Keys**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Switch to Steam branch:

Branch Password: ▇▇▇▇▇▇▇▇▇▇

Branch Name: ▇▇▇▇▇▇

Please keep all that confidential, and please refer to the Option Agreement & MIPA for current restrictions on usage. Thank you!

> Cheers,
>
> Jeremy
>
> --
>
> Jim Tsai | 蔡浚松 

--
Best Regards,
Jim Tsai