QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Michael LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone: (650) 801-5000

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff,*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC,<br><br>　　Defendants, | Case No. 2:21-cv-9552-CAS<br><br>**DECLARATION OF BASTIAN SUTER IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| SNAIL GAMES USA INC.,<br><br>　　Counterclaimant,<br><br>　vs.<br><br>SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD; and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>　　Counterclaim Defendants, | |

Case No. 2:21-cv-9552

DECLARATION OF BASTIAN SUTER

SNAIL GAMES USA INC.,

    Third Party Plaintiff,

  vs.

TENCENT CLOUD LLC,

    Third Party Defendant.

# DECLARATION OF BASTIAN SUTER

I, Bastian Suter, declare as follows:

1. I live in Tübingen, Germany and am CEO of my company BattlEye Innovations e.K. My business address is Gerhard-Kindler-Straße 8, 72770 Reutlingen, Germany. I have personal knowledge of the matters stated in this declaration and if called as a witness, I would testify competently thereto.

2. I have been the founder and lead developer of BattlEye since 2004. BattlEye is anti-cheat software that aims to protect online multiplayer games from cheaters, i.e., players trying to use third-party tools that modify games in order to gain an unfair advantage. As such, reversing and analyzing of code (including game code) is part of my daily work.

3. BattlEye has supported Studio Wildcard's games since 2016, pursuant to a contract between BattlEye and Studio Wildcard. On the code side, I have mainly worked with Jeremy Stieglitz and Dwayne Knight, the latter of whom to my knowledge wrote most of the BattlEye integration code in the original game ARK: Survival Evolved.

4. On December 9, 2021, I independently became aware of an article on gaming news site "PC Gamer" mentioning the incident in question (see https://www.pcgamer.com/steam-removes-popular-chinese-strategy-game-after-ark-survival-evolved-studio-claims-it-stole-their-source-code/). Within hours, I decided to do some quick analysis myself and immediately found convincing evidence in Myth of Empires that copying of source code from ARK (or related Wildcard games) must have taken place.

5. For simplicity, I loaded the main server executables of both Myth of Empires and ARK into Notepad, a standard Windows application. This type of code analysis shows binary executable files in text form, and is enough to do quick checks on potential matches of distinct/unique strings (character/text sequences) referenced by code used in the games.

6.     As I quickly found, Myth of Empires' executable contained several unique strings used by BattlEye integration code, which are also present in ARK. There are some slight changes to some of those strings, but those mostly consist of changing "BattlEye" to "BatEye" in almost all BattlEye references throughout the game. Some of these matches are demonstrated in **Exhibit 1**.

7.     In this context, I should clarify that BattlEye integration code in any game is not provided by us, but rather is independently created by the developers of a game to integrate BattlEye into their custom code, and therefore it's always unique to any particular game, especially any strings that are used for debugging or logging purposes. There is no public code available that can be used for this, nor did we share any code with the Myth of Empires developers. The fact that some of the strings used by BattlEye integration code that we located in Myth of Empires are extremely unique and use the same format, capitalization, and even typos ("recieve" instead of "receive") that were included in the BattlEye integration code for ARK, left no doubt for me that the BattlEye integration code from ARK must have been copied and taken as a base for Myth of Empires.

8.     Later that day, after revealing my findings to Studio Wildcard, Jeremy Stieglitz shared a document showing their findings with me. This is included as **Exhibit 2**. The document also contained findings related to BattlEye integration code used in both ARK and Myth of Empires.  The document contained the exact same string-related findings that I found as well, confirming my conclusion. The

1  difference is that they used different tools to find those strings within the game
2  executable, in addition to having access to the source code of their own game.

4      I declare under penalty of perjury under the laws of the United States that the
5  foregoing is true and correct and that this Declaration is executed this 21st day of
6  December 2021.

By _____
      Bastian Suter