# EXHIBIT 1

ShooterGameServer.exe - Notepad
File Edit Format View Help
Find
Find what: mem c
Find Next
Cancel
Direction
Up Down
Match case
Wrap around
FAudioDevice::GetRuntimeFormat F:\build\LostIsland\Engine\Source\Runtime\Engine\Public\AudioDevice.h
When saving out buffer visualization materials in a HDR capable format
re requested, also save out dumps of the current buffer visualization materials
VisualizationMaterials Updated Component: %s A BuildSimpleBrushCollision: BrushComponent with no Owner! &UCharacterMovementComponent::CapsuleTouched --- NO EDITOR DATA! ---
osition_Implementation could not resolve the new absolute movement base actor, but WILL use the position! F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp None
stIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp NoBattlEye ClientAdjustRootMotionPosition_Implementation TimeStamp: %f, ServerMontageTrackPosition: %f, ServerLocation:
(%d) KickPlayer Failure! (INVALID ClientConnection or BattlEyeChannel) %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp Characters Server disagrees with Client's
e_Implementation could not find Move for TimeStamp: %f, LastAckedTimeStamp: %f, CurrentTimeStamp: %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp NoBattlEye
tion) F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp OnlineSubsystem ? Binaries/Win64/BattlEye/BEServer_x64.dll BattlEye successfully started. ReplicatedBasedMove
attleyeServer_Tick() FAILED server rechecking BattleyeServer_IsEnabled... mem corruption? Avoid Basing Recursion. When the viewport view-mode is set to '
an be used in the buffer visualization overview. Put nothing between the commas to leave a gap.
odel,,SceneDepthWorldUnits,SceneColor SpriteCategory BrushComponent0 GetVer Binaries/Win64/BattlEye/BEServer_x64.dll CheckWaterJump Init r.BufferVisualizat
tMotion CrouchTrace BindComponentDelegates: '%s' is not an instance of '%s'. RepRootMotion F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\BlueprintGeneratedClass.cpp ACharacter::O
: %d F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Character.cpp CreateSavedMove: Hit limit of %d saved moves (timing out or very bad ping?) F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Char
ineMove: add delta %f + %f and revert from %f %f to %f %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp BattleyeServer_RecievePacket() INVALID g_hBEServer
entComponent.cpp F:\build\LostIsland\Engine\Source\Runtime\CoreUObject\Public\UObject\UnrealType.h F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp Attempt to apply impulse to zero or negative Mass in Chara
e\BattlEyeChannel.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp ServerMove Time %f Acceleration %s Position %s Del
ine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp BEClientSendPacket() INVALID BattlEyeChannel F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp UCharacterMovementComponent::Simul
vementComponent::SimulatedTick DeltaMovement Translation: %s, Rotation: %s, MovementBase: %s ComputeFloorDistSweep F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMo
54/BattlEye/BEClient_x64.dll .new Binaries/Win64/BattlEye/BEClient_x64.dll Game EncroachTraceTag TimelineComp__%d Party GamePort ARK %d.%d
Stamp expired. %f, CurrentTimeStamp: %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp TimeStamp %f Accepted! CurrentTimeStamp: %f F:\build\LostIsland\Engine\Source\Run
1=%i, V2=%i F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\BatchedElements.cpp SetBase failed! Recursion detected. Pawn %s already based on %s. F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Character.cpp
nore the first blocking overlap in StepUp (if moving out from object and starting in penetration).
Not Based World Geometry Based On %s ReplicatedMovementMode RelativeLoc: %s Rot: %s %s Crouched %i Online OnlinePresence Online ACharacter::LaunchCharacter '%s' (%
may cause encroachment.
tion: %s, Rotation: %s, Actor Facing: %s WaterCheck F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp Shrink simulated proxy capsule half height by this amount,
ibleWall GetTimelineSignatureForFunction: Object Property '%s' not found. F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Blueprint.cpp [UCharacterMovementComponent::Pr
ivate\CharacterMovementComponent.cpp WaterCheck PerformMovement Resulting DeltaError Translation: %s, Rotation: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp

ShooterGameServer.exe - Notepad

File Edit Format View Help

Find

Find what: playerco

Find Next

Cancel

Direction

Up Down

Match case

Wrap around

GizmoColor

GetTimelineSignatureForFunction: No SkeletonGeneratedClass in Blueprint '%s'. F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Blueprint.cpp NULL walki
0: Do not override default save format.
1: Force HDR format for buffer visualization materials. macros for Unknown bForceMaxAccel: %i r.BufferVisualizationDumpFramesAsHDR const extends exten
0:off (default)
1:on %s %s r.BufferVisualizationDumpFrames Velocity is Nan %s Location: %f %f %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp CrouchTrace CHARACTER MOVEME
ovementComponent.cpp GetVer ClientAdjustPosition_Implementation could not resolve the new relative movement base actor, ignoring server correction! F:\build\LostIsland\Engine\Source\Runtime\Engine
nent ClientAdjustPosition_Implementation could not find Move for TimeStamp: %f, LastAckedTimeStamp: %f, CurrentTimeStamp: %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Characte
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp ARK %d.%d Errors DeltaLocation: %s, DeltaRotation: %s, DeltaTrackPosition: %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Priva
CharacterMovementComponent.cpp Characters Unknown EShrinkCapsuleExtent in UCharacterMovementComponent::GetCapsuleExtent F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp CanvasR
ailed to find %s %s in %s KickedPlayer pid=%d UniqueId=%s reason='%s' PhysFalling F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp OnlineSubsystem CheckLedgeDirection Kick
haracterMovementComponent.cpp ? Engine.BufferVisualizationMaterials CharMoveComp BattlEyeServerRecheck ? %s has unsupported movement mode %d Bunch error F:\build\LostIsland\Eng
ed. FindWaterLine
?; ClientUpdatePositionAfterServerUpdate Replaying Moves (%d) Request Move contains nan F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp ShooterGame_BE.exe Specify the

Choose from:
CharacterMesh 1 CrouchTrace DiffuseColor,SpecularColor,SubsurfaceColor,WorldNormal,SeparateTranslucencyRGB,,,Opacity,SeparateTranslucencyA,,,DecalMask,Sce
.new %s could not find overlap body for bone %s ARK %d.%d Binaries/Win64/BattlEye/BEServer_x64.dll r.SPMovementTimeSlice Init F:\build\LostIsland\Engine\Source\Runtime\
ce\Runtime\Engine\Private\Character.cpp BattleyeServer_PlayerConnected() INVALID BattlEyeChannel F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp ACharacter::FindRootMotion
nUseRootMotionRepMove ServerPosition: %.3f, ClientPosition: %.3f, DeltaPosition: %.3f, bSameSections: %d, bHasLooped: %d, bServerAheadOfClient: %d F:\build\Lost
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp MovementComp_Character_ImmersionDepth Client ReplicateMove Time %f Acceleration %s Position %s DeltaTime %f
\Private\CharacterMovementComponent.cpp Recovered move from OldTimeStamp %f, DeltaTime: %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Batt
o zero dimension! F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp Shrinking capsule for %s from (r=%.3f, h=%.3f)
d move from OldTimeStamp %f, DeltaTime: %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp BattleyeClient_Init() INVALID BattlEyeChannel F:\build\LostIsland\Engine\So
(ImpactNormal %s, Normal %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp 54321 54321 Client Init Successful F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp Com
Private\CharacterMovementComponent.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp TimeStamp expired. Before TimeStamp Reset. CurrentTimeStamp: %f, TimeStamp: %f F:\build\LostIsland\Engine\Sou
lient_RecievePacket() INVALID g_hBEClient F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp BEService FindGoodSpotCheck Kaiju Omitting FBatchedElements::AddTr
f Acceleration %s Position %s DeltaTime %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp Velocity is Nan %s Location: %f %f %f F:\build\LostIsland\Engine\Source\Runtime\Engin
The 'p.InitialOverlapTolerance' setting determines the 'move out' rules, but by default we always try to depenetrate first (not ignore the hit).
0: Disable (do not ignore), 1: Enable (ignore) p.StepUpIgnoreFirstBlockingOverlap RichPresence Velocity is Nan %s Location: %f %f %f Physics CustomData F:\build\LostI
o enable move combining on the client to reduce bandwidth by combining similar moves.
0: Disable, 1: Enable ExtendedAway p.NetEnableMoveCombining OnlinePresence ExtendedAway Shrink simulated proxy capsule radius by this amount,
Changing this value at runtime may require the proxy to re-join for correct behavior.
<= 0: disabled, > 0: shrink by this amount. DoNotDisturb p.NetProxyShrinkRadius OnlinePresence DoNotDisturb LastMovementDesiredRotation Perform
Changing this value at runtime may require the proxy to re-join for correct behavior.
<= 0: disabled, > 0: shrink by this amount. Chat p.NetProxyShrinkHalfHeight OnlinePresence Chat Velocity is Nan %s Location: %f %f %f F:\build\LostIsland\Engi
elineSignatureForFunction: Function '%s' not found in class '%s'. Rigid Body F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Blueprint.cpp Velocity is Nan %s Location: %f %f %f

ShooterGameServer.exe - Notepad

File Edit Format View Help

```
FSoundBuffer::GetSize F:\build\LostIsland\Engine\Source\Runtime\Engine\Public\Audio.h
\Public\AudioDevice.h FAudioDevice::CreateSoundSource

--- NO EDITOR DATA! --- CrouchTrace F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\BrushComponent.cpp %s owned by %s must update a component owned by a Character Material= F:\build\LostIslan
ate\CharacterMovementComponent.cpp None None ? None &UCharacterMovementComponent::CapsuleTouched ARK %d.%d %s In physicsvolume %s on base %s component %s gravity %f Init %s owned by %s mu
tion: %f, ServerLocation: %s, ServerRotation: %s, ServerVelZ: %f, ServerBase: %s Name CharacterMesh0
r disagrees with Client's track position!! ServerTrackPosition: %f, ClientTrackPosition: %f, DeltaTrackPosition: %f. TimeStamp: %f Name= ? Characters F:\build
aracterMovementComponent.cpp NoBattlEye Adjust floor height %.3f (Hit = %d) Time slice movement in SP. You have been kicked by BattlEye. Reason '%s' F:\build\LostIsland\Engine\Source\Runtim
ted. ReplicatedBasedMovement Network saturated UCharacterMovementComponent::StartNewPhysics: UpdateComponent (%s) is simulating physics - aborting. F:\build\
ort view-mode is set to 'Buffer Visualization', this command specifies which of the various channels to display. Values entered other than the allowed values s

p Init r.BufferVisualizationOverviewTargets
intGeneratedClass.cpp ACharacter::OnRep_RootMotion F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Character.cpp Resetting Client's TimeStamp %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementCo
stIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp ExecuteStoredMoves() Detected possible 'warp' forward StoredMoves=%i TimeGap=%f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMoveme
ket() INVALID g_hBEServer F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Battleye.cpp MovementComp_Character_ImmersionDepth AckedMove Index: %2d (%2d moves). TimeStamp: %f,
or negative Mass in CharacterMovement F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp Attempt to apply force to zero or negative Mass in CharacterMovement
ration %s Position %s DeltaTime %f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp BEClientSendPacket() INVALID g_ServerConnection Invalid attempt to shrin
rMovementComponent::SimulatedTick F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp ERROR! BEClientRequestRestart( Reason=%i ) F:\build\LostIsland\Engine\Source\Runtime\Engin
d\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp Binaries/Win64/BattlEye/BEClient_x64.dll - StepUp (ImpactNormal %s, Normal %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Charac
GamePort ARK %d.%d FindGoodSpotCheck BeaconPort TimeStamp reset detected. CurrentTimeStamp: %f, new TimeStamp: %f Client Re-Init Successful
f F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\CharacterMovementComponent.cpp GetMovementBaseTransform(): Invalid bone '%s' for SkeletalMeshComponent base %s F:\build\LostIsland\Engine\Source\Runtime\Engine
Engine\Source\Runtime\Engine\Private\Character.cpp WaterCheck BBGeneric BrushBuilderName_Generic MoveComponent /Engine/EditorResources/S_Actor Misc Misc SpriteCategory M

::LaunchCharacter '%s' (%f,%f,%f) bIsCrouched F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Character.cpp Offline OnlinePresence Offline MoveComponent Away OnlinePresence Away

f height by this amount, to account for network rounding that may cause encroachment.

cterMovementComponent::PreClothTick] PerformMovement Resulting DeltaMove Translation: %s, Rotation: %s, MovementBase: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\C
cterMovementComponent.cpp
```

ShooterGameServer.exe - Notepad

File Edit Format View Help

Find
Find what: nt_IsServic
Find Next
Cancel
Direction
Up Down
Match case
Wrap around

Engine Handshake: %s
BattlEye client could not be initialized... closing connection. System mutes:
BattlEye Failed BattleyeClient_Init!!! F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PendingNetGame.cpp BattleEye Succeeded Init!!! %s
\Private\PendingNetGame.cpp Gameplay mutes:
erMRT OneColorShader TOneColorPixelShaderMRT<3> ThirdPerson NEW: PendingNetGame.cpp - Client recieved Token 'ACK' from server==[Le
\Private\PendingNetGame.cpp Filter:
or invalid finger index. FreeCam_Default FirstPerson F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp NEW: PendingNetGame.cpp - Client reci
overlap test! F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PrimitiveComponent.cpp Say %s Performing overlaps! AllowCache
AllDynamic %s UPackageMapClient::ReceiveNetGUIDBunch: NewGuidSequence < GuidSequence (%i / %i) p.InitialOverlapTolerance F:\build
ance are ignored if moving out of the object.
irection and surface normal. MainPixelShaderMRT FNetGUIDCache::CleanReferences: ObjectLookup: %i, NetGUIDLookup: %i, Mem: %i kB F:\build
n only be specified on a PlayerController for itself MainPixelShaderMRT UPackageMapClient::ReceiveNetGUIDBunch %d NetGUIDs. PacketId %d. ChSequence %d. ChInd
UPackageMapClient::ReceiveNetGUIDBunch: InBunch.IsError() after InternalLoadObject Offline MainPixelShaderMRT F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp F:\build\L
ngine\\Private\\PlayerController.cpp" Line: 1535 F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp OnlinePresence RegisterNetGUID_Client: Guid with pathname: %s,
NULL OnlinePresence NiagaraComponent0 RegisterNetGUID_Client: Reassigning NetGUID <%s> to %s (was assigned to object %s) MainFillTextureCS F:\build\LostIslan
ngine\Source\Runtime\Engine\Private\PackageMapClient.cpp TRUE FALSE TRUE FALSE Chat NULL OnlinePresence Changing NetGUID on object %s from <%s:%s> to <%s:%s> Chat
ath_Client: Outer mismatch. Path: %s, Outer: %s, Expected: %s, NetGUID: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp RPC_VALIDATE Failed: WorldPackageName.IsVa
Client loaded %s Allow async loading F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp AsyncPackageCallback: Could not find package. Path: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Pr
ime\Engine\Private\PackageMapClient.cpp AsyncPackageCallback: Package FAILED to load. Path: %s, NetGUID: %s AttenuationRadius F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp PlayerCont
ler.cpp GetObjectFromNetGUID: Guid with no object on server. Path: %s, NetGUID: %s bFromPreviousLevel F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp RPC_VALIDATE Faile
en. Path: %s, Outer: %s, NetGUID: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp net.AllowAsyncLoading GetObjectFromNetGUID: Failed to find outer. Path: %s, Oute
plementation %s, AcknowledgedPawn: %s Invalid Bone Name '%s' PlayerId F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp Us
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PrimitiveComponent.cpp Forged object: got %s, expecting %s UE4OPUS Couldn't Spawn PlayerCameraManager for Player!! F:\build\LostIsland\Engine\Source\Runtime\Engine\Pri
alizeNewActor START F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp RPC_VALIDATE Failed: PackageName.IsValid() File: "F:\\build\\LostIsland\\Engine\\Source\\Runtime\\E
e\Engine\Private\PlayerController.cpp AspectRatio: %1.3f UPackageMapClient::SerializeNewActor: Ar.IsError after SerializeObject 1 SpawnDefaultHUD OverlapOnlyPawns F:\bu
t.cpp Streaming compressed data from SoundWave'%s' Chunk %d, Offset %d Emitter X Axis %s [%s] - %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\OpusAudioInfo.cpp Say Una
e\Engine\Private\PackageMapClient.cpp Unable to read from at index %d of SoundWave'%s' Unused Emitter Z Axis <<<< CAMERA >>>> F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\OpusAudioInfo.cpp Incremented current
ne\Source\Runtime\Engine\Private\PackageMapClient.cpp UnAckd Ackd GetObjectFromNetGUID: Async loading package. Path: %s, NetGUID: %s ClickableTrace <<<< NO CAMERA >>>> F:\build\LostIsland\Engine\Source\Runtime\Engine\Priv
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp NULL CreateDynamicMaterialInstance on %s: Material index %d is invalid. ClickableTrace OnlineSubsystem LightDir Get
GetObjectFromNetGUID: Attempt to reassign guid from older sequence (%i / %i). Path: %s, Outer: %s, NetGUID: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp <<<<
cpp NULL InternalWriteObject: Package: %s, GUID: %s -------------------------- NetGUID <%s> %d Failed to spawn spectator with class %s F:\build\LostIsland\Engine\Source\Runti
ID: %s, Object: %s, Expected: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp PC_InactiveStateInputComponent0 SanityCheckExport: CacheObject->PackageGuid != Expec
ostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp SanityCheckExport: Name mismatch. NetGUID: %s, Object: %s, Expected: %s ServerUpdateLevelVisibility() ignored non-existant p
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp Velocity NULL APlayerController::ClientRepObjRef repped: %s F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp EnableInput
Source\Runtime\Engine\Private\PackageMapClient.cpp F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Pawn.cpp Engine Spectator_Turn CurrentExportNetGUIDs: %s InternalLoadObject: Hit recursion limit. Spectator_LookUp
ngine\Private\PackageMapClient.cpp InternalLoadObject: Failed to load path name F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp error initializing the network stack F:\build\LostIsland\Engi
lt guid from client: PathName: %s, ObjOuter: %s Console commands were used which are disallowed in netplay. You must restart the game to create a match.
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp NULL UPackageMapClient::InternalLoadObject: Default object not a package from client: PathName: %s, ObjOuter: %s
om path. Path: %s, Outer: %s, NetGUID: %s BuildIdMismatch MainVertexShader F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PackageMapClient.cpp InternalLoadObject: Unable to resolve
st failure! MainPixelShader No Owner UserId input %s != UserId output %s FOneColorPS F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\OnlineReplStructs.cpp ComponentOverlapMulti (%s) D
alid NULL value for Player! ExportNetGUID - InternalWriteObject no GUID's were exported: %s ClientOutdated Name=%s BeaconPort F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\OnlineReplStructs.
ning an incompatible version of the game. Please try upgrading your game version. ServerOutdated game=%s MainPixelShaderMRT (%s) APlayerController::%s:Get
nFailed (%s) APlayerController::%s:GetSplitscreenPlayerByIndex: CALLED ON CLIENT WITH VALID REMOTE NETCONNECTION! NetworkErrors OneColorShader RequiresBa
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PendingNetGame.cpp TetherHeight RPC_VALIDATE Failed: !P->HasAnyFlags(RF_ClassDefaultObject) File: "F:\\build\\LostIsland\\Engine\\Sou
o valid UPlayer* reference) VoiceChannel: %d
F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp (%s) APlayerController::%s:%s: %s OneColorShader RequiresBattlEyeRunning F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerControl
without a valid UPlayer* value! F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PlayerController.cpp UPackageMapClient::ExportNetGUID. Bytes: %d Bits: %d ExportNetGUIDCount: %d F:\bui
BattlEyeFailed BattlEyeClient_IsServiceRunning!!! F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\PendingNetGame.cpp ExportNetGUIDHeader: F:\build\LostIsland\Engine\Source\Runtime\Engine\Private\Packa

MOEServer - Copy.exe - Notepad

File Edit Format View Help

Find

Find what: Battleye

Find Next

Cancel

Direction

Up Down

Match case

Wrap around

B B K e y _ I s M o v e A r o u n d B l o c k a d e   M o v e A r o u n d B l o c k a d e P o i n t : % s ,

E T o g g l e S t a n c e T y p e   T o g g l e S t a n c e T y p e : % s ,   U B T T a s k _ T o g g l e S t a n c e T y p e : : T i c k T a s k   T o g g l e   S t a n c e   F a i l e d ,   S t a n c e T

Turn To BB Entry   B l a c k b o a r d K e y

A S G _ A I C o n t r o l l e r : : G e t A g g r o A m o u n t T o A d d   % s   A g g r o A m o u n t T o M u l t i p l i e r   % d   i s   N U L L   A S G _ A I C o n t r o l l e r : :

B a s e S i g h t R a d i u s = % f ,   S i g h t R a d i u s M u l A d d = % f ,   F i n a l S i g h t R a d i u s = % f

B a s e ... i u s M u l A d d = % f ,   F i n a l H e a r R a d i u s = % f

VM   bIsMoveAroundBlockade   bHasFeeder   E n u m _ A n i m a l A I S t a t u s   C u r r e n t E n e m y   D o A t t a c k   R e i n s L _ S o c k e t   R e i n s R _ S o c k e t   S a d d l e L _ S o c k e t   S a d d l e

E n a b l e   a l l   d e b u g   2 :   E n a b l e   a l l   t r a c e   3 :   E n a b l e   c u s t o m   t r a c e   4 :   E n a b l e   a l l   s t r i n g   a . A n i m S k i l l . L a d d e r . D e b u g   D e b u g   V a u l t i n g   D a t a   D u

i l l . V a u l t i n g . D e b u g   L o g B a t E y e   N a m e

t o   s p a w n   i n f i n i t e l y   l o o p i n g   s o u n d   a s s e t   % s .   S p a w n i n g   s u p p r e s s e d .

D e l t a T i m e :   % f   % d   i s n ' t   v a l i d   o b j e c t   t y p e

r v e r :   % s   B a t t l E y e   C l i e n t :   % s   ?   B E C l i e n t S e n d P a c k e t ( )   I N V A L I D   g _ S e r v e r C o n n e c t i o n   B E C l i e n t S e n d P a c k e t ( )   I N V A L I D   C l i e n t   P l a y e r   C o n t r o l l e r   B a t t l E y e :   E R R O R !   B

B a t E y e C l i e n t _ I n i t ( )   g _ h B E C l i e n t   i s   n i l   B a t E y e C l i e n t _ I n i t ( )   p f n B E C l i e n t G e t V e r   i s   n i l   B a t E y e C l i e n t _ D i s c o n n e c t e d   B a t E y e C l i e n t _ R e c i e v e P a c k e t ( ) :   I N V A

n g   f o r   s e r v i c e   t o   s t o p   B a t E y e C l i e n t _ I s S e r v i c e R u n n i n g :   S t a r t S e r v i c e   f a i l e d   ( % l d )   B a t E y e C l i e n t _ I s S e r v i c e R u n n i n g :   S e r v i c e   s t a r t   p e n d i n g . . .   B a t E y e C l i e n

r e m o v e d ,   n o   n e e d   t o   p r o c e s s   B E S e r v e r S e n d P a c k e t :   F a i l u r e !   ( I N V A L I D   C l i e n t C o n n e c t i o n )   B E   S E R V I C E   I S   C L O S E D   V I A   C M D !   B E S e r v e r K i c k P l a y e r :   K i c k e d P l a y e r   p i d = % d   U n i

f n B E S e r v e r I n i t   f a i l e d   :   % s   B a t E y e S e r v e r _ I n i t :   f a i l e d   s t a r t e d .   p f n B E S e r v e r I n i t   i s   n i l   B a t E y e S e r v e r _ I n i t :   f a i l e d   s t a r t e d .   g _ h B E S e r v e r   i s   n i l   B a t E y e S e r v e

B a t E y e S e r v e r _ R e c i e v e P a c k e t :   I N V A L I D   g _ h B E S e r v e r   b U s e M i n o r B u i l d I d O v e r r i d e   M i n o r B u i l d I d O v e r r i d e   B a t t l e E y e B u i l d   G e t B u i l d U n i q u e I d :   M i s s i n g   b U s e B u i l d

D a t a T a b l e ' / G a m e / B l u e p r i n t s / G a m e D a t a / A p p e a r a n c e / D T _ A p p e a r a n c e . D T _ A p p e a r a n c e '   A p p e a r a n c e D a t a T a b l e   D a t a T a b l e ' / G a

L o g s   B a s e C h a r a c t e r   t h a t   a r e   d e s t r o y e d .

0 :   D i s a b l e ,   1 :   E n a b l e   S G L o g . B a s e C h a r a c t e r . D e s t r o y   B a s e C h a r a c t e r   p r i n t   f o o t s t e p   d e b u g   i n f o .

0 :   D i s a b l e ,   1 :   E n a b l e   S G D e b u g . B a s e C h a r a c t e r . F o o t S t e p   h e a d   u n k n o w n   V ( 0 )   V (   X = % . 2 f   Y = % . 2 f   Z = % . 2 f   OnComponentCollisionSettingsChangedEvent   Head   Neck_01 Spine_0

20:00   2 E C 5 F 2 B 5 F E 4 7 3 1 2 5 B 9 E 8 C 0 F 4 5 4 0 4 0 6 1 4 2 A 0 8 A 1 3 2 2 1 F 7 6 E B 1 8 1 9 D 0 0 0 8 C B C B 5 8 B 9 E 4 7 B B F E 1 B 3 A 6 0 A B F C 5 6 7 6 0 2 C C E 6 5 C 5 7 F 9 B 2 5 3 F 6 6 7 1 B B 5 3 D A 2 2 C 8 7 8 6 F 2

5 4 F 1 5 C B 3 8 6 D 9 5 F 6 5 8 3 B 6 5 2 B 1 8 E 5 2 E 8 F D 0 3 7 6 8 7 6 7 E B 3 8 5 B 5 9 8 A 8 1 F 5 6 5 C 4 A D 5 6 3 B A 1 D E 5 9 8 7 F 9 7 F A 6 7 C C F 9 1 7 9 4 2 C 7 6 C B D B C C 5 C 8 A E E 6 9 3 E C 0 5 5 7 9 1 5 D 8 3 6 0 C 4 7 E C 7 2 6 5 5 A 0 6 5 3 5 6 3 F A D B A 6 7 4 1 3 B A 4

B 5 0 9 0 1 2 F 1 3 C 2 D 3 3 5 5 A 0 6 5 3 5 6 3 F A D B A 6 7 4 1 3 B A 4 4 A D 1 8 3 D A 2 7 0 1 5 4 B C E 9 9 0 0 8 4 7 B 8 C 8 4 D 3 1 8 C 0 4 5 6 6 7 0   C D F D E A B D 2 5 8 6 4 D 1 9 C 2 B 9 E B 7 5 5 D 4 7 B 9 E 9 5 5 A 0 6 5 3 5 6 3 F A D B A 6 7 4 1 3 B A 4 4 A D 1 8 3 D A 2 7 0 1 5 4 B C E

A B a s e C h a r a c t e r : : O n S G G a m e U s e r S e t t i n g A p p l i e d   K e y   G u i l d O w n e r :   T r a n s   G u i l d O w n e r :   K e y   O w n e r :   T r a n s   O w n e r :   K e y   M e t e r   T r a n s   M e t e r   & A B a s e C h a r a c t e r : : O n R e p G a

D e c e l e r a t i o n   C u s t o m B a r k i n g F r i c t i o n   E n u m _ C u r r e n t T i c k P o s e S t a t e   F o r m a t i o n I n d e x   B e F o l l o w C h a r a c t e r s   I n F i g h t i n g C l i e n t P l a y e r E n e m y s   C u r r e n t A I A g g r o A c t o r   b I s K

I s S t u n   b I s S l e e p i n g   b I s F l e e i n g   b I s B l o c k i n g   B l o c k M o n t a g e   b I s C l i m b i n g   C h u n k L i f e C o u n t   R e l a x e d R e p l i c a t i o n D a t a   S t r u c t _ I g n o r e A c t o r D a t a   L e v e l   C u r r e n t E x p   C u r r

t   O f f i c i a l J o b   b X i a n C h e n g G u a r d   T e s t S o l i d e r T y p e   B e S a w S e n t r y T o w e r   C u r r e n t V i g i l a n c e V a l u e   b G a m e M a n a g e r   C u r r e n t E f f e c t E V T y p e   R e s i s t a n c e H o t   R e s i s t a n c e C o l d

C h a r a c t e r :   % s

H i t S u r f a c e T y p e :   % s

H i t A c t o r :   % s

H i t C o m p o n e n t :   % s

S o u n d :   % s   F o o t S o u n d D a t a T a b l e   A B a s e C h a r a c t e r : : O n M o v e m e n t M o d e C h a n g e d   u s i n g   f l y   % s   A B a s e C h a r a c t e r : : O n L a n d D e a t h   C h a r a c t e r : % s ,   R e d u c t i o n R a t e F a l l A d d :

C h a r a c t e r : : S e r v e r P l a y H i t E f f e c t P o i n t _ I m p l e m e n t a t i o n   S e r v e r C h e c k H i t I n f o   F a l s e   A B a s e C h a r a c t e r : : N e t S t a r t T u m b l e O n G r o u n d _ I m p l e m e n t a t i o n   % s : : T u m b l i n g   M o n t a g e   i

r g e R e s   :   % f ,   A t t a c k e r S p e e d   :   % f ,   R e a l C h a r g e   :   % f   D e a t h D r o p T a b l e   A B a s e C h a r a c t e r : : D o D e a t h D r o p I t e m   F i n d   F a i l e d ,   C h a r a c t e r   L e v e l   =   % d   A B a s e C h a r a c t e r : : D o D e

e C o n s u m e I t e m F o r R e m o t e   F u n c t i o n   F a i l e d ,   U n i q u e I d   =   n u l l   A B a s e C h a r a c t e r : : S e r v e r R e q u e s t U s e R e m o t e C o n s u m e I t e m F o r R e m o t e   F u n c t i o n   F a i l e d ,   T a r g e t I n v e n t o r y   =   n u l l

e   n u l l   A B a s e C h a r a c t e r : : S e r v e r U s e Q u i c k I t e m _ I m p l e m e n t a t i o n   F u n c t i o n   F a i l e d ,   U s e F o r A c t o r   =   n u l l   A B a s e C h a r a c t e r : : S e r v e r U s e Q u i c k I t e m _ I m p l e m e n t a t i o n   F u n c t i o n   F

t e m   F u n c t i o n   F a i l e d ,   V i e w T a r g e t   =   n u l l   A B a s e C h a r a c t e r : : S e r v e r U s e F o o d I t e m   F u n c t i o n   F a i l e d ,   T a r g e t I n v e n t o r y   =   n u l l   A B a s e C h a r a c t e r : : E q u i p Q u i c k I t e m   S p a w n N

MOEServer - Copy.exe - Notepad

File Edit Format View Help

%s, Enum_AnimalAIPrevStatus = %d, CurToggleStanceType = %d, NodeResult = %d

Find

Find what: mem c

Find Next

Cancel

Direction

Up Down

Match case

Wrap around

FormationDataTa

USG_AnimalsAnimInstance::GetStanceTransitionMontage Find Failed USG_AnimalsAnimInstance::

Debug Anim Skill Ladder, 1 is enable all a.AnimSkill.Ladder.DebugTask Debug Anim Skill Vaulting, 1 is enable all a.AnimSkill.Vaulting.DebugN

FishHarvest

Height: %f, DesiredHeight: %f, AccumulateHeight: %f, DesiredLoc: %s, AdditiveLoc:%s

k BEClientRequestRestart(); %d BatEyeClient_Init() INVALID Client Player Controller Binaries/Win64/BattlEye/BEClient_x64.dll GetVer Myth of Empires %d.%d

nning: OpenSCManager failed (%ld) BatEyeClient_IsServiceRunning: OpenService failed (%ld) BatEyeClient_IsServiceRunning: QueryServiceStatusEx failed (%ld

atEyeClient_IsServiceRunning: Service not started. BatEyeClient_IsServiceRunning: Current State: %ld BatEyeClient_IsServiceRunning: Exit Code: %ld

CCOUNT IS GM! %s LogBatEye: You have been kicked by BatEye. Reason '%s' BatEyeServer_Init BatEyeServer_Init: not enabled, no UseBatEye in setting

eServerRecheck UseBatEye BatEyeServer_Tick: FAILED server rechecking BatEyeServer_IsEnabled... mem corruption? BE SERVICE IS CLOSED VIA CMD or all Acc

etBuildUniqueId: Missing BuildIdOverride= in [BattleEyeBuild] of DefaultEngine.ini

e.DT_AppearanceTemplate' AppearanceTemplateDataTable Tattoo%d_Diffuse Tattoo%d_Normal Tattoo%d UDataTable:

Hand_R Pelvis Thigh_L Calf_L Foot_L Ball_L Thigh_R Calf_R Foot_R Ball_R Mount_Socket 05:00

20050715571217 = -!@ CryptQueryObject failed with %lx

exe MOE_protected.exe MOEClient-Win64-Test.exe MOEClient-Win64-Shipping.exe MOEClient.exe xxx????xxxx???? CoreUObject F8989A7898E5A28BF8BC6719255ABA6C55A065356 3FADBA674134BA44AD183DA270154BCE9900847B8C84

d &ABaseCharacter::OnEquipRemove &ABaseCharacter::OnCharacterRemind ABaseCharacter::GetCustomTeamAttitude Character = %s, InTeamId Config Is None &ABa

ng - CorpseDissolveFinishTime bImmobilized AIAttackFilters HasForcedAttackEnemy Enum_AIFollowType Enum_AISenseSightRadiusType PlatformInfo

erName Sex ChunkUid RiderData RiderCharacter bEnableFastMount bEnableFastDismount bEnableFastControlVehicle bEnableMovingMount BePulledCharacte

ger Hunger MaxWeight Weight ShieldsMoveSpeedBonusAdd MaxStun Stun Tame MaxTame TamingOwnerId TamingGuildId TamingOwnerCharacterName Stun

dd HeavyArmorMulAdd WoundMaxHPMulAdd WoundMaxSPMulAdd WoundMaxWeightMulAdd OccupyLimitTotalNum OccupyLimitTotalPrice bIsWorking foot_l foot_r ABas

LandLoc: %s Fall2DDistance: %f Fall2DRunDistance: %f Local_CostHP: %f Local_NewMovementMode: %d Enum_MovementMode: %d Enum_PrevMovementMode: %d ABaseCharacte

idate ToRagdoll PelvisName NULL %s, ChargeHit, ChargeRes: %f, AttackerSpeed: %f, RealCharge: %f %s, ChargeFallow, ChargeRes: %f, AttackerSp

pTypeName = %s ABaseCharacter::DoDeathDropItem DeathDropTable Row num is zero ABaseCharacter::UpdateSwimSpeed Find TMap_CustomSwimCurves Failed, Chara

orRemote Function Failed, BaseChar = null ABaseCharacter::ServerRequestUseRemoteConsumeItemForRemote Function Failed, SGItem = null ABaseCharacter::

rverUseQuickItem_Implementation Function Failed, Index Failed. Index = %d ABaseCharacter::ServerUseInventoryItem_Implementation Function Failed, ViewTarget

tem WeaponSocketName EquipSocket Map Find Failed :%s Find %d ABaseCharacter::UnEquipQuickItem *CurAmmoType NULL RequestAsyncLoad SingleLambda ABaseChar

MOEServer - Copy.exe - Notepad

File Edit Format View Help

Find

Find what: PlayerConnec

Find Next

Cancel

Direction

Up Down

Match case

Wrap around

PreviewStaticMesh PreviewInstancedStaticMesh RoadPath
DelayPlayTurnInPlace Find Failed USG_AnimalsAnimInstance::GetMovingGaitSpeed Find Failed
( Num Poses: %i)
otify Debug Anim Skill Vaulting, 1 is enable all, 2 is forward trace, 3 is climb trace, 4 is land trace, 5 is land air trace. a.AnimSk
/Game/Blueprints/GameData/Audio/BP_SGAudioManager.BP_SGAudioManager_C PlayS
FootSteps FootStepType
StepUpTrace LadderUpTrace LadderDownTrace VaultingTrace ClimbStepUpLineTraceSingleByProfile CapsuleTraceSingleByProfile _ %d
BatEyeClient_Init() Client Init Successful : %s BatEyeClient_Init() pfnBEClientInit failed : %s BatEyeClient_Init() pfnBEClientInit is nil
BatEyeClient_IsServiceRunning: Cannot start the service because it is already running BatEyeClient_IsServiceRunning: Timeout waiti
BatEyeClient_IsServiceRunning: Check Point: %ld BatEyeClient_IsServiceRunning: Wait Hint: %ld BEServerSendPacket: Player has already been
Binaries/Win64/BattlEye/BEServer_x64.dll BatEyeServer_Init: successfully started. : %s BatEyeServer_Init: failed started. p
ount is GM BatEyeServer_PlayerConnected: iPid %d, account %I64u, name:%s BatEyeServer_PlayerConnected: INVALID ASGPlayerController
GetAllRows : DataTable '%s' has no RowStruct specified (%s). UDataTable::GetAllRows : Incorrect type specified for DataTable '%s' (%s).
D318C0456670 4C492A6D15F181CA2AC7D942A9124FA35B40A28C0AD41F722FDAE811DE88EC65A30CB82CB2081494 43F2EF00406F8D51 %ld 8D0D8AB41E2ADC9FB
eCharacter::OnCapsuleComponentHit &ABaseCharacter::OnCapsuleCollisionSettingsChanged OnInventoryItemChanged &ABaseCharacter::OnInventoryItemChanged &
MaxStructures LookingRotation MoveRightAxis MoveForwardAxis CustomMaxSpeed CustomGroundFriction CustomMaxAcceleration CustomBraking
VoiceData MainHandWeapon OffHandWeapon DefaultWeapon Enum_BlockAimDirection CorpseLeftTimeTick bIsDragged bIsDead bIsWillDead b
tatusType BuffSpeedMulAdd LightArmorSpeedMulAdd HeavyArmorSpeedMulAdd CarriedCharacter CarriedCharacterParent CarriedStructureParen
Character::SpawnFootStepSoundDecal Character = %s, EFootStepType = %d No PhysMaterial EPhysicalSurface NoHitComponent No HitActor FootStep:
r::ReduceArmorDurable Equip OwnerInventory NULL ,Item %s, Inventory %s ,%s ABaseCharacter::OnDeath Character:%s EDamageType Attacker Victim ABase
ed : %f , RealCharge : %f %s , ChargeFallHigh , ChargeRes : %f , AttackerSpeed : %f , RealCharge : %f %s , ChargeFallVeryHigh , Cha
ter = %s ABaseCharacter::UpdateFallingMode Character:%s StartFallLoc: %s ContinueUseQuickItem ABaseCharacter::ServerRequestUseRemot
erverRequestOpenShopPack Function Failed, UniqueId = null ABaseCharacter::ServerRequestOpenShopPack Function Failed, InventoryComponent
= null ABaseCharacter::ServerUseInventoryItem_Implementation Function Failed, TargetInventory = null ABaseCharacter::ServerUseFoodI
cter::UseQuickItem AssociatedWeapon Null : %s , %s ,%d ,%d ABaseCharacter::EquipDefaultWeapon HasMainHandWeapon Equip DefaultWeapon %s
cter::ServerFireTurret SGChar Error %s ABaseCharacter::ServerFireTurret Turret IsNotFireSeat Error Index %d , %s , %s ABaseCharacter:
seCharacter::ServerFireTurret SiegeCharacter LocalViewYaw Error %f , Min %f , Max %f , %s , %s ABaseCharacter::ServerAddStageTurret SG