# EXHIBIT 2

Codebase review found on Myth of Empires v2

**v2 (December 7, 2021):** This is a  further **preliminary analysis**, only comprised of a sampling of reflected game headers, approximately 25%. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

**v1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of reflected game headers, approximately 10%. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

--------------------
**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, <u>recommended</u>):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc

**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)
7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify).
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)
1. Clone https://github.com/guttir14/UnrealDumper-4.25
2. Setup game to dump as any UE4.26 game, or use patterns:
   {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
   {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.
---------------

## <u>PRELIMINARY FINDINGS v2:</u>

# Atlas/Ark compared to Myth of Empires (Nov 21, 2021 version) class member variables and functions

- Base engine classes have been filtered out to show only Atlas/Ark specific code for this comparison.
- Since this only includes reflected properties and classes, it is highly likely there is a significant amount more that is not listed here.

Left side:

```
187    // Atlas
188    // APrimalStructure
189
190    float                                      ReturnDamageAmount;
191    float                                      ReturnDamageImpulse;
192    class UClass*                              ReturnDamageType;
193    class FString                              OwnerName;
194    class FString                              OwningPlayerName;
195    uint32_t                                   StructureID;
196    class UClass*                              ConsumesPrimalItem;
197    TArray<class UClass*>                       IgnoreReplacementCheckOfStructureClassTypes;
198    TArray<class APrimalStructure*>            LinkedStructures;
199    TArray                           LinkedStructuresID;
200    TArray<struct FPrimalStructureSnapPoint>   SnapPoints;
201    class UClass*                              AllowReplacementByStructureClassType;
202    struct FName                               AttachToStaticMeshSocketNameBase;
203    bool                                       bAttachToStaticMeshSocket : 1;
204    bool                                       bCanBeRepaired : 1;
205    bool                                       bCanDemolish : 1;
206    bool                                       bCreatedDynamicMaterials : 1;
207    bool                                       bDemolishJustDestroy : 1;
208    bool                                       bForceCheckNearbyEnemyFoundation : 1;
209    bool                                       bForcePlacingOnGround : 1;
210    bool                                       bForcePreventEnemyStructuresNearby : 1;
211    bool                                       bIsFloor : 1;
212    bool                                       bIsFoundation : 1;
213    bool                                       bIsPreviewStructure : 1;
214    bool                                       bIsRepairing : 1;
215    bool                                       bIsWall : 1;
216    bool                                       bOnlyFoundationIfSnappedToFoundation : 1;
217    bool                                       bPendingRemoval : 1;
218    bool                                       bRequiresPlacingOnWall : 1;
219    bool                                       bReturnDamageOnHitFromPawn : 1;
220    float                                      NoClaimFlagDecayDestructionPeriod;
221    float                                      NoClaimFlagDecayDestructionPeriodMultiplier;
222    float                                      DecayDestructionPeriod;
223    float                                      DecayDestructionPeriodMultiplier;
224    float                                      DemolishGiveItemCraftingResourcePercentage;
225    double                                     LastFailedPinTime;
226    float                                      MaximumHeightAboveWorldGround;
227    class APrimalStructure*                    PlacedOnFloorStructure;
228    struct FVector                             PlacementEncroachmentCheckOffset;
229    float                                      PlacementFloorCheckEndOffsetZ;
230    float                                      PlacementFloorCheckStartOffsetZ;
231    float                                      PlacementMaxRange;
232    struct FVector                             PlacementHitLocOffset;
233    struct FRotator                            PlacementRotOffset;
234    class USoundBase*                          PlacementSound;
235    struct FVector                             PlacementTraceScale;
236    float                                      PreventPlacingNearEnemyRadius;
237    class UClass*                              PreventReplacementOfStructureClassType;
238    UStaticMesh*                               PreviewDefaultStaticMesh;
239    class UMaterialInterface*                  PreviewMaterial;
240    TArray<class UMaterialInstanceDynamic*>    PreviewMaterialInstances;
```

Right side:

```
187    // Ark of Empires
188    // ASGStructure covers list of characters uia throwUto occupy
189
190    float                                      ReturnDamageAmount;
191    float                                      ReturnDamageImpulse;
192    class UClass*                              ReturnDamageType;
193    class FString                              OwnerName;
194    class FString                              OwnerPlayerName;
195    uint32_t                                   StructureID;
196    class UClass*                              ConsumeItem;
197    TArray<class ASGStructure*>                IgnorePreventStructureClasses;
198    TArray<class ASGStructure*>                BindedStructures;
199    TArray                           BindedStructuresByID;
200    TArray<struct FBindPointInfo>              BindPoints;
201    class UClass*                              CanReplaceByStructureClass;
202    struct FName                               AttachToStaticMeshSocketName;
203    bool                                       bAllowAttachToStaticMeshSocket : 1;
204    bool                                       bCanRepair : 1;
205    bool                                       bCanBebDemolished : 1;
206    bool                                       bOccupyCreatedDynamicMaterials : 1;
207    bool                                       bPreventGivingFromDemolish : 1;
208    bool                                       bCheckNearByEnemyFoundation : 1;
209    bool                                       bForceCreateOnGround : 1;
210    bool                                       bPreventNearByEnemyFoundation : 1;
211    bool                                       bFloor : 1;
212    bool                                       bFoundation : 1;
213    bool                                       bPreviewStructure : 1;
214    bool                                       bRepairing : 1;
215    bool                                       bWall : 1;
216    bool                                       bOnlyFoundationWhenBindedToFoundation : 1;
217    bool                                       bPendingRemove : 1;
218    bool                                       bForceCreateOnWall : 1;
219    bool                                       bReturnDamageHitByPawn : 1;
220    float                                      NoTeamAreaDecayInterval;
221    float                                      NoTeamAreaDecayHPPercent;
222    float                                      TeamAreaDecayInterval;
223    float                                      TeamAreaDecayHPPercent;
224    float                                      GivingItemFromDemolishPercentage;
225    double                                     LastInputPwdFailedTime;
226    float                                      MaxHeightToWorldGround;
227    class ASGStructure*                        CreateOnFloorStructure;
228    struct FVector                             CreateCheckBoxOffset;
229    float                                      CheckFloorZDown;
230    float                                      CheckFloorZUp;
231    float                                      MaxCreateRange;
232    struct FVector                             CreateHitLocationOffset;
233    struct FVector                             CreateCheckBoxRotOffset;
234    struct FName                               SpawnSoundID;
235    struct FVector                             CreateCheckBoxScale;
236    float                                      CheckEnemyFoundationRadius;
237    class ASGStructure*                        PreventReplaceByStructureClass;
238    class UStaticMesh*                         PreviewCreateMesh;
239    class UMaterialInterface*                  PreviewCreateMaterial;
240    TArray<class UMaterialInstanceDynamic*>    PreviewInstances;
```

```cpp
241  float                              RepairAmountRemaining;
242  float                              RepairHPPerInterval;
243  FTimerHandle                       RepairCheckTimerHandle;
244  float                              RepairPercentPerInterval;
245  struct FVector                     SpawnEmitterLocationOffset;
246  struct FRotator                    SpawnEmitterRotationOffset;
247  int                                StructureSnapTypeFlags;
248  TArray<class APrimalStructure*>    StructuresPlacedOnFloor;
249  float                              WaterPlacementMinimumWaterHeight;
250  struct FVector                     WaterVolumeCheckPointOffset;
251  class UClass*                      NewSpawnEmitter;
252  double                             NextAllowRepairTime;
253  struct FName                       StructureTypeTag;
254  bool                               bDemolished : 1;
255  bool                               bOnlyAllowPlacementInWater : 1;
256
257  void ClientUpdateLinkedStructures(TArray NewLinkedStructures);
258  void Demolish(class APlayerController* ForPC);
259  void SetContainerActive(bool bNewActive);
260
261  // ------------------------------------------
262
263  // ATLAS
264  // APrimalStructureItemContainer
265
266  bool                               bAutoActivateWhenFueled : 1;
267  class UPrimalInventoryComponent*   MyInventoryComponent;
268  FString                            ActivateContainerString;
269  FString                            DeactivateContainerString;
270  TArray<class UClass*>              ActiveRequiresFuelItems;
271  bool                               bOnlyUseSpoilingMultipliersIfActivated : 1;
272  bool                               bCanToggleActivation : 1;
273  uint64_t                           DeathCacheCharacterID;
274  bool                               bContainerActivated : 1;
275  class UClass*                      NextConsumeFuelGiveItemType;
276  double                             LastCheckedFuelTime;
277  bool                               bDropInventoryOnDestruction : 1;
278  float                              DropInventoryOnDestructionLifespan;
279  double                             NetDestructionTime;
280  class USoundBase*                  ContainerActivatedSound;
281  class USoundBase*                  ContainerDeactivatedSound;
282  uint32_t                           CurrentPinCode;
283  bool                               bIsPinLocked : 1;
284  bool                               bDisableActivationUnderwater : 1;
285  unsigned __int32                   bAllowCustomName : 1;
286  FString                            BoxName;
287  bool                               bForceDropInventoryOnDeath : 1;
288
289  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetR...
290  void BPContainerActivated();
291
```

```cpp
241  float                              RepairHPRemain;
242  float                              RepairInterval;
243  struct FTimerHandle                RepairHandle;
244  float                              RepairHPPerInterval;
245  struct FVector                     SpawnEmitterLocationOffset;
246  struct FRotator                    SpawnEmitterRotationOffset;
247  int                                BindType;
248  TArray<class ASGStructure*>        StructuresOnFloor;
249  float                              CheckMinWaterHeight;
250  struct FVector                     CheckWaterLocationOffset;
251  class UClass*                      SpawnEmitter;
252  double                             NextAllowRepairTime;
253  class FString                      StructureTag;
254  bool                               bDemolished : 1;
255  bool                               bOnlyCreateInWater : 1;
256
257  void ClientUpdateBindedStructures(TArray NewBindedStructures);
258  void ConfirmDemolish(bool bResult);
259  void NetSetContainerActive(bool bActive);
260
261  // ------------------------------------------
262
263  // Myth of Empires
264  // ASGStructureItemContainer
265
266  bool                               bAutoActivateWhenFuel : 1;
267  class USGInventoryComponent*       InventoryComponent;
268  struct FText                       ContainerActivateString;
269  struct FText                       ContainerDeactivateString;
270  TArray<struct FActivateRequireData> ActivateRequireData;
271  bool                               bOnlyUseExpireTimeMultipliersIfActivated : 1;
272  bool                               bCanActivate : 1;
273  struct FGuid                       DeathCharacterGuid;
274  bool                               bIsActivated : 1;
275  class UClass*                      NextRefreshFuelStateTime;
276  double                             LastRefreshFuelStateTime;
277  bool                               bSpawnInventoryOnDestruction : 1;
278  float                              SpawnInventoryOnDestructionLifeSpan;
279  float                              SavedNetOnDestructionTime;
280  struct FName                       ActivatedSoundID;
281  struct FName                       DeActivatedSoundID;
282  uint32_t                           CurrentPassword;
283  bool                               bLockedByPassword : 1;
284  bool                               bSupportWater : 1;
285  bool                               bCanChangeName : 1;
286  class FString                      ContainerName;
287  bool                               bIsDeathDropItem : 1;
288
289  void NetSetContainerActive(bool bActive);
290  void OnRep_ContainerActivated();
291
```

```
 1  // Atlas
 2  // APrimalDinoAIController
 3
 4  float WanderFixedDistanceAmount;
 5  float WanderRandomDistanceAmount;
 6  float ForcedMoveToUntilTime;
 7  bool  bIgnoreMoveAroundBlockade : 1;
 8
 9  bool           IsWithinAttackRange(AActor*, bool);
10  class AActor*  GetTamedFollowTarget();
11  struct FVector GetRandomWanderDestination(FVector, float, bool, bool, FRotator, bool) struct FVecto
12  struct FVector GetWanderAroundActorDestination(class APrimalDinoCharacter* DinoCharacter, const str
13
14  // ------------------------------------------------
15
16  // Atlas
17  // APrimalStructurePlacer
18
19  int            CurrentPlacingStructureIndex;
20  class UClass*  CurrentPlacingStructureClass;
21  struct FVector LastHitLoc;
22  struct FRotator LastHitRotation;
23  struct FRotator InitialPlacerActorChooseRotation;
24  bool           bLastPlacementWasSnapped : 1;
25  bool           bDebugStructures : 1;
26  struct FItemNetID PlaceUsingItemID;
27  float          RotationSpeed;
28  struct FName   RotationAxisName;
29  int            LastNumSnapPoints;
30
31  // ------------------------------------------------
32
33  // Atlas
34  // AShooterProjectile
35
36  class UShooterProjectileMovement* MovementComp;
37  class UStaticMeshComponent*       StaticMeshComp;
38
39  void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity)
40  void SpawnImpactEffect(const struct FHitResult& Impact);
41  void OnProjectileStop(const struct FHitResult& HitResult);
```

Right column:

```
 1  // Myth of Empires
 2  // ASGDinoAIController
 3
 4  float WanderFixedDistance;
 5  float WanderRandomDistance;
 6  float WanderLimitFixedTime;
 7  bool  bIsMoveAroundBlockade : 1;
 8
 9  bool           IsWithinAttackRange(class AActor* InOther);
10  class UClass*  GetTamedFollowActor();
11  struct FVector GetRandomWanderDestination(bool bIsFirst);
12  struct FVector GetAttackTurnAroundDestination(class AActor* InOther);
13
14  // ------------------------------------------------
15
16  // Myth of Empires
17  // ASGStructureManager
18
19  int            CreatingStructureIndex;
20  class UClass*  CreatingStructure;
21  struct FVector LastLocation;
22  struct FRotator LastRotation;
23  struct FRotator InitCreateRotation;
24  bool           bHasSnapped : 1;
25  bool           bShowStructureDebugInfo : 1;
26  struct FGuid   CurrentBuildStructureItemId;
27  float          CreateRotationSpeed;
28  struct FName   CreateRotationName;
29  int32_t        BindPointNum;
30
31  // ------------------------------------------------
32
33  // Myth of Empires
34  // ASGProjectile
35
36  class UProjectileMovementComponent* ProjectileMovementComponent;
37  class UStaticMeshComponent*         ProjectileMesh;
38
39  void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocit
40  void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
41  void OnProjectileStop();
```

Left version:

```cpp
// Atlas
// APrimalDinoCharacter

TWeakObjectPtr<class APrimalCharacter>      CarriedCharacter;
TArray<struct FDinoAttackInfo>              AttackInfos;
bool                                        bHideFloatingHUD : 1;
bool                                        bIsRepairing : 1;
bool                                        bCanBeTamed : 1;
bool                                        bHasRider : 1;
bool                                        bCanBeRepaired : 1;
bool                                        bRiderDontRequireSaddle : 1;
class UClass*                               ChargeBumpDamageType;
float                                       ChargeBumpDamage;
float                                       DefaultLinearDamping;
float                                       DefaultAngularDamping;
float                                       PlatformSaddleMaxStructureBuildDistance2D;
int                                         MaxSaddleStructuresHeight;
int                                         MaxSaddleStructuresNum;
float                                       MateBoostRange;
TWeakObjectPtr<class APrimalCharacter>      MountCharacter;
TWeakObjectPtr<class AActor>                TamedFollowTarget;
float                                       RepairCheckInterval;
float                                       RiderExtraMaxSpeedModifier;
struct FVector                              FirstSpawnLocation;
struct FVector                              RiderFPVCameraOffset;
bool                                        bCanHaveBaby : 1;
TArray<class APrimalStructure*>             LatchedOnStructures;
bool                                        bAllowRidingInWater : 1;
bool                                        bAutoTameable : 1;
float                                       ExtraRunningSpeedModifier;
float                                       RepairPercentPerInterval;
bool                                        bRidingRequiresTamed : 1;
bool                                        bStepDamageFoliageOnly : 1;
bool                                        bSupportsSaddleStructures : 1;
float                                       SwimmingRotationRateModifier;
struct FVector                              FloatingHUDTextWorldOffset;
bool                                        bAttackStopsMovement : 1;
bool                                        bCheatForceTameRide : 1;
TArray<TWeakObjectPtr<class APrimalCharacter>> SavedVehicleBasedCharacters;
bool                                        bPreventUntamedRun : 1;
bool                                        bServerInitializedDino : 1;
float                                       RiderRotationRateModifier;
class UAnimMontage*                         StartRidingAnimOverride;
bool                                        bForceRiderDrawCrosshair;
bool                                        bForceAllowBackwardsMovement;

void        OnRep_CarriedCharacter();
void        OnRep_Saddle();
bool        BPIsTamed();
void        CarryCharacter(class APrimalCharacter* oRider, bool byPassCanCarryCheck)
void        OnRep_Rider();
void        UpdateAttackTargets();
class APrimalDinoCharacter* SpawnDino(class UWorld* World, class UClass* DinoClass, const struct FVe
void        DoNeuter();
class AActor* GetTamedFollowTarget();
```

Right version:

```cpp
TWeakObjectPtr<class ABaseCharacter>        CarriedCharacter;
TArray<struct FAIAttackInfo>                AIAttackInfos;
bool                                        bHiddenFloatingHUD : 1;
bool                                        bRepairing : 1;
bool                                        bCanTame : 1;
bool                                        bCanRide : 1;
bool                                        bCanRepair : 1;
bool                                        bRiderRequireSaddle : 1;
class USGDamageType*                        ChargeDamageType;
float                                       ChargeDamage;
float                                       FloatingLinearDamping;
float                                       FloatingAngularDamping;
int32_t                                     MaxPlatformStructuresDistance2D;
int32_t                                     MaxPlatformStructuresHeight;
int32_t                                     MaxPlatformStructuresNum;
float                                       MateCheckRange;
TWeakObjectPtr<class ASGCharacter>          BindCharacter;
TWeakObjectPtr<class ASG_AnimalsCharacter>  WildFollowTarget;
float                                       RepairInterval;
float                                       ExtraMaxSpeedModifier;
struct FVector                              SpawnLocation;
struct FVector                              FPVCameraOffset;
bool                                        bCanMate : 1;
TArray<struct FPlatformStructure>           PlatformStructures;
bool                                        CanFloatingInWater;
bool                                        bAutoForceTame : 1;
float                                       ExtraMaxSpeedModifier;
float                                       RepairHPPerInterval;
bool                                        bRiderRequireSaddle : 1;
bool                                        bMoveDamageFoliage : 1;
bool                                        bSupportPlatformStructure : 1;
float                                       SwimmingRotationRate;
struct FVector                              FloatingHUDIconOffset;
bool                                        bIsLockMovement : 1;
bool                                        bAutoForceTame : 1;
TArray<class ABaseCharacter*>               SaveGameAllSeatedCharacter;
bool                                        bPreventImmobilize : 1;
bool                                        bIsInitialized : 1;
float                                       RotationRateMultiplier;
class UAnimMontage*                         StartRideTameMontage;
bool                                        bShowCrossHair : 1;
bool                                        bAllowBackward : 1;

void        OnRep_CarriedCharacter();
void        OnRep_Saddle();
bool        IsTamed();
void        NetCarryCharacter(class ABaseCharacter* InCarriedCharacter, int32_t InStunStatusType)
void        OnRep_Riding();
bool        UpdateAttackTarget(bool IsAttack);
bool        SpawnNPC(class ABaseCharacter* User, class AActor* ViewTaget);
void        CastrateVehicle();
class AActor* GetTamedFollowActor();
```

```
 1  // Atlas
 2  // APrimalCharacter
 3
 4  bool                                             bIsAmphibious;
 5  bool                                             bPreventImmobilization;
 6  bool                                             bIsImmobilized;
 7  bool                                             bCanEverCrouch;
 8  bool                                             bIsClimbing;
 9  bool                                             bIsDead;
10  bool                                             bIsBeingDragged;
11  bool                                             bPreventMovement;
12  bool                                             bIsSleeping;
13  bool                                             bCanLandOnWater;
14  bool                                             bEnableIK;
15  bool                                             bCreatedDynamicMaterials;
16  struct FVector                                   TPVCameraOffset;
17  TEnumAsByte<EMovementMode>                       LastServerMovementMode;
18  double                                           LastTookDamageTime;
19  float                                            BuffedDamageMult;
20  float                                            ClientLocationInterpSpeed;
21  float                                            MaxDragDistance;
22  double                                           CorpseDestructionTime;
23  float                                            CorpseFadeAwayTime;
24  float                                            CorpseDraggedDecayRate;
25  float                                            ExtraMaxSpeedModifier;
26  float                                            FootstepsMaxRange;
27  float                                            ServerSeatedViewRotationPitch;
28  float                                            ServerSeatedViewRotationYaw;
29  class UClass*                                    DeathHarvestingComponent;
30  class UClass*                                    DefaultWeapon;
31  class FString*                                   TribeName;
32  class UPrimalInventoryComponent*                 MyInventoryComponent;
33  class AShooterWeapon*                            CurrentWeapon;
34  TWeakObjectPtr<class APrimalStructureSeating>    SeatingStructure;
35  double                                           CharacterDiedAtTime;
36  TWeakObjectPtr<class APrimalStructureLadder>     ClimbingLadder;
37  class APrimalCharacter*                          DraggedCharacter;
38  class APrimalCharacter*                          DraggingCharacter;
39
40  void    Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeF-
41  void    BPNetSetCharacterMovementVelocity(bool bSetNewVelocity, const struct FVe-
42  void    BPNotifyInventoryItemChange(bool bIsItemAdd, class UPrimalItem* theItem,
43  void    BPOnWeaponEquipped();
44  void    BP_OnSetDeath();
45  void    BP_OnZoomIn();
46  void    BP_OnZoomOut();
47  void    ClientNotifyLevelUp(class APrimalCharacter* ForChar, int NewLevel);
48  void    ExecSetSleeping(bool bEnable);
49  TArray<class APrimalBuff*> GetAllBuffs();
50  class FString  GetDescriptiveName();
51  float   GetHealth();
```

Right column (Myth of Empires):

```
 1  // Myth of Empires
 2  // ASGPlayerCharacter
 3
 4  bool                                             bIsAmphibious;
 5  bool                                             bPreventImmobilize;
 6  bool                                             bImmobilized;
 7  bool                                             bClientCanCrouch;
 8  bool                                             bIsClimbing;
 9  bool                                             bIsDead;
10  bool                                             bIsDragged;
11  bool                                             bIsLockMovement;
12  bool                                             bIsSleeping;
13  bool                                             bCanFloatingInWater;
14  bool                                             bEnableFootIK;
15  bool                                             bOccupyCreatedDynamicMaterials;
16  struct FVector                                   TPVCameraOffset;
17  TEnumAsByte<ECustomMovementMode>                 PrevMovementMode;
18  double                                           CharacterLastDamageTime;
19  float                                            BuffDamageMulAdd;
20  float                                            CameraInterpSpeed;
21  float                                            CarryUpMaxDistance;
22  float                                            CorpseDissolveFinishTime;
23  float                                            CorpseDissolveTime;
24  float                                            CorpseDraggedDecayRate;
25  float                                            ExtraMaxSpeedModifier;
26  float                                            FootStepTraceDistance;
27  float                                            ServerSeatedViewRotationPitch;
28  float                                            ServerSeatedViewRotationYaw;
29  class USGExploitComponent*                       DeathExploitComponent;
30  class UClass*                                    DefaultWeapon;
31  class FString*                                   GuildName;
32  class USGInventoryComponent*                     InventoryComponent;
33  class ASGWeapon*                                 MainHandWeapon;
34  class ASGStructureSeat*                          SeatingStructure;
35  struct FDateTime                                 CharacterLastDeathTime;
36  TWeakObjectPtr<class ASGStructureLadder>         ClimbingLadder;
37  TWeakObjectPtr<class ABaseCharacter>             BePulledCharacter;
38  TWeakObjectPtr<class ABaseCharacter>             CarriedCharacter;
39
40  void    Immobilize(bool bImmobilize);
41  void    ChangeCharacterVelocity(const struct FVector& NewVelocity);
42  void    OnInventoryItemChanged();
43  void    OnWeaponEquipStateEvent();
44  void    NetOnDeath();
45  void    ZoomIn();
46  void    ZoomOut();
47  void    ClientShowLevelUp(int32_t CurLevel);
48  void    StartSleeping();
49  class TMap<int32_t, class USGBuff> GetAllBuffs();
50  class FString  GetCharacterString(bool bIsDisplayLevel, bool bIsDisplayTaming);
51  float   GetHP();
```

```
45   // Atlas                                                                          45   // Survival Empires
46   // AShooterPlayerController                                                        46   // ASGPlayerController
47                                                                                      47
48   class APrimalStructurePlacer*          StructurePlacer;                            48   class ASGStructureManager*          StructureManager;
49   class UClass*                          StructurePlacerClass;                       49   class UClass*                       StructureManagerClass;
50   bool                                   bIsFirstSpawn;                              50   bool                                bIsFirstLogin;
51   float                                  ClientLastRequestedTribeDataTime;           51   double                              LastRequestGuildMembersTime;
52   TArray<UPrimalInventoryComponent*> RemoteViewingInventories;                       52   TWeakObjectPtr<USGInventoryComponent*> ViewRemoteInventory;
53                                                                                      53
54   void                                   ClientGameStarted();                        54   void                                ClientGameStarted();
55   void                                   ServerActorViewRemoteInventory(class UPrimalInventoryComponent* Inventory    55   void   ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory
56   void                                   ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* Inventory   56   void   ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory
57   void                                   ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerCont   57   void   ServerRepairItem(class USGInventoryComponent* InventoryComponent, const
58   void                                   ServerCraftItem(class UPrimalInventoryComponent* InventoryComp, const stru   58   void   ServerCraftItem(class USGInventoryComponent* InventoryComponent, const s
59   void                                   CompleteQuest(int32_t QuestIndex);          59   void   CompleteQuest(int QuestID);
60   void                                   Cheat(const class FString& Msg);            60   void   Cheat(const class FString& Msg);
61   void                                   ClientAddActorItem(class UPrimalInventoryComponent* forInventory, const st  61   void   ClientAddActorInventoryItem(class USGInventoryComponent* forInventory, c
62   void                                   ClientDrawDebugSphere(TArray<struct FVector> Loc, float Radius, int Segmen  62   void   ClientDebugDrawSphere(class UWorld* InWorld, const struct FVector& Cente
63   void                                   ClientNetStartReceivingMapEntities();       63   void   ClientGetStructureMiniMapDatas(TArray<struct FStructureMiniMapData> Data
64   void                                   ClientNotifyDinoDeath(const class FString& DinoName, const class FString&   64   void   ClientNotifyGeneralDead(TArray<class FString> NameCache);
65   void                                   ClientNotifyLevelUp(class APrimalCharacter* ForChar, int NewLevel);        65   void   ClientCharacterShowLevelUp(int32_t CurLevel);
66   void                                   ClientPlayLocalSound(class USoundBase* Sound, bool bAttach);               66   void   ClientSidePlaySound(class USoundBase* Sound);
67   void                                   ClientReceiveTribeData(const struct FReplicatedTribeData& NewTribeData);   67   void   ClientGetGuildBriefData(class const struct FGuildBriefData& GuildBriefData);
68   void                                   ClientRemoveActorItem(class UPrimalInventoryComponent* forInventory, cons  68   void   ClientRemoveActorInventoryItem(class USGInventoryComponent* forInventory,
69   void                                   ClientRemovedItemFromSlot(class UPrimalInventoryComponent* forInventory, c  69   void   ClientRemoveActorSlotItem(class USGInventoryComponent* forInventory, con
70   void                                   ClientServerNotificationSingle(const class FString& MessageText, const st  70   void   ClientShowNotifyString(TArray<class FString> NotifyString, TEnumAsByte<E
71   void                                   ClientSetSpectatorLocation(const struct FVector& NewLocation);             71   void   ClientSecptatorGotoPosition(const struct FVector& DestLocation);
72   void                                   ClientShowCharacterCreationUI(bool bShowDownloadCharacter);                72   void   ClientShowCreateUI();
73   void                                   ClientShowSpawnUI(float Delay);             73   void   ClientNewSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo,
74   void                                   ClientUnlockAchievement(const class FString& AchievementID);               74   void   UnLockAchievement(const class FString& ID);
75   void                                   ClientUpdateItemDurability(class UPrimalInventoryComponent* forInventory,  75   void   ClientUpdateInventoryItemDurable(class USGInventoryComponent* forInvento
76   void                                   ClientUpdateItemQuantity(class UPrimalInventoryComponent* forInventory, c  76   void   ClientUpdateInventoryItemAmount(class USGInventoryComponent* forInventory
77   void                                   ClientUpdateItemWeaponClipAmmo(class UPrimalInventoryComponent* forInvent  77   void   ClientSetInventoryItemUseAmmo(class USGInventoryComponent* InventoryComp
78   void                                   DoCrash();                                  78   void   Crash();
79   void                                   EnableSpectator();                          79   void   EnableSpectator();
80   class AShooterCharacter*               GetPlayerCharacter();                       80   class ASGPlayerCharacter*           GetSGPlayerCharacter();
81   class AShooterHUD*                     GetShooterHud();                            81   class ASGHUD*                       GetSGHUD();
82   void                                   OnDisableSpectator();                       82   void   OnDisableSpectator();
83   void                                   ServerDropFromRemoteInventory(class UPrimalInventoryComponent* InventoryC  83   void   ServerDropItem(class USGInventoryComponent* forInventory, const struct F
84   void                                   ServerInventoryClearCraftQueue(class UPrimalInventoryComponent* Inventory  84   void   ServerClearOneCraftQueue(class USGInventoryComponent* forInventory, cons
85   void                                   ServerKickPlayer(const class FString& PlayerSteamName, const class FString  85   void   ServerBEKickPlayer(int32_t BePlayerId, const class FString& reason);
86   void                                   ServerMultiUse(class UObject* ForObject, int UseIndex);                    86   void   ServerRequestInteract(class UObject* TryObject, int32_t EntryIndex);
87   void                                   ServerReleaseSeatingStructure();            87   void   ServerReleaseSeatingStructure();
88   void                                   ServerRemoveTribeMarker(int32_t MarkerID);  88   void   ServerRemoveMiniMapMark(bool IsGuild, const struct FGuid& MarkGuid);
89   void                                   ServerAddTribeMarker(const class FString& Name, float Coord1, float Coord2 89   void   ServerAddMiniMapMark(const class FString& MarkID, int32_t MarkType, cons
90   void                                   ServerRequestActorItems(class UPrimalInventoryComponent* forInventory, bo  90   void   ServerInitOwnerItems(class USGInventoryComponent* forInventory);
91   void                                   ServerRequestDinoAncestors(class APrimalDinoCharacter* ForDino);           91   void   ServerGetGenealogyData(class ASG_AnimalsCharacter* InVehicleCharacter);
92   void                                   ServerRequestDropAllItems(class UPrimalInventoryComponent* forInventory,   92   void   ServerDropAllInventoryItem(class USGInventoryComponent* forInventory, co
93   void                                   ServerRequestFastTravelToShipBed(int32_t FromBedID, int32_t ToBedID);      93   void   ServerTravelToBed(int32_t InBedID);
94   void                                   ServerRequestInventoryUseItem(class UPrimalInventoryComponent* forInvento  94   void   ServerUseInventoryItem(class USGInventoryComponent* TargetInventory, con
95   void                                   ServerRequestPlaceStructure(int StructureIndex, const struct FVector& Bui  95   void   ServerCreateStructure(int32_t CreateStructure, const struct FVector
96   void                                   ServerSetPassword(class UObject* ForTarget, int PinValue, bool bIsSetti    96   void   ServerSetPassword(int32_t InTarget, int32_t InPassword, bool bSett
97   void                                   ServerSendChatMessage(const class FString& ChatMessage, TEnumAsByte<EChat  97   void   ServerSendLocChatMsg(EChatSlotType ConvType, const class FString& Channe
98   void                                   ServerSuicide();                            98   void   ServerSuicide();
99   void                                   ServerTransferAllFromRemoteInventory(class UPrimalInventoryComponent* Inv  99   void   ServerExchangeAllInventoryToStoreInventory(class AActor* TransportActor,
100  void                                   ServerTransferAllToRemoteInventory(class UPrimalInventoryComponent* Invent 100  void   ServerExchangeAllInventory(class USGInventoryComponent* SourceInventory,
101  void                                   ServerUpgradeItem(const struct FItemNetID& ItemId, AShooterPlayerCo       101  void   ServerStrengthenItem(class USGInventoryComponent* SourceInventory, co
```

```
339  // ATLAS                                                    // Myth of Empires
340  // APrimalStructureSeating similar va...                    // AStructureSeat similar...
341
342  TWeakObjectPtr<class APrimalCharacter>  SeatedCharacter;    TWeakObjectPtr<class ABaseCharacter>  SeatedCharacter;
343  int                                     NumSeats;          int32_t                               NumSeats;
344  struct FVector                          SeatedCharacterLocationOffset;   struct FVector        SeatedCharacterLocationOffset;
345  struct FRotator                         SeatedCharacterRotationOffset;   struct FRotator       SeatedCharacterRotationOffset;
346  TArray<TWeakObjectPtr<class APrimalCharacter>> CharacterPerSeat;   TArray<class ABaseCharacter*>  AllSeatedCharacter;
347  class USoundCue*                        RideSound;         struct FName                          RideSoundID;
348  class USoundCue*                        UnrideSound;       struct FName                          UnRideSoundID;
349  class TArray<UAnimSequence*>            SeatingAnimOverridePerSeat;  TArray<class UAnimMontage*>  SocketWorkingMontage;
350  float                                   UnboardDistance;   float                                 ReleaseForwardMoveDistance;
351
352  void OnRep_CharacterPerSeat();                             void OnRep_AllSeatedCharacter();
353  void Release(APrimalCharacter* theCharacter);             void Release(ABaseCharacter* SeatCharacter);
354  void Control(APrimalCharacter* ShooterCharacter, int SeatNumber, bool bLockedToSeat);   void Control(ABaseCharacter* OtherSeatCharacter, int SeatNumber);
355
356  // ----------------------------------------                // ----------------------------------------
357
358  // ATLAS                                                    // Myth of Empires
359  // UPrimalItem                                             // USGItem
360
361  TWeakObjectPtr<class AShooterWeapon>          AssociatedWeapon;   TWeakObjectPtr<class ASGWeapon>          AssociatedWeapon;
362  TWeakObjectPtr<class UPrimalInventoryComponent> OwnerInventory;  TWeakObjectPtr<class USGInventoryComponent> OwnerInventory;
363  TArray<struct FCraftingResourceRequirement>  BaseCraftingResourceRequirements;   TArray<class FCraftResourceRequirement>  BaseCraftResourceRequirements;
364  class UClass*                                SpoilingItem;       class USGItem*                           ExpiredItem;
365  float                                        SpoilingTime;       float                                    ExpireTime;
366  class UClass*                                BrokenGiveItemClass;  class USGItem*                         BrokenGiveItemClass;
367  TEnumAsByte<EPrimalEquipmentType>            MyEquipmentType;    TEnumAsByte<EEquipmentType>              EquipmentType;
368  int                                          MaxBlueprintCrafts;  int32_t                                 MaxCanCraftAmount;
369  bool                                         bResourcePreventGivingFromDemolition : 1;   bool              bPreventGivingFromDemolish : 1;
370  bool                                         bCanBuildStructures : 1;   bool                             bCanCreateStructure : 1;
371  float                                        BlueprintTimeToCraft;   float                               TimeToCraft;
372  bool                                         bAutoCraftBlueprint : 1;   bool                             bAutoCraft : 1;
373  double                                       NextCraftCompletionTime;   float                            NextCraftRemainTime;
374  bool                                         bDestroyBrokenItem : 1;   bool                              bBrokenDestroy : 1;
375  int                                          SlotIndex;          int32_t                                  SlotIndex;
376  float                                        ItemQuality;        TEnumAsByte<EItemQuality>                ItemQuality;
377  bool                                         bBPCanUse : 1;      bool                                     bCanUse : 1;
378  bool                                         bAllowUseWhileRiding : 1;   bool                             bCanRideUse : 1;
379  bool                                         bAllowRemoteUseInInventory : 1;   bool                       bCanConsumeForTarget : 1;
380  bool                                         bUseItemDurability : 1;   bool                              bUseDurable : 1;
381  TArray<class UClass*>                        CraftingRequiresInventoryComponent;   TArray<class USGItem*>  CraftInStructureItem;
382  float                                        NewBaseCraftingXP;   float                                   BaseCraftExperienceToAdd;
383  TEnumAsByte<EPrimalItemType>                 MyItemType;         EItemType                                ItemType;
384  bool                                         bAllowRepair : 1;   bool                                     bCanRepair : 1;
385
386  bool          IsBroken();                                  bool          IsBroken();
387  float         GetSpoilingTime();                           float         GetExpireTime();
388  void          RecalcSpoilingTime(double TimeSeconds, float SpoilPercent, class UPrimalInventor...   void  RefreshExpireRemainingTime(class USGInventoryComponent* OwnerInventory, float NewExpi...
389  float         GetDurabilityPercentage();                   float         GetDurablePercentage();
390  class UPrimalItem* CreateFromNetInfo(const struct FItemNetInfo& newItemInfo);   class USGItem*  CreateItemFromNetInfo(const struct FItemNetInfo& newItemInfo);
```

```
294   // ATLAS
295   // AShooterGameMode
296
297   class UShooterCheatManager*              GlobalCommandsCheatManager;
298   class TMap<unsigned __int64, struct FTribeData>  TribesData;
299   class TArray<UPrimalPlayerData>          PlayerDatas;
300   uint64_t                                 ServerID;
301
302   // ------------------------------------------------------
303
304   // ATLAS
305   // UPrimalRichTextBlock
306
307   struct FText                             Text;
308   TEnumAsByte<ETextJustify>  Justification;
309   bool                                     AutoWrapText;
310   float                                    WrapTextAt;
311   struct FMargin                           Margin;
312   float                                    LineHeightPercentage;
313
314   void  SetText(const struct FText& InText, bool bDoParse);
315   void  SetString(const class FString& inString);
316
317   // ------------------------------------------------------
318
319   // ATLAS
320   // UPrimalInventoryComponent
321
322   TArray<class UClass*>                DefaultInventoryItems;
323   TArray<class UClass*>                CheatInventoryItems;
324   TArray<class UClass*>                DefaultEquippedItems;
325   TArray<class UClass*>                DefaultSlotItems;
326   TArray<class UPrimalItem*>           CraftingItems;
327   int                                 MaxItemCraftQueueEntries;
328   TArray<struct FItemCraftQueueEntry> ItemCraftQueueEntries;
329   TArray<class UClass*>               RemoteAddItemOnlyAllowClasses;
330   TArray<struct FItemMultiplier>      ItemSpoilingTimeMultipliers;
331   TArray<class UPrimalItem*>          InventoryItems;
332   TArray<class UPrimalItem*>          EquippedItems;
333   TArray<class UPrimalItem*>          ItemSlots;
334   bool                               bInital : 1;
335   int                                MaxInventoryItems;
```

Right column (Myth of Empires):

```
294   // Myth of Empires
295
296   class USGCheatManager*                   AdminSGCheatManager;
297   class TMap<struct FGuid, struct FGuildDetailData>  GuildDetailDatas;
298   class TMap<class FString, class UBasePlayerData>   BasePlayerDatas;
299   int32_t                                  ServerId;
300
301   // ------------------------------------------------------
302
303   // Myth of Empires
304   // USGRichTextBlock
305
306   struct FText                             Text;
307   TEnumAsByte<ETextJustify>  Justification;
308   bool                                     AutoWrapText;
309   float                                    WrapTextAt;
310   struct FMargin                           Margin;
311   float                                    LineHeightPercentage;
312
313   void  SetText(const struct FText& InText, bool bDoParse);
314   void  SetString(const class FString& InString);
315
316   // ------------------------------------------------------
317
318   // Myth of Empires
319   // USGInventoryComponent
320
321   class TMap<class USGItem*, int32_t>    DefaultInventoryItems;
322   class TMap<class USGItem*, int32_t>    CheatInventoryItems;
323   TArray<class USGItem*>                 DefaultEquippedItems;
324   class TMap<class USGItem*>             DefaultShortCutItems;
325   TArray<class USGItem*>                 CraftItems;
326   int32_t                               MaxItemCraftQueueEntries;
327   TArray<struct FItemCraftQueueEntry>   ItemCraftQueueEntries;
328   TArray<class UClass*>                 OnlyAddItemTemplates;
329   TArray<struct FItemExpireTimeData>   ItemExpireTimeData;
330   TArray<class USGItem*>               InventoryItems;
331   TArray<class USGItem*>               EquipItems;
332   TArray<class USGItem*>               ShortCutItems;
333   unsigned char                       bInitializedMe : 1;
334   int32_t                             EquipItemMaxAmount;
```

```
105  // Atlas
106  // AShooterPlayerState
107
108  class UPrimalPlayerData*        MyPlayerData;
109  struct FPrimalPlayerDataStruct  MyPlayerDataStruct;
110  struct TribeData*               CurrentTribeDataPtr;
111
112  void ServerRequestCreateNewTribe(const class FString& TribeName, const struct FTribeGovernment& Tri
113  void ServerRequestLeaveAlliance(uint32_t AllianceID);
114  void ServerRequestLeaveTribe();
115  void ServerRequestRemoveAllianceMember(uint32_t AllianceID, uint32_t MemberID);
116  void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);
117  void ServerTribeRequestNewAlliance(const class FString& AllianceName);
118  void ServerUnlockEngram(class UClass* forItemEntry, bool bNotifyPlayerHUD, bool bForceUnlock, TEnum
119
120  // -----
121
122  // Atlas
123  // AShooterWeapon
124
125  void                          ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeft
126  class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh);
127  void                          OnRep_AssociatedItemNetInfo();
128  float                         PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBo
129  void                          UseAmmo(int UseAmmoAmountOverride, bool bUseAmmoFromLeftWeapon);
130
131  // -----
132
133  // Atlas
134  // UVictoryCore
135
136  class UObject*                  GetClassDefaultObject(class UClass* FromClass);
137  class FString                   GetClassPathName(class UObject* ForClass);
138  class FString                   GetKeyName(const struct FKey& Key);
139  class UShooterGameUserSettings* GetShooterGameUserSettings();
140  bool                            IsGamePadConnected();
141
142  // -----
143
144  // Atlas
145  // UShooterGameUserSettings
146
147  float MasterAudioVolume;
148  float SFXAudioVolume;
149  float MusicAudioVolume;
150  float Gamma1;
151
152  class UShooterGameUserSettings* GetUserSettings();
153  int                             GetQualityLevelPostprocessing();
154  void                            SetMasterAudioVolume(float volume);
155  void                            ApplyGamma(float useGammaCorrection);
```

```
105  // Myth of Empires
106  // AShooterPlayerState
107
108  TWeakObjectPtr<class UBasePlayerData> BasePlayerDataPtr;
109  struct FCharacterStructureData  MyCharacterStructureData;
110  struct FGuildDetailData         MyGuildDetailData;
111
112  void ServerRequestCreateGuild(const class FString& InGuildName, const class FString& InGuildImage)
113  void ServerRequestLeaveAlliance();
114  void ServerRequestLeaveGuild(bool bCheckBoxState);
115  void ServerRequestKickAllianceMember(const struct FGuid& GuildUid);
116  void ServerRequestRenameGuild(const class FString& NewGuildName);
117  void ServerRequestCreateAlliance(const class FString& NewAllianceName);
118  void ServerUnlockSkill(class ASGGeneralCharacter* SGGeneralCharacter, int32_t InNPCTalkID);
119
120  // -----
121
122  // Myth of Empires
123  // AShooterWeapon
124
125  void                          ClientSetClipAmmo(int32_t InClipAmmo);
126  class UMeshComponent*         GetWeaponMesh();
127  void                          OnRep_AssociatedItemNetInfo();
128  void                          PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName&
129  int32_t                       ConsumeAmmo();
130
131  // -----
132
133  // Myth of Empires
134  // SGLibrary, SGGameUserSettings
135
136  class UObject*                  GetClassDefaultObject(class UObject* FromClass);
137  void                            GetClassPath(class AActor* ItemActorClass, class FString* OutPath);
138  struct FText                    GetKeyDisplayName(EKeyPressType PressType, const class FString& Key);
139  class USGGameUserSettings*      GetSGGameUserSettings();
140  bool                            IsGamePadConnected();
141
142  // -----
143
144  // Myth of Empires
145  // USGGameUserSettings
146
147  float MainSoundVolume;
148  float EffectSoundVolume;
149  float BgmSoundVolume;
150  float Gamma;
151
152  class USGGameUserSettings*      GetSGGameUserSettings();
153  int32_t                         GetCustomPostProcessingQuality();
154  void                            SetMainSoundVolume(float Value);
155  void                            ApplyGamma(class UWorld* World);
```

```
394  // ATLAS
395  // APrimalStructureWaterPipe
396
397  bool                         bHasWater : 1;
398  class UMaterialInterface*    HasWaterReplaceMaterial;
399  class UMaterialInterface*    NoWaterMaterial;
400  int                          WaterMaterialIndex;
401
402  void OnRep_HasWater(bool bNewHasWater);
403
404  // -------------------------------------------------
405
406  // ATLAS
407  // UUI_PreviewWidget
408
409  float                              FOV;
410  struct FRotator                    MeshRotation;
411  struct FRotator                    OrbitRotation;
412  struct FVector                     MeshScale;
413  float                              CameraDistance;
414  float                              BrakeSpeed;
415  float                              RotationSpeed;
416  struct FRotator                    AutoRotator;
417  class UWorld*                      GameWorld;
418  class UWorld*                      PreviewWorld;
419  TArray<class USceneComponent*>     PreviewComponents;
420  struct FVector2D                   RotationVelocity;
421  class USceneCaptureComponent2D*    CaptureComponent;
422
423  void AddToViewport(UWorld* World);
424
425  // -------------------------------------------------
426
427  // ATLAS
428  // APrimalStructureDoor
429
430  class USceneComponent*    MyDoorTransform;
431  float                     RotationSpeed;
432  class USoundCue*          DoorOpenSound;
433  class USoundCue*          DoorCloseSound;
434  bool                      bInvertOpenCloseDirection : 1;
435  bool                      bIsLocked : 1;
436  int8_t                    DoorOpenState;
437  bool                      bRotatePitch : 1;
438  bool                      bRotateRoll : 1;
439  bool                      bRotateYaw : 1;
440  bool                      bInitializedRotation : 1;
441  bool                      bUseSecondDoor : 1;
442  struct FRotator           SecondDoorDefaultRot;
443  bool                      bSupportsPinLocking : 1;
444  uint32_t                  CurrentPinCode;
445  bool                      bIsPinLocked : 1;
446
447  void NetGotoDoorState(int8_t DoorState);
448  void OnRep_DoorOpenState(int8_t PrevDoorOpenState);
449  void NetGotoDoorState(int8_t DoorState);
```

Right column (Myth of Empires):

```
394  // Myth of Empires
395  // ASStructureWaterPipe
396
397  bool                         bHasWater : 1;
398  class UMaterialInterface*    HasWaterReplaceMaterial;
399  class UMaterialInterface*    NoWaterReplaceMaterial;
400  int32_t                      ReplaceMaterialIndex;
401
402  void OnRep_HasWater(bool bPreviousHasWater);
403
404  // -------------------------------------------------
405
406  // Myth of Empires
407  // UPreviewSceneWidget
408
409  float                              FOV;
410  struct FRotator                    MeshRotation;
411  struct FRotator                    OrbitRotation;
412  float                              PreviewScale;
413  float                              CameraDistance;
414  float                              BrakeSpeed;
415  float                              RotationSpeed;
416  struct FRotator                    AutoRotator;
417  class UWorld*                      GameWorld;
418  class UWorld*                      PreviewWorld;
419  TArray<class USceneComponent*>     PreviewComponents;
420  struct FVector2D                   RotationVelocity;
421  class USceneCaptureComponent2D*    CaptureComponent;
422
423  void SGAddToViewport(class UWorld* World);
424
425  // -------------------------------------------------
426
427  // Myth of Empires
428  // ASGStructureDoor
429
430  class USceneComponent*    MyDoorRootComponent;
431  float                     RotationSpeed;
432  struct FName              OpenSoundID;
433  struct FName              CloseSoundID;
434  bool                      bOpenClosedDirection : 1;
435  bool                      bIsLocked : 1;
436  int8_t                    DoorSwitchState;
437  bool                      bRotateByPitch : 1;
438  bool                      bRotateByRoll : 1;
439  bool                      bRotateByYaw : 1;
440  bool                      bInitRotation : 1;
441  bool                      bDoubleDoor : 1;
442  struct FRotator           DoubleDoorDefaultRotation;
443  bool                      bCanSetPassword : 1;
444  uint32_t                  CurrentPassword;
445  bool                      bLockedByPassword : 1;
446
447  void SwitchDoorState(unsigned char DoorState);
448  void OnRep_DoorSwitchState();
449  void NetSwitchDoorState(unsigned char DoorState);
```

```
159    // Atlas
160    // UPrimalGlobals
161
162    class UPrimalGameData*      PrimalGameData;
163    struct FStringAssetReference PrimalGameDataAsset;
164    class UClass*               GlobalGenericConfirmationDialog;
165
166    void FinishedLoadingGameMedia();
167
168    // -----------------------------------------------------
169
170    // Atlas
171    // UPrimalCharacterMovement
172
173    bool  bAccelerationFollowsRotation : 1;
174    bool  bOverrideMaxSpeed;
175    float LostDeltaTime;
176
177    // -----------------------------------------------------
178
179    // Atlas
180    // UNPCSpawnEntriesContainer
181
182    TArray<struct FNPCSpawnEntry> NPCSpawnEntries;
183    TArray<struct FNPCSpawnLimit> NPCSpawnLimits;
```

```
453    // ATLAS
454    // APrimalStructureBed
455
456    bool          bDestroyAfterRespawnUse : 1;
457    struct FVector RespawnLocationOffset;
458    struct FRotator RespawnRotOffset;
459    class FString  BedName;
460
461    // -----------------------------------------------------
462
463    // ATLAS
464    // APrimalStructureTurretBallista similar variables
465
466    float        TPVCameraPitchMin;
467    float        TPVCameraPitchMax;
468    float        YawViewRotation;
469    float        PitctViewRotation;
470    class UClass* CurrentAmmoItemTemplate;
471    TArray<class UClass*> AlternateAmmoItemTemplates;
472
473    // -----------------------------------------------------
474
475    // ATLAS
476    // ANPCZoneManager
477
478    TArray<class AActor*>          DefaultZoneSpawnVolumeFloors;
479    TArray<struct FName>           DefaultZoneSpawnVolumeFloorTags;
480    class UClass*                  NPCSpawnEntriesContainerObject;
481    TArray<class ANPCZoneVolume*>  LinkedZoneVolumes;
482    TArray<struct FLinkedZoneSpawnVolumeEntry> LinkedZoneSpawnVolumeEntries;
483    int   MaxNumberSpawnZoneRandomPointChecks;
484    int   MinDesiredNumberOfNPC;
485    int   AbsoluteMaxNumberOfNPC;
486    float PlayerDistanceFromSpawnPoint;
487    float StructureDistanceFromSpawnPoint;
```

Right column:

```
159    // Myth of Empires
160    // USGGameData
161
162    class USGGameData*      SGGameData;
163    struct FSoftObjectPath  GameDataAsset;
164    class UUI_GenericConfirmationDialog* GlobalGenericConfirmationDialogClass;
165
166    void FinishedLoadingGameMedia();
167
168    // -----------------------------------------------------
169
170    // Myth of Empires
171    // USGCharacterMovementComponent
172
173    bool  bAccelerationFollowsRotation : 1;
174    bool  bRequestedMoveWithMaxSpeedOverride : 1;
175    float LostDeltaTime;
176
177    // -----------------------------------------------------
178
179    // Myth of Empires
180    // UNpcSpawnTemplate
181
182    TArray<struct FNPCSpawnData>  NPCSpawnDatas;
183    TArray<struct FNPCSpawnLimit> NPCSpawnLimits;
```

```
453    // Myth of Empires
454    // ASGStructureBed
455
456    bool          bReSpawnDestroy : 1;
457    struct FVector PlayerSpawnLocOffset;
458    struct FRotator PlayerSpawnRotOffset;
459    class FString  BedName;
460
461    // -----------------------------------------------------
462
463    // Myth of Empires
464    // ASGStructureTurret similar variables
465
466    float        TPVCameraPitchMin;
467    float        TPVCameraPitchMax;
468    float        YawViewRotation;
469    float        PitchViewRotation;
470    class UClass* CurrentAmmoItemTemplate;
471    TArray<class UClass*> AllAmmoItemTemplates;
472
473    // -----------------------------------------------------
474
475    // Myth of Empires
476    // ANpcSpawnInfo
477
478    TArray<class AActor*>          DefaultSpawnVolumeFloors;
479    TArray<struct FName>           DefaultSpawnVolumeFloorTags;
480    class UClass*                  NpcSpawnTemplateClass;
481    TArray<class ANpcVolume*>      NpcVolumes;
482    TArray<struct FNpcSpawnVolumeDatas> NpcSpawnVolumeDatas;
483    int32_t MaxNumberValidSpawnDataChecks;
484    int32_t MinDesiredNumberOfNPC;
485    int32_t MaxNumberOfNPC;
486    float   CheckPlayerDistance;
487    float   CheckStructureDistance;
```

```
// ATLAS
// ScriptStruct ShooterGame.DecalData.DecalData

struct FDecalData
{
    class UMaterialInterface* DecalMaterial;
    float                     DecalSize;
    float                     DecalDepth;
    float                     DecalImpactNormalOffset;
    float                     LifeSpan;
    float                     RandomAngleRange;
};


// -------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry

struct FLinkedZoneSpawnVolumeEntry
{
    class ANPCZoneSpawnVolume* LinkedZoneSpawnVolume;
    TArray<class AActor*>      ZoneSpawnVolumeFloors;
    TArray<struct FName>       ZoneSpawnVolumeFloorTags;
    float                     EntryWeight;
    unsigned char             UnknownData00[0x4];
};


// -------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit

struct FNPCSpawnLimit
{
    class UClass* NPCClass;
    class FString NPCClassString;
    float         MaxPercentageOfDesiredNumToAllow;
    unsigned char UnknownData00[0x4];
};


// -------------------------------------------------

// ATLAS
// ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry

struct FItemCraftQueueEntry
{
    struct FItemNetID ItemId;
    int               Quantity;
    bool              bIsRepair;
    bool              bIgnoreInventoryRequirement;
    unsigned char     UnknownData00[0x2];
    float             RepairPercentage;
    float             RepairSpeedMultiplier;
};
```

Right column:

```
// Myth of Empires
// ScriptStruct SG.DecalData

struct FDecalData
{
    class UMaterialInterface* DecalMaterial;
    float                     DecalSize;
    float                     DecalDepth;
    float                     DecalImpactNormalOffset;
    float                     LifeSpan;
};


// -------------------------------------------------

// Myth of Empires
// ScriptStruct SG.NpcSpawnVolumeData

struct FNpcSpawnVolumeData
{
    class ANpcSpawnVolume* NpcSpawnVolume;
    TArray<class AActor*>  SpawnVolumeFloors;
    TArray<struct FName>   SpawnVolumeFloorTags;
    float                  Weight;
    unsigned char          UnknownData00[0x4];
};


// -------------------------------------------------

// Myth of Empires
// ScriptStruct SG.NPCSpawnLimit

struct FNPCSpawnLimit
{
    class ABaseCharacter* NPCTemplateClass;
    float                 Percentage;
    unsigned char         UnknownData00[0x4];
};


// -------------------------------------------------

// Myth of Empires
// ScriptStruct SG.ItemCraftQueueEntry

struct FItemCraftQueueEntry
{
    class USGItem*             ItemTemplate;
    struct FGuid               UniqueId;
    int32_t                    Quantity;
    float                      RemaingCraftTime;
    float                      TotalRemainingCraftTime;
    bool                       bIsRepair : 1;
    TEnumAsByte<EItemQuality>  UseRemoveItemQuality;
};
```

```cpp
59   // ATLAS
60   // ScriptStruct ShooterGame.PrimalSaddleStructure
61
62   struct FPrimalSaddleStructure
63   {
64       struct FVector              DinoRelativeLocation;
65       struct FRotator             DinoRelativeRotation;
66       struct FName                BoneName;
67       class APrimalStructure*     MyStructure;
68   };
69
70
71   // --------------------------------
72
73   // ATLAS
74   // ScriptStruct ShooterGame.PrimalStructure.PlacementData
75
76   struct FPlacementData
77   {
78       struct FVector              AdjustedLocation;
79       struct FRotator             AdjustedRotation;
80       bool                        bSnapped;
81       bool                        bDisableEncroachmentCheck;
82       bool                        bIsWaterGrounded;
83       unsigned char               UnknownData00[0x1];
84       int                         MySnapToIndex;
85       int                         TheirSnapToIndex;
86       unsigned char               UnknownData01[0x4];
87       class AActor*               FloorHitActor;
88       class APrimalStructure*     ParentStructure;
89       class APrimalStructure*     ForcePlacedOnFloorParentStructure;
90       class APrimalStructure*     ReplacesStructure;
91       class APawn*                AttachToPawn;
92       struct FName                AttachToBone;
93       class APrimalDinoCharacter* DinoCharacter;
94   };
```

```cpp
98   // ATLAS
99   // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry
100
101  struct FNPCSpawnEntry
102  {
103      class FString               AnEntryName;
104      TArray<class UClass*>       NPCsToSpawn;
105      TArray<class FString>       NPCsToSpawnStrings;
106      TArray<struct FClassRemappingWeight> NPCRandomSpawnClassWeights;
107      TArray<struct FVector>      NPCsToSpawnOffsets;
108      TArray<float>               NPCsToSpawnPercentageChance;
109      TArray<float>               NPCMinLevelOffset;
110      TArray<float>               NPCMaxLevelOffset;
111      TArray<float>               NPCMinLevelMultiplier;
112      TArray<float>               NPCMaxLevelMultiplier;
113      unsigned char               bAddLevelOffsetBeforeMultiplier : 1;
114      unsigned char               bForcePreventSpawnOnOcean : 1;
115      unsigned char               UnknownData00[0x7];
116      TArray<unsigned char>       NPCOverrideLevel;
117      struct FVector              ExtentCheck;
118      struct FVector              GroupSpawnOffset;
119      float                       EntryWeight;
120      float                       ManualSpawnPointSpreadRadius;
121      float                       WaterOnlyMinimumWaterHeight;
122      float                       MaximumWaterHeight;
```

```cpp
59   // Myth of Empires
60   // ScriptStruct SG.PlatformStructure
61
62   struct FPlatformStructure
63   {
64       class ASGStructure*         PlatformStructure;
65       struct FVector              RelativeLocation;
66       struct FRotator             RelativeRotation;
67       struct FName                BoneName;
68   };
69
70
71   // --------------------------------
72
73   // Myth of Empires
74   // ScriptStruct SG.CreateStructureInfo
75
76   struct FCreateStructureInfo
77   {
78       struct FVector              ExpectedLocation;
79       struct FRotator             ExpectedRotation;
80       bool                        bHasBinded : 1;
81       unsigned char               UnknownData00[0x7];
82       class ASGStructure*         ParentStructure;
83       class ASGStructure*         ReplaceStructure;
84       class ASGStructure*         PreventStructure;
85       class ASGStructureCheckVolume* PreventCheckVolume;
86       class ASGStructure*         CreateOnStructure;
87       class ABaseCharacter*       PlatformCharacter;
88       struct FName                AttachBoneName;
89       bool                        bIgnoreCheckObject : 1;
90       unsigned char               UnknownData01[0x7];
91   };
```

```cpp
98   // Myth of Empires
99   // ScriptStruct SG.NPCSpawnData
100
101  struct FNPCSpawnData
102  {
103      class FString               SpawnDataName;
104      TArray<class ABaseCharacter*> NpcTemplateClasses;
105      TArray             NpcSpawnGroupMinNum;
106      TArray             NpcSpawnGroupMaxNum;
107      float                       NpcSpawnGroupDistance;
108      unsigned char               UnknownData00[0x4];
109      TArray<float>               NpcSpawnWeight;
110      TArray<float>               NpcMinLevelOffset;
111      TArray<float>               NpcMaxLevelOffset;
112      TArray<unsigned char>       NpcOverrideLevel;
113      TArray<float>               NpcMinQualityCorrection;
114      TArray<float>               NpcMaxQualityCorrection;
115      TArray<float>               MinDistanceToPlayer;
116      TArray<float>               MaxDistanceToPlayer;
117      TArray<unsigned char>       NpcSenseSightRadiusMulAdd;
118      TArray<class FString>       NpcOverrideAllowSleep;
119      TArray<class FString>       NpcStartSleepTime;
120      TArray<class FString>       NpcEndSleepTime;
121      float                       Weight;
122      bool                        bRandomNPCAppearance : 1;
```

```
138    // ATLAS                                                    139    // Myth of Empires
139    // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint    139    // ScriptStruct SG.BindPointInfo
140                                                                 140
141    struct FPrimalStructureSnapPoint                             141    struct FBindPointInfo
142    {                                                            142    {
143        struct FName         SnapPointDescription;               143        struct FName         BindPointDes;
144        struct FVector       PointLocOffset;                     144        struct FVector       BindPointLocOffset;
145        struct FRotator      PointRotOffset;                     145        struct FRotator      BindPointRotOffset;
146        struct FRotator      PointComparisonExtraRotOffset;      146        int32_t              CanBindType;
147        unsigned char        bAttachToPoint : 1;                 147        int32_t              CanBindTypeGroup;
148        unsigned char        bAttachFromPoint : 1;               148        int32_t              ExcludeBindType;
149        unsigned char        bHighPriorityAttachToPoint : 1;     149        bool                 bBindPointTo : 1;
150        unsigned char        bSnapToUseAlternatePlacemenTraceScale : 1;   150        bool         bBindPointFrom : 1;
151        unsigned char        bAttachToDisableEncroachmentCheck : 1;       151        bool         bBestBindPoint : 1;
152        unsigned char        bAttachToDisableVisibilityCheck : 1;         152        bool         bChangeFoundation : 1;
153        unsigned char        bInvalidForStructureLinking : 1;    153        bool                 bIgnoreCheckObject : 1;
154        unsigned char        bSnapForceNoGroundRequirement : 1;  154        bool                 bIgnoreCreateOnGroundWhenBinded : 1;
155        unsigned char        bSnapToOnlyAllowSingleAttachment : 1;        155        unsigned char        UnknownData00[0x3];
156        unsigned char        bSnapToInvertYawWhenFlipped : 1;    156    };
157        unsigned char        bPorthole : 1;                      157
158        unsigned char        bMeshOffsetUpdateSnapLocation : 1;  158
159        unsigned char        bSnapForceAllowPlacementAtOtherActorLocation : 1;    159
160        unsigned char        UnknownData00[0x2];                 160
161        int                  ToPointSnapTypeFlags;               161
162        int                  ToPointSnapTypeExcludeFlags;        162
163        int                  SnapPointMatchGroup;                163
```

```
181    // ATLAS                                                    181    // Myth of Empires
182    // ScriptStruct ShooterGame.DamageHarvestingEntry           182    // ScriptStruct SG.DamageExploitEntry
183                                                                 183
184    struct FDamageHarvestingEntry                               184    struct FDamageExploitEntry
185    {                                                            185    {
186        float                DamageMultiplier;                  186        int32_t              DropWrapperId;
187        float                HarvestQuantityMultiplier;         187        float                DropWrapperFactor;
188        float                DamageHarvestAdditionalEffectiveness;    188        float          DamageMultilier;
189        float                DamageDurabilityConsumptionMultiplier;   189        float          ExploitQuantityMultilier;
190        unsigned char        bAllowUnderwaterHarvesting : 1;    190        class UDamageType*   DamageTypeParent;
191        unsigned char        UnknownData00[0x7];                191    };
192        class UClass*        DamageTypeParent;                  192
193        class UClass*        HarvestDamageFXOverride;           193
194    };                                                          194
195                                                                195
196    // ---------------------------------------                  196    // ---------------------------------------
197                                                                197
198                                                                198
199    // ATLAS                                                    199    // Myth of Empires
199    // ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement    199    // ScriptStruct SG.CraftResourceRequirement
200                                                                200
201    struct FCraftingResourceRequirement                         201    struct FCraftResourceRequirement
202    {                                                            202    {
203        float                BaseResourceRequirement;           203        int32_t              BaseResourceRequirement;
204        unsigned char        UnknownData00[0x4];                204        unsigned char        UnknownData00[0x4];
205        class UClass*        ResourceItemType;                  205        TArray<class USGItem*>   ResourceItemType;
206        bool                 bCraftingRequireExactResourceType; 206        bool                 bConsumesDurable : 1;
207        unsigned char        UnknownData01[0x3];                207        unsigned char        UnknownData01[0x7];
208        int                  ForceMultipleResourceTypesRequirement;   208    };
209    };                                                          209
210                                                                210
211    // ---------------------------------------                  211    // ---------------------------------------
212                                                                212
213    // ATLAS                                                    213    // Myth of Empires
214    // ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData    214    // ScriptStruct SG.CropPhaseData
215                                                                215
216    struct FCropItemPhaseData                                   216    struct FCropPhaseData
217    {                                                            217    {
218        float                NextStageFertilizerCacheThreshold; 218        float                StageGrowthThreshold;
219        unsigned char        UnknownData00[0x4];                219        float                StageStartScale;
220        class UStaticMesh*   StageStaticMesh;                   220        float                StageEndScale;
221        TArray<class UStaticMesh*>  StageStaticMeshes;          221        unsigned char        UnknownData00[0x4];
222        class UStaticMesh*   HasFruitStageStaticMesh;           222        class UStaticMesh*   StageStaticMesh;
```

```
1   // Atlas                                                    // Myth of Empires
2   // APrimalTargetableActor
3
4   float         Health;                                  float         HP;
5   float         MaxHealth;                               float         MaxHP;
6   bool          bIsDead : 1;                             bool          bIsDead : 1;
7   class UClass* DestroyedMeshActorClass;                 struct FSoftObjectPath  DestroyedMesh;
8   USkeletalMesh* NewDestroyedMesh;                        class ASGDestructibleActor* DestroyedMeshActorClass;
9   USoundCue*    DeathSound;                              struct FName  DeadSoundID;
10  bool          bUseSimpleFadingDestructionMesh;         bool          bUseDissolveMaterial : 1;
11  FString       DescriptiveName;                         struct FText  DescriptionName;
12
13  void OnRep_ReplicatedHealth(void);                     void OnRep_ReplicatedHP();
14  bool Die(float KillingDamage, const FDamageEvent* DamageEvent, AController* Killer, AActor* DamageC    void NetProcessDead(float DeadDamage, const struct FDamageEvent& DamageEvent, class AController* Ev
15
```

# BattlEye exact Implementation made by Studio Wildcard found in Myth of Empires

- Exact strings/function names/references to error codes that came from Studio Wildcard's custom BattlEye wrapper/implementation were found in the Myth of Empires executable (see below) - this whole wrapper was created exclusively by Studio Wildcard for use in Ark and Atlas.
- The presence of these strings/function names/references to error codes found in Myth of Empires binaries indicates Studio Wildcard's code was used in Myth of Empires.











Myth of Empires executable

Atlas source code file snippet

# References to "Primal" Mod Game data within Myth of Empires

- "Primal" is the internal technical codename for ARK, and widely used in Atlas/Ark (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)
- Below are the "Primal" string references found in the Myth of Empires executable.



# Internal unreleased Wildcard code hints

- A very Ark/Atlas specific variable CharacterMovementComponent.bAccelerationFollowsRotation (Not in UE4) was moved down to a derived class (PrimalCharacterMovement) in internal 4.25 merge that was never released exactly like they have here in Myth of Empires hints at codebase acquired:

*Decompiled Myth of Empires reflected properties (In Project vs Engine files like internal updated source code):*

*New internal Ark/Atlas build only:*

