# Exhibit A



**Christopher T. Rucinski**

Managing Director

(617) 807-8534
christopher.rucinski@aon.com
53 State Street, Suite 2201
Boston, MA 02109

## Professional Experience

- Elysium Digital, LLC, a subsidiary of Aon Corporation, Managing Director, 2020 – Present
- Elysium Digital, LLC, a subsidiary of Aon Corporation, Vice President, 2019
- Stroz Friedberg, LLC, an Aon company, Vice President, 2017 – 2019
- Stroz Friedberg, LLC, an Aon company, Director, 2015 – 2017
- Elysium Digital, LLC, Computer Scientist, 2010 – 2015
- SCVNGR, Android Developer, 2009 – 2010
- Princeton University, Computer Science Course Development Assistant, 2008
- Ivy Insiders, SAT Prep Branch Manager, 2007
- We Buy New England Houses, LLC, Web Developer, 2006

## Education

- A.B. *cum laude*, Computer Science, Princeton University, 2010

## Certifications

- GIAC Certified Forensic Examiner (GCFE), Global Information Assurance Certification, 2015; recertified 2019

## Training

- CopyrightX, Harvard Law School, 2021
- FOR500: Windows Forensic Analysis, The SANS Institute, 2019
- FOR408: Windows Forensic Analysis, The SANS Institute, 2015

## Speaking Engagements

- "Discovery Considerations Related to Software." Christopher Rucinski. Presentation at Pryor Cashman LLP: Continuing Legal Education seminar, New York City, NY, August 2019.
- "Prior Art Masterpieces." Christopher Rucinski. Presentation at Orange County Bar Association: Continuing Legal Education seminar, Orlando, FL, November 2013.

## Testimony

[1] *Aatrix Software, Inc. v. Greenshades Software, Inc.*
U.S. District Court, Middle District of Florida, Case No. 3:15-cv-00164
Was deposed and submitted expert report on behalf of Aatrix Software, Inc. (represented by Briggs & Morgan) in a patent matter involving tax payroll software, 2020.

[2] *Joint Stock Company Channel One Russia Worldwide et al. v. Infomir LLC et al.*
U.S. District Court, Southern District of New York, Case No. 1:16-cv-01318
Testified as an expert witness in a hearing related to a motion for sanctions, was deposed, and submitted three expert reports on behalf of Infomir LLC (represented by Berkowitz Lichtstein Kuritsky Giasullo & Gross) in a copyright matter involving streaming video technology, 2018, 2019, 2020.

[3] *MercuryGate International, Inc. v. Amous International, Inc. et al.*
U.S. District Court, Northern District of Illinois, Case No. 1:19-cv-04962
Submitted expert report on behalf of MercuryGate International, Inc. (represented by Kirkland & Ellis) in a trade secret matter involving transportation management system technology, 2019.

[4] *Entrust Datacard Corporation v. Atlantic Zeiser GmbH et al.*
U.S. District Court, Middle District of Florida, Case No. 3:17-cv-00110
Submitted expert report on behalf of Entrust Datacard Corporation (represented by Briggs & Morgan) in a patent matter involving smart card technology, 2019.

[5] *Synapse Group Corporation v. Mary Kay Inc.*
In the District of Dallas County, Texas, 162nd Judicial District, Case No. DC-17-11159
Was deposed and submitted expert report on behalf of Mary Kay Inc. (represented by Lynn Pinker Cox & Hurst) in a contract dispute matter involving website source code and allegations regarding wrongful use of intellectual property, 2019.

[6] *RELX Inc. v. Informatica Corp.*
U.S. District Court, Southern District of New York, Case No. 1:16-cv-09718
Was deposed and submitted two expert reports on behalf of RELX Inc. (represented by Scott & Scott) in a matter involving software licensing and copyright disputes, 2018.

[7] *Rackemann v. LISNR, Inc. et al.*
U.S. District Court, Southern District of Indiana, Case No. 1:17-cv-00624
Submitted expert report on behalf of Indianapolis Colts, Inc. (represented by Covington & Burling) in a class action matter involving Android technology, 2017.

[8] *BMG Rights Management (US) LLC et al. v. Cox Enterprises, Inc. et al.*
U.S. District Court, Eastern District Court of Virginia, Case No. 1:14-cv-01611
Testified at trial as an expert witness, was deposed, and submitted two expert reports on behalf of Cox Enterprises, Inc. (represented by Fenwick & West) in a matter involving copyright allegations related to BitTorrent, 2015.

[9] *Shurtape Technologies, LLC et al. v. 3M Company*
U.S. District Court, Western District of North Carolina, Case No. 5:11-cv-00017
Was deposed and submitted expert report on behalf of Shurtape Technologies (represented by K&L Gates) in a trademark investigation related to brand confusion online, 2013.

## Awards and Recognition

- Sigma Xi

## Professional and Civic Affiliations

- Somerville-Cambridge Elder Services, Technology Volunteer, 2021 – Present