# Exhibit B

**v3 (December 12, 2021):** This is a  further **preliminary analysis**, only comprised of a sampling of reflected game headers, approximately 33%. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

--------------------

**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, underline recommended):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc



**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify)
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)
1. Clone <u>https://github.com/guttir14/UnrealDumper-4.25</u>
2. Setup game to dump as any UE4.26 game, or use patterns:
   {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
   {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.

--------------

# Atlas/Ark compared to Myth of Empires (Nov 21, 2021 version) class member variables and functions

- Base engine classes have been filtered out to show only Atlas/Ark specific code for this comparison.
- Since this only includes reflected properties and classes, it is highly likely there is a significant amount more that is not listed here.

| Atlas | | Myth of Empires | |
|---|---|---|---|
| `// Atlas` | | `// Myth of Empires` | |
| `APrimalStructure` | | `ASGStructure, ASG_MoveSeatingCharacter, ASGStructureOccupy` | |
| `float` | `ReturnDamageAmount;` | `float` | `ReturnDamageAmount;` |
| `float` | `ReturnDamageImpulse;` | `float` | `ReturnDamageImpulse;` |
| `class UClass*` | `ReturnDamageType;` | `class UClass*` | `ReturnDamageType;` |
| `class FString` | `OwnerName;` | `class FString` | `OwnerName;` |
| `class FString` | `OwningPlayerName;` | `class FString` | `OwnerPlayerName;` |
| `uint32_t` | `StructureID;` | `uint32_t` | `StructureID;` |
| `class UClass*` | `ConsumesPrimalItem;` | `class UClass*` | `ConsumeItem;` |
| `TArray<class UClass*>` | `IgnoreReplacementCheckOfStructureClassTypes;` | `TArray<class ASGStructure*>` | `IgnorePreventStructureClasses;` |
| `TArray<class APrimalStructure*>` | `LinkedStructures;` | `TArray<class ASGStructure*>` | `BindedStructures;` |
| `TArray` | `LinkedStructuresID;` | `TArray` | `BindedStructuresByID;` |
| `TArray<struct FPrimalStructureSnapPoint>` | `SnapPoints;` | `TArray<struct FBindPointInfo>` | `BindPoints;` |
| `class UClass*` | `AllowReplacementByStructureClassType;` | `class UClass*` | `CanReplaceByStructureClass;` |
| `struct FName` | `AttachToStaticMeshSocketNameBase;` | `struct FName` | `AttachToStaticMeshSocketName;` |
| `bool` | `bAttachToStaticMeshSocket : 1;` | `bool` | `bAllowAttachToStaticMeshSocket : 1;` |
| `bool` | `bCanBeRepaired : 1;` | `bool` | `bCanRepair : 1;` |
| `bool` | `bCanDemolish : 1;` | `bool` | `bCanBebDemolished : 1;` |
| `bool` | `bCreatedDynamicMaterials : 1;` | `bool` | `bOccupyCreatedDynamicMaterials : 1;` |
| `bool` | `bDemolishJustDestroy : 1;` | `bool` | `bPreventGivingFromDemolish : 1;` |
| `bool` | `bForceCheckNearbyEnemyFoundation : 1;` | `bool` | `bCheckNearByEnemyFoundation : 1;` |
| `bool` | `bForcePlacingOnGround : 1;` | `bool` | `bForceCreateOnGround : 1;` |
| `bool` | `bForcePreventEnemyStructuresNearby : 1;` | `bool` | `bPreventNearByEnemyFoundation : 1;` |
| `bool` | `bIsFloor : 1;` | `bool` | `bFloor : 1;` |
| `bool` | `bIsFoundation : 1;` | `bool` | `bFoundation : 1;` |
| `bool` | `bIsPreviewStructure : 1;` | `bool` | `bPreviewStructure : 1;` |
| `bool` | `bIsRepairing : 1;` | `bool` | `bRepairing : 1;` |
| `bool` | `bIsWall : 1;` | `bool` | `bWall : 1;` |
| `bool` | `bOnlyFoundationIfSnappedToFoundation : 1;` | `bool` | `bOnlyFoundationWhenBindedToFoundation : 1;` |
| `bool` | `bPendingRemoval : 1;` | `bool` | `bPendingRemove : 1;` |
| `bool` | `bRequiresPlacingOnWall : 1;` | `bool` | `bForceCreateOnWall : 1;` |
| `bool` | `bReturnDamageOnHitFromPawn : 1;` | `bool` | `bReturnDamageHitByPawn : 1;` |
| `float` | `NoClaimFlagDecayDestructionPeriod;` | `float` | `NoTeamAreaDecayInterval;` |
| `float` | `NoClaimFlagDecayDestructionPeriodMultiplier;` | `float` | `NoTeamAreaDecayHPPercent;` |
| `float` | `DecayDestructionPeriod;` | `float` | `TeamAreaDecayInterval;` |
| `float` | `DecayDestructionPeriodMultiplier;` | `float` | `TeamAreaDecayHPPercent;` |
| `float` | `DemolishGiveItemCraftingResourcePercentage;` | `float` | `GivingItemFromDemolishPercentage;` |
| `double` | `LastFailedPinTime;` | `double` | `LastInputPwdFailedTime;` |
| `float` | `MaximumHeightAboveWorldGround;` | `float` | `MaxHeightToWorldGround;` |
| `class APrimalStructure*` | `PlacedOnFloorStructure;` | `class ASGStructure*` | `CreateOnFloorStructure;` |
| `struct FVector` | `PlacementEncroachmentCheckOffset;` | `struct FVector` | `CreateCheckBoxOffset;` |
| `float` | `PlacementFloorCheckEndOffsetZ;` | `float` | `CheckFloorZDown;` |
| `float` | `PlacementFloorCheckStartOffsetZ;` | `float` | `CheckFloorZUp;` |
| `float` | `PlacementMaxRange;` | `float` | `MaxCreateRange;` |
| `struct FVector` | `PlacementHitOffset;` | `struct FVector` | `CreateHitLocationOffset;` |
| `struct FRotator` | `PlacementRotOffset;` | `struct FVector` | `CreateCheckBoxRotOffset;` |
| `class USoundBase*` | `PlacementSound;` | `struct FName` | `SpawnSoundID;` |
| `struct FVector` | `PlacementTraceScale;` | `struct FVector` | `CreateCheckBoxScale;` |
| `float` | `PreventPlacingNearEnemyRadius;` | `float` | `CheckEnemyFoundationRadius;` |
| `class UClass*` | `PreventReplacementOfStructureClassType;` | `class ASGStructure*` | `PreventReplaceByStructureClass;` |
| `UStaticMesh*` | `PreviewDefaultStaticMesh;` | `class UStaticMesh*` | `PreviewCreateMesh;` |
| `class UMaterialInterface*` | `PreviewMaterial;` | `class UMaterialInterface*` | `PreviewCreateMaterial;` |
| `TArray<class UMaterialInstanceDynamic*>` | `PreviewMaterialInstances;` | `TArray<class UMaterialInstanceDynamic*>` | `PreviewInstances;` |

```
241  float                          RepairAmountRemaining;
242  float                          RepairPerInterval;
243  FTimerHandle                   RepairCheckTimerHandle;
244  float                          RepairPercentPerInterval;
245  struct FVector                 SpawnEmitterLocationOffset;
246  struct FRotator                SpawnEmitterRotationOffset;
247  int                            StructureSnapTypeFlags;
248  TArray<class APrimalStructure*> StructuresPlacedOnFloor;
249  float                          WaterPlacementMinimumWaterHeight;
250  struct FVector                 WaterVolumeCheckPointOffset;
251  class UClass*                  NewSpawnEmitter;
252  double                         NextAllowRepairTime;
253  struct FName                   StructureTypeTag;
254  bool                           bDemolished : 1;
255  bool                           bOnlyAllowPlacementInWater : 1;
256
257  void ClientUpdateLinkedStructures(TArray NewLinkedStructures);
258  void Demolish(class APlayerController* ForPC);
259  void SetContainerActive(bool bNewActive);
260
261  // -----------------------------------------------
262
263  // ATLAS
264  // APrimalStructureItemContainer
265
266  bool                           bAutoActivateWhenFueled : 1;
267  class UPrimalInventoryComponent* MyInventoryComponent;
268  FString                        ActivateContainerString;
269  FString                        DeactivateContainerString;
270  TArray<class UClass*>          ActiveRequiresFuelItems;
271  bool                           bOnlyUseSpoilingMultipliersIfActivated : 1;
272  bool                           bCanToggleActivation : 1;
273  uint64_t                       DeathCacheCharacterID;
274  bool                           bContainerActivated : 1;
275  class UClass*                  NextConsumeFuelGiveItemType;
276  double                         LastCheckedFuelTime;
277  bool                           bDropInventoryOnDestruction : 1;
278  float                          DropInventoryOnDestructionLifespan;
279  double                         NetDestructionTime;
280  class USoundBase*              ContainerActivatedSound;
281  class USoundBase*              ContainerDeactivatedSound;
282  uint32_t                       CurrentPinCode;
283  bool                           bIsPinLocked : 1;
284  bool                           bDisableActivationUnderwater : 1;
285  unsigned __int32               bAllowCustomName : 1;
286  FString                        BoxName;
287  bool                           bForceDropInventoryOnDeath : 1;
288
289  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetR...
290  void BPContainerActivated();
```

Right column:

```
241  float                          RepairHPRemain;
242  float                          RepairHPPerInterval;
243  struct FTimerHandle            RepairHandle;
244  float                          RepairHPPerInterval;
245  struct FVector                 SpawnEmitterLocationOffset;
246  struct FRotator                SpawnEmitterRotationOffset;
247  int                            BindType;
248  TArray<class ASGStructure*>    StructuresOnFloor;
249  float                          CheckMinWaterHeight;
250  struct FVector                 CheckWaterLocationOffset;
251  class UClass*                  SpawnEmitter;
252  double                         NextAllowRepairTime;
253  struct FString                 StructureTag;
254  bool                           bDemolished : 1;
255  bool                           bOnlyCreateInWater : 1;
256
257  void ClientUpdateBindedStructures(TArray NewBindedStructures);
258  void ConfirmDemolish(bool bResult);
259  void NetSetContainerActive(bool bActive);
260
261  // -----------------------------------------------
262
263  // Myth of Empires
264  // ASGStructureItemContainer
265
266  bool                           bAutoActivateWhenFuel : 1;
267  class USGInventoryComponent*   InventoryComponent;
268  struct FText                   ContainerActivateString;
269  struct FText                   ContainerDeactivateString;
270  TArray<struct FActivateRequireData> ActivateRequireData;
271  bool                           bOnlyUseExpireTimeMultipliersIfActivated : 1;
272  bool                           bCanActivate : 1;
273  struct FGuid                   DeathCharacterGuid;
274  bool                           bIsActivated : 1;
275  class UClass*                  NextConsumeFuelGiveItem;
276  double                         LastRefreshFuelStateTime;
277  bool                           bSpawnInventoryOnDestruction : 1;
278  float                          SpawnInventoryOnDestructionLifeSpan;
279  float                          SavedNetOnDestructionTime;
280  struct FName                   ActivatedSoundID;
281  struct FName                   DeActivatedSoundID;
282  uint32_t                       CurrentPassword;
283  bool                           bLockedByPassword : 1;
284  bool                           bSupportWater : 1;
285  bool                           bCanChangeName : 1;
286  class FString                  ContainerName;
287  bool                           bIsDeathDropItem : 1;
288
289  void NetSetContainerActive(bool bActive);
290  void OnRep_ContainerActivated();
```

```
// Atlas                                              // Myth of Empires
// APrimalDinoAIController                            // ASxAAIController

float WanderFixedDistanceAmount;                      float WanderFixedDistance;
float WanderRandomDistanceAmount;                     float WanderRandomDistance;
float ForcedMoveToUntilTime;                          float WanderLimitFixedTime;
bool bIgnoreMoveAroundBlockade : 1;                   bool bIsMoveAroundBlockade : 1;

bool           IsWithinAttackRange(AActor*, bool);    bool           IsWithinAttackRange(class AActor* InOther);
class AActor*  GetTamedFollowTarget();                class UClass*  GetTamedFollowActor();
struct FVector GetRandomWanderDestination(FVector, float, bool, bool, FRotator, bool) struct FVect    struct FVector GetRandomWanderDestination(bool bIsFirst);
struct FVector GetWanderAroundActorDestination(class APrimalDinoCharacter* DinoCharacter, const str   struct FVector GetAttackTurnAroundDestination(class AActor* InOther);

// ----------------                                   // ----------------

// Atlas                                              // Myth of Empires
// APrimalStructurePlacer                             // ASGStructureManager

int               CurrentPlacingStructureIndex;       int            CreatingStructureIndex;
class UClass*     CurrentPlacingStructureClass;       class UClass*  CreatingStructure;
struct FVector    LastHitLoc;                          struct FVector LastLocation;
struct FRotator   LastHitRotation;                     struct FRotator LastRotation;
struct FRotator   InitialPlacerActorChooseRotation;    struct FRotator InitCreateRotation;
bool              bLastPlacementWasSnapped : 1;        bool           bHasSnapped : 1;
bool              bDebugStructures : 1;                bool           bShowStructureDebugInfo : 1;
struct FItemNetID PlaceUsingItemID;                    struct FGuid   CurrentBuildStructureItemId;
float             RotationSpeed;                       float          CreateRotationSpeed;
struct FName      RotationAxisName;                    struct FName   CreateRotationName;
int               LastNumSnapPoints;                   int32_t        BindPointNum;

// ----------------                                   // ----------------

// Atlas                                              // Myth of Empires
// AShooterProjectile                                 // ASGProjectile

class UShooterProjectileMovement* MovementComp;       class UProjectileMovementComponent* ProjectileMovementComponent;
class UStaticMeshComponent*       StaticMeshComp;     class UStaticMeshComponent*         ProjectileMesh;

void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity    void ASGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity
void SpawnImpactEffect(const struct FHitResult& Impact);                                               void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
void OnProjectileStop(const struct FHitResult& HitResult);                                             void OnProjectileStop();
```

```cpp
// Atlas
APrimalDinoCharacter                                              // Ark ... ter
                                                                  A...IsCharacter
TWeakObjectPtr<class APrimalCharacter>    CarriedCharacter;       TWeakObjectPtr<class ABaseCharacter>    CarriedCharacter;
TArray<struct FDinoAttackInfo>            AttackInfos;            TArray<struct FAIAttackInfo>            AIAttackInfos;
bool                                      bHideFloatingHUD : 1;   bool                                    bHiddenFloatingHUD : 1;
bool                                      bIsRepairing : 1;       bool                                    bRepairing : 1;
bool                                      bCanBeTamed : 1;        bool                                    bCanTame : 1;
bool                                      bHasRider : 1;          bool                                    bCanRide : 1;
bool                                      bCanBeRepaired : 1;     bool                                    bCanRepair : 1;
bool                                      bRiderDontRequireSaddle : 1;  bool                              bRiderRequireSaddle : 1;
class UClass*                             ChargeBumpDamageType;   class USGDamageType*                    ChargeDamageType;
float                                     ChargeBumpDamage;       float                                   ChargeDamage;
float                                     DefaultLinearDamping;   float                                   FloatingLinearDamping;
float                                     DefaultAngularDamping;  float                                   FloatingAngularDamping;
float                                     PlatformSaddleMaxStructureBuildDistance2D;  int32_t            MaxPlatformStructuresDistance2D;
int                                       MaxSaddleStructuresHeight;  int32_t                             MaxPlatformStructuresHeight;
int                                       MaxSaddleStructuresNum; int32_t                                 MaxPlatformStructuresNum;
float                                     MateBoostRange;         float                                   MateCheckRange;
TWeakObjectPtr<class APrimalCharacter>    MountCharacter;         TWeakObjectPtr<class ASGCharacter>      BindCharacter;
TWeakObjectPtr<class AActor>              TamedFollowTarget;      TWeakObjectPtr<class ASG_AnimalsCharacter>  WildFollowTarget;
float                                     RepairCheckInterval;    float                                   RepairInterval;
float                                     RiderExtraMaxSpeedModifier;  float                              ExtraMaxSpeedModifier;
struct FVector                            FirstSpawnLocation;     struct FVector                          SpawnLocation;
struct FVector                            RiderFPVCameraOffset;   struct FVector                          FPVCameraOffset;
bool                                      bCanHaveBaby : 1;       bool                                    bCanMate : 1;
TArray<class APrimalStructure*>           LatchedOnStructures;    TArray<struct FPlatformStructure>       PlatformStructures;
bool                                      bAllowRidingInWater : 1;  bool                                  CanFloatingInWater : 1;
bool                                      bAutoTameable : 1;      bool                                    bAutoForceTame : 1;
float                                     ExtraRunningSpeedModifier;  float                               ExtraMaxSpeedModifier;
float                                     RepairPercentPerInterval;  float                                RepairHPPerInterval;
bool                                      bRidingRequiresTamed : 1;  bool                                 bRiderRequireSaddle : 1;
bool                                      bStepDamageFoliageOnly : 1;  bool                               bMoveDamageFoliage : 1;
bool                                      bSupportsSaddleStructures : 1;  bool                            bSupportPlatformStructure : 1;
float                                     SwimmingRotationRateModifier;  float                            SwimmingRotationRate;
struct FVector                            FloatingHUDTextWorldOffset;  struct FVector                     FloatingHUDIconOffset;
bool                                      bAttackStopsMovement : 1;  bool                                 bIsLockMovement : 1;
bool                                      bCheatForceTameRide : 1;  bool                                  bAutoForceTame : 1;
TArray<TWeakObjectPtr<class APrimalCharacter>> SavedVehicleBasedCharacters;  TArray<class ABaseCharacter*>  SaveGameAllSeatedCharacter;
bool                                      bPreventUntamedRun : 1;  bool                                   bPreventImmobility : 1;
bool                                      bServerInitializedDino : 1;  bool                               bIsInitialized : 1;
float                                     RiderRotationRateModifier;  float                               RotationRateMultiplier;
class UAnimMontage*                       StartRidingAnimOverride;  class UAnimMontage*                   StartRideTameMontage;
bool                                      bForceRiderDrawCrosshair;  bool                                 bShowCrossHair : 1;
bool                                      bForceAllowBackwardsMovement;  bool                             bAllowBackward : 1;

void                                      OnRep_CarriedCharacter();  void                                OnRep_CarriedCharacter();
void                                      OnRep_Saddle();         void                                    OnRep_Saddle();
bool                                      BPIsTamed();            bool                                    IsTamed();
void     CarryCharacter(class APrimalCharacter* oRider, bool byPassCanCarryChec...  void  NetCarryCharacter(class ABaseCharacter* InCarriedCharacter, int32_t InStunStatusType)
void                                      OnRep_Rider();          void                                    OnRep_Riding();
void                                      UpdateAttackTargets();  void                                    UpdateAttackTarget(bool IsAttack);
class APrimalDinoCharacter*  SpawnDino(class UWorld* World, class UClass* DinoClass, const struct F...  bool  SpawnNPC(class ABaseCharacter* User, class AActor* ViewTaget);
void                                      DoNeuter();             void                                    CastrateVehicle();
class AActor*                             GetTamedFollowTarget();  class AActor*                          GetTamedFollowActor();
```

```
45  // Atlas
46  // AShooterPlayerController
47
48  class APrimalStructurePlacer*          StructurePlacer;
49  class UClass*                          StructurePlacerClass;
50  bool                                   bIsFirstSpawn;
51  float                                  ClientLastRequestedTribeDataTime;
52  TArray<UPrimalInventoryComponent*>     RemoteViewingInventories;
53
54  void                   ClientGameStarted();
55  void                   ServerActorViewRemoteInventory(class UPrimalInventoryComponent* Inventory
56  void                   ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* Inventor
57  void                   ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerCon
58  void                   ServerCraftItem(class UPrimalInventoryComponent* InventoryComp, const str
59  void                   CompleteQuest(int32_t QuestIndex);
60  void                   Cheat(const class FString& Msg);
61  void                   ClientAddActorItem(class UPrimalInventoryComponent* forInventory, const s
62  void                   ClientDrawDebugSphere(TArray<struct FVector> Loc, float Radius, int Segmen
63  void                   ClientNetStartReceivingMapEntities();
64  void                   ClientNotifyDinoDeath(const class FString& DinoName, const class FString&
65  void                   ClientNotifyLevelUp(class APrimalCharacter* ForChar, int NewLevel);
66  void                   ClientPlayLocalSound(class USoundBase* aSound, bool bAttach);
67  void                   ClientReceiveTribeData(const struct FReplicatedTribeData& NewTribeData);
68  void                   ClientRemoveActorItem(class UPrimalInventoryComponent* forInventory, cons
69  void                   ClientRemovedItemFromSlot(class UPrimalInventoryComponent* forInventory,
70  void                   ClientServerNotificationSingle(const class FString& MessageText, const st
71  void                   ClientSetSpectatorLocation(const struct FVector& NewLocation);
72  void                   ClientShowCharacterCreationUI(bool bShowDownloadCharacter);
73  void                   ClientShowSpawnUI(float Delay);
74  void                   ClientUnlockAchievement(const class FString& AchievementID);
75  void                   ClientUpdateItemDurability(class UPrimalInventoryComponent* forInventory,
76  void                   ClientUpdateItemQuantity(class UPrimalInventoryComponent* forInventory, c
77  void                   ClientUpdateItemWeaponClipAmmo(class UPrimalInventoryComponent* forInvent
78  void                   DoCrash();
79  void                   EnableSpectator();
80  class AShooterCharacter*  GetPlayerCharacter();
81  class AShooterHUD*     GetShooterHud();
82  void                   OnDisableSpectator();
83  void                   ServerDropFromRemoteInventory(class UPrimalInventoryComponent* Inventory
84  void                   ServerInventoryClearCraftQueue(class UPrimalInventoryComponent* Inventory
85  void                   ServerKickPlayer(const class FString& PlayerSteamName, const class FString
86  void                   ServerMultiUse(class UObject* ForObject, int UseIndex);
87  void                   ServerReleaseSeatingStructure();
88  void                   ServerRemoveTribeMarker(uint32_t MarkerID);
89  void                   ServerAddTribeMarker(const class FString& Name, float Coord1, float Coord
90  void                   ServerRequestActorItems(class UPrimalInventoryComponent* forInventory, bo
91  void                   ServerRequestDinoAncestors(class APrimalDinoCharacter* ForDino);
92  void                   ServerRequestDropAllItems(const class FString& CurrentCustomFolderFilter,
93  void                   ServerRequestFastTravelToShipBed(uint32_t FromBedID, uint32_t ToBedID);
94  void                   ServerRequestInventoryUseItem(class UPrimalInventoryComponent* Inventory
95  void                   ServerRequestPlaceStructure(int StructureIndex, const struct FVector& Qui
96  void                   ServerSetPin(class UObject* forTarget, int PinValue, bool bIsSetti
97  void                   ServerSendChatMessage(const class FString& ChatMessage, TEnumAsByte<EChat
98  void                   ServerSuicide();
99  void                   ServerTransferAllFromRemoteInventory(class UPrimalInventoryComponent* Inv
100 void                   ServerTransferAllToRemoteInventory(class UPrimalInventoryComponent* Inven
101 void                   ServerUpgradeItem(const struct FItemNetID& ItemId, class AShooterPlayerCo
```

Right column:

```
45  // ARK: Survival Evolved
46  // ASGPlayerController
47
48  class ASGStructureManager*             StructureManager;
49  class UClass*                          StructureManagerClass;
50  bool                                   bIsFirstLogin;
51  double                                 LastRequestGuildMembersTime;
52  TWeakObjectPtr<USGInventoryComponent*> ViewRemoteInventory;
53
54  void                   ClientGameStarted();
55  void                   ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory
56  void                   ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory
57  void                   ServerRepairItem(class USGInventoryComponent* InventoryComponent, const s
58  void                   ServerCraftItem(class USGInventoryComponent* InventoryComponent, const s
59  void                   CompleteQuest(int QuestID);
60  void                   Cheat(const class FString& Msg);
61  void                   ClientAddActorInventoryItem(class USGInventoryComponent* forInventory, cc
62  void                   ClientDebugDrawSphere(class UWorld* InWorld, const struct FVector& Center
63  void                   ClientGetStructureMiniMapDatas(TArray<struct FStructureMiniMapData> Data
64  void                   ClientNotifyGeneralDead(TArray<class FString> NameCache);
65  void                   ClientCharacterShowLevelUp(int32_t CurLevel);
66  void                   ClientSidePlaySound(class USoundBase* Sound);
67  void                   ClientGetGuildBriefData(const struct FGuildBriefData& GuildBriefData);
68  void                   ClientRemoveActorInventoryItem(class USGInventoryComponent* forInventory
69  void                   ClientRemoveActorSlotItem(class USGInventoryComponent* forInventory, cons
70  void                   ClientShowNotifyString(TArray<class FString> NotifyString, TEnumAsByte<EM
71  void                   ClientSepctatorGotoPosition(const struct FVector& DestLocation);
72  void                   ClientShowCreateUI();
73  void                   ClientShowReSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo,
74  void                   UnlockAchievement(const class FString& ID);
75  void                   ClientUpdateInventoryItemDurable(class USGInventoryComponent* forInvento
76  void                   ClientUpdateInventoryItemAmount(class USGInventoryComponent* forInventory
77  void                   ClientSetInventoryItemUseAmmo(class USGInventoryComponent* forInventoryComp
78  void                   Crash();
79  void                   EnableSpectator();
80  class ASGPlayerCharacter*  GetSGPlayerCharacter();
81  class ASGHUD*          GetSGHUD();
82  void                   OnDisableSpectator();
83  void                   ServerDropFromInventory(class USGInventoryComponent* forInventory, const struct FC
84  void                   ServerClearOneCraftQueue(class USGInventoryComponent* forInventory, const
85  void                   ServerBEKickPlayer(int32_t BePlayerId, const class FString& reason);
86  void                   ServerRequestInteract(class UObject* TryObject, int32_t EntryIndex);
87  void                   ServerReleaseSeatingStructure();
88  void                   ServerRemoveMiniMapMark(bool IsGuild, const struct FGuid& MarkGuid);
89  void                   ServerAddMiniMapMark(const class FString& MarkID, int32_t MarkType, const
90  void                   ServerInitOwnerItems(class USGInventoryComponent* forInventory);
91  void                   ServerGetGenealogyData(class ASG_AnimalsCharacter* InVehicleCharacter);
92  void                   ServerDropAllInventoryItem(class USGInventoryComponent* forInventory, boo
93  void                   ServerTravelToBed(int32_t InBedID);
94  void                   ServerUseInventoryItem(class USGInventoryComponent* forInventory, const
95  void                   ServerCreateStructure(int32_t CreateStructure, const struct FVector&
96  void                   ServerSetPassword(class UObject* InTarget, int32_t InPassword, bool bSett
97  void                   ServerSendLocChatMsg(EChatSlotType ConvType, const class FString& Channel
98  void                   ServerSuicide();
99  void                   ServerExchangeAllInventoryToStoreInventory(class AActor* TransportActor,
100 void                   ServerExchangeAllInventoryItem(class USGInventoryComponent* SourceInventory,
101 void                   ServerUseStrengthenItem(class USGInventoryComponent* SourceInventory, co
```

```
339  // ATLAS
340  // APrimalStructureSeating similar to...
341
342  TWeakObjectPtr<class APrimalCharacter>       SeatedCharacter;
343  int                                          NumSeats;
344  struct FVector                               SeatedCharacterLocationOffset;
345  struct FRotator                              SeatedCharacterRotationOffset;
346  TArray<TWeakObjectPtr<class APrimalCharacter>> CharacterPerSeat;
347  class USoundCue*                             RideSound;
348  class USoundCue*                             UnrideSound;
349  class TArray<UAnimSequence*>                 SeatingAnimOverridePerSeat;
350  float                                        UnboardDistance;
351
352  void OnRep_CharacterPerSeat();
353  void Release(APrimalCharacter* theCharacter);
354  void Control(APrimalCharacter* ShooterCharacter, int SeatNumber, bool bLockedToSeat);
355
356  // ------
357
358  // ATLAS
359  // UPrimalItem
360
361  TWeakObjectPtr<class AShooterWeapon>         AssociatedWeapon;
362  TWeakObjectPtr<class UPrimalInventoryComponent> OwnerInventory;
363  TArray<struct FCraftingResourceRequirement>  BaseCraftingResourceRequirements;
364  class UClass*                                SpoilingItem;
365  float                                        SpoilingTime;
366  class UClass*                                BrokenGiveItemClass;
367  TEnumAsByte<EPrimalEquipmentType>            MyEquipmentType;
368  int                                          MaxBlueprintCrafts;
369  bool                                         bResourcePreventGivingFromDemolition : 1;
370  bool                                         bCanBuildStructures : 1;
371  float                                        BlueprintTimeToCraft;
372  bool                                         bAutoCraftBlueprint : 1;
373  double                                       NextCraftCompletionTime;
374  bool                                         bDestroyBrokenItem : 1;
375  int                                          SlotIndex;
376  float                                        ItemQuality;
377  bool                                         bBPCanUse : 1;
378  bool                                         bAllowUseWhileRiding : 1;
379  bool                                         bAllowRemoteUseInInventory : 1;
380  bool                                         bUseItemDurability : 1;
381  TArray<class UClass*>                         CraftingRequiresInventoryComponent;
382  float                                        NewBaseCraftingXP;
383  TEnumAsByte<EPrimalItemType>                 MyItemType;
384  bool                                         bAllowRepair : 1;
385
386  bool                  IsBroken();
387  float                 GetSpoilingTime();
388  void                  RecalcSpoilingTime(double TimeSeconds, float SpoilPercent, class UPrimalInvento...
389  float                 GetDurabilityPercentage();
390  class UPrimalItem* CreateItemFromNetInfo(const struct FItemNetInfo& newItemInfo);
```

Right column:

```
339  // ...
340  // AStructureSeating similar to...
341
342  TWeakObjectPtr<class ABaseCharacter*>        SeatedCharacter;
343  int32_t                                      NumSeats;
344  struct FVector                               SeatedCharacterLocationOffset;
345  struct FRotator                              SeatedCharacterRotationOffset;
346  TArray<class ABaseCharacter*>                AllSeatedCharacter;
347  struct FName                                 RideSoundID;
348  struct FName                                 UnRideSoundID;
349  TArray<class UAnimMontage*>                  SocketWorkingMontage;
350  float                                        ReleaseForwardMoveDistance;
351
352  void OnRep_AllSeatedCharacter();
353  void Release(ABaseCharacter* SeatCharacter);
354  void Control(ABaseCharacter* OtherSeatCharacter, int SeatNumber);
355
356  // ------
357
358  // Myth of Empires
359  // USGItem
360
361  TWeakObjectPtr<class ASGWeapon>              AssociatedWeapon;
362  TWeakObjectPtr<class USGInventoryComponent> OwnerInventory;
363  TArray<struct FCraftResourceRequirement>     BaseCraftResourceRequirements;
364  class USGItem*                               ExpiredItem;
365  float                                        ExpireTime;
366  class USGItem*                               BrokenGiveItemClass;
367  TEnumAsByte<EEquipmentType>                  EquipmentType;
368  int32_t                                      MaxCanCraftAmount;
369  bool                                         bPreventGivingFromDemolish : 1;
370  bool                                         bCanCreateStructure : 1;
371  float                                        TimeToCraft;
372  float                                        bAutoCraft : 1;
373  float                                        NextCraftRemainTime;
374  bool                                         bBrokenDestroy : 1;
375  int32_t                                      SlotIndex;
376  TEnumAsByte<EItemQuality>                    ItemQuality;
377  bool                                         bCanUse : 1;
378  bool                                         bCanRideUse : 1;
379  bool                                         bCanConsumeForTarget : 1;
380  bool                                         bUseDurable : 1;
381  TArray<class USGItem*>                        bCraftInStructureItem;
382  float                                        BaseCraftExperienceToAdd;
383  EItemType                                    ItemType;
384  bool                                         bCanRepair : 1;
385
386  bool                  IsBroken();
387  float                 GetExpireTime();
388  void                  RefreshExpireRemainingTime(class USGInventoryComponent* OwnerInventory, float NewExpir...
389  float                 GetDurablePercentage();
390  class USGItem* CreateItemFromNetInfo(const struct FItemNetInfo& newItemInfo);
```

```
294  // ATLAS
295  // AShooterGameMode
296
297  class UShooterCheatManager*                     GlobalCommandsCheatManager;
298  class TMap<unsigned __int64, struct FTribeData> TribesData;
299  class TArray<UPrimalPlayerData>                 PlayerDatas;
300  uint64_t                                        ServerID;
301
302  // -----------
303
304  // ATLAS
305  // UPrimalRichTextBlock
306
307  struct FText                                    Text;
308  TEnumAsByte<ETextJustify> Justification;
309  bool                                            AutoWrapText;
310  float                                           WrapTextAt;
311  struct FMargin                                  Margin;
312  float                                           LineHeightPercentage;
313
314  void SetText(const struct FText& InText, bool bDoParse)
315  void SetString(const class FString& inString);
316
317  // -----------
318
319  // ATLAS
320  // UPrimalInventoryComponent
321
322  TArray<class UClass*>               DefaultInventoryItems;
323  TArray<class UClass*>               CheatInventoryItems;
324  TArray<class UClass*>               DefaultEquippedItems;
325  TArray<class UClass*>               DefaultSlotItems;
326  TArray<class UPrimalItem*>          CraftingItems;
327  int                                 MaxItemCraftQueueEntries;
328  TArray<struct FItemCraftQueueEntry> ItemCraftQueueEntries;
329  TArray<class UClass*>               RemoteAddItemOnlyAllowItemClasses;
330  TArray<struct FItemMultiplier>      ItemSpoilingTimeMultipliers;
331  TArray<class UPrimalItem*>          InventoryItems;
332  TArray<class UPrimalItem*>          EquippedItems;
333  TArray<class UPrimalItem*>          ItemSlots;
334  bool                                bInitial : 1;
335  int                                 MaxInventoryItems;
336
```

Right column:

```
294  // Myth of Empires
295  // USGCheatManager
296
297  class USGCheatManager*                            AdminSGCheatManager;
298  class TMap<struct FGuid, struct FGuildDetailData> GuildDetailDatas;
299  class TMap<class FString, class UBasePlayerData*> BasePlayerDatas;
300  int32_t                                           ServerId;
301
302  // -----------
303
304  // Myth of Empires
305  // USGRichTextBlock
306
307  struct FText                                      Text;
308  TEnumAsByte<ETextJustify> Justification;
309  bool                                              AutoWrapText;
310  float                                             WrapTextAt;
311  struct FMargin                                    Margin;
312  float                                             LineHeightPercentage;
313
314  void SetText(const struct FText& InText, bool bDoParse)
315  void SetString(const class FString& InString);
316
317  // -----------
318
319  // Myth of Empires
320  // USGInventoryComponent
321
322  class TMap<class USGItem*, int32_t> DefaultInventoryItems;
323  class TMap<class USGItem*, int32_t> CheatInventoryItems;
324  TArray<class USGItem*>              DefaultEquippedItems;
325  class TMap<class USGItem*, int32_t> DefaultShortCutItems;
326  TArray<class USGItem*>              CraftItems;
327  int32_t                            MaxItemCraftQueueEntries;
328  TArray<struct FItemCraftQueueEntry> ItemCraftQueueEntries;
329  TArray<class UClass*>              OnlyAddItemTemplates;
330  TArray<struct FItemExpireTimeData> ItemExpireTimeData;
331  TArray<class USGItem*>             InventoryItems;
332  TArray<class USGItem*>             EquipItems;
333  TArray<class USGItem*>             ShortCutItems;
334  unsigned char                     bInitializedMe : 1;
335  int32_t                           EquipItemMaxAmount;
336
```

```cpp
// Atlas
// AShooterPlayerState

class UPrimalPlayerData*        MyPlayerData;
struct FPrimalPlayerDataStruct  MyPlayerDataStruct;
struct TribeData*               CurrentTribeDataPtr;

void ServerRequestCreateNewTribe(const class FString& TribeName, const struct FTribeGovernment& Tr...
void ServerRequestLeaveAlliance(uint32_t AllianceID);
void ServerRequestLeaveTribe();
void ServerRequestRemoveAllianceMember(uint32_t AllianceID, uint32_t MemberID);
void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);
void ServerTribeRequestNewAlliance(const class FString& AllianceName);
void ServerUnlockEngram(class UClass* forItemEntry, bool bNotifyPlayerHUD, bool bForceUnlock, TEnum...

// ---

// Atlas
// AShooterWeapon

void                            ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeft...
class USkeletalMeshComponent*   GetWeaponMesh(bool bSecondaryMesh);
void                            OnRep_AssociatedItemNetInfo();
float                           PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBo...
void                            UseAmmo(int UseAmmoAmountOverride, bool bUseAmmoFromLeftWeapon);

// ---

// Atlas
// UVictoryCore

class UObject*                   GetClassDefaultObject(class UClass* FromClass);
class FString                    GetClassPathName(class UObject* ForClass);
class FString                    GetKeyName(const struct FKey& Key);
class UShooterGameUserSettings*  GetShooterGameUserSettings();
bool                             IsGamePadConnected();

// ---

// Atlas
// UShooterGameUserSettings

float MasterAudioVolume;
float SFXAudioVolume;
float MusicAudioVolume;
float Gamma1;

class UShooterGameUserSettings* GetUserSettings();
int                             GetQualityLevelPostprocessing();
void                            SetMasterAudioVolume(float volume);
void                            ApplyGamma(float useGammaCorrection);
```

```cpp
// Myth of Empires
// SGPlayerState

TWeakObjectPtr<class UBasePlayerData>*BasePlayerDataPtr;
struct FCharacterStructureData       *MyCharacterStructureData;
struct FGuildDetailData              *MyGuildDetailData;

void ServerRequestCreateGuild(const class FString& InGuildName, const class FString& InGuildImage);
void ServerRequestLeaveGuild();
void ServerRequestLeaveGuild(bool bCheckBoxState);
void ServerRequestKickAllianceMember(const struct FGuid& GuildUid);
void ServerRequestRenameGuild(const class FString& NewGuildName);
void ServerRequestCreateAlliance(const class FString& NewAllianceName);
void ServerUnlockSkill(class ASGGeneralCharacter* SGGeneralCharacter, int32_t InNPCTalkID);

// ---

// Myth of Empires
// AShooterWeapon

void                      ClientSetClipAmmo(int32_t InClipAmmo);
class UMeshComponent*     GetWeaponMesh();
void                      OnRep_AssociatedItemNetInfo();
void                      PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& S...
int32_t                   ConsumeAmmo();

// ---

// Myth of Empires
// SGLibrary, SGGameUserSettings

class UObject*            GetClassDefaultObject(class UObject* FromClass);
class UObject*            GetClassPath(class AActor* ItemActorClass, class FString* OutPath);
struct FText              GetKeyDisplayName(EKeyPressType PressType, const class FString& Key);
class USGGameUserSettings* GetSGGameUserSettings();
bool                      IsGamePadConnected();

// ---

// Myth of Empires
// USGGameUserSettings

float MainSoundVolume;
float EffectSoundVolume;
float BgmSoundVolume;
float Gamma;

class USGGameUserSettings* GetSGGameUserSettings();
int32_t                    GetCustomPostProcessingQuality();
void                       SetMainSoundVolume(float Value);
void                       ApplyGamma(class UWorld* World);
```

```
394   // ATLAS
395   // APrimalStructureWaterPipe
396
397   bool                            bHasWater : 1;
398   class UMaterialInterface*       HasWaterMaterial;
399   class UMaterialInterface*       NoWaterMaterial;
400   int                             WaterMaterialIndex;
401
402   void OnRep_HasWater(bool bNewHasWater);
403
404   // --------------------------------------------
405
406   // ATLAS
407   // UUI_PreviewWidget
408
409   float                           FOV;
410   struct FRotator                 MeshRotation;
411   struct FRotator                 OrbitRotation;
412   struct FVector                  MeshScale;
413   float                           CameraDistance;
414   float                           BrakeSpeed;
415   float                           RotationSpeed;
416   struct FRotator                 AutoRotator;
417   class UWorld*                   GameWorld;
418   class UWorld*                   PreviewWorld;
419   TArray<class USceneComponent*>  PreviewComponents;
420   struct FVector2D                RotationVelocity;
421   class USceneCaptureComponent2D* CaptureComponent;
422
423   void AddToViewport(UWorld* World);
424
425   // --------------------------------------------
426
427   // ATLAS
428   // APrimalStructureDoor
429
430   class USceneComponent* MyDoorTransform;
431   float                           RotationSpeed;
432   class USoundCue*                DoorOpenSound;
433   class USoundCue*                DoorCloseSound;
434   bool                            bInvertCloseDirection : 1;
435   bool                            bIsLocked : 1;
436   int8_t                          DoorState;
437   bool                            bRotatePitch : 1;
438   bool                            bRotateRoll : 1;
439   bool                            bRotateYaw : 1;
440   bool                            bInitializedRotation : 1;
441   bool                            bUseSecondDoor : 1;
442   struct FRotator                 SecondDoorDefaultRot;
443   bool                            bSupportsPinLocking : 1;
444   uint32_t                        CurrentPinCode;
445   bool                            bIsPinLocked : 1;
446
447   void NetGotoDoorState(int8_t DoorState);
448   void OnRep_DoorOpenState(int8_t PrevDoorOpenState);
449   void NetGotoDoorState(int8_t DoorState);
```

Right column:

```
394   // Myth of Empires
395   // ASGStructureWaterPipe
396
397   bool                            bHasWater : 1;
398   class UMaterialInterface*       HasWaterReplaceMaterial;
399   class UMaterialInterface*       NoWaterReplaceMaterial;
400   int32_t                         ReplaceMaterialIndex;
401
402   void OnRep_HasWater(bool bPreviousHasWater);
403
404   // --------------------------------------------
405
406   // Myth of Empires
407   // UPreviewSceneWidget
408
409   float                           FOV;
410   struct FRotator                 MeshRotation;
411   struct FRotator                 OrbitRotation;
412   float                           PreviewScale;
413   float                           CameraDistance;
414   float                           BrakeSpeed;
415   float                           RotationSpeed;
416   struct FRotator                 AutoRotator;
417   class UWorld*                   GameWorld;
418   class UWorld*                   PreviewWorld;
419   TArray<class USceneComponent*>  PreviewComponents;
420   struct FVector2D                RotationVelocity;
421   class USceneCaptureComponent2D* CaptureComponent;
422
423   void SGAddToViewport(class UWorld* World);
424
425   // --------------------------------------------
426
427   // Myth of Empires
428   // ASGStructureDoor
429
430   class USceneComponent* MyDoorRootComponent;
431   float                           RotationSpeed;
432   struct FName                    OpenSoundID;
433   struct FName                    CloseSoundID;
434   bool                            bOpenCloseDirection : 1;
435   bool                            bIsLocked : 1;
436   int8_t                          DoorSwitchState;
437   bool                            bRotateByPitch : 1;
438   bool                            bRotateByRoll : 1;
439   bool                            bRotateByYaw : 1;
440   bool                            bInitRotation : 1;
441   bool                            bDoubleDoor : 1;
442   struct FRotator                 DoubleDoorDefaultRotation;
443   bool                            bCanSetPassword : 1;
444   uint32_t                        CurrentPassword;
445   bool                            bLockedByPassword : 1;
446
447   void SwitchDoorState(unsigned char DoorState);
448   void OnRep_DoorSwitchState();
449   void NetSwitchDoorState(unsigned char DoorState);
```

```
159   // Atlas
160   UPrimalGlobals
161
162   class UPrimalGameData*        PrimalGameData;
163   struct FStringAssetReference PrimalGameDataAsset;
164   class UClass*                GlobalGenericConfirmationDialog;
165
166   void FinishedLoadingGameMedia();
167
168   // --------------------------------------------
169
170   // Atlas
171   UPrimalCharacterMovement
172
173   bool  bAccelerationFollowsRotation : 1;
174   bool  bOverrideMaxSpeed;
175   float LostDeltaTime;
176
177   // --------------------------------------------
178
179   // Atlas
180   UNPCSpawnEntriesContainer
181
182   TArray<struct FNPCSpawnEntry> NPCSpawnEntries;
183   TArray<struct FNPCSpawnLimit> NPCSpawnLimits;
```

```
453   // ATLAS
454   APrimalStructureBed
455
456   bool          bDestroyAfterRespawnUse : 1;
457   struct FVector   RespawnLocationOffset;
458   struct FRotator  RespawnRotOffset;
459   class FString    BedName;
460
461   // --------------------------------------------
462
463   // ATLAS
464   APrimalStructureTurretBallista  similar variables
465
466   float   TPVCameraPitchMin;
467   float   TPVCameraPitchMax;
468   float   YawViewRotation;
469   float   PitctViewRotation;
470   class UClass*   CurrentAmmoItemTemplate;
471   TArray<class UClass*> AlternateAmmoItemTemplates;
472
473   // --------------------------------------------
474
475   // ATLAS
476   ANPCZoneManager
477
478   TArray<class AActor*>          DefaultZoneSpawnVolumeFloors;
479   TArray<struct FName>          DefaultZoneSpawnVolumeFloorTags;
480   class UClass*                NPCSpawnEntriesContainerObject;
481   TArray<class ANPCZoneVolume*>  LinkedZoneVolumes;
482   TArray<struct FLinkedZoneSpawnVolumeEntry> LinkedZoneVolumeEntries;
483   int          MaxNumberSpawnZoneRandomPointChecks;
484   int          MinDesiredNumberOfNPC;
485   int          AbsoluteMaxNumberOfNPC;
486   float        PlayerDistanceFromSpawnPoint;
487   float        StructureDistanceFromSpawnPoint;
```

Right column:

```
159   // Myth of Empires
160   USGGameData
161
162   class USGGameData*           SGGameData;
163   struct FSoftObjectPath       GameDataAsset;
164   class UUI_GenericConfirmationDialog* GlobalGenericConfirmationDialogClass;
165
166   void FinishedLoadingGameMedia();
167
168   // --------------------------------------------
169
170   // Myth of Empires
171   USGCharacterMovementComponent
172
173   bool  bAccelerationFollowsRotation : 1;
174   bool  bRequestedMoveWithMaxSpeedOverride : 1;
175   float LostDeltaTime;
176
177   // --------------------------------------------
178
179   // Myth of Empires
180   UNpcSpawnTemplate
181
182   TArray<struct FNPCSpawnData>  NPCSpawnDatas;
183   TArray<struct FNPCSpawnLimit> NPCSpawnLimits;
```

```
453   // Myth of Empires
454   ASGStructureBed
455
456   bool          bReSpawnDestroy : 1;
457   struct FVector   PlayerSpawnLocOffset;
458   struct FRotator  PlayerSpawnRotOffset;
459   class FString    BedName;
460
461   // --------------------------------------------
462
463   // Myth of Empires
464   ASGStructureTurret   similar variables
465
466   float   TPVCameraPitchMin;
467   float   TPVCameraPitchMax;
468   float   YawViewRotation;
469   float   PitchViewRotation;
470   class UClass*   CurrentAmmoItemTemplate;
471   TArray<class UClass*> AllAmmoItemTemplates;
472
473   // --------------------------------------------
474
475   // Myth of Empires
476   ANpcSpawnInfo
477
478   TArray<class AActor*>          DefaultSpawnVolumeFloors;
479   TArray<struct FName>          DefaultSpawnVolumeFloorTags;
480   class UClass*                NpcSpawnTemplateClass;
481   TArray<class ANpcVolume*>      NpcVolumes;
482   TArray<struct FNPCSpawnVolumeData> NpcSpawnVolumeDatas;
483   int32_t        MaxNumberValidSpawnDataChecks;
484   int32_t        MinDesiredNumberOfNPC;
485   int32_t        MaxNumberOfNPC;
486   float        CheckPlayerDistance;
487   float        CheckStructureDistance;
```

```
// ATLAS
// ScriptStruct ShooterGame.DecalData

struct FDecalData
{
    class UMaterialInterface* DecalMaterial;
    float                     DecalSize;
    float                     DecalDepth;
    float                     DecalImpactNormalOffset;
    float                     LifeSpan;
    float                     RandomAngleRange;
};

// --------------------------------------------------
// ATLAS
// ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry

struct FLinkedZoneSpawnVolumeEntry
{
    class ANPCZoneSpawnVolume* LinkedZoneSpawnVolume;
    TArray<class AActor*>      ZoneSpawnVolumeFloors;
    TArray<struct FName>       ZoneSpawnVolumeFloorTags;
    float                      EntryWeight;
    unsigned char              UnknownData00[0x4];
};

// --------------------------------------------------
// ATLAS
// ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit

struct FNPCSpawnLimit
{
    class UClass* NPCClass;
    class FString NPCClassString;
    float         MaxPercentageOfDesiredNumToAllow;
    unsigned char UnknownData00[0x4];
};

// --------------------------------------------------
// ATLAS
// ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry

struct FItemCraftQueueEntry
{
    struct FItemNetID ItemId;
    int               Quantity;
    bool              bIsRepair;
    bool              bIgnoreInventoryRequirement;
    unsigned char     UnknownData00[0x2];
    float             RepairPercentage;
    float             RepairSpeedMultiplier;
};
```

Right column:

```
// ScriptStruct SG.DecalData

struct FDecalData
{
    class UMaterialInterface* DecalMaterial;
    float                     DecalSize;
    float                     DecalDepth;
    float                     DecalImpactNormalOffset;
    float                     LifeSpan;
};

// --------------------------------------------------
// Myth of Empires
// ScriptStruct SG.NpcSpawnVolumeData

struct FNpcSpawnVolumeData
{
    class ANpcSpawnVolume*   NpcSpawnVolume;
    TArray<class AActor*>    SpawnVolumeFloors;
    TArray<struct FName>     SpawnVolumeFloorTags;
    float                    Weight;
    unsigned char            UnknownData00[0x4];
};

// --------------------------------------------------
// Myth of Empires
// ScriptStruct SG.NPCSpawnLimit

struct FNPCSpawnLimit
{
    class ABaseCharacter* NPCTemplateClass;
    float                 Percentage;
    unsigned char         UnknownData00[0x4];
};

// --------------------------------------------------
// Myth of Empires
// ScriptStruct SG.ItemCraftQueueEntry

struct FItemCraftQueueEntry
{
    class USGItem*                       ItemTemplate;
    struct FGuid                         UniqueId;
    int32_t                              Quantity;
    float                                RemaingCraftTime;
    float                                TotalRemainingCraftTime;
    bool                                 bIsRepair : 1;
    TEnumAsByte<EItemQuality>            UseRemoveItemQuality;
};
```

```
59  // ATLAS                                                         59  // Myth of Empires
60  // ScriptStruct ShooterGame.PrimalStructure.FPrimalSaddleStructure  60  // ScriptStruct SG.PlatformStructure
61                                                                   61
62  struct FPrimalSaddleStructure                                    62  struct FPlatformStructure
63  {                                                                63  {
64      struct FVector          DinoRelativeLocation;                64      class ASGStructure*     PlatformStructure;
65      struct FRotator         DinoRelativeRotation;                65      struct FVector          RelativeLocation;
66      struct FName            BoneName;                            66      struct FRotator         RelativeRotation;
67      class APrimalStructure* MyStructure;                         67      struct FName            BoneName;
68  };                                                               68  };
69                                                                   69
70                                                                   70
71  // --------------------                                          71  // --------------------
72                                                                   72
73  // ATLAS                                                         73  // Myth of Empires
74  // ScriptStruct ShooterGame.PrimalStructure.PlacementData        74  // ScriptStruct SG.CreateStructureInfo
75                                                                   75
76  struct FPlacementData                                            76  struct FCreateStructureInfo
77  {                                                                77  {
78      struct FVector          AdjustedLocation;                    78      struct FVector          ExpectedLocation;
79      struct FRotator         AdjustedRotation;                    79      struct FRotator         ExpectedRotation;
80      bool                                                         80      bool                    bHasBinded : 1;
81      bool                    bDisableEncroachmentCheck;           81      unsigned char           UnknownData00[0x7];
82      bool                    bIsWaterGrounded;                    82      class ASGStructure*     ParentStructure;
83      unsigned char           UnknownData00[0x1];                  83      class ASGStructure*     ReplaceStructure;
84      int                     MySnapToIndex;                       84      class ASGStructure*     PreventStructure;
85      int                     TheirSnapToIndex;                    85      class ASGStructureCheckVolume* PreventCheckVolume;
86      unsigned char           UnknownData01[0x4];                  86      class ASGStructure*     CreateOnStructure;
87      class AActor*           FloorHitActor;                       87      class ABaseCharacter*   PlatformCharacter;
88      class APrimalStructure* ParentStructure;                     88      struct FName            AttachBoneName;
89      class APrimalStructure* ForcePlacedOnFloorParentStructure;   89      bool                    bIgnoreCheckObject : 1;
90      class APrimalStructure* ReplacesStructure;                   90      unsigned char           UnknownData01[0x7];
91      class APawn*            AttachToPawn;                         91  };
92      struct FName            AttachToBone;                        92
93      class APrimalDinoCharacter* DinoCharacter;                   93
94  };                                                               94
```

```
294  // ATLAS                                                        294  // Myth of Empires
295  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry        295  // ScriptStruct SG.NPCSpawnData
296                                                                  296
297  struct FNPCSpawnEntry                                           297  struct FNPCSpawnData
298  {                                                               298  {
299      class FString               AnEntryName;                    299      class FString               SpawnDataName;
300      TArray<class UClass*>       NPCsToSpawn;                     300      TArray<class ABaseCharacter*> NpcTemplateClasses;
301      TArray<class FString>       NPCsToSpawnStrings;              301      TArray             NpcSpawnGroupMinNum;
302      TArray<struct FClassRemappingWeight> NPCsToSpawnClassWeights; 302     TArray             NpcSpawnGroupMaxNum;
303      TArray<struct FVector>      NPCsSpawnOffsets;                303      float                       NpcSpawnGroupDistance;
304      TArray<float>               NPCsSpawnPercentageChance;       304      unsigned char               UnknownData00[0x4];
305      TArray<float>               NPCMinLevelOffset;               305      TArray<float>               NpcSpawnWeight;
306      TArray<float>               NPCMaxLevelOffset;               306      TArray<float>               NpcMinLevelOffset;
307      TArray<float>               NPCMinLevelMultiplier;           307      TArray<float>               NpcMaxLevelOffset;
308      TArray<float>               NPCMaxLevelMultiplier;           308      TArray<unsigned char>       NpcOverrideLevel;
309      unsigned char               bAddLevelOffsetBeforeMultiplier : 1; 309  TArray<float>               NpcMinQualityCorrection;
310      unsigned char               bForcePreventSpawnOnOcean : 1;   310      TArray<float>               NpcMaxQualityCorrection;
311      unsigned char               UnknownData00[0x7];              311      TArray<float>               MinDistanceToPlayer;
312      TArray<unsigned char>       NPCOverrideLevel;                312      TArray<float>               MaxDistanceToPlayer;
313      struct FVector              ExtentCheck;                     313      TArray<unsigned char>       NpcSenseSightRadiusMulAdd;
314      struct FVector              GroupSpawnOffset;                314      TArray<class FString>       NpcOverrideAllowSleep;
315      float                       EntryWeight;                     315      TArray<class FString>       NpcStartSleepTime;
316      float                       ManualSpawnPointSpreadRadius;    316      float                       NpcEndSleepTime;
317      float                       WaterOnlySpawnMinimumWaterHeight; 317     float                       Weight;
318      float                       MaximumWaterHeight;              318      bool                        bRandomNPCAppearance : 1;
```

```
334  // ATLAS
335  // ScriptStruct ShooterGame.PrimalStructureSnapPoint
336
337  struct FPrimalStructureSnapPoint
338  {
339      struct FName               SnapPointDescription;
340      struct FVector             PointLocOffset;
341      struct FRotator            PointRotOffset;
342      struct FRotator            PointComparisonExtraRotOffset;
343      unsigned char              bAttachToPoint : 1;
344      unsigned char              bAttachFromPoint : 1;
345      unsigned char              bHighPriorityAttachToPoint : 1;
346      unsigned char              bSnapToUseAlternatePlacementTraceScale : 1;
347      unsigned char              bAttachToDisableEncroachmentCheck : 1;
348      unsigned char              bAttachToDisableVisibilityCheck : 1;
349      unsigned char              bInvalidForStructureLinking : 1;
350      unsigned char              bSnapForceNoGroundRequirement : 1;
351      unsigned char              bSnapToOnlyAllowSingleAttachment : 1;
352      unsigned char              bSnapToInvertYawWhenFlipped : 1;
353      unsigned char              bPorthole : 1;
354      unsigned char              bMeshOffsetUpdateSnapLocation : 1;
355      unsigned char              bSnapForceAllowPlacementAtOtherActorLocation
356      unsigned char              UnknownData00[0x2];
357      int                        ToPointSnapTypeFlags;
358      int                        ToPointSnapTypeExcludeFlags;
359      int                        SnapPointMatchGroup;
```

```
334  // Myth of Empires
335  // ScriptStruct SG.slotBindInfo (?)
336
337  struct FBindPointInfo
338  {
339      struct FName               BindPointDes;
340      struct FVector             BindPointLocOffset;
341      struct FRotator            BindPointRotOffset;
342      int32_t                    CanBindType;
343      int32_t                    CanBindTypeGroup;
344      int32_t                    ExcludeBindType;
345      bool                       bBindPointTo : 1;
346      bool                       bBindPointFrom : 1;
347      bool                       bBestBindPoint : 1;
348      bool                       bChangeFoundation : 1;
349      bool                       bIgnoreCheckObject : 1;
350      bool                       bIgnoreCreateOnGroundWhenBinded : 1;
351      unsigned char              UnknownData00[0x3];
352  };
```

```
377  // ATLAS
378  // ScriptStruct ShooterGame.DamageHarvestingEntry
379
380  struct FDamageHarvestingEntry
381  {
382      float                      DamageMultiplier;
383      float                      HarvestQuantityMultiplier;
384      float                      DamageHarvestAdditionalEffectiveness;
385      float                      DamageDurabilityConsumptionMultiplier;
386      unsigned char              bAllowUnderwaterHarvesting : 1;
387      unsigned char              UnknownData00[0x7];
388      class UClass*              DamageTypeParent;
389      class UClass*              HarvestDamageFXOverride;
390  };
391
392  // ----------------------------------------------------
393
394  // ATLAS
395  // ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement
396
397  struct FCraftingResourceRequirement
398  {
399      float                      BaseResourceRequirement;
400      unsigned char              UnknownData00[0x4];
401      class UClass*              ResourceItemType;
402      bool                       bCraftingRequireExactResourceType;
403      unsigned char              UnknownData01[0x3];
404      int                        ForceMultipleResourceTypesRequirement;
405  };
406
407  // ----------------------------------------------------
408
409  // ATLAS
410  // ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData
411
412  struct FCropItemPhaseData
413  {
414      float                      NextStageFertilizerCacheThreshold;
415      unsigned char              UnknownData00[0x4];
416      class UStaticMesh*         StageStaticMesh;
417      TArray<class UStaticMesh*> StageStaticMeshes;
418      class UStaticMesh*         HasFruitStageStaticMesh;
```

```
377  // Myth of Empires
378  // ScriptStruct SG.DamageExploitEntry
379
380  struct FDamageExploitEntry
381  {
382      int32_t                    DropWrapperId;
383      float                      DropWrapperFactor;
384      float                      DamageMultilier;
385      float                      ExploitQuantityMultilier;
386      class UDamageType*         DamageTypeParent;
387  };
388
389
390
391
392  // ----------------------------------------------------
393
394  // Myth of Empires
395  // ScriptStruct SG.CraftResourceRequirement
396
397  struct FCraftResourceRequirement
398  {
399      int32_t                    BaseResourceRequirement;
400      unsigned char              UnknownData00[0x4];
401      TArray<class USGItem*>     ResourceItemType;
402      bool                       bConsumesDurable : 1;
403      unsigned char              UnknownData01[0x7];
404  };
405
406
407  // ----------------------------------------------------
408
409  // Myth of Empires
410  // ScriptStruct SG.CropPhaseData
411
412  struct FCropPhaseData
413  {
414      float                      StageGrowthThreshold;
415      float                      StageStartScale;
416      float                      StageEndScale;
417      unsigned char              UnknownData00[0x4];
418      class UStaticMesh*         StageStaticMesh;
```



- Exact strings/function names/references to error codes that came from Studio Wildcard's custom BattlEye wrapper/implementation were found in the Myth of Empires executable (see below) - this whole wrapper was created exclusively by Studio Wildcard for use in Ark and Atlas.
- The presence of these strings/function names/references to error codes found in Myth of Empires binaries indicates Studio Wildcard's code was used in Myth of Empires.











# References to "Primal" Mod Game data within Myth of Empires

- "Primal" is the internal technical codename for ARK, and widely used in Atlas/Ark (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)
- Below are the "Primal" string references found in the Myth of Empires executable.



# Internal unreleased Wildcard code hints

- A very Ark/Atlas specific variable CharacterMovementComponent.bAccelerationFollowsRotation (Not in UE4) was moved down to a derived class (PrimalCharacterMovement) in internal 4.25 merge that was never released exactly like they have here in Myth of Empires hints at codebase acquired:

*Decompiled Myth of Empires reflected properties (In Project vs Engine files like internal updated source code):*

*New internal Ark/Atlas build only:*

