# Exhibit C

PRODUCTS

Unreal Engine 4.26 Documentation

Search Documentation...

Filter pages...

**Unreal Engine 4 Documentation**

    What's New

        Release Notes

        Beta Features

        Experimental Features

    Understanding the Basics

    Working with Content

    Building Virtual Worlds

    Designing Visuals, Rendering, and …

    Programming and Scripting

    Making Interactive Experiences

    Animating Characters and Objects

# Unreal Engine 4 Documentation

**RELATED COURSES**



Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
Samples and Tutorials

What's New
Unreal Engine C++ API Reference

Release Notes
Unreal Engine Blueprint API Refere…

Beta Features
Unreal Engine Python API Reference

Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects



## What's New

Information about new features in each release of Unreal Engine



## Understanding the Basics

Foundational concepts and skills that are essential for any audience to use Unreal for any purpose.

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
　　Samples and Tutorials

　　What's New
　Unreal Engine C++ API Reference

　　　Release Notes
　Unreal Engine Blueprint API Refere…

　　　Beta Features
　Unreal Engine Python API Reference

　　　Experimental Features
　Site Map

　　Understanding the Basics

　　Working with Content

　　Building Virtual Worlds

　　Designing Visuals, Rendering, and …

　　Programming and Scripting

　　Making Interactive Experiences

　　Animating Characters and Objects



## Working with Content

Information on using art created in external applications, importing it into Unreal Engine 4, and setting it up for use in visualization and interactive applications.



## Building Virtual Worlds

Information on the tools and techniques for interactive environment and level design.

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
    Samples and Tutorials

    What's New
Unreal Engine C++ API Reference

      Release Notes
Unreal Engine Blueprint API Refere...

      Beta Features
Unreal Engine Python API Reference

      Experimental Features
Site Map

    Understanding the Basics

    Working with Content

    Building Virtual Worlds

    Designing Visuals, Rendering, and ...

    Programming and Scripting

    Making Interactive Experiences

    Animating Characters and Objects



## Designing Visuals, Rendering, and Graphics

Rendering subsystem including lighting and shadowing, materials and textures, visual effects, and post processing.



## Programming and Scripting

How to use the programming and scripting languages and tools for controlling Unreal engine programmatically at runtime.

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
    Samples and Tutorials

    What's New
    Unreal Engine C++ API Reference

        Release Notes
    Unreal Engine Blueprint API Refere…

        Beta Features
    Unreal Engine Python API Reference

        Experimental Features
    Site Map

    Understanding the Basics

    Working with Content

    Building Virtual Worlds

    Designing Visuals, Rendering, and …

    Programming and Scripting

    Making Interactive Experiences

    Animating Characters and Objects



## Making Interactive Experiences

How to create gameplay mechanics, behaviors, and conditions that make the virtual world responsive to players carrying out actions over time.



## Animating Characters and Objects

Introducing movement in the form of cinematics and character animation.

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
    Samples and Tutorials

    What's New
Unreal Engine C++ API Reference

    Release Notes
Unreal Engine Blueprint API Refere…

    Beta Features
Unreal Engine Python API Reference

    Experimental Features
Site Map

    Understanding the Basics

    Working with Content

    Building Virtual Worlds

    Designing Visuals, Rendering, and …

    Programming and Scripting

    Making Interactive Experiences

    Animating Characters and Objects



## Working with Media

How to play audio and linear video in your projects, and how to integrate Unreal's rendered frames into virtual production and broadcast scenarios.



## Setting Up Your Production Pipeline

Things you should understand and set up in order to get a team of people working efficiently with Unreal.

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
    Samples and Tutorials

    What's New
Unreal Engine C++ API Reference

      Release Notes
Unreal Engine Blueprint API Refere…

      Beta Features
Unreal Engine Python API Reference

      Experimental Features
Site Map

    Understanding the Basics

    Working with Content

    Building Virtual Worlds

    Designing Visuals, Rendering, and …

    Programming and Scripting

    Making Interactive Experiences

    Animating Characters and Objects



## Testing and Optimizing Your Content

How to make sure your content does what you expect it to, at the quality and frame rates that you need.



## Sharing and Releasing Projects

Information on developing for platforms other than PC.



Working with Audio

Working with Media

Setting Up Your Production Pipeline

## Samples and Tutorials

Filter pages...

Links to various example scenes, sample games, and tutorials.

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
   Samples and Tutorials

   What's New
   Unreal Engine C++ API Reference

      Release Notes
   Unreal Engine Blueprint API Refere…

      Beta Features
   Unreal Engine Python API Reference

      Experimental Features
   Site Map

# Programming and Scripting Reference

   Understanding the Basics

   Working with Content

   Building Virtual Worlds

   Designing Visuals, Rendering, and …

   Programming and Scripting

   Making Interactive Experiences

   Animating Characters and Objects

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**

Samples and Tutorials

What's New

Unreal Engine C++ API Reference

Release Notes

Unreal Engine Blueprint API Refere...

Beta Features

Unreal Engine Python API Reference

Experimental Features

Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects



## Unreal Engine C++ API Reference

A complete reference for the Unreal Engine C++ API.



## Unreal Engine Blueprint API Reference

A complete reference for the Unreal Engine Blueprint API.

Working with Audio

Working with Media

Setting Up Your Production Pipeline



## Unreal Engine Python API Reference

A complete reference for the Unreal Engine
Python API.

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
　Samples and Tutorials

　What's New
Unreal Engine C++ API Reference

　　Release Notes
Unreal Engine Blueprint API Refere…

　　Beta Features
Unreal Engine Python API Reference

　　Experimental Features
Site Map

　Understanding the Basics

　Working with Content

　Building Virtual Worlds

　Designing Visuals, Rendering, and …

　Programming and Scripting

　Making Interactive Experiences

　Animating Characters and Objects

     

**GAME DEVELOPERS**

Epic Online Services

Epic Games Store

Releasing your game

Guides & white papers

Unreal Indies

**SUPPORT**

Get help

FAQs

Documentation

Issues

Forums

AnswerHub

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

**Unreal Engine 4 Documentation**
Samples and Tutorials

What's New
Unreal Engine C++ API Reference

Release Notes
Unreal Engine Blueprint API Refere…

Beta Features
Unreal Engine Python API Reference

Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

Unreal Developer Network

**PARTNERSHIPS**

Nvidia Edge

Intel + Unreal

Academic partners

Training partners

**COMPANY**

Awards

Branding guidelines

© 2004-2021, Epic Games, Inc. All rights reserved. Unreal and its logo are Epic's trademarks or registered trademarks in the US and elsewhere.

Terms of service

Privacy policy