# Exhibit D

AArchVisCharacter | Unreal Engine Documentation

PRODUCTS

Unreal Engine 4.26 Documentation

> **Unreal Engine API Reference** > **Plugins** > ArchVisCharacter > AArchVisCharacter

Search Documentation...

Filter pages...

Unreal Engine 4 Documentation

   What's New

      Release Notes

      Beta Features

      Experimental Features

   Understanding the Basics

   Working with Content

   Building Virtual Worlds

   Designing Visuals, Rendering, and ...

   Programming and Scripting

   Making Interactive Experiences

   Animating Characters and Objects

# AArchVisCharacter

## Inheritance Hierarchy

UObjectBase

 UObjectBaseUtility

 UObject

  AActor

   APawn

    ACharacter

     AArchVisCharacter

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
Samples and Tutorials

**Unreal Engine C++ API Reference**

Release Notes
Unreal Engine Blueprint API Refere...

Beta Features
Unreal Engine Python API Reference

Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and ...

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

## References

| | |
|---|---|
| Module | ArchVisCharacter |
| Header | /Engine/Plugins/Runtime/ArchVisCharacter/Source/ArchVisCharacter/Public/ |
| Include | #include "ArchVisCharacter.h" |

## Syntax

```
[UCLASS]
(Programming/UnrealArchitecture/Reference/Classes#classdecla
(Blueprintable)
class AArchVisCharacter : public ACharacter
```

## Variables

| | Name | Description |
|---|---|---|
| 𝑉, ⓤ ⓘ FString | LookUpAtRateAxisName | Axis name for rate-based look up/down inputs (e.g. joystick). |

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
    Samples and Tutorials

**Unreal Engine C++ API Reference**

    Release Notes
Unreal Engine Blueprint API Refere…

    Beta Features
Unreal Engine Python API Reference

    Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

| | | | |
|---|---|---|---|
| $V_*$ ⓤ ⓘ 🗎 FString | LookUpAxisName | | Axis name for direct look up/down inputs (e.g. mouse). |
| $V_*$ ⓤ ⓘ 🗎 float | MouseSensitivityScale_Pitch | | Controls how aggressively mouse motion translates to character rotation in the pitch axis. |
| $V_*$ ⓤ ⓘ 🗎 float | MouseSensitivityScale_Yaw | | Controls how aggressively mouse motion translates to character rotation in the yaw axis. |
| $V_*$ ⓤ ⓘ 🗎 FString | MoveForwardAxisName | | Axis name for "move forward/back" control. This should match an Axis Binding in your input settings |

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
        Samples and Tutorials

**Unreal Engine C++ API Reference**

        Release Notes
Unreal Engine Blueprint API Refere…

        Beta Features
Unreal Engine Python API Reference

        Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

| | | |
|---|---|---|
| $V_\cdot$ ⓤ ⓘ `FString` | **MoveRightAxisName** | Axis name for "move left/right" control. This should match an Axis Binding in your input settings |
| $V_\cdot$ ⓤ ⓘ `FString` | **TurnAtRateAxisName** | Axis name for rate-based turn left/right inputs (e.g. joystick). |
| $V_\cdot$ ⓤ ⓘ `FString` | **TurnAxisName** | Axis name for direct turn left/right inputs (e.g. mouse). |

# Constructors

| | Name | Description |
|---|---|---|
| $f_\cdot$ | **AArchVisCharacter** ( const `FObjectInitializer`& ObjectIn... ) | Ctor |

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
      Samples and Tutorials

**Unreal Engine C++ API Reference**

      Release Notes
Unreal Engine Blueprint API Refere...

      Beta Features
Unreal Engine Python API Reference

      Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and ...

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

## Functions

| | | Name | Description |
|---|---|---|---|
| *f.* ⊕ | UArchVisChar... | [GetArchVisCharMoveComponent()](#) | Helper |
| *f.* Ⓥ | void | [LookUp](#) <br> ( <br>     float Val <br> ) | |
| *f.* Ⓥ | void | [LookUpAtRate](#) <br> ( <br>     float Val <br> ) | |
| *f.* Ⓥ | void | [MoveForward](#) <br> ( <br>     float Val <br> ) | |
| *f.* Ⓥ | void | [MoveRight](#) <br> ( <br>     float Val <br> ) | |
| *f.* Ⓥ | void | [Turn](#) <br> ( <br>     float Val <br> ) | Input handlers |
| *f.* Ⓥ | void | [TurnAtRate](#) <br> ( <br>     float Val <br> ) | Input handlers |

AArchVisCharacter | Unreal Engine Documentation

# Overridden from APawn

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
Samples and Tutorials

**Unreal Engine C++ API Reference**

Release Notes
Unreal Engine Blueprint API Refere...

Beta Features
Unreal Engine Python API Reference

Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and ...

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

| | Name | Description |
|---|---|---|
|  FRotator | GetViewRotation() | Get the view rotation of the Pawn (direction they are looking, normally Controller->ControlRotation). |
|  void | SetupPlayerInputComponent ( UInputComponent* PlayerInputCo... ) | Allows a Pawn to set up custom input bindings. |



**GAME DEVELOPERS**

Epic Online Services

**SUPPORT**

Get help

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
Samples and Tutorials

**Unreal Engine C++ API Reference**

Release Notes
Unreal Engine Blueprint API Refere…

Beta Features
Unreal Engine Python API Reference

Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects

Epic Games Store

Releasing your game

Guides & white papers

Unreal Indies

**PARTNERSHIPS**

Nvidia Edge

Intel + Unreal

Academic partners

Training partners

FAQs

Documentation

Issues

Forums

AnswerHub

Unreal Developer Network

**COMPANY**

Awards

Branding guidelines

© 2004-2021, Epic Games, Inc. All rights reserved. Unreal and its logo are Epic's trademarks or registered trademarks in the US and elsewhere.

Terms of service

Privacy policy

Case 2:21-cv-09552-CAS-SK Document 29-20 Filed 12/21/21 Page 9 of 9 Page ID #:699

Working with Audio

Working with Media

Setting Up Your Production Pipeline

Filter pages...

Sharing and Releasing Projects

Unreal Engine 4 Documentation
Samples and Tutorials

**Unreal Engine C++ API Reference**

Release Notes
Unreal Engine Blueprint API Refere…

Beta Features
Unreal Engine Python API Reference

Experimental Features
Site Map

Understanding the Basics

Working with Content

Building Virtual Worlds

Designing Visuals, Rendering, and …

Programming and Scripting

Making Interactive Experiences

Animating Characters and Objects