# Exhibit E

| # | Defendant Software Class | Plaintiff Software Class |
|---|---|---|
| 1 | APrimalStructure | ASGStructure |
| 2 | APrimalStructureItemContainer | ASGStructureItemContainer |
| 3 | APrimalDinoAIContainer | ASGAnimalAIController |
| 4 | APrimalStructurePlacer | ASGStructureManager |
| 5 | AShooterProjectile | ASGProjectile |
| 6 | APrimalDinoCharacter | ASG_AnimalsCharacter |
| 7 | APrimalCharacter | ABaseCharacter |
| 8 | AShooterPlayerController | ASGPlayerController |
| 9 | APrimalStructureSeating | ASGStructureSeat |
| 10 | UPrimalItem | USGItem |
| 11 | AShooterGameMode | USGGameMode |
| 12 | UPrimalRichTextBlock | USGRichTextBlock |
| 13 | UPrimalInventoryComponent | USGInventoryComponent |
| 14 | AShooterPlayerState | SGPlayerState |
| 15 | AShooterWeapon | AShooterWeapon |
| 16 | UVictoryCore | SGLibrary |
| 17 | UShooterGameUserSettings | USGGameUserSettings |
| 18 | APrimalStructureWaterPipe | ASGStructureWaterPipe |
| 19 | UUI_PreviewWidget | UPreviewSceneWidget |
| 20 | APrimalStructureDoor | ASGStructureDoor |
| 21 | UPrimalGlobals | USGGlobals |
| 22 | UPrimalCharacterMovement | USGCharacterMovementComponent |
| 23 | UNPCSpawnEntriesContainer | UNpcSpawnTemplate |
| 24 | APrimalStructureBed | ASGStructureBed |
| 25 | APrimalStructureTurretBallista | ASGStructureTurret |
| 26 | ANPCZoneManager | ANpcSpawnInfo |
| 27 | FDecalData | FDecalData |
| 28 | FLinkedZoneSpawnVolumeEntry | FNpcSpawnVolumeData |
| 29 | FNPCSpawnLimit | FNPCSpawnLimit |
| 30 | FItemCraftQueueEntry | FItemCraftQueueEntry |
| 31 | FPrimalSaddleStructure | FPlatformStructure |
| 32 | FPlacementData | FCreateStructureInfo |
| 33 | FNPCSpawnEntry | FNPCSpawnData |
| 34 | FPrimalStructureSnapPoint | FBindPointInfo |
| 35 | FDamageHarvestingEntry | FDamageExploitEntry |
| 36 | FCraftingResourceRequirement | FCraftResourceRequirement |
| 37 | FCropItemPhaseData | FCropPhaseData |
| 38 | APrimalTargetableActor | SGGamePlayActor |
| 39 | UI_PreviewWidget | PreviewCameraSetting |
| 40 | PrimalPlayerDataStruct | BasePlayerDataInfo |
| 41 | SupplyCrateItemEntry | CrateItemSet |
| 42 | TribeData | GuildDetailData |