QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Michael LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone: (650) 801-5000

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC,<br><br>Defendants, | Case No. 2:21-cv-9552-CAS<br><br>**DECLARATION OF ROBERT M. SCHWARTZ IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| SNAIL GAMES USA INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD; and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Counterclaim Defendants, | |

SNAIL GAMES USA INC.,

      Third Party Plaintiff,

vs.

TENCENT CLOUD LLC,

      Third Party Defendant.

# DECLARATION OF ROBERT M. SCHWARTZ

I, Robert M. Schwartz, declare as follows:

1. I am a partner in the Quinn Emanuel Urquhart & Sullivan LLP law firm. I represent defendant and counterclaimant Wildcard Properties LLC, d/b/a Studio Wildcard ("Wildcard") and defendant, counterclaimant, and third-party plaintiff Snail Games USA Inc. ("Snail USA"). I have personal knowledge of the matters stated in this declaration and, if called as a witness, I would testify competently thereto.

2. On December 1, 2021, I sent a Digital Millennium Copyright Act ("DMCA") notice to Valve Corporation ("Valve") in my capacity as counsel for Snail USA and Wildcard. A true and correct copy of that DMCA notice is attached to this declaration as **Exhibit A**.

3. In the DMCA notice, I told Valve that Snail USA and Wildcard had performed a preliminary analysis that compared the headers in the code for their video game, *Ark: Survival Evolved* ("*Ark*"), with headers in the executable file for *Myth of Empires*. I attached that analysis to the DMCA takedown notice.

4. I also told Valve that *Myth of Empires* was infringing my clients' copyrights and misappropriating their trade secrets.

5. I have confirmed that Snail USA owns copyrights in the source code for *Ark: Survival Evolved*. I have inspected copyright registration numbers TX-8850188, TX-8850190, and TX-8844750, copyright registrations listing Snail USA as the claimant for copyright in *Ark: Survival Evolved* on, respectively, the PlayStation 4, XBox One, and Nintendo Switch. Each copyright registration has a November 2019 effective date. **Exhibits B, C, and D** are true and correct copies of the registration certificates issues by the Copyright Office. I have also inspected emails that confirmed that Snail USA submitted the first and last twenty-five pages of its source code to the Copyright Office when applying for these registrations.

**Exhibits E, F, and G** are true and correct copies of these filings. **Exhibits B, C, and D** all reflect registration of *Ark* as a computer program.

6. After I had sent the DMCA notice to Valve, I also wrote to attorneys for Plaintiffs Suzhou Angela Online Game Technology Co. Ltd. ("Angela") and Imperium Interactive Entertainment Ltd. ("Imperium") (collectively "plaintiffs") several times to try to resolve the dispute over the copying of my clients' code.

7. I wrote to plaintiffs' attorneys on December 10, 2021, proposing that each side submit all of *Ark*'s and *Myth of Empires*'s code to an independent third-party review that would establish (or refute) that *Myth of Empires* contains *Ark*'s copyrighted source code. **Exhibit H** is a true and correct copy of my letter. I asked that plaintiffs respond by December 13, 2021.

8. However, in their December 13, 2021 response, Angela did not accept my proposal. **Exhibit I** is a true and correct copy. Instead, as a pre-condition to participating in any form of code review, Angela demanded that it first receive evidence that the *Ark* copyrights include the source code. This did not seem reasonable because the copyrights on their face state that the copyright includes the computer program, which is embodied in the source code. Further, Angela would not agree to submit all of its source code for review. Instead, it said it would be willing to submit only five modules of code. *See id.*

9. On December 17, 2021, I responded. **Exhibit J** is a true and correct copy of my letter. To put the source code issue to rest, I attached the email confirmations issued by the Copyright Office (true and correct copies of which are attached here **Exhibits E, F, and G**) showing that Snail USA had deposited the first and last 25 pages of its *Ark* source code as part of its application to register the games for copyright. I also renewed my request that Angela submit all of its code to a neutral expert for comparison to the *Ark* code.

10. On December 19, 2021, my colleague Michael LaFond provided Angela copies of the pages of that source code that Snail USA had deposited with

the Copyright Office. **Exhibit K** is a true and correct copy of that transmittal email. **Exhibits L, M, and N** are true and correct copies of the pages of the code that we attached to Exhibit K and that were submitted to the Copyright Office.

11. To date, Angela has not agreed to the comprehensive, third-party code review I proposed nearly two weeks ago.

12. Meanwhile, Angela's attorneys have failed to confirm that Angela has preserved relevant evidence, including *Myth of Empires*'s source code. On December 7, Snail USA and Wildcard sent a Cease & Desist letter to Angela that also notified them of their duty to preserve documents and other evidence, including the original *Myth Of Empires* source code. **Exhibit O** (English version) and **Exhibit P** (Mandarin version) are true and correct copies of this letter. Angela did not respond. On December 10, Snail USA and Wildcard sent Angela's attorneys a follow-up document preservation notice. **Exhibit Q** is a true and correct copy. Despite repeated requests that Angela confirm that it has maintained the code, in its entirety, and in the form it existed when Angela launched the game on November 18, Angela's lawyers have not responded. **Exhibit J** is a true and correct copy of our December 17 follow-up request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed this 21st day of December 2021 in Los Angeles, California.

_____
Robert M. Schwartz