# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
**robertschwartz@quinnemanuel.com**

December 1, 2021

<u>**VIA EMAIL**</u>

Dawn Dempsey
Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue, WA 98004
(425) 889-9642
dmca@valvesoftware.com

Re:  <u>Notice of Claimed Infringement re: *Myth of Empires*</u>

Dear Ms. Dempsey,

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game *Ark: Survival Evolved*.

**This letter constitutes a "notice of claimed infringement" to Valve Corporation pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512(c)(3), better known as a DMCA "takedown" notice.**

Valve is offering for download, on its Steam Platform, a videogame titled *Myth of Empires*. According to the Valve website page for the game, the developer is a company called Angela Game. Based on our investigation, the game appears to have been built with trade secret source code copied and stolen from SWC. Valve's distribution of the video game *Myth of Empires* is thus facilitating trade secret misappropriation and copyright infringement.

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms. In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS. The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190. The source code was also subject to reasonable measures to maintain its secrecy, including

Dawn Dempsey – Valve Corporation  
December 1, 2021 – Page 2

DMCA "Takedown" Notice  
17 U.S.C. § 512(c)(3)

through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved* left to form Angela Game which, as noted above, is the developer of *Myth of Empires*. Accordingly, when *Myth of Empires* was released on November 18, 2021, SWC became understandably concerned because of large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*. This similarity extended to features that could not be explained through independent development, such as the use of **identical** gameplay mechanics not found in other games.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*. A preliminary analysis is attached as **Exhibit A**. SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC. The analysis reveals **hundreds** of matching "class," "variable," and "function" names.

Given the nature and extent of the copying, this cannot be a coincidence. For example, both games use hundreds of **arbitrary** yet **identical**, or minimally renamed, variable names such as "bOnlyUseExpireTimeMultipliersIfActivated" and "SpawnInventoryOnDestructionLifeSpan." It is simply unbelievable that so many unnecessary similarities in variable, class, and function names can be explained by "random chance." This is a textbook case of copyright infringement and trade secret misappropriation.

Please be advised that if Valve does not take down *Myth of Empires*, then Valve may be liable for both indirect copyright infringement and trade secret misappropriation. *See, e.g. Graduation Sols. LLC v. Luya Enter. Inc.*, 2020 WL 9936697, at *6 (C.D. Cal. May 5, 2020) (denying motion to dismiss and allowing lawsuit to proceed where "There is no question that Luya committed intentional acts in selling graduation apparel via its Websites and that those sales of products using Plaintiff's allegedly misappropriated trade secrets and infringed copyright constitute the basis of Plaintiff's claims."); *see also* A*&M Recs., Inc. v. Napster, Inc*., 239 F.3d 1004, 1022 (9th Cir. 2001) ("In the context of copyright law, vicarious liability extends beyond an employer/employee relationship to cases in which a defendant has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities.") (internal quotation omitted).

Note also that the DMCA offers a defense, where available, only to copyright claims. It does not insulate anyone against claims for trade secret misappropriation. This is not SWC's preferred course of action. But we would be remiss if we did not mention it.

Accordingly, Studio Wildcard and Snail Games USA Inc. hereby formally request that Valve take down all versions of the game titled *Myth of Empires* from Valve's Steam Platform because *Myth of Empires* is an unauthorized derivative work built on source code unlawfully copied and misappropriated from SWC's *Ark: Survival Evolved*.

Dawn Dempsey – Valve Corporation  DMCA "Takedown" Notice
December 1, 2021 – Page 3  17 U.S.C. § 512(c)(3)

Additionally, and pursuant to the DMCA (17 U.S.C. § 512(c)(3)), Studio Wildcard and Snail Games USA Inc. hereby state (or re-state) the following:

1. Studio Wildcard and Snail Games USA Inc. have authorized me to submit this notice of claimed infringement.

2. Studio Wildcard and Snail Games USA Inc. own registered copyrights in their video game *Ark: Survival Evolved*, which has been registered with the copyright office and is covered by copyright registration numbers TX0008844750, TX0008844750, and TX0008850190. *Ark: Survival Evolved* may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/346110/ARK_Survival_Evolved/.

3. My clients' copyrights in *Ark: Survival Evolved* are being infringed by the video game *Myth of Empires*, which may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/1371580/Myth_of_Empires/.

4. Studio Wildcard and Snail Games USA Inc. may be contacted through me, and I am available at the following address, phone number, and email address:

    Robert M. Schwartz
    Quinn Emanuel Urquhart & Sullivan LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017
    (213) 443-3675
    robertschwartz@quinnemanuel.com

5. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* is infringing Studio Wildcard and Snail Games USA Inc.'s copyrights in *Ark: Survival Evolved*. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* was built by: (1) stealing the *Ark: Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*. Key employees of the developer of *Myth of Empires* worked at the Chinese parent of Snail Games USA Inc. and at least one of them had credentials that enabled them to access the *Ark: Survival Evolved* source code.

I state, under penalty of perjury, that the information contained in this notice is accurate, and that I am authorized to act on behalf of Studio Wildcard and Snail Games USA Inc.

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Robert M. Schwartz

# Exhibit A

**V1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of a handful of reflected game headers. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

--------------------

**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, recommended):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc

**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify)
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, recommended)
1. Clone https://github.com/guttir14/UnrealDumper-4.25
2. Setup game to dump as any UE4.26 game, or use patterns:
    {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
    {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.

---------------

**PRELIMINARY MATCHES:**

| # | ATLAS (APrimalStructure similar variables) | # | Myth of Empires (ASGStructure similar variables) |
|---|---|---|---|
| 1 | `// ATLAS` | 1 | `// Myth of Empires` |
| 2 | `// APrimalStructure similar variables` | 2 | `// ASGStructure similar variables` |
| 4 | `bool bIsPreviewStructure : 1;` | 4 | `bool bPreviewStructure : 1;` |
| 5 | `TArray<class UMaterialInstanceDynamic*> PreviewMaterialInstances;` | 5 | `TArray<class UMaterialInstanceDynamic*> PreviewInstances;` |
| 6 | `class UMaterialInterface* PreviewMaterial;` | 6 | `class UMaterialInterface* PreviewCreateMaterial;` |
| 7 | `bool bForcePlacingOnGround : 1;` | 7 | `bool bForceCreateOnGround : 1;` |
| 8 | `float PlacementMaxRange;` | 8 | `float MaxCreateRange;` |
| 9 | `TArray<struct FPrimalStructureSnapPoint> SnapPoints;` | 9 | `TArray<struct FBindPointInfo> BindPoints;` |
| 10 | `int StructureSnapTypeFlags;` | 10 | `int32_t BindType;` |
| 11 | `struct FVector PlacementHitLocOffset;` | 11 | `struct FVector CreateHitLocationOffset;` |
| 12 | `struct FVector PlacementEncroachmentCheckOffset;` | 12 | `struct FVector CreateCheckBoxOffset;` |
| 13 | `struct FVector PlacementTraceScale;` | 13 | `struct FVector CreateCheckBoxScale;` |
| 14 | `struct FRotator PlacementRotOffset;` | 14 | `struct FRotator CreateCheckBoxRotOffset;` |
| 15 | `float MaximumHeightAboveWorldGround;` | 15 | `float MaxHeightToWorldGround;` |
| 16 | `bool bIsFoundation : 1;` | 16 | `bool bFoundation : 1;` |
| 17 | `bool bIsWall : 1;` | 17 | `bool bWall : 1;` |
| 18 | `bool bIsFloor : 1;` | 18 | `bool bFloor : 1;` |
| 19 | `bool bOnlyFoundationIfSnappedToFoundation : 1;` | 19 | `bool bOnlyFoundationWhenBindedToFoundation : 1;` |
| 20 | `class UClass* AllowReplacementByStructureClassType;` | 20 | `class ASGStructure* CanReplaceByStructureClass;` |
| 21 | `class UClass* PreventReplacementOfStructureClassType;` | 21 | `class ASGStructure* PreventReplaceByStructureClass;` |
| 22 | `bool bReturnDamageOnHitFromPawn : 1;` | 22 | `bool bReturnDamageHitByPawn : 1;` |
| 23 | `float ReturnDamageAmount;` | 23 | `float ReturnDamageAmount;` |
| 24 | `float ReturnDamageImpulse;` | 24 | `float ReturnDamageImpulse;` |
| 25 | `class UClass* ReturnDamageType;` | 25 | `class UClass* ReturnDamageType;` |
| 26 | `bool bRequiresPlacingOnWall : 1;` | 26 | `bool bForceCreateOnWall : 1;` |
| 27 | `bool bCanDemolish : 1;` | 27 | `bool bCanBebDemolished : 1;` |
| 28 | `float PlacementFloorCheckStartOffsetZ;` | 28 | `float CheckFloorZUp;` |
| 29 | `float PlacementFloorCheckEndOffsetZ;` | 29 | `float CheckFloorZDown;` |
| 30 | `class UClass* NewSpawnEmitter;` | 30 | `class UClass* SpawnEmitter;` |
| 31 | `struct FVector SpawnEmitterLocationOffset;` | 31 | `struct FVector SpawnEmitterLocationOffset;` |
| 32 | `struct FRotator SpawnEmitterRotationOffset;` | 32 | `struct FRotator SpawnEmitterRotationOffset;` |
| 33 | `class USoundBase* PlacementSound;` | 33 | `struct FName SpawnSoundID;` |
| 34 | `float PreventPlacingNearEnemyRadius;` | 34 | `float CheckEnemyFoundationRadius;` |
| 35 | `bool bForceCheckNearbyEnemyFoundation : 1;` | 35 | `bool bCheckNearByEnemyFoundation : 1;` |
| 36 | `bool bForcePreventEnemyStructuresNearby : 1;` | 36 | `bool bPreventNearByEnemyFoundation : 1;` |
| 37 | `bool bOnlyAllowPlacementInWater : 1;` | 37 | `bool bRealFoundation : 1;` |
| 38 | `struct FVector WaterVolumeCheckPointOffset;` | 38 | `struct FVector CheckWaterLocationOffset;` |
| 39 | `float WaterPlacementMinimumWaterHeight;` | 39 | `float CheckMinWaterHeight;` |
| 40 | `float PreventPlacingNearEnemyRadius;` | 40 | `float CheckEnemyPlayerRadius;` |
| 41 | `struct FName StructureTypeTag;` | 41 | `class FString StructureTag;` |
| 42 | `TArray<class UClass*> IgnoreReplacementCheckOfStructureClassTypes;` | 42 | `TArray<class ASGStructure*> IgnorePreventStructureClasses;` |
| 43 | `bool bAttachToStaticMeshSocket : 1;` | 43 | `bool bAllowAttachToStaticMeshSocket : 1;` |
| 44 | `struct FName AttachToStaticMeshSocketNameBase;` | 44 | `struct FName AttachToStaticMeshSocketName;` |
| 45 | `float DemolishGiveItemCraftingResourcePercentage;` | 45 | `float GivingItemFromDemolishPercentage;` |
| 46 | `bool bCanBeRepaired : 1;` | 46 | `bool bCanRepair : 1;` |
| 47 | `bool bIsRepairing : 1;` | 47 | `bool bRepairing : 1;` |
| 48 | `double NextAllowRepairTime;` | 48 | `double NextAllowRepairTime;` |
| 49 | `float RepairCheckInterval;` | 49 | `float RepairInterval;` |
| 50 | `float RepairPercentPerInterval;` | 50 | `float RepairHPPerInterval;` |
| 51 | `class UClass* ConsumesPrimalItem;` | 51 | `class UClass* ConsumeItem;` |
| 52 | `float NoClaimFlagDecayDestructionPeriod;` | 52 | `float NoTeamAreaDecayInterval;` |
| 53 | `float NoClaimFlagDecayDestructionPeriodMultiplier;` | 53 | `float NoTeamAreaDecayHPPercent;` |
| 54 | `float DecayDestructionPeriod;` | 54 | `float TeamAreaDecayInterval;` |
| 55 | `float DecayDestructionPeriodMultiplier;` | 55 | `float TeamAreaDecayHPPercent;` |
| 56 | `class FString OwnerName;` | 56 | `class FString OwnerName;` |
| 57 | `class FString OwningPlayerName;` | 57 | `class FString OwnerPlayerName;` |
| 58 | `uint32_t StructureID;` | 58 | `uint32_t StructureID;` |
| 59 | `TArray LinkedStructuresID;` | 59 | `TArray BindedStructuresByID;` |
| 60 | `TArray<class APrimalStructure*> LinkedStructures;` | 60 | `TArray<class ASGStructure*> BindedStructures;` |
| 61 | `TArray<class APrimalStructure*> StructuresPlacedOnFloor;` | 61 | `TArray<class ASGStructure*> StructuresOnFloor;` |
| 62 | `class APrimalStructure* PlacedOnFloorStructure;` | 62 | `class ASGStructure* CreateOnFloorStructure;` |
| 63 | `bool bPendingRemoval : 1;` | 63 | `bool bPendingRemove : 1;` |

```
// ATLAS                                                          // Myth of Empires
// UPrimalRichTextBlock similar variables                         // USGRichTextBlock similar variables

struct FText                              Text;                   struct FText                              Text;
TEnumAsByte<ETextJustify>                 Justification;          TEnumAsByte<ETextJustify>                 Justification;
bool                                      AutoWrapText;           bool                                      AutoWrapText;
float                                     WrapTextAt;             float                                     WrapTextAt;
struct FMargin                            Margin;                 struct FMargin                            Margin;
float                                     LineHeightPercentage;   float                                     LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);          void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& inString);                    void SetString(const class FString& InString);

// -----------------------------------------                      // -----------------------------------------

// ATLAS                                                          // Myth of Empires
// UPrimalInventoryComponent similar variables                    // USGInventoryComponent similar variables

TArray<class UClass*>                     DefaultInventoryItems;       class TMap<class USGItem*, int32_t>       DefaultInventoryItems;
TArray<class UClass*>                     CheatInventoryItems;         class TMap<class USGItem*, int32_t>       CheatInventoryItems;
TArray<class UClass*>                     DefaultEquippedItems;        TArray<class USGItem*>                    DefaultEquippedItems;
TArray<class UClass*>                     DefaultSlotItems;            class TMap<class USGItem*, int32_t>       DefaultShortCutItems;
TArray<class UPrimalItem*>                CraftingItems;               TArray<class USGItem*>                    CraftItems;
int                                       MaxItemCraftQueueEntries;    int32_t                                   MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>       ItemCraftQueueEntries;       TArray<struct FItemCraftQueueEntry>       ItemCraftQueueEntries;
TArray<class UClass*>                     RemoteAddItemOnlyAllowItemClasses;  TArray<class UClass*>              OnlyAddItemTemplates;
TArray<struct FItemMultiplier>            ItemSpoilingTimeMultipliers; TArray<struct FItemExpireTimeData>        ItemExpireTimeData;
TArray<class UPrimalItem*>                InventoryItems;              TArray<class USGItem*>                    InventoryItems;
TArray<class UPrimalItem*>                EquippedItems;               TArray<class USGItem*>                    EquipItems;
TArray<class UPrimalItem*>                ItemSlots;                   TArray<class USGItem*>                    ShortCutItems;
bool                                      bInital : 1;                 unsigned char                             bInitializedMe : 1;
int                                       MaxInventoryItems;           int32_t                                   EquipItemMaxAmount;

// -----------------------------------------                      // -----------------------------------------

// ATLAS                                                          // Myth of Empires
// UPrimalItem similar variables                                  // USGItem similar variables

TWeakObjectPtr<class AShooterWeapon>      AssociatedWeapon;            TWeakObjectPtr<class ASGWeapon>           AssociatedWeapon;
TWeakObjectPtr<class UPrimalInventoryComponent> OwnerInventory;        TWeakObjectPtr<class USGInventoryComponent> OwnerInventory;
TArray<struct FCraftingResourceRequirement> BaseCraftingResourceRequirements;  TArray<struct FCraftResourceRequirement> BaseCraftResourceRequirements;
class UClass*                             SpoilingItem;                class USGItem*                            ExpiredItem;
float                                     SpoilingTime;                float                                     ExpireTime;
class UClass*                             BrokenGiveItemClass;         class USGItem*                            BrokenGiveItemClass;
TEnumAsByte<EPrimalEquipmentType>         MyEquipmentType;             TEnumAsByte<EEquipmentType>               EquipmentType;
int                                       MaxBlueprintCrafts;          int32_t                                   MaxCanCraftAmount;
unsigned char                             bResourcePreventGivingFromDemolition : 1;  bool                        bPreventGivingFromDemolish : 1;
unsigned char                             bCanBuildStructures : 1;     bool                                      bCanCreateStructure : 1;
float                                     BlueprintTimeToCraft;        float                                     TimeToCraft;
unsigned char                             bAutoCraftBlueprint : 1;     bool                                      bAutoCraft : 1;
double                                    NextCraftCompletionTime;     float                                     NextCraftRemainTime;
unsigned char                             bDestroyBrokenItem : 1;      bool                                      bBrokenDestroy : 1;
int                                       SlotIndex;                   int32_t                                   SlotIndex;
float                                     ItemQuality;                 TEnumAsByte<EItemQuality>                 ItemQuality;
unsigned char                             bBPCanUse : 1;               bool                                      bCanUse : 1;
unsigned char                             bAllowUseWhileRiding : 1;    bool                                      bCanRideUse : 1;
unsigned char                             bAllowRemoteUseInInventory : 1;  bool                                  bCanCosumeForTarget : 1;
unsigned char                             bUseItemDurability : 1;      bool                                      bUseDurable : 1;
TArray<class UClass*>                     CraftingRequiresInventoryComponent;  TArray<class USGItem*>             CraftInStructureItem;
float                                     NewBaseCraftingXP;           float                                     BaseCraftExperienceToAdd;
TEnumAsByte<EPrimalItemType>              MyItemType;                  EItemType                                 ItemType;
```

ATLAS:

```cpp
// ATLAS
// APrimalCharacter, APrimalDinoCharacter similar variables

    float                                       DefaultAngularDamping;
    float                                       DefaultLinearDamping;
    float                                       CorpseDraggedDecayRate;
    double                                      CorpseDestructionTime;
    float                                       CorpseFadeAwayTime;
    struct FVector                              TPVCameraOffset;
    float                                       ServerSeatedViewRotationPitch;
    float                                       ServerSeatedViewRotationYaw;
    float                                       ClientRotationInterpSpeed;
    TArray<struct FDinoAttackInfo>              AttackInfos;
    TArray<struct FBoneDamageAdjuster>          BoneDamageAdjusters;
    TWeakObjectPtr<class APrimalCharacter>      CarriedCharacter;
    TWeakObjectPtr<class APrimalCharacter>      MountCharacter;
    TWeakObjectPtr<class ANPCZoneVolume>        HardLimitWildDinoToVolume;
    unsigned char                               bAllowTargetingCorpses : 1;
    unsigned char                               bCanBeTamed : 1;
    unsigned char                               bIsImmobilized : 1;
    unsigned char                               bIsAmphibious : 1;
    unsigned char                               bForceNoRotation : 1;
    float                                       TamedMaxFollowDistance;
    struct FVector                              MovingAroundBlockadePoint;
    class AActor*                               LastMovingAroundBlockadeActor;
    unsigned char                               bRiderDontRequireSaddle : 1;
    float                                       ReplicatedHealth;
    float                                       RiderMaxSpeedModifier;
    float                                       RiderExtraMaxSpeedModifier;
    unsigned char                               bIgnoreMoveAroundBlockade : 1;
    unsigned char                               bPreventMovement : 1;
    unsigned char                               bIsBeingDragged : 1;
    unsigned char                               bIsSleeping : 1;
    unsigned char                               bPreventImmobilization : 1;
    unsigned char                               bRiderDontRequireSaddle : 1;
    unsigned char                               bUsesGender : 1;
    class UClass*                               DefaultWeapon;
    class UAnimMontage*                         MountCharacterAnimation;
    class UPrimalHarvestingComponent*           MyDeathHarvestingComponent;
    float                                       BabyAge;
    float                                       BabyScale;
    double                                      LastHitDamageTime;
    double                                      NextAllowedMatingTime;
    struct FVector                              TPVCameraOffset;
```

Myth of Empires:

```cpp
// Myth of Empires
// ABaseCharacter, ASG_AICharacter similar variables

    float                                       DefaultAngularDamping;
    float                                       DefaultLinearDamping;
    float                                       CorpseDraggedDecayRate;
    float                                       CorpseDissolveTime;
    float                                       CorpseDissolveFinishTime;
    struct FVector                              TPVCameraOffset;
    float                                       ServerSeatedViewRotationPitch;
    float                                       ServerSeatedViewRotationYaw;
    float                                       ControlRotationInterpSpeed;
    TArray<struct FAIAttackInfo>                AIAttackInfos;
    TArray<struct FAnimalsBoneDamageAdjusterConfig> AnimalBoneDamageAdjusters;
    TWeakObjectPtr<class ABaseCharacter>        CarriedCharacter;
    TWeakObjectPtr<class ABaseCharacter>        RiderCharacter;
    TWeakObjectPtr<class ANpcSpawnVolume>       BindNpcSpawnVolume;
    bool                                        bAllowTagetCorpses : 1;
    bool                                        bCanTame : 1;
    bool                                        bImmobilized : 1;
    bool                                        bIsAmphibious : 1;
    bool                                        bForbidRotation : 1;
    float                                       MaxFollowDistance;
    struct FVector                              MoveAroundBlockadePoint;
    TWeakObjectPtr<class AActor>                LastMoveAroundBlockadeActor;
    bool                                        bRiderRequireSaddle : 1;
    float                                       ReplicatedHP;
    float                                       ExtraMaxSpeedModifier;
    float                                       ExtraMaxSpeedModifier;
    bool                                        bIsMoveAroundBlockade : 1;
    bool                                        bForbidMove : 1;
    bool                                        bIsDragged : 1;
    bool                                        bIsSleeping : 1;
    bool                                        bPreventImmobilize : 1;
    bool                                        bRiderRequireSaddle : 1;
    bool                                        bUseCharacterSex : 1;
    class UClass*                               DefaultWeapon;
    class UAnimMontage*                         MountMontage;
    class USGExploitComponent*                  DeathExploitComponent;
    float                                       AnimalAge;
    float                                       AnimalBabyScale;
    float                                       LastMakeDamageTime;
    float                                       NextMateRemainTime;
    struct FVector                              TPVCameraOffset;
```

ATLAS side (left):

```
65   // ATLAS
66   // APrimalStructureWaterPipe similar variables
67
68   bool                                    bHasWater : 1;
69   class UMaterialInterface*               HasWaterMaterial;
70   class UMaterialInterface*               NoWaterMaterial;
71   int                                     WaterMaterialIndex;
72
73   void OnRep_HasWater(bool bNewHasWater);
74
75   // ----------------------------------------
76
77   // ATLAS
78   // UUI_PreviewWidget similar variables
79
80   float                                   FOV;
81   struct FRotator                         MeshRotation;
82   struct FRotator                         OrbitRotation;
83   struct FVector                          MeshScale;
84   float                                   CameraDistance;
85   float                                   BrakeSpeed;
86   float                                   RotationSpeed;
87   struct FRotator                         AutoRotator;
88   class UWorld*                           GameWorld;
89   class UWorld*                           PreviewWorld;
90   TArray<class USceneComponent*>          PreviewComponents;
91   struct FVector2D                        RotationVelocity;
92   class USceneCaptureComponent2D*         CaptureComponent;
93
94   // ----------------------------------------
95
96   // ATLAS
97   // APrimalStructureDoor similar variables
98
99   class USceneComponent*                  MyDoorTransform;
100  float                                   RotationSpeed;
101  class USoundCue*                        DoorOpenSound;
102  class USoundCue*                        DoorCloseSound;
103  bool                                    bInvertOpenCloseDirection : 1;
104  bool                                    bIsLocked : 1;
105  int8_t                                  DoorOpenState;
106  bool                                    bRotatePitch : 1;
107  bool                                    bRotateRoll : 1;
108  bool                                    bRotateYaw : 1;
109  bool                                    bInitializedRotation : 1;
110  bool                                    bUseSecondDoor : 1;
111  struct FRotator                         SecondDoorDefaultRot;
112  bool                                    bSupportsPinLocking : 1;
113  uint32_t                                CurrentPinCode;
114  bool                                    bIsPinLocked : 1;
115
116  void NetGotoDoorState(int8_t DoorState);
117  void OnRep_DoorOpenState(int8_t PrevDoorOpenState);
118  void NetGotoDoorState(int8_t DoorState);
```

Myth of Empires side (right):

```
65   // Myth of Empires
66   // ASGStructureWaterPipe similar variables
67
68   bool                                    bHasWater : 1;
69   class UMaterialInterface*               HasWaterReplaceMaterial;
70   class UMaterialInterface*               NoWaterReplaceMaterial;
71   int32_t                                 ReplaceMaterialIndex;
72
73   void OnRep_HasWater(bool bPreviousHasWater);
74
75   // ----------------------------------------
76
77   // Myth of Empires
78   // UPreviewSceneWidget similar variables
79
80   float                                   FOV;
81   struct FRotator                         MeshRotation;
82   struct FRotator                         OrbitRotation;
83   float                                   PreviewScale;
84   float                                   CameraDistance;
85   float                                   BrakeSpeed;
86   float                                   RotationSpeed;
87   struct FRotator                         AutoRotator;
88   class UWorld*                           GameWorld;
89   class UWorld*                           PreviewWorld;
90   TArray<class USceneComponent*>          PreviewComponents;
91   struct FVector2D                        RotationVelocity;
92   class USceneCaptureComponent2D*         CaptureComponent;
93
94   // ----------------------------------------
95
96   // Myth of Empires
97   // ASGStructureDoor similar variables
98
99   class USceneComponent*                  MyDoorRootComponent;
100  float                                   RotationSpeed;
101  struct FName                            OpenSoundID;
102  struct FName                            CloseSoundID;
103  bool                                    bOpenCloseDirection : 1;
104  bool                                    bIsLocked : 1;
105  int8_t                                  DoorSwitchState;
106  bool                                    bRotateByPitch : 1;
107  bool                                    bRotateByRoll : 1;
108  bool                                    bRotateByYaw : 1;
109  bool                                    bInitRotation : 1;
110  bool                                    bDoubleDoor : 1;
111  struct FRotator                         DoubleDoorDefaultRotation;
112  bool                                    bCanSetPassword : 1;
113  uint32_t                                CurrentPassword;
114  bool                                    bLockedByPassword : 1;
115
116  void SwitchDoorState(unsigned char DoorState);
117  void OnRep_DoorSwitchState();
118  void NetSwitchDoorState(unsigned char DoorState);
```

```
122   // ATLAS                                                                        122   // Myth of Empires
123   // APrimalStructureItemContainer similar variables                              123   // ASGStructureItemContainer similar variables
124                                                                                   124
125   bool                            bOnlyUseSpoilingMultipliersIfActivated : 1;     125   bool                            bOnlyUseExpireTimeMultipliersIfActivated : 1;
126   bool                            bAutoActivateWhenFueled : 1;                    126   bool                            bAutoActivateWhenFuel : 1;
127   bool                            bCanToggleActivation : 1;                       127   bool                            bCanActivate : 1;
128   class FString                   ActivateContainerString;                        128   struct FText                    ContainerActivateString;
129   class FString                   DeactivateContainerString;                      129   struct FText                    ContainerDeactivateString;
130   uint64_t                        DeathCacheCharacterID;                          130   struct FGuid                    DeathCharacterGuid;
131   bool                            bContainerActivated : 1;                        131   bool                            bIsActivated : 1;
132   class UClass*                   NextConsumeFuelGiveItemType;                    132   class UClass*                   NextConsumeFuelGiveItem;
133   double                          LastCheckedFuelTime;                            133   double                          LastRefreshFuelStateTime;
134   bool                            bDropInventoryOnDestruction : 1;                134   bool                            bSpawnInventoryOnDestruction : 1;
135   float                           DropInventoryOnDestructionLifespan;             135   float                           SpawnInventoryOnDestructionLifespan;
136   double                          NetDestructionTime;                             136   float                           SavedNetOnDestructionTime;
137   class USoundBase*               ContainerActivatedSound;                        137   struct FName                    ActivatedSoundID;
138   class USoundBase*               ContainerDeactivatedSound;                      138   struct FName                    DeActivatedSoundID;
139   uint32_t                        CurrentPinCode;                                 139   uint32_t                        CurrentPassword;
140   bool                            bIsPinLocked : 1;                               140   bool                            bLockedByPassword : 1;
141                                                                                   141
142   void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetRep   142   void NetSetContainerActive(bool bActive);
143                                                                                   143
144   // ----------                                                                   144   // ----------
145                                                                                   145
146   // ATLAS                                                                        146   // Myth of Empires
147   // APrimalStructureBed similar variables                                         147   // ASGStructureBed similar variables
148                                                                                   148
149   bool                            bDestroyAfterRespawnUse : 1;                    149   bool                            bReSpawnDestroy : 1;
150   struct FVector                  RespawnLocationOffset;                          150   struct FVector                  PlayerSpawnLocOffset;
151   struct FRotator                 RespawnRotOffset;                               151   struct FRotator                 PlayerSpawnRotOffset;
152   class FString                   BedName;                                        152   class FString                   BedName;
153                                                                                   153
154   // ----------                                                                   154   // ----------
155                                                                                   155
156   // ATLAS                                                                        156   // Myth of Empires
157   // APrimalStructureTurretBallista similar variables                             157   // ASGStructureTurret similar variables
158                                                                                   158
159   float                           TPVCameraPitchMin;                              159   float                           TPVCameraPitchMin;
160   float                           TPVCameraPitchMax;                              160   float                           TPVCameraPitchMax;
161   float                           YawViewRotation;                                161   float                           YawViewRotation;
162   float                           PitctViewRotation;                              162   float                           PitchViewRotation;
163   class UClass*                   CurrentAmmoItemTemplate;                        163   class UClass*                   CurrentAmmoItemTemplate;
164   TArray<class UClass*>           AlternateAmmoItemTemplates;                     164   TArray<class UClass*>           AllAmmoItemTemplates;
165                                                                                   165
166   // ----------                                                                   166   // ----------
167                                                                                   167
168   // ATLAS                                                                        168   // Myth of Empires
169   // APrimalStructureSeating similar variables                                     169   // ASGStructureSeat similar variables
170                                                                                   170
171   TWeakObjectPtr<class APrimalCharacter>   SeatedCharacter;                       171   TWeakObjectPtr<class ABaseCharacter>    SeatedCharacter;
172   int                             NumSeats;                                       172   int32_t                         NumSeats;
173   struct FVector                  SeatedCharacterLocationOffset;                  173   struct FVector                  SeatedCharacterLocationOffset;
174   struct FRotator                 SeatedCharacterRotationOffset;                  174   struct FRotator                 SeatedCharacterRotationOffset;
175   TArray<TWeakObjectPtr<class APrimalCharacter>>  CharacterPerSeat;               175   TArray<class ABaseCharacter*>   AllSeatedCharacter;
176   class USoundCue*                RideSound;                                      176   struct FName                    RideSoundID;
177   class USoundCue*                UnrideSound;                                    177   struct FName                    UnRideSoundID;
```

```
181   // ATLAS                                                                      181   // Myth of Empires
182   // ANPCZoneManager similar variables                                           182   // ANpcSpawnInfo similar variables
183                                                                                  183
184       TArray<class AActor*>                      DefaultZoneSpawnVolumeFloors;   184       TArray<class AActor*>                      DefaultSpawnVolumeFloors;
185       TArray<struct FName>                       DefaultZoneSpawnVolumeFloorTags; 185      TArray<struct FName>                       DefaultSpawnVolumeFloorTags;
186       class UClass*                              NPCSpawnEntriesContainerObject; 186       class UClass*                              NpcSpawnTemplateClass;
187       TArray<class ANPCZoneVolume*>              LinkedZoneVolumes;              187       TArray<class ANpcVolume*>                  NpcVolumes;
188       TArray<struct FLinkedZoneSpawnVolumeEntry> LinkedZoneSpawnVolumeEntries;   188       TArray<struct FNpcSpawnVolumeData>         NpcSpawnVolumeDatas;
189       int                                        MaxNumberSpawnZoneRandomPointChecks; 189   int32_t                                    MaxNumberValidSpawnDataChecks;
190       int                                        MinDesiredNumberOfNPC;          190       int32_t                                    MinDesiredNumberOfNPC;
191       int                                        AbsoluteMaxNumberOfNPC;         191       int32_t                                    MaxNumberOfNPC;
192       float                                      PlayerDistanceFromSpawnPoint;   192       float                                      CheckPlayerDistance;
193       float                                      StructureDistanceFromSpawnPoint; 193      float                                      CheckStructureDistance;
194                                                                                  194
195   // ----------------------------------------                                    195   // ----------------------------------------
196                                                                                  196
197   // ATLAS                                                                       197   // Myth of Empires
198   // ScriptStruct ShooterGame.DecalData                                          198   // ScriptStruct SG.DecalData
199                                                                                  199
200   struct FDecalData                                                              200   struct FDecalData
201   {                                                                              201   {
202       class UMaterialInterface*                  DecalMaterial;                  202       class UMaterialInterface*                  DecalMaterial;
203       float                                      DecalSize;                      203       float                                      DecalSize;
204       float                                      DecalDepth;                     204       float                                      DecalDepth;
205       float                                      DecalImpactNormalOffset;        205       float                                      DecalImpactNormalOffset;
206       float                                      LifeSpan;                       206       float                                      LifeSpan;
207       float                                      RandomAngleRange;               207   };
208   };                                                                             208
209                                                                                  209
210   // ----------------------------------------                                    210   // ----------------------------------------
211                                                                                  211
212   // ATLAS                                                                       212   // Myth of Empires
213   // ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry          213   // ScriptStruct SG.NpcSpawnVolumeData
214                                                                                  214
215   struct FLinkedZoneSpawnVolumeEntry                                             215   struct FNpcSpawnVolumeData
216   {                                                                              216   {
217       class ANPCZoneSpawnVolume*                 LinkedZoneSpawnVolume;          217       class ANpcSpawnVolume*                     NpcSpawnVolume;
218       TArray<class AActor*>                      ZoneSpawnVolumeFloors;          218       TArray<class AActor*>                      SpawnVolumeFloors;
219       TArray<struct FName>                       ZoneSpawnVolumeFloorTags;       219       TArray<struct FName>                       SpawnVolumeFloorTags;
220       float                                      EntryWeight;                    220       float                                      Weight;
221       unsigned char                              UnknownData00[0x4];             221       unsigned char                              UnknownData00[0x4];
222   };                                                                             222   };
223                                                                                  223
224   // ----------------------------------------                                    224   // ----------------------------------------
225                                                                                  225
226   // ATLAS                                                                       226   // Myth of Empires
227   // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit                       227   // ScriptStruct SG.NPCSpawnLimit
228                                                                                  228
229   struct FNPCSpawnLimit                                                          229   struct FNPCSpawnLimit
230   {                                                                              230   {
231       class UClass*                              NPCClass;                       231       class ABaseCharacter*                      NPCTemplateClass;
232       class FString                              NPCClassString;                 232       float                                      Percentage;
233       float                                      MaxPercentageOfDesiredNumToAllow; 233      unsigned char                              UnknownData00[0x4];
234       unsigned char                              UnknownData00[0x4];             234   };
235   };                                                                             235
236                                                                                  236
```

```
239  // ATLAS
240  // ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      struct FItemNetID                    ItemId;
245      int                                  Quantity;
246      bool                                 bIsRepair;
247      bool                                 bIgnoreInventoryRequirement;
248      unsigned char                        UnknownData00[0x2];
249      float                                RepairPercentage;
250      float                                RepairSpeedMultiplier;
251  };
252
253  // ----------------------------------------------
254
255  // ATLAS
256  // ScriptStruct ShooterGame.PrimalDinoCharacter.PrimalSaddleStructure
257
258  struct FPrimalSaddleStructure
259  {
260      struct FVector                       DinoRelativeLocation;
261      struct FRotator                      DinoRelativeRotation;
262      struct FName                         BoneName;
263      class APrimalStructure*              MyStructure;
264  };
265
266
267  // ----------------------------------------------
268
269  // ATLAS
270  // ScriptStruct ShooterGame.PrimalStructure.PlacementData
271
272  struct FPlacementData
273  {
274      struct FVector                       AdjustedLocation;
275      struct FRotator                      AdjustedRotation;
276      bool                                 bSnapped;
277      bool                                 bDisableEncroachmentCheck;
278      bool                                 bIsWaterGrounded;
279      unsigned char                        UnknownData00[0x1];
280      int                                  MySnapToIndex;
281      int                                  TheirSnapToIndex;
282      unsigned char                        UnknownData01[0x4];
283      class AActor*                        FloorHitActor;
284      class APrimalStructure*              ParentStructure;
285      class APrimalStructure*              ForcePlacedOnFloorParentStructure;
286      class APrimalStructure*              ReplacesStructure;
287      class APawn*                         AttachToPawn;
288      struct FName                         AttachToBone;
289      class APrimalDinoCharacter*          DinoCharacter;
290  };
```

```
239  // Myth of Empires
240  // ScriptStruct SG.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      class USGItem*                       ItemTemplate;
245      struct FGuid                         UniqueId;
246      int32_t                              Quantity;
247      float                                RemaingCraftTime;
248      float                                TotalRemainingCraftTime;
249      bool                                 bIsRepair : 1;
250      TEnumAsByte<EItemQuality>            UseRemoveItemQuality;
251  };
252
253  // ----------------------------------------------
254
255  // Myth of Empires
256  // ScriptStruct SG.PlatformStructure
257
258  struct FPlatformStructure
259  {
260      class ASGStructure*                  PlatformStructure;
261      struct FVector                       RelativeLocation;
262      struct FRotator                      RelativeRotation;
263      struct FName                         BoneName;
264  };
265
266
267  // ----------------------------------------------
268
269  // Myth of Empires
270  // ScriptStruct SG.CreateStructureInfo
271
272  struct FCreateStructureInfo
273  {
274      struct FVector                       Expectedlocation;
275      struct FRotator                      ExpectedRotation;
276      bool                                 bHasBinded : 1;
277      unsigned char                        UnknownData00[0x7];
278      class ASGStructure*                  ParentStructure;
279      class ASGStructure*                  ReplaceStructure;
280      class ASGStructure*                  PreventStructure;
281      class ASGStructureCheckVolume*       PreventCheckVolume;
282      class ASGStructure*                  CreateOnStructure;
283      class ABaseCharacter*                PlatformCharacter;
284      struct FName                         AttachBoneName;
285      bool                                 bIgnoreCheckObject : 1;
286      unsigned char                        UnknownData01[0x7];
287  };
```

```
294     // ATLAS                                                              294     // Myth of Empires
295     // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry               295     // ScriptStruct SG.NPCSpawnData
296                                                                           296
297     struct FNPCSpawnEntry                                                 297     struct FNPCSpawnData
298     {                                                                     298     {
299         class FString                              AnEntryName;           299         class FString                              SpawnDataName;
300         TArray<class UClass*>                      NPCsToSpawn;           300         TArray<class ABaseCharacter*>              NpcTemplateClasses;
301         TArray<class FString>                      NPCsToSpawnStrings;   301         TArray                            NpcSpawnGroupMinNum;
302         TArray<struct FClassRemappingWeight>       NPCRandomSpawnClassWeights; 302   TArray                            NpcSpawnGroupMaxNum;
303         TArray<struct FVector>                     NPCsSpawnOffsets;     303         float                                      NpcSpawnGroupDistance;
304         TArray<float>                              NPCsToSpawnPercentageChance; 304  unsigned char                              UnknownData00[0x4];
305         TArray<float>                              NPCMinLevelOffset;    305         TArray<float>                              NpcSpawnWeight;
306         TArray<float>                              NPCMaxLevelOffset;    306         TArray<float>                              NpcMinLevelOffset;
307         TArray<float>                              NPCMinLevelMultiplier; 307        TArray<float>                              NpcMaxLevelOffset;
308         TArray<float>                              NPCMaxLevelMultiplier; 308        TArray<unsigned char>                      NpcOverrideLevel;
309         unsigned char                              bAddLevelOffsetBeforeMultiplier : 1; 309 TArray<float>                        NpcMinQualityCorrection;
310         unsigned char                              bForcePreventSpawnOnOcean : 1;   310  TArray<float>                         NpcMaxQualityCorrection;
311         unsigned char                              UnknownData00[0x7];  311         TArray<float>                              MinDistanceToPlayer;
312         TArray<unsigned char>                      NPCOverrideLevel;     312         TArray<float>                              MaxDistanceToPlayer;
313         struct FVector                             ExtentCheck;          313         TArray<float>                              NpcSenseSightRadiusMulAdd;
314         struct FVector                             GroupSpawnOffset;     314         TArray<unsigned char>                      NpcOverrideAllowSleep;
315         float                                      EntryWeight;          315         TArray<class FString>                      NpcStartSleepTime;
316     };                                                                    316         TArray<class FString>                      NpcEndSleepTime;
329                                                                           317         float                                      Weight;
330                                                                           318     };
331                                                                           325
332     // --------------------------------                                    326     // --------------------------------
333                                                                           327
334     // ATLAS                                                              328     // Myth of Empires
335     // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint 329 // ScriptStruct SG.BindPointInfo
336                                                                           330
337     struct FPrimalStructureSnapPoint                                     331     struct FBindPointInfo
338     {                                                                     332     {
339         struct FName                               SnapPointDescription; 333         struct FName                               BindPointDes;
340         struct FVector                             PointLocOffset;       334         struct FVector                             BindPointLocOffset;
341         struct FRotator                            PointRotOffset;       335         struct FRotator                            BindPointRotOffset;
342         struct FRotator                            PointComparisonExtraRotOffset; 336 int32_t                                   CanBindType;
343         unsigned char                              bAttachToPoint : 1;   337         int32_t                                    CanBindTypeGroup;
344         unsigned char                              bAttachFromPoint : 1; 338         int32_t                                    ExcludeBindType;
345         unsigned char                              bHighPriorityAttachToPoint : 1; 339 bool                                      bBindPointTo : 1;
346         unsigned char                              bSnapToUseAlternatePlacemenTraceScale : 1; 340 bool                              bBindPointFrom : 1;
347         unsigned char                              bAttachToDisableEncroachmentCheck : 1; 341 bool                                  bBestBindPoint : 1;
348         unsigned char                              bAttachToDisableVisibilityCheck : 1; 342 bool                                    bChangeFoundation : 1;
349         unsigned char                              bInvalidForStructureLinking : 1; 343 bool                                       bIgnoreCheckObject : 1;
350         unsigned char                              bSnapForceNoGroundRequirement : 1; 344 bool                                     bIgnoreCreateOnGroundWhenBinded : 1;
351         unsigned char                              bSnapToOnlyAllowSingleAttachment : 1; 345 unsigned char                          UnknownData00[0x3];
352         unsigned char                              bSnapToInvertYawWhenFlipped : 1; 346  };
353         unsigned char                              bPorthole : 1;
354         unsigned char                              bMeshOffsetUpdateSnapLocation : 1;
355         unsigned char                              bSnapForceAllowPlacementAtOtherActorLocation : 1;
356         unsigned char                              UnknownData00[0x2];
357         int                                        ToPointSnapTypeFlags;
358         int                                        ToPointSnapTypeExcludeFlags;
359         int                                        SnapPointMatchGroup;
360     };
```

```
377  // ATLAS                                                                350  // Myth of Empires
378  // ScriptStruct ShooterGame.DamageHarvestingEntry                       351  // ScriptStruct SG.DamageExploitEntry
379                                                                          352
380  struct FDamageHarvestingEntry                                           353  struct FDamageExploitEntry
381  {                                                                       354  {
382      float                                       DamageMultiplier;       355      int32_t                                     DropWrapperId;
383      float                                       HarvestQuantityMultiplier; 356    float                                       DropWrapperFactor;
384      float                                       DamageHarvestAdditionalEffectiveness; 357 float                              DamageMultilier;
385      float                                       DamageDurabilityConsumptionMultiplier; 358 float                              ExploitQuantityMultilier;
386      unsigned char                               bAllowUnderwaterHarvesting : 1; 359   class UDamageType*                      DamageTypeParent;
387      unsigned char                               UnknownData00[0x7];     360  };
388      class UClass*                               DamageTypeParent;       361
389      class UClass*                               HarvestDamageFXOverride; 362
390  };                                                                      363
391                                                                          364
392  // ----------------------------------------                             365  // ----------------------------------------
393                                                                          366
394  // ATLAS                                                                367  // Myth of Empires
395  // ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement  368  // ScriptStruct SG.CraftResourceRequirement
396                                                                          369
397  struct FCraftingResourceRequirement                                     370  struct FCraftResourceRequirement
398  {                                                                       371  {
399      float                                       BaseResourceRequirement; 372     int32_t                                     BaseResourceRequirement;
400      unsigned char                               UnknownData00[0x4];     373      unsigned char                               UnknownData00[0x4];
401      class UClass*                               ResourceItemType;       374      TArray<class USGItem*>                      ResourceItemType;
402      bool                                        bCraftingRequireExactResourceType; 375  bool                                    bConsumesDurable : 1;
403      unsigned char                               UnknownData01[0x3];     376      unsigned char                               UnknownData01[0x7];
404      int                                         ForceMultipleResourceTypesRequirement; 377 };
405  };                                                                      378
406                                                                          379
407  // ----------------------------------------                             380  // ----------------------------------------
408                                                                          381
409  // ATLAS                                                                382  // Myth of Empires
410  // ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData                 383  // ScriptStruct SG.CropPhaseData
411                                                                          384
412  struct FCropItemPhaseData                                               385  struct FCropPhaseData
413  {                                                                       386  {
414      float                                       NextStageFertilizerCacheThreshold; 387 float                                StageGrowthThreshold;
415      unsigned char                               UnknownData00[0x4];     388      float                                       StageStartScale;
416      class UStaticMesh*                          StageStaticMesh;        389      float                                       StageEndScale;
417  };                                                                      390      unsigned char                               UnknownData00[0x4];
                                                                             391      class UStaticMesh*                          StageStaticMesh;
                                                                             392  };
```

```
1   // ATLAS                                                              1   // Myth of Empires
2   // Similar functions                                                  2   // Similar functions
3
4   void ServerActorViewRemoteInventory(class UPrimalInventoryComponent* InventoryComp);     4   void ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory);
5   void ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* InventoryComp);    5   void ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory);
6   void ServerReleaseSeatingStructure();                                 6   void ServerReleaseSeatingStructure();
7   void OnRep_HasWater(bool bPreviousHasWater);                          7   void OnRep_HasWater(bool bNewHasWater);
8   void OnRep_AssociatedItemNetInfo();                                   8   void OnRep_AssociatedItemNetInfo();
9   void ClientUpdateLinkedStructures(TArray NewLinkedStructures);   9   void ClientUpdateBindedStructures(TArray NewBindedStructures);
10  void FinishedLoadingGameMedia();                                      10  void FinishedLoadingGameMedia();
11  void OnRep_Saddle();                                                  11  void OnRep_Saddle();
12  void OnRep_CarriedCharacter();                                        12  void OnRep_CarriedCharacter();
13  void ClientGameStarted();                                             13  void ClientGameStarted();
14  void OnDisableSpectator();                                            14  void OnDisableSpectator();
15  void UnlockAchievement(const class FString& AchievementID);           15  void UnLockAchievement(const class FString& ID);
16  class UPrimalGameData* BPGetGameData();                               16  class USGGameData* GetGameData();
17  class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh);     17  class UMeshComponent* GetWeaponMesh();
18  void ServerRequestLeaveAlliance(uint32_t AllianceID);                 18  void ServerRequestLeaveAlliance();
19  TArray<class APrimalBuff*> GetAllBuffs();                             19  class TMap<int32_t, class USGBuff*> GetAllBuffs();
20  void ServerSplitItemStack(const struct FItemNetID& ItemId, int AmountToSplit);   20  void ServerSplitItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int
21  void PlayHitEffectPoint(float DamageTaken, const struct FPointDamageEvent& DamageEvent, class APawn* Pa   21  void NetPlayHitEffectPoint(const struct FHitResult& HitInfo, class UDamageType* DamageTypeClass, TEnumAsByt
22  void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);   22  void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);
23  void SpawnImpactEffect(const struct FHitResult& Impact);              23  void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
24  void ServerRequestLeaveTribe();                                       24  void ServerRequestLeaveGuild(bool bCheckBoxState);
25  void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);   25  void ServerRequestRenameGuild(const class FString& NewGuildName);
26  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetReplic   26  void NetSetContainerActive(bool bActive);
27  void Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeFalling);   27  void Immobilize(bool bImmobilize);
28  TArray<class UClass*> GetAllItems();                                  28  class TMap<int32_t, class USGItem*> GetAllItems();
29  void ServerCraftItem(class AShooterPlayerController* ByPC, struct FItemNetID* ItemId);   29  void ServerCraftItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int
30  void ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerController* ByPC, bool bRepa   30  void ServerRepairItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId);
31  void OnBeginOverlap(class AActor* Actor);                             31  void OnBeginOverlap(class AActor* Actor, class AActor* OtherActor);
32  void OnEndOverlap(class AActor* Actor);                               32  void OnEndOverlap(class AActor* Actor, class AActor* OtherActor);
33  void CloseWithAnimation();                                            33  void CloseWithAnimation();
34  void ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeftWeapon);   34  void ClientSetClipAmmo(int32_t InClipAmmo);
35  bool IsWithinAttackRange(class AActor* Other, bool bForceUseLastAttackIndex);   35  bool IsWithinAttackRange(class AActor* InOther);
36  struct FVector GetRandomWanderDestination(const struct FVector& LocOverride, float RandomOffsetMultipli   36  struct FVector GetRandomWanderDestination(bool bIsFirst);
37  float PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b   37  void PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& StartSection);
38  void UpdateAttackTargets();                                           38  void UpdateAttackTarget(bool IsAttack);
39  void ClientShowSpawnUI(float Delay);                                  39  void ClientShowReSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo, float RespawnTime, bool bIsRe
```

Inside the Myth of Empires binary, there are references to "Primal" Mod GameData - "Primal" being specific to ARK & ATLAS (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)

