# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-850-188**

**Effective Date of Registration:**
November 12, 2019
**Registration Decision Date:**
March 10, 2020

## Title

- **Title of Work:** ARK: Survival Evolved (PS4 Version)

## Completion/Publication

- **Year of Completion:** 2017
- **Date of 1st Publication:** August 29, 2017
- **Nation of 1st Publication:** United States

## Author

- **Author:** Studio Wildcard
- **Author Created:** text, computer program, artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

- **Copyright Claimant:** Snail Games USA Inc.
  12049 Jefferson Blvd., Culver City, CA, 90230, United States
- **Transfer statement:** By written agreement

## Rights and Permissions

- **Organization Name:** Atkinson, Andelson, Loya, Ruud & Romo
- **Name:** Brian Wheeler
- **Email:** bwheeler@aalrr.com
- **Telephone:** (562)653-3200
- **Address:** 12800 Center Court Drive
  Suite 300
  Cerritos, CA 90703 United States

Page 1 of 2

## Certification

|   |   |
|---|---|
| Name: | Brian M. Wheeler |
| Date: | November 08, 2019 |
| Applicant's Tracking Number: | 16018.19 |

Correspondence: Yes

Registration #: TX0008850188
Service Request #: 1-7747735131



Atkinson, Andelson, Loya, Ruud & Romo
Brian Wheeler
12800 Center Court Drive
Suite 300
Cerritos, CA 90703