# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-844-750**

**Effective Date of Registration:**
November 12, 2019
**Registration Decision Date:**
March 02, 2020

## Title

Title of Work: ARK: Survival Evolved (Nintendo Switch Version)

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: November 30, 2018
Nation of 1st Publication: United States

## Author

- Author: Studio Wildcard
  Author Created: computer program and audiovisual material for a videogame
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Snail Games USA Inc.
12049 Jefferson Blvd., Culver City, CA, 90230, United States
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Atkinson, Andelson, Loya, Ruud & Romo
Name: Brian Wheeler
Email: bwheeler@aalrr.com
Telephone: (562)653-3200
Address: 12800 Center Court Drive
Suite 300
Cerritos, CA 90703 United States

Page 1 of 2

## Certification

           **Name:** Brian M. Wheeler
           **Date:** November 08, 2019
**Applicant's Tracking Number:** 16018.19

    **Correspondence:** Yes

Registration #: TX0008844750
Service Request #: 1-7747735275



Atkinson, Andelson, Loya, Ruud & Romo
Brian Wheeler
12800 Center Court Drive
Suite 300
Cerritos, CA 90703