# EXHIBIT F

# Taylor Morris

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Tuesday, March 3, 2020 11:02 AM |
| **To:** | Brian M. Wheeler |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-7747735167

File Name :1st_and_last_25_pages_of_ark_survival_evolved_xbox_one_version.pdf
File Size :560709 KB
Date/Time :3/3/2020 1:58:09 PM


[THREAD ID: 1-3YB6G24]

United States Copyright Office