# EXHIBIT G

# Taylor Morris

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Friday, February 28, 2020 6:22 PM |
| **To:** | Brian M. Wheeler |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-7747735275

File Name :1st_and_last_25_pages_of_ark_survival_evolved_nintendo_switch_version.pdf
File Size :1434607 KB
Date/Time :2/28/2020 7:28:21 PM


[THREAD ID: 1-3Y3ZB8J]

United States Copyright Office