# EXHIBIT I



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

James W. Dabney
Partner
Direct Dial: +1 (212) 837-6803
Direct Fax: +1 (212) 299-6803
james.dabney@hugheshubbard.com

December 13, 2021

**BY E-MAIL (robertschwartz@quinnemanuel.com)**

Robert M. Schwartz, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

> Re:   Suzhou Angela Online Game Technology Co. v. Snail Game USA Inc.
>        Civil Action No. 21-2:21-cv-9552-CAS-SK (C.D. Cal., filed Dec. 9, 2021)

Dear Mr. Schwartz:

This office represents the Plaintiffs in the above-entitled action ("Plaintiffs").

We are in receipt of the attached letters dated December 1, December 4, and December 4, 2021 (the "QE Letters"). The QE Letters demand actions that, if taken, would breach contractual obligations owed to our clients. In the case of third-party Valve Corp., a breach of contract has already been induced. On behalf of the Plaintiffs, we demand that your office immediately withdraw the demands made in the QE Letters.

The QE Letters each assert: "The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190." We have been unable to find any public record of "source code" having been deposited with the Copyright Office in support of these registrations. If any such deposit material exists, please furnish a copy of it to our office as soon as possible.

We have your letter dated December 10, 2021, in which you propose a "code comparison." The source code for *Myth of Empires* reportedly is more than 800,000 lines long. Assuming that your clients can produce credible evidence identifying source code deposited in support of Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190, we would then invite you to select and identify up to five (5) modules of that source code and any corresponding modules of *Myth of Empires* source code identified in the QE Letters.

We will shortly circulate a proposed form of Protective Order for discovery in this case. We stand ready to have a telephonic Rule 26(f) conference as early as tomorrow, December 14,

Robert M. Schwartz, Esq.                                      December 13, 2021
Quinn Emanuel Urquhart & Sullivan, LLP                        Page 2

and to join in an application for an order for expedited discovery in aid of an early hearing on Plaintiffs' prayer for preliminary injunctive relief.

Plaintiffs' claim invoking 17 U.S.C. § 512(f) will not be withdrawn.  The QE Letters do not provide any reasonable basis for concluding that *Myth of Empires* embodies copyrightable material owned by SWC.

Please advise whether your office will accept service of summons on the Defendants.

Very truly yours,

*/s/ James W. Dabney*

James W. Dabney
Partner

# EXHIBIT 1

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
robertschwartz@quinnemanuel.com

December 1, 2021

<u>VIA EMAIL</u>

Dawn Dempsey
Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue,  WA  98004
(425) 889-9642
dmca@valvesoftware.com

> **Re:** **Notice of Claimed Infringement re:** *Myth of Empires*

Dear Ms. Dempsey,

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game *Ark: Survival Evolved*.

**This letter constitutes a "notice of claimed infringement" to Valve Corporation pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512(c)(3), better known as a DMCA "takedown" notice.**

Valve is offering for download, on its Steam Platform, a videogame titled *Myth of Empires*. According to the Valve website page for the game, the developer is a company called Angela Game.  Based on our investigation, the game appears to have been built with trade secret source code copied and stolen from SWC.  Valve's distribution of the video game *Myth of Empires* is thus facilitating trade secret misappropriation and copyright infringement.

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms.  In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS.  The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190. The source code was also subject to reasonable measures to maintain its secrecy, including

Case 2:21-cv-00281-TSZ Document 38-1 Filed 05/13/22 Page 5 of 52

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI |
MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY |
STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved* left to form Angela Game which, as noted above, is the developer of *Myth of Empires.* Accordingly, when *Myth of Empires* was released on November 18, 2021, SWC became understandably concerned because of large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*. This similarity extended to features that could not be explained through independent development, such as the use of *identical* gameplay mechanics not found in other games.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*. A preliminary analysis is attached as **Exhibit A**. SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC. The analysis reveals ***hundreds*** of matching "class," "variable," and "function" names.

Given the nature and extent of the copying, this cannot be a coincidence. For example, both games use hundreds of ***arbitrary*** yet ***identical***, or minimally renamed, variable names such as "bOnlyUseExpireTimeMultipliersIfActivated" and "SpawnInventoryOnDestructionLifeSpan." It is simply unbelievable that so many unnecessary similarities in variable, class, and function names can be explained by "random chance." This is a textbook case of copyright infringement and trade secret misappropriation.

Please be advised that if Valve does not take down *Myth of Empires*, then Valve may be liable for both indirect copyright infringement and trade secret misappropriation. *See, e.g. Graduation Sols. LLC v. Luya Enter. Inc.*, 2020 WL 9936697, at *6 (C.D. Cal. May 5, 2020) (denying motion to dismiss and allowing lawsuit to proceed where "There is no question that Luya committed intentional acts in selling graduation apparel via its Websites and that those sales of products using Plaintiff's allegedly misappropriated trade secrets and infringed copyright constitute the basis of Plaintiff's claims."); *see also* A&M Recs., Inc. v. Napster, Inc., 239 F.3d 1004, 1022 (9th Cir. 2001) ("In the context of copyright law, vicarious liability extends beyond an employer/employee relationship to cases in which a defendant has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities.) (internal quotation omitted).

Note also that the DMCA offers a defense, where available, only to copyright claims. It does not insulate anyone against claims for trade secret misappropriation. This is not SWC's preferred course of action. But we would be remiss if we did not mention it.

Accordingly, Studio Wildcard and Snail Games USA Inc. hereby formally request that Valve take down all versions of the game titled *Myth of Empires* from Valve's Steam Platform because *Myth of Empires* is an unauthorized derivative work built on source code unlawfully copied and misappropriated from SWC's *Ark: Survival Evolved*.

Case 3:21-cv-09054-JST Document 38-31 Filed 11/01/22 Page 6 of 52 Page ID #:131

Additionally, and pursuant to the DMCA (17 U.S.C. § 512(c)(3)), Studio Wildcard and Snail Games USA Inc. hereby state (or re-state) the following:

1. Studio Wildcard and Snail Games USA Inc. have authorized me to submit this notice of claimed infringement.

2. Studio Wildcard and Snail Games USA Inc. own registered copyrights in their video game *Ark: Survival Evolved*, which has been registered with the copyright office and is covered by copyright registration numbers TX0008844750, TX0008844750, and TX0008850190. *Ark: Survival Evolved* may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/346110/ARK_Survival_Evolved/.

3. My clients' copyrights in *Ark: Survival Evolved* are being infringed by the video game *Myth of Empires*, which may be found on Valve's Steam Platform at this URL: https://store.steampowered.com/app/1371580/Myth_of_Empires/.

4. Studio Wildcard and Snail Games USA Inc. may be contacted through me, and I am available at the following address, phone number, and email address:

   > Robert M. Schwartz
   > Quinn Emanuel Urquhart & Sullivan LLP
   > 865 South Figueroa Street, 10th Floor
   > Los Angeles, California 90017
   > (213) 443-3675
   > robertschwartz@quinnemanuel.com

5. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* is infringing Studio Wildcard and Snail Games USA Inc.'s copyrights in *Ark: Survival Evolved*. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* was built by: (1) stealing the *Ark: Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*. Key employees of the developer of *Myth of Empires* worked at the Chinese parent of Snail Games USA Inc. and at least one of them had credentials that enabled them to access the *Ark: Survival Evolved* source code.

I state, under penalty of perjury, that the information contained in this notice is accurate, and that I am authorized to act on behalf of Studio Wildcard and Snail Games USA Inc.

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Robert M. Schwartz

# Exhibit A

**V1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of a handful of reflected game headers. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

-------------------
**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, underlined recommended):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc



**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify).
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)

1. Clone <u>https://github.com/guttir14/UnrealDumper-4.25</u>
2. Setup game to dump as any UE4.26 game, or use patterns:
   {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
   {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.

---------------

**PRELIMINARY MATCHES:**

ATLAS

```
// ATLAS
// APrimalStructure similar variables

bool                                        bIsPreviewStructure : 1;
TArray<class UMaterialInstanceDynamic*>     PreviewMaterialInstances;
class UMaterialInterface*                   PreviewMaterial;
bool                                        bForcePlacingOnGround : 1;
float                                       PlacementMaxRange;
TArray<struct FPrimalStructureSnapPoint>    SnapPoints;
int                                         StructureSnapTypeFlags;
struct FVector                              PlacementHitLocOffset;
struct FVector                              PlacementEncroachmentCheckOffset;
struct FVector                              PlacementTraceScale;
struct FRotator                             PlacementRotOffset;
float                                       MaximumHeightAboveWorldGround;
bool                                        bIsFoundation : 1;
bool                                        bIsWall : 1;
bool                                        bIsFloor : 1;
bool                                        bOnlyFoundationIfSnappedToFoundation : 1;
class UClass*                               AllowReplacementByStructureClassType;
class UClass*                               PreventReplacementOfStructureClassType;
bool                                        bReturnDamageOnHitFromPawn : 1;
float                                       ReturnDamageAmount;
float                                       ReturnDamageImpulse;
class UClass*                               ReturnDamageType;
bool                                        bRequiresPlacingOnWall : 1;
bool                                        bCanDemolish : 1;
float                                       PlacementFloorCheckStartOffsetZ;
float                                       PlacementFloorCheckEndOffsetZ;
class UClass*                               NewSpawnEmitter;
struct FVector                              SpawnEmitterLocationOffset;
struct FRotator                             SpawnEmitterRotationOffset;
class USoundBase*                           PlacementSound;
float                                       PreventPlacingNearEnemyRadius;
bool                                        bForceCheckNearbyEnemyFoundation : 1;
bool                                        bForcePreventEnemyStructuresNearby : 1;
bool                                        bOnlyAllowPlacementInWater : 1;
struct FVector                              WaterVolumeCheckPointOffset;
float                                       WaterPlacementMinimumWaterHeight;
float                                       PreventPlacingNearEnemyRadius;
struct FName                                StructureTypeTag;
TArray<class UClass*>                        IgnoreReplacementCheckOfStructureClassTypes;
bool                                        bAttachToStaticMeshSocket : 1;
struct FName                                AttachToStaticMeshSocketNameBase;
float                                       DemolishGiveItemCraftingResourcePercentage;
bool                                        bCanBeRepaired : 1;
bool                                        bIsRepairing : 1;
double                                      NextAllowRepairTime;
float                                       RepairCheckInterval;
float                                       RepairPercentPerInterval;
class UClass*                               ConsumesPrimalItem;
float                                       NoClaimFlagDecayDestructionPeriod;
float                                       NoClaimFlagDecayDestructionPeriodMultiplier;
float                                       DecayDestructionPeriod;
float                                       DecayDestructionPeriodMultiplier;
class FString                               OwnerName;
class FString                               OwningPlayerName;
uint32_t                                    StructureID;
TArray<class uint32_t>                       LinkedStructuresID;
TArray<class APrimalStructure*>              StructuresPlacedOnFloor;
class APrimalStructure*                      PlacedOnFloorStructure;
bool                                        bPendingRemoval : 1;
```

Myth of Empires

```
// Myth of Empires
// ASGStructure similar variables

bool                                        bPreviewStructure : 1;
TArray<class UMaterialInstanceDynamic*>     PreviewInstances;
class UMaterialInterface*                   PreviewCreateMaterial;
bool                                        bForceCreateOnGround : 1;
float                                       MaxCreateRange;
TArray<struct FBindPointInfo>               BindPoints;
int32_t                                     BindType;
struct FVector                              CreateHitLocationOffset;
struct FVector                              CreateCheckBoxOffset;
struct FVector                              CreateCheckBoxScale;
struct FRotator                             CreateCheckBoxRotOffset;
float                                       MaxHeightToWorldGround;
bool                                        bFoundation : 1;
bool                                        bWall : 1;
bool                                        bFloor : 1;
bool                                        bOnlyFoundationWhenBindedToFoundation : 1;
class ASGStructure*                         CanReplaceByStructureClass;
class ASGStructure*                         PreventReplaceByStructureClass;
bool                                        bReturnDamageHitByPawn : 1;
float                                       ReturnDamageAmount;
float                                       ReturnDamageImpulse;
class UClass*                               ReturnDamageType;
bool                                        bForceCreateOnWall : 1;
bool                                        bCanBeDemolished : 1;
float                                       CheckFloorZUp;
float                                       CheckFloorZDown;
class UClass*                               SpawnEmitter;
struct FVector                              SpawnEmitterLocationOffset;
struct FRotator                             SpawnEmitterRotationOffset;
struct FName                                SpawnSoundID;
float                                       CheckEnemyFoundationRadius;
bool                                        bCheckNearByEnemyFoundation : 1;
bool                                        bPreventNearByEnemyFoundation : 1;
bool                                        bRealFoundation : 1;
struct FVector                              CheckWaterLocationOffset;
float                                       CheckMinWaterHeight;
float                                       CheckEnemyPlayerRadius;
class FString                               StructureTag;
TArray<class ASGStructure*>                  IgnorePreventStructureClasses;
bool                                        bAllowAttachToStaticMeshSocket : 1;
struct FName                                AttachToStaticMeshSocketName;
float                                       GivingItemFromDemolishPercentage;
bool                                        bCanRepair : 1;
bool                                        bRepairing : 1;
double                                      NextAllowRepairTime;
float                                       RepairInterval;
float                                       RepairHPPerInterval;
class UClass*                               ConsumeItem;
float                                       NoTeamAreaDecayInterval;
float                                       NoTeamAreaDecayHPPercent;
float                                       TeamAreaDecayInterval;
float                                       TeamAreaDecayHPPercent;
class FString                               OwnerName;
class FString                               OwnerPlayerName;
uint32_t                                    StructureID;
TArray<class uint32_t>                       BindedStructuresByID;
TArray<class ASGStructure*>                  BindedStructures;
class ASGStructure*                          StructuresOnFloor;
class ASGStructure*                          CreateOnFloorStructure;
bool                                        bPendingRemove : 1;
```

```cpp
// ATLAS
// UPrimalRichTextBlock similar variables

struct FText                                    Text;
TEnumAsByte<ETextJustify>                       Justification;
bool                                            AutoWrapText;
float                                           WrapTextAt;
struct FMargin                                  Margin;
float                                           LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& inString);

// -------------------------------------------------

// ATLAS
// UPrimalInventoryComponent similar variables

TArray<class UClass*>                           DefaultInventoryItems;
TArray<class UClass*>                           CheatInventoryItems;
TArray<class UClass*>                           DefaultEquippedItems;
TArray<class UClass*>                           DefaultSlotItems;
TArray<class UPrimalItem*>                      CraftingItems;
int                                             MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>             ItemCraftQueueEntries;
TArray<class UClass*>                           RemoteAddItemOnlyAllowItemClasses;
TArray<struct FItemMultiplier>                  ItemSpoilingTimeMultipliers;
TArray<class UPrimalItem*>                      InventoryItems;
TArray<class UPrimalItem*>                      EquippedItems;
TArray<class UPrimalItem*>                      ItemSlots;
bool                                            bInital : 1;
int                                             MaxInventoryItems;

// -------------------------------------------------

// ATLAS
// UPrimalItem similar variables

TWeakObjectPtr<class AShooterWeapon>            AssociatedWeapon;
TWeakObjectPtr<class UPrimalInventoryComponent> OwnerInventory;
TArray<struct FCraftingResourceRequirement>     BaseCraftingResourceRequirements;
class UClass*                                   SpoilingItem;
float                                           SpoilingTime;
class UClass*                                   BrokenGiveItemClass;
TEnumAsByte<EPrimalEquipmentType>               MyEquipmentType;
int                                             MaxBlueprintCrafts;
unsigned char                                   bResourcePreventGivingFromDemolition : 1;
unsigned char                                   bCanBuildStructures : 1;
float                                           BlueprintTimeToCraft;
unsigned char                                   bAutoCraftBlueprint : 1;
double                                          NextCraftCompletionTime;
unsigned char                                   bDestroyBrokenItem : 1;
int                                             SlotIndex;
float                                           ItemQuality;
unsigned char                                   bBPCanUse : 1;
unsigned char                                   bAllowUseWhileRiding : 1;
unsigned char                                   bAllowRemoteUseInInventory : 1;
unsigned char                                   bUseItemDurability : 1;
TArray<class UClass*>                           CraftingRequiresInventoryComponent;
float                                           NewBaseCraftingXP;
TEnumAsByte<EPrimalItemType>                    ItemType;
```

Right column:

```cpp
// Myth of Empires
// USGRichTextBlock similar variables

struct FText                                    Text;
TEnumAsByte<ETextJustify>                       Justification;
bool                                            AutoWrapText;
float                                           WrapTextAt;
struct FMargin                                  Margin;
float                                           LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& InString);

// -------------------------------------------------

// Myth of Empires
// USGInventoryComponent similar variables

class TMap<class USGItem*, int32_t>             DefaultInventoryItems;
class TMap<class USGItem*, int32_t>             CheatInventoryItems;
TArray<class USGItem*>                          DefaultEquippedItems;
class TMap<class USGItem*, int32_t>             DefaultShortCutItems;
TArray<class USGItem*>                          CraftItems;
int32_t                                         MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>             ItemCraftQueueEntries;
TArray<class UClass*>                           OnlyAddItemTemplates;
TArray<struct FItemExpireTimeData>              ItemExpireTimeData;
TArray<class USGItem*>                          InventoryItems;
TArray<class USGItem*>                          EquipItems;
TArray<class USGItem*>                          ShortCutItems;
unsigned char                                   bInitializedMe : 1;
int32_t                                         EquipItemMaxAmount;

// -------------------------------------------------

// Myth of Empires
// USGItem similar variables

TWeakObjectPtr<class ASGWeapon>                 AssociatedWeapon;
TWeakObjectPtr<class USGInventoryComponent>     OwnerInventory;
TArray<struct FCraftResourceRequirement>        BaseCraftResourceRequirements;
class USGItem*                                  ExpiredItem;
float                                           ExpireTime;
class USGItem*                                  BrokenGiveItemClass;
TEnumAsByte<EEquipmentType>                     EquipmentType;
int32_t                                         MaxCanCraftAmount;
bool                                            bPreventGivingFromDemolish : 1;
bool                                            bCanCreateStructure : 1;
float                                           TimeToCraft;
bool                                            bAutoCraft : 1;
float                                           NextCraftRemainTime;
bool                                            bBrokenDestroy : 1;
int32_t                                         SlotIndex;
TEnumAsByte<EItemQuality>                        ItemQuality;
bool                                            bCanUse : 1;
bool                                            bCanRideUse : 1;
bool                                            bCanCosumeForTarget : 1;
bool                                            bUseDurable : 1;
TArray<class USGItem*>                          CraftInStructureItem;
float                                           BaseCraftExperienceToAdd;
TEnumAsByte<EItemType>                          ItemType;
```

// APrimalCharacter, APrimalDinoCharacter similar variables     // ABaseCharacter, ASG_AICharacter similar variables

| # | ATLAS type | ATLAS name | | Myth of Empires type | Myth of Empires name |
|---|---|---|---|---|---|
| 4 | float | DefaultAngularDamping; | → | float | DefaultAngularDamping; |
| 5 | float | DefaultLinearDamping; | → | float | DefaultLinearDamping; |
| 6 | float | CorpseDraggedDecayRate; | → | float | CorpseDraggedDecayRate; |
| 7 | double | CorpseDestructionTime; | → | float | CorpseDissolveTime; |
| 8 | float | CorpseFadeAwayTime; | → | float | CorpseDissolveFinishTime; |
| 9 | struct FVector | TPVCameraOffset; | → | struct FVector | TPVCameraOffset; |
| 10 | float | ServerSeatedViewRotationPitch; | → | float | ServerSeatedViewRotationPitch; |
| 11 | float | ServerSeatedViewRotationYaw; | → | float | ServerSeatedViewRotationYaw; |
| 12 | float | ClientRotationInterpSpeed; | → | float | ControlRotationInterpSpeed; |
| 13 | TArray<struct FDinoAttackInfo> | AttackInfos; | → | TArray<struct FAIAttackInfo> | AIAttackInfos; |
| 14 | TArray<struct FBoneDamageAdjuster> | BoneDamageAdjusters; | → | TArray<struct FAnimalBoneDamageAdjusterConfig> | AnimalBoneDamageAdjusters; |
| 15 | TWeakObjectPtr<class APrimalCharacter> | CarriedCharacter; | → | TWeakObjectPtr<class ABaseCharacter> | CarriedCharacter; |
| 16 | TWeakObjectPtr<class APrimalCharacter> | MountCharacter; | → | TWeakObjectPtr<class ABaseCharacter> | RiderCharacter; |
| 17 | TWeakObjectPtr<class ANPCZoneVolume> | HardLimitWildDinoToVolume; | → | TWeakObjectPtr<class ANpcSpawnVolume> | BindNpcSpawnVolume; |
| 18 | unsigned char | bAllowTargetingCorpses : 1; | → | bool | bAllowTagetCorpses : 1; |
| 19 | unsigned char | bCanBeTamed : 1; | → | bool | bCanTame : 1; |
| 20 | unsigned char | bIsImmobilized : 1; | → | bool | bImmobilized : 1; |
| 21 | unsigned char | bIsAmphibious : 1; | → | bool | bIsAmphibious : 1; |
| 22 | unsigned char | bForceNoRotation : 1; | → | bool | bForbidRotation : 1; |
| 23 | float | TamedMaxFollowDistance; | → | float | MaxFollowDistance; |
| 24 | struct FVector | MovingAroundBlockadePoint; | → | struct FVector | MoveAroundBlockadePoint; |
| 25 | class AActor* | LastMovingAroundBlockadeActor; | → | TWeakObjectPtr<class AActor> | LastMoveAroundBlockadeActor; |
| 26 | unsigned char | bRiderDontRequireSaddle : 1; | → | bool | bRiderRequireSaddle : 1; |
| 27 | float | ReplicatedHealth; | → | float | ReplicatedHP; |
| 28 | float | RiderMaxSpeedModifier; | → | float | ExtraMaxSpeedModifier; |
| 29 | float | RiderExtraMaxSpeedModifier; | → | float | ExtraMaxSpeedModifier; |
| 30 | unsigned char | bIgnoreMoveAroundBlockade : 1; | → | bool | bIsMoveAroundBlockade : 1; |
| 31 | unsigned char | bPreventMovement : 1; | → | bool | bForbidMove : 1; |
| 32 | unsigned char | bIsBeingDragged : 1; | → | bool | bIsDragged : 1; |
| 33 | unsigned char | bIsSleeping : 1; | → | bool | bIsSleeping : 1; |
| 34 | unsigned char | bPreventImmobilization : 1; | → | bool | bPreventImmobilize : 1; |
| 35 | unsigned char | bRiderDontRequireSaddle : 1; | → | bool | bRiderRequireSaddle : 1; |
| 36 | unsigned char | bUsesGender : 1; | → | bool | bUseCharacterSex : 1; |
| 37 | class UClass* | DefaultWeapon; | → | class UClass* | DefaultWeapon; |
| 38 | class UAnimMontage* | MountCharacterAnimation; | → | class UAnimMontage* | MountMontage; |
| 39 | class UPrimalHarvestingComponent* | MyDeathHarvestingComponent; | → | class USGExploitComponent* | DeathExploitComponent; |
| 40 | float | BabyAge; | → | float | AnimalAge; |
| 41 | float | BabyScale; | → | float | AnimalBabyScale; |
| 42 | double | LastHitDamageTime; | → | float | LastMakeDamageTime; |
| 43 | double | NextAllowedMatingTime; | → | float | NextMateRemainTime; |
| 44 | struct FVector | TPVCameraOffset; | → | struct FVector | TPVCameraOffset; |

```
65  // ATLAS
66  // APrimalStructureWaterPipe similar variables
67
68  bool                                    bHasWater : 1;
69  class UMaterialInterface*               HasWaterMaterial;
70  class UMaterialInterface*               NoWaterMaterial;
71  int                                     WaterMaterialIndex;
72
73  void OnRep_HasWater(bool bNewHasWater);
74
75  // ---------------------------------------
76
77  // ATLAS
78  // UUI_PreviewWidget similar variables
79
80  float                                   FOV;
81  struct FRotator                         MeshRotation;
82  struct FRotator                         OrbitRotation;
83  struct FVector                          MeshScale;
84  float                                   CameraDistance;
85  float                                   BrakeSpeed;
86  float                                   RotationSpeed;
87  struct FRotator                         AutoRotator;
88  class UWorld*                           GameWorld;
89  class UWorld*                           PreviewWorld;
90  TArray<class USceneComponent*>          PreviewComponents;
91  struct FVector2D                        RotationVelocity;
92  class USceneCaptureComponent2D*         CaptureComponent;
93
94  // ---------------------------------------
95
96  // ATLAS
97  // APrimalStructureDoor similar variables
98
99  class USceneComponent*                  MyDoorTransform;
100 float                                   RotationSpeed;
101 class USoundCue*                         DoorOpenSound;
102 class USoundCue*                         DoorCloseSound;
103 bool                                    bInvertOpenCloseDirection : 1;
104 bool                                    bIsLocked : 1;
105 int8_t                                  DoorOpenState;
106 bool                                    bRotatePitch : 1;
107 bool                                    bRotateRoll : 1;
108 bool                                    bRotateYaw : 1;
109 bool                                    bInitializedRotation : 1;
110 bool                                    bUseSecondDoor : 1;
111 struct FRotator                         SecondDoorDefaultRot;
112 bool                                    bSupportsPinLocking : 1;
113 uint32_t                                CurrentPinCode;
114 bool                                    bIsPinLocked : 1;
115
116 void NetGotoDoorState(int8_t DoorState);
117 void OnRep_DoorOpenState(int8_t PrevDoorOpenState);
118 void NetGotoDoorState(int8_t DoorState);
```

```
65  // Myth of Empires
66  // ASGStructureWaterPipe similar variables
67
68  bool                                    bHasWater : 1;
69  class UMaterialInterface*               HasWaterReplaceMaterial;
70  class UMaterialInterface*               NoWaterReplaceMaterial;
71  int32_t                                 ReplaceMaterialIndex;
72
73  void OnRep_HasWater(bool bPreviousHasWater);
74
75  // ---------------------------------------
76
77  // Myth of Empires
78  // UPreviewSceneWidget similar variables
79
80  float                                   FOV;
81  struct FRotator                         MeshRotation;
82  struct FRotator                         OrbitRotation;
83  float                                   PreviewScale;
84  float                                   CameraDistance;
85  float                                   BrakeSpeed;
86  float                                   RotationSpeed;
87  struct FRotator                         AutoRotator;
88  class UWorld*                           GameWorld;
89  class UWorld*                           PreviewWorld;
90  TArray<class USceneComponent*>          PreviewComponents;
91  struct FVector2D                        RotationVelocity;
92  class USceneCaptureComponent2D*         CaptureComponent;
93
94  // ---------------------------------------
95
96  // Myth of Empires
97  // ASGStructureDoor similar variables
98
99  class USceneComponent*                  MyDoorRootComponent;
100 float                                   RotationSpeed;
101 struct FName                            OpenSoundID;
102 struct FName                            CloseSoundID;
103 bool                                    bOpenCloseDirection : 1;
104 bool                                    bIsLocked : 1;
105 int8_t                                  DoorSwitchState;
106 bool                                    bRotateByPitch : 1;
107 bool                                    bRotateByRoll : 1;
108 bool                                    bRotateByYaw : 1;
109 bool                                    bInitRotation : 1;
110 bool                                    bDoubleDoor : 1;
111 struct FRotator                         DoubleDoorDefaultRotation;
112 bool                                    bCanSetPassword : 1;
113 uint32_t                                CurrentPassword;
114 bool                                    bLockedByPassword : 1;
115
116 void SwitchDoorState(unsigned char DoorState);
117 void OnRep_DoorSwitchState();
118 void NetSwitchDoorState(unsigned char DoorState);
```

```
122  // ATLAS                                                              122  // Myth of Empires
123  // APrimalStructureItemContainer similar variables                    123  // ASGStructureItemContainer similar variables
124                                                                        124
125  bool                                bOnlyUseSpoilingMultipliersIfActivated : 1;    125  bool                                bOnlyUseExpireTimeMultipliersIfActivated : 1;
126  bool                                bAutoActivateWhenFueled : 1;                    126  bool                                bAutoActivateWhenFuel : 1;
127  bool                                bCanToggleActivation : 1;                       127  bool                                bCanActivate : 1;
128  class FString                       ActivateContainerString;                       128  struct FText                        ContainerActivateString;
129  class FString                       DeactivateContainerString;                     129  struct FText                        ContainerDeactivateString;
130  uint64_t                            DeathCacheCharacterID;                          130  struct FGuid                        DeathCharacterGuid;
131  bool                                bContainerActivated : 1;                        131  bool                                bIsActivated : 1;
132  class UClass*                       NextConsumeFuelGiveItemType;                    132  class UClass*                       NextConsumeFuelGiveItem;
133  double                              LastCheckedFuelTime;                            133  double                              LastRefreshFuelStateTime;
134  bool                                bDropInventoryOnDestruction : 1;                134  bool                                bSpawnInventoryOnDestruction : 1;
135  float                               DropInventoryOnDestructionLifespan;             135  float                               SpawnInventoryOnDestructionLifeSpan;
136  double                              NetDestructionTime;                             136  float                               SavedNetDestructionTime;
137  class USoundBase*                   ContainerActivatedSound;                        137  struct FName                        ActivatedSoundID;
138  class USoundBase*                   ContainerDeactivatedSound;                      138  struct FName                        DeActivatedSoundID;
139  uint32_t                            CurrentPinCode;                                 139  uint32_t                            CurrentPassword;
140  bool                                bIsPinLocked : 1;                               140  bool                                bLockedByPassword : 1;
141                                                                        141
142  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetRep  142  void NetSetContainerActive(bool bActive);
143                                                                        143
144  // -----------------------------------------------------------       144  // -----------------------------------------------------------
145                                                                        145
146  // ATLAS                                                              146  // Myth of Empires
147  // APrimalStructureBed similar variables                              147  // ASGStructureBed similar variables
148                                                                        148
149  bool                                bDestroyAfterRespawnUse : 1;                    149  bool                                bReSpawnDestroy : 1;
150  struct FVector                      RespawnLocationOffset;                          150  struct FVector                      PlayerSpawnLocOffset;
151  struct FRotator                     RespawnRotOffset;                               151  struct FRotator                     PlayerSpawnRotOffset;
152  class FString                       BedName;                                        152  class FString                       BedName;
153                                                                        153
154  // -----------------------------------------------------------       154  // -----------------------------------------------------------
155                                                                        155
156  // ATLAS                                                              156  // Myth of Empires
157  // APrimalStructureTurretBallista similar variables                   157  // ASGStructureTurret similar variables
158                                                                        158
159  float                               TPVCameraPitchMin;                              159  float                               TPVCameraPitchMin;
160  float                               TPVCameraPitchMax;                              160  float                               TPVCameraPitchMax;
161  float                               YawViewRotation;                                161  float                               YawViewRotation;
162  float                               PitctViewRotation;                              162  float                               PitchViewRotation;
163  class UClass*                       CurrentAmmoItemTemplate;                        163  class UClass*                       CurrentAmmoItemTemplate;
164  TArray<class UClass*>               AlternateAmmoItemTemplates;                     164  TArray<class UClass*>               AllAmmoItemTemplates;
165                                                                        165
166  // -----------------------------------------------------------       166  // -----------------------------------------------------------
167                                                                        167
168  // ATLAS                                                              168  // Myth of Empires
169  // APrimalStructureSeating similar variables                          169  // ASGStructureSeat similar variables
170                                                                        170
171  TWeakObjectPtr<class APrimalCharacter>  SeatedCharacter;                            171  TWeakObjectPtr<class ABaseCharacter>   SeatedCharacter;
172  int                                 NumSeats;                                       172  int32_t                             NumSeats;
173  struct FVector                      SeatedCharacterLocationOffset;                  173  struct FVector                      SeatedCharacterLocationOffset;
174  struct FRotator                     SeatedCharacterRotationOffset;                  174  struct FRotator                     SeatedCharacterRotationOffset;
175  TArray<TWeakObjectPtr<class APrimalCharacter>>  CharacterPerSeat;                   175  TArray<class ABaseCharacter*>       AllSeatedCharacter;
176  class USoundCue*                    RideSound;                                      176  struct FName                        RideSoundID;
177  class USoundCue*                    UnrideSound;                                    177  struct FName                        UnRideSoundID;
```

```cpp
181  // ATLAS
182  // ANPCZoneManager similar variables
183
184  TArray<class AActor*>                       DefaultZoneSpawnVolumeFloors;
185  TArray<struct FName>                        DefaultZoneSpawnVolumeFloorTags;
186  class UClass*                               NPCSpawnEntriesContainerObject;
187  TArray<class ANPCZoneVolume*>               LinkedZoneVolumes;
188  TArray<struct FLinkedZoneSpawnVolumeEntry>  LinkedZoneSpawnVolumeEntries;
189  int                                         MaxNumberSpawnZoneRandomPointChecks;
190  int                                         MinDesiredNumberOfNPC;
191  int                                         AbsoluteMaxNumberOfNPC;
192  float                                       PlayerDistanceFromSpawnPoint;
193  float                                       StructureDistanceFromSpawnPoint;
194
195  // ----------------------------------------------------
196
197  // ATLAS
198  // ScriptStruct ShooterGame.DecalData
199
200  struct FDecalData
201  {
202      class UMaterialInterface*               DecalMaterial;
203      float                                   DecalSize;
204      float                                   DecalDepth;
205      float                                   DecalImpactNormalOffset;
206      float                                   LifeSpan;
207      float                                   RandomAngleRange;
208  };
209
210  // ----------------------------------------------------
211
212  // ATLAS
213  // ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry
214
215  struct FLinkedZoneSpawnVolumeEntry
216  {
217      class ANPCZoneSpawnVolume*              LinkedZoneSpawnVolume;
218      TArray<class AActor*>                   ZoneSpawnVolumeFloors;
219      TArray<struct FName>                    ZoneSpawnVolumeFloorTags;
220      float                                   EntryWeight;
221      unsigned char                           UnknownData00[0x4];
222  };
223
224  // ----------------------------------------------------
225
226  // ATLAS
227  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit
228
229  struct FNPCSpawnLimit
230  {
231      class UClass*                           NPCClass;
232      class FString                           NPCClassString;
233      float                                   MaxPercentageOfDesiredNumToAllow;
234      unsigned char                           UnknownData00[0x4];
235  };
236
```

```cpp
181  // Myth of Empires
182  // ANpcSpawnInfo similar variables
183
184  TArray<class AActor*>                       DefaultSpawnVolumeFloors;
185  TArray<struct FName>                        DefaultSpawnVolumeFloorTags;
186  class UClass*                               NpcSpawnTemplateClass;
187  TArray<class ANpcVolume*>                   NpcVolumes;
188  TArray<struct FNpcSpawnVolumeData>          NpcSpawnVolumeDatas;
189  int32_t                                     MaxNumberValidSpawnDataChecks;
190  int32_t                                     MinDesiredNumberOfNPC;
191  int32_t                                     MaxNumberOfNPC;
192  float                                       CheckPlayerDistance;
193  float                                       CheckStructureDistance;
194
195  // ----------------------------------------------------
196
197  // Myth of Empires
198  // ScriptStruct SG.DecalData
199
200  struct FDecalData
201  {
202      class UMaterialInterface*               DecalMaterial;
203      float                                   DecalSize;
204      float                                   DecalDepth;
205      float                                   DecalImpactNormalOffset;
206      float                                   LifeSpan;
207  };
208
209
210  // ----------------------------------------------------
211
212  // Myth of Empires
213  // ScriptStruct SG.NpcSpawnVolumeData
214
215  struct FNpcSpawnVolumeData
216  {
217      class ANpcSpawnVolume*                  NpcSpawnVolume;
218      TArray<class AActor*>                   SpawnVolumeFloors;
219      TArray<struct FName>                    SpawnVolumeFloorTags;
220      float                                   Weight;
221      unsigned char                           UnknownData00[0x4];
222  };
223
224  // ----------------------------------------------------
225
226  // Myth of Empires
227  // ScriptStruct SG.NPCSpawnLimit
228
229  struct FNPCSpawnLimit
230  {
231      class ABaseCharacter*                   NPCTemplateClass;
232      float                                   Percentage;
233      unsigned char                           UnknownData00[0x4];
234  };
```

```
239  // ATLAS
240  // ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      struct FItemNetID            ItemId;
245      int                          Quantity;
246      bool                         bIsRepair;
247      bool                         bIgnoreInventoryRequirement;
248      unsigned char                UnknownData00[0x2];
249      float                        RepairPercentage;
250      float                        RepairSpeedMultiplier;
251  };
252
253  // ------------------------------------------------
254
255  // ATLAS
256  // ScriptStruct ShooterGame.PrimalDinoCharacter.PrimalSaddleStructure
257
258  struct FPrimalSaddleStructure
259  {
260      struct FVector               DinoRelativeLocation;
261      struct FRotator              DinoRelativeRotation;
262      struct FName                 BoneName;
263      class APrimalStructure*      MyStructure;
264  };
265
266
267  // ------------------------------------------------
268
269  // ATLAS
270  // ScriptStruct ShooterGame.PrimalStructure.PlacementData
271
272  struct FPlacementData
273  {
274      struct FVector               AdjustedLocation;
275      struct FRotator              AdjustedRotation;
276      bool                         bSnapped;
277      bool                         bDisableEncroachmentCheck;
278      bool                         bIsWaterGrounded;
279      unsigned char                UnknownData00[0x1];
280      int                          MySnapToIndex;
281      int                          TheirSnapToIndex;
282      unsigned char                UnknownData01[0x4];
283      class AActor*                FloorHitActor;
284      class APrimalStructure*      ParentStructure;
285      class APrimalStructure*      ForcePlacedOnFloorParentStructure;
286      class APrimalStructure*      ReplacesStructure;
287      class APawn*                 AttachToPawn;
288      struct FName                 AttachToBone;
289      class APrimalDinoCharacter*  DinoCharacter;
290  };
```

Right column:

```
239  // Myth of Empires
240  // ScriptStruct SG.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      class USGItem*               ItemTemplate;
245      struct FGuid                 UniqueId;
246      int32_t                      Quantity;
247      float                        RemaingCraftTime;
248      float                        TotalRemainingCraftTime;
249      bool                         bIsRepair : 1;
250      TEnumAsByte<EItemQuality>    UseRemoveItemQuality;
251  };
252
253  // ------------------------------------------------
254
255  // Myth of Empires
256  // ScriptStruct SG.PlatformStructure
257
258  struct FPlatformStructure
259  {
260      class ASGStructure*          PlatformStructure;
261      struct FVector               RelativeLocation;
262      struct FRotator              RelativeRotation;
263      struct FName                 BoneName;
264  };
265
266
267  // ------------------------------------------------
268
269  // Myth of Empires
270  // ScriptStruct SG.CreateStructureInfo
271
272  struct FCreateStructureInfo
273  {
274      struct FVector               Expectedlocation;
275      struct FRotator              ExpectedRotation;
276      bool                         bHasBinded : 1;
277      unsigned char                UnknownData00[0x7];
278      class ASGStructure*          ParentStructure;
279      class ASGStructure*          ReplaceStructure;
280      class ASGStructure*          PreventStructure;
281      class ASGStructureCheckVolume* PreventCheckVolume;
282      class ASGStructure*          CreateOnStructure;
283      class ABaseCharacter*        PlatformCharacter;
284      struct FName                 AttachBoneName;
285      bool                         bIgnoreCheckObject : 1;
286      unsigned char                UnknownData01[0x7];
287  };
```

ATLAS (left):

```
294  // ATLAS
295  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry
296
297  struct FNPCSpawnEntry
298  {
299      class FString                          AnEntryName;
300      TArray<class UClass*>                  NPCsToSpawn;
301      TArray<class FString>                  NPCsToSpawnStrings;
302      TArray<struct FClassRemappingWeight>   NPCRandomSpawnClassWeights;
303      TArray<struct FVector>                 NPCsSpawnOffsets;
304      TArray<float>                          NPCsToSpawnPercentageChance;
305      TArray<float>                          NPCMinLevelOffset;
306      TArray<float>                          NPCMaxLevelOffset;
307      TArray<float>                          NPCLevelMultiplier;
308      TArray<float>                          NPCMaxLevelMultiplier;
309      unsigned char                          bAddLevelOffsetBeforeMultiplier : 1;
310      unsigned char                          bForcePreventSpawnOnOcean : 1;
311      unsigned char                          UnknownData00[0x7];
312      TArray<unsigned char>                  NPCOverrideLevel;
313      struct FVector                         ExtentOffset;
314      struct FVector                         GroupSpawnOffset;
315      float                                  EntryWeight;
316  };
329
330
331
332  // ----------------------------------------
333
334  // ATLAS
335  // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint
336
337  struct FPrimalStructureSnapPoint
338  {
339      struct FName                           SnapPointDescription;
340      struct FVector                         PointLocOffset;
341      struct FRotator                        PointRotOffset;
342      struct FRotator                        PointComparisonExtraRotOffset;
343      unsigned char                          bAttachToPoint : 1;
344      unsigned char                          bAttachFromPoint : 1;
345      unsigned char                          bHighPriorityAttachToPoint : 1;
346      unsigned char                          bSnapToUseAlternatePlacemenTraceScale : 1;
347      unsigned char                          bAttachToDisableEncroachmentCheck : 1;
348      unsigned char                          bAttachToDisableVisibilityCheck : 1;
349      unsigned char                          bInvalidForStructureLinking : 1;
350      unsigned char                          bSnapToRequireNoGroundRequirement : 1;
351      unsigned char                          bSnapToOnlyAllowSingleAttachment : 1;
352      unsigned char                          bSnapToInvertYawWhenFlipped : 1;
353      unsigned char                          bPorthole : 1;
354      unsigned char                          bMeshOffsetUpdateSnapLocation : 1;
355      unsigned char                          bSnapForceAllowPlacementAtOtherActorLocation : 1;
356      unsigned char                          UnknownData00[0x2];
357      int                                    ToPointSnapTypeFlags;
358      int                                    ToPointSnapTypeExcludeFlags;
359      int                                    SnapPointMatchGroup;
360  };
```

Myth of Empires (right):

```
294  // Myth of Empires
295  // ScriptStruct SG.NPCSpawnData
296
297  struct FNPCSpawnData
298  {
299      class FString                          SpawnDataName;
300      TArray<class ABaseCharacter*>          NpcTemplateClasses;
301      TArray<int32_t>                        NpcSpawnGroupMinNum;
302      TArray<int32_t>                        NpcSpawnGroupMaxNum;
303      float                                  NpcSpawnGroupDistance;
304                                             UnknownData00[0x4];
305      TArray<float>                          NpcSpawnWeight;
306      TArray<float>                          NpcMinLevelOffset;
307      TArray<float>                          NpcMaxLevelOffset;
308      TArray<unsigned char>                  NpcOverrideLevel;
309      TArray<float>                          NpcMinQualityCorrection;
310      TArray<float>                          NpcMaxQualityCorrection;
311      TArray<float>                          MinDistanceToPlayer;
312      TArray<float>                          MaxDistanceToPlayer;
313      TArray<float>                          NpcSenseSightRadiusMulAdd;
314      TArray<unsigned char>                  NpcOverrideAllowSleep;
315      TArray<class FString>                  NpcStartSleepTime;
316      TArray<class FString>                  NpcEndSleepTime;
317      float                                  Weight;
318  };
325
326  // ----------------------------------------
327
328  // Myth of Empires
329  // ScriptStruct SG.BindPointInfo
330
331  struct FBindPointInfo
332  {
333      struct FName                           BindPointDes;
334      struct FVector                         BindPointLocOffset;
335      struct FRotator                        BindPointRotOffset;
336      int32_t                                CanBindType;
337      int32_t                                CanBindTypeGroup;
338      int32_t                                ExcludeBindType;
339      bool                                   bBindPointTo : 1;
340      bool                                   bBindPointFrom : 1;
341      bool                                   bBestBindPoint : 1;
342      bool                                   bChangeFoundation : 1;
343      bool                                   bIgnoreCheckObject : 1;
344      bool                                   bIgnoreCreateOnGroundWhenBinded : 1;
345      unsigned char                          UnknownData00[0x3];
346  };
```



```
377  // ATLAS
378  // ScriptStruct ShooterGame.DamageHarvestingEntry
379
380  struct FDamageHarvestingEntry
381  {
382      float                DamageMultiplier;
383      float                HarvestQuantityMultiplier;
384      float                DamageHarvestAdditionalEffectiveness;
385      float                DamageDurabilityConsumptionMultiplier;
386      unsigned char        bAllowUnderwaterHarvesting : 1;
387      unsigned char        UnknownData00[0x7];
388      class UClass*        DamageTypeParent;
389      class UClass*        HarvestDamageFXOverride;
390  };
391
392  // --------------------------------------------------
393
394  // ATLAS
395  // ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement
396
397  struct FCraftingResourceRequirement
398  {
399      float                BaseResourceRequirement;
400      unsigned char        UnknownData00[0x4];
401      class UClass*        ResourceItemType;
402      bool                 bCraftingRequireExactResourceType;
403      unsigned char        UnknownData01[0x3];
404      int                  ForceMultipleResourceTypesRequirement;
405  };
406
407  // --------------------------------------------------
408
409  // ATLAS
410  // ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData
411
412  struct FCropItemPhaseData
413  {
414      float                NextStageFertilizerCacheThreshold;
415      unsigned char        UnknownData00[0x4];
416      class UStaticMesh*   StageStaticMesh;
417
```

```
350  // Myth of Empires
351  // ScriptStruct SG.DamageExploitEntry
352
353  struct FDamageExploitEntry
354  {
355      int32_t              DropWrapperId;
356      float                DropWrapperFactor;
357      float                DamageMultilier;
358      float                ExploitQuantityMultilier;
359      class UDamageType*   DamageTypeParent;
360  };
361
362
363
364
365  // --------------------------------------------------
366
367  // Myth of Empires
368  // ScriptStruct SG.CraftResourceRequirement
369
370  struct FCraftResourceRequirement
371  {
372      int32_t              BaseResourceRequirement;
373      unsigned char        UnknownData00[0x4];
374      TArray<class USGItem*>   ResourceItemType;
375      bool                 bConsumesDurable : 1;
376      unsigned char        UnknownData01[0x7];
377  };
378
379
380  // --------------------------------------------------
381
382  // Myth of Empires
383  // ScriptStruct SG.CropPhaseData
384
385  struct FCropPhaseData
386  {
387      float                StageGrowthThreshold;
388      float                StageStartScale;
389      float                StageEndScale;
390      unsigned char        UnknownData00[0x4];
391      class UStaticMesh*   StageStaticMesh;
392  };
```

```
1  // ATLAS                                                          1  // Myth of Empires
2  // Similar functions                                             2  // Similar functions
3                                                                    3
4  void ServerActorViewRemoteInventory(class UPrimalInventoryComponent* InventoryComp);      4  void ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory);
5  void ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* InventoryComp);     5  void ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory);
6  void ServerReleaseSeatingStructure();                            6  void ServerReleaseSeatingStructure();
7  void OnRep_HasWater(bool bPreviousHasWater);                     7  void OnRep_HasWater(bool bNewHasWater);
8  void OnRep_AssociatedItemNetInfo();                              8  void OnRep_AssociatedItemNetInfo();
9  void ClientUpdateLinkedStructures(TArray<uint32_t> NewLinkedStructures);      9  void ClientUpdateBindedStructures(TArray<uint32_t> NewBindedStructures);
10 void FinishedLoadingGameMedia();                                 10 void FinishedLoadingGameMedia();
11 void OnRep_Saddle();                                             11 void OnRep_Saddle();
12 void OnRep_CarriedCharacter();                                   12 void OnRep_CarriedCharacter();
13 void ClientGameStarted();                                       13 void ClientGameStarted();
14 void OnDisableSpectator();                                      14 void OnDisableSpectator();
15 void UnlockAchievement(const class FString& AchievementID);     15 void UnLockAchievement(const class FString& ID);
16 class UPrimalGameData* BPGameData();                            16 class USGGameData* GetGameData();
17 class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh); 17 class UMeshComponent* GetWeaponMesh();
18 void ServerRequestLeaveAlliance(uint32_t AllianceID);           18 void ServerRequestLeaveAlliance();
19 TArray<class APrimalBuff*> GetAllBuffs();                       19 TArray<class TMap<uint32_t, class USGBuff*>> GetAllBuffs();
20 void ServerSplitItemStack(const struct FItemNetID& ItemId, int AmountToSplit);            20 void ServerSplitItemStack(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int...
21 void PlayHitEffectPoint(float DamageTaken, const struct FPointDamageEvent& DamageEvent, class APawn* Pa... 21 void NetPlayHitEffectPoint(const struct FHitResult& HitInfo, class UDamageType* DamageTypeClass, TEnumAsByt...
22 void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);      22 void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);
23 void SpawnImpactEffect(const struct FHitResult& Impact);        23 void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
24 void ServerRequestLeaveTribe();                                 24 void ServerRequestLeaveGuild(bool bCheckBoxState);
25 void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);             25 void ServerRequestRenameGuild(const class FString& NewGuildName);
26 void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetReplic... 26 void NetSetContainerActive(bool bActive);
27 void Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeFalling);     27 void Immobilize(bool bImmobilize);
28 TArray<class UClass*> GetAllItems();                            28 class TMap<int32, class USGItem*> GetAllItems();
29 void ServerCraftItem(class AShooterPlayerController* ByPC, struct FItemNetID& ItemId);     29 void ServerCraftItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int...
30 void ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerController* ByPC, bool bRepa... 30 void ServerRepairItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId);
31 void OnBeginOverlap(class AActor* Actor);                       31 void OnBeginOverlap(class AActor* Actor, class AActor* OtherActor);
32 void OnEndOverlap(class AActor* Actor);                         32 void OnEndOverlap(class AActor* Actor, class AActor* OtherActor);
33 void CloseWithAnimation();                                      33 void CloseWithAnimation();
34 void ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeftWeapon);         34 void ClientSetClipAmmo(int32_t InClipAmmo);
35 bool IsWithinAttackRange(class AActor* Other, bool bForceUseLastAttackIndex);             35 bool IsWithinAttackRange(class AActor* InOther);
36 struct FVector GetRandomWanderDestination(int Vector& LocOverride, float RandomOffsetMultipli... 36 struct FVector GetRandomWanderDestination(bool bIsFirst);
37 float PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b... 37 float PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& StartSection);
38 void UpdateAttackTargets();                                     38 void UpdateAttackTarget(bool IsAttack);
39 void ClientShowSpawnUI(float Delay);                            39 void ClientShowReSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo, float RespawnTime, bool bIsRe...
```

Inside the Myth of Empires binary, there are references to "Primal" Mod GameData - "Primal" being specific to ARK & ATLAS (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)



**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
**robertschwartz@quinnemanuel.com**

December 4, 2021

<u>**VIA EMAIL**</u>

Marcel Bößendörfer, CEO
marbis GmbH d/b/a Nitrado
Griesbachstr. 10
76185 Karlsruhe Deutschland
+4917622140230
m.boessendoerfer@nitrado.net

Re:        <u>Notice of Claimed Infringement re: *Myth of Empires*</u>

To whom it may concern,

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game *Ark: Survival Evolved*.

**Without conceding that marbis GmbH d/b/a Nitrado ("Nitrado") is eligible for the safe-harbor protection provided by the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512, this letter constitutes a "notice of claimed infringement" to Nitrado, better known as a DMCA "takedown" notice.**

Nitrado is currently hosting and operating the server executable ("MOESever.exe") for a videogame titled *Myth of Empires*, purportedly developed by a company called Angela Game. However, based on our investigation, that game appears to have been built with trade secret, copyrighted source code that was stolen from SWC. Nitrado's hosting and operation of *Myth of Empires* is thus facilitating trade secret misappropriation and copyright infringement.

On December 1, 2021, we presented the information summarized below to Valve Corporation, where the infringing game has been made available for purchase and download on its Steam platform. Two days later, on December 3, Valve notified us that it has taken down *Myth of Empires* from Steam. We are asking Nitrado to take the equivalent action with regard to hosting the game.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms. In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS. The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190. The source code was also subject to reasonable measures to maintain its secrecy, including through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved* left to form Angela Game which, as noted above, is the developer of *Myth of Empires*. Accordingly, when *Myth of Empires* was released on November 18, 2021, SWC became understandably concerned because of large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*. This similarity extended to features that could not be explained through independent development, such as the use of **identical** gameplay mechanics not found in other games.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*. A preliminary analysis is attached as **Exhibit A**. SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC. The analysis reveals **hundreds** of matching "class," "variable," and "function" names.

**Accordingly, Studio Wildcard and Snail Games USA Inc. hereby formally request that Nitrado also take down, cease operation of, and cease hosting, all versions of the game titled *Myth of Empires*.**

Additionally, and pursuant to the DMCA (17 U.S.C. § 512(c)(3)), Studio Wildcard and Snail Games USA Inc. hereby state (or re-state) the following:

1. Studio Wildcard and Snail Games USA Inc. have authorized me to submit this notice of claimed infringement.

2. Studio Wildcard and Snail Games USA Inc. own registered copyrights in their video game *Ark: Survival Evolved*, which has been registered with the copyright office and is covered by copyright registration numbers TX0008844750, TX0008844750, and TX0008850190.

3. My clients' copyrights in *Ark: Survival Evolved* are being infringed by the video game *Myth of Empires*, which may be found on a the following website: https://www.mythofempires.com/. For the purposes of locating the relevant, infringing file, we understand that the server executable hosted and operated by Nitrado is named MOESever.exe.

4. Studio Wildcard and Snail Games USA Inc. may be contacted through me, and I am available at the following address, phone number, and email address:

   Robert M. Schwartz
   Quinn Emanuel Urquhart & Sullivan LLP
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
   (213) 443-3675
   robertschwartz@quinnemanuel.com

5. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* is infringing Studio Wildcard and Snail Games USA Inc.'s copyrights in *Ark: Survival Evolved*. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* was built by: (1) stealing the *Ark: Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*. Key employees of the developer of *Myth of Empires* worked at the Chinese parent of Snail Games USA Inc. and at least one of them had credentials that enabled them to access the *Ark: Survival Evolved* source code.

I state, under penalty of perjury, that the information contained in this notice is accurate, and that I am authorized to act on behalf of Studio Wildcard and Snail Games USA Inc.

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Very truly yours,

Robert M. Schwartz

# Exhibit A

**V1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of a handful of reflected game headers. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

--------------------

**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, <u>recommended</u>):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc



**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify).
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)
1. Clone <u>https://github.com/guttir14/UnrealDumper-4.25</u>
2. Setup game to dump as any UE4.26 game, or use patterns:
    {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
    {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.
---------------

**PRELIMINARY MATCHES:**

| # | ATLAS — APrimalStructure similar variables | # | Myth of Empires — ASGStructure similar variables |
|---|---|---|---|
| 1 | `// ATLAS` | 1 | `// Myth of Empires` |
| 2 | `// APrimalStructure similar variables` | 2 | `// ASGStructure similar variables` |
| 3 | | 3 | |
| 4 | `bool bIsPreviewStructure : 1;` | 4 | `bool bPreviewStructure : 1;` |
| 5 | `TArray<class UMaterialInstanceDynamic*> PreviewMaterialInstances;` | 5 | `TArray<class UMaterialInstanceDynamic*> PreviewInstances;` |
| 6 | `class UMaterialInterface* PreviewMaterial;` | 6 | `class UMaterialInterface* PreviewCreateMaterial;` |
| 7 | `bool bForcePlacingOnGround : 1;` | 7 | `bool bForceCreateOnGround : 1;` |
| 8 | `float PlacementMaxRange;` | 8 | `float MaxCreateRange;` |
| 9 | `TArray<struct FPrimalStructureSnapPoint> SnapPoints;` | 9 | `TArray<struct FBindPointInfo> BindPoints;` |
| 10 | `int StructureSnapTypeFlags;` | 10 | `int32_t BindType;` |
| 11 | `struct FVector PlacementHitLocOffset;` | 11 | `struct FVector CreateHitLocationOffset;` |
| 12 | `struct FVector PlacementEncroachmentCheckOffset;` | 12 | `struct FVector CreateCheckBoxOffset;` |
| 13 | `struct FVector PlacementTraceScale;` | 13 | `struct FVector CreateCheckBoxScale;` |
| 14 | `struct FRotator PlacementHitRotOffset;` | 14 | `struct FRotator CreateCheckBoxRotOffset;` |
| 15 | `float MaximumHeightAboveWorldGround;` | 15 | `float MaxHeightToWorldGround;` |
| 16 | `bool bIsFoundation : 1;` | 16 | `bool bFoundation : 1;` |
| 17 | `bool bIsWall : 1;` | 17 | `bool bWall : 1;` |
| 18 | `bool bIsFloor : 1;` | 18 | `bool bFloor : 1;` |
| 19 | `bool bOnlyFoundationIfSnappedToFoundation : 1;` | 19 | `bool bOnlyFoundationWhenBindedToFoundation : 1;` |
| 20 | `class UClass* AllowReplacementByStructureClassType;` | 20 | `class ASGStructure* CanReplaceByStructureClass;` |
| 21 | `class UClass* PreventReplacementOfStructureClassType;` | 21 | `class ASGStructure* PreventReplaceByStructureClass;` |
| 22 | `bool bReturnDamageOnHitFromPawn : 1;` | 22 | `bool bReturnDamageHitByPawn : 1;` |
| 23 | `float ReturnDamageAmount;` | 23 | `float ReturnDamageAmount;` |
| 24 | `float ReturnDamageImpulse;` | 24 | `float ReturnDamageImpulse;` |
| 25 | `class UClass* ReturnDamageType;` | 25 | `class UClass* ReturnDamageType;` |
| 26 | `bool bRequiresPlacingOnWall : 1;` | 26 | `bool bForceCreateOnWall : 1;` |
| 27 | `bool bCanDemolish : 1;` | 27 | `bool bCanBebDemolished : 1;` |
| 28 | `float PlacementFloorCheckStartOffsetZ;` | 28 | `float CheckFloorZUp;` |
| 29 | `float PlacementFloorCheckEndOffsetZ;` | 29 | `float CheckFloorZDown;` |
| 30 | `class UClass* NewSpawnEmitter;` | 30 | `class UClass* SpawnEmitter;` |
| 31 | `struct FVector SpawnEmitterLocationOffset;` | 31 | `struct FVector SpawnEmitterLocationOffset;` |
| 32 | `struct FRotator SpawnEmitterRotationOffset;` | 32 | `struct FRotator SpawnEmitterRotationOffset;` |
| 33 | `class USoundBase* PlacementSound;` | 33 | `struct FName SpawnSoundID;` |
| 34 | `float PreventPlacingNearEnemyRadius;` | 34 | `float CheckEnemyFoundationRadius;` |
| 35 | `bool bForceCheckNearbyEnemyFoundation : 1;` | 35 | `bool bCheckNearByEnemyFoundation : 1;` |
| 36 | `bool bForcePreventEnemyStructuresNearby : 1;` | 36 | `bool bPreventNearByEnemyFoundation : 1;` |
| 37 | `bool bOnlyAllowPlacementInWater : 1;` | 37 | `bool bRealFoundation : 1;` |
| 38 | `struct FVector WaterVolumeCheckPointOffset;` | 38 | `struct FVector CheckWaterLocationOffset;` |
| 39 | `float WaterPlacementMinimumWaterHeight;` | 39 | `float CheckMinWaterHeight;` |
| 40 | `float PreventPlacingNearEnemyRadius;` | 40 | `float CheckEnemyPlayerRadius;` |
| 41 | `struct FName StructureTypeTag;` | 41 | `class FString StructureTag;` |
| 42 | `TArray<class UClass*> IgnoreReplacementCheckOfStructureClassTypes;` | 42 | `TArray<class ASGStructure*> IgnorePreventStructureClasses;` |
| 43 | `bool bAttachToStaticMeshSocket : 1;` | 43 | `bool bAllowAttachToStaticMeshSocket : 1;` |
| 44 | `struct FName AttachToStaticMeshSocketNameBase;` | 44 | `struct FName AttachToStaticMeshSocketName;` |
| 45 | `float DemolishGiveItemCraftingResourcePercentage;` | 45 | `float GivingItemFromDemolishPercentage;` |
| 46 | `bool bCanBeRepaired : 1;` | 46 | `bool bCanRepair : 1;` |
| 47 | `bool bIsRepairing : 1;` | 47 | `bool bRepairing : 1;` |
| 48 | `double NextAllowRepairTime;` | 48 | `double NextAllowRepairTime;` |
| 49 | `float RepairCheckInterval;` | 49 | `float RepairInterval;` |
| 50 | `float RepairPercentPerInterval;` | 50 | `float RepairHPPerInterval;` |
| 51 | `class UClass* ConsumesPrimalItem;` | 51 | `class UClass* ConsumeItem;` |
| 52 | `float NoClaimFlagDecayDestructionPeriod;` | 52 | `float NoTeamAreaDecayInterval;` |
| 53 | `float NoClaimFlagDecayDestructionPeriodMultiplier;` | 53 | `float NoTeamAreaDecayHPPercent;` |
| 54 | `float DecayDestructionPeriod;` | 54 | `float TeamAreaDecayInterval;` |
| 55 | `float DecayDestructionPeriodMultiplier;` | 55 | `float TeamAreaDecayHPPercent;` |
| 56 | `class FString OwnerName;` | 56 | `class FString OwnerName;` |
| 57 | `class FString OwningPlayerName;` | 57 | `class FString OwnerPlayerName;` |
| 58 | `uint32_t StructureID;` | 58 | `uint32_t StructureID;` |
| 59 | `TArray<uint32_t> LinkedStructuresID;` | 59 | `TArray<uint32_t> BindedStructuresByID;` |
| 60 | `TArray<class APrimalStructure*> LinkedStructures;` | 60 | `TArray<class ASGStructure*> BindedStructures;` |
| 61 | `TArray<class APrimalStructure*> StructuresPlacedOnFloor;` | 61 | `TArray<class ASGStructure*> StructuresOnFloor;` |
| 62 | `class APrimalStructure* PlacedOnFloorStructure;` | 62 | `class ASGStructure* CreateOnFloorStructure;` |
| 63 | `bool bPendingRemoval : 1;` | 63 | `bool bPendingRemove : 1;` |

**ATLAS (left) vs Myth of Empires (right) — similar variables comparison**

ATLAS:
```cpp
// ATLAS
// UPrimalRichTextBlock similar variables

struct FText                                      Text;
TEnumAsByte<ETextJustify>                         Justification;
bool                                              AutoWrapText;
float                                             WrapTextAt;
struct FMargin                                    Margin;
float                                             LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& inString);

// ----------------------------------------

// ATLAS
// UPrimalInventoryComponent similar variables

TArray<class UClass*>                             DefaultInventoryItems;
TArray<class UClass*>                             CheatInventoryItems;
TArray<class UClass*>                             DefaultEquippedItems;
TArray<class UClass*>                             DefaultSlotItems;
TArray<class UPrimalItem*>                        CraftingItems;
int                                               MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>               ItemCraftQueueEntries;
TArray<class UClass*>                             RemoteAddItemOnlyAllowItemClasses;
TArray<struct FItemMultiplier>                    ItemSpoilingTimeMultipliers;
TArray<class UPrimalItem*>                        InventoryItems;
TArray<class UPrimalItem*>                        EquippedItems;
TArray<class UPrimalItem*>                        ItemSlots;
bool                                              bInital : 1;
int                                               MaxInventoryItems;

// ----------------------------------------

// ATLAS
// UPrimalItem similar variables

TWeakObjectPtr<class AShooterWeapon>              AssociatedWeapon;
TWeakObjectPtr<class UPrimalInventoryComponent>   OwnerInventory;
TArray<struct FCraftingResourceRequirement>       BaseCraftingResourceRequirements;
class UClass*                                     SpoilingItem;
float                                             SpoilingTime;
class UClass*                                     BrokenGiveItemClass;
TEnumAsByte<EPrimalEquipmentType>                 MyEquipmentType;
int                                               MaxBlueprintCrafts;
unsigned char                                     bResourcePreventGivingFromDemolition : 1;
unsigned char                                     bCanBuildStructures : 1;
float                                             BlueprintTimeToCraft;
unsigned char                                     bAutoCraftBlueprint : 1;
double                                            NextCraftCompletionTime;
unsigned char                                     bDestroyBrokenItem : 1;
int                                               SlotIndex;
float                                             ItemQuality;
unsigned char                                     bBPCanUse : 1;
unsigned char                                     bAllowUseWhileRiding : 1;
unsigned char                                     bAllowRemoteUseInInventory : 1;
unsigned char                                     bUseItemDurability : 1;
TArray<class UClass*>                             CraftingRequiresInventoryComponent;
float                                             NewBaseCraftingXP;
TEnumAsByte<EPrimalItemType>                      ItemType;
```

Myth of Empires:
```cpp
// Myth of Empires
// USGRichTextBlock similar variables

struct FText                                      Text;
TEnumAsByte<ETextJustify>                         Justification;
bool                                              AutoWrapText;
float                                             WrapTextAt;
struct FMargin                                    Margin;
float                                             LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& InString);

// ----------------------------------------

// Myth of Empires
// USGInventoryComponent similar variables

class TMap<class USGItem*, int32_t>               DefaultInventoryItems;
class TMap<class USGItem*, int32_t>               CheatInventoryItems;
class TArray<class USGItem*>                      DefaultEquippedItems;
class TMap<class USGItem*, int32_t>               DefaultShortCutItems;
TArray<class USGItem*>                            CraftItems;
int32_t                                           MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>               ItemCraftQueueEntries;
TArray<class UClass*>                             OnlyAddItemTemplates;
TArray<struct FItemExpireTimeData>                ItemExpireTimeData;
TArray<class USGItem*>                            InventoryItems;
TArray<class USGItem*>                            EquipItems;
TArray<class USGItem*>                            ShortCutItems;
unsigned char                                     bInitializedMe : 1;
int32_t                                           EquipItemMaxAmount;

// ----------------------------------------

// Myth of Empires
// USGItem similar variables

TWeakObjectPtr<class ASGWeapon>                   AssociatedWeapon;
TWeakObjectPtr<class USGInventoryComponent>       OwnerInventory;
TArray<struct FCraftResourceRequirement>          BaseCraftResourceRequirements;
class USGItem*                                    ExpiredItem;
float                                             ExpireTime;
class USGItem*                                    BrokenGiveItemClass;
TEnumAsByte<EEquipmentType>                       EquipmentType;
int32_t                                           MaxCanCraftAmount;
bool                                              bPreventGivingFromDemolish : 1;
bool                                              bCanCreateStructure : 1;
float                                             TimeToCraft;
bool                                              bAutoCraft : 1;
float                                             NextCraftRemainTime;
bool                                              bBrokenDestroy : 1;
int32_t                                           SlotIndex;
TEnumAsByte<EItemQuality>                         ItemQuality;
bool                                              bCanUse : 1;
bool                                              bCanRideUse : 1;
bool                                              bCanCosumeForTarget : 1;
bool                                              bUseDurable : 1;
TArray<class USGItem*>                            CraftInStructureItem;
float                                             BaseCraftExperienceToAdd;
                                                  ItemType;
```

```
// ATLAS                                                              // Myth of Empires
// APrimalCharacter, APrimalDinoCharacter similar variables           // ABaseCharacter, ASG_AICharacter similar variables

    float                                    DefaultAngularDamping;        ─→   float      DefaultAngularDamping;
    float                                    DefaultLinearDamping;         ─→   float      DefaultLinearDamping;
    float                                    CorpseDraggedDecayRate;       ─→   float      CorpseDraggedDecayRate;
    double                                   CorpseDestructionTime;        ─→   float      CorpseDissolveTime;
    float                                    CorpseFadeAwayTime;           ─→   float      CorpseDissolveFinishTime;
    struct FVector                           TPVCameraOffset;              ─→   struct FVector   TPVCameraOffset;
    float                                    ServerSeatedViewRotationPitch;─→   float      ServerSeatedViewRotationPitch;
    float                                    ServerSeatedViewRotationYaw;  ─→   float      ServerSeatedViewRotationYaw;
    float                                    ClientRotationInterpSpeed;    ─→   float      ControlRotationInterpSpeed;
    TArray<struct FDinoAttackInfo>           AttackInfos;                  ─→   TArray<struct FAIAttackInfo>   AIAttackInfos;
    TArray<struct FBoneDamageAdjuster>       BoneDamageAdjusters;          ─→   TArray<struct FAnimalBoneDamageAdjusterConfig>   AnimalBoneDamageAdjusters;
    TWeakObjectPtr<class APrimalCharacter>   CarriedCharacter;             ─→   TWeakObjectPtr<class ABaseCharacter>   CarriedCharacter;
    TWeakObjectPtr<class APrimalCharacter>   MountCharacter;               ─→   TWeakObjectPtr<class ABaseCharacter>   RiderCharacter;
    TWeakObjectPtr<class ANPCZoneVolume>     HardLimitWildDinoToVolume;    ─→   TWeakObjectPtr<class ANpcSpawnVolume>   BindNpcSpawnVolume;
    unsigned char                            bAllowTargetingCorpses : 1;   ─→   bool       bAllowTagetCorpses : 1;
    unsigned char                            bCanBeTamed : 1;              ─→   bool       bCanTame : 1;
    unsigned char                            bIsImmobilized : 1;           ─→   bool       bImmobilized : 1;
    unsigned char                            bIsAmphibious : 1;            ─→   bool       bIsAmphibious : 1;
    unsigned char                            bForceNoRotation : 1;         ─→   bool       bForbidRotation : 1;
    float                                    TamedMaxFollowDistance;       ─→   float      MaxFollowDistance;
    struct FVector                           MovingAroundBlockadePoint;    ─→   struct FVector   MoveAroundBlockadePoint;
    class AActor*                            LastMovingAroundBlockadeActor;─→   TWeakObjectPtr<class AActor>   LastMoveAroundBlockadeActor;
    unsigned char                            bRiderDontRequireSaddle : 1;  ─→   bool       bRiderRequireSaddle : 1;
    float                                    ReplicatedHealth;             ─→   float      ReplicatedHP;
    float                                    RiderMaxSpeedModifier;        ─→   float      ExtraMaxSpeedModifier;
    float                                    RiderExtraMaxSpeedModifier;   ─→   float      ExtraMaxSpeedModifier;
    unsigned char                            bIgnoreMoveAroundBlockade : 1;─→   bool       bIsMoveAroundBlockade : 1;
    unsigned char                            bPreventMovement : 1;         ─→   bool       bForbidMove : 1;
    unsigned char                            bIsBeingDragged : 1;          ─→   bool       bIsDragged : 1;
    unsigned char                            bIsSleeping : 1;              ─→   bool       bIsSleeping : 1;
    unsigned char                            bPreventImmobilization : 1;   ─→   bool       bPreventImmobilize : 1;
    unsigned char                            bRiderDontRequireSaddle : 1;  ─→   bool       bRiderRequireSaddle : 1;
    unsigned char                            bUsesGender : 1;              ─→   bool       bUseCharacterSex : 1;
    class UClass*                            DefaultWeapon;                ─→   class UClass*   DefaultWeapon;
    class UAnimMontage*                      MountCharacterAnimation;      ─→   class UAnimMontage*   MountMontage;
    class UPrimalHarvestingComponent*        MyDeathHarvestingComponent;   ─→   class USGExploitComponent*   DeathExploitComponent;
    float                                    BabyAge;                      ─→   float      AnimalAge;
    float                                    BabyScale;                    ─→   float      AnimalBabyScale;
    double                                   LastHitDamageTime;            ─→   float      LastMakeDamageTime;
    double                                   NextAllowedMatingTime;        ─→   float      NextMateRemainTime;
    struct FVector                           TPVCameraOffset;              ─→   struct FVector   TPVCameraOffset;
```

**ATLAS (left) vs Myth of Empires (right)**

```
// ATLAS                                                    // Myth of Empires
// APrimalStructureWaterPipe similar variables              // ASGStructureWaterPipe similar variables

bool                            bHasWater : 1;              bool                            bHasWater : 1;
class UMaterialInterface*       HasWaterMaterial;           class UMaterialInterface*       HasWaterReplaceMaterial;
class UMaterialInterface*       NoWaterMaterial;            class UMaterialInterface*       NoWaterReplaceMaterial;
int                             WaterMaterialIndex;         int32_t                         ReplaceMaterialIndex;

void OnRep_HasWater(bool bNewHasWater);                     void OnRep_HasWater(bool bPreviousHasWater);

// ------------------------------------                     // ------------------------------------

// ATLAS                                                    // Myth of Empires
// UUI_PreviewWidget similar variables                      // UPreviewSceneWidget similar variables

float                           FOV;                        float                           FOV;
struct FRotator                 MeshRotation;               struct FRotator                 MeshRotation;
struct FRotator                 OrbitRotation;              struct FRotator                 OrbitRotation;
struct FVector                  MeshScale;                  float                           PreviewScale;
float                           CameraDistance;             float                           CameraDistance;
float                           BrakeSpeed;                 float                           BrakeSpeed;
float                           RotationSpeed;              float                           RotationSpeed;
struct FRotator                 AutoRotator;                struct FRotator                 AutoRotator;
class UWorld*                   GameWorld;                  class UWorld*                   GameWorld;
class UWorld*                   PreviewWorld;               class UWorld*                   PreviewWorld;
TArray<class USceneComponent*>  PreviewComponents;          TArray<class USceneComponent*>  PreviewComponents;
struct FVector2D                RotationVelocity;           struct FVector2D                RotationVelocity;
class USceneCaptureComponent2D* CaptureComponent;           class USceneCaptureComponent2D* CaptureComponent;

// ------------------------------------                     // ------------------------------------

// ATLAS                                                    // Myth of Empires
// APrimalStructureDoor similar variables                   // ASGStructureDoor similar variables

class USceneComponent*          MyDoorTransform;            class USceneComponent*          MyDoorRootComponent;
float                           RotationSpeed;              float                           RotationSpeed;
class USoundCue*                DoorOpenSound;              struct FName                    OpenSoundID;
class USoundCue*                DoorCloseSound;             struct FName                    CloseSoundID;
bool                            bInvertOpenCloseDirection : 1;  bool                        bOpenCloseDirection : 1;
bool                            bIsLocked : 1;              bool                            bIsLocked : 1;
int8_t                          DoorOpenState;              int8_t                          DoorSwitchState;
bool                            bRotatePitch : 1;           bool                            bRotateByPitch : 1;
bool                            bRotateRoll : 1;            bool                            bRotateByRoll : 1;
bool                            bRotateYaw : 1;             bool                            bRotateByYaw : 1;
bool                            bInitializedRotation : 1;   bool                            bInitRotation : 1;
bool                            bUseSecondDoor : 1;         bool                            bDoubleDoor : 1;
struct FRotator                 SecondDoorDefaultRot;       struct FRotator                 DoubleDoorDefaultRotation;
bool                            bSupportsPinLocking : 1;    bool                            bCanSetPassword : 1;
uint32_t                        CurrentPinCode;             uint32_t                        CurrentPassword;
bool                            bIsPinLocked : 1;           bool                            bLockedByPassword : 1;

void NetGotoDoorState(int8_t DoorState);                    void SwitchDoorState(unsigned char DoorState);
void OnRep_DoorOpenState(int8_t PrevDoorOpenState);         void OnRep_DoorSwitchState();
void NetGotoDoorState(int8_t DoorState);                    void NetSwitchDoorState(unsigned char DoorState);
```

```
122  // ATLAS
123  // APrimalStructureItemContainer similar variables
124
125  bool                                      bOnlyUseSpoilingMultipliersIfActivated : 1;
126  bool                                      bAutoActivateWhenFueled : 1;
127  bool                                      bCanToggleActivation : 1;
128  class FString                             ActivateContainerString;
129  class FString                             DeactivateContainerString;
130  uint64_t                                  DeathCacheCharacterID;
131  bool                                      bContainerActivated : 1;
132  class UClass*                             NextConsumeFuelGiveItemType;
133  double                                    LastCheckedFuelTime;
134  bool                                      bDropInventoryOnDestruction : 1;
135  float                                     DropInventoryOnDestructionLifespan;
136  double                                    NetDestructionTime;
137  class USoundBase*                         ContainerActivatedSound;
138  class USoundBase*                         ContainerDeactivatedSound;
139  uint32_t                                  CurrentPinCode;
140  bool                                      bIsPinLocked : 1;
141
142  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetRep
143
144  // ------------------------------------------------------
145
146  // ATLAS
147  // APrimalStructureBed similar variables
148
149  bool                                      bDestroyAfterRespawnUse : 1;
150  struct FVector                            RespawnLocationOffset;
151  struct FRotator                           RespawnRotOffset;
152  class FString                             BedName;
153
154  // ------------------------------------------------------
155
156  // ATLAS
157  // APrimalStructureTurretBallista similar variables
158
159  float                                     TPVCameraPitchMin;
160  float                                     TPVCameraPitchMax;
161  float                                     YawViewRotation;
162  float                                     PitctViewRotation;
163  class UClass*                             CurrentAmmoItemTemplate;
164  TArray<class UClass*>                      AlternateAmmoItemTemplates;
165
166  // ------------------------------------------------------
167
168  // ATLAS
169  // APrimalStructureSeating similar variables
170
171  TWeakObjectPtr<class APrimalCharacter>       SeatedCharacter;
172  int                                          NumSeats;
173  struct FVector                               SeatedCharacterLocationOffset;
174  struct FRotator                              SeatedCharacterRotationOffset;
175  TArray<TWeakObjectPtr<class APrimalCharacter>>  CharacterPerSeat;
176  class USoundCue*                             RideSound;
177  class USoundCue*                             UnrideSound;
```

```
122  // Myth of Empires
123  // ASGStructureItemContainer similar variables
124
125  bool                                      bOnlyUseExpireTimeMultipliersIfActivated : 1;
126  bool                                      bAutoActivateWhenFuel : 1;
127  bool                                      bCanActivate : 1;
128  struct FText                              ContainerActivateString;
129  struct FText                              ContainerDeactivateString;
130  struct FGuid                              DeathCharacterGuid;
131  bool                                      bIsActivated : 1;
132  class UClass*                             NextConsumeFuelGiveItem;
133  double                                    LastRefreshFuelStateTime;
134  bool                                      bSpawnInventoryOnDestruction : 1;
135  float                                     SpawnInventoryOnDestructionLifeSpan;
136  float                                     SavedNetDestructionTime;
137  struct FName                              ActivatedSoundID;
138  struct FName                              DeActivatedSoundID;
139  uint32_t                                  CurrentPassword;
140  bool                                      bLockedByPassword : 1;
141
142  void NetSetContainerActive(bool bActive);
143
144  // ------------------------------------------------------
145
146  // Myth of Empires
147  // ASGStructureBed similar variables
148
149  bool                                      bReSpawnDestroy : 1;
150  struct FVector                            PlayerSpawnLocOffset;
151  struct FRotator                           PlayerSpawnRotOffset;
152  class FString                             BedName;
153
154  // ------------------------------------------------------
155
156  // Myth of Empires
157  // ASGStructureTurret similar variables
158
159  float                                     TPVCameraPitchMin;
160  float                                     TPVCameraPitchMax;
161  float                                     YawViewRotation;
162  float                                     PitchViewRotation;
163  class UClass*                             CurrentAmmoItemTemplate;
164  TArray<class UClass*>                      AllAmmoItemTemplates;
165
166  // ------------------------------------------------------
167
168  // Myth of Empires
169  // ASGStructureSeat similar variables
170
171  TWeakObjectPtr<class ABaseCharacter>         SeatedCharacter;
172  int32_t                                      NumSeats;
173  struct FVector                               SeatedCharacterLocationOffset;
174  struct FRotator                              SeatedCharacterRotationOffset;
175  TArray<class ABaseCharacter*>                AllSeatedCharacter;
176  struct FName                                 RideSoundID;
177  struct FName                                 UnRideSoundID;
```

```
181  // ATLAS
182  // ANPCZoneManager similar variables
183
184  TArray<class AActor*>                        DefaultZoneSpawnVolumeFloors;
185  TArray<struct FName>                         DefaultZoneSpawnVolumeFloorTags;
186  class UClass*                                NPCSpawnEntriesContainerObject;
187  TArray<class ANPCZoneVolume*>                LinkedZoneVolumes;
188  TArray<struct FLinkedZoneSpawnVolumeEntry>   LinkedZoneSpawnVolumeEntries;
189  int                                          MaxNumberSpawnZoneRandomPointChecks;
190  int                                          MinDesiredNumberOfNPC;
191  int                                          AbsoluteMaxNumberOfNPC;
192  float                                        PlayerDistanceFromSpawnPoint;
193  float                                        StructureDistanceFromSpawnPoint;
194
195  // --------------------------------------------------
196
197  // ATLAS
198  // ScriptStruct ShooterGame.DecalData
199
200  struct FDecalData
201  {
202      class UMaterialInterface*                DecalMaterial;
203      float                                    DecalSize;
204      float                                    DecalDepth;
205      float                                    DecalImpactNormalOffset;
206      float                                    LifeSpan;
207      float                                    RandomAngleRange;
208  };
209
210  // --------------------------------------------------
211
212  // ATLAS
213  // ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry
214
215  struct FLinkedZoneSpawnVolumeEntry
216  {
217      class ANPCZoneSpawnVolume*               LinkedZoneSpawnVolume;
218      TArray<class AActor*>                    ZoneSpawnVolumeFloors;
219      TArray<struct FName>                     ZoneSpawnVolumeFloorTags;
220      float                                    EntryWeight;
221      unsigned char                            UnknownData00[0x4];
222  };
223
224  // --------------------------------------------------
225
226  // ATLAS
227  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit
228
229  struct FNPCSpawnLimit
230  {
231      class UClass*                            NPCClass;
232      class FString                            NPCClassString;
233      float                                    MaxPercentageOfDesiredNumToAllow;
234      unsigned char                            UnknownData00[0x4];
235  };
236
```

Right column:

```
181  // Myth of Empires
182  // ANpcSpawnInfo similar variables
183
184  TArray<class AActor*>                        DefaultSpawnVolumeFloors;
185  TArray<struct FName>                         DefaultSpawnVolumeFloorTags;
186  class UClass*                                NpcSpawnTemplateClass;
187  TArray<class ANpcVolume*>                    NpcVolumes;
188  TArray<struct FNpcSpawnVolumeData>           NpcSpawnVolumeDatas;
189  int32_t                                      MaxNumberValidSpawnDataChecks;
190  int32_t                                      MinDesiredNumberOfNPC;
191  int32_t                                      MaxNumberOfNPC;
192  float                                        CheckPlayerDistance;
193  float                                        CheckStructureDistance;
194
195  // --------------------------------------------------
196
197  // Myth of Empires
198  // ScriptStruct SG.DecalData
199
200  struct FDecalData
201  {
202      class UMaterialInterface*                DecalMaterial;
203      float                                    DecalSize;
204      float                                    DecalDepth;
205      float                                    DecalImpactNormalOffset;
206      float                                    LifeSpan;
207  };
208
209
210  // --------------------------------------------------
211
212  // Myth of Empires
213  // ScriptStruct SG.NpcSpawnVolumeData
214
215  struct FNpcSpawnVolumeData
216  {
217      class ANpcSpawnVolume*                   NpcSpawnVolume;
218      TArray<class AActor*>                    SpawnVolumeFloors;
219      TArray<struct FName>                     SpawnVolumeFloorTags;
220      float                                    Weight;
221      unsigned char                            UnknownData00[0x4];
222  };
223
224  // --------------------------------------------------
225
226  // Myth of Empires
227  // ScriptStruct SG.NPCSpawnLimit
228
229  struct FNPCSpawnLimit
230  {
231      class ABaseCharacter*                    NPCTemplateClass;
232      float                                    Percentage;
233      unsigned char                            UnknownData00[0x4];
234  };
```

Case 2:21-cv-00255-CAS-SK   Document 29-3   Filed 12/15/21   Page 33 of 52   Page ID #:787

```
239  // ATLAS
240  // ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      struct FItemNetID          ItemId;
245      int                        Quantity;
246      bool                       bIsRepair;
247      bool                       bIgnoreInventoryRequirement;
248      unsigned char              UnknownData00[0x2];
249      float                      RepairPercentage;
250      float                      RepairSpeedMultiplier;
251  };
252
253  // ----------------------------------------------------
254
255  // ATLAS
256  // ScriptStruct ShooterGame.PrimalDinoCharacter.PrimalSaddleStructure
257
258  struct FPrimalSaddleStructure
259  {
260      struct FVector             DinoRelativeLocation;
261      struct FRotator            DinoRelativeRotation;
262      struct FName               BoneName;
263      class APrimalStructure*    MyStructure;
264  };
265
266
267  // ----------------------------------------------------
268
269  // ATLAS
270  // ScriptStruct ShooterGame.PrimalStructure.PlacementData
271
272  struct FPlacementData
273  {
274      struct FVector             AdjustedLocation;
275      struct FRotator            AdjustedRotation;
276      bool                       bSnapped;
277      bool                       bDisableEncroachmentCheck;
278      bool                       bIsWaterGrounded;
279      unsigned char              UnknownData00[0x1];
280      int                        MySnapToIndex;
281      int                        TheirSnapToIndex;
282      unsigned char              UnknownData01[0x4];
283      class AActor*              FloorHitActor;
284      class APrimalStructure*    ParentStructure;
285      class APrimalStructure*    ForcePlacedOnFloorParentStructure;
286      class APrimalStructure*    ReplacesStructure;
287      class APawn*               AttachToPawn;
288      struct FName               AttachToBone;
289      class APrimalDinoCharacter* DinoCharacter;
290  };
```

```
239  // Myth of Empires
240  // ScriptStruct SG.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      class USGItem*             ItemTemplate;
245      struct FGuid               UniqueId;
246      int32_t                    Quantity;
247      float                      RemaingCraftTime;
248      float                      TotalRemainingCraftTime;
249      bool                       bIsRepair : 1;
250      TEnumAsByte<EItemQuality>  UseRemoveItemQuality;
251  };
252
253  // ----------------------------------------------------
254
255  // Myth of Empires
256  // ScriptStruct SG.PlatformStructure
257
258  struct FPlatformStructure
259  {
260      class ASGStructure*        PlatformStructure;
261      struct FVector             RelativeLocation;
262      struct FRotator            RelativeRotation;
263      struct FName               BoneName;
264  };
265
266
267  // ----------------------------------------------------
268
269  // Myth of Empires
270  // ScriptStruct SG.CreateStructureInfo
271
272  struct FCreateStructureInfo
273  {
274      struct FVector             Expectedlocation;
275      struct FRotator            ExpectedRotation;
276      bool                       bHasBinded : 1;
277      unsigned char              UnknownData00[0x7];
278      class ASGStructure*        ParentStructure;
279      class ASGStructure*        ReplaceStructure;
280      class ASGStructure*        PreventStructure;
281      class ASGStructureCheckVolume* PreventCheckVolume;
282      class ASGStructure*        CreateOnStructure;
283      class ABaseCharacter*      PlatformCharacter;
284      struct FName               AttachBoneName;
285      bool                       bIgnoreCheckObject : 1;
286      unsigned char              UnknownData01[0x7];
287  };
```

```
294  // ATLAS
295  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry
296
297  struct FNPCSpawnEntry
298  {
299      class FString                          AnEntryName;
300      TArray<class UClass*>                  NPCsToSpawn;
301      TArray<class FString>                  NPCsToSpawnStrings;
302      TArray<struct FClassRemappingWeight>   NPCRandomSpawnClassWeights;
303      TArray<struct FVector>                 NPCsSpawnOffsets;
304      TArray<float>                          NPCsToSpawnPercentageChance;
305      TArray<float>                          NPCMinLevelOffset;
306      TArray<float>                          NPCMinLevelMultiplier;
307      TArray<float>                          NPCMaxLevelOffset;
308      TArray<float>                          NPCMaxLevelMultiplier;
309      unsigned char                          bAddLevelOffsetBeforeMultiplier : 1;
310      unsigned char                          bForcePreventSpawnOnOcean : 1;
311      unsigned char                          UnknownData00[0x7];
312      TArray<unsigned char>                  NPCOverrideLevel;
313      struct FVector                         ExtentCheck;
314      struct FVector                         GroupSpawnOffset;
315      float                                  EntryWeight;
316  };
329
330
331
332  // ----------------------------------
333
334  // ATLAS
335  // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint
336
337  struct FPrimalStructureSnapPoint
338  {
339      struct FName                           SnapPointDescription;
340      struct FVector                         PointLocOffset;
341      struct FRotator                        PointRotOffset;
342      struct FRotator                        PointComparisonExtraRotOffset;
343      unsigned char                          bAttachToPoint : 1;
344      unsigned char                          bAttachFromPoint : 1;
345      unsigned char                          bHighPriorityAttachToPoint : 1;
346      unsigned char                          bSnapToUseAlternatePlacemenTraceScale : 1;
347      unsigned char                          bAttachToDisableEncroachmentCheck : 1;
348      unsigned char                          bAttachToDisableVisibilityCheck : 1;
349      unsigned char                          bInvalidForStructureLinking : 1;
350      unsigned char                          bSnapForceNoGroundRequirement : 1;
351      unsigned char                          bSnapToOnlyAllowSingleAttachment : 1;
352      unsigned char                          bSnapToInvertYawWhenFlipped : 1;
353      unsigned char                          bPorthole : 1;
354      unsigned char                          bMeshOffsetUpdateSnapLocation : 1;
355      unsigned char                          bSnapForceAllowPlacementAtOtherActorLocation : 1;
356      unsigned char                          UnknownData00[0x2];
357      int                                    ToPointSnapTypeFlags;
358      int                                    ToPointSnapTypeExcludeFlags;
359      int                                    SnapPointMatchGroup;
360  };
```

Right column:

```
294  // Myth of Empires
295  // ScriptStruct SG.NPCSpawnData
296
297  struct FNPCSpawnData
298  {
299      class FString                          SpawnDataName;
300      TArray<class ABaseCharacter*>          NpcTemplateClasses;
301      TArray<int32_t>                        NpcSpawnGroupMinNum;
302      TArray<int32_t>                        NpcSpawnGroupMaxNum;
303      float                                  NpcSpawnGroupDistance;
304      unsigned char                          UnknownData00[0x4];
305      TArray<float>                          NpcSpawnWeight;
306      TArray<float>                          NpcMinLevelOffset;
307      TArray<float>                          NpcMaxLevelOffset;
308      TArray<unsigned char>                  NpcOverrideLevel;
309      TArray<float>                          NpcMinQualityCorrection;
310      TArray<float>                          NpcMaxQualityCorrection;
311      TArray<float>                          MinDistanceToPlayer;
312      TArray<float>                          MaxDistanceToPlayer;
313      TArray<float>                          NpcSenseSightRadiusMulAdd;
314      TArray<unsigned char>                  NpcOverrideAllowSleep;
315      TArray<class FString>                  NpcStartSleepTime;
316      TArray<class FString>                  NpcEndSleepTime;
317      float                                  Weight;
318  };
325
326  // ----------------------------------
327
328  // Myth of Empires
329  // ScriptStruct SG.BindPointInfo
330
331  struct FBindPointInfo
332  {
333      struct FName                           BindPointDes;
334      struct FVector                         BindPointLocOffset;
335      struct FRotator                        BindPointRotOffset;
336      int32_t                                CanBindType;
337      int32_t                                CanBindTypeGroup;
338      int32_t                                ExcludeBindType;
339      bool                                   bBindPointTo : 1;
340      bool                                   bBindPointFrom : 1;
341      bool                                   bBestBindPoint : 1;
342      bool                                   bChangeFoundation;
343      bool                                   bIgnoreCheckObject : 1;
344      bool                                   bIgnoreCreateOnGroundWhenBinded : 1;
345      unsigned char                          UnknownData00[0x3];
346  };
```

```
377  // ATLAS
378  // ScriptStruct ShooterGame.DamageHarvestingEntry
379
380  struct FDamageHarvestingEntry
381  {
382      float                          DamageMultiplier;
383      float                          HarvestQuantityMultiplier;
384      float                          DamageHarvestAdditionalEffectiveness;
385      float                          DamageDurabilityConsumptionMultiplier;
386      unsigned char                  bAllowUnderwaterHarvesting : 1;
387      unsigned char                  UnknownData00[0x7];
388      class UClass*                  DamageTypeParent;
389      class UClass*                  HarvestDamageFXOverride;
390  };
391
392  // --------------------------------------------------
393
394  // ATLAS
395  // ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement
396
397  struct FCraftingResourceRequirement
398  {
399      float                          BaseResourceRequirement;
400      unsigned char                  UnknownData00[0x4];
401      class UClass*                  ResourceItemType;
402      bool                           bCraftingRequireExactResourceType;
403      unsigned char                  UnknownData01[0x3];
404      int                            ForceMultipleResourceTypesRequirement;
405  };
406
407  // --------------------------------------------------
408
409  // ATLAS
410  // ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData
411
412  struct FCropItemPhaseData
413  {
414      float                          NextStageFertilizerCacheThreshold;
415      unsigned char                  UnknownData00[0x4];
416      class UStaticMesh*             StageStaticMesh;
417  };
```

Right column:

```
350  // Myth of Empires
351  // ScriptStruct SG.DamageExploitEntry
352
353  struct FDamageExploitEntry
354  {
355      int32_t                        DropWrapperId;
356      float                          DropWrapperFactor;
357      float                          DamageMultilier;
358      float                          ExploitQuantityMultilier;
359      class UDamageType*             DamageTypeParent;
360  };
361
362
363
364
365  // --------------------------------------------------
366
367  // Myth of Empires
368  // ScriptStruct SG.CraftResourceRequirement
369
370  struct FCraftResourceRequirement
371  {
372      int32_t                        BaseResourceRequirement;
373      unsigned char                  UnknownData00[0x4];
374      TArray<class USGItem*>         ResourceItemType;
375      bool                           bConsumesDurable : 1;
376      unsigned char                  UnknownData01[0x7];
377  };
378
379
380
381
382  // Myth of Empires
383  // ScriptStruct SG.CropPhaseData
384
385  struct FCropPhaseData
386  {
387      float                          StageGrowthThreshold;
388      float                          StageStartScale;
389      float                          StageEndScale;
390      unsigned char                  UnknownData00[0x4];
391      class UStaticMesh*             StageStaticMesh;
392  };
```

```
// ATLAS                                                    // Myth of Empires
// Similar functions                                        // Similar functions

void ServerActorViewRemoteInventory(class UPrimalInventoryComponent* InventoryComp);      void ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory);
void ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* InventoryComp);     void ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory);
void ServerReleaseSeatingStructure();                                                     void ServerReleaseSeatingStructure();
void OnRep_HasWater(bool bPreviousHasWater);                                              void OnRep_HasWater(bool bNewHasWater);
void OnRep_AssociatedItemNetInfo();                                                       void OnRep_AssociatedItemNetInfo();
void ClientUpdateLinkedStructures(TArray<uint32_t> NewLinkedStructures);                  void ClientUpdateBindedStructures(TArray<uint32_t> NewBindedStructures);
void FinishedLoadingGameMedia();                                                          void FinishedLoadingGameMedia();
void OnRep_Saddle();                                                                      void OnRep_Saddle();
void OnRep_CarriedCharacter();                                                            void OnRep_CarriedCharacter();
void ClientGameStarted();                                                                 void ClientGameStarted();
void OnDisableSpectator();                                                                void OnDisableSpectator();
void UnlockAchievement(const class FString& AchievementID);                               void UnLockAchievement(const class FString& ID);
class UPrimalGameData* BPGameData();                                                      class USGGameData* GetGameData();
class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh);                         class UMeshComponent* GetWeaponMesh();
void ServerRequestLeaveAlliance(uint32_t AllianceID);                                     void ServerRequestLeaveGuild();
TArray<class APrimalBuff*> GetAllBuffs();                                                 class TMap<uint32_t, class USGBuff*> GetAllBuffs();
void ServerSplitItemStack(const struct FItemNetID& ItemId, int AmountToSplit);            void ServerSplitItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int...
void PlayHitEffectPoint(float DamageTaken, const struct FPointDamageEvent& DamageEvent, class APawn* Pa...    void NetPlayHitEffectPoint(const struct FHitResult& HitInfo, class UDamageType* DamageTypeClass, TEnumAsBy...
void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);     void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);
void SpawnImpactEffect(const struct FHitResult& Impact);                                  void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
void ServerRequestLeaveTribe();                                                           void ServerRequestLeaveGuild(bool bCheckBossState);
void ServerRequestRenameTribe(const class FString& ServerRequestRenameTribe);             void ServerRequestRenameGuild(const class FString& NewGuildName);
void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetReplic...   void NetSetContainerActive(bool bActive);
void Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeFalling);     void Immobilize(bool bImmobilize);
TArray<class UClass*> GetAllItems();                                                      class TMap<int32_t, class USGItem*> GetAllItems();
void ServerCraftItem(class AShooterPlayerController* ByPC, struct FItemNetID& ItemId);    void ServerCraftItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int...
void ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerController* ByPC, bool bRepa...    void ServerRepairItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId);
void OnBeginOverlap(class AActor* Actor);                                                 void OnBeginOverlap(class AActor* Actor, class AActor* OtherActor);
void OnEndOverlap(class AActor* Actor);                                                   void OnEndOverlap(class AActor* Actor, class AActor* OtherActor);
void CloseWithAnimation();                                                                void CloseWithAnimation();
void ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeftWeapon);        void ClientSetClipAmmo(int32_t InClipAmmo);
bool IsWithinAttackRange(class AActor* Other, bool bForceUseLastAttackIndex);             bool IsWithinAttackRange(class AActor* InOther);
struct FVector GetRandomWanderDestination(int NewClipAmmo, float FVector& LocOverride, float RandomOffsetMultipli...    struct FVector GetRandomWanderDestination(bool bIsFirst);
float PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b...    float PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& StartSection);
void UpdateAttackTargets();                                                               void UpdateAttackTarget(bool IsAttack);
void ClientShowSpawnUI(float Delay);                                                      void ClientShowReSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo, float RespawnTime, bool bIsRe...
```

Inside the Myth of Empires binary, there are references to "Primal" Mod GameData - "Primal" being specific to ARK & ATLAS (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)



WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
**robertschwartz@quinnemanuel.com**

December 4, 2021

<u>**VIA EMAIL**</u>

Legal Department (Copyright Notification)
Tencent Cloud LLC
2747 Park Blvd.
Palo Alto, CA 94306
(650) 798-3300
copyrightnotice@tencent.com

Re:     <u>Notice of Claimed Infringement re: *Myth of Empires*</u>

To whom it may concern,

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game *Ark: Survival Evolved*.

**Without conceding that Tencent Cloud LLC is eligible for the safe-harbor protection provided by the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512, this letter constitutes a "notice of claimed infringement" to Tencent Cloud LLC, better known as a DMCA "takedown" notice.**

Tencent Cloud LLC is currently hosting and operating the server executable ("MOESever.exe") for a videogame titled *Myth of Empires*, purportedly developed by a company called Angela Game. However, based on our investigation, that game appears to have been built with trade secret, copyrighted source code that was stolen from SWC. Tencent Cloud LLC's hosting and operation of *Myth of Empires* is thus facilitating trade secret misappropriation and copyright infringement.

On December 1, 2021, we presented the information summarized below to Valve Corporation, where the infringing game has been made available for purchase and download on its Steam platform. Two days later, on December 3, Valve notified us that it has taken down *Myth of Empires* from Steam. We are asking Tencent Cloud LLC to take the equivalent action with regard to hosting the game.

**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI |
MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY |
STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

C926-3489-00229-CV2-20-0800109-BY Litigation37 that game appears to have #:\987

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms.  In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS.  The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008844750, and TX0008850190.  The source code was also subject to reasonable measures to maintain its secrecy, including through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved* left to form Angela Game which, as noted above, is the developer of *Myth of Empires*.  Accordingly, when *Myth of Empires* was released on November 18, 2021, SWC became understandably concerned because of large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*.  This similarity extended to features that could not be explained through independent development, such as the use of **identical** gameplay mechanics not found in other games.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*.  A preliminary analysis is attached as **Exhibit A**.  SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC.  The analysis reveals **hundreds** of matching "class," "variable," and "function" names.

**Accordingly, Studio Wildcard and Snail Games USA Inc. hereby formally request that Tencent Cloud LLC also take down, cease operation of, and cease hosting, all versions of the game titled *Myth of Empires*.**

Additionally, and pursuant to the DMCA (17 U.S.C. § 512(c)(3)), Studio Wildcard and Snail Games USA Inc. hereby state (or re-state) the following:

1. Studio Wildcard and Snail Games USA Inc. have authorized me to submit this notice of claimed infringement.

2. Studio Wildcard and Snail Games USA Inc. own registered copyrights in their video game *Ark: Survival Evolved*, which has been registered with the copyright office and is covered by copyright registration numbers TX0008844750, TX0008844750, and TX0008850190.

3. My clients' copyrights in *Ark: Survival Evolved* are being infringed by the video game *Myth of Empires*, which may be found on a the following website: https://www.mythofempires.com/.  For the purposes of locating the relevant, infringing file, we understand that the server executable hosted and operated by Tencent Cloud LLC is named MOESever.exe.

4. Studio Wildcard and Snail Games USA Inc. may be contacted through me, and I am available at the following address, phone number, and email address:

> Robert M. Schwartz
> Quinn Emanuel Urquhart & Sullivan LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017
> (213) 443-3675
> robertschwartz@quinnemanuel.com

5. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* is infringing Studio Wildcard and Snail Games USA Inc.'s copyrights in *Ark: Survival Evolved*. Studio Wildcard and Snail Games USA Inc. have a good faith belief that *Myth of Empires* was built by: (1) stealing the *Ark: Survival Evolved* source code and (2) using the stolen source code as the gameplay foundation for *Myth of Empires*. Key employees of the developer of *Myth of Empires* worked at the Chinese parent of Snail Games USA Inc. and at least one of them had credentials that enabled them to access the *Ark: Survival Evolved* source code.

I state, under penalty of perjury, that the information contained in this notice is accurate, and that I am authorized to act on behalf of Studio Wildcard and Snail Games USA Inc.

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Very truly yours,

Robert M. Schwartz

# Exhibit A

**V1 (November 26, 2021):** This is a **preliminary analysis**, only comprised of an initial sampling of a handful of reflected game headers. *It does not yet include:*

- The remainder of the game headers.
- Any unreflected header code (would require PDB).
- Any of the internal CPP source code (would require source code).
- Any engine code (which was also substantially modified by Wildcard in our codebase).

Full analysis of the rest of the code will yield far more hits.

-------------------

**Steps to reproduce/generate files:**

**Method 1** (for Atlas or ARK, <u>recommended</u>):
1. Load AtlasGame.exe (Atlas) or ShooterGame.exe (ARK) in your disassembler of choice.
2. Load debug symbols from AtlasGame.pdb (Atlas) or ShooterGame.pdb (ARK)
3. Search through classes/local types/functions/etc



**Method 2** (use UE4's reflection system to extract all data)
1. Clone https://github.com/polivilas/UnrealEngineSDKGenerator
2. Generate new project files for Atlas or ARK, using ARK as project template
3. Change GlobalObjects to type FChunkedFixedUObjectArray (information on this class can be obtained from https://github.com/epicgames/unrealengine).
4. Change GlobalNames to type TNameEntryArray
5. Point GlobalObjects to address of GUObjectArray in Atlas or ARK (use debug symbols to find this)
6. Point GlobalNames to return value of FName::GetNames (use debug symbols to find this static function)

7. Fix all structs/classes in EngineClasses.cpp to match Atlas's or ARK's structs/classes (use debug symbols to verify).
8. Inject compiled DLL into game, and dump all classes/variables/functions/etc.

**Method 3** (for Myth of Empires only - use UE4's reflection system to extract all data, <u>recommended</u>)
1. Clone <u>https://github.com/guttir14/UnrealDumper-4.25</u>
2. Setup game to dump as any UE4.26 game, or use patterns:
   {"\x48\x8D\x0D\x00\x00\x00\x00\xE8\x00\x00\x00\x00\xC6\x05\x00\x00\x00\x00\x01\x0F\x10\x03\x4C\x8D\x44\x24\x20\x48\x8B\xC8", 30},
   {"\x48\x8B\x05\x00\x00\x00\x00\x48\x8B\x0C\xC8\x48\x8D\x04\xD1\xEB", 16},
3. Run game without battleye
4. Run dumper and dump all classes/variables/functions/etc.
---------------

**PRELIMINARY MATCHES:**

| # | ATLAS — APrimalStructure similar variables | | Myth of Empires — ASGStructure similar variables |
|---|---|---|---|
| 4 | `bool` | `bIsPreviewStructure : 1;` → | `bool bPreviewStructure : 1;` |
| 5 | `TArray<class UMaterialInstanceDynamic*>` | `PreviewMaterialInstances;` → | `TArray<class UMaterialInstanceDynamic*> PreviewInstances;` |
| 6 | `class UMaterialInterface*` | `PreviewMaterial;` → | `class UMaterialInterface* PreviewCreateMaterial;` |
| 7 | `bool` | `bForcePlacingOnGround : 1;` → | `bool bForceCreateOnGround : 1;` |
| 8 | `float` | `PlacementMaxRange;` → | `float MaxCreateRange;` |
| 9 | `TArray<struct FPrimalStructureSnapPoint>` | `SnapPoints;` → | `TArray<struct FBindPointInfo> BindPoints;` |
| 10 | `int` | `StructureSnapTypeFlags;` → | `int32_t BindType;` |
| 11 | `struct FVector` | `PlacementHitLocOffset;` → | `struct FVector CreateHitLocationOffset;` |
| 12 | `struct FVector` | `PlacementEncroachmentCheckOffset;` → | `struct FVector CreateCheckBoxOffset;` |
| 13 | `struct FVector` | `PlacementTraceScale;` → | `struct FVector CreateCheckBoxScale;` |
| 14 | `struct FRotator` | `PlacementHitRotOffset;` → | `struct FRotator CreateCheckBoxRotOffset;` |
| 15 | `float` | `MaximumHeightAboveWorldGround;` → | `float MaxHeightToWorldGround;` |
| 16 | `bool` | `bIsFoundation : 1;` → | `bool bFoundation : 1;` |
| 17 | `bool` | `bIsWall : 1;` → | `bool bWall : 1;` |
| 18 | `bool` | `bIsFloor : 1;` → | `bool bFloor : 1;` |
| 19 | `bool` | `bOnlyFoundationIfSnappedToFoundation : 1;` → | `bool bOnlyFoundationWhenBindedToFoundation : 1;` |
| 20 | `class UClass*` | `AllowReplacementByStructureClassType;` → | `class ASGStructure* CanReplaceByStructureClass;` |
| 21 | `class UClass*` | `PreventReplacementOfStructureClassType;` → | `class ASGStructure* PreventReplaceByStructureClass;` |
| 22 | `bool` | `bReturnDamageOnHitFromPawn : 1;` → | `bool bReturnDamageHitByPawn : 1;` |
| 23 | `float` | `ReturnDamageAmount;` → | `float ReturnDamageAmount;` |
| 24 | `float` | `ReturnDamageImpulse;` → | `float ReturnDamageImpulse;` |
| 25 | `class UClass*` | `ReturnDamageType;` → | `class UClass* ReturnDamageType;` |
| 26 | `bool` | `bRequiresPlacingOnWall : 1;` → | `bool bForceCreateOnWall : 1;` |
| 27 | `bool` | `bCanDemolish : 1;` → | `bool bCanBebDemolished : 1;` |
| 28 | `float` | `PlacementFloorCheckStartOffsetZ;` → | `float CheckFloorZUp;` |
| 29 | `float` | `PlacementFloorCheckEndOffsetZ;` → | `float CheckFloorZDown;` |
| 30 | `class UClass*` | `NewSpawnEmitter;` → | `class UClass* SpawnEmitter;` |
| 31 | `struct FVector` | `SpawnEmitterLocationOffset;` → | `struct FVector SpawnEmitterLocationOffset;` |
| 32 | `struct FRotator` | `SpawnEmitterRotationOffset;` → | `struct FRotator SpawnEmitterRotationOffset;` |
| 33 | `class USoundBase*` | `PlacementSound;` → | `struct FName SpawnSoundID;` |
| 34 | `float` | `PreventPlacingNearEnemyRadius;` → | `float CheckEnemyFoundationRadius;` |
| 35 | `bool` | `bForceCheckNearbyEnemyFoundation : 1;` → | `bool bCheckNearByEnemyFoundation : 1;` |
| 36 | `bool` | `bForcePreventEnemyStructuresNearby : 1;` → | `bool bPreventNearByEnemyFoundation : 1;` |
| 37 | `bool` | `bOnlyAllowPlacementInWater : 1;` → | `bool bRealFoundation : 1;` |
| 38 | `struct FVector` | `WaterVolumeCheckPointOffset;` → | `struct FVector CheckWaterLocationOffset;` |
| 39 | `float` | `WaterPlacementMinimumWaterHeight;` → | `float CheckMinWaterHeight;` |
| 40 | `float` | `PreventPlacingNearEnemyRadius;` → | `float CheckEnemyPlayerRadius;` |
| 41 | `struct FName` | `StructureTypeTag;` → | `class FString StructureTag;` |
| 42 | `TArray<class UClass*>` | `IgnoreReplacementCheckOfStructureClassTypes;` → | `TArray<class ASGStructure*> IgnorePreventStructureClasses;` |
| 43 | `bool` | `bAttachToStaticMeshSocket : 1;` → | `bool bAllowAttachToStaticMeshSocket : 1;` |
| 44 | `struct FName` | `AttachToStaticMeshSocketNameBase;` → | `struct FName AttachToStaticMeshSocketName;` |
| 45 | `float` | `DemolishGiveItemCraftingResourcePercentage;` → | `float GivingItemFromDemolishPercentage;` |
| 46 | `bool` | `bCanBeRepaired : 1;` → | `bool bCanRepair : 1;` |
| 47 | `bool` | `bIsRepairing : 1;` → | `bool bRepairing : 1;` |
| 48 | `double` | `NextAllowRepairTime;` → | `double NextAllowRepairTime;` |
| 49 | `float` | `RepairCheckInterval;` → | `float RepairInterval;` |
| 50 | `float` | `RepairPercentPerInterval;` → | `float RepairHPPerInterval;` |
| 51 | `class UClass*` | `ConsumesPrimalItem;` → | `class UClass* ConsumeItem;` |
| 52 | `float` | `NoClaimFlagDecayDestructionPeriod;` → | `float NoTeamAreaDecayInterval;` |
| 53 | `float` | `NoClaimFlagDecayDestructionPeriodMultiplier;` → | `float NoTeamAreaDecayHPPercent;` |
| 54 | `float` | `DecayDestructionPeriod;` → | `float TeamAreaDecayInterval;` |
| 55 | `float` | `DecayDestructionPeriodMultiplier;` → | `float TeamAreaDecayHPPercent;` |
| 56 | `class FString` | `OwnerName;` → | `class FString OwnerName;` |
| 57 | `class FString` | `OwningPlayerName;` → | `class FString OwnerPlayerName;` |
| 58 | `uint32_t` | `StructureID;` → | `uint32_t StructureID;` |
| 59 | `TArray<class uint32_t>` | `LinkedStructuresID;` → | `TArray<uint32_t> BindedStructuresByID;` |
| 60 | `TArray<class APrimalStructure*>` | `LinkedStructuresID;` → | `TArray<class ASGStructure*> BindedStructures;` |
| 61 | `TArray<class APrimalStructure*>` | `StructuresPlacedOnFloor;` → | `TArray<class ASGStructure*> StructuresOnFloor;` |
| 62 | `class APrimalStructure*` | `FloorStructure;` → | `class ASGStructure* CreateOnFloorStructure;` |
| 63 | `bool` | `bPendingRemoval : 1;` → | `bool bPendingRemove : 1;` |

**ATLAS (left) / Myth of Empires (right) — comparison**

Left — `// ATLAS`:
```cpp
// ATLAS
// UPrimalRichTextBlock similar variables

struct FText                                          Text;
TEnumAsByte<ETextJustify>                             Justification;
bool                                                  AutoWrapText;
float                                                 WrapTextAt;
struct FMargin                                        Margin;
float                                                 LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& inString);

// -----------------------------------

// ATLAS
// UPrimalInventoryComponent similar variables

TArray<class UClass*>                                 DefaultInventoryItems;
TArray<class UClass*>                                 CheatInventoryItems;
TArray<class UClass*>                                 DefaultEquippedItems;
TArray<class UClass*>                                 DefaultSlotItems;
TArray<class UPrimalItem*>                            CraftingItems;
int                                                   MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>                   ItemCraftQueueEntries;
TArray<class UClass*>                                 RemoteAddItemOnlyAllowItemClasses;
TArray<struct FItemMultiplier>                        ItemSpoilingTimeMultipliers;
TArray<class UPrimalItem*>                            InventoryItems;
TArray<class UPrimalItem*>                            EquippedItems;
TArray<class UPrimalItem*>                            ItemSlots;
bool                                                  bInital : 1;
int                                                   MaxInventoryItems;

// -----------------------------------

// ATLAS
// UPrimalItem similar variables

TWeakObjectPtr<class AShooterWeapon>                  AssociatedWeapon;
TWeakObjectPtr<class UPrimalInventoryComponent>       OwnerInventory;
TArray<struct FCraftingResourceRequirement>           BaseCraftingResourceRequirements;
class UClass*                                         SpoilingItem;
float                                                 SpoilingTime;
class UClass*                                         BrokenGiveItemClass;
TEnumAsByte<EPrimalEquipmentType>                     MyEquipmentType;
int                                                   MaxBlueprintCrafts;
unsigned char                                         bResourcePreventGivingFromDemolition : 1;
unsigned char                                         bCanBuildStructures : 1;
float                                                 BlueprintTimeToCraft;
unsigned char                                         bAutoCraftBlueprint : 1;
double                                                NextCraftCompletionTime;
unsigned char                                         bDestroyBrokenItem : 1;
int                                                   SlotIndex;
float                                                 ItemQuality;
unsigned char                                         bBPCanUse : 1;
unsigned char                                         bAllowUseWhileRiding : 1;
unsigned char                                         bAllowRemoteUseInInventory : 1;
unsigned char                                         bUseItemDurability : 1;
TArray<class UClass*>                                 CraftingRequiresInventoryComponent;
float                                                 NewBaseCraftingXP;
TEnumAsByte<EPrimalItemType>                          ItemType;
```

Right — `// Myth of Empires`:
```cpp
// Myth of Empires
// USGRichTextBlock similar variables

struct FText                                          Text;
TEnumAsByte<ETextJustify>                             Justification;
bool                                                  AutoWrapText;
float                                                 WrapTextAt;
struct FMargin                                        Margin;
float                                                 LineHeightPercentage;

void SetText(const struct FText& InText, bool bDoParse);
void SetString(const class FString& InString);

// -----------------------------------

// Myth of Empires
// USGInventoryComponent similar variables

class TMap<class USGItem*, int32_t>                   DefaultInventoryItems;
class TMap<class USGItem*, int32_t>                   CheatInventoryItems;
class TArray<class USGItem*>                          DefaultEquippedItems;
class TMap<class USGItem*, int32_t>                   DefaultShortCutItems;
TArray<class USGItem*>                                CraftItems;
int32_t                                               MaxItemCraftQueueEntries;
TArray<struct FItemCraftQueueEntry>                   ItemCraftQueueEntries;
TArray<class UClass*>                                 OnlyAddItemTemplates;
TArray<struct FItemExpireTimeData>                    ItemExpireTimeData;
TArray<class USGItem*>                                InventoryItems;
TArray<class USGItem*>                                EquipItems;
TArray<class USGItem*>                                ShortCutItems;
unsigned char                                         bInitializedMe : 1;
int32_t                                               EquipItemMaxAmount;

// -----------------------------------

// Myth of Empires
// USGItem similar variables

TWeakObjectPtr<class ASGWeapon>                       AssociatedWeapon;
TWeakObjectPtr<class USGInventoryComponent>           OwnerInventory;
TArray<struct FCraftResourceRequirement>              BaseCraftResourceRequirements;
class USGItem*                                        ExpiredItem;
float                                                 ExpireTime;
class USGItem*                                        BrokenGiveItemClass;
TEnumAsByte<EEquipmentType>                           EquipmentType;
int32_t                                               MaxCanCraftAmount;
bool                                                  bPreventGivingFromDemolish : 1;
bool                                                  bCanCreateStructure : 1;
float                                                 TimeToCraft;
bool                                                  bAutoCraft : 1;
float                                                 NextCraftRemainTime;
bool                                                  bBrokenDestroy : 1;
int32_t                                               SlotIndex;
TEnumAsByte<EItemQuality>                             ItemQuality;
bool                                                  bCanUse : 1;
bool                                                  bCanRideUse : 1;
bool                                                  bCanCosumeForTarget : 1;
bool                                                  bUseDurable : 1;
TArray<class USGItem*>                                CraftInStructureItem;
float                                                 BaseCraftExperienceToAdd;
                                                      ItemType;
```

## ATLAS (APrimalCharacter, APrimalDinoCharacter) vs Myth of Empires (ABaseCharacter, ASG_AICharacter)

Left column — `// ATLAS` — `// APrimalCharacter, APrimalDinoCharacter similar variables`

Right column — `// Myth of Empires` — `// ABaseCharacter, ASG_AICharacter similar variables`

| # | ATLAS type | ATLAS name | MoE type | MoE name |
|---|---|---|---|---|
| 4 | float | DefaultAngularDamping; | float | DefaultAngularDamping; |
| 5 | float | DefaultLinearDamping; | float | DefaultLinearDamping; |
| 6 | float | CorpseDraggedDecayRate; | float | CorpseDraggedDecayRate; |
| 7 | double | CorpseDestructionTime; | float | CorpseDissolveTime; |
| 8 | float | CorpseFadeAwayTime; | float | CorpseDissolveFinishTime; |
| 9 | struct FVector | TPVCameraOffset; | struct FVector | TPVCameraOffset; |
| 10 | float | ServerSeatedViewRotationPitch; | float | ServerSeatedViewRotationPitch; |
| 11 | float | ServerSeatedViewRotationYaw; | float | ServerSeatedViewRotationYaw; |
| 12 | float | ClientRotationInterpSpeed; | float | ControlRotationInterpSpeed; |
| 13 | TArray<struct FDinoAttackInfo> | AttackInfos; | TArray<struct FAIAttackInfo> | AIAttackInfos; |
| 14 | TArray<struct FBoneDamageAdjuster> | BoneDamageAdjusters; | TArray<struct FAnimalBoneDamageAdjusterConfig> | AnimalBoneDamageAdjusters; |
| 15 | TWeakObjectPtr<class APrimalCharacter> | CarriedCharacter; | TWeakObjectPtr<class ABaseCharacter> | CarriedCharacter; |
| 16 | TWeakObjectPtr<class APrimalCharacter> | MountCharacter; | TWeakObjectPtr<class ABaseCharacter> | RiderCharacter; |
| 17 | TWeakObjectPtr<class ANPCZoneVolume> | HardLimitWildDinoToVolume; | TWeakObjectPtr<class ANpcSpawnVolume> | BindNpcSpawnVolume; |
| 18 | unsigned char | bAllowTargetingCorpses : 1; | bool | bAllowTagetCorpses : 1; |
| 19 | unsigned char | bCanBeTamed : 1; | bool | bCanTame : 1; |
| 20 | unsigned char | bIsImmobilized : 1; | bool | bImmobilized : 1; |
| 21 | unsigned char | bIsAmphibious : 1; | bool | bIsAmphibious : 1; |
| 22 | unsigned char | bForceNoRotation : 1; | bool | bForbidRotation : 1; |
| 23 | float | TamedMaxFollowDistance; | float | MaxFollowDistance; |
| 24 | struct FVector | MovingAroundBlockadePoint; | struct FVector | MoveAroundBlockadePoint; |
| 25 | class AActor* | LastMovingAroundBlockadeActor; | TWeakObjectPtr<class AActor> | LastMoveAroundBlockadeActor; |
| 26 | unsigned char | bRiderDontRequireSaddle : 1; | bool | bRiderRequireSaddle : 1; |
| 27 | float | ReplicatedHealth; | float | ReplicatedHP; |
| 28 | float | RiderMaxSpeedModifier; | float | ExtraMaxSpeedModifier; |
| 29 | float | RiderExtraMaxSpeedModifier; | float | ExtraMaxSpeedModifier; |
| 30 | unsigned char | bIgnoreMoveAroundBlockade : 1; | bool | bIsMoveAroundBlockade : 1; |
| 31 | unsigned char | bPreventMovement : 1; | bool | bForbidMove : 1; |
| 32 | unsigned char | bIsBeingDragged : 1; | bool | bIsDragged : 1; |
| 33 | unsigned char | bIsSleeping : 1; | bool | bIsSleeping : 1; |
| 34 | unsigned char | bPreventImmobilization : 1; | bool | bPreventImmobilize : 1; |
| 35 | unsigned char | bRiderDontRequireSaddle : 1; | bool | bRiderRequireSaddle : 1; |
| 36 | unsigned char | bUsesGender : 1; | bool | bUseCharacterSex : 1; |
| 37 | class UClass* | DefaultWeapon; | class UClass* | DefaultWeapon; |
| 38 | class UAnimMontage* | MountCharacterAnimation; | class UAnimMontage* | MountMontage; |
| 39 | class UPrimalHarvestingComponent* | MyDeathHarvestingComponent; | class USGExploitComponent* | DeathExploitComponent; |
| 40 | float | BabyAge; | float | AnimalAge; |
| 41 | float | BabyScale; | float | AnimalBabyScale; |
| 42 | double | LastHitDamageTime; | float | LastMakeDamageTime; |
| 43 | double | NextAllowedMatingTime; | float | NextMateRemainTime; |
| 44 | struct FVector | TPVCameraOffset; | struct FVector | TPVCameraOffset; |

## ATLAS (left) vs Myth of Empires (right)

| # | ATLAS | # | Myth of Empires |
|---|---|---|---|
| 65 | `// ATLAS` | 65 | `// Myth of Empires` |
| 66 | `// APrimalStructureWaterPipe similar variables` | 66 | `// ASGStructureWaterPipe similar variables` |
| 67 | | 67 | |
| 68 | `bool                              bHasWater : 1;` | 68 | `bool                              bHasWater : 1;` |
| 69 | `class UMaterialInterface*         HasWaterMaterial;` | 69 | `class UMaterialInterface*         HasWaterReplaceMaterial;` |
| 70 | `class UMaterialInterface*         NoWaterMaterial;` | 70 | `class UMaterialInterface*         NoWaterReplaceMaterial;` |
| 71 | `int                               WaterMaterialIndex;` | 71 | `int32_t                           ReplaceMaterialIndex;` |
| 72 | | 72 | |
| 73 | `void OnRep_HasWater(bool bNewHasWater);` | 73 | `void OnRep_HasWater(bool bPreviousHasWater);` |
| 74 | | 74 | |
| 75 | `// ------------------------------` | 75 | `// ------------------------------` |
| 76 | | 76 | |
| 77 | `// ATLAS` | 77 | `// Myth of Empires` |
| 78 | `// UUI_PreviewWidget similar variables` | 78 | `// UPreviewSceneWidget similar variables` |
| 79 | | 79 | |
| 80 | `float                             FOV;` | 80 | `float                             FOV;` |
| 81 | `struct FRotator                   MeshRotation;` | 81 | `struct FRotator                   MeshRotation;` |
| 82 | `struct FRotator                   OrbitRotation;` | 82 | `struct FRotator                   OrbitRotation;` |
| 83 | `struct FVector                    MeshScale;` | 83 | `float                             PreviewScale;` |
| 84 | `float                             CameraDistance;` | 84 | `float                             CameraDistance;` |
| 85 | `float                             BrakeSpeed;` | 85 | `float                             BrakeSpeed;` |
| 86 | `float                             RotationSpeed;` | 86 | `float                             RotationSpeed;` |
| 87 | `struct FRotator                   AutoRotator;` | 87 | `struct FRotator                   AutoRotator;` |
| 88 | `class UWorld*                     GameWorld;` | 88 | `class UWorld*                     GameWorld;` |
| 89 | `class UWorld*                     PreviewWorld;` | 89 | `class UWorld*                     PreviewWorld;` |
| 90 | `TArray<class USceneComponent*>    PreviewComponents;` | 90 | `TArray<class USceneComponent*>    PreviewComponents;` |
| 91 | `struct FVector2D                  RotationVelocity;` | 91 | `struct FVector2D                  RotationVelocity;` |
| 92 | `class USceneCaptureComponent2D*   CaptureComponent;` | 92 | `class USceneCaptureComponent2D*   CaptureComponent;` |
| 93 | | 93 | |
| 94 | `// ------------------------------` | 94 | `// ------------------------------` |
| 95 | | 95 | |
| 96 | `// ATLAS` | 96 | `// Myth of Empires` |
| 97 | `// APrimalStructureDoor similar variables` | 97 | `// ASGStructureDoor similar variables` |
| 98 | | 98 | |
| 99 | `class USceneComponent*            MyDoorTransform;` | 99 | `class USceneComponent*            MyDoorRootComponent;` |
| 100 | `float                             RotationSpeed;` | 100 | `float                             RotationSpeed;` |
| 101 | `class USoundCue*                  DoorOpenSound;` | 101 | `struct FName                      OpenSoundID;` |
| 102 | `class USoundCue*                  DoorCloseSound;` | 102 | `struct FName                      CloseSoundID;` |
| 103 | `bool                              bInvertOpenCloseDirection : 1;` | 103 | `bool                              bOpenCloseDirection : 1;` |
| 104 | `bool                              bIsLocked : 1;` | 104 | `bool                              bIsLocked : 1;` |
| 105 | `int8_t                            DoorOpenState;` | 105 | `int8_t                            DoorSwitchState;` |
| 106 | `bool                              bRotatePitch : 1;` | 106 | `bool                              bRotateByPitch : 1;` |
| 107 | `bool                              bRotateRoll : 1;` | 107 | `bool                              bRotateByRoll : 1;` |
| 108 | `bool                              bRotateYaw : 1;` | 108 | `bool                              bRotateByYaw : 1;` |
| 109 | `bool                              bInitializedRotation : 1;` | 109 | `bool                              bInitRotation : 1;` |
| 110 | `bool                              bUseSecondDoor : 1;` | 110 | `bool                              bDoubleDoor : 1;` |
| 111 | `struct FRotator                   SecondDoorDefaultRot;` | 111 | `struct FRotator                   DoubleDoorDefaultRotation;` |
| 112 | `bool                              bSupportsPinLocking : 1;` | 112 | `bool                              bCanSetPassword : 1;` |
| 113 | `uint32_t                          CurrentPinCode;` | 113 | `uint32_t                          CurrentPassword;` |
| 114 | `bool                              bIsPinLocked : 1;` | 114 | `bool                              bLockedByPassword : 1;` |
| 115 | | 115 | |
| 116 | `void NetGotoDoorState(int8_t DoorState);` | 116 | `void SwitchDoorState(unsigned char DoorState);` |
| 117 | `void OnRep_DoorOpenState(int8_t PrevDoorOpenState);` | 117 | `void OnRep_DoorSwitchState();` |
| 118 | `void NetGotoDoorState(int8_t DoorState);` | 118 | `void NetSwitchDoorState(unsigned char DoorState);` |

**ATLAS (left) — Myth of Empires (right)**

```cpp
// ATLAS                                                          // Myth of Empires
// APrimalStructureItemContainer similar variables                // ASGStructureItemContainer similar variables

bool                          bOnlyUseSpoilingMultipliersIfActivated : 1;    bool      bOnlyUseExpireTimeMultipliersIfActivated : 1;
bool                          bAutoActivateWhenFueled : 1;                   bool      bAutoActivateWhenFuel : 1;
bool                          bCanToggleActivation : 1;                      bool      bCanActivate : 1;
class FString                 ActivateContainerString;                       struct FText   ContainerActivateString;
class FString                 DeactivateContainerString;                     struct FText   ContainerDeactivateString;
uint64_t                      DeathCacheCharacterID;                         struct FGuid   DeathCharacterGuid;
bool                          bContainerActivated : 1;                       bool      bIsActivated : 1;
class UClass*                 NextConsumeFuelGiveItemType;                   class UClass*  NextConsumeFuelGiveItem;
double                        LastCheckedFuelTime;                           double    LastRefreshFuelStateTime;
bool                          bDropInventoryOnDestruction : 1;               bool      bSpawnInventoryOnDestruction : 1;
float                         DropInventoryOnDestructionLifespan;            float     SpawnInventoryOnDestructionLifeSpan;
double                        NetDestructionTime;                            float     SavedNetDestructionTime;
class USoundBase*             ContainerActivatedSound;                       struct FName   ActivatedSoundID;
class USoundBase*             ContainerDeactivatedSound;                     struct FName   DeActivatedSoundID;
uint32_t                      CurrentPinCode;                                uint32_t  CurrentPassword;
bool                          bIsPinLocked : 1;                              bool      bLockedByPassword : 1;

void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetRep     void NetSetContainerActive(bool bActive);

// ----------------                                                // ----------------

// ATLAS                                                          // Myth of Empires
// APrimalStructureBed similar variables                          // ASGStructureBed similar variables

bool                          bDestroyAfterRespawnUse : 1;                   bool      bReSpawnDestroy : 1;
struct FVector                RespawnLocationOffset;                         struct FVector   PlayerSpawnLocOffset;
struct FRotator               RespawnRotOffset;                              struct FRotator  PlayerSpawnRotOffset;
class FString                 BedName;                                       class fString    BedName;

// ----------------                                                // ----------------

// ATLAS                                                          // Myth of Empires
// APrimalStructureTurretBallista similar variables                // ASGStructureTurret similar variables

float                         TPVCameraPitchMin;                             float     TPVCameraPitchMin;
float                         TPVCameraPitchMax;                             float     TPVCameraPitchMax;
float                         YawViewRotation;                               float     YawViewRotation;
float                         PitctViewRotation;                             float     PitchViewRotation;
class UClass*                 CurrentAmmoItemTemplate;                       class UClass*  CurrentAmmoItemTemplate;
TArray<class UClass*>         AlternateAmmoItemTemplates;                    TArray<class UClass*>  AllAmmoItemTemplates;

// ----------------                                                // ----------------

// ATLAS                                                          // Myth of Empires
// APrimalStructureSeating similar variables                      // ASGStructureSeat similar variables

TWeakObjectPtr<class APrimalCharacter>        SeatedCharacter;               TWeakObjectPtr<class ABaseCharacter>  SeatedCharacter;
int                           NumSeats;                                      int32_t   NumSeats;
struct FVector                SeatedCharacterLocationOffset;                 struct FVector   SeatedCharacterLocationOffset;
struct FRotator               SeatedCharacterRotationOffset;                 struct FRotator  SeatedCharacterRotationOffset;
TArray<TWeakObjectPtr<class APrimalCharacter>> CharacterPerSeat;             TArray<class ABaseCharacter*>  AllSeatedCharacter;
class USoundCue*              RideSound;                                     struct FName   RideSoundID;
class USoundCue*              UnrideSound;                                   struct FName   UnRideSoundID;
```

**Left column (ATLAS):**

```
181    // ATLAS
182    // ANPCZoneManager similar variables
183
184    TArray<class AActor*>                    DefaultZoneSpawnVolumeFloors;
185    TArray<struct FName>                     DefaultZoneSpawnVolumeFloorTags;
186    class UClass*                            NPCSpawnEntriesContainerObject;
187    TArray<class ANPCZoneVolume*>            LinkedZoneVolumes;
188    TArray<struct FLinkedZoneSpawnVolumeEntry>  LinkedZoneSpawnVolumeEntries;
189    int                                      MaxNumberSpawnZoneRandomPointChecks;
190    int                                      MinDesiredNumberOfNPC;
191    int                                      AbsoluteMaxNumberOfNPC;
192    float                                    PlayerDistanceFromSpawnPoint;
193    float                                    StructureDistanceFromSpawnPoint;
194
195    // ------------------------------------------------
196
197    // ATLAS
198    // ScriptStruct ShooterGame.DecalData
199
200    struct FDecalData
201    {
202        class UMaterialInterface*            DecalMaterial;
203        float                                DecalSize;
204        float                                DecalDepth;
205        float                                DecalImpactNormalOffset;
206        float                                LifeSpan;
207        float                                RandomAngleRange;
208    };
209
210    // ------------------------------------------------
211
212    // ATLAS
213    // ScriptStruct ShooterGame.NPCZoneManager.LinkedZoneSpawnVolumeEntry
214
215    struct FLinkedZoneSpawnVolumeEntry
216    {
217        class ANPCZoneSpawnVolume*           LinkedZoneSpawnVolume;
218        TArray<class AActor*>                ZoneSpawnVolumeFloors;
219        TArray<struct FName>                 ZoneSpawnVolumeFloorTags;
220        float                                EntryWeight;
221        unsigned char                        UnknownData00[0x4];
222    };
223
224    // ------------------------------------------------
225
226    // ATLAS
227    // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnLimit
228
229    struct FNPCSpawnLimit
230    {
231        class UClass*                        NPCClass;
232        class FString                        NPCClassString;
233        float                                MaxPercentageOfDesiredNumToAllow;
234        unsigned char                        UnknownData00[0x4];
235    };
236
```

**Right column (Myth of Empires):**

```
181    // Myth of Empires
182    // ANpcSpawnInfo similar variables
183
184    TArray<class AActor*>                    DefaultSpawnVolumeFloors;
185    TArray<struct FName>                     DefaultSpawnVolumeFloorTags;
186    class UClass*                            NpcSpawnTemplateClass;
187    TArray<class ANpcVolume*>                NpcVolumes;
188    TArray<struct FNpcSpawnVolumeData>       NpcSpawnVolumeDatas;
189    int32_t                                  MaxNumberValidSpawnDataChecks;
190    int32_t                                  MinDesiredNumberOfNPC;
191    int32_t                                  MaxNumberOfNPC;
192    float                                    CheckPlayerDistance;
193    float                                    CheckStructureDistance;
194
195    // ------------------------------------------------
196
197    // Myth of Empires
198    // ScriptStruct SG.DecalData
199
200    struct FDecalData
201    {
202        class UMaterialInterface*            DecalMaterial;
203        float                                DecalSize;
204        float                                DecalDepth;
205        float                                DecalImpactNormalOffset;
206        float                                LifeSpan;
207    };
208
209
210    // ------------------------------------------------
211
212    // Myth of Empires
213    // ScriptStruct SG.NpcSpawnVolumeData
214
215    struct FNpcSpawnVolumeData
216    {
217        class ANpcSpawnVolume*               NpcSpawnVolume;
218        TArray<class AActor*>                SpawnVolumeFloors;
219        TArray<struct FName>                 SpawnVolumeFloorTags;
220        float                                Weight;
221        unsigned char                        UnknownData00[0x4];
222    };
223
224    // ------------------------------------------------
225
226    // Myth of Empires
227    // ScriptStruct SG.NPCSpawnLimit
228
229    struct FNPCSpawnLimit
230    {
231        class ABaseCharacter*                NPCTemplateClass;
232        float                                Percentage;
233        unsigned char                        UnknownData00[0x4];
234    };
```

```
239  // ATLAS
240  // ScriptStruct ShooterGame.PrimalItem.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      struct FItemNetID      ItemId;
245      int                    Quantity;
246      bool                   bIsRepair;
247      bool                   bIgnoreInventoryRequirement;
248      unsigned char          UnknownData00[0x2];
249      float                  RepairPercentage;
250      float                  RepairSpeedMultiplier;
251  };
252
253  // ---------------------------------------------------
254
255  // ATLAS
256  // ScriptStruct ShooterGame.PrimalDinoCharacter.PrimalSaddleStructure
257
258  struct FPrimalSaddleStructure
259  {
260      struct FVector         DinoRelativeLocation;
261      struct FRotator        DinoRelativeRotation;
262      struct FName           BoneName;
263      class APrimalStructure* MyStructure;
264  };
265
266
267  // ---------------------------------------------------
268
269  // ATLAS
270  // ScriptStruct ShooterGame.PrimalStructure.PlacementData
271
272  struct FPlacementData
273  {
274      struct FVector         AdjustedLocation;
275      struct FRotator        AdjustedRotation;
276      bool                   bSnapped;
277      bool                   bDisableEncroachmentCheck;
278      bool                   bIsWaterGrounded;
279      unsigned char          UnknownData00[0x1];
280      int                    MySnapToIndex;
281      int                    TheirSnapToIndex;
282      unsigned char          UnknownData01[0x4];
283      class AActor*          FloorHitActor;
284      class APrimalStructure* ParentStructure;
285      class APrimalStructure* ForcePlacedOnFloorParentStructure;
286      class APrimalStructure* ReplacesStructure;
287      class APawn*           AttachToPawn;
288      struct FName           AttachToBone;
289      class APrimalDinoCharacter* DinoCharacter;
290  };
```

Right column:

```
239  // Myth of Empires
240  // ScriptStruct SG.ItemCraftQueueEntry
241
242  struct FItemCraftQueueEntry
243  {
244      class USGItem*         ItemTemplate;
245      struct FGuid           UniqueId;
246      int32_t                Quantity;
247      float                  RemaingCraftTime;
248      float                  TotalRemainingCraftTime;
249      bool                   bIsRepair : 1;
250      TEnumAsByte<EItemQuality>  UseRemoveItemQuality;
251  };
252
253  // ---------------------------------------------------
254
255  // Myth of Empires
256  // ScriptStruct SG.PlatformStructure
257
258  struct FPlatformStructure
259  {
260      class ASGStructure*    PlatformStructure;
261      struct FVector         RelativeLocation;
262      struct FRotator        RelativeRotation;
263      struct FName           BoneName;
264  };
265
266
267  // ---------------------------------------------------
268
269  // Myth of Empires
270  // ScriptStruct SG.CreateStructureInfo
271
272  struct FCreateStructureInfo
273  {
274      struct FVector         Expectedlocation;
275      struct FRotator        ExpectedRotation;
276      bool                   bHasBinded : 1;
277      unsigned char          UnknownData00[0x7];
278      class ASGStructure*    ParentStructure;
279      class ASGStructure*    ReplaceStructure;
280      class ASGStructure*    PreventStructure;
281      class ASGStructureCheckVolume*  PreventCheckVolume;
282      class ASGStructure*    CreateOnStructure;
283      class ABaseCharacter*  PlatformCharacter;
284      struct FName           AttachBoneName;
285      bool                   bIgnoreCheckObject : 1;
286      unsigned char          UnknownData01[0x7];
287  };
```

```
294  // ATLAS
295  // ScriptStruct ShooterGame.PrimalGameData.NPCSpawnEntry
296
297  struct FNPCSpawnEntry
298  {
299      class FString                           AnEntryName;
300      TArray<class UClass*>                   NPCsToSpawn;
301      TArray<class FString>                   NPCsToSpawnStrings;
302      TArray<struct FClassRemappingWeight>    NPCRandomSpawnClassWeights;
303      TArray<struct FVector>                  NPCsSpawnOffsets;
304      TArray<float>                           NPCsToSpawnPercentageChance;
305      TArray<float>                           NPCMinLevelOffset;
306      TArray<float>                           NPCMLevelOffset;
307      TArray<float>                           NPCMinLevelMultiplier;
308      TArray<float>                           NPCMaxLevelMultiplier;
309      unsigned char                           bAddLevelOffsetBeforeMultiplier : 1;
310      unsigned char                           bForcePreventSpawnOnOcean : 1;
311      unsigned char                           UnknownData00[0x7];
312      TArray<unsigned char>                   NPCOverrideLevel;
313      struct FVector                          ExtentCheck;
314      struct FVector                          GroupSpawnOffset;
315      float                                   EntryWeight;
316  };

332  // --------------------------------------------------
333
334  // ATLAS
335  // ScriptStruct ShooterGame.PrimalStructureSnapSettings.PrimalStructureSnapPoint
336
337  struct FPrimalStructureSnapPoint
338  {
339      struct FName                            SnapPointDescription;
340      struct FVector                          PointLocOffset;
341      struct FRotator                         PointRotOffset;
342      struct FRotator                         PointComparisonExtraRotOffset;
343      unsigned char                           bAttachToPoint : 1;
344      unsigned char                           bAttachFromPoint : 1;
345      unsigned char                           bHighPriorityAttachToPoint : 1;
346      unsigned char                           bSnapToUseAlternatePlacemenTraceScale : 1;
347      unsigned char                           bAttachToDisableEncroachmentCheck : 1;
348      unsigned char                           bAttachToDisableVisibilityCheck : 1;
349      unsigned char                           bInvalidForStructureLinking : 1;
350      unsigned char                           bSnapForceNoGroundRequirement : 1;
351      unsigned char                           bSnapToOnlyAllowSingleAttachment : 1;
352      unsigned char                           bSnapToInvertYawWhenFlipped : 1;
353      unsigned char                           bPorthole : 1;
354      unsigned char                           bMeshOffsetUpdateSnapLocation : 1;
355      unsigned char                           bSnapForceAllowPlacementAtOtherActorLocation : 1;
356      unsigned char                           UnknownData00[0x2];
357      int                                     ToPointSnapTypeFlags;
358      int                                     ToPointSnapTypeExcludeFlags;
359      int                                     SnapPointMatchGroup;
360  };
```

Right column:

```
294  // Myth of Empires
295  // ScriptStruct SG.NPCSpawnData
296
297  struct FNPCSpawnData
298  {
299      class FString                           SpawnDataName;
300      TArray<class ABaseCharacter*>           NpcTemplateClasses;
301      TArray<int32_t>                         NpcSpawnGroupMinNum;
302      TArray<int32_t>                         NpcSpawnGroupMaxNum;
303      float                                   NpcSpawnGroupDistance;
304                                              UnknownData00[0x4];
305      TArray<float>                           NpcSpawnWeight;
306      TArray<float>                           NpcMinLevelOffset;
307      TArray<float>                           NpcMaxLevelOffset;
308      TArray<unsigned char>                   NpcOverrideLevel;
309      TArray<float>                           NpcMinQualityCorrection;
310      TArray<float>                           NpcMaxQualityCorrection;
311      TArray<float>                           MinDistanceToPlayer;
312      TArray<float>                           MaxDistanceToPlayer;
313      TArray<float>                           NpcSenseSightRadiusMulAdd;
314      TArray<unsigned char>                   NpcOverrideAllowSleep;
315      TArray<class FString>                   NpcStartSleepTime;
316      TArray<class FString>                   NpcEndSleepTime;
317      float                                   Weight;
318  };

326  // --------------------------------------------------
327
328  // Myth of Empires
329  // ScriptStruct SG.BindPointInfo
330
331  struct FBindPointInfo
332  {
333      struct FName                            BindPointDes;
334      struct FVector                          BindPointLocOffset;
335      struct FRotator                         BindPointRotOffset;
336      int32_t                                 CanBindType;
337      int32_t                                 CanBindTypeGroup;
338      int32_t                                 ExcludeBindType;
339      bool                                    bBindPointTo : 1;
340      bool                                    bBindPointFrom : 1;
341      bool                                    bBestBindPoint : 1;
342      bool                                    bChangeFoundation;
343      bool                                    bIgnoreCheckObject : 1;
344      bool                                    bIgnoreCreateOnGroundWhenBinded : 1;
345      unsigned char                           UnknownData00[0x3];
346  };
```

```
// ATLAS                                                          // Myth of Empires
// ScriptStruct ShooterGame.DamageHarvestingEntry                 // ScriptStruct SG.DamageExploitEntry

struct FDamageHarvestingEntry                                     struct FDamageExploitEntry
{                                                                 {
    float         DamageMultiplier;                                   int32_t       DropWrapperId;
    float         HarvestQuantityMultiplier;                          float         DropWrapperFactor;
    float         DamageHarvestAdditionalEffectiveness;               float         DamageMultilier;
    float         DamageDurabilityConsumptionMultiplier;              float         ExploitQuantityMultilier;
    unsigned char bAllowUnderwaterHarvesting : 1;                     class UDamageType*   DamageTypeParent;
    unsigned char UnknownData00[0x7];                             };
    class UClass* DamageTypeParent;
    class UClass* HarvestDamageFXOverride;
};


// --------------------------------------------                   // --------------------------------------------

// ATLAS                                                          // Myth of Empires
// ScriptStruct ShooterGame.PrimalGameData.CraftingResourceRequirement   // ScriptStruct SG.CraftResourceRequirement

struct FCraftingResourceRequirement                               struct FCraftResourceRequirement
{                                                                 {
    float         BaseResourceRequirement;                            int32_t       BaseResourceRequirement;
    unsigned char UnknownData00[0x4];                                 unsigned char UnknownData00[0x4];
    class UClass* ResourceItemType;                                   TArray<class USGItem*>   ResourceItemType;
    bool          bCraftingRequireExactResourceType;                  bool          bConsumesDurable : 1;
    unsigned char UnknownData01[0x3];                                 unsigned char UnknownData01[0x7];
    int           ForceMultipleResourceTypesRequirement;          };
};


// --------------------------------------------                   // --------------------------------------------

// ATLAS                                                          // Myth of Empires
// ScriptStruct ShooterGame.PrimalItem.CropItemPhaseData          // ScriptStruct SG.CropPhaseData

struct FCropItemPhaseData                                         struct FCropPhaseData
{                                                                 {
    float         NextStageFertilizerCacheThreshold;                 float         StageGrowthThreshold;
    unsigned char UnknownData00[0x4];                                float         StageStartScale;
    class UStaticMesh* StageStaticMesh;                              float         StageEndScale;
                                                                     unsigned char UnknownData00[0x4];
                                                                     class UStaticMesh*   StageStaticMesh;
                                                                 };
```

```
1   // ATLAS                                                                    1   // Myth of Empires
2   // Similar functions                                                        2   // Similar functions
3                                                                               3
4   void ServerActorViewRemoteInventory(class UPrimalInventoryComponent* InventoryComp);   4   void ServerActorViewRemoteInventory(class USGInventoryComponent* forInventory);
5   void ServerActorCloseRemoteInventory(class UPrimalInventoryComponent* InventoryComp);   5   void ServerActorCloseRemoteInventory(class USGInventoryComponent* forInventory);
6   void ServerReleaseSeatingStructure();                                       6   void ServerReleaseSeatingStructure();
7   void OnRep_HasWater(bool bPreviousHasWater);                                 7   void OnRep_HasWater(bool bNewHasWater);
8   void OnRep_AssociatedItemNetInfo();                                         8   void OnRep_AssociatedItemNetInfo();
9   void ClientUpdateLinkedStructures(TArray<uint32_t> NewLinkedStructures);     9   void ClientUpdateBindedStructures(TArray<uint32_t> NewBindedStructures);
10  void FinishedLoadingGameMedia();                                           10  void FinishedLoadingGameMedia();
11  void OnRep_Saddle();                                                       11  void OnRep_Saddle();
12  void OnRep_CarriedCharacter();                                             12  void OnRep_CarriedCharacter();
13  void ClientGameStarted();                                                  13  void ClientGameStarted();
14  void OnDisableSpectator();                                                 14  void OnDisableSpectator();
15  void UnlockAchievement(const class FString& AchievementID);                15  void UnLockAchievement(const class FString& ID);
16  class UPrimalGameData* BPGameData();                                       16  class USGGameData* BPGameData();
17  class USkeletalMeshComponent* GetWeaponMesh(bool bSecondaryMesh);           17  class UMeshComponent* GetWeaponMesh();
18  void ServerRequestLeaveAlliance(uint32_t AllianceID);                      18  void ServerRequestLeaveGuild();
19  TArray<class APrimalBuff> GetAllBuffs();                                   19  class TMap<uint32_t, class USGBuff*> GetAllBuffs();
20  void ServerSplitItemStack(const struct FItemNetID& ItemId, int AmountToSplit);   20  void ServerSplitItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int
21  void PlayHitEffectPoint(float DamageTaken, const struct FPointDamageEvent& DamageEvent, class APawn* Pa   21  void NetPlayHitEffectPoint(const struct FHitResult& HitInfo, class UDamageType* DamageTypeClass, TEnumAsBy
22  void ProjectileBounced(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);   22  void SGProjectileBounce(const struct FHitResult& ImpactResult, const struct FVector& ImpactVelocity);
23  void SpawnImpactEffect(const struct FHitResult& Impact);                   23  void NetSpawnImpactEffect(const struct FHitResult& ImpactResult);
24  void ServerRequestLeaveTribe();                                           24  void ServerRequestLeaveGuild();
25  void ServerSplitItemStack(const class FString& ServerRequestRenameTribe);   25  void ServerRequestRenameGuild(const class FString& NewGuildName);
26  void NetSetContainerActive(bool bSetActive, class UClass* NetReplicatedFuelItemClass, int16_t NetReplic   26  void NetSetContainerActive(bool bActive);
27  void Immobilize(bool bImmobilize, class AActor* UsingActor, bool bImmobilizeFalling);   27  void Immobilize(bool bImmobilize);
28  TArray<class UClass*> GetAllItems();                                       28  class TMap<int, class USGItem*> GetAllItems();
29  void ServerCraftItem(class AShooterPlayerController* ByPC, struct FItemNetID& ItemId);   29  void ServerCraftItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId, int
30  void ServerRepairItem(const struct FItemNetID& ItemId, class AShooterPlayerController* ByPC, bool bRepa   30  void ServerRepairItem(class USGInventoryComponent* InventoryComponent, const struct FGuid& TheUniqueId);
31  void OnBeginOverlap(class AActor* Actor);                                  31  void OnBeginOverlap(class AActor* Actor, class AActor* OtherActor);
32  void OnEndOverlap(class AActor* Actor);                                    32  void OnEndOverlap(class AActor* Actor, class AActor* OtherActor);
33  void CloseWithAnimation();                                                 33  void CloseWithAnimation();
34  void ClientSetClipAmmo(int NewClipAmmo, bool bOnlyUpdateItem, bool bIsLeftWeapon);   34  void ClientSetClipAmmo(int32_t InClipAmmo);
35  bool IsWithinAttackRange(class AActor* Other, bool bForceUseLastAttackIndex);   35  bool IsWithinAttackRange(class AActor* InOther);
36  struct FVector GetRandomWanderDestination(int NewClipAmmo, struct FVector& LocOverride, float RandomOffsetMultipli   36  struct FVector GetRandomWanderDestination(bool bIsFirst);
37  float PlayEquipAnimation(bool bIsLeftWeapon, bool bHasNoAmmo, bool bPlayBothFirstAndThirdPerson, bool b   37  float PlayEquipAnimation(float PlayRate, float StartPosition, const struct FName& StartSection);
38  void UpdateAttackTargets();                                               38  void UpdateAttackTarget(bool IsAttack);
39  void ClientShowSpawnUI(float Delay);                                       39  void ClientShowSpawnUI(TArray<struct FSpawnLocationInfo> SpawnLocationInfo, float RespawnTime, bool bIsRe
```

Inside the Myth of Empires binary, there are references to "Primal" Mod GameData - "Primal" being specific to ARK & ATLAS (e.g. PrimalGameData, UPrimalItem, APrimalCharacter, APrimalDinoCharacter, PrimalArmor, APrimalStructure, etc…)

