# EXHIBIT J

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
**robertschwartz@quinnemanuel.com**

December 17, 2021

<u>VIA EMAIL</u>
James W. Dabney
james.dabney@hugheshubbard.com
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Re:   <u>*Suzhou Angela Online Game Technology Co., et al v. Snail Game USA Inc., et al*, Case No. 21-cv-9552</u>

Dear Jim,

Thank you for your December 13, 2021 letter. Several of its assertions and assumptions are incorrect.

*First*, you refer to our Digital Millennium Copyright Act ("DMCA") notices of claimed infringement as "QE letters," and assert that they have "induce[d]" a "breach of contract." Legally, that's not possible. DMCA notices are not "letters" and cannot induce a breach of contract. *See, e.g.*, *Stardock Sys., Inc. v. Reiche*, 2019 WL 8333514, at *5 (N.D. Cal. May 14, 2019) ("[T]he Court finds that Plaintiff's interference [with contract] claims are predicated solely on the submission of the DMCA notices and are therefore preempted [by the Copyright Act.]"). They are also protected against state law claims by the litigation privilege.

*Second*, you state that you "have been unable to find any public record of 'source code' having been deposited with the Copyright Office." I don't know where you looked. The Copyright Office's public records for copyrights TX0008844750, TX0008850188, and TX0008850190 state that, in addition to artwork and text, each registration includes a "computer program."

As a matter of law, the phrase "computer program" indicates that my clients deposited source code. If that had not happened, the registrations would cover "screen displays" only. *See* Copyright Office Compendium 1509.1(F)(6).

And as a matter of fact, in registering these works for copyright our clients deposited with the Copyright Office the first and last 25 pages of source code for each version of *Ark: Survival Evolved* they submitted. Attached to this letter as **Exhibits A, B, and C** are confirmation emails

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

James W. Dabney
December 17, 2021 – Page 2

from the Copyright Office that reference those code submissions. That complies with 37 C.F.R. section 202.20. Upon entry of the necessary protective order, we will send you a copy of the submitted pages of code.

That brings us to the substance of my December 10 letter, in which I suggested that the parties immediately submit the games' source code to an independent expert for comparison, and your December 13 response.

Your proposal that we "select … up to five (5) modules" of code is not acceptable. As you note, each game's code consists of hundreds of thousands of lines. We have evidence that your client's code copying is pervasive. A comparison of just five modules would necessarily understate the extent of copying. And unless we are comparing code that functions in the game play environment, an examination of static lines would mask areas where your client has made post-November 18 changes to hide its unlawful conduct.

To resolve the dispute, the code review must be comprehensive and involve the functioning program, as opposed to bits and pieces. And it must be based on all of your client's code as it existed on November 18, 2021, before any patches or other modifications.

The size of the files is not an impediment. A qualified expert will be able to quickly compare hundreds of thousands of lines of code using software designed for that purpose.

In any event, during discovery our clients will need to produce the entire code base for the games, including the server versions. Nothing is to be gained by prolonging the inevitable.

Let me know by Noon, Pacific Standard Time, on Monday, December 20, 2021 if your clients will agree to submit their entire source code base, as it existed on November 18, 2021, for this comparison. It your clients agree, then we propose that each party submit its source code to an escrow agent within 48 hours of that agreement. We can then discuss and mutually select a neutral third party to review and compare the code, in the manner I described on December 10.

If by then your client has not agreed to submit its complete code base for comparison, we will deem that to be an admission of wrongdoing.

At a minimum, I need your assurance that your client has maintained the entire code base as it existed on November 18.

We continue to reserve all rights, claims, and remedies.

Very truly yours,

Robert M. Schwartz

# Exhibit A

# Michael LaFond

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Tuesday, March 3, 2020 11:02 AM |
| **To:** | Brian M. Wheeler |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-7747735131

File Name :1st_and_last_25_pages_of_ark_survival_evolved_ps4_version.pdf
File Size :565861 KB
Date/Time :3/3/2020 1:57:36 PM


[THREAD ID: 1-3YB6G18]

United States Copyright Office

1

# Exhibit B

# Michael LaFond

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Friday, February 28, 2020 6:22 PM |
| **To:** | Brian M. Wheeler |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-7747735275

File Name :1st_and_last_25_pages_of_ark_survival_evolved_nintendo_switch_version.pdf
File Size :1434607 KB
Date/Time :2/28/2020 7:28:21 PM


[THREAD ID: 1-3Y3ZB8J]

United States Copyright Office

# Exhibit C

# Michael LaFond

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Friday, February 28, 2020 4:30 PM |
| **To:** | Brian M. Wheeler |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-7747735275

File Name :1st_and_last_25_pages_of_ark_survival_evolved_nintendo_switch_version.pdf
File Size :1434607 KB
Date/Time :2/28/2020 7:28:21 PM


[THREAD ID: 1-3Y3WO5E]

United States Copyright Office