# EXHIBIT K

# Taylor Morris

| | |
|---|---|
| **From:** | Michael LaFond |
| **Sent:** | Sunday, December 19, 2021 1:46 PM |
| **To:** | Dabney, James W.; Robert Schwartz |
| **Cc:** | Haeusler, Rita; Naoufal, Robby; Klaiber, James R.; Russo, Lynn; Dan Posner; Taylor Morris |
| **Subject:** | RE: Suzhou Angela Online Game Technology Co., et al. v. Snail Game USA Inc., et al., Case No. 21-cv-9552. |
| **Attachments:** | 1st and last 25 pages of ARK Survival Evolved Nintendo Switch version.PDF; 1st and last 25 pages of ARK Survival Evolved Xbox One version.PDF; 1st and last 25 pages of ARK Survival Evolved PS4 version.PDF |

James,

Attached are the original source code deposit files for the *Ark: Survivor Royale* copyright registrations. We have already sent you the Copyright Office emails confirming that these PDFs were submitted as part of the deposits.

Best,
Mike

**Michael LaFond**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5064 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
michaellafond@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Dabney, James W. <james.dabney@hugheshubbard.com>
**Sent:** Saturday, December 18, 2021 2:50 PM
**To:** Robert Schwartz <robertschwartz@quinnemanuel.com>
**Cc:** Haeusler, Rita <rita.haeusler@hugheshubbard.com>; Naoufal, Robby <robby.naoufal@hugheshubbard.com>; Klaiber, James R. <james.klaiber@hugheshubbard.com>; Russo, Lynn <lynn.russo@hugheshubbard.com>; Dan Posner <danposner@quinnemanuel.com>; Michael LaFond <michaellafond@quinnemanuel.com>; Taylor Morris <taylormorris@quinnemanuel.com>
**Subject:** RE: Suzhou Angela Online Game Technology Co., et al. v. Snail Game USA Inc., et al., Case No. 21-cv-9552.

[EXTERNAL EMAIL from james.dabney@hugheshubbard.com]

Counsel,

Plaintiffs agree that Defendants may serve their opposition to the pending TRO application by noon PST on Tuesday, December 21..

1

We renew our request for immediate production of the deposit materials that were submitted in support of the asserted copyright registrations.  These deposit materials are not confidential.

Thank you.

**James W. Dabney** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 11th floor |  New York | NY 10004-1482
Office +1 (212) 837-6803 | Cell +1 (347) 366-2375 | Fax +1 (212) 299-6803
james.dabney@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Robert Schwartz <robertschwartz@quinnemanuel.com>
**Sent:** Saturday, December 18, 2021 4:13 PM
**To:** Dabney, James W. <james.dabney@hugheshubbard.com>
**Cc:** Haeusler, Rita <rita.haeusler@hugheshubbard.com>; Naoufal, Robby <robby.naoufal@hugheshubbard.com>; Klaiber, James R. <james.klaiber@hugheshubbard.com>; Russo, Lynn <lynn.russo@hugheshubbard.com>; Dan Posner <danposner@quinnemanuel.com>; Michael LaFond <michaellafond@quinnemanuel.com>; Taylor Morris <taylormorris@quinnemanuel.com>
**Subject:** RE: Suzhou Angela Online Game Technology Co., et al. v. Snail Game USA Inc., et al., Case No. 21-cv-9552.

**CAUTION: This email was sent by someone outside of the Firm.**

Jim,

In light of your TRO filing at 10:25 pm last night, I need to know by Noon PST tomorrow (Sunday, December 19) whether your clients have agreed to the source code review set forth in my letters.

As to the TRO, we intend to file an opposition.  We are requesting to have until Noon PST on Tuesday, December 21, to file that opposition.  We did not receive your filing until late last night (a Friday night), you gave us no advance notice of it (you say it is not required to do so, but you could have done so as a matter of professional courtesy), and we need to gather information from multiple witnesses—none of whom had any notice of their need to participate in this effort until today (Saturday)—who are not readily available to us because it is a weekend, some are outside the United States, and it the beginning of a holiday week.

Please let me know by 5 p.m. California time today if you will agree, so we can note your position to the Court.

Thank you,

Bobby

**Robert M. Schwartz**
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa Street | Tenth Floor | Los Angeles, California | 90017
Office: (213) 443-3675 | Home Office: (310) 734-7876 | Mobile: (310) 895-8335
WWW.QUINNEMANUEL.COM

IMPORTANT NOTE:  The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Naoufal, Robby <robby.naoufal@hugheshubbard.com>
**Sent:** Friday, December 17, 2021 10:25 PM
**To:** Robert Schwartz <robertschwartz@quinnemanuel.com>
**Cc:** Haeusler, Rita <rita.haeusler@hugheshubbard.com>; Dabney, James W. <james.dabney@hugheshubbard.com>; Klaiber, James R. <james.klaiber@hugheshubbard.com>; Russo, Lynn <lynn.russo@hugheshubbard.com>; Dan Posner <danposner@quinnemanuel.com>; Michael LaFond <michaellafond@quinnemanuel.com>; Taylor Morris <taylormorris@quinnemanuel.com>
**Subject:** Suzhou Angela Online Game Technology Co., et al. v. Snail Game USA Inc., et al., Case No. 21-cv-9552.

**[EXTERNAL EMAIL from robby.naoufal@hugheshubbard.com]**

---

Attached please find copies of the following documents:

- Plaintiffs Notice and Ex Parte Application for TRO and OSC re Preliminary Injunction.
- Declaration of James W. Dabney in Support Thereof
- Declaration of Cheng Ting Kong in Support Thereof
- [Proposed] Temporary Restraining Order

These documents are being filed today in the above referenced matter and, in addition to you, served on the agents for service of Defendants SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC.  Pursuant to Local Rule 7-3, no pre-filing meet and confer is required.  Pursuant to Judge Snyder's procedures, Defendants shall have 48 hours after delivery of the moving papers to serve and file their opposition(s), if any.  Please advise if Defendants intend to oppose the relief so that we may inform the Court.

**Robby Naoufal** | Associate

**Hughes Hubbard & Reed LLP**
1999 Avenue of the Stars, 9th Floor |  Los Angeles | CA 90067-4620
Office +1 (213) 613-2811 | Cell +1 (213) 361-5886

robby.naoufal@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.