# EXHIBIT L

# ARK: Survival Evolved (PS4 version)

```cpp
// Copyright 1998-2016 Epic Games, Inc. All Rights Reserved.

#include "LaunchPrivatePCH.h"
#include <sdk_version.h>

/** The global EngineLoop instance */
FEngineLoop   GEngineLoop;

const char sceUserMainThreadName[]  = "UE4 Main Thread";
int sceUserMainThreadPriority       = SCE_KERNEL_PRIO_FIFO_DEFAULT;
size_t sceUserMainThreadStackSize   = 5 * 1024 * 1024;
size_t sceLibcHeapSize              = 0 * 1024 * 1024;


extern uint64 GGarlicHeapSize;
extern uint64 GOnionHeapSize;
extern uint64 GReservedMemory;
extern uint64 GMainHeapSize;

// set where to read/write files, depending on how we boot
FString GFileRootDirectory;

static void ConvertSDKVersionToString( uint32 SDKVersion, char* SDKVersionString )
    {
        int32 SDKVersionIndex = 7;
        while( SDKVersion >> ( SDKVersionIndex * 4 ) == 0 && SDKVersionIndex >= 0 )
        {
            SDKVersionIndex--;
        }

        int32 SDKStringIndex = 0;
        for( ; SDKVersionIndex >= 0; SDKVersionIndex-- )
        {
            if( ( SDKVersionIndex + 1 ) % 3 == 0 )
            {
                SDKVersionString[SDKStringIndex++] = '.';
            }
            SDKVersionString[SDKStringIndex++] = char( ( ( SDKVersion >> ( SDKVersionIndex *
```

```cpp
4 ) ) & 0xf ) + 0x30 );
        }
        SDKVersionString[SDKStringIndex++] = 0x0;
}


#if !PRIMAL_MERGE_FIX // AG - newer UE API
#define MINIMUM_SYSTEM_SOFTWARE_VERSION 0x03508041u
#endif


// Check that we are running a version of the PS4 System Software that is required by our game
void CheckForSDKSystemSoftwareMismatch()
{
#if !UE_BUILD_SHIPPING
    if( FPS4Misc::IsRunningOnDevKit() )
    {
        char SystemSoftwareVersionString[SCE_SYSTEM_SOFTWARE_VERSION_LEN + 1];
        char SDKVersionString[SCE_SYSTEM_SOFTWARE_VERSION_LEN + 1];
        char MinSystemSoftwareVersionString[SCE_SYSTEM_SOFTWARE_VERSION_LEN + 1];

        ConvertSDKVersionToString( SCE_ORBIS_SDK_VERSION, SDKVersionString );
        ConvertSDKVersionToString(                    MINIMUM_SYSTEM_SOFTWARE_VERSION,
MinSystemSoftwareVersionString );

        // Get system software version string
        sceDbgGetSystemSwVersion(                         SystemSoftwareVersionString,
SCE_SYSTEM_SOFTWARE_VERSION_LEN + 1 );

        // Check if system software is compatible with the minimum version the game requires
        uint32                           Result                              =
sceDbgRequireSystemSwVersion( MINIMUM_SYSTEM_SOFTWARE_VERSION );
        if( Result == SCE_OK )
        {
            printf( "PS4 SDK Version       = %s\n", SDKVersionString );
            printf( "PS4 System Software =%s\n", SystemSoftwareVersionString );
        }
        else
        {
            printf(
    "*********************************************************\n"
                    "*** Detected SDK/System Software Version Incompatibility ***\n"
                    "PS4 SDK Version       = %s\n"
                    "PS4 System Software =%s\n"
                    "PS4 Minimum Required System Software = %s\n"
                    "Please update your PS4 DevKit System Software to a newer\n"
```

```
                    "version that is compatible with the SDK being used\n"

            "*************************************************************\n",
SDKVersionString, SystemSoftwareVersionString, MinSystemSoftwareVersionString );

                    FPS4Misc::DebugBreak();
            }
        }
#endif
}



INT32_MAIN_INT32_ARGC_TCHAR_ARGV()
{
        CheckForSDKSystemSoftwareMismatch();

        printf("Memory sizes: Heap - %.2fMB : Onion - %.2fMB : Garlic - %.2fMB\n",
            (float)((double)GMainHeapSize / (1024.0 * 1024.0)),
            (float)((double)GOnionHeapSize / (1024.0 * 1024.0)),
            (float)((double)GGarlicHeapSize / (1024.0 * 1024.0)));

        ANSICHAR AddArgsContents[256];
        AddArgsContents[0] ='\0';

        bool bUsingFileServer = false;
        bool bDeployedBuild = false;
#if !UE_BUILD_SHIPPING // UFS clients are not available in shipping builds.
        for (int i = 1; i < ArgC; ++i)
        {
            FString Command(ArgV[i]);
            if (Command.Contains(TEXT("-filehostip")))
            {
                bUsingFileServer = true;
                break;
            }
            if (Command.Contains(TEXT("-deployedbuild")))
            {
                bDeployedBuild = true;
                break;
            }
        }
#endif
```

```
bool bApp0 = false;
// if we're running with a fileserver, we must not allow the filesystem to be rooted to /app0,
even if there is a ue4commandline.txt.
// app0 with an active fileserver will not play well with the shortend path (deepfiles) support.

if (!bUsingFileServer)
{
    //a deployed build will still set the working directory to the staging directory so that the
OS can find the proper system files (trophy files, prx's, etc)
    //however all necessary data has been copied to the device, so we want to force a root
of /data for speed.
    if (!bDeployedBuild)
    {
        // look in /app0 for AddArgs.txt - if it's found, then we load from /app0 (VSH)
otherwise load from /data (good for debugger)
        // @todo: PS3 used to have a way to detect how it was launched - we could use
that now!
        FILE* Handle = fopen("/app0/ue4commandline.txt", "r");
        if (Handle != NULL)
        {
            printf("File root is /app0/!\n");
            GFileRootDirectory = TEXT("/app0/");

            fgets(AddArgsContents, sizeof(AddArgsContents), Handle);
            fclose(Handle);
            Handle = NULL;

            printf("AdditionalArgs before fixup = %s\n", AddArgsContents);

            // chop off trailing spaces
            while                             (*AddArgsContents                        &&
isspace(AddArgsContents[strlen(AddArgsContents) - 1]))
            {
                AddArgsContents[strlen(AddArgsContents) - 1] = 0;
            }

            // always try for .pak files when installed
            strcat(AddArgsContents, " -pak");
            printf("AdditionalArgs after fixup = %s\n", AddArgsContents);

            bApp0 = true;
        }
    }
}
```

```
        if (!bApp0)
        {
             printf("File root is hard drive!\n");
             GFileRootDirectory = TEXT("/data/");
        }

        FPlatformStackWalk::LoadSymbolInfo();

        PreInitUObject();

        // initialize the engine, and load out of the PC's cooked sandbox
        if (GEngineLoop.PreInit(ArgC, ArgV, ANSI_TO_TCHAR(AddArgsContents)))
        {
             printf("GEngineLoop.PreInit Failed!\n");
             _Exit(0);
        }
        if (GEngineLoop.Init())
        {
             printf("GEngineLoop.GEngineLoop.Init() Failed!\n");
             _Exit(0);
        }

        // tick until done
        while (!GIsRequestingExit)
        {
             GEngineLoop.Tick();
        }

        // exit out!
        _Exit(0);
//      GEngineLoop.Exit();

        return 0;
}




// Copyright Wildcard Properties LLC, 2014
#include "ShooterGame.h"
#include "AdminPlayerInfoEntryButton.h"
```

```cpp
UAdminPlayerInfoEntryButton::UAdminPlayerInfoEntryButton(const                    class
FPostConstructInitializeProperties& PCIP)
    : Super(PCIP)
{
    bCenterDisplayName = true;
    bAllowClickingWhenNoEntry = true;
    bUseSelectedBackgroundColor = true;
    bDisplayStringCenterY = true;
    bUseDisplayString = false;


}


void UAdminPlayerInfoEntryButton::DrawWidget(FCanvas & fcanvas, UCanvas & ucanvas, const
FIntPoint & canvasSize, FIntRect & ScissorRect, bool bParentEnabled) const
{
    Super::DrawWidget(fcanvas, ucanvas, canvasSize, ScissorRect,bParentEnabled);

    ucanvas.DrawColor  =  (bSelected)  ?  FColor(TintColor(DisplayStringSelectedColor))  :
FColor(TintColor(DisplayStringColor));

    UFont * font = DisplayStringFont;
    float SizeX, SizeY;
    ucanvas.TextSize(DisplayStringFont, SteamPlayerName, SizeX, SizeY, 1.0f, 1.0f);
    int RemoveCount = 3;
    FString PlayerIdCliped = SteamPlayerName;
    FString PlayerNameCliped =PlayerName ;
    FFontRenderInfo tInfo;
    tInfo.bEnableShadow = 1;
    while    (!SteamPlayerName.IsEmpty()   &&   SizeX   >   (canvasSize.X   /   2)   &&
SteamPlayerName.Len() > RemoveCount)
    {
        if (PlayerIdCliped.Len() < 19)
            break;
        PlayerIdCliped = SteamPlayerName.Left(SteamPlayerName.Len() - RemoveCount);
        PlayerIdCliped = PlayerIdCliped + TEXT("...");
        ucanvas.TextSize(DisplayStringFont, PlayerIdCliped, SizeX, SizeY, 1, 1);
        RemoveCount += 3;
    }
    RemoveCount = 3;
    while  (!PlayerName.IsEmpty()  &&  SizeX  >  (canvasSize.X  /  3)  &&  PlayerName.Len()  >
```

```
RemoveCount)
    {
        if (PlayerNameCliped.Len() < 10)
            break;
        PlayerNameCliped = PlayerName.Left(PlayerName.Len() - RemoveCount);
        PlayerNameCliped = PlayerNameCliped + TEXT("...");
        ucanvas.TextSize(DisplayStringFont, PlayerNameCliped, SizeX, SizeY, 1, 1);
        RemoveCount += 3;
    }
    if (!PlayerName.IsEmpty())
    {
        if (LinkedPlayerID.IsEmpty())
        {
            ucanvas.DrawText(font, PlayerNameCliped, 0.05 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X, DisplayStringScale.Y, tInfo);
            ucanvas.DrawText(font, PlayerIdCliped, 0.6 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X, DisplayStringScale.Y, tInfo);
        }
        else
        {
            const float Scale = 0.8f;
            ucanvas.DrawText(font, PlayerNameCliped, 0.05 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);
            ucanvas.DrawText(font, PlayerIdCliped, 0.3 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);
            ucanvas.DrawText(font, LinkedPlayerID, 0.8 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);


        }
    }
    else
    {
        if (LinkedPlayerID.IsEmpty())
        {

            ucanvas.DrawText(font, PlayerIdCliped, 0.05* canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X, DisplayStringScale.Y, tInfo);
        }
        else
        {
            const float Scale = 0.8f;

            ucanvas.DrawText(font, PlayerIdCliped, 0.05 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);
```

```
                    ucanvas.DrawText(font, LinkedPlayerID, 0.3 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);


            }
        }


}




// Fill out your copyright notice in the Description page of Project Settings.
// Copyright Wildcard Properties LLC, 2014

#include "ShooterGame.h"
#include "BasePlayerController.h"

#include "InternationalizationSimpleGlobal.h"

ABasePlayerController::ABasePlayerController(const   class   FPostConstructInitializeProperties&
PCIP)
    : Super(PCIP)
{
    bAllowGameActions = true;
    bGameEndedFrame = false;

    ServerSayString = TEXT("Say");
    bHasSentStartEvents = false;
    bCheatEnabled = false;
}

void   ABasePlayerController::OnQueryAchievementsComplete(const   FUniqueNetId&   PlayerId,
const bool bWasSuccessful)
{
    UE_LOG(LogOnline,                                                        Display,
TEXT("ABasePlayerController::OnQueryAchievementsComplete(bWasSuccessful      =      %s)"),
bWasSuccessful ? TEXT("TRUE") : TEXT("FALSE"));
}
void ABasePlayerController::GameHasEnded(class AActor* EndGameFocus, bool bIsWinner)
{
    Super::GameHasEnded(EndGameFocus, bIsWinner);
}
void ABasePlayerController::SimulateInputKey(FKey Key, bool bPressed)
{
```

```
        InputKey(Key, bPressed ? IE_Pressed : IE_Released, 1, false);
}


void ABasePlayerController::UpdateAchievementProgress(const FString& Id, float Percent)
{
}
void ABasePlayerController::QueryAchievements()
{
        //PRIMAL - DK : Don't do this on clients right now... possibly do always on xbox for now
#if PLATFORM_XBOXONE || PLATFORM_PS4
        if (GetNetMode() == NM_Client)
                return;
#endif


        // precache achievements
        ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);
        if (LocalPlayer)
        {
                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                {
                        IOnlineIdentityPtr Identity = OnlineSub->GetIdentityInterface();
                        if (Identity.IsValid())
                        {
                                TSharedPtr<FUniqueNetId>                        UserId                        =
Identity->GetUniquePlayerId(LocalPlayer->ControllerId);

                                if (UserId.IsValid())
                                {
                                        IOnlineAchievementsPtr                Achievements                =
OnlineSub->GetAchievementsInterface();

                                        if (Achievements.IsValid())
                                        {
                                                Achievements->QueryAchievements(*UserId.Get(),
FOnQueryAchievementsCompleteDelegate::CreateUObject(this,
&AShooterPlayerController::OnQueryAchievementsComplete));
                                        }
                                }
                                else
                                {
                                        UE_LOG(LogOnline,  Warning,  TEXT("No  valid  user  id  for  this
controller."));
                                }
```

```
                    }
                    else
                    {
                        UE_LOG(LogOnline, Warning, TEXT("No valid identity interface."));
                    }
                }
                else
                {
                    UE_LOG(LogOnline, Warning, TEXT("No default online subsystem."));
                }
            }
            else
            {
                UE_LOG(LogOnline, Warning, TEXT("No local player, cannot read achievements."));
            }
    }


    void ABasePlayerController::ClientGameStarted_Implementation()
    {
            bAllowGameActions = true;

            // Enable controls and disable cinematic mode now the game has started
            SetCinematicMode(false, false, true, true, true);

            bGameEndedFrame = false;

            QueryAchievements();

            // Send round start event
            const auto Events = Online::GetEventsInterface();
            ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);

            if (LocalPlayer != nullptr && Events.IsValid())
            {
                auto UniqueId = LocalPlayer->GetPreferredUniqueNetId();

                if (UniqueId.IsValid())
                {
                    // Generate a new session id
                    Events->SetPlayerSessionId(*UniqueId, FGuid::NewGuid());

                    FString                           MapName                           =
    *FPackageName::GetShortName(GetWorld()->PersistentLevel->GetOutermost()->GetName());
```

```cpp
            // Fire session start event for all cases
            FOnlineEventParms Params;
            Params.Add(TEXT("GameplayModeId"),     FVariantData((int32)1));    //    @todo
determine game mode (ffa v tdm)
            Params.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); // unused
            Params.Add(TEXT("MapName"), FVariantData(MapName));

            Events->TriggerEvent(*UniqueId, TEXT("PlayerSessionStart"), Params);

            // Online matches require the MultiplayerRoundStart event as well
            UShooterGameInstance*    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;

                if (SGI->GetIsOnline())
                {
                    FOnlineEventParms MultiplayerParams;

                    // @todo: fill in with real values
                    MultiplayerParams.Add(TEXT("SectionId"), FVariantData((int32)0)); // unused
                    MultiplayerParams.Add(TEXT("GameplayModeId"),     FVariantData((int32)1));
// @todo determine game mode (ffa v tdm)
                    MultiplayerParams.Add(TEXT("MatchTypeId"),     FVariantData((int32)1));    //
@todo abstract the specific meaning of this value across platforms
                    MultiplayerParams.Add(TEXT("DifficultyLevelId"),  FVariantData((int32)0));  //
unused

                    Events->TriggerEvent(*UniqueId,              TEXT("MultiplayerRoundStart"),
MultiplayerParams);
                }

                bHasSentStartEvents = true;
            }
        }
}

/** Starts the online game using the session name in the PlayerState */
void ABasePlayerController::ClientStartOnlineGame_Implementation()
{
    if (!IsPrimaryPlayer())
        return;

    AShooterPlayerState* ShooterPlayerState = Cast<AShooterPlayerState>(PlayerState);
    if (ShooterPlayerState)
```

```
        {
                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                {
                        IOnlineSessionPtr Sessions = OnlineSub->GetSessionInterface();
                        if (Sessions.IsValid())
                        {
                                UE_LOG(LogOnline,   Log,   TEXT("Starting   session   %s   on   client"),
*ShooterPlayerState->SessionName.ToString());
                                Sessions->StartSession(ShooterPlayerState->SessionName);
                        }
                }
        }
        else
        {
                // Keep retrying until player state is replicated
                GetWorld()->GetTimerManager().SetTimer(FTimerDelegate::CreateUObject(this,
&AShooterPlayerController::ClientStartOnlineGame_Implementation), 0.2f, false);
        }
}


/** Ends the online game using the session name in the PlayerState */
void ABasePlayerController::ClientEndOnlineGame_Implementation()
{
        if (!IsPrimaryPlayer())
                return;

        AShooterPlayerState* ShooterPlayerState = Cast<AShooterPlayerState>(PlayerState);
        if (ShooterPlayerState)
        {
                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                {
                        IOnlineSessionPtr Sessions = OnlineSub->GetSessionInterface();
                        if (Sessions.IsValid())
                        {
                                UE_LOG(LogOnline,   Log,   TEXT("Ending   session   %s   on   client"),
*ShooterPlayerState->SessionName.ToString());
                                Sessions->EndSession(ShooterPlayerState->SessionName);
                        }
                }
        }
}
```

```cpp
void ABasePlayerController::HandleReturnToMainMenu()
{
    CleanupSessionOnReturnToMenu();
}

void    ABasePlayerController::ClientReturnToMainMenu_Implementation(const    FString&
ReturnReason)
{
    UShooterGameInstance*    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;

    if (!ensure(SGI != NULL))
    {
        return;
    }

    if (GetNetMode() == NM_Client)
    {
        const FString ReturnReason = NSLOCTEXT("NetworkErrors", "HostQuit", "The host has
quit the match.").ToString();
        const FString OKButton = NSLOCTEXT("DialogButtons", "OKAY", "OK").ToString();

        SGI->ShowMessageThenGotoState(ReturnReason,    OKButton,    FString(),
ShooterGameInstanceState::MainMenu);
    }
    else
    {
        SGI->GotoState(ShooterGameInstanceState::MainMenu);
    }

    // Clear the flag so we don't do normal end of round stuff next
    bGameEndedFrame = false;
}

/** Ends and/or destroys game session */
void ABasePlayerController::CleanupSessionOnReturnToMenu()
{
    UShooterGameInstance    *    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;

    if (ensure(SGI != NULL))
```

```cpp
        {
            SGI->CleanupSessionOnReturnToMenu();
        }
}

void ABasePlayerController::ClientGameEnded_Implementation(class AActor* EndGameFocus, bool bIsWinner)
{
    Super::ClientGameEnded_Implementation(EndGameFocus, bIsWinner);

    // Disable controls now the game has ended
    SetCinematicMode(true, false, false, true, true);

    bAllowGameActions = false;

    // Make sure that we still have valid view target
    SetViewTarget(GetPawn());

    // Flag that the game has just ended (if it's ended due to host loss we want to wait for
ClientReturnToMainMenu_Implementation first, incase we don't want to process)
    bGameEndedFrame = true;
}




void ABasePlayerController::ClientSendRoundEndEvent_Implementation(bool bIsWinner, int32 ExpendedTimeInSeconds)
{
    const auto Events = Online::GetEventsInterface();
    ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);

    if (bHasSentStartEvents && LocalPlayer != nullptr && Events.IsValid())
    {
        auto UniqueId = LocalPlayer->GetPreferredUniqueNetId();

        if (UniqueId.IsValid())
        {
            FString                            MapName                            =
*FPackageName::GetShortName(GetWorld()->PersistentLevel->GetOutermost()->GetName());
            AShooterPlayerState*                          ShooterPlayerState                   =
Cast<AShooterPlayerState>(PlayerState);
            int32 PlayerScore = 0;//ShooterPlayerState ? ShooterPlayerState->GetScore() : 0;

            // Fire session end event for all cases
```

```
            FOnlineEventParms Params;
            Params.Add(TEXT("GameplayModeId"),    FVariantData((int32)1));    //    @todo
determine game mode (ffa v tdm)
            Params.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); // unused
            Params.Add(TEXT("ExitStatusId"), FVariantData((int32)0)); // unused
            Params.Add(TEXT("PlayerScore"), FVariantData((int32)PlayerScore));
            Params.Add(TEXT("PlayerWon"), FVariantData((bool)bIsWinner));
            Params.Add(TEXT("MapName"), FVariantData(MapName));
            Params.Add(TEXT("MapNameString"),    FVariantData(MapName));    //    @todo
workaround for a bug in backend service, remove when fixed

            Events->TriggerEvent(*UniqueId, TEXT("PlayerSessionEnd"), Params);

            // Online matches require the MultiplayerRoundEnd event as well
            UShooterGameInstance*    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;
            if (SGI->GetIsOnline())
            {
                FOnlineEventParms MultiplayerParams;

                AShooterGameState*   const   MyGameState = GetWorld() != NULL ?
GetWorld()->GetGameState<AShooterGameState>() : NULL;
                if (ensure(MyGameState != nullptr))
                {
                    MultiplayerParams.Add(TEXT("SectionId"),   FVariantData((int32)0));   //
unused
                    MultiplayerParams.Add(TEXT("GameplayModeId"),
FVariantData((int32)1)); // @todo determine game mode (ffa v tdm)
                    MultiplayerParams.Add(TEXT("MatchTypeId"),    FVariantData((int32)1));
// @todo abstract the specific meaning of this value across platforms
                    MultiplayerParams.Add(TEXT("DifficultyLevelId"),
FVariantData((int32)0)); // unused
                    MultiplayerParams.Add(TEXT("TimeInSeconds"),
FVariantData((float)ExpendedTimeInSeconds));
                    MultiplayerParams.Add(TEXT("ExitStatusId"),  FVariantData((int32)0));  //
unused

                    Events->TriggerEvent(*UniqueId,         TEXT("MultiplayerRoundEnd"),
MultiplayerParams);
                }
            }
        }

        bHasSentStartEvents = false;
```

```cpp
        }
}


void ABasePlayerController::Say(const FString& Msg)
{
        //ServerSay(Msg.Left(128));
}

/*void ABasePlayerController::ServerSay_Implementation(const FString& Msg)
{
        FString newMsg = Msg;
        if (PlayerState)
        {
                newMsg          =          FString::Printf(TEXT("%s          (%s):          "),
*((AShooterPlayerState*)PlayerState)->PlayerName,
*((AShooterPlayerState*)PlayerState)->GetPlayerName()) + Msg;
        }
        GetWorld()->GetAuthGameMode()->Broadcast(this, newMsg, ServerSayString);
}*/


void ABasePlayerController::PreClientTravel(const FString& PendingURL, ETravelType TravelType,
bool bIsSeamlessTravel)
{
        Super::PreClientTravel(PendingURL, TravelType, bIsSeamlessTravel);
        if (GetWorld() != NULL)
        {
                UShooterGameViewportClient          *          ShooterViewport          =
Cast<UShooterGameViewportClient>(GetWorld()->GetGameViewport());
                if (ShooterViewport != NULL)
                {
                        ShooterViewport->ShowLoadingScreen();
                }
        }
}
void ABasePlayerController::UpdateAchievementsOnGameEnd()
{
}
void ABasePlayerController::ClientSetSpectatorCamera_Implementation(FVector CameraLocation,
FRotator CameraRotation)
{
        SetInitialLocationAndRotation(CameraLocation, CameraRotation);
```

```
        SetViewTarget(this);
}

bool  ABasePlayerController::SetPause(bool  bPause,  FCanUnpause  CanUnpauseDelegate  /*=
FCanUnpause()*/)
{
        const bool Result = APlayerController::SetPause(bPause, CanUnpauseDelegate);

        // Update rich presence.
        const auto PresenceInterface = Online::GetPresenceInterface();
        const auto Events = Online::GetEventsInterface();
        const auto LocalPlayer = Cast<ULocalPlayer>(Player);
        TSharedPtr<FUniqueNetId> UserId = LocalPlayer ? LocalPlayer->GetCachedUniqueNetId() :
nullptr;

        if (PresenceInterface.IsValid() && UserId.IsValid())
        {
                FOnlineUserPresenceStatus Status;
                if (Result && bPause)
                {
                        Status.StatusStr = FString("Paused");
                }
                else
                {
                        Status.StatusStr = FString("InGame");
                }
                PresenceInterface->SetPresence(*UserId, Status);
        }

        // Don't send pause events while online since the game doesn't actually pause
        if    (GetNetMode()    ==    NM_Standalone    &&    Events.IsValid()    &&
PlayerState->UniqueId.IsValid())
        {
                FOnlineEventParms Params;
                Params.Add(TEXT("GameplayModeId"), FVariantData((int32)1)); // @todo determine
game mode (ffa v tdm)
                Params.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); // unused
                if (Result && bPause)
                {
                        Events->TriggerEvent(*PlayerState->UniqueId,        TEXT("PlayerSessionPause"),
Params);
                }
                else
                {
```

```cpp
                Events->TriggerEvent(*PlayerState->UniqueId,        TEXT("PlayerSessionResume"),
Params);
            }
        }

        return Result;
}

bool ABasePlayerController::ServerCheat_Validate(const FString& Msg)
{
        return true;
}

void ABasePlayerController::ServerCheat_Implementation(const FString& Msg)
{
        // Do you need this extra security on server calls?
        //if (Role < ROLE_Authority)
        //    return;

        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if              (PlayerState             &&             ((OnlineSub             &&
OnlineSub->IsAllowedToCheat(*PlayerState->UniqueId.GetUniqueNetId())))              ||
GetWorld()->GetNetMode()    ==    NM_Standalone   ||   (GetWorld()->GetNetMode()   ==
NM_ListenServer && IsLocalPlayerController())))
        {
#if UE_BUILD_SHIPPING
            if                                 (!(bCheatEnabled                     ||
OnlineSub->IsInAllowedToCheatList(*PlayerState->UniqueId.GetUniqueNetId())))
                return;
#endif
            if (GetWorld()->AuthorityGameMode && PlayerState && NetConnection &&
NetConnection->PlayerId.Get())
            {
                FString theString = FString::Printf(*LOCSTR("AdminCmd: %s (PlayerName: %s,
ARKID:    %llu,    SteamID:    %s)"),   *Msg,   *PlayerState->PlayerName,
((AShooterPlayerState*)PlayerState)->MyPlayerDataStruct.PlayerDataID,
*NetConnection->PlayerId->ToString());
#if PRIMAL_ENABLE_ARKMETRICS
                if            (AShooterGameMode*             GameMode             =
GetWorld()->GetAuthGameMode<AShooterGameMode>())
                {
                    if (GameMode->bCollectArkMetrics)
                    {
                        TSharedPtr<FJsonObject>     adminMsg    =    MakeShareable(new
```

```
FJsonObject());
                            adminMsg->SetStringField(TEXT("Message"), *Msg);
                            adminMsg->SetStringField(TEXT("SteamId"),
*NetConnection->PlayerId->ToString());
                            adminMsg->SetStringField(TEXT("Timestamp"),
FDateTime::UtcNow().ToIso8601());
                        GameMode->ArkMetricsAppend(TEXT("AdminLog"), adminMsg);
                }
            }
#endif
                URCONServer::AddToChatBuffer(theString);

        ((AShooterGameMode*)GetWorld()->AuthorityGameMode)->PrintToServerGameLog(theStri
ng,true);
        }

        //if (CheatManager)
        //{
#if UE_BUILD_SHIPPING
        if                                  (bCheatEnabled                              ||
OnlineSub->IsInAllowedToCheatList(*PlayerState->UniqueId.GetUniqueNetId()))
            ClientMessage(ConsoleCommand(Msg));
#else
        ClientMessage(ConsoleCommand(Msg));
#endif
    }
}

bool ABasePlayerController::IsMoveInputIgnored() const
{
    if (IsInState(NAME_Spectating))
    {
        return false;
    }
    else
    {
        return Super::IsMoveInputIgnored();
    }
}

bool ABasePlayerController::IsLookInputIgnored() const
{
    if (IsInState(NAME_Spectating))
    {
```

```
            return false;
        }
        else
        {
            return Super::IsLookInputIgnored();
        }
}

bool ABasePlayerController::IsGameInputAllowed() const
{
        return bAllowGameActions && !bCinematicMode && (Cast<APrimalCharacter>(GetPawn())
== NULL || Cast<APrimalCharacter>(GetPawn())->IsGameInputAllowed());
}




// Copyright 1998-2014 Epic Games, Inc. All Rights Reserved.
// Copyright Wildcard Properties LLC, 2014

#include "ShooterGame.h"
#include "InternationalizationSimpleGlobal.h"

#include "Kismet/KismetSystemLibrary.h"

static const FName NAME_FirstPerson = "FirstPerson";
static const FName NAME_ThirdPerson = "ThirdPerson";

AShooterCharacter::AShooterCharacter(const class FPostConstructInitializeProperties& PCIP)
    :
Super(PCIP.SetDefaultSubobjectClass<UShooterCharacterMovement>(ACharacter::CharacterMov
ementComponentName))
{
        OnPlayerTalkingStateChangedDelegate                                          =
FOnPlayerTalkingStateChangedDelegate::CreateUObject(this,
&AShooterCharacter::OnPlayerTalkingStateChanged);

        //NetCullDistanceSquared = 250000;

        BestInstantShotResult = EPrimalStatsValueTypes::Misses;
        bBeganPlay = false;

        PostUpdateTick.bCanEverTick = false;
        PostUpdateTick.bStartWithTickEnabled = false;
```

```
PostUpdateTick.TickGroup = TG_PostUpdateWork;

LastRequestedTribeTime = -1000;
LastUpdatedAimActorsTime = -1000;
LastCollisionStuckTime = -1000;
LastRequestedTribeID = 0;
LastRequestedTribeName = TEXT("");

LastCheckSeven = 0;
LastCheckSevenHit = 0;
LastCheckSevenTransmission = 0;

AllianceInviteRequestingTeam=0;
AllianceInviteID=0;
AllianceInviteName = LastRequestedTribeName;
AllianceInviteTime = -1000;

PercentOfFullHeadHairGrowth = -1;
PercentOfFullFacialHairGrowth = -1;

SimulatedLastFrameProcessedForceUpdateAimedActors = 0;
BobMaxMovementSpeed = 1400;
WeaponBobMaxMovementSpeed = 700;
CharacterMovement->MinimumImpulseToApply = 0.f;
PreviousRootYawSpeed = 0;
bDelayFootstepsUnderMinInterval = true;
bDamageNotifyTeamAggroAI = true;
bWasSubmerged = false;
bHadGrapHookAttachActor = false;
bRefreshDefaultAttachmentsHadEquippedItems = false;
bRagdollIgnoresPawnCapsules = 1;
IgnoreCollisionSweepUntilFrameNumber = 0;
LastCapsuleAttachmentChangedIncrement = 0;
LastMeshAttachmentChangedIncrement = 0;
LastCameraAttachmentChangedIncrement = 0;
ExtraNameVar = NAME_None;
LastTaggedTime = -1000;
LastEmoteTryPlayTime = -1000;
LastReleaseSeatingStructureTime = -1000;
LastTaggedTimeExtra = -1000;
LastTaggedTimeThird = -1000;
LocalDiedAtTime = -1000;
NextPlayerUndergroundCheck = -1000;
LastNotStuckTime = -1000;
```

```
LastEmotePlayTime = -1000;
ClientSeatedViewRotationPitch = 0;
ClientSeatedViewRotationYaw = 0;
PlayerNumUnderGroundFail = 0;
DontTargetUntilTime = 0;
ExtraFloatVar = 0;
//bCheckPushedThroughWallsWasSeatingStructure = false;
ExtraVectorVar=FVector::ZeroVector;
bCanRun = 1;
bCanEverProne = true;
bCanEverCrouch = true;
bPossessionDontUnsleep = false;
bWasHostPlayer = false;
bPlayedSpawnIntro = false;
bGaveInitialItems = false;
bLastViewingInventory = false;
bHadWeaponWhenStartedClimbingLadder = false;
CharacterMovement->bRunPhysicsWithNoController = true;
CastChecked<UShooterCharacterMovement>(CharacterMovement)->bUseAdditionalLinePe
netrationChecks = true;
NetUpdateFrequency = 18.0f;
bWasFirstPerson = false;
LastStartedTalkingTime = -1000;
bSleepingUseRagdoll = true;
bCacheRidingDinoWeapon = false;
LocalLastViewingInventoryTime = -1000;
bWasLocallyControlled = false;
bIsVoiceTalking = false;
LastAimRotOffset = FRotator::ZeroRotator;
ExtraExtraVectorVar = FVector::ZeroVector;
bWasOverrideHiddenShadowValue = false;
LastAttackTime = -1000;
LastCausedDamageTime = -1000;
LastUseHarvestTime = -1000;
StopRidingTime = -1000;
LastTryAccessInventoryFailTime = -1000;

MinTimeBetweenFootstepsRunning = 0.125f;

bUseAlternateFallBlendspace = false;

Mesh1P = PCIP.CreateDefaultSubobject<USkeletalMeshComponent>(this, "PawnMesh1P");
//Mesh1P->AttachParent = CapsuleComponent;
Mesh1P->bOnlyOwnerSee = true;
```

```cpp
        Mesh1P->bOwnerNoSee = false;
        Mesh1P->bVisible = false;
        Mesh1P->bCastDynamicShadow = true;
        Mesh1P->bReceivesDecals = false;
        Mesh1P->MeshComponentUpdateFlag                    =
EMeshComponentUpdateFlag::OnlyTickPoseWhenRendered;
        Mesh1P->PrimaryComponentTick.TickGroup = TG_PrePhysics;
        Mesh1P->bChartDistanceFactor = false;
        //Mesh1P->SetCollisionObjectType(ECC_Pawn);
        Mesh1P->SetCollisionEnabled(ECollisionEnabled::NoCollision);
        Mesh1P->SetCollisionResponseToAllChannels(ECR_Ignore);
        Mesh1P->SetAbsolute(true, true, true);
        Mesh1P->StreamingDistanceMultiplier = 5000;
        Mesh1P->bIsInForeground = true;

        Mesh->bSwapBodyScaleXZ = true;
        Mesh->bLockBodyScaleXY = true;

        LastIndoorCheckTime = -1000;
        IndoorCheckInterval = 1.2f;
        StartedRidingTime = 0;
        LastTimeInFalling = 0.f;
        CurrentWeaponBobSpeed = 0.f;
        TargetingSpeedModifier = 0.5f;
        bTicksOnClient = true;
        bLastLocInterpCrouched = false;
        bLastLocInterpProne = false;
        InterpLastCrouchProneStateChangeTime = -1000;
        TimeSinceLastController = -1000;

        LastSweepCapsuleHeight = 0;
        LastSweepCapsuleRadius = 0;

        IntervalForFullHeadHairGrowth=60.f;
        IntervalForFullFacialHairGrowth=60.f;

        LadderLateralJumpVelocity = 500.0f;

        ReplicationIntervalMultiplier = 0.4f;
        WeaponBobTime = 0;
        WeaponBobTargetingBlend = 0;
        CurrentAimBlending = 0;
        WalkBobOldSpeed = 0;
        WalkBobInterpSpeed = 0;
```

```
AppliedBob = 0;
WalkBobMagnitude = 0.105;
BobTime = 0;
LinkedPlayerDataID = 0;

ClientRotationInterpSpeed = 5.75f;

CraftingMovementSpeedModifier = 0.5f;

LastUncrouchTime = 0;
LastUnproneTime = 0;
LastPressReloadTime = 0;

OriginalCollisionHeight = CapsuleComponent->GetScaledCapsuleHalfHeight();
PlayerName = "Player";
CapsuleComponent->bGenerateOverlapEvents = true;

//CapsuleComponent->bUseInternalOctree = true;
//CapsuleComponent->InternalOctreeMask |= OCTREEGROUP_PLAYERPAWNS;
DefaultStasisComponentOctreeFlags |= OCTREEGROUP_PLAYERPAWNS;

LoggedOutTargetingDesirability = 0.2f;

EnemyPlayerMaxCursorHUDDistanceProne = 300;
EnemyPlayerMaxCursorHUDDistanceCrouched = 900;
EnemyPlayerMaxCursorHUDDistanceStanding = 2000;
bIsOnSeatingStructure = false;
bIsControllingBallista = false;
LastStasisCastPosition = FVector(MAX_flt);

NewTeleProtLocationPSC = NULL;
OldTeleProtLocationPSC = NULL;
LastTimeTeleported = 0;




GrapHookCableWidth = 1.0f;

UpdateHyperThermalInsulationPosition = FVector::ZeroVector;
NextUpdateHyperThermalInsulationTime = 0;


UpdateHypoThermalInsulationPosition = FVector::ZeroVector;
NextUpdateHypoThermalInsulationTime = 0;
```

```
            LastAdditionalHypoThermalInsulation = 0;
            LastAdditionalHyperThermalInsulation = 0;
            WaterLossRateMultiplier = 1.f;

            bUseHeavyCombatMusic = true;

            bPreventWeaponMovementAnims = false;

            InventoryDragWeightScale = 0.5f;
}

float ScaleInsulation(float insulationValue, float positiveScale, float negativeScale)
{
            return insulationValue >= 0 ? insulationValue*positiveScale : insulationValue*negativeScale;
}

void AShooterCharacter::PostInitializeComponents()
{
            Super::PostInitializeComponents();

            if (GetWorld()->GetNetMode() != NM_DedicatedServer)
            {
                    HeadHairComponent = NewObject<USkeletalMeshComponent>(this);
                    //HeadHairComponent->bAutoRegister = true;
                    //HeadHairComponent->bAutoActivate = true;
                    HeadHairComponent->SetSkeletalMesh(DefaultHeadHairMesh);
                    HeadHairComponent->SetMasterPoseComponent(Mesh);
                    HeadHairComponent->RegisterComponent();
                    HeadHairComponent->CustomTag = "HeadHair";
                    HeadHairComponent->AttachTo(Mesh, NAME_None, EAttachLocation::SnapToTarget);
                    FacialHairComponent = NewObject<USkeletalMeshComponent>(this);
                    //FacialHairComponent->bAutoRegister = true;
                    //FacialHairComponent->bAutoActivate = true;
                    FacialHairComponent->SetSkeletalMesh(DefaultFacialHairMesh);
                    FacialHairComponent->SetMasterPoseComponent(Mesh);
                    FacialHairComponent->CustomTag = "FacialHair";
                    FacialHairComponent->RegisterComponent();
                    FacialHairComponent->AttachTo(Mesh, NAME_None, EAttachLocation::SnapToTarget);

                    for (int it = 0; it < HeadHairComponent->GetNumMaterials(); it++)
                            HeadHairComponent->CreateAndSetMaterialInstanceDynamic(it);

                    for (int it = 0; it < FacialHairComponent->GetNumMaterials(); it++)
```

```cpp
        NewsLabel = Cast<UPrimalRichTextBlock>(GetHandleFromName(NewsLabelName));
        NewsLabel->SetString("");

        if                (UShooterGameInstance*              anInstance             =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
        {
            NewsLabel->SetString(anInstance->NewsMessage);
            anInstance->GotoState(ShooterGameInstanceState::MainMenu);
        }

        ExitButtonLabel = Cast<UTextBlock>(GetHandleFromFName("ExitButtonLabel"));

#if PLATFORM_XBOXONE
        if (ExitButtonLabel)
            ExitButtonLabel->SetString(LOCSTR("BACK"));
#elif PLATFORM_PS4
        // AG - Hijack exit button to show report abuse form
        if (ExitButton)
        {
            ReportAbuseButton = ExitButton;
            if (ExitButtonLabel)
                ExitButtonLabel->SetString(LOCSTR("REPORT ABUSE"));

            UWidget* ExitButtonGlow = GetHandleFromName("Image_2402");
            if (ExitButtonGlow)
            {
                ExitButtonGlow->SetVisibility(ESlateVisibility::Hidden);
            }
            ReportAbuseButton->SetVisibility(ESlateVisibility::Hidden);
        }
#endif

        TotalConversionLabel = Cast<UTextBlock>(GetHandleFromFName("TotalConversionLabel"));
#if PLATFORM_XBOXONE || PLATFORM_PS4
        if (TotalConversionLabel)
            TotalConversionLabel->SetString(LOCSTR("GAME MODES"));
#endif

        EditableTextJoin = Cast<UEditableTextBox>(GetHandleFromName(EditableTextJoinName));

        EditableTextJoinPanel                                                        =
Cast<UPanelWidget>(GetHandleFromFName(EditableTextJoinPanelName));
```

```
        ConnectingPanel = Cast<UPanelWidget>(GetHandleFromFName("ConnectingPanel"));
        if(ConnectingPanel)
                ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);

        //MovieBackgroundImage                                                   =
Cast<UImage>(GetHandleFromFName("MovieBackgroundImage"));

        LinuxBackgroundImage = Cast<UImage>(GetHandleFromFName("LinuxBackgroundImage"));

#if PLATFORM_LINUX || PLATFORM_XBOXONE || PLATFORM_PS4
        LinuxBackgroundImage->SetVisible(true);
        //MovieBackgroundImage->SetVisible(false);
#else
        LinuxBackgroundImage->SetVisible(false);
        if (MovieBackgroundImage)
                MovieBackgroundImage->SetVisible(true);
#endif

#if UE_BUILD_SHIPPING
        EditableTextJoinPanel->SetVisible(false);
#endif

        //total conversions
        TotalConversionsScrollBox                                               =
Cast<UScrollBox>(GetHandleFromFName(TEXT("TotalConversionsScrollBox")));

#if PS4_REGION_JAPAN
        // AG_ET - Move scrollbox to the left, since the primitive plus text is getting cut off because
of localization using a different font
        UCanvasPanel*                          parentPanel                      =
Cast<UCanvasPanel>(TotalConversionsScrollBox->GetParent());
        // Get the child index for the scrollbox
        int childIndex = parentPanel->GetChildIndex(TotalConversionsScrollBox);
        if (childIndex != -1)
        {
                static const FVector2D sizeIncrease(80, 0);

                // Update the scrollbox size in the panel
                UCanvasPanelSlot*                      childSlot                =
Cast<UCanvasPanelSlot>(parentPanel->Slots[childIndex]);
                childSlot->SetSize(childSlot->GetSize() + sizeIncrease);

                // Update the widget size in the scrollbox
                TotalConversionsScrollBox->WidgetSize.X += sizeIncrease.X;
```

```
                TotalConversionsScrollBox->SynchronizeProperties();
        }
#endif

#if 0 //PLATFORM_PS4
        // Hide the TC box until we have Primitive+ fixed
        TotalConversionsScrollBox->SetVisibility(ESlateVisibility::Hidden);
        UWidget* TotalConversionHeader = GetHandleFromFName(TEXT("TextBlock_465"));
        if (TotalConversionHeader)
                TotalConversionHeader->SetVisibility(ESlateVisibility::Hidden);
#endif

        TotalConversionImage = Cast<UImage>(GetHandleFromFName("TotalConversionImage"));
        if (TotalConversionImage && FPackageName::GetTotalConversion().GetId() == 111111111)
                TotalConversionImage->SetVisibility(ESlateVisibility::Visible);


        PopulateMods();


        bMultiplayerPrivilegeAvailable = false;
#if PLATFORM_PS4
        bMultiplayerPrivilegeAvailableReport = false;
#endif
        bMultiplayerPrivilege = false;


#if PRIMAL_DLC_ENABLED
        UMountedDLCManager::Get()->OnMountedDLCInstalledEvent.AddUObject(this,&UUI_Main
Menu::OnDLCInstalledEvent);
#endif
        //Just incase end credits is playing
        if (!GAllowMusicPlayer)
                UVictoryCore::StopMusic();


        PopulateMods();
}

void UUI_MainMenu::HighlightDefaultWidget(UPanelWidget *RestrictToPanel)
{
#if PLATFORM_XBOXONE || PLATFORM_PS4
        if (ListSessionsButton && HostButton && !ListSessionsButton->IsVisible())
                GetTopLevelParentPrimalUI()->SetHighlightedWidget(HostButton);
        else
#endif
                Super::HighlightDefaultWidget(RestrictToPanel);
}
```

```cpp
void UUI_MainMenu::RemoveFromViewport()
{
#if PRIMAL_DLC_ENABLED
    UMountedDLCManager::Get()->OnMountedDLCInstalledEvent.RemoveAll(this);
#endif
    Super::RemoveFromViewport();
}


void    UUI_MainMenu::OnGetUserPrivilegeComplete(const    FUniqueNetId&    UserId,
EUserPrivileges::Type Privilege, uint32 Result)
{
    if (Privilege == EUserPrivileges::CanUseUserGeneratedContent)
    {
#if PLATFORM_PS4 || PLATFORM_XBOXONE
        UShooterLocalPlayer*                            aLocalPlayer                            =
Cast<UShooterLocalPlayer>(GetOwningLocalPlayer());
        if (aLocalPlayer)
        {
            aLocalPlayer->UpdateUserPrivilige(Privilege, Result);
        }
#else
        if            (UShooterGameInstance*            ShooterGameInstance            =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
        {
            ShooterGameInstance->bCanUseUserGeneratedContent = (Result == 0);
        }
#endif
    }
    else //EUserPrivileges::CanPlayOnline
    {
        UE_LOG(LogShooter,                                                Warning,
TEXT( "UUI_MainMenu::OnGetUserPrivilegeCompleteDelegate %i" ), Result );

        bMultiplayerPrivilegeAvailable = true;

        if(Result == 0)
        {
            bMultiplayerPrivilege = true;

#if PLATFORM_PS4 || PLATFORM_XBOXONE
            UShooterGameInstance*    GameInstance    =    (GetWorld()    !=    nullptr)    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : nullptr;
            if (GameInstance != nullptr)
```

```
                    {
                            GameInstance->SetIsOnline(true);
                    }
#endif
            }
            else
            {
#if PLATFORM_PS4
                    if                      ((Result                      &                      (unsigned
int)IOnlineIdentity::EPrivilegeResults::AgeRestrictionFailure) != 0)
                    {
                            Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_AGE_RESTRICTION);
                    }
                    else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::AccountTypeFailure) != 0)
                    {
                            Online::GetExternalUIInterface()->ShowAccountUpgradeUI(UserId);
                    }
                    else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredPatchAvailable) != 0)
                    {
                            Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_PATCH_PKG_EXIST);
                    }
                    else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredSystemUpdate) != 0)
                    {
                            Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_SYSTEM_SOFTWARE_EXIST_FOR_TITLE);
                    }
                    else
                    {
                            if (GetOwningLocalPlayer())

    GetOwningLocalPlayer()->DisplayNotificationMessage(NSLOCTEXT("Error","ConnectionLost"
,"The connection to the \"PlayStation Network\" has been lost. Check your connection and try
again.").ToString(), NSLOCTEXT("Error", "Error", "Error").ToString(), true, false);
                    }
#endif
                    bMultiplayerPrivilege = false;
            }
      }
}
```

```cpp
#if PLATFORM_PS4
void    UUI_MainMenu::OnGetUserPrivilegeCompleteReport(const    FUniqueNetId&    UserId,
EUserPrivileges::Type Privilege, uint32 Result)
{
        UE_LOG(LogShooter,                                                        Warning,
TEXT("UUI_MainMenu::OnGetUserPrivilegeCompleteDelegate %i"), Result);

        bMultiplayerPrivilegeAvailableReport = true;

        if (Result == 0)
        {
                bMultiplayerPrivilege = true;
                UShooterGameInstance*    GameInstance    =    (GetWorld()    !=    nullptr)    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : nullptr;
                if (GameInstance != nullptr)
                {
                        GameInstance->SetIsOnline(true);
                }
        }
        else
        {
                if ((Result & (unsigned int)IOnlineIdentity::EPrivilegeResults::AgeRestrictionFailure) !=
0)
                {
                        Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_AGE_RESTRICTION);
                }
                else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::AccountTypeFailure) != 0)
                {
                        Online::GetExternalUIInterface()->ShowAccountUpgradeUI(UserId);
                }
                else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredPatchAvailable) != 0)
                {
                        Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_PATCH_PKG_EXIST);
                }
                else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredSystemUpdate) != 0)
                {
                        Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_SYSTEM_SOFTWARE_EXIST_FOR_TITLE);
                }
```

```
            else
            {
                if (GetOwningLocalPlayer())
                    GetOwningLocalPlayer()->DisplayNotificationMessage(NSLOCTEXT("Error",
"ConnectionLost", "The connection to the \"PlayStation Network\" has been lost. Check your
connection and try again.").ToString(), NSLOCTEXT("Error", "Error", "Error").ToString(), true, false);
            }
            bMultiplayerPrivilege = false;
        }
}
#endif

// for now total conversion swap
void UUI_MainMenu::ConfirmationDialogAccepted()
{
    bTotalConversionConfirmationActive = false;

    GConfig->SetString(          TEXT("ServerSettings"),          TEXT("ActiveTotalConversion"),
*FString::Printf(TEXT("%llu"), GetSelectedTotalConversion()), GGameUserSettingsIni );
    GConfig->Flush(false, GGameUserSettingsIni);

#if PLATFORM_XBOXONE || PLATFORM_PS4

    IOnlineSubsystem * OnlineSubsystem = IOnlineSubsystem::Get();

    uint64 ModID = GetSelectedTotalConversion();

    if( ModID == 0 )
    {
        FPackageName::ClearRedundantMountPoints();
        FModInfo NoTC;
        FPackageName::SetTotalConversion( NoTC );
        UPrimalGlobals::Get()->AsyncLoadGameMedia(false, true);
    }
    else if (OnlineSubsystem != nullptr)
    {
        FModInfo ModInfo;
        if( OnlineSubsystem->ConvertIdToModInfo( ModID, ModInfo ) )
        {
            //mod not found
            FPackageName::SetTotalConversion( ModInfo );

            // reverify
            if( FPackageName::HasTotalConversion() )
```

```
            {
                    FString                        RebasedGameDir                        =
FString::Printf(TEXT("../../../%s/Content/Mods/%llu/%s/Content/"),            GGameName,
FPackageName::GetTotalConversionId(), GGameName);
                    FPackageName::RegisterRedundantMountPoint(            TEXT("/Game/"),
RebasedGameDir);
            }

            UPrimalGlobals::Get()->AsyncLoadGameMedia(false, true);
        }
    }

    GEngine->DeferredCommands.Add( TEXT( "open mainmenu") );

#else

#if UE_BUILD_SHIPPING
    FString GameExecutable = "ShooterGame.exe";
#else
    FString GameExecutable = "UE4Editor.exe";
#endif

    FPlatformProcess::CreateProc(*GameExecutable, TEXT(""), true, false, false, NULL, 0, NULL,
NULL);
    GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("exit")));

#endif
}

void UUI_MainMenu::ConfirmationDialogCancelled()
{
    bTotalConversionConfirmationActive = false;

    // reset it back to original
    for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
    {
        if                (TotalConversionsEntryWidgets[it]->ModItemId                !=
FPackageName::GetTotalConversionId() )
        {
            TotalConversionsEntryWidgets[it]->SetSelected(false);
        }
        else
        {
            TotalConversionsEntryWidgets[it]->SetSelected(true);
```

```cpp
            }
        }
}


void UUI_MainMenu::OpenListSession()
{
    if(bMultiplayerPrivilege)
    {
        check(ListSessionsUITemplate != NULL);
        UUI_ListSessions * listSessionsUI = CreateWidget<UUI_ListSessions>(GetWorld(),
ListSessionsUITemplate);
        check(listSessionsUI);
        listSessionsUI->AddToViewport();

        if (NickNameLabel)
            NickNameLabel->SetVisibility(ESlateVisibility::Hidden);
        if (PatchNotesButton)
            PatchNotesButton->SetVisibility(ESlateVisibility::Hidden);
    }
#if !PLATFORM_PS4
    else
    {
        if(GetOwningLocalPlayer())
            GetOwningLocalPlayer()->DisplayNotificationMessage(TEXT("Unable  to  complete
action. Please check account privileges."), TEXT("Unable to continue"), true, false);
    }
#endif
}

void UUI_MainMenu::AddTotalConversionItem(FString DisplayName, FString ModName, FString
ModPath, uint64 ModId, bool IsCustom)
{
    UDataListEntryButton_MainMenu*                    ItemWidget                    =
CreateWidget<UDataListEntryButton_MainMenu>(GetWorld(), SlotButtonTemplate);
    if (ItemWidget)
    {
        TotalConversionsScrollBox->AddChild(ItemWidget);
        TotalConversionsEntryWidgets.Add(ItemWidget);
        ItemWidget->InitializeMe();

        ItemWidget->SetEntryName(DisplayName);
        ItemWidget->ModName = ModName;
        ItemWidget->ModItemId = ModId;
```

```cpp
            ItemWidget->bIsCustom = IsCustom;
            ItemWidget->ModPath = ModPath;
            ItemWidget->GetButton()->OnClickedObject.AddDynamic(this,
&UUI_MainMenu::TotalConversionSelected);
        }
}


uint64 UUI_MainMenu::GetSelectedTotalConversion()
{
        for( int32 ModIter = 0; ModIter < TotalConversionsEntryWidgets.Num(); ModIter++ )
        {
            if (TotalConversionsEntryWidgets[ModIter]->IsSelected())
                    return TotalConversionsEntryWidgets[ModIter]->ModItemId;
        }
        return 0;
}

extern int32 GetSelectedWidgetIndex( const TArray<UDataListEntryWidget*> &Widgets );
extern  void  SelectedWidgetByIndex( const  TArray<UDataListEntryWidget*>  &Widgets,  int32
InIndex );

int32 UUI_MainMenu::GetSelectedTCWidgetIndex()
{
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
        {
            if (TotalConversionsEntryWidgets[it]->IsSelected())
                    return it;
        }

        return INDEX_NONE;
}

void UUI_MainMenu::RemoveAllTCs()
{
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
                TotalConversionsScrollBox->RemoveChild(TotalConversionsEntryWidgets[it]);
        TotalConversionsEntryWidgets.Empty();
}

void UUI_MainMenu::PopulateMods()
{
        int PreviousTotalConversionIndex = GetSelectedTCWidgetIndex();
```

```
        RemoveAllTCs();

        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
#if PLATFORM_XBOXONE || PLATFORM_PS4
        AddTotalConversionItem(TEXT("Survival Evolved"), TEXT("None"), TEXT(""), 0, false);
#else
        AddTotalConversionItem(LOCSTR("None"), TEXT("None"), TEXT(""), 0, false);
#endif

        int32 newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
        UDataListEntryButton_MainMenu*                    TotalConversionEntry              =
TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)                                     ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
    if(TotalConversionEntry)
    {
        TotalConversionEntry->bUseCustomTooltip = true;
        TotalConversionEntry->CustomToolTipString = LOCSTR("This is regular ARK : Survival
Evolved, \nutilizing the full set of original ARK Engrams.");
        TotalConversionEntry = NULL;
    }

    bool bAnyPrimitivePlus = false;
    TArray<FInstalledItemInfo> Mods;
    OnlineSub->GetMods(Mods);
    for (int it = 0; it < Mods.Num(); it++)
    {
        const FInstalledItemInfo & Mod = Mods[it];

        // mod not ready
        if (!Mod.Installed)
        {
            continue;
        }

        // new mod types
        if(Mod.ModType == EModType::TotalConversion)
        {
            AddTotalConversionItem(FString::Printf(TEXT("%s"),
*(Mod.Title.Replace(TEXT("Total    Conversion:"),    TEXT("")))),    (Mod.Title.Replace(TEXT("Total
Conversion:"), TEXT("")))), TEXT(""), Mod.Id, true);
            if (Mod.Title.Contains(TEXT("Primitive Plus")) == true)
            {
                bAnyPrimitivePlus = true;
```

```
                    newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
                    TotalConversionEntry                                        =
TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)                        ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
                    if (TotalConversionEntry)
                    {
                            TotalConversionEntry->bUseCustomTooltip = true;
                            TotalConversionEntry->CustomToolTipString   =   LOCSTR("This   is   a
revamped ARK game mode, with an all-new \nset of Engrams and mechanics focused on
primitive-style survival. \nTest your wits and skills to see if you can overcome the challenge of
\nconquering the ARK without the benefits of modern technology!");
                            TotalConversionEntry = NULL;
                    }
                }
            }
        }


    //PRIMITIVE PLUS HACK
    if (bAnyPrimitivePlus == false)
    {
#if PLATFORM_XBOXONE || PLATFORM_PS4
        AddTotalConversionItem(TEXT("Primitive Plus"), TEXT("Primitive Plus Official"), TEXT(""),
111111111, true);
#else
        AddTotalConversionItem(TEXT("Primitive Plus Official"), TEXT("Primitive Plus Official"),
TEXT(""), 111111111, true);
#endif
        newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
        TotalConversionEntry  =  TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)  ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
        if (TotalConversionEntry)
        {
                TotalConversionEntry->bUseCustomTooltip = true;
                TotalConversionEntry->CustomToolTipString = LOCSTR("This is a revamped ARK
game mode, with an all-new \nset of Engrams and mechanics focused on primitive-style survival.
\nTest your wits and skills to see if you can overcome the challenge of \nconquering the ARK
without the benefits of modern technology!");
                TotalConversionEntry = NULL;
    }
    }


    // select a TC
    for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
    {
```

```
        if                   (TotalConversionsEntryWidgets[it]->ModItemId                    ==
FPackageName::GetTotalConversionId())
        {
            TotalConversionsEntryWidgets[it]->SetSelected(true);
            break;
        }
    }
}

void UUI_MainMenu::TotalConversionSelected(UWidget* theWidget)
{
    UUI_GenericConfirmationDialog          *          ConfirmationUp          =
Cast<UUI_GenericConfirmationDialog>(UShooterGameViewportClient::GetViewportClient(GetW
orld())->GetUISceneFromClass(UUI_GenericConfirmationDialog::StaticClass()));

    //PRIMAL - DS
    if( ConfirmationUp != nullptr )
    {
        return;
    }

    for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
    {

        TotalConversionsEntryWidgets[it]->SetSelected(TotalConversionsEntryWidgets[it]->GetButto
n() == theWidget);
    }

    // swap to total conversion
    if( FPackageName::GetTotalConversionId() != GetSelectedTotalConversion() )
    {
        //PRIMITIVE PLUS HACK
        if (GetSelectedTotalConversion() == 111111111)
        {
            FModInfo ModInfo;
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
            if (OnlineSub && OnlineSub->ConvertIdToModInfo(111111111, ModInfo) == false)
            {
#if !PLATFORM_PS4
                const              FString              JumpURL          =
FString::Printf(TEXT("store.steampowered.com/app/%llu"),
FPackageName::DLCToAppID(111111111));

                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
```

```cpp
                    if (OnlineSub)
                    {
                            OnlineSub->Steam_OpenOverlayToWebPage(JumpURL);
                    }
#endif
                    return;
            }

#if PLATFORM_PS4
                // AG_WS - PlayGo check
                IPlatformChunkInstall* ChunkInstaller = FPlatformMisc::GetPlatformChunkInstall();
                if (ChunkInstaller)
                {
                        EChunkLocation::Type                    Location                    =
ChunkInstaller->GetChunkLocation(PRIMAL_PRIMITIVE_PLUS_CHUNKID);
                        if (Location != EChunkLocation::Type::LocalSlow  &&  Location  !=
EChunkLocation::Type::LocalFast)
                        {
                                int                         Progress                    =
(int)ChunkInstaller->GetChunkProgress(PRIMAL_PRIMITIVE_PLUS_CHUNKID,
EChunkProgressReportingType::Type::PercentageComplete);
                                if (GetOwningLocalPlayer())
                                {

        GetOwningLocalPlayer()->DisplayNotificationMessage(*FString::Printf(*LOCSTR("Downloadi
ng: %d%%"), Progress), TEXT(""), true, false);
                                }

                                ConfirmationDialogCancelled();
                                return;
                        }
                }
#endif
            }

            if( ConfirmationDialogUITemplate == nullptr &&
                    HostSessoinUITemplate != nullptr &&
                    HostSessoinUITemplate->GetDefaultObject<UUI_HostSession>() != nullptr   )
            {
                    ConfirmationDialogUITemplate                                      =
HostSessoinUITemplate->GetDefaultObject<UUI_HostSession>()->ConfirmationDialogUITemplate
;
            }
```

```
                  bTotalConversionConfirmationActive = true;

#if PLATFORM_XBOXONE || PLATFORM_PS4
          ShowConfirmationDialog(*LOCSTR("Game  Mode"),  *LOCSTR("Changing  game  mode
requires a content load, continue?"));
#else
          ShowConfirmationDialog(*LOCSTR("Game  Mode"),  *LOCSTR("Changing  game  mode
requires a restart, continue?"));
#endif
      }
}

void UUI_MainMenu::ClickedButton(UWidget* clickedWidget)
{
      UShooterGameInstance*                  ShooterGameInstance                  =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());

      Super::ClickedButton(clickedWidget);

      if (clickedWidget == SurvivalGuideButton)
      {
          if (HelpPageUITemplate)
          {
              if(UUI_HelpPage  *  HelpPageUI  =  CreateWidget<UUI_HelpPage>(GetWorld(),
HelpPageUITemplate))
                  HelpPageUI->AddToViewport();
          }
          return;
      }
      if (clickedWidget == HostButton)
      {
#if PLATFORM_XBOXONE
          if (!IsMapContentDownloadComplete())
          {
              ShowMapContentIncompleteMessage();
              return;
          }
#endif

          //CloseWithAnimation();
          check(HostSessoinUITemplate != NULL);
          UUI_HostSession  *  HostSessionUI  =  CreateWidget<UUI_HostSession>(GetWorld(),
HostSessoinUITemplate);
          check(HostSessionUI);
```

```
        HostSessionUI->AddToViewport();

        /*if (EditableTextHost)
        GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("open     "))     +
EditableTextHost->GetText().ToString() + FString(TEXT("?listen")));

        RemoveFromViewport();*/

        return;
    }
    if (clickedWidget == JoinButton)
    {
#if PLATFORM_XBOXONE || PLATFORM_PS4
        if                                                              (ShooterGameInstance
&& !ShooterGameInstance->ValidatePlayerForOnlinePlay(ShooterGameInstance->GetFirstGameP
layer()))
            return;
#if PLATFORM_XBOXONE
        if (!IsMapContentDownloadComplete())
        {
            ShowMapContentIncompleteMessage();
            return;
        }
#endif
#endif
        if (EditableTextJoin)
            GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("open ")) +
EditableTextJoin->GetText().ToString());

        RemoveFromViewport();

        return;
    }
    if (clickedWidget == PatchNotesButton)
    {
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();

    OnlineSub->Steam_OpenOverlayToWebPage(TEXT("steamcommunity.com/app/346110/disc
ussions/0/594820656447032287/"));
        return;
    }
    if (clickedWidget == ArkSotFButton)
    {
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
```

```
        OnlineSub->Steam_OpenOverlayToWebPage(TEXT("store.steampowered.com/app/407530")
);
            return;
        }
#if !PLATFORM_PS4
        if (clickedWidget == ExitButton)
        {
#if PLATFORM_XBOXONE
            if          (UShooterGameInstance*          anInstance          =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
            {
                anInstance->QuickTranstionFromMenuToWelcomeState(this);
            }
#else
            GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("exit")));
#endif
            return;
        }
#endif
        if (clickedWidget == ListSessionsButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_PS4
            if                                          (ShooterGameInstance
&&  !ShooterGameInstance->ValidatePlayerForOnlinePlay(ShooterGameInstance->GetFirstGameP
layer()))
                return;

#if PLATFORM_XBOXONE
            if (!IsMapContentDownloadComplete())
            {
                ShowMapContentIncompleteMessage();
                return;
            }
#endif

            //CloseWithAnimation();

            UShooterGameInstance*          ShooterGameInstance          =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
            OnGetUserPrivilegeCompleteDelegate                          =
IOnlineIdentity::FOnGetUserPrivilegeCompleteDelegate::CreateUObject(this,
&UUI_MainMenu::OnGetUserPrivilegeComplete);
                ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanPlayOnline,
```

```
OnGetUserPrivilegeCompleteDelegate);


        ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanUseUserGeneratedContent,
OnGetUserPrivilegeCompleteDelegate);
            if(ConnectingPanel)
                ConnectingPanel->SetVisibility(ESlateVisibility::Visible);


            return;
#else
            bMultiplayerPrivilege = true;
            //CloseWithAnimation();
            OpenListSession();
#endif


    }
    if (clickedWidget == OptionsButton)
    {
        //CloseWithAnimation();
        check(OptionsMenuUITemplate != NULL);
        UUI_OptionsMenu * optionsMenuUI = CreateWidget<UUI_OptionsMenu>(GetWorld(),
OptionsMenuUITemplate);
        //optionsMenuUI->ParentUITemplate = GetClass();
        check(optionsMenuUI);
        UnHighlightWidget(true);
        optionsMenuUI->AddToViewport();
        return;
    }
    if(clickedWidget == HelpButton)
    {
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if(OnlineSub && GetOwningLocalPlayer())
        {
            if(UShooterLocalPlayer*     LocalPlayer     =     Cast<UShooterLocalPlayer>
(GetOwningLocalPlayer()))
            {

    OnlineSub->GetExternalUIInterface()->ShowHelpUI(LocalPlayer->ControllerId);
            }

        }
    }
    if (clickedWidget == ReportAbuseButton)
    {
#if PLATFORM_PS4
```

```
            if (ConnectingPanel)
                ConnectingPanel->SetVisibility(ESlateVisibility::Visible);
            UShooterGameInstance*                    ShooterGameInstance              =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
            OnGetUserPrivilegeCompleteDelegate                                        =
IOnlineIdentity::FOnGetUserPrivilegeCompleteDelegate::CreateUObject(this,
&UUI_MainMenu::OnGetUserPrivilegeCompleteReport);
            ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanUseOnlineFeatures,
OnGetUserPrivilegeCompleteDelegate);
#endif
        }
}

void UUI_MainMenu::Tick_Implementation(FGeometry MyGeometry, float InDeltaTime)
{
#if !PLATFORM_XBOXONE && !PLATFORM_PS4
    if (!GetPlayerContext().IsValid() || GetPlayerContext().GetLocalPlayer() == nullptr)
    {
        ULocalPlayer* Player = GetWorld()->GetFirstLocalPlayerFromController();
        SetPlayerContext(FLocalPlayerContext(Player));
    }
#endif

    UShooterGameInstance*                    anInstance                               =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
    if (UShooterGameViewportClient::GetViewportClient()->GetNumScenes(false)>1)
    {
        if (!bFadedOut)
        {
            bFadedOut = true;
            PlayAnimationByName(TEXT("FadeOut"));

#if PLATFORM_PS4
            if(NickNameLabel)
            {
                NickNameLabel->SetVisible(false);
            }
#endif
        }
    }
    else
    {
        if (bFadedOut)
        {
```

```
                    bFadedOut = false;
                    PlayAnimationByName(TEXT("FadeIn"));

                    if (NickNameLabel)
                        NickNameLabel->SetVisibility(ESlateVisibility::Visible);
                    if (PatchNotesButton)
                        PatchNotesButton->SetVisibility(ESlateVisibility::Visible);
            }
        }
        if (NewsPanel)

        NewsPanel->SetVisible(UShooterGameViewportClient::GetViewportClient()->bHasReceived
NewsMessage);

#if PLATFORM_XBOXONE || PLATFORM_PS4
        if (ListSessionsButton)
        {
            bool bWasVisible = ListSessionsButton->GetVisibility() == ESlateVisibility::Visible;
            bool bWasHighlighted = CurrentHighlighted.IsValid() && CurrentHighlighted.Get() ==
ListSessionsButton;

            bool bShouldBeVisible = (anInstance && anInstance->GetCurrentConnectionStatus() ==
EOnlineServerConnectionStatus::Connected);
            ListSessionsButton->SetVisible(bShouldBeVisible);
            if (ListSessionsButtonBackground)
                ListSessionsButtonBackground->SetVisible(bShouldBeVisible);

            if (bWasHighlighted && bWasVisible && ListSessionsButton->GetVisibility() !=
ESlateVisibility::Visible)
                SetHighlightedWidget(HostButton);
        }
#endif

        if                            (CurrentHighlighted.IsValid()                            &&
CurrentHighlighted->IsA(UCustomButtonWidget::StaticClass()))
        {
            if (ListSessionsButton)
                ListSessionsButton->SetToggledState(CurrentHighlighted.Get()              ==
ListSessionsButton);

            if (HostButton)
                HostButton->SetToggledState(CurrentHighlighted.Get() == HostButton);

            if (OptionsButton)
```

```
                    OptionsButton->SetToggledState(CurrentHighlighted.Get() == OptionsButton);

            if (SurvivalGuideButton)
                    SurvivalGuideButton->SetToggledState(CurrentHighlighted.Get()              ==
SurvivalGuideButton);

            if (CreditsButton)
                    CreditsButton->SetToggledState(CurrentHighlighted.Get() == CreditsButton);

            if (ExitButton)
                    ExitButton->SetToggledState(CurrentHighlighted.Get() == ExitButton);

    }
    else                            if                      (CurrentHighlighted.IsValid()
&& !CurrentHighlighted->IsA(UCustomButtonWidget::StaticClass()))
    {
            if (ListSessionsButton)
                    ListSessionsButton->SetToggledState(false);

            if (HostButton)
                    HostButton->SetToggledState(false);

            if (OptionsButton)
                    OptionsButton->SetToggledState(false);

            if (SurvivalGuideButton)
                    SurvivalGuideButton->SetToggledState(false);

            if (CreditsButton)
                    CreditsButton->SetToggledState(false);

            if (ExitButton)
                    ExitButton->SetToggledState(false);

    }
#if PLATFORM_WINDOWS
    if( GIsGameInStereoScopic )
    {
            LinuxBackgroundImage->SetVisible(true);
            if (MovieBackgroundImage)
                    MovieBackgroundImage->SetVisible(false);
    }
    else
    {
```

```cpp
            LinuxBackgroundImage->SetVisible(false);
            if (MovieBackgroundImage)
                    MovieBackgroundImage->SetVisible(true);
        }
#endif

        if (NickNameLabel && anInstance->GetFirstGamePlayer())
                NickNameLabel->SetString(anInstance->GetFirstGamePlayer()->GetNickname());

        if(MovieBackgroundImage)
                MovieBackgroundImage->SetVisible(!GIsGameInStereoScopic);

        //if (!bHasRecievedNewsMessage)
        //{

        if (anInstance) //&& anInstance->bHasReceivedNewsMessage)
                NewsLabel->SetString(anInstance->NewsMessage);
        //    bHasRecievedNewsMessage = true;
        //    }
        //}

        //DS ... feedback for primal game data loading
#if 0
        bool    bIsLoadingGameData    =    (UPrimalGlobals::Get()->bStartedAsyncLoad    &&
UPrimalGlobals::Get()->bGameMediaLoaded == false);
        FString AppendInfo;

        if (bIsLoadingGameData)
        {
            static float DotTime = 0;
            int32 DotCount = (FMath::TruncToInt(DotTime) % 3) + 1;
            for (int32 Iter = 0; Iter < DotCount; Iter++)
            {
                    AppendInfo += TEXT(".");
            }
            DotTime += (InDeltaTime * 2.0f);
        }

        //VersionLabel->SetString(FString(DISPLAYVERSION) + AppendInfo);
#endif

        Super::Tick_Implementation(MyGeometry, InDeltaTime);
```

```cpp
    // mods
    if (GetWorld() && GetWorld()->TimeSince(LastUpdateModsTime) > 15)
    {
        LastUpdateModsTime = GetWorld()->TimeSeconds;
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if (OnlineSub)
            OnlineSub->InstallSubscriptions();
    }

    IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
    bool InstallingAnyMod = ( OnlineSub->IsInstallingAnyMod() > 0 );

    if( InstallingAnyMod == false && bWasInstallingMods == true )
    {
        PopulateMods();
    }

    bWasInstallingMods = InstallingAnyMod;

    if(bMultiplayerPrivilegeAvailable)
    {
        OpenListSession();
        bMultiplayerPrivilegeAvailable = false;
        bMultiplayerPrivilege = false;
        if(ConnectingPanel)
            ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);
    }
#if PLATFORM_PS4
    if (bMultiplayerPrivilegeAvailableReport)
    {
        if (ConnectingPanel)
            ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);
        if (bMultiplayerPrivilege)
        {
            check(ReportAbuseUITemplate != NULL);
            UUI_ReportAbuse * reportAbuseUI = CreateWidget<UUI_ReportAbuse>(GetWorld(), ReportAbuseUITemplate);
            check(reportAbuseUI);
            UnHighlightWidget(true);
            reportAbuseUI->AddToViewport();
        }
        bMultiplayerPrivilegeAvailableReport = false;
        bMultiplayerPrivilege = false;
    }
```

```
#endif
}

void UUI_MainMenu::OnDLCInstalledEvent()
{
    HandleDLCInstalledEvent();
}

void UUI_MainMenu::HandleDLCInstalledEvent_Implementation()
{

}


FEventReply     UUI_MainMenu::HandleGamepadPressed(FControllerEvent      ControllerEvent,
FKeyboardEvent InKeyboardEvent, bool bIsKeyboardEvent)
{
    if(ConnectingPanel && ConnectingPanel->IsVisible() || bIsClosing)
    {
        FEventReply Reply;
        Reply.NativeReply = FReply::Handled();
        return Reply;
    }

    return          Super::HandleGamepadPressed(ControllerEvent,          InKeyboardEvent,
bIsKeyboardEvent);
}
FEventReply     UUI_MainMenu::HandleGamepadReleased(FControllerEvent     ControllerEvent,
FKeyboardEvent InKeyboardEvent, bool bIsKeyboardEvent)
{

    if(ConnectingPanel && ConnectingPanel->IsVisible() || bIsClosing)
    {
        FEventReply Reply;
        Reply.NativeReply = FReply::Handled();
        return Reply;
    }

#if PLATFORM_XBOXONE
    FKey      theKey    =    bIsKeyboardEvent     ?     InKeyboardEvent.GetKey()     :
ControllerEvent.GetEffectingButton();
    if (theKey == EKeys::Gamepad_FaceButton_Right)
    {
        if          (UShooterGameInstance*          anInstance          =
```

```
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance())))
        {
                anInstance->QuickTranstionFromMenuToWelcomeState(this);
        }
    }
#endif

    return         Super::HandleGamepadReleased(ControllerEvent,         InKeyboardEvent,
bIsKeyboardEvent);
}

#if PLATFORM_XBOXONE
bool UUI_MainMenu::IsMapContentDownloadComplete()
{
    IPlatformChunkInstall* ChunkInstaller = FPlatformMisc::GetPlatformChunkInstall();
    if (ChunkInstaller)
    {
        EChunkLocation::Type                     Location                     =
ChunkInstaller->GetChunkLocation(PRIMAL_MAPCONTENT_CHUNKID);
        if   (Location   !=   EChunkLocation::Type::LocalSlow   &&   Location   !=
EChunkLocation::Type::LocalFast)
        {
                return false;
        }
    }

    return true;
}

void UUI_MainMenu::ShowMapContentIncompleteMessage()
{
    if (GetOwningLocalPlayer())
        GetOwningLocalPlayer()->DisplayNotificationMessage(*NSLOCTEXT("NetworkErrors",
"ContentUnavailable", "The required content has not been downloaded yet.").ToString(),
TEXT("Missing Content"), true, false);
}
#endif
```