# EXHIBIT M

# ARK: Survival Evolved (Xbox One version)

```
// Copyright 1998-2014 Epic Games, Inc. All Rights Reserved.

#include "LaunchPrivatePCH.h"
#include "ExceptionHandling.h"
#include "CallbackDevice.h"

#include <stdio.h>

#include <concurrent_queue.h>
#include "XboxOneAllowPlatformTypes.h"
#include "XboxOneHidePlatformTypes.h"
#include "ExceptionHandling.h" //PRIMAL - DK

#pragma warning(disable : 4946)  //  reinterpret_cast  used  between  related  classes:
'Platform::Object' and ...

using namespace Windows::ApplicationModel::Core;
using namespace Windows::Foundation;
using namespace Windows::UI::Core;
using namespace Windows::ApplicationModel::Activation;

DEFINE_LOG_CATEGORY_STATIC(LogLaunchXboxOne, Log, All);

void appXboxOneEarlyInit();
int32 GuardedMain( const TCHAR* CmdLine, HINSTANCE hInInstance, HINSTANCE hPrevInstance,
int32 nCmdShow );

ref class ViewProvider sealed : public Windows::ApplicationModel::Core::IFrameworkView
{
public:
     ViewProvider();

     virtual      void       Initialize(Windows::ApplicationModel::Core::CoreApplicationView^
applicationView);
     virtual void SetWindow(Windows::UI::Core::CoreWindow^ window);
     virtual void Load(Platform::String^ entryPoint);
     virtual void Run();
     virtual void Uninitialize();
```

```cpp
    void appWinPumpMessages();

    void OnKeyDown(_In_ CoreWindow^ sender, _In_ KeyEventArgs^ args);
    void OnKeyUp(_In_ CoreWindow^ sender, _In_ KeyEventArgs^ args);
    void OnCharacterReceived(_In_ CoreWindow^ sender, _In_ CharacterReceivedEventArgs^
args);

private:
    bool bActivationComplete;

    /** Thread-safe queue to transport events to the game thread safely. */
    concurrency::concurrent_queue<ResourceAvailability> ConstrainedModeQueue;

    /** Thread-safe flag to transport the license change event to the game thread safely. */
    volatile int32 LicenseChangedFlag;

    void    OnActivated(    _In_    Windows::ApplicationModel::Core::CoreApplicationView^
applicationView, _In_ Windows::ApplicationModel::Activation::IActivatedEventArgs^ args );
    void OnResuming( _In_ Platform::Object^ sender, _In_ Platform::Object^ args );
    void    OnSuspending(    _In_    Platform::Object^    sender,    _In_
Windows::ApplicationModel::SuspendingEventArgs^ args );
    void OnResourceAvailabilityChanged( _In_ Platform::Object^ Sender, _In_ Platform::Object^
Args );
    void OnLicenseChanged();

    void HandleFailsafeBitOptions(const TCHAR* InCmdLine);
    void CreateFailsafeBitFile(const TCHAR* InFailsafeBitFilename);
    void DeleteFailsafeBitFile(const TCHAR* InFailsafeBitFilename);
};

ViewProvider^ GViewProvider = nullptr;

ref            class            ViewProviderFactory            sealed            :
Windows::ApplicationModel::Core::IFrameworkViewSource
{
public:
    ViewProviderFactory() {}
    virtual Windows::ApplicationModel::Core::IFrameworkView^ CreateView()
    {
        GViewProvider = ref new ViewProvider();
        return GViewProvider;
    }
};
```

```cpp
ViewProvider::ViewProvider()
{
    bActivationComplete = false;
    LicenseChangedFlag = 0;
}

uint32 TranslateWinRTKey(Windows::System::VirtualKey WinRTKeyCode)
{
    uint32 TranslatedKeyCode = (uint32)WinRTKeyCode;
    switch( WinRTKeyCode )
    {
    case Windows::System::VirtualKey::LeftButton:   TranslatedKeyCode = VK_LBUTTON;
    break;
    case Windows::System::VirtualKey::RightButton:  TranslatedKeyCode = VK_RBUTTON;
    break;
    case Windows::System::VirtualKey::MiddleButton:     TranslatedKeyCode  =  VK_MBUTTON;
        break;

    case Windows::System::VirtualKey::XButton1:         TranslatedKeyCode  =  VK_XBUTTON1;
    break;
    case Windows::System::VirtualKey::XButton2:         TranslatedKeyCode  =  VK_XBUTTON2;
    break;

    case Windows::System::VirtualKey::Back:             TranslatedKeyCode = VK_BACK;
    break;
    case Windows::System::VirtualKey::Tab:              TranslatedKeyCode = VK_TAB;
        break;
    case Windows::System::VirtualKey::Enter:        TranslatedKeyCode = VK_RETURN;
    break;
    case Windows::System::VirtualKey::Pause:        TranslatedKeyCode = VK_PAUSE;
    break;

    case Windows::System::VirtualKey::CapitalLock:  TranslatedKeyCode = VK_CAPITAL;
    break;
    case Windows::System::VirtualKey::Escape:       TranslatedKeyCode = VK_ESCAPE;
    break;
    case Windows::System::VirtualKey::Space:        TranslatedKeyCode = VK_SPACE;
    break;
    //case Windows::System::VirtualKey::Tab:        TranslatedKeyCode = VK_PRIOR;
    break;
    //case Windows::System::VirtualKey::Tab:        TranslatedKeyCode = VK_NEXT;
    break;
    case Windows::System::VirtualKey::End:              TranslatedKeyCode = VK_END;
        break;
```

```
case Windows::System::VirtualKey::Home:          TranslatedKeyCode = VK_HOME;
break;

case Windows::System::VirtualKey::Left:          TranslatedKeyCode = VK_LEFT;
break;
case Windows::System::VirtualKey::Up:        TranslatedKeyCode = VK_UP;
break;
case Windows::System::VirtualKey::Right:      TranslatedKeyCode = VK_RIGHT;
break;
case Windows::System::VirtualKey::Down:          TranslatedKeyCode = VK_DOWN;
break;

case Windows::System::VirtualKey::Insert:     TranslatedKeyCode = VK_INSERT;
break;
case Windows::System::VirtualKey::Delete:     TranslatedKeyCode = VK_DELETE;
break;

// VK_0 - VK_9 are the same as ASCII '0' - '9' (0x30 - 0x39)
// 0x40 : unassigned
// VK_A - VK_Z are the same as ASCII 'A' - 'Z' (0x41 - 0x5A)
case Windows::System::VirtualKey::Number0:        TranslatedKeyCode = 0x30;
break;
case Windows::System::VirtualKey::Number1:        TranslatedKeyCode = 0x31;
break;
case Windows::System::VirtualKey::Number2:        TranslatedKeyCode = 0x32;
break;
case Windows::System::VirtualKey::Number3:        TranslatedKeyCode = 0x33;
break;
case Windows::System::VirtualKey::Number4:        TranslatedKeyCode = 0x34;
break;
case Windows::System::VirtualKey::Number5:        TranslatedKeyCode = 0x35;
break;
case Windows::System::VirtualKey::Number6:        TranslatedKeyCode = 0x36;
break;
case Windows::System::VirtualKey::Number7:        TranslatedKeyCode = 0x37;
break;
case Windows::System::VirtualKey::Number8:        TranslatedKeyCode = 0x38;
break;
case Windows::System::VirtualKey::Number9:        TranslatedKeyCode = 0x39;
break;
case Windows::System::VirtualKey::A:          TranslatedKeyCode = 0x41;
break;
case Windows::System::VirtualKey::B:          TranslatedKeyCode = 0x42;
break;
```

```
case Windows::System::VirtualKey::C:          TranslatedKeyCode = 0x43;
break;
case Windows::System::VirtualKey::D:          TranslatedKeyCode = 0x44;
break;
case Windows::System::VirtualKey::E:          TranslatedKeyCode = 0x45;
break;
case Windows::System::VirtualKey::F:          TranslatedKeyCode = 0x46;
break;
case Windows::System::VirtualKey::G:          TranslatedKeyCode = 0x47;
break;
case Windows::System::VirtualKey::H:          TranslatedKeyCode = 0x48;
break;
case Windows::System::VirtualKey::I:          TranslatedKeyCode = 0x49;
break;
case Windows::System::VirtualKey::J:          TranslatedKeyCode = 0x4A;
break;
case Windows::System::VirtualKey::K:          TranslatedKeyCode = 0x4B;
break;
case Windows::System::VirtualKey::L:          TranslatedKeyCode = 0x4C;
break;
case Windows::System::VirtualKey::M:          TranslatedKeyCode = 0x4D;
break;
case Windows::System::VirtualKey::N:          TranslatedKeyCode = 0x4E;
break;
case Windows::System::VirtualKey::O:          TranslatedKeyCode = 0x4F;
break;
case Windows::System::VirtualKey::P:          TranslatedKeyCode = 0x50;
break;
case Windows::System::VirtualKey::Q:          TranslatedKeyCode = 0x51;
break;
case Windows::System::VirtualKey::R:          TranslatedKeyCode = 0x52;
break;
case Windows::System::VirtualKey::S:          TranslatedKeyCode = 0x53;
break;
case Windows::System::VirtualKey::T:          TranslatedKeyCode = 0x54;
break;
case Windows::System::VirtualKey::U:          TranslatedKeyCode = 0x55;
break;
case Windows::System::VirtualKey::V:          TranslatedKeyCode = 0x56;
break;
case Windows::System::VirtualKey::W:          TranslatedKeyCode = 0x57;
break;
case Windows::System::VirtualKey::X:          TranslatedKeyCode = 0x58;
break;
```

```
case Windows::System::VirtualKey::Y:          TranslatedKeyCode = 0x59;
break;
case Windows::System::VirtualKey::Z:          TranslatedKeyCode = 0x5A;
break;

case Windows::System::VirtualKey::NumberPad0:     TranslatedKeyCode  =  VK_NUMPAD0;
     break;
case Windows::System::VirtualKey::NumberPad1:     TranslatedKeyCode  =  VK_NUMPAD1;
     break;
case Windows::System::VirtualKey::NumberPad2:     TranslatedKeyCode  =  VK_NUMPAD2;
     break;
case Windows::System::VirtualKey::NumberPad3:     TranslatedKeyCode  =  VK_NUMPAD3;
     break;
case Windows::System::VirtualKey::NumberPad4:     TranslatedKeyCode  =  VK_NUMPAD4;
     break;
case Windows::System::VirtualKey::NumberPad5:     TranslatedKeyCode  =  VK_NUMPAD5;
     break;
case Windows::System::VirtualKey::NumberPad6:     TranslatedKeyCode  =  VK_NUMPAD6;
     break;
case Windows::System::VirtualKey::NumberPad7:     TranslatedKeyCode  =  VK_NUMPAD7;
     break;
case Windows::System::VirtualKey::NumberPad8:     TranslatedKeyCode  =  VK_NUMPAD8;
     break;
case Windows::System::VirtualKey::NumberPad9:     TranslatedKeyCode  =  VK_NUMPAD9;
     break;

case Windows::System::VirtualKey::Multiply:       TranslatedKeyCode  =   VK_MULTIPLY;
break;
case Windows::System::VirtualKey::Add:            TranslatedKeyCode = VK_ADD;
     break;
case Windows::System::VirtualKey::Subtract:       TranslatedKeyCode  =  VK_SUBTRACT;
break;
case Windows::System::VirtualKey::Decimal:    TranslatedKeyCode = VK_DECIMAL;
break;
case Windows::System::VirtualKey::Divide:     TranslatedKeyCode = VK_DIVIDE;
break;

case Windows::System::VirtualKey::F1:         TranslatedKeyCode = VK_F1;
break;
case Windows::System::VirtualKey::F2:         TranslatedKeyCode = VK_F2;
break;
case Windows::System::VirtualKey::F3:         TranslatedKeyCode = VK_F3;
break;
case Windows::System::VirtualKey::F4:         TranslatedKeyCode = VK_F4;
```

```
                break;
        case Windows::System::VirtualKey::F5:           TranslatedKeyCode = VK_F5;
                break;
        case Windows::System::VirtualKey::F6:           TranslatedKeyCode = VK_F6;
                break;
        case Windows::System::VirtualKey::F7:           TranslatedKeyCode = VK_F7;
                break;
        case Windows::System::VirtualKey::F8:           TranslatedKeyCode = VK_F8;
                break;
        case Windows::System::VirtualKey::F9:           TranslatedKeyCode = VK_F9;
                break;
        case Windows::System::VirtualKey::F10:             TranslatedKeyCode = VK_F10;
                break;
        case Windows::System::VirtualKey::F11:             TranslatedKeyCode = VK_F11;
                break;
        case Windows::System::VirtualKey::F12:             TranslatedKeyCode = VK_F12;
                break;

        case   Windows::System::VirtualKey::NumberKeyLock:TranslatedKeyCode  =  VK_NUMLOCK;
                break;

        case Windows::System::VirtualKey::Scroll:        TranslatedKeyCode = VK_SCROLL;
                break;

        case Windows::System::VirtualKey::LeftShift:      TranslatedKeyCode = VK_LSHIFT;
                break;
        case Windows::System::VirtualKey::RightShift:     TranslatedKeyCode = VK_RSHIFT;
                break;
        case Windows::System::VirtualKey::LeftControl:  TranslatedKeyCode     =    VK_LCONTROL;
                break;
        case Windows::System::VirtualKey::RightControl: TranslatedKeyCode     =    VK_RCONTROL;
                break;
        case Windows::System::VirtualKey::LeftMenu:        TranslatedKeyCode = VK_LMENU;
                break;
        case Windows::System::VirtualKey::RightMenu:   TranslatedKeyCode = VK_RMENU;
                break;
        }
        return TranslatedKeyCode;
}


extern void appXboxOneKeyEvent(uint32 InCode, bool bInWasPressed);
extern void appXboxOneCharEvent(uint32 InCode, bool bInWasPressed);
```

```cpp
void ViewProvider::OnKeyDown(
    _In_ CoreWindow^ sender,
    _In_ KeyEventArgs^ args
    )
{
    uint32 Code = TranslateWinRTKey(args->VirtualKey);
    if ((Code & 0xFFFFFF00) == 0)
    {
        appXboxOneKeyEvent(Code, true);
    }
}
void ViewProvider::OnKeyUp(
    _In_ CoreWindow^ sender,
    _In_ KeyEventArgs^ args
    )
{
    uint32 Code = TranslateWinRTKey(args->VirtualKey);
    if ((Code & 0xFFFFFF00) == 0)
    {
        appXboxOneKeyEvent(Code, false);
    }
}


void ViewProvider::OnCharacterReceived(
    _In_ CoreWindow^ sender,
    _In_ CharacterReceivedEventArgs^ args)
{
    if (args->KeyStatus.IsExtendedKey == false)
    {
        appXboxOneCharEvent(args->KeyCode, true);
    }
}


void ViewProvider::appWinPumpMessages()
{
    CoreDispatcher^ disp = CoreWindow::GetForCurrentThread()->Dispatcher;
    if (disp != nullptr)
    {
        disp->ProcessEvents(CoreProcessEventsOption::ProcessOneIfPresent);
    }

    // Trigger delegate for constrained mode now that we're running on the game thread.
    ResourceAvailability ResourceMode;
    while(ConstrainedModeQueue.try_pop(ResourceMode))
```

```
        {
            switch(ResourceMode)
            {
                case ResourceAvailability::Constrained:
                {
                    FCoreDelegates::ApplicationWillDeactivateDelegate.Broadcast();
                    break;
                }

                case ResourceAvailability::Full:
                {
                    FCoreDelegates::ApplicationHasReactivatedDelegate.Broadcast();
                    break;
                }
            }
        }

        // Trigger delegate for license change now that we're running on the game thread.
        int32                           LicenseHasChanged                           =
FPlatformAtomics::InterlockedCompareExchange(&LicenseChangedFlag, 0, LicenseChangedFlag);
        if (LicenseHasChanged != 0)
        {
            FCoreDelegates::ApplicationLicenseChange.Broadcast();
        }
}


void appWinPumpMessages()
{
        GViewProvider->appWinPumpMessages();
}


void            ViewProvider::Initialize(Windows::ApplicationModel::Core::CoreApplicationView^
applicationView)
{
        applicationView->Activated   +=   ref   new   Windows::Foundation::TypedEventHandler<
CoreApplicationView^, IActivatedEventArgs^ >( this, &ViewProvider::OnActivated );
        CoreApplication::Suspending   +=   ref   new   Windows::Foundation::EventHandler<
Windows::ApplicationModel::SuspendingEventArgs^ >( this, &ViewProvider::OnSuspending );
        CoreApplication::Resuming    +=   ref   new   Windows::Foundation::EventHandler<
Platform::Object^>( this, & ViewProvider::OnResuming );
        CoreApplication::ResourceAvailabilityChanged         +=         ref         new
Windows::Foundation::EventHandler<        Platform::Object^>(         this,         &
ViewProvider::OnResourceAvailabilityChanged );
        Windows::ApplicationModel::Store::CurrentApp::LicenseInformation->LicenseChanged   +=
```

```cpp
ref      new      Windows::ApplicationModel::Store::LicenseChangedEventHandler(      this,
&ViewProvider::OnLicenseChanged );

    //PRIMAL - DK
    Windows::ApplicationModel::Store::LicenseInformation^      LicenseInformation      =
Windows::ApplicationModel::Store::CurrentApp::LicenseInformation;
    GIsTrial_Xbox      =      (LicenseInformation->CurrentLicenseUserXuid      &&
LicenseInformation->IsTrial);

    //PRIMAL With this line enabled we loose 3 ms?!?
    //Windows::ApplicationModel::Core::CoreApplication::DisableKinectGpuReservation = true;
}

void  ViewProvider::OnActivated(_In_  Windows::ApplicationModel::Core::CoreApplicationView^
/*applicationView*/, _In_ Windows::ApplicationModel::Activation::IActivatedEventArgs^ args)
{
    // Activate the window
    CoreWindow::GetForCurrentThread()->Activate();
    bActivationComplete = true;

    // Query this to find out if the application was shut down gracefully last time
    if (args != nullptr)
    {
        if(args->Kind == ActivationKind::Launch)
        {
            LaunchActivatedEventArgs ^LaunchArgs = (LaunchActivatedEventArgs^)args;
            FCommandLine::Set(LaunchArgs->Arguments->Data());
        }
        else if(args->Kind == Windows::ApplicationModel::Activation::ActivationKind::Protocol)
        {
            // If the game is launched from an invitation, the ActivationKind will be Protocol
            // so we need to initialize the command line on this path also. Since it's possible
            // to get a protocol activation after the game is already running as well, only set
            // the command line if it's not initialized yet.
            if ( !FCommandLine::IsInitialized() )
            {
                FCommandLine::Set( TEXT("") );
            }

            // Also save the actual protocol activation URI, for other parts of the engine to
            // access if necessary once they're initialized.
            // This may overwrite an existing URI if the game is activated multiple times,
            // but we assume only the most recent activation is relevant.
            ProtocolActivatedEventArgs^                    ProtocolArgs                    =
```

```cpp
        static_cast<ProtocolActivatedEventArgs^>(args);
                    FXboxOneMisc::SetProtocolActivationUri(ProtocolArgs->Uri->RawUri->Data());
            }

            ApplicationExecutionState lastState = args->PreviousExecutionState;
            FPlatformMisc::LowLevelOutputDebugStringf(TEXT("OnActivated:   Last      application
state: %d\n"), lastState);

            //PRIMAL - DS
            //if (lastState == ApplicationExecutionState::Terminated)
            {
                FXboxOneMisc::ProcessLastGameState();
            }
        }
}

void ViewProvider::OnResuming(_In_ Platform::Object^ Sender, _In_ Platform::Object^ Args)
{
        // PRIMAL - M.Yusuf: Early Splash Screen
        FEarlySplashScreenThread::Get().OnResuming();
        // PRIMAL End
        // Send it to the Engine Loop for processing
        GEngineLoop.OnResuming(Sender,Args);
}

void         ViewProvider::OnSuspending(_In_         Platform::Object^        Sender,         _In_
Windows::ApplicationModel::SuspendingEventArgs^ Args)
{
        // PRIMAL - M.Yusuf: Early Splash Screen
        FEarlySplashScreenThread::Get().OnSuspending();
        // PRIMAL End

        // Send it to the Engine Loop for processing
        GEngineLoop.OnSuspending(Sender,Args);
}

void  ViewProvider::OnResourceAvailabilityChanged( _In_  Platform::Object^  Sender,  _In_
Platform::Object^ Args )
{
        // Add it to the queue so we can trigger the delegate on the game thread safely.
        ConstrainedModeQueue.push(CoreApplication::ResourceAvailability);
}

void ViewProvider::OnLicenseChanged()
```

```
{
     // Increment the license change flag to indicate that we've been notified of an update so we
can trigger the delegate on the game thread safely.
     FPlatformAtomics::InterlockedIncrement(&LicenseChangedFlag);

     //PRIMAL - DK
     Windows::ApplicationModel::Store::LicenseInformation^          LicenseInformation          =
Windows::ApplicationModel::Store::CurrentApp::LicenseInformation;
     GIsTrial_Xbox          =          (LicenseInformation->CurrentLicenseUserXuid          &&
LicenseInformation->IsTrial);
}

void ViewProvider::SetWindow(Windows::UI::Core::CoreWindow^ window)
{
     // PRIMAL - M.Yusuf: Early Splash Screen
     FEarlySplashScreenThread::Get().Initialize(window);
     // PRIMAL End
}

// this method is called after Initialize
void ViewProvider::Load(Platform::String^ /*entryPoint*/)
{
}

#include "XboxOneAllowPlatformTypes.h"
#include "NetworkMessage.h"


int32  GuardedMainWrapper( const  TCHAR*  CmdLine, HINSTANCE  hInInstance, HINSTANCE
hPrevInstance, int32 nCmdShow )
{
     int32 ErrorLevel = 0;
#if UE_BUILD_SHIPPING
     if ( true )//GEnableInnerException )
     {
#if !PLATFORM_SEH_EXCEPTIONS_DISABLED
          __try
#endif
          {
               // Run the guarded code.
               ErrorLevel = GuardedMain(FCommandLine::Get(), NULL, NULL, 0 );
          }
#if !PLATFORM_SEH_EXCEPTIONS_DISABLED
          //__except ( (FPlatformMisc::IsDebuggerPresent() ? EXCEPTION_CONTINUE_SEARCH :
```

```
ReportCrash( GetExceptionCode(), GetExceptionInformation() )), EXCEPTION_CONTINUE_SEARCH)
//PRIMAL - DK : Allowing IDE debugger to break even if attached
            __except (   ReportCrash( GetExceptionCode(), GetExceptionInformation() )) //PRIMAL
- DK : Allowing IDE debugger to break even if attached
            {
            }
#endif
      }
      else
#endif
      {
            // Run the guarded code.
            ErrorLevel = GuardedMain(FCommandLine::Get(), NULL, NULL, 0 );
      }
      return ErrorLevel;
}


// this method is called after Load
void ViewProvider::Run()
{
      // Wait for activation to complete
      while (!bActivationComplete)
      {

      CoreWindow::GetForCurrentThread()->Dispatcher->ProcessEvents(CoreProcessEventsOptio
n::ProcessAllIfPresent);
      }

      CoreWindow::GetForCurrentThread()->KeyDown               +=          ref       new
Windows::Foundation::TypedEventHandler<CoreWindow^,               KeyEventArgs^>(this,
&ViewProvider::OnKeyDown);
      CoreWindow::GetForCurrentThread()->KeyUp             +=          ref       new
Windows::Foundation::TypedEventHandler<CoreWindow^,               KeyEventArgs^>(this,
&ViewProvider::OnKeyUp);
      CoreWindow::GetForCurrentThread()->CharacterReceived        +=        ref       new
Windows::Foundation::TypedEventHandler<CoreWindow^,    CharacterReceivedEventArgs^>(this,
&ViewProvider::OnCharacterReceived);

      // PRIMAL - M.Yusuf: Early Splash Screen
      FEarlySplashScreenThread::Get().Start();
      // PRIMAL End

      appXboxOneEarlyInit();
```

```
// check for a ue4commandline.txt
const LONG MaxCmdLineSize = 65536;
char AnsiCmdLine[MaxCmdLineSize];
FMemory::Memzero(AnsiCmdLine, MaxCmdLineSize);
int32 CmdLineFileSize = 0;
//PRIMAL - DS no commandline file...
///WIN32_FILE_ATTRIBUTE_DATA AttribData;
//if         (GetFileAttributesEx(L"UE4CommandLine.txt",       GetFileExInfoStandard,
(void*)&AttribData))
//{
//   if ((AttribData.dwFileAttributes & FILE_ATTRIBUTE_DIRECTORY) == 0)
//   {
//       CmdLineFileSize = AttribData.nFileSizeLow;
//   }
//}

if ((CmdLineFileSize > 0) && (CmdLineFileSize < MaxCmdLineSize - 1))
{
    DWORD   Access    = GENERIC_READ;
    DWORD   WinFlags  = FILE_SHARE_READ;
    DWORD   Create    = OPEN_EXISTING;
    HANDLE Handle     = CreateFile2(L"UE4CommandLine.txt", Access, WinFlags, Create,
NULL);
    if (Handle != INVALID_HANDLE_VALUE)
    {
        DWORD Result = 0;
        if (!ReadFile(Handle, AnsiCmdLine, DWORD(CmdLineFileSize), &Result, NULL) ||
(Result != DWORD(CmdLineFileSize)))
        {
            FPlatformMisc::LowLevelOutputDebugString(TEXT("WARNING: Failed to read
UE4CommandLine.txt file!\n"));
        }
        else
        {
            AnsiCmdLine[CmdLineFileSize + 1] = 0;
        }

        CloseHandle(Handle);

        TCHAR CmdLine[MaxCmdLineSize] = {0};
        FCString::Strcpy(CmdLine, ANSI_TO_TCHAR(AnsiCmdLine));
        while ((CmdLine[FCString::Strlen(CmdLine) - 1] == TEXT('\n')) ||
            (CmdLine[FCString::Strlen(CmdLine) - 1] == TEXT('\r')) ||
            (CmdLine[FCString::Strlen(CmdLine) - 1] == 0xFE))
```

```
                {
                        CmdLine[FCString::Strlen(CmdLine) - 1] = 0;
                }

                FString    Args    =    FString::Printf(TEXT("%s    %s"),    FCommandLine::Get(),
*FString(CmdLine));
                Args = Args.Trim();
                Args = Args.TrimTrailing();
                FPlatformMisc::LowLevelOutputDebugString(*Args);
                FCommandLine::Set(*Args);
        }
        else
        {
                FPlatformMisc::LowLevelOutputDebugString(TEXT("WARNING:    Failed    to    open
UE4CommandLine.txt file with CreateFile2!\n"));
        }
    }

    HandleFailsafeBitOptions(FCommandLine::Get());

    // Parse the basedir and check for the 'clearbasedir' option
    const TCHAR* BaseDirectory = FPlatformProcess::BaseDir();
    if (FParse::Param(FCommandLine::Get(), TEXT("clearbasedir")))
    {
        // An actual path was passed in... check it
        WIN32_FILE_ATTRIBUTE_DATA AttribData;
        if  (GetFileAttributesEx(BaseDirectory,  GetFileExInfoStandard,  (void*)&AttribData)  ==
TRUE)
        {
            if ((AttribData.dwFileAttributes & FILE_ATTRIBUTE_DIRECTORY) != 0)
            {
                // Deleting the directory does not appear to work.
                // So delete the files one by one
                FPlatformMisc::LowLevelOutputDebugStringf(TEXT("WARNING: Requested to
clear base directory: %s\n"), BaseDirectory);
                IPlatformFile& PlatformFile = FPlatformFileManager::Get().GetPlatformFile();
                TArray<FString> DirectoriesToSkip;
                TArray<FString> DirectoriesToNotRecurse;
                FLocalTimestampDirectoryVisitor    Visitor(PlatformFile,    DirectoriesToSkip,
DirectoriesToNotRecurse, false);
                PlatformFile.IterateDirectory(BaseDirectory, Visitor);
                if (Visitor.FileTimes.Num() > 0)
                {
                    for  (TMap<FString,FDateTime>::TIterator  FileIt(Visitor.FileTimes);  FileIt;
```

```
++FileIt)
                                {
                                        DeleteFileW(*(FileIt.Key()));
                                }
                        }
                }
        }
}


        GuardedMainWrapper(FCommandLine::Get(), NULL, NULL, 0 );

        Windows::ApplicationModel::Core::CoreApplication::Exit();
}
#include "XboxOneHidePlatformTypes.h"

void ViewProvider::Uninitialize()
{
        // PRIMAL - M.Yusuf: Early Splash Screen
        FEarlySplashScreenThread::Get().Uninitialize();
        // PRIMAL End
}

void ViewProvider::HandleFailsafeBitOptions(const TCHAR* InCmdLine)
{
        // Check for any Failsafe bits...
        // Disables color compression and fast color clears
        bool            bDisableColorCompression            =            FParse::Param(InCmdLine,
TEXT("D3D__DisableColorCompression"));
        // Disables depth compression, fast depth clears, HiZ, and HiStencil.
        bool            bDisableDepthStencilHTile            =            FParse::Param(InCmdLine,
TEXT("D3D__DisableDepthStencilHTile"));
        // Initializes most graphics resources to zero on allocation.
        bool            bEnableResourceZeroInit            =            FParse::Param(InCmdLine,
TEXT("D3D__EnableResourceZeroInit"));
        // Applies all of the overrides just described.
        bool bEnableAllOverrides = FParse::Param(InCmdLine, TEXT("D3D__EnableAllOverrides"));

        if (bDisableColorCompression)
        {
                CreateFailsafeBitFile(TEXT("g:\\D3D__DisableColorCompression"));
        }
        else
```

```
        {
                DeleteFailsafeBitFile(TEXT("g:\\D3D__DisableColorCompression"));
        }

        if (bDisableDepthStencilHTile)
        {
                CreateFailsafeBitFile(TEXT("g:\\D3D__DisableDepthStencilHTile"));
        }
        else
        {
                DeleteFailsafeBitFile(TEXT("g:\\D3D__DisableDepthStencilHTile"));
        }

        if (bEnableResourceZeroInit)
        {
                CreateFailsafeBitFile(TEXT("g:\\D3D__EnableResourceZeroInit"));
        }
        else
        {
                DeleteFailsafeBitFile(TEXT("g:\\D3D__EnableResourceZeroInit"));
        }

        if (bEnableAllOverrides)
        {
                CreateFailsafeBitFile(TEXT("g:\\D3D__EnableAllOverrides"));
        }
        else
        {
                DeleteFailsafeBitFile(TEXT("g:\\D3D__EnableAllOverrides"));
        }
}

#include "XboxOneAllowPlatformTypes.h"

void ViewProvider::CreateFailsafeBitFile(const TCHAR* InFailsafeBitFilename)
{
        DWORD   Access    = GENERIC_WRITE;
        DWORD   WinFlags  = 0;
        DWORD   Create    = CREATE_ALWAYS;
        HANDLE Handle     = CreateFile2(InFailsafeBitFilename, Access, WinFlags, Create, NULL);
        if (Handle != INVALID_HANDLE_VALUE)
        {
                //@todo.XBOXONE - Report the error
        }
```

```
}

void ViewProvider::DeleteFailsafeBitFile(const TCHAR* InFailsafeBitFilename)
{
    WIN32_FILE_ATTRIBUTE_DATA AttribData;
    if (GetFileAttributesEx(InFailsafeBitFilename, GetFileExInfoStandard, (void*)&AttribData) ==
TRUE)
    {
        if ((AttribData.dwFileAttributes & FILE_ATTRIBUTE_DIRECTORY) == 0)
        {
            DeleteFileW(InFailsafeBitFilename);
        }
    }
}

#include "XboxOneHidePlatformTypes.h"

[Platform::MTAThread]
int main(Platform::Array<Platform::String^>^)
{
    uint64 GameThreadAffinity = FPlatformAffinity::GetMainGameMask();
    FPlatformProcess::SetThreadAffinityMask((DWORD_PTR)GameThreadAffinity);

    auto viewProviderFactory = ref new ViewProviderFactory();
    Windows::ApplicationModel::Core::CoreApplication::Run(viewProviderFactory);
}

// The following functions are also located in Launch.cpp in a #if _WINDOWS block...
/**
 * Handler for CRT parameter validation. Triggers error
 *
 * @param Expression - the expression that failed crt validation
 * @param Function - function which failed crt validation
 * @param File - file where failure occured
 * @param Line - line number of failure
 * @param Reserved - not used
 */
void InvalidParameterHandler(const TCHAR* Expression,
                             const TCHAR* Function,
                             const TCHAR* File,
                             uint32 Line,
                             uintptr_t Reserved)
{
    UE_LOG(LogLaunchXboxOne, Fatal,
```

```
            TEXT("SECURE CRT: Invalid parameter detected.\nExpression: %s Function: %s. File: %s
Line: %d\n"),
            Expression ? Expression : TEXT("Unknown"),
            Function ? Function : TEXT("Unknown"),
            File ? File : TEXT("Unknown"),
            Line );
}


/**
  * Setup the common debug settings
  */
void SetupWindowsEnvironment( void )
{
      // all crt validation should trigger the callback
      _set_invalid_parameter_handler(InvalidParameterHandler);
}


void appXboxOneEarlyInit()
{

      // Setup common Windows settings
      SetupWindowsEnvironment();

      int32 ErrorLevel           = 0;
}

/** The global EngineLoop instance */
FEngineLoop   GEngineLoop;

/**
  * PreInits the engine loop
  */
int32 EnginePreInit( const TCHAR* CmdLine )
{
      PreInitUObject();
      return GEngineLoop.PreInit( CmdLine );
}


/**
  * Inits the engine loop
  */
int32 EngineInit( const TCHAR* SplashName )
{
```

```
        return GEngineLoop.Init();
}


/**
  * Ticks the engine loop
  */
void EngineTick( void )
{
        GEngineLoop.Tick();
}


/**
  * Shuts down the engine
  */
void EngineExit( void )
{
        // Make sure this is set
        GIsRequestingExit = true;
        GEngineLoop.Exit();
}


/**
  * Static guarded main function. Rolled into own function so we can have error handling for debug/ release builds depending
  * on whether a debugger is attached or not.
  */
int32 GuardedMain( const TCHAR* CmdLine, HINSTANCE hInInstance, HINSTANCE hPrevInstance, int32 nCmdShow )
{
#if UE_BUILD_DEBUG
        FPlatformMisc::LowLevelOutputDebugString(TEXT("--- Running a DEBUG build ---\n"));
#elif UE_BUILD_DEVELOPMENT
        FPlatformMisc::LowLevelOutputDebugString(TEXT("--- Running a DEVELOPMENT build ---\n"));
#elif UE_BUILD_TEST
        FPlatformMisc::LowLevelOutputDebugString(TEXT("--- Running a TEST build ---\n"));
#elif UE_BUILD_SHIPPING
        FPlatformMisc::LowLevelOutputDebugString(TEXT("--- Running a SHIPPING build ---\n"));
#else
        FPlatformMisc::LowLevelOutputDebugString(TEXT("--- Running a ***UNKNOWN*** build ---\n"));
#endif

        // make sure GEngineLoop::Exit() is always called.
```

```
struct EngineLoopCleanupGuard
{
    ~EngineLoopCleanupGuard()
    {
        EngineExit();
    }
} CleanupGuard;

// Set up minidump filename. We cannot do this directly inside main as we use an FString that requires
// destruction and main uses SEH.
// These names will be updated as soon as the Filemanager is set up so we can write to the log file.
// That will also use the user folder for installed builds so we don't write into program files or whatever.
FCString::Strcpy(MiniDumpFilenameW,    *FString::Printf(    TEXT("unreal-v%i-%s.dmp"),
GEngineVersion.GetChangelist(), *FDateTime::Now().ToString()));

// Call PreInit and exit if failed.
int32 ErrorLevel = EnginePreInit(CmdLine);
if ((ErrorLevel != 0) || GIsRequestingExit)
{
    return ErrorLevel;
}

// Game without wxWindows.
ErrorLevel = EngineInit(TEXT("PC/Splash.bmp"));

uint64 GameThreadAffinity = FPlatformAffinity::GetMainGameMask();
FPlatformProcess::SetThreadAffinityMask((DWORD_PTR)GameThreadAffinity);

while (!GIsRequestingExit)
{
    // ProcessEvents will throw if the process is exiting, allowing us to
    // break out of the loop.    This will be cleaned up when we get proper
    // process lifetime management online in a future release.

    CoreWindow::GetForCurrentThread()->Dispatcher->ProcessEvents(CoreProcessEventsOption::ProcessAllIfPresent);

    EngineTick();
}
return ErrorLevel;
}
```

```cpp
// Copyright Wildcard Properties LLC, 2014
#include "ShooterGame.h"
#include "AdminPlayerInfoEntryButton.h"



UAdminPlayerInfoEntryButton::UAdminPlayerInfoEntryButton(const                          class
FPostConstructInitializeProperties& PCIP)
      : Super(PCIP)
{
      bCenterDisplayName = true;
      bAllowClickingWhenNoEntry = true;
      bUseSelectedBackgroundColor = true;
      bDisplayStringCenterY = true;
      bUseDisplayString = false;

}


void UAdminPlayerInfoEntryButton::DrawWidget(FCanvas & fcanvas, UCanvas & ucanvas, const
FIntPoint & canvasSize, FIntRect & ScissorRect, bool bParentEnabled) const
{
      Super::DrawWidget(fcanvas, ucanvas, canvasSize, ScissorRect,bParentEnabled);

      ucanvas.DrawColor  =  (bSelected)  ?  FColor(TintColor(DisplayStringSelectedColor))  :
FColor(TintColor(DisplayStringColor));

      UFont * font = DisplayStringFont;
      float SizeX, SizeY;
      ucanvas.TextSize(DisplayStringFont, SteamPlayerName, SizeX, SizeY, 1.0f, 1.0f);
      int RemoveCount = 3;
      FString PlayerIdCliped = SteamPlayerName;
      FString PlayerNameCliped =PlayerName ;
      FFontRenderInfo tInfo;
      tInfo.bEnableShadow = 1;
      while  (!SteamPlayerName.IsEmpty()  &&  SizeX  >  (canvasSize.X  /  2)  &&
SteamPlayerName.Len() > RemoveCount)
      {
            if (PlayerIdCliped.Len() < 19)
                  break;
            PlayerIdCliped = SteamPlayerName.Left(SteamPlayerName.Len() - RemoveCount);
            PlayerIdCliped = PlayerIdCliped + TEXT("...");
            ucanvas.TextSize(DisplayStringFont, PlayerIdCliped, SizeX, SizeY, 1, 1);
```

```
                RemoveCount += 3;
        }
        RemoveCount = 3;
        while  (!PlayerName.IsEmpty()  &&  SizeX  >  (canvasSize.X  /  3)  &&  PlayerName.Len()  >
RemoveCount)
        {
                if (PlayerNameCliped.Len() < 10)
                        break;
                PlayerNameCliped = PlayerName.Left(PlayerName.Len() - RemoveCount);
                PlayerNameCliped = PlayerNameCliped + TEXT("...");
                ucanvas.TextSize(DisplayStringFont, PlayerNameCliped, SizeX, SizeY, 1, 1);
                RemoveCount += 3;
        }
        if (!PlayerName.IsEmpty())
        {
                if (LinkedPlayerID.IsEmpty())
                {
                        ucanvas.DrawText(font, PlayerNameCliped, 0.05 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X, DisplayStringScale.Y, tInfo);
                        ucanvas.DrawText(font, PlayerIdCliped, 0.6 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X, DisplayStringScale.Y, tInfo);
                }
                else
                {
                        const float Scale = 0.8f;
                        ucanvas.DrawText(font, PlayerNameCliped, 0.05 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);
                        ucanvas.DrawText(font, PlayerIdCliped, 0.3 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);
                        ucanvas.DrawText(font, LinkedPlayerID, 0.8 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);

                }
        }
        else
        {
                if (LinkedPlayerID.IsEmpty())
                {

                        ucanvas.DrawText(font, PlayerIdCliped, 0.05* canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X, DisplayStringScale.Y, tInfo);
                }
                else
                {
```

```
                    const float Scale = 0.8f;

                        ucanvas.DrawText(font, PlayerIdCliped, 0.05 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);
                        ucanvas.DrawText(font, LinkedPlayerID, 0.3 * canvasSize.X, canvasSize.Y * 0.3,
DisplayStringScale.X*Scale, DisplayStringScale.Y*Scale, tInfo);


                }
        }


}




// Fill out your copyright notice in the Description page of Project Settings.
// Copyright Wildcard Properties LLC, 2014

#include "ShooterGame.h"
#include "BasePlayerController.h"

#include "InternationalizationSimpleGlobal.h"

ABasePlayerController::ABasePlayerController(const   class   FPostConstructInitializeProperties&
PCIP)
        : Super(PCIP)
{
    bAllowGameActions = true;
    bGameEndedFrame = false;

    ServerSayString = TEXT("Say");
    bHasSentStartEvents = false;
    bCheatEnabled = false;
}

void   ABasePlayerController::OnQueryAchievementsComplete(const   FUniqueNetId&   PlayerId,
const bool bWasSuccessful)
{
    UE_LOG(LogOnline,                                                                      Display,
TEXT("ABasePlayerController::OnQueryAchievementsComplete(bWasSuccessful      =      %s)"),
bWasSuccessful ? TEXT("TRUE") : TEXT("FALSE"));
}
void ABasePlayerController::GameHasEnded(class AActor* EndGameFocus, bool bIsWinner)
{
    Super::GameHasEnded(EndGameFocus, bIsWinner);
```

```
}
void ABasePlayerController::SimulateInputKey(FKey Key, bool bPressed)
{
      InputKey(Key, bPressed ? IE_Pressed : IE_Released, 1, false);
}

void ABasePlayerController::UpdateAchievementProgress(const FString& Id, float Percent)
{
}
void ABasePlayerController::QueryAchievements()
{
      //PRIMAL - DK : Don't do this on clients right now... possibly do always on xbox for now
#if PLATFORM_XBOXONE || PLATFORM_UWP
      if (GetNetMode() == NM_Client)
            return;
#endif

      // precache achievements
      ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);
      if (LocalPlayer)
      {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
            if (OnlineSub)
            {
                  IOnlineIdentityPtr Identity = OnlineSub->GetIdentityInterface();
                  if (Identity.IsValid())
                  {
                        TSharedPtr<FUniqueNetId>                    UserId                    =
Identity->GetUniquePlayerId(LocalPlayer->ControllerId);

                        if (UserId.IsValid())
                        {
                              IOnlineAchievementsPtr           Achievements           =
OnlineSub->GetAchievementsInterface();

                              if (Achievements.IsValid())
                              {
                                    Achievements->QueryAchievements(*UserId.Get(),
FOnQueryAchievementsCompleteDelegate::CreateUObject(this,
&AShooterPlayerController::OnQueryAchievementsComplete));
                              }
                        }
                        else
                        {
```

```
        return true;
}

void AShooterWeapon::FireWeapon()
{
        CurrentFiringSpread = FMath::Min(InstantConfig.FiringSpreadMax, CurrentFiringSpread +
InstantConfig.FiringSpreadIncrement);
        BPFireWeapon();
}

bool AShooterWeapon::PreventSwitchingWeapon()
{
    if (bUseBPPreventSwitchingWeapon)
        return BPPreventSwitchingWeapon();

    return false;
}

bool AShooterWeapon::ForceFirstPerson()
{
        return (bHideFPVMeshWhileTargeting || bForceFirstPersonWhileTargeting) && MyPawn &&
MyPawn->IsTargeting();
}

bool AShooterWeapon::TryFireWeapon()
{
    if (!BPTryFireWeapon())
        return false;

    if (MyPawn)
    {
        static FHitResult HitOut;
        if (MyPawn->RidingDino    !=    NULL    &&    UVictoryCore::VTrace(GetWorld(),
MyPawn->RidingDino->GetActorCenterTraceLocation(),        GetMuzzleLocation(),        HitOut,
MyPawn->RidingDino.Get(), ECC_TRACE_STATIONARYOBJECTS, 0, false, false, FVector::ZeroVector,
NAME_None,         NULL,        MyPawn->RidingDino->SaddledStructures.Num()         ?
(TArray<AActor*>*)&MyPawn->RidingDino->SaddledStructures : NULL))
                return false;

        if   (MyPawn->CarryingDino    !=    NULL    &&    UVictoryCore::VTrace(GetWorld(),
MyPawn->CarryingDino->GetActorCenterTraceLocation(),        GetMuzzleLocation(),        HitOut,
MyPawn->CarryingDino.Get(),      ECC_TRACE_STATIONARYOBJECTS,      0,      false,      false,
FVector::ZeroVector, NAME_None, NULL, MyPawn->CarryingDino->SaddledStructures.Num()  ?
(TArray<AActor*>*)&MyPawn->CarryingDino->SaddledStructures : NULL))
```

```cpp
                return false;
        }

        return true;
}

bool AShooterWeapon::ForcesTPVCameraOffset_Implementation()
{
        return bForceTPVCameraOffset || (MyPawn && MyPawn->IsTargeting());
}

bool AShooterWeapon::IsClimbing() const
{
        return false;
}

void AShooterWeapon::SetAmmoInClip(int32 newAmmo)
{
        CurrentAmmoInClip = newAmmo;
}

bool AShooterWeapon::AllowUnequip_Implementation()
{
        return true;
}




// Fill out your copyright notice in the Description page of Project Settings.
// Copyright Wildcard Properties LLC, 2014

#include "ShooterGame.h"
#include "UI_MainMenu.h"
#include "OnlineSubsystemImpl.h"
#include "DataListEntryButton_MainMenu.h"
#include "MountedDLCManager.h"
#include "InternationalizationSimpleGlobal.h"
#include "CustomButtonWidget.h"
#include "GenericPlatformChunkInstall.h"

UUI_MainMenu::UUI_MainMenu(const class FPostConstructInitializeProperties& PCIP)
        : Super(PCIP)
{
        bCaptureMouseInput = true;
```

```cpp
        bEscapeClosesMenu = false;
        bFadedOut = false;
        bHasRecievedNewsMessage = false;
        LastUpdateModsTime = -1000;
        bWasInstallingMods = false;
        bShowCancelIcon = false;
        bMultiplayerPrivilegeAvailable = false;
        bMultiplayerPrivilege = false;
        bIgnoreUIScaling = true;
}



void UUI_MainMenu::AddToViewport()
{
        UVictoryCore::SetExtraCmdLine(TEXT(""));
        Super::AddToViewport();

        FOnlineSubsystemImpl::CurrentClientJoinedSessionName = TEXT("");
        FOnlineSubsystemImpl::CurrentClientJoinedSessionFriendlyMapName = TEXT("");

        HostButton = Cast<UCustomButtonWidget>(GetHandleFromName(HostButtonName));
        if (HostButton)
        {
                HostButton->OnClickedObject.AddDynamic(this, &UUI_MainMenu::ClickedButton);
                HostButton->SetIsEnabled(true);
                HostButton->SetVisibility(ESlateVisibility::Visible);
        }

        JoinButton = Cast<UCustomButtonWidget>(GetHandleFromName(JoinButtonName));
        NickNameLabel = Cast<UTextBlock>(GetHandleFromName("NickNameLabel"));
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_UWP
        if (NickNameLabel)
                NickNameLabel->SetVisibility(ESlateVisibility::Visible);
#endif

        if (JoinButton)
                JoinButton->OnClickedObject.AddDynamic(this, &UUI_MainMenu::ClickedButton);

        ExitButton = Cast<UCustomButtonWidget>(GetHandleFromName(ExitButtonName));
#if PLATFORM_PS4
        ExitButton->SetVisibility(ESlateVisibility::Hidden);
#else
        if (ExitButton)
```

```
        {
#if PLATFORM_UWP
            ExitButton->SetVisible(true);
#endif
            ExitButton->OnClickedObject.AddDynamic(this, &UUI_MainMenu::ClickedButton);
        }
#endif

        OptionsButton                                                              =
Cast<UCustomButtonWidget>(GetHandleFromName(OptionsButtonName));
        if (OptionsButton)
            OptionsButton->OnClickedObject.AddDynamic(this, &UUI_MainMenu::ClickedButton);

        ListSessionsButtonBackground                                               =
Cast<UImage>(GetHandleFromName("ListSessionsButtonBackground"));
        ListSessionsButton                                                         =
Cast<UCustomButtonWidget>(GetHandleFromName(ListSessionsName));
        if (ListSessionsButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_UWP
            UShooterGameInstance*                    anInstance                    =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
            bool bShouldBeVisible = (anInstance && anInstance->GetCurrentConnectionStatus() ==
EOnlineServerConnectionStatus::Connected);
            ListSessionsButton->SetVisible(bShouldBeVisible);
#endif
            ListSessionsButton->OnClickedObject.AddDynamic(this,
&UUI_MainMenu::ClickedButton);
        }

        SurvivalGuideButton = Cast<UCustomButtonWidget>(GetHandleFromName("HelpButton"));
        if (SurvivalGuideButton)
            SurvivalGuideButton->OnClickedObject.AddDynamic(this,
&UUI_MainMenu::ClickedButton);

        CreditsButton = Cast<UCustomButtonWidget>(GetHandleFromName("CreditsButton"));
        NewsPanel = GetHandleFromFName("NewsPanel");

        ArkSotFButton = Cast<UButton>(GetHandleFromFName("ArkSotFButton"));
        if (ArkSotFButton)
            ArkSotFButton->OnClickedObject.AddDynamic(this, &UUI_MainMenu::ClickedButton);


        HelpButton = Cast<UButton>(GetHandleFromName(HelpButtonName));
```

```cpp
    if (HelpButton)
        HelpButton->OnClickedObject.AddDynamic(this, &UUI_MainMenu::ClickedButton);

//#if !PLATFORM_XBOXONE
    if(HelpButton)
        HelpButton->SetVisibility(ESlateVisibility::Hidden);
//#endif

    PatchNotesButton = InitializeButtonNameWithClick("PatchNotesButton");
    VersionLabel = Cast<UTextBlock>(GetHandleFromName("VersionLabel"));
    VersionLabel->SetString(FString::Printf(*LOCSTR("%i.%i"),            GetBuildUniqueId(),
GetMinorBuildUniqueId()));


    NewsLabel = Cast<UPrimalRichTextBlock>(GetHandleFromName(NewsLabelName));
    NewsLabel->SetString("");

    if                  (UShooterGameInstance*              anInstance              =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
    {
        NewsLabel->SetString(anInstance->NewsMessage);
        anInstance->GotoState(ShooterGameInstanceState::MainMenu);
    }

    ExitButtonLabel = Cast<UTextBlock>(GetHandleFromFName("ExitButtonLabel"));

#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_UWP
    if (ExitButtonLabel)
        ExitButtonLabel->SetString(LOCSTR("BACK"));
#endif

    TotalConversionLabel = Cast<UTextBlock>(GetHandleFromFName("TotalConversionLabel"));
#if PLATFORM_XBOXONE || PLATFORM_UWP
    if (TotalConversionLabel)
        TotalConversionLabel->SetString(LOCSTR("GAME MODES"));
#endif

    EditableTextJoin = Cast<UEditableTextBox>(GetHandleFromName(EditableTextJoinName));

    EditableTextJoinPanel                                                            =
Cast<UPanelWidget>(GetHandleFromFName(EditableTextJoinPanelName));

    ConnectingPanel = Cast<UPanelWidget>(GetHandleFromFName(ConnectingPanelName));
```

```cpp
    if(ConnectingPanel)
        ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);

    //MovieBackgroundImage                                                          =
Cast<UImage>(GetHandleFromFName("MovieBackgroundImage"));

        LinuxBackgroundImage = Cast<UImage>(GetHandleFromFName("LinuxBackgroundImage"));

#if PLATFORM_LINUX || PLATFORM_XBOXONE || PLATFORM_UWP
        LinuxBackgroundImage->SetVisible(true);
        //MovieBackgroundImage->SetVisible(false);
#else
        LinuxBackgroundImage->SetVisible(false);
        if (MovieBackgroundImage)
            MovieBackgroundImage->SetVisible(true);
#endif

#if UE_BUILD_SHIPPING
        EditableTextJoinPanel->SetVisible(false);
#endif

    //total conversions
    TotalConversionsScrollBox                                                       =
Cast<UScrollBox>(GetHandleFromFName(TEXT("TotalConversionsScrollBox")));

        TotalConversionImage = Cast<UImage>(GetHandleFromFName("TotalConversionImage"));
        if (TotalConversionImage && FPackageName::GetTotalConversion().GetId() == 111111111)
            TotalConversionImage->SetVisibility(ESlateVisibility::Visible);

    PopulateMods();

    bMultiplayerPrivilegeAvailable = false;
    bMultiplayerPrivilege = false;

#if PRIMAL_MOUNTED_DLC_ENABLED
        UMountedDLCManager::Get()->OnMountedDLCInstalledEvent.AddUObject(this,&UUI_Main
Menu::OnDLCInstalledEvent);
#endif
    //Just incase end credits is playing
    if (!GAllowMusicPlayer)
        UVictoryCore::StopMusic();

    PopulateMods();
}
```

```cpp
void UUI_MainMenu::HighlightDefaultWidget(UPanelWidget *RestrictToPanel)
{
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_UWP
    if (ListSessionsButton && HostButton && !ListSessionsButton->IsVisible())
        GetTopLevelParentPrimalUI()->SetHighlightedWidget(HostButton);
    else
#endif
        Super::HighlightDefaultWidget(RestrictToPanel);
}


void UUI_MainMenu::RemoveFromViewport()
{
#if PRIMAL_MOUNTED_DLC_ENABLED
    UMountedDLCManager::Get()->OnMountedDLCInstalledEvent.RemoveAll(this);
#endif
    Super::RemoveFromViewport();
}


void    UUI_MainMenu::OnGetUserPrivilegeComplete(const    FUniqueNetId&    UserId,
EUserPrivileges::Type Privilege, uint32 Result)
{
    if (Privilege == EUserPrivileges::CanUseUserGeneratedContent)
    {
#if PLATFORM_PS4 || PLATFORM_XBOXONE || PLATFORM_UWP
        UShooterLocalPlayer*                     aLocalPlayer                =
Cast<UShooterLocalPlayer>(GetOwningLocalPlayer());
        if (aLocalPlayer)
        {
            aLocalPlayer->UpdateUserPrivilige(Privilege, Result);
        }
#else
        if          (UShooterGameInstance*          ShooterGameInstance        =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
        {
            ShooterGameInstance->bCanUseUserGeneratedContent = (Result == 0);
        }
#endif
    }
    else //EUserPrivileges::CanPlayOnline
    {
        UE_LOG(LogShooter,                                                 Warning,
TEXT("UUI_MainMenu::OnGetUserPrivilegeCompleteDelegate %i"), Result);
```

```cpp
                bMultiplayerPrivilegeAvailable = true;

                if (Result == 0)
                {
                        bMultiplayerPrivilege = true;

#if PLATFORM_PS4 || PLATFORM_XBOXONE || PLATFORM_UWP
                        UShooterGameInstance*   GameInstance   =   (GetWorld()   !=   nullptr)   ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : nullptr;
                        if (GameInstance != nullptr)
                        {
                                GameInstance->SetIsOnline(true);
                        }
#endif
                }
                else
                {
                        bMultiplayerPrivilege = false;
                }
        }
}


// for now total conversion swap
void UUI_MainMenu::ConfirmationDialogAccepted()
{
        bTotalConversionConfirmationActive = false;

        GConfig->SetString(            TEXT("ServerSettings"),            TEXT("ActiveTotalConversion"),
*FString::Printf(TEXT("%llu"), GetSelectedTotalConversion()), GGameUserSettingsIni );
        GConfig->Flush(false, GGameUserSettingsIni);

#if PLATFORM_XBOXONE || PLATFORM_UWP

        IOnlineSubsystem * OnlineSubsystem = IOnlineSubsystem::Get();

        uint64 ModID = GetSelectedTotalConversion();

        if( ModID == 0 )
        {
                FPackageName::ClearRedundantMountPoints();
                FModInfo NoTC;
                FPackageName::SetTotalConversion( NoTC );
                UPrimalGlobals::Get()->AsyncLoadGameMedia(false, true);
        }
```

```
    else if (OnlineSubsystem != nullptr)
    {
        FModInfo ModInfo;
        if( OnlineSubsystem->ConvertIdToModInfo( ModID, ModInfo ) )
        {
            //mod not found
            FPackageName::SetTotalConversion( ModInfo );

            // reverify
            if( FPackageName::HasTotalConversion() )
            {
                FString                    RebasedGameDir                    =
FString::Printf(TEXT("../../../%s/Content/Mods/%llu/%s/Content/"),                GGameName,
FPackageName::GetTotalConversionId(), GGameName);
                FPackageName::RegisterRedundantMountPoint(                TEXT("/Game/"),
RebasedGameDir);
            }

            UPrimalGlobals::Get()->AsyncLoadGameMedia(false, true);
        }
    }

    GEngine->DeferredCommands.Add( TEXT( "open mainmenu") );

#else

#if UE_BUILD_SHIPPING
    FString GameExecutable = "ShooterGame.exe";
#else
    FString GameExecutable = "UE4Editor.exe";
#endif

    FPlatformProcess::CreateProc(*GameExecutable, TEXT(""), true, false, false, NULL, 0, NULL,
NULL);
    GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("exit")));

#endif
}

void UUI_MainMenu::ConfirmationDialogCancelled()
{
    bTotalConversionConfirmationActive = false;

    // reset it back to original
```

```
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
        {
                if                    (TotalConversionsEntryWidgets[it]->ModItemId                    !=
FPackageName::GetTotalConversionId() )
                {
                        TotalConversionsEntryWidgets[it]->SetSelected(false);
                }
                else
                {
                        TotalConversionsEntryWidgets[it]->SetSelected(true);
                }
        }
}


void UUI_MainMenu::OpenListSession()
{
        if(bMultiplayerPrivilege)
        {
                check(ListSessionsUITemplate != NULL);
                UUI_ListSessions  *  listSessionsUI  =  CreateWidget<UUI_ListSessions>(GetWorld(),
ListSessionsUITemplate);
                check(listSessionsUI);
                listSessionsUI->AddToViewport();

                if (NickNameLabel)
                        NickNameLabel->SetVisibility(ESlateVisibility::Hidden);
                if (PatchNotesButton)
                        PatchNotesButton->SetVisibility(ESlateVisibility::Hidden);
        }
        else
        {
                if(GetOwningLocalPlayer())
                        GetOwningLocalPlayer()->DisplayNotificationMessage(TEXT("Unable  to  complete
action. Please check account privileges."), TEXT("Unable to continue"), true, false);
        }
}


void UUI_MainMenu::AddTotalConversionItem(FString DisplayName, FString ModName, FString
ModPath, uint64 ModId, bool IsCustom)
{
        UDataListEntryButton_MainMenu*                    ItemWidget                    =
CreateWidget<UDataListEntryButton_MainMenu>(GetWorld(), SlotButtonTemplate);
        if (ItemWidget)
```

```
        {
                TotalConversionsScrollBox->AddChild(ItemWidget);
                TotalConversionsEntryWidgets.Add(ItemWidget);
                ItemWidget->InitializeMe();

                ItemWidget->SetEntryName(DisplayName);
                ItemWidget->ModName = ModName;
                ItemWidget->ModItemId = ModId;
                ItemWidget->bIsCustom = IsCustom;
                ItemWidget->ModPath = ModPath;
                ItemWidget->GetButton()->OnClickedObject.AddDynamic(this,
&UUI_MainMenu::TotalConversionSelected);
        }
}


uint64 UUI_MainMenu::GetSelectedTotalConversion()
{
        for( int32 ModIter = 0; ModIter < TotalConversionsEntryWidgets.Num(); ModIter++ )
        {
                if (TotalConversionsEntryWidgets[ModIter]->IsSelected())
                        return TotalConversionsEntryWidgets[ModIter]->ModItemId;
        }
        return 0;
}

extern int32 GetSelectedWidgetIndex( const TArray<UDataListEntryWidget*> &Widgets );
extern  void  SelectedWidgetByIndex(  const  TArray<UDataListEntryWidget*>  &Widgets,  int32
InIndex );

int32 UUI_MainMenu::GetSelectedTCWidgetIndex()
{
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
        {
                if (TotalConversionsEntryWidgets[it]->IsSelected())
                        return it;
        }

        return INDEX_NONE;
}

void UUI_MainMenu::RemoveAllTCs()
{
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
```

```
                TotalConversionsScrollBox->RemoveChild(TotalConversionsEntryWidgets[it]);
        TotalConversionsEntryWidgets.Empty();
}

void UUI_MainMenu::PopulateMods()
{
        int PreviousTotalConversionIndex = GetSelectedTCWidgetIndex();

        RemoveAllTCs();

        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
#if PLATFORM_XBOXONE || PLATFORM_UWP
        AddTotalConversionItem(TEXT("Survival Evolved"), TEXT("None"), TEXT(""), 0, false);
#else
        AddTotalConversionItem(LOCSTR("None"), TEXT("None"), TEXT(""), 0, false);
#endif

        int32 newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
        UDataListEntryButton_MainMenu*                TotalConversionEntry              =
TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)                                    ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
        if(TotalConversionEntry)
        {
                TotalConversionEntry->bUseCustomTooltip = true;
                TotalConversionEntry->CustomToolTipString = LOCSTR("This is regular ARK : Survival
Evolved, \nutilizing the full set of original ARK Engrams.");
                TotalConversionEntry = NULL;
        }

        bool bAnyPrimitivePlus = false;
        TArray<FInstalledItemInfo> Mods;
        OnlineSub->GetMods(Mods);
        for (int it = 0; it < Mods.Num(); it++)
        {
                const FInstalledItemInfo & Mod = Mods[it];

                // mod not ready
                if (!Mod.Installed)
                {
                        continue;
                }

                // new mod types
                if(Mod.ModType == EModType::TotalConversion)
```

```
                {
                    AddTotalConversionItem(FString::Printf(TEXT("%s"),
*(Mod.Title.Replace(TEXT("Total    Conversion:"),    TEXT("")))),    (Mod.Title.Replace(TEXT("Total
Conversion:"), TEXT("")))), TEXT(""), Mod.Id, true);
                    if (Mod.Title.Contains(TEXT("Primitive Plus")) == true)
                    {
                        bAnyPrimitivePlus = true;

                        newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
                        TotalConversionEntry                                          =
TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)                             ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
                        if (TotalConversionEntry)
                        {
                            TotalConversionEntry->bUseCustomTooltip = true;
                            TotalConversionEntry->CustomToolTipString  =  LOCSTR("This  is  a
revamped ARK game mode, with an all-new \nset of Engrams and mechanics focused on
primitive-style survival. \nTest your wits and skills to see if you can overcome the challenge of
\nconquering the ARK without the benefits of modern technology!");
                            TotalConversionEntry = NULL;
                        }
                    }
                }
            }
        }

        //PRIMITIVE PLUS HACK
        if (bAnyPrimitivePlus == false)
        {
#if PLATFORM_XBOXONE || PLATFORM_UWP
            AddTotalConversionItem(TEXT("Primitive Plus"), TEXT("Primitive Plus Official"), TEXT(""),
111111111, true);
#else
            AddTotalConversionItem(TEXT("Primitive Plus Official"), TEXT("Primitive Plus Official"),
TEXT(""), 111111111, true);
#endif
            newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
            TotalConversionEntry  =  TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)  ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
            if (TotalConversionEntry)
            {
                TotalConversionEntry->bUseCustomTooltip = true;
                TotalConversionEntry->CustomToolTipString = LOCSTR("This is a revamped ARK
game mode, with an all-new \nset of Engrams and mechanics focused on primitive-style survival.
\nTest your wits and skills to see if you can overcome the challenge of \nconquering the ARK
```

```
        without the benefits of modern technology!");
                    TotalConversionEntry = NULL;
        }
        }

        // select a TC
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
        {
                if                      (TotalConversionsEntryWidgets[it]->ModItemId                      ==
FPackageName::GetTotalConversionId())
                {
                        TotalConversionsEntryWidgets[it]->SetSelected(true);
                        break;
                }
        }
}

void UUI_MainMenu::TotalConversionSelected(UWidget* theWidget)
{
        UUI_GenericConfirmationDialog                *                ConfirmationUp                =
Cast<UUI_GenericConfirmationDialog>(UShooterGameViewportClient::GetViewportClient(GetW
orld())->GetUISceneFromClass(UUI_GenericConfirmationDialog::StaticClass()));

        //PRIMAL - DS
        if( ConfirmationUp != nullptr )
        {
                return;
        }

        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
        {

        TotalConversionsEntryWidgets[it]->SetSelected(TotalConversionsEntryWidgets[it]->GetButto
n() == theWidget);
        }

        // swap to total conversion
        if( FPackageName::GetTotalConversionId() != GetSelectedTotalConversion() )
        {
                //PRIMITIVE PLUS HACK
                if (GetSelectedTotalConversion() == 111111111)
                {
                        FModInfo ModInfo;
                        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
```

```cpp
            if (OnlineSub && OnlineSub->ConvertIdToModInfo(111111111, ModInfo) == false)
            {
                const                  FString              JumpURL                =
FString::Printf(TEXT("store.steampowered.com/app/%llu"),
FPackageName::DLCToAppID(111111111));

                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                {
                    OnlineSub->Steam_OpenOverlayToWebPage(JumpURL);
                }
                return;
            }
        }

        if( ConfirmationDialogUITemplate == nullptr &&
            HostSessoinUITemplate != nullptr &&
            HostSessoinUITemplate->GetDefaultObject<UUI_HostSession>() != nullptr   )
        {
            ConfirmationDialogUITemplate                                            =
HostSessoinUITemplate->GetDefaultObject<UUI_HostSession>()->ConfirmationDialogUITemplate
;
        }

        bTotalConversionConfirmationActive = true;

#if PLATFORM_XBOXONE || PLATFORM_UWP
        ShowConfirmationDialog(*LOCSTR("Game  Mode"),  *LOCSTR("Changing game  mode
requires a content load, continue?"));
#else
        ShowConfirmationDialog(*LOCSTR("Game  Mode"),  *LOCSTR("Changing game  mode
requires a restart, continue?"));
#endif
    }
}

void UUI_MainMenu::ClickedButton(UWidget* clickedWidget)
{
    UShooterGameInstance*                   ShooterGameInstance                    =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());

    Super::ClickedButton(clickedWidget);

    if (clickedWidget == SurvivalGuideButton)
```

```
        {
            if (HelpPageUITemplate)
            {
                if(UUI_HelpPage * HelpPageUI = CreateWidget<UUI_HelpPage>(GetWorld(),
HelpPageUITemplate))
                    HelpPageUI->AddToViewport();
            }
            return;
        }
        if (clickedWidget == HostButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_UWP
            if (!IsMapContentDownloadComplete())
            {
                ShowMapContentIncompleteMessage();
                return;
            }
#endif

            //CloseWithAnimation();
            check(HostSessoinUITemplate != NULL);
            UUI_HostSession * HostSessionUI = CreateWidget<UUI_HostSession>(GetWorld(),
HostSessoinUITemplate);
            check(HostSessionUI);
            HostSessionUI->AddToViewport();

            /*if (EditableTextHost)
            GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("open    ")) +
EditableTextHost->GetText().ToString() + FString(TEXT("?listen")));

            RemoveFromViewport();*/

            return;
        }
        if (clickedWidget == JoinButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_UWP
            if                                                          (ShooterGameInstance
&& !ShooterGameInstance->ValidatePlayerForOnlinePlay(ShooterGameInstance->GetFirstGameP
layer()))
                return;

            if (!IsMapContentDownloadComplete())
            {
```

```
                        ShowMapContentIncompleteMessage();
                        return;
                }
#endif
            if (EditableTextJoin)
                    GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("open ")) +
EditableTextJoin->GetText().ToString());

            RemoveFromViewport();

            return;
        }
        if (clickedWidget == PatchNotesButton)
        {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();

            OnlineSub->Steam_OpenOverlayToWebPage(TEXT("steamcommunity.com/app/346110/disc
ussions/0/594820656447032287/"));
            return;
        }
        if (clickedWidget == ArkSotFButton)
        {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();

            OnlineSub->Steam_OpenOverlayToWebPage(TEXT("store.steampowered.com/app/407530")
);
            return;
        }
        if (clickedWidget == ExitButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_UWP
            if            (UShooterGameInstance*            anInstance            =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
            {
                anInstance->QuickTranstionFromMenuToWelcomeState(this);
            }
#else
            GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("exit")));
#endif
            return;
        }
        if (clickedWidget == ListSessionsButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_UWP
```

```
        if                                              (ShooterGameInstance
&&  !ShooterGameInstance->ValidatePlayerForOnlinePlay(ShooterGameInstance->GetFirstGameP
layer()))
                return;

        if (!IsMapContentDownloadComplete())
        {
                ShowMapContentIncompleteMessage();
                return;
        }

        //CloseWithAnimation();

        UShooterGameInstance*              ShooterGameInstance              =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
                OnGetUserPrivilegeCompleteDelegate                              =
IOnlineIdentity::FOnGetUserPrivilegeCompleteDelegate::CreateUObject(this,
&UUI_MainMenu::OnGetUserPrivilegeComplete);
        ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanPlayOnline,
OnGetUserPrivilegeCompleteDelegate);

    ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanUseUserGeneratedContent,
OnGetUserPrivilegeCompleteDelegate);
        if(ConnectingPanel)
                ConnectingPanel->SetVisibility(ESlateVisibility::Visible);

        return;
#else
        bMultiplayerPrivilege = true;
        //CloseWithAnimation();
        OpenListSession();
#endif

    }
    if (clickedWidget == OptionsButton)
    {
        //CloseWithAnimation();
#if PLATFORM_UWP
        check(OptionsMenuUITemplate_UWP != NULL);
        auto    optionsMenuUI    =    CreateWidget<UUI_OptionsMenu_UWP>(GetWorld(),
OptionsMenuUITemplate_UWP);
#else
        check(OptionsMenuUITemplate != NULL);
        auto    optionsMenuUI    =    CreateWidget<UUI_OptionsMenu>(GetWorld(),
```

```
OptionsMenuUITemplate);
#endif
            //optionsMenuUI->ParentUITemplate = GetClass();
            check(optionsMenuUI);
            UnHighlightWidget(true);
            optionsMenuUI->AddToViewport();
            return;
      }
      if(clickedWidget == HelpButton)
      {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
            if(OnlineSub && GetOwningLocalPlayer())
            {
                  if(UShooterLocalPlayer*      LocalPlayer      =      Cast<UShooterLocalPlayer>
(GetOwningLocalPlayer()))
                  {

OnlineSub->GetExternalUIInterface()->ShowHelpUI(LocalPlayer->ControllerId);
                  }

            }
      }
}

void UUI_MainMenu::Tick_Implementation(FGeometry MyGeometry, float InDeltaTime)
{
#if !PLATFORM_XBOXONE && !PLATFORM_PS4
      if (!GetPlayerContext().IsValid() || GetPlayerContext().GetLocalPlayer() == nullptr)
      {
            ULocalPlayer* Player = GetWorld()->GetFirstLocalPlayerFromController();
            SetPlayerContext(FLocalPlayerContext(Player));
      }
#endif

      UShooterGameInstance*                          anInstance                          =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
      if (UShooterGameViewportClient::GetViewportClient()->GetNumScenes(false)>1)
      {
            if (!bFadedOut)
            {
                  bFadedOut = true;
                  PlayAnimationByName(TEXT("FadeOut"));
            }
      }
```

```
        else
        {
            if (bFadedOut)
            {
                bFadedOut = false;
                PlayAnimationByName(TEXT("FadeIn"));
                if (NickNameLabel)
                    NickNameLabel->SetVisibility(ESlateVisibility::Visible);
                if (PatchNotesButton)
                    PatchNotesButton->SetVisibility(ESlateVisibility::Visible);
            }
        }
        if (NewsPanel)

        NewsPanel->SetVisible(UShooterGameViewportClient::GetViewportClient()->bHasReceived
NewsMessage);

#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_UWP
        if (ListSessionsButton)
        {
            bool bWasVisible = ListSessionsButton->GetVisibility() == ESlateVisibility::Visible;
            bool  bWasHighlighted  =  CurrentHighlighted.IsValid()  &&  CurrentHighlighted.Get()  ==
ListSessionsButton;

            bool bShouldBeVisible = (anInstance && anInstance->GetCurrentConnectionStatus() ==
EOnlineServerConnectionStatus::Connected);
            ListSessionsButton->SetVisible(bShouldBeVisible);
            if (ListSessionsButtonBackground)
                ListSessionsButtonBackground->SetVisible(bShouldBeVisible);

            if  (bWasHighlighted  &&  bWasVisible  &&  ListSessionsButton->GetVisibility()  !=
ESlateVisibility::Visible)
                SetHighlightedWidget(HostButton);
        }
#endif

        if                              (CurrentHighlighted.IsValid()                              &&
CurrentHighlighted->IsA(UCustomButtonWidget::StaticClass()))
        {
            if (ListSessionsButton)
                ListSessionsButton->SetToggledState(CurrentHighlighted.Get()                ==
ListSessionsButton);

            if (HostButton)
```

```
                    HostButton->SetToggledState(CurrentHighlighted.Get() == HostButton);

              if (OptionsButton)
                    OptionsButton->SetToggledState(CurrentHighlighted.Get() == OptionsButton);

              if (SurvivalGuideButton)
                    SurvivalGuideButton->SetToggledState(CurrentHighlighted.Get()              ==
SurvivalGuideButton);

              if (CreditsButton)
                    CreditsButton->SetToggledState(CurrentHighlighted.Get() == CreditsButton);

              if (ExitButton)
                    ExitButton->SetToggledState(CurrentHighlighted.Get() == ExitButton);

       }
       else                           if                           (CurrentHighlighted.IsValid()
&& !CurrentHighlighted->IsA(UCustomButtonWidget::StaticClass()))
       {
              if (ListSessionsButton)
                    ListSessionsButton->SetToggledState(false);

              if (HostButton)
                    HostButton->SetToggledState(false);

              if (OptionsButton)
                    OptionsButton->SetToggledState(false);

              if (SurvivalGuideButton)
                    SurvivalGuideButton->SetToggledState(false);

              if (CreditsButton)
                    CreditsButton->SetToggledState(false);

              if (ExitButton)
                    ExitButton->SetToggledState(false);

       }
#if PLATFORM_WINDOWS
       if( GIsGameInStereoScopic )
       {
              LinuxBackgroundImage->SetVisible(true);
              if (MovieBackgroundImage)
                    MovieBackgroundImage->SetVisible(false);
```

```
        }
        else
        {
                LinuxBackgroundImage->SetVisible(false);
                if (MovieBackgroundImage)
                        MovieBackgroundImage->SetVisible(true);
        }
#endif

        if (NickNameLabel && anInstance->GetFirstGamePlayer())
                NickNameLabel->SetString(anInstance->GetFirstGamePlayer()->GetNickname());

        if(MovieBackgroundImage)
                MovieBackgroundImage->SetVisible(!GIsGameInStereoScopic);

        //if (!bHasRecievedNewsMessage)
        //{

        if (anInstance) //&& anInstance->bHasReceivedNewsMessage)
                NewsLabel->SetString(anInstance->NewsMessage);
        //   bHasRecievedNewsMessage = true;
        //   }
        //}

        //DS ... feedback for primal game data loading
#if 0
        bool    bIsLoadingGameData    =    (UPrimalGlobals::Get()->bStartedAsyncLoad    &&
UPrimalGlobals::Get()->bGameMediaLoaded == false);
        FString AppendInfo;

        if (bIsLoadingGameData)
        {
                static float DotTime = 0;
                int32 DotCount = (FMath::TruncToInt(DotTime) % 3) + 1;
                for (int32 Iter = 0; Iter < DotCount; Iter++)
                {
                        AppendInfo += TEXT(".");
                }
                DotTime += (InDeltaTime * 2.0f);
        }

        //VersionLabel->SetString(FString(DISPLAYVERSION) + AppendInfo);
#endif
```

```cpp
        Super::Tick_Implementation(MyGeometry, InDeltaTime);



        // mods
        if (GetWorld() && GetWorld()->TimeSince(LastUpdateModsTime) > 15)
        {
                LastUpdateModsTime = GetWorld()->TimeSeconds;
                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                        OnlineSub->InstallSubscriptions();
        }

        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        bool InstallingAnyMod = ( OnlineSub->IsInstallingAnyMod() > 0 );

        if( InstallingAnyMod == false && bWasInstallingMods == true )
        {
                PopulateMods();
        }

        bWasInstallingMods = InstallingAnyMod;

        if(bMultiplayerPrivilegeAvailable)
        {
                OpenListSession();
                bMultiplayerPrivilegeAvailable = false;
                bMultiplayerPrivilege = false;
                if(ConnectingPanel)
                        ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);
        }
}

void UUI_MainMenu::OnDLCInstalledEvent()
{
        HandleDLCInstalledEvent();
}

void UUI_MainMenu::HandleDLCInstalledEvent_Implementation()
{

}


FEventReply     UUI_MainMenu::HandleGamepadPressed(FControllerEvent     ControllerEvent,
```

```
FKeyboardEvent InKeyboardEvent, bool bIsKeyboardEvent)
{
     if(ConnectingPanel && ConnectingPanel->IsVisible() || bIsClosing)
     {
          FEventReply Reply;
          Reply.NativeReply = FReply::Handled();
          return Reply;
     }

     return          Super::HandleGamepadPressed(ControllerEvent,          InKeyboardEvent,
bIsKeyboardEvent);
}
FEventReply     UUI_MainMenu::HandleGamepadReleased(FControllerEvent     ControllerEvent,
FKeyboardEvent InKeyboardEvent, bool bIsKeyboardEvent)
{

     if(ConnectingPanel && ConnectingPanel->IsVisible() || bIsClosing)
     {
          FEventReply Reply;
          Reply.NativeReply = FReply::Handled();
          return Reply;
     }


#if PLATFORM_XBOXONE || PLATFORM_UWP
     FKey     theKey     =     bIsKeyboardEvent     ?     InKeyboardEvent.GetKey()     :
ControllerEvent.GetEffectingButton();
     if (theKey == EKeys::Gamepad_FaceButton_Right)
     {
          if          (UShooterGameInstance*          anInstance          =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
          {
               anInstance->QuickTranstionFromMenuToWelcomeState(this);
          }
     }
#endif

     return          Super::HandleGamepadReleased(ControllerEvent,          InKeyboardEvent,
bIsKeyboardEvent);
}

#if PLATFORM_XBOXONE || PLATFORM_UWP
bool UUI_MainMenu::IsMapContentDownloadComplete()
{
     IPlatformChunkInstall* ChunkInstaller = FPlatformMisc::GetPlatformChunkInstall();
```

```
    if (ChunkInstaller)
    {
        EChunkLocation::Type                    Location                    =
ChunkInstaller->GetChunkLocation(PRIMAL_MAPCONTENT_CHUNKID);
        if    (Location    !=    EChunkLocation::Type::LocalSlow    &&    Location    !=
EChunkLocation::Type::LocalFast)
        {
            return false;
        }
    }

    return true;
}

void UUI_MainMenu::ShowMapContentIncompleteMessage()
{
    if (GetOwningLocalPlayer())
        GetOwningLocalPlayer()->DisplayNotificationMessage(*NSLOCTEXT("NetworkErrors",
"ContentUnavailable", "The required content has not been downloaded yet.").ToString(),
TEXT("Missing Content"), true, false);
}
#endif
```