# EXHIBIT N

# ARK: Survival Evolved (Nintendo Switch version)

```
// Copyright 1998-2017 Epic Games, Inc. All Rights Reserved.

#if !PRIMAL_MERGE_FIX
#include "LaunchPrivatePCH.h"
#endif

#include "CoreMinimal.h"
#include "Misc/App.h"
#if PRIMAL_MERGE_FIX
#include "Misc/OutputDeviceError.h"
#endif
#include "LaunchEngineLoop.h"
#include "SwitchMemorySizes.h"
#include "SwitchPlatformProfiler.h"
#include "SwitchPlatformFile.h"
#include "SwitchApplication.h"

#include <fenv.h>
#include <nn/oe.h>
#include <nn/htc.h>



// input thread stuff (this will determine if we can use HTCS, stored in
NN_BUILD_CONFIG_HTC_ENABLED define
#include <nn/htcs.h>

/** The global EngineLoop instance */
FEngineLoop   GEngineLoop;

#ifdef NN_BUILD_CONFIG_HTC_ENABLED
// at the bottom of this file
static void InitializeHostCommunucation(const TCHAR* CommandLine);
static void TickHtcEvents(const TCHAR* CommandLine);
#endif
```

```cpp
extern "C"
{
__attribute__((visibility("default")))
void nninitStartup()
{
    // set up heaps, etc as early as possible
    FSwitchPlatformMemory::StaticInit();
}

}


static void RealMain(void*)
{
    //nn::os::SleepThread(nn::TimeSpan::FromSeconds(20));

    // initialize the commandline
    FString CommandLine;
    for (int Option = 1; Option < nn::os::GetHostArgc(); Option++)
    {
        // append space if not the first option
        if (Option > 1)
        {
            CommandLine += TEXT(" ");
        }

        // quoted options with a space from VSI maintain 'single option', but lose the quotes,
        so put quotes around single options that have a space
        FString OptionString = UTF8_TO_TCHAR(nn::os::GetHostArgv()[Option]);
        if (!OptionString.StartsWith("\"") && OptionString.Contains(TEXT(" ")))
        {
            CommandLine += TEXT("\"") + OptionString + TEXT("\"");
        }
        else
        {
            CommandLine += OptionString;
        }
    }

    // look for helper deal
    FString SwitchGameName;
    if (FParse::Value(*CommandLine, TEXT("SwitchGame="), SwitchGameName))
    {
        CommandLine = CommandLine.Replace(TEXT("*"), *SwitchGameName);
```

```
        }

        // we need to mount the host machine early
        CommandLine = FSwitchPlatformFile_StaticInitAndModifyCommandLine(CommandLine);

        // replace * again, incase the command line got a * back in it from UE4CommandLine.txt
        CommandLine = CommandLine.Replace(TEXT("*"), *SwitchGameName);

        FPlatformMisc::LowLevelOutputDebugStringf(TEXT("Switch     CommandLine   :   %s\n"),
*CommandLine);


#ifdef NN_BUILD_CONFIG_HTC_ENABLED
        InitializeHostCommunucation(*CommandLine);
#endif

        // @todo switch issue: I have to crank up NIFM really early, and I don't know why. If I do it
during SocketSubsystem init time, it fails to start up without any errors
        extern void FSwitchSocketSubsystem_StaticInit();
        FSwitchSocketSubsystem_StaticInit();

        if (GEngineLoop.PreInit(*CommandLine) != 0)
        {
                UE_LOG(LogSwitch, Fatal, TEXT("PreInit() failed! Aborting"));
        }

        UE_LOG(LogSwitch, Display, TEXT("Passed PreInit()"));

        // make sure the active DP is set properly
        FSwitchApplication::UpdateActiveDeviceProfile();

        GLog->SetCurrentThreadAsMasterThread();

        GEngineLoop.Init();

        UE_LOG(LogSwitch, Log, TEXT("Passed GEngineLoop.Init()"));

        // tick until done
        while (!GIsRequestingExit)
        {
                GEngineLoop.Tick();

#ifdef NN_BUILD_CONFIG_HTC_ENABLED
                TickHtcEvents(FCommandLine::Get());
```

```cpp
#endif
    }

    UE_LOG(LogSwitch, Log, TEXT("Exiting"));

    FSwitchPlatformProfiler::Teardown();

    // Final shut down.
    FEngineLoop::AppExit();
}


// middleware tagging
#include <nn/nn_Middleware.h>
#include "../Resources/Version.h"
#define MIDDLEWARE_VENDOR "EpicGames"
#define MAKE_ENGINE_VERSION2(x, y, z) #x "_" #y "_" #z
#define MAKE_ENGINE_VERSION(x, y, z) MAKE_ENGINE_VERSION2(x,y,z)
#define                    MIDDLEWARE_VERSION                    "UnrealEngine-"
MAKE_ENGINE_VERSION(ENGINE_MAJOR_VERSION,              ENGINE_MINOR_VERSION,
ENGINE_PATCH_VERSION)
#if UE_BUILD_DEBUG
NN_DEFINE_MIDDLEWARE(GUE4MiddlewareInfo,                 MIDDLEWARE_VENDOR,
MIDDLEWARE_VERSION "-Debug");
#elif UE_BUILD_SHIPPING
NN_DEFINE_MIDDLEWARE(GUE4MiddlewareInfo,                 MIDDLEWARE_VENDOR,
MIDDLEWARE_VERSION);
#else
NN_DEFINE_MIDDLEWARE(GUE4MiddlewareInfo,                 MIDDLEWARE_VENDOR,
MIDDLEWARE_VERSION "-Develop");
#endif

extern "C"
{
__attribute__((visibility("default")))
void nnMain()
{
    NN_USING_MIDDLEWARE(GUE4MiddlewareInfo);

    nn::os::SetThreadCoreMask(nn::os::GetCurrentThread(), 0, 0x1);

    // init the thread
    nn::os::ThreadType GameThread;
```

```
        // PRIMAL - AG_CARABR [180228] Increment stack size if using MALLOC_PROFILER to avoid
stack overflows
#if USE_MALLOC_PROFILER
        void*        StackMemory        =        FMemory::Malloc(GSwitchMainThreadStackSize*2,
nn::os::StackRegionAlignment);
        nn::Result Result = nn::os::CreateThread(&GameThread, RealMain, nullptr, StackMemory,
GSwitchMainThreadStackSize*2, nn::os::DefaultThreadPriority - 1);
#else
        void*        StackMemory        =        FMemory::Malloc(GSwitchMainThreadStackSize,
nn::os::StackRegionAlignment);
        nn::Result Result = nn::os::CreateThread(&GameThread, RealMain, nullptr, StackMemory,
GSwitchMainThreadStackSize, nn::os::DefaultThreadPriority - 1);
#endif

        // now start the thread and never end it
        nn::os::SetThreadName(&GameThread, "GameThread");
        nn::os::StartThread(&GameThread);

        // sleep forever
        nn::os::WaitThread(&GameThread);
        nn::os::DestroyThread(&GameThread);
}

}



#ifdef NN_BUILD_CONFIG_HTC_ENABLED

#if UE_BUILD_SHIPPING
#error Unexpected shipping with Htc
#endif

static nn::os::SystemEvent HostConnectionEvent;
static nn::os::SystemEvent HostDisconnectionEvent;
static uint32 ConnectedCount = 0;

static void InitializeHostCommunucation(const TCHAR* CommandLine)
{
        nn::htc::Initialize();
        nn::htc::BindHostConnectionEvent(&HostConnectionEvent);
        nn::htc::BindHostDisconnectionEvent(&HostDisconnectionEvent);
        TickHtcEvents(CommandLine);
}
```

```cpp
static void _InputThreadProc(void* pThis)
{
    nn::htcs::SockAddrHtcs ServiceAddr;
    ServiceAddr.family = nn::htcs::HTCS_AF_HTCS;
    ServiceAddr.peerName = nn::htcs::GetPeerNameAny();
    // has to match the string in SwitchInputSender
    FCStringAnsi::Strcpy(ServiceAddr.portName.name, "InputServerTarget");

    // start up the server socket
    int ServiceSocket = nn::htcs::Socket();
    nn::htcs::Bind(ServiceSocket, &ServiceAddr);
    nn::htcs::Listen(ServiceSocket, 1);
    while (1)
    {
        // wait for a connection from SwitchInputSender
        int ClientSocket = nn::htcs::Accept(ServiceSocket, nullptr);
        if (ClientSocket < 0)
        {
            // bad socket, just try again
            continue;
        }

        char Buffer[1024];
        int ReceivedBytes = nn::htcs::Recv(ClientSocket, Buffer, sizeof(Buffer) - 1, 0);

        if (ReceivedBytes > 0)
        {
            // null terminate
            Buffer[ReceivedBytes] = 0;

            // enqueue command
            new (GEngine->DeferredCommands)FString(ANSI_TO_TCHAR(Buffer));
        }

        nn::htcs::Close(ClientSocket);
    }
    nn::htcs::Close(ServiceSocket);
}


void StartInputServerThread()
{
    // init the thread (and leak memory, cuz whatever)
```

```
        nn::os::ThreadType* InputThread = new nn::os::ThreadType;
        uint32 StackSize = 64 * 1024;
        void* StackMemory = FMemory::Malloc(StackSize, nn::os::StackRegionAlignment);
        nn::Result   Result   =   nn::os::CreateThread(InputThread,   _InputThreadProc,   nullptr,
StackMemory, StackSize, nn::os::DefaultThreadPriority);

        // now start the thread and never end it
        nn::os::StartThread(InputThread);
        nn::os::SetThreadName(InputThread, "InputServer");
}

static bool InitializeHtcs()
{
        // crank up Htcs (helps with debugs strings, as well as the InputThread below)
        nn::htcs::Initialize(FPlatformMemory::NNAllocateWrapper,
FPlatformMemory::NNDeallocateWrapper);

        if (nn::htcs::IsInitialized())
        {
                StartInputServerThread();
                return true;
        }
        return false;
}



static void TickHtcEvents(const TCHAR* CommandLine)
{
        if (HostConnectionEvent.TryWait())
        {
                if (ConnectedCount == 0)
                {
                        InitializeHtcs();
                        FSwitchPlatformProfiler::Initialize(CommandLine);
                }
                ConnectedCount++;
        }

        // we could try to do something when all host connections go away, but it's very likely to be
a worse experience trying to init/deinit/oinit/deinit, etc
        // if (HostDisconnectionEvent.TryWait())
        // {
        //   ConnectedCount--;
```

```cpp
        // }
}

#endif



// Fill out your copyright notice in the Description page of Project Settings.
// Copyright Wildcard Properties LLC, 2014

#include "ShooterGame.h"
#include "BasePlayerController.h"

#include "InternationalizationSimpleGlobal.h"

ABasePlayerController::ABasePlayerController(const   class   FPostConstructInitializeProperties&
PCIP)
        : Super(PCIP)
{
    bAllowGameActions = true;
    bGameEndedFrame = false;

    ServerSayString = TEXT("Say");
    bHasSentStartEvents = false;
    bCheatEnabled = false;
}

void   ABasePlayerController::OnQueryAchievementsComplete(const   FUniqueNetId&   PlayerId,
const bool bWasSuccessful)
{
        UE_LOG(LogOnline,                                                              Display,
TEXT("ABasePlayerController::OnQueryAchievementsComplete(bWasSuccessful   =   %s)"),
bWasSuccessful ? TEXT("TRUE") : TEXT("FALSE"));
}
void ABasePlayerController::GameHasEnded(class AActor* EndGameFocus, bool bIsWinner)
{
        Super::GameHasEnded(EndGameFocus, bIsWinner);
}
void ABasePlayerController::SimulateInputKey(FKey Key, bool bPressed)
{
    InputKey(Key, bPressed ? IE_Pressed : IE_Released, 1, false);
}


void ABasePlayerController::UpdateAchievementProgress(const FString& Id, float Percent)
```

```
{
}
void ABasePlayerController::QueryAchievements()
{
    //PRIMAL - DK : Don't do this on clients right now... possibly do always on xbox for now
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH // AG_TODO: Verify this is allowed.
    if (GetNetMode() == NM_Client)
        return;
#endif

    // precache achievements
    ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);
    if (LocalPlayer)
    {
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if (OnlineSub)
        {
            IOnlineIdentityPtr Identity = OnlineSub->GetIdentityInterface();
            if (Identity.IsValid())
            {
                TSharedPtr<FUniqueNetId>                    UserId                    =
Identity->GetUniquePlayerId(LocalPlayer->ControllerId);

                if (UserId.IsValid())
                {
                    IOnlineAchievementsPtr            Achievements            =
OnlineSub->GetAchievementsInterface();

                    if (Achievements.IsValid())
                    {
                        Achievements->QueryAchievements(*UserId.Get(),
FOnQueryAchievementsCompleteDelegate::CreateUObject(this,
&AShooterPlayerController::OnQueryAchievementsComplete));
                    }
                }
                else
                {
                    UE_LOG(LogOnline,   Warning,   TEXT("No   valid   user   id   for   this
controller."));
                }
            }
            else
            {
```

```
                    UE_LOG(LogOnline, Warning, TEXT("No valid identity interface."));
                }
            }
            else
            {
                UE_LOG(LogOnline, Warning, TEXT("No default online subsystem."));
            }
        }
        else
        {
            UE_LOG(LogOnline, Warning, TEXT("No local player, cannot read achievements."));
        }
}


void ABasePlayerController::ClientGameStarted_Implementation()
{
    bAllowGameActions = true;

    // Enable controls and disable cinematic mode now the game has started
    SetCinematicMode(false, false, true, true, true);

    bGameEndedFrame = false;

    QueryAchievements();

    // Send round start event
    const auto Events = Online::GetEventsInterface();
    ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);

    if (LocalPlayer != nullptr && Events.IsValid())
    {
        auto UniqueId = LocalPlayer->GetPreferredUniqueNetId();

        if (UniqueId.IsValid())
        {
            // Generate a new session id
            Events->SetPlayerSessionId(*UniqueId, FGuid::NewGuid());

            FString                            MapName                            =
*FPackageName::GetShortName(GetWorld()->PersistentLevel->GetOutermost()->GetName());

            // Fire session start event for all cases
            FOnlineEventParms Params;
```

```cpp
            Params.Add(TEXT("GameplayModeId"), FVariantData((int32)1));    // @todo
determine game mode (ffa v tdm)
            Params.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); // unused
            Params.Add(TEXT("MapName"), FVariantData(MapName));

            Events->TriggerEvent(*UniqueId, TEXT("PlayerSessionStart"), Params);

            // Online matches require the MultiplayerRoundStart event as well
            UShooterGameInstance* SGI = GetWorld() != NULL ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;

                if (SGI->GetIsOnline())
                {
                    FOnlineEventParms MultiplayerParams;

                    // @todo: fill in with real values
                    MultiplayerParams.Add(TEXT("SectionId"), FVariantData((int32)0)); // unused
                    MultiplayerParams.Add(TEXT("GameplayModeId"), FVariantData((int32)1));
// @todo determine game mode (ffa v tdm)
                    MultiplayerParams.Add(TEXT("MatchTypeId"), FVariantData((int32)1));    //
@todo abstract the specific meaning of this value across platforms
                    MultiplayerParams.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); //
unused

                    Events->TriggerEvent(*UniqueId,                TEXT("MultiplayerRoundStart"),
MultiplayerParams);
                }

                bHasSentStartEvents = true;
            }
        }
}

/** Starts the online game using the session name in the PlayerState */
void ABasePlayerController::ClientStartOnlineGame_Implementation()
{
    if (!IsPrimaryPlayer())
        return;

    AShooterPlayerState* ShooterPlayerState = Cast<AShooterPlayerState>(PlayerState);
    if (ShooterPlayerState)
    {
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if (OnlineSub)
```

```
                {
                        IOnlineSessionPtr Sessions = OnlineSub->GetSessionInterface();
                        if (Sessions.IsValid())
                        {
                                UE_LOG(LogOnline, Log, TEXT("Starting session %s on client"),
*ShooterPlayerState->SessionName.ToString());
                                Sessions->StartSession(ShooterPlayerState->SessionName);
                        }
                }
        }
        else
        {
                // Keep retrying until player state is replicated
                GetWorld()->GetTimerManager().SetTimer(FTimerDelegate::CreateUObject(this,
&AShooterPlayerController::ClientStartOnlineGame_Implementation), 0.2f, false);
        }
}


/** Ends the online game using the session name in the PlayerState */
void ABasePlayerController::ClientEndOnlineGame_Implementation()
{
        if (!IsPrimaryPlayer())
                return;

        AShooterPlayerState* ShooterPlayerState = Cast<AShooterPlayerState>(PlayerState);
        if (ShooterPlayerState)
        {
                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                {
                        IOnlineSessionPtr Sessions = OnlineSub->GetSessionInterface();
                        if (Sessions.IsValid())
                        {
                                UE_LOG(LogOnline, Log, TEXT("Ending session %s on client"),
*ShooterPlayerState->SessionName.ToString());
                                Sessions->EndSession(ShooterPlayerState->SessionName);
                        }
                }
        }
}
```

```cpp
void ABasePlayerController::HandleReturnToMainMenu()
{
    CleanupSessionOnReturnToMenu();
}

void    ABasePlayerController::ClientReturnToMainMenu_Implementation(const    FString&
ReturnReason)
{
    UShooterGameInstance*    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;

    if (!ensure(SGI != NULL))
    {
        return;
    }

    if (GetNetMode() == NM_Client)
    {
        const FString ReturnReason = NSLOCTEXT("NetworkErrors", "HostQuit", "The host has
quit the match.").ToString();
        const FString OKButton = NSLOCTEXT("DialogButtons", "OKAY", "OK").ToString();

        SGI->ShowMessageThenGotoState(ReturnReason,    OKButton,    FString(),
ShooterGameInstanceState::MainMenu);
    }
    else
    {
        SGI->GotoState(ShooterGameInstanceState::MainMenu);
    }

    // Clear the flag so we don't do normal end of round stuff next
    bGameEndedFrame = false;
}

/** Ends and/or destroys game session */
void ABasePlayerController::CleanupSessionOnReturnToMenu()
{
    UShooterGameInstance    *    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;

    if (ensure(SGI != NULL))
    {
        SGI->CleanupSessionOnReturnToMenu();
    }
```

```
}

void  ABasePlayerController::ClientGameEnded_Implementation(class  AActor*  EndGameFocus,
bool bIsWinner)
{
        Super::ClientGameEnded_Implementation(EndGameFocus, bIsWinner);

        // Disable controls now the game has ended
        SetCinematicMode(true, false, false, true, true);

        bAllowGameActions = false;

        // Make sure that we still have valid view target
        SetViewTarget(GetPawn());

        // Flag that the game has just ended (if it's ended due to host loss we want to wait for
ClientReturnToMainMenu_Implementation first, incase we don't want to process)
        bGameEndedFrame = true;
}



void  ABasePlayerController::ClientSendRoundEndEvent_Implementation(bool  bIsWinner,  int32
ExpendedTimeInSeconds)
{
        const auto Events = Online::GetEventsInterface();
        ULocalPlayer* LocalPlayer = Cast<ULocalPlayer>(Player);

        if (bHasSentStartEvents && LocalPlayer != nullptr && Events.IsValid())
        {
                auto UniqueId = LocalPlayer->GetPreferredUniqueNetId();

                if (UniqueId.IsValid())
                {
                        FString                                MapName                        =
*FPackageName::GetShortName(GetWorld()->PersistentLevel->GetOutermost()->GetName());
                        AShooterPlayerState*                        ShooterPlayerState                =
Cast<AShooterPlayerState>(PlayerState);
                        int32 PlayerScore = 0;//ShooterPlayerState ? ShooterPlayerState->GetScore() : 0;

                        // Fire session end event for all cases
                        FOnlineEventParms Params;
                        Params.Add(TEXT("GameplayModeId"),     FVariantData((int32)1));     //     @todo
determine game mode (ffa v tdm)
```

```cpp
                Params.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); // unused
                Params.Add(TEXT("ExitStatusId"), FVariantData((int32)0)); // unused
                Params.Add(TEXT("PlayerScore"), FVariantData((int32)PlayerScore));
                Params.Add(TEXT("PlayerWon"), FVariantData((bool)bIsWinner));
                Params.Add(TEXT("MapName"), FVariantData(MapName));
                Params.Add(TEXT("MapNameString"),    FVariantData(MapName));    //  @todo
workaround for a bug in backend service, remove when fixed

                Events->TriggerEvent(*UniqueId, TEXT("PlayerSessionEnd"), Params);

                // Online matches require the MultiplayerRoundEnd event as well
                UShooterGameInstance*    SGI    =    GetWorld()    !=    NULL    ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : NULL;
                if (SGI->GetIsOnline())
                {
                        FOnlineEventParms MultiplayerParams;

                        AShooterGameState* const MyGameState = GetWorld() != NULL ?
GetWorld()->GetGameState<AShooterGameState>() : NULL;
                        if (ensure(MyGameState != nullptr))
                        {
                                MultiplayerParams.Add(TEXT("SectionId"),   FVariantData((int32)0));   //
unused
                                MultiplayerParams.Add(TEXT("GameplayModeId"),
FVariantData((int32)1)); // @todo determine game mode (ffa v tdm)
                                MultiplayerParams.Add(TEXT("MatchTypeId"),    FVariantData((int32)1));
// @todo abstract the specific meaning of this value across platforms
                                MultiplayerParams.Add(TEXT("DifficultyLevelId"),
FVariantData((int32)0)); // unused
                                MultiplayerParams.Add(TEXT("TimeInSeconds"),
FVariantData((float)ExpendedTimeInSeconds));
                                MultiplayerParams.Add(TEXT("ExitStatusId"),  FVariantData((int32)0)); //
unused

                                Events->TriggerEvent(*UniqueId,          TEXT("MultiplayerRoundEnd"),
MultiplayerParams);
                        }
                }
        }

        bHasSentStartEvents = false;
    }
}
```

```cpp
void ABasePlayerController::Say(const FString& Msg)
{
    //ServerSay(Msg.Left(128));
}

/*void ABasePlayerController::ServerSay_Implementation(const FString& Msg)
{
    FString newMsg = Msg;
    if (PlayerState)
    {
        newMsg          =          FString::Printf(TEXT("%s          (%s):          "),
*((AShooterPlayerState*)PlayerState)->PlayerName,
*((AShooterPlayerState*)PlayerState)->GetPlayerName()) + Msg;
    }
    GetWorld()->GetAuthGameMode()->Broadcast(this, newMsg, ServerSayString);
}*/


void ABasePlayerController::PreClientTravel(const FString& PendingURL, ETravelType TravelType,
bool bIsSeamlessTravel)
{
    Super::PreClientTravel(PendingURL, TravelType, bIsSeamlessTravel);
    if (GetWorld() != NULL)
    {
        UShooterGameViewportClient          *          ShooterViewport          =
Cast<UShooterGameViewportClient>(GetWorld()->GetGameViewport());
        if (ShooterViewport != NULL)
        {
            ShooterViewport->ShowLoadingScreen();
        }
    }
}
void ABasePlayerController::UpdateAchievementsOnGameEnd()
{
}
void ABasePlayerController::ClientSetSpectatorCamera_Implementation(FVector CameraLocation,
FRotator CameraRotation)
{
    SetInitialLocationAndRotation(CameraLocation, CameraRotation);
    SetViewTarget(this);
}
```

```
bool  ABasePlayerController::SetPause(bool  bPause,  FCanUnpause  CanUnpauseDelegate  /*=
FCanUnpause()*/)
{
     const bool Result = APlayerController::SetPause(bPause, CanUnpauseDelegate);

     // Update rich presence.
     const auto PresenceInterface = Online::GetPresenceInterface();
     const auto Events = Online::GetEventsInterface();
     const auto LocalPlayer = Cast<ULocalPlayer>(Player);
     TSharedPtr<FUniqueNetId> UserId = LocalPlayer ? LocalPlayer->GetCachedUniqueNetId() :
nullptr;

     if (PresenceInterface.IsValid() && UserId.IsValid())
     {
          FOnlineUserPresenceStatus Status;
          if (Result && bPause)
          {
               Status.StatusStr = FString("Paused");
          }
          else
          {
               Status.StatusStr = FString("InGame");
          }
          PresenceInterface->SetPresence(*UserId, Status);
     }

     // Don't send pause events while online since the game doesn't actually pause
     if     (GetNetMode()       ==       NM_Standalone      &&      Events.IsValid()      &&
PlayerState->UniqueId.IsValid())
     {
          FOnlineEventParms Params;
          Params.Add(TEXT("GameplayModeId"),  FVariantData((int32)1));  // @todo  determine
game mode (ffa v tdm)
          Params.Add(TEXT("DifficultyLevelId"), FVariantData((int32)0)); // unused
          if (Result && bPause)
          {
               Events->TriggerEvent(*PlayerState->UniqueId,        TEXT("PlayerSessionPause"),
Params);
          }
          else
          {
               Events->TriggerEvent(*PlayerState->UniqueId,        TEXT("PlayerSessionResume"),
Params);
          }
```

```
        }

        return Result;
}

bool ABasePlayerController::ServerCheat_Validate(const FString& Msg)
{
        return true;
}

void ABasePlayerController::ServerCheat_Implementation(const FString& Msg)
{
        // Do you need this extra security on server calls?
        //if (Role < ROLE_Authority)
        //    return;

        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if  (PlayerState  &&   PlayerState->UniqueId.IsValid()  &&  ((OnlineSub  &&
OnlineSub->IsAllowedToCheat(*PlayerState->UniqueId.GetUniqueNetId()))                      ||
GetWorld()->GetNetMode()  ==  NM_Standalone  ||  (GetWorld()->GetNetMode()  ==
NM_ListenServer && IsLocalPlayerController())))
        {
#if UE_BUILD_SHIPPING
                if                                              (!(bCheatEnabled                      ||
OnlineSub->IsInAllowedToCheatList(*PlayerState->UniqueId.GetUniqueNetId())))
                        return;
#endif
                if  (GetWorld()->AuthorityGameMode  &&  PlayerState  &&  NetConnection  &&
NetConnection->PlayerId.Get())
                {
                        FString  theString  =  FString::Printf(*LOCSTR("AdminCmd:  %s  (PlayerName:  %s,
ARKID:       %llu,       SteamID:       %s)"),       *Msg,       *PlayerState->PlayerName,
((AShooterPlayerState*)PlayerState)->MyPlayerDataStruct.PlayerDataID,
*NetConnection->PlayerId->ToString());
                        URCONServer::AddToChatBuffer(theString);

        ((AShooterGameMode*)GetWorld()->AuthorityGameMode)->PrintToServerGameLog(theStri
ng,true);
                }

                //if (CheatManager)
                //{
#if UE_BUILD_SHIPPING
                if                                              (bCheatEnabled                         ||
```

```cpp
OnlineSub->IsInAllowedToCheatList(*PlayerState->UniqueId.GetUniqueNetId()))
                ClientMessage(ConsoleCommand(Msg));
#else
            ClientMessage(ConsoleCommand(Msg));
#endif
        }
}

bool ABasePlayerController::IsMoveInputIgnored() const
{
        if (IsInState(NAME_Spectating))
        {
                return false;
        }
        else
        {
                return Super::IsMoveInputIgnored();
        }
}

bool ABasePlayerController::IsLookInputIgnored() const
{
        if (IsInState(NAME_Spectating))
        {
                return false;
        }
        else
        {
                return Super::IsLookInputIgnored();
        }
}

bool ABasePlayerController::IsGameInputAllowed() const
{
        return bAllowGameActions && !bCinematicMode && (Cast<APrimalCharacter>(GetPawn())
== NULL || Cast<APrimalCharacter>(GetPawn())->IsGameInputAllowed());
}


// Copyright 1998-2014 Epic Games, Inc. All Rights Reserved.
// Copyright Wildcard Properties LLC, 2014

#include "ShooterGame.h"
#include "InternationalizationSimpleGlobal.h"
```

```cpp
static const FName NAME_FirstPerson = "FirstPerson";
static const FName NAME_ThirdPerson = "ThirdPerson";

AShooterCharacter::AShooterCharacter(const class FPostConstructInitializeProperties& PCIP)
    :
Super(PCIP.SetDefaultSubobjectClass<UShooterCharacterMovement>(ACharacter::CharacterMov
ementComponentName))
{
    OnPlayerTalkingStateChangedDelegate                                                 =
FOnPlayerTalkingStateChangedDelegate::CreateUObject(this,
&AShooterCharacter::OnPlayerTalkingStateChanged);

    //NetCullDistanceSquared = 250000;

    BestInstantShotResult = EPrimalStatsValueTypes::Misses;
    bBeganPlay = false;

    PostUpdateTick.bCanEverTick = false;
    PostUpdateTick.bStartWithTickEnabled = false;
    PostUpdateTick.TickGroup = TG_PostUpdateWork;

    LastRequestedTribeTime = -1000;
    LastUpdatedAimActorsTime = -1000;
    LastCollisionStuckTime = -1000;
    LastRequestedTribeID = 0;
    LastRequestedTribeName = TEXT("");

    AllianceInviteRequestingTeam=0;
    AllianceInviteID=0;
    AllianceInviteName = LastRequestedTribeName;
    AllianceInviteTime = -1000;

    PercentOfFullHeadHairGrowth = -1;
    PercentOfFullFacialHairGrowth = -1;

    SimulatedLastFrameProcessedForceUpdateAimedActors = 0;
    BobMaxMovementSpeed = 1400;
    WeaponBobMaxMovementSpeed = 700;
    CharacterMovement->MinimumImpulseToApply = 0.f;
    PreviousRootYawSpeed = 0;
    bDelayFootstepsUnderMinInterval = true;
    bDamageNotifyTeamAggroAI = true;
    bWasSubmerged = false;
```

```
bHadGrapHookAttachActor = false;
bRefreshDefaultAttachmentsHadEquippedItems = false;
bRagdollIgnoresPawnCapsules = 1;
IgnoreCollisionSweepUntilFrameNumber = 0;
LastCapsuleAttachmentChangedIncrement = 0;
LastMeshAttachmentChangedIncrement = 0;
LastCameraAttachmentChangedIncrement = 0;
ExtraNameVar = NAME_None;
LastTaggedTime = -1000;
LastEmoteTryPlayTime = -1000;
LastReleaseSeatingStructureTime = -1000;
LastTaggedTimeExtra = -1000;
LastTaggedTimeThird = -1000;
LocalDiedAtTime = -1000;
NextPlayerUndergroundCheck = -1000;
LastNotStuckTime = -1000;
LastEmotePlayTime = -1000;
ClientSeatedViewRotationPitch = 0;
ClientSeatedViewRotationYaw = 0;
PlayerNumUnderGroundFail = 0;
DontTargetUntilTime = 0;
ExtraFloatVar = 0;
//bCheckPushedThroughWallsWasSeatingStructure = false;
ExtraVectorVar=FVector::ZeroVector;
bCanRun = 1;
bCanEverProne = true;
bCanEverCrouch = true;
bPossessionDontUnsleep = false;
bWasHostPlayer = false;
bPlayedSpawnIntro = false;
bGaveInitialItems = false;
bLastViewingInventory = false;
bHadWeaponWhenStartedClimbingLadder = false;
CharacterMovement->bRunPhysicsWithNoController = true;
CastChecked<UShooterCharacterMovement>(CharacterMovement)->bUseAdditionalLinePe
netrationChecks = true;
NetUpdateFrequency = 18.0f;
bWasFirstPerson = false;
LastStartedTalkingTime = -1000;
bSleepingUseRagdoll = true;
bCacheRidingDinoWeapon = false;
LocalLastViewingInventoryTime = -1000;
bWasLocallyControlled = false;
bIsVoiceTalking = false;
```

```cpp
        LastAimRotOffset = FRotator::ZeroRotator;
        ExtraExtraVectorVar = FVector::ZeroVector;
        bWasOverrideHiddenShadowValue = false;
        LastAttackTime = -1000;
        LastUseHarvestTime = -1000;
        StopRidingTime = -1000;
        LastTryAccessInventoryFailTime = -1000;


        MinTimeBetweenFootstepsRunning = 0.125f;


        bUseAlternateFallBlendspace = false;


        Mesh1P = PCIP.CreateDefaultSubobject<USkeletalMeshComponent>(this, "PawnMesh1P");
        //Mesh1P->AttachParent = CapsuleComponent;
        Mesh1P->bOnlyOwnerSee = true;
        Mesh1P->bOwnerNoSee = false;
        Mesh1P->bVisible = false;
        Mesh1P->bCastDynamicShadow = true;
        Mesh1P->bReceivesDecals = false;
        Mesh1P->MeshComponentUpdateFlag                                =
EMeshComponentUpdateFlag::OnlyTickPoseWhenRendered;
        Mesh1P->PrimaryComponentTick.TickGroup = TG_PrePhysics;
        Mesh1P->bChartDistanceFactor = false;
        //Mesh1P->SetCollisionObjectType(ECC_Pawn);
        Mesh1P->SetCollisionEnabled(ECollisionEnabled::NoCollision);
        Mesh1P->SetCollisionResponseToAllChannels(ECR_Ignore);
        Mesh1P->SetAbsolute(true, true, true);
        Mesh1P->StreamingDistanceMultiplier = 5000;
        Mesh1P->bIsInForeground = true;


        Mesh->bSwapBodyScaleXZ = true;
        Mesh->bLockBodyScaleXY = true;


        LastIndoorCheckTime = -1000;
        IndoorCheckInterval = 1.2f;
        StartedRidingTime = 0;
        LastTimeInFalling = 0.f;
        CurrentWeaponBobSpeed = 0.f;
        TargetingSpeedModifier = 0.5f;
        bTicksOnClient = true;
        bLastLocInterpCrouched = false;
        bLastLocInterpProne = false;
        InterpLastCrouchProneStateChangeTime = -1000;
        TimeSinceLastController = -1000;
```

```
LastSweepCapsuleHeight = 0;
LastSweepCapsuleRadius = 0;

IntervalForFullHeadHairGrowth=60.f;
IntervalForFullFacialHairGrowth=60.f;

LadderLateralJumpVelocity = 500.0f;

ReplicationIntervalMultiplier = 0.4f;
WeaponBobTime = 0;
WeaponBobTargetingBlend = 0;
CurrentAimBlending = 0;
WalkBobOldSpeed = 0;
WalkBobInterpSpeed = 0;
AppliedBob = 0;
WalkBobMagnitude = 0.105;
BobTime = 0;
LinkedPlayerDataID = 0;

ClientRotationInterpSpeed = 5.75f;

CraftingMovementSpeedModifier = 0.5f;

LastUncrouchTime = 0;
LastUnproneTime = 0;
LastPressReloadTime = 0;

OriginalCollisionHeight = CapsuleComponent->GetScaledCapsuleHalfHeight();
PlayerName = "Player";
CapsuleComponent->bGenerateOverlapEvents = true;

//CapsuleComponent->bUseInternalOctree = true;
//CapsuleComponent->InternalOctreeMask |= OCTREEGROUP_PLAYERPAWNS;
DefaultStasisComponentOctreeFlags |= OCTREEGROUP_PLAYERPAWNS;

LoggedOutTargetingDesirability = 0.2f;

EnemyPlayerMaxCursorHUDDistanceProne = 300;
EnemyPlayerMaxCursorHUDDistanceCrouched = 900;
EnemyPlayerMaxCursorHUDDistanceStanding = 2000;
bIsOnSeatingStructure = false;
bIsControllingBallista = false;
LastStasisCastPosition = FVector(MAX_flt);
```

```
        NewTeleProtLocationPSC = NULL;
        OldTeleProtLocationPSC = NULL;
        LastTimeTeleported = 0;




        GrapHookCableWidth = 1.0f;

        UpdateHyperThermalInsulationPosition = FVector::ZeroVector;
        NextUpdateHyperThermalInsulationTime = 0;

        UpdateHypoThermalInsulationPosition = FVector::ZeroVector;
        NextUpdateHypoThermalInsulationTime = 0;

        LastAdditionalHypoThermalInsulation = 0;
        LastAdditionalHyperThermalInsulation = 0;
        WaterLossRateMultiplier = 1.f;

        bUseHeavyCombatMusic = true;

        bPreventWeaponMovementAnims = false;
}

float ScaleInsulation(float insulationValue, float positiveScale, float negativeScale)
{
        return insulationValue >= 0 ? insulationValue*positiveScale : insulationValue*negativeScale;
}

void AShooterCharacter::PostInitializeComponents()
{
        Super::PostInitializeComponents();

        if (GetWorld()->GetNetMode() != NM_DedicatedServer)
        {
                HeadHairComponent = NewObject<USkeletalMeshComponent>(this);
                //HeadHairComponent->bAutoRegister = true;
                //HeadHairComponent->bAutoActivate = true;
                HeadHairComponent->SetSkeletalMesh(DefaultHeadHairMesh);
                HeadHairComponent->SetMasterPoseComponent(Mesh);
                HeadHairComponent->RegisterComponent();
                HeadHairComponent->CustomTag = "HeadHair";
                HeadHairComponent->AttachTo(Mesh, NAME_None, EAttachLocation::SnapToTarget);
```

```cpp
        FacialHairComponent = NewObject<USkeletalMeshComponent>(this);
        //FacialHairComponent->bAutoRegister = true;
        //FacialHairComponent->bAutoActivate = true;
        FacialHairComponent->SetSkeletalMesh(DefaultFacialHairMesh);
        FacialHairComponent->SetMasterPoseComponent(Mesh);
        FacialHairComponent->CustomTag = "FacialHair";
        FacialHairComponent->RegisterComponent();
        FacialHairComponent->AttachTo(Mesh, NAME_None, EAttachLocation::SnapToTarget);

        for (int it = 0; it < HeadHairComponent->GetNumMaterials(); it++)
                HeadHairComponent->CreateAndSetMaterialInstanceDynamic(it);

        for (int it = 0; it < FacialHairComponent->GetNumMaterials(); it++)
                FacialHairComponent->CreateAndSetMaterialInstanceDynamic(it);
    }

    if (IsInGameplayWorld())
    {
        GetWorld()->GetWorldSettings()->ActorLists[AL_PLAYERS].Add(this);
        //GetWorld()->GetWorldSettings()->ActorLists[AL_FLOATINGHUD].Add(this);

        for (int it = 0; it < Mesh1P->GetNumMaterials();it++)
                Mesh1P->CreateAndSetMaterialInstanceDynamic(it);

        Mesh1P->UnregisterComponent();
        UpdatePawnMeshes();
        CurrentAimRot = GetActorRotation();

        if (Role == ROLE_Authority)
                GetWorldTimerManager().SetTimerForNextTick(this,
&AShooterCharacter::AuthPostSpawnInit);

        RefreshDefaultAttachments(NULL);
    }
    // create material instance for setting team colors (3rd person view)
    /*for (int32 iMat = 0; iMat < Mesh->GetNumMaterials(); iMat++)
    {
        MeshMIDs.Add(Mesh->CreateAndSetMaterialInstanceDynamic(iMat));
    }*/

    IOnlineSubsystem* const OnlineSub = IOnlineSubsystem::Get();
    if (OnlineSub)
    {
        IOnlineVoicePtr Voice = OnlineSub->GetVoiceInterface();
```

```
            ExitButtonLabel->SetString(LOCSTR("BACK"));
#elif PLATFORM_PS4
      // AG - Hijack exit button to show report abuse form
      if (ExitButton)
      {
            ReportAbuseButton = ExitButton;
            if (ExitButtonLabel)
                  ExitButtonLabel->SetString(LOCSTR("REPORT ABUSE"));

            UWidget* ExitButtonGlow = GetHandleFromName("Image_2402");
            if (ExitButtonGlow)
            {
                  ExitButtonGlow->SetVisibility(ESlateVisibility::Hidden);
            }
            ReportAbuseButton->SetVisibility(ESlateVisibility::Hidden);
      }
#endif

      TotalConversionLabel = Cast<UTextBlock>(GetHandleFromFName("TotalConversionLabel"));
#if PLATFORM_XBOXONE || PLATFORM_PS4
      if (TotalConversionLabel)
            TotalConversionLabel->SetString(LOCSTR("GAME MODES"));
#endif

      EditableTextJoin = Cast<UEditableTextBox>(GetHandleFromName(EditableTextJoinName));

      EditableTextJoinPanel                                              =
Cast<UPanelWidget>(GetHandleFromFName(EditableTextJoinPanelName));

      ConnectingPanel = Cast<UPanelWidget>(GetHandleFromFName("ConnectingPanel"));
      if(ConnectingPanel)
            ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);

      //MovieBackgroundImage                                             =
Cast<UImage>(GetHandleFromFName("MovieBackgroundImage"));

      LinuxBackgroundImage = Cast<UImage>(GetHandleFromFName("LinuxBackgroundImage"));

#if PLATFORM_LINUX || PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH
      LinuxBackgroundImage->SetVisible(true);
      //MovieBackgroundImage->SetVisible(false);
#else
      LinuxBackgroundImage->SetVisible(false);
      if (MovieBackgroundImage)
```

```cpp
            MovieBackgroundImage->SetVisible(true);
#endif

#if UE_BUILD_SHIPPING
        EditableTextJoinPanel->SetVisible(false);
#endif

    //total conversions
    TotalConversionsScrollBox                                                       =
Cast<UScrollBox>(GetHandleFromFName(TEXT("TotalConversionsScrollBox")));

#if PS4_REGION_JAPAN
        // AG_ET - Move scrollbox to the left, since the primitive plus text is getting cut off because
of localization using a different font
        UCanvasPanel*                           parentPanel                         =
Cast<UCanvasPanel>(TotalConversionsScrollBox->GetParent());
        // Get the child index for the scrollbox
        int childIndex = parentPanel->GetChildIndex(TotalConversionsScrollBox);
        if (childIndex != -1)
        {
            static const FVector2D sizeIncrease(80, 0);

            // Update the scrollbox size in the panel
            UCanvasPanelSlot*                       childSlot                       =
Cast<UCanvasPanelSlot>(parentPanel->Slots[childIndex]);
            childSlot->SetSize(childSlot->GetSize() + sizeIncrease);

            // Update the widget size in the scrollbox
            TotalConversionsScrollBox->WidgetSize.X += sizeIncrease.X;
            TotalConversionsScrollBox->SynchronizeProperties();
        }
#endif

#if PLATFORM_SWITCH
        // Hide the TC box until we have Primitive+ fixed
        TotalConversionsScrollBox->SetVisibility(ESlateVisibility::Hidden);
        UWidget* TotalConversionHeader = GetHandleFromFName("TotalConversionLabel");
        if (TotalConversionHeader)
            TotalConversionHeader->SetVisibility(ESlateVisibility::Hidden);
#endif

    TotalConversionImage = Cast<UImage>(GetHandleFromFName("TotalConversionImage"));
    if (TotalConversionImage && FPackageName::GetTotalConversion().GetId() == 111111111)
        TotalConversionImage->SetVisibility(ESlateVisibility::Visible);
```

```
#if !PLATFORM_SWITCH
    PopulateMods();
#endif

    bMultiplayerPrivilegeAvailable = false;
#if PLATFORM_PS4
    bMultiplayerPrivilegeAvailableReport = false;
#endif
    bMultiplayerPrivilege = false;

#if PRIMAL_DLC_ENABLED
    UMountedDLCManager::Get()->OnMountedDLCInstalledEvent.AddUObject(this,&UUI_Main
Menu::OnDLCInstalledEvent);
#endif
    //Just incase end credits is playing
    if (!GAllowMusicPlayer)
        UVictoryCore::StopMusic();
#if !PLATFORM_SWITCH
    PopulateMods();
#endif
}

void UUI_MainMenu::HighlightDefaultWidget(UPanelWidget *RestrictToPanel)
{
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH
    if (ListSessionsButton && HostButton && !ListSessionsButton->IsVisible())
        GetTopLevelParentPrimalUI()->SetHighlightedWidget(HostButton);
    else
#endif
        Super::HighlightDefaultWidget(RestrictToPanel);
}

void UUI_MainMenu::RemoveFromViewport()
{
#if PRIMAL_DLC_ENABLED
    UMountedDLCManager::Get()->OnMountedDLCInstalledEvent.RemoveAll(this);
#endif
    Super::RemoveFromViewport();
}

void     UUI_MainMenu::OnGetUserPrivilegeComplete(const     FUniqueNetId&     UserId,
EUserPrivileges::Type Privilege, uint32 Result)
{
    if (Privilege == EUserPrivileges::CanUseUserGeneratedContent)
```

```
        {
#if PLATFORM_PS4 || PLATFORM_XBOXONE || PLATFORM_SWITCH
            UShooterLocalPlayer*                    aLocalPlayer                    =
Cast<UShooterLocalPlayer>(GetOwningLocalPlayer());
            if (aLocalPlayer)
            {
                aLocalPlayer->UpdateUserPrivilige(Privilege, Result);
            }
#else
            if      (UShooterGameInstance*      ShooterGameInstance      =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance())))
            {
                ShooterGameInstance->bCanUseUserGeneratedContent = (Result == 0);
            }
#endif
        }
        else //EUserPrivileges::CanPlayOnline
        {
            UE_LOG(LogShooter,                                                Warning,
TEXT( "UUI_MainMenu::OnGetUserPrivilegeCompleteDelegate %i" ), Result );

            bMultiplayerPrivilegeAvailable = true;

            if(Result == 0)
            {
                bMultiplayerPrivilege = true;

#if PLATFORM_PS4 || PLATFORM_XBOXONE || PLATFORM_SWITCH
                UShooterGameInstance*  GameInstance  =  (GetWorld()  !=  nullptr)  ?
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : nullptr;
                if (GameInstance != nullptr)
                {
                    GameInstance->SetIsOnline(true);
                }
#endif
            }
            else
            {
#if PLATFORM_PS4
                if               ((Result                    &             (unsigned
int)IOnlineIdentity::EPrivilegeResults::AgeRestrictionFailure) != 0)
                {
                    Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_AGE_RESTRICTION);
```

```
                    }
                    else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::AccountTypeFailure) != 0)
                    {
                         Online::GetExternalUIInterface()->ShowAccountUpgradeUI(UserId);
                    }
                    else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredPatchAvailable) != 0)
                    {
                         Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_PATCH_PKG_EXIST);
                    }
                    else            if            ((Result            &            (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredSystemUpdate) != 0)
                    {
                         Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_SYSTEM_SOFTWARE_EXIST_FOR_TITLE);
                    }
                    else
                    {
                         if (GetOwningLocalPlayer())

     GetOwningLocalPlayer()->DisplayNotificationMessage(NSLOCTEXT("Error","ConnectionLost"
,"The connection to the \"PlayStation Network\" has been lost. Check your connection and try
again.").ToString(), NSLOCTEXT("Error", "Error", "Error").ToString(), true, false);
                    }
#endif
               bMultiplayerPrivilege = false;
          }
     }
}
#if PLATFORM_PS4
void     UUI_MainMenu::OnGetUserPrivilegeCompleteReport(const     FUniqueNetId&     UserId,
EUserPrivileges::Type Privilege, uint32 Result)
{
     UE_LOG(LogShooter,                                                        Warning,
TEXT("UUI_MainMenu::OnGetUserPrivilegeCompleteDelegate %i"), Result);

     bMultiplayerPrivilegeAvailableReport = true;

     if (Result == 0)
     {
          bMultiplayerPrivilege = true;
          UShooterGameInstance*     GameInstance     =     (GetWorld()     !=     nullptr)     ?
```

```
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()) : nullptr;
        if (GameInstance != nullptr)
        {
                GameInstance->SetIsOnline(true);
        }
    }
    else
    {
        if ((Result & (unsigned int)IOnlineIdentity::EPrivilegeResults::AgeRestrictionFailure) !=
0)
        {
                Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_AGE_RESTRICTION);
        }
        else if  ((Result  &  (unsigned
int)IOnlineIdentity::EPrivilegeResults::AccountTypeFailure) != 0)
        {
                Online::GetExternalUIInterface()->ShowAccountUpgradeUI(UserId);
        }
        else if  ((Result  &  (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredPatchAvailable) != 0)
        {
                Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_PATCH_PKG_EXIST);
        }
        else if  ((Result  &  (unsigned
int)IOnlineIdentity::EPrivilegeResults::RequiredSystemUpdate) != 0)
        {
                Online::GetExternalUIInterface()->ShowPlatformErrorMessageBox(UserId,
SCE_NP_ERROR_LATEST_SYSTEM_SOFTWARE_EXIST_FOR_TITLE);
        }
        else
        {
            if (GetOwningLocalPlayer())
                    GetOwningLocalPlayer()->DisplayNotificationMessage(NSLOCTEXT("Error",
"ConnectionLost", "The connection to the \"PlayStation Network\" has been lost. Check your
connection and try again.").ToString(), NSLOCTEXT("Error", "Error", "Error").ToString(), true, false);
        }
        bMultiplayerPrivilege = false;
    }
}
#endif

// for now total conversion swap
```

```
void UUI_MainMenu::ConfirmationDialogAccepted()
{
    bTotalConversionConfirmationActive = false;

    GConfig->SetString(          TEXT("ServerSettings"),          TEXT("ActiveTotalConversion"),
*FString::Printf(TEXT("%llu"), GetSelectedTotalConversion()), GGameUserSettingsIni );
    GConfig->Flush(false, GGameUserSettingsIni);

#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH

    IOnlineSubsystem * OnlineSubsystem = IOnlineSubsystem::Get();

    uint64 ModID = GetSelectedTotalConversion();

    if( ModID == 0 )
    {
        FPackageName::ClearRedundantMountPoints();
        FModInfo NoTC;
        FPackageName::SetTotalConversion( NoTC );
        UPrimalGlobals::Get()->AsyncLoadGameMedia(false, true);
    }
    else if (OnlineSubsystem != nullptr)
    {
        FModInfo ModInfo;
        if( OnlineSubsystem->ConvertIdToModInfo( ModID, ModInfo ) )
        {
            //mod not found
            FPackageName::SetTotalConversion( ModInfo );

            // reverify
            if( FPackageName::HasTotalConversion() )
            {
                FString                    RebasedGameDir                    =
FString::Printf(TEXT("../../%s/Content/Mods/%llu/%s/Content/"),                    GGameName,
FPackageName::GetTotalConversionId(), GGameName);
                FPackageName::RegisterRedundantMountPoint(                    TEXT("/Game/"),
RebasedGameDir);
            }

            UPrimalGlobals::Get()->AsyncLoadGameMedia(false, true);
        }
    }

    GEngine->DeferredCommands.Add( TEXT( "open mainmenu") );
```

```cpp
#else

#if UE_BUILD_SHIPPING
    FString GameExecutable = "ShooterGame.exe";
#else
    FString GameExecutable = "UE4Editor.exe";
#endif

    FPlatformProcess::CreateProc(*GameExecutable, TEXT(""), true, false, false, NULL, 0, NULL,
NULL);
    GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("exit")));

#endif
}

void UUI_MainMenu::ConfirmationDialogCancelled()
{
    bTotalConversionConfirmationActive = false;

    // reset it back to original
    for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
    {
        if                      (TotalConversionsEntryWidgets[it]->ModItemId                     !=
FPackageName::GetTotalConversionId() )
        {
            TotalConversionsEntryWidgets[it]->SetSelected(false);
        }
        else
        {
            TotalConversionsEntryWidgets[it]->SetSelected(true);
        }
    }
}


void UUI_MainMenu::OpenListSession()
{
    if(bMultiplayerPrivilege)
    {
        check(ListSessionsUITemplate != NULL);
        UUI_ListSessions  *  listSessionsUI  =  CreateWidget<UUI_ListSessions>(GetWorld(),
ListSessionsUITemplate);
        check(listSessionsUI);
```

```
            listSessionsUI->AddToViewport();

            if (NickNameLabel)
                NickNameLabel->SetVisibility(ESlateVisibility::Hidden);
            if (PatchNotesButton)
                PatchNotesButton->SetVisibility(ESlateVisibility::Hidden);
        }
#if !PLATFORM_PS4
        else
        {
            if(GetOwningLocalPlayer())
                GetOwningLocalPlayer()->DisplayNotificationMessage(TEXT("Unable  to  complete
action. Please check account privileges."), TEXT("Unable to continue"), true, false);
        }
#endif
}


void UUI_MainMenu::AddTotalConversionItem(FString DisplayName, FString ModName, FString
ModPath, uint64 ModId, bool IsCustom)
{
        UDataListEntryButton_MainMenu*                  ItemWidget                  =
CreateWidget<UDataListEntryButton_MainMenu>(GetWorld(), SlotButtonTemplate);
        if (ItemWidget)
        {
            TotalConversionsScrollBox->AddChild(ItemWidget);
            TotalConversionsEntryWidgets.Add(ItemWidget);
            ItemWidget->InitializeMe();

            ItemWidget->SetEntryName(DisplayName);
            ItemWidget->ModName = ModName;
            ItemWidget->ModItemId = ModId;
            ItemWidget->bIsCustom = IsCustom;
            ItemWidget->ModPath = ModPath;
            ItemWidget->GetButton()->OnClickedObject.AddDynamic(this,
&UUI_MainMenu::TotalConversionSelected);
        }
}


uint64 UUI_MainMenu::GetSelectedTotalConversion()
{
        for( int32 ModIter = 0; ModIter < TotalConversionsEntryWidgets.Num(); ModIter++ )
        {
            if (TotalConversionsEntryWidgets[ModIter]->IsSelected())
```

```
                    return TotalConversionsEntryWidgets[ModIter]->ModItemId;
        }
        return 0;
}


extern int32 GetSelectedWidgetIndex( const TArray<UDataListEntryWidget*> &Widgets );
extern  void  SelectedWidgetByIndex(  const  TArray<UDataListEntryWidget*>  &Widgets,  int32
InIndex );


int32 UUI_MainMenu::GetSelectedTCWidgetIndex()
{
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
        {
                if (TotalConversionsEntryWidgets[it]->IsSelected())
                        return it;
        }

        return INDEX_NONE;
}


void UUI_MainMenu::RemoveAllTCs()
{
        for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
                TotalConversionsScrollBox->RemoveChild(TotalConversionsEntryWidgets[it]);
        TotalConversionsEntryWidgets.Empty();
}


void UUI_MainMenu::PopulateMods()
{
        int PreviousTotalConversionIndex = GetSelectedTCWidgetIndex();

        RemoveAllTCs();

        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
#if PLATFORM_XBOXONE || PLATFORM_PS4
        AddTotalConversionItem(TEXT("Survival Evolved"), TEXT("None"), TEXT(""), 0, false);
#else
        AddTotalConversionItem(LOCSTR("None"), TEXT("None"), TEXT(""), 0, false);
#endif

        int32 newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
        UDataListEntryButton_MainMenu*                    TotalConversionEntry               =
TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)                                       ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
```

```
if(TotalConversionEntry)
{
        TotalConversionEntry->bUseCustomTooltip = true;
        TotalConversionEntry->CustomToolTipString = LOCSTR("This is regular ARK : Survival
Evolved, \nutilizing the full set of original ARK Engrams.");
        TotalConversionEntry = NULL;
}

bool bAnyPrimitivePlus = false;
TArray<FInstalledItemInfo> Mods;
if (OnlineSub)
{
        OnlineSub->GetMods(Mods);
}
for (int it = 0; it < Mods.Num(); it++)
{
        const FInstalledItemInfo & Mod = Mods[it];

        // mod not ready
        if (!Mod.Installed)
        {
            continue;
        }

        // new mod types
        if(Mod.ModType == EModType::TotalConversion)
        {
                AddTotalConversionItem(FString::Printf(TEXT("%s"),
*(Mod.Title.Replace(TEXT("Total     Conversion:"),    TEXT("")))),    (Mod.Title.Replace(TEXT("Total
Conversion:"), TEXT("")))), TEXT(""), Mod.Id, true);
                if (Mod.Title.Contains(TEXT("Primitive Plus")) == true)
                {
                    bAnyPrimitivePlus = true;

                    newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
                    TotalConversionEntry                                                      =
TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex)                                       ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
                    if (TotalConversionEntry)
                    {
                            TotalConversionEntry->bUseCustomTooltip = true;
                            TotalConversionEntry->CustomToolTipString    =    LOCSTR("This   is    a
revamped ARK game mode, with an all-new \nset of Engrams and mechanics focused on
primitive-style survival. \nTest your wits and skills to see if you can overcome the challenge of
```

```
\nconquering the ARK without the benefits of modern technology!");
                        TotalConversionEntry = NULL;
                }
            }
        }
    }


    //PRIMITIVE PLUS HACK
    if (bAnyPrimitivePlus == false)
    {
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH
        AddTotalConversionItem(TEXT("Primitive Plus"), TEXT("Primitive Plus Official"), TEXT(""),
111111111, true);
#else
        AddTotalConversionItem(TEXT("Primitive Plus Official"), TEXT("Primitive Plus Official"),
TEXT(""), 111111111, true);
#endif
        newEntryIndex = TotalConversionsEntryWidgets.Num() - 1;
        TotalConversionEntry = TotalConversionsEntryWidgets.IsValidIndex(newEntryIndex) ?
TotalConversionsEntryWidgets[newEntryIndex] : NULL;
        if (TotalConversionEntry)
        {
            TotalConversionEntry->bUseCustomTooltip = true;
            TotalConversionEntry->CustomToolTipString = LOCSTR("This is a revamped ARK
game mode, with an all-new \nset of Engrams and mechanics focused on primitive-style survival.
\nTest your wits and skills to see if you can overcome the challenge of \nconquering the ARK
without the benefits of modern technology!");
            TotalConversionEntry = NULL;
        }
    }


    // select a TC
    for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
    {
        if                      (TotalConversionsEntryWidgets[it]->ModItemId                      ==
FPackageName::GetTotalConversionId())
        {
            TotalConversionsEntryWidgets[it]->SetSelected(true);
            break;
        }
    }
}

void UUI_MainMenu::TotalConversionSelected(UWidget* theWidget)
```

```cpp
{
    UUI_GenericConfirmationDialog * ConfirmationUp =
Cast<UUI_GenericConfirmationDialog>(UShooterGameViewportClient::GetViewportClient(GetW
orld())->GetUISceneFromClass(UUI_GenericConfirmationDialog::StaticClass()));

    //PRIMAL - DS
    if( ConfirmationUp != nullptr )
    {
        return;
    }

    for (int it = 0; it < TotalConversionsEntryWidgets.Num(); it++)
    {

    TotalConversionsEntryWidgets[it]->SetSelected(TotalConversionsEntryWidgets[it]->GetButto
n() == theWidget);
    }

    // swap to total conversion
    if( FPackageName::GetTotalConversionId() != GetSelectedTotalConversion() )
    {
        //PRIMITIVE PLUS HACK
        if (GetSelectedTotalConversion() == 111111111)
        {
            FModInfo ModInfo;
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
            if (OnlineSub && OnlineSub->ConvertIdToModInfo(111111111, ModInfo) == false)
            {
#if !PLATFORM_PS4
                const FString JumpURL =
FString::Printf(TEXT("store.steampowered.com/app/%llu"),
FPackageName::DLCToAppID(111111111));

                IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
                if (OnlineSub)
                {
                    OnlineSub->Steam_OpenOverlayToWebPage(JumpURL);
                }
#endif
                return;
            }

#if PLATFORM_PS4
            // AG_WS - PlayGo check
```

```
                    IPlatformChunkInstall* ChunkInstaller = FPlatformMisc::GetPlatformChunkInstall();
                    if (ChunkInstaller)
                    {
                            EChunkLocation::Type                    Location                    =
ChunkInstaller->GetChunkLocation(PRIMAL_PRIMITIVE_PLUS_CHUNKID);
                            if (Location != EChunkLocation::Type::LocalSlow && Location !=
EChunkLocation::Type::LocalFast)
                            {
                                    int                            Progress                    =
(int)ChunkInstaller->GetChunkProgress(PRIMAL_PRIMITIVE_PLUS_CHUNKID,
EChunkProgressReportingType::Type::PercentageComplete);
                                    if (GetOwningLocalPlayer())
                                    {

    GetOwningLocalPlayer()->DisplayNotificationMessage(*FString::Printf(*LOCSTR("Downloadi
ng: %d%%"), Progress), TEXT(""), true, false);
                                    }

                                    ConfirmationDialogCancelled();
                                    return;
                            }
                    }
#endif
            }

            if( ConfirmationDialogUITemplate == nullptr &&
                    HostSessoinUITemplate != nullptr &&
                    HostSessoinUITemplate->GetDefaultObject<UUI_HostSession>() != nullptr   )
            {
                    ConfirmationDialogUITemplate                    =
HostSessoinUITemplate->GetDefaultObject<UUI_HostSession>()->ConfirmationDialogUITemplate
;
            }

            bTotalConversionConfirmationActive = true;

#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH
            ShowConfirmationDialog(*LOCSTR("Game Mode"), *LOCSTR("Changing game mode
requires a content load, continue?"));
#else
            ShowConfirmationDialog(*LOCSTR("Game Mode"), *LOCSTR("Changing game mode
requires a restart, continue?"));
#endif
        }
```

```cpp
}

void UUI_MainMenu::ClickedButton(UWidget* clickedWidget)
{
    UShooterGameInstance*                    ShooterGameInstance                    =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());

    Super::ClickedButton(clickedWidget);

    if (clickedWidget == SurvivalGuideButton)
    {
        if (HelpPageUITemplate)
        {
            if(UUI_HelpPage  *  HelpPageUI  =  CreateWidget<UUI_HelpPage>(GetWorld(),
HelpPageUITemplate))
                HelpPageUI->AddToViewport();
        }
        return;
    }
    if (clickedWidget == HostButton)
    {
#if PLATFORM_XBOXONE
        if (!IsMapContentDownloadComplete())
        {
            ShowMapContentIncompleteMessage();
            return;
        }
#endif

        //CloseWithAnimation();
        check(HostSessoinUITemplate != NULL);
        UUI_HostSession  *  HostSessionUI  =  CreateWidget<UUI_HostSession>(GetWorld(),
HostSessoinUITemplate);
        check(HostSessionUI);
        HostSessionUI->AddToViewport();

        /*if (EditableTextHost)
        GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("open      "))    +
EditableTextHost->GetText().ToString() + FString(TEXT("?listen")));

        RemoveFromViewport();*/

        return;
    }
```

```
        if (clickedWidget == JoinButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH
            if                                          (ShooterGameInstance
&& !ShooterGameInstance->ValidatePlayerForOnlinePlay(ShooterGameInstance->GetFirstGameP
layer()))
                return;
#if PLATFORM_XBOXONE
            if (!IsMapContentDownloadComplete())
            {
                ShowMapContentIncompleteMessage();
                return;
            }
#endif
#endif
            if (EditableTextJoin)
                GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("open  ")) +
EditableTextJoin->GetText().ToString());

            RemoveFromViewport();

            return;
        }
        if (clickedWidget == PatchNotesButton)
        {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();

            OnlineSub->Steam_OpenOverlayToWebPage(TEXT("steamcommunity.com/app/346110/disc
ussions/0/594820656447032287/"));
            return;
        }
        if (clickedWidget == ArkSotFButton)
        {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();

            OnlineSub->Steam_OpenOverlayToWebPage(TEXT("store.steampowered.com/app/407530")
);
            return;
        }
#if !PLATFORM_PS4
        if (clickedWidget == ExitButton)
        {
#if PLATFORM_XBOXONE || PLATFORM_SWITCH
            if            (UShooterGameInstance*              anInstance            =
```

```
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
        {
                anInstance->QuickTranstionFromMenuToWelcomeState(this);
        }
#else
        GetPlayerOwner()->PlayerController->ConsoleCommand(FString(TEXT("exit")));
#endif
        return;
    }
#endif
    if (clickedWidget == ListSessionsButton)
    {
#if PLATFORM_XBOXONE || PLATFORM_PS4
        if                                              (ShooterGameInstance
&&  !ShooterGameInstance->ValidatePlayerForOnlinePlay(ShooterGameInstance->GetFirstGameP
layer()))
                return;

#if PLATFORM_XBOXONE
        if (!IsMapContentDownloadComplete())
        {
                ShowMapContentIncompleteMessage();
                return;
        }
#endif

        //CloseWithAnimation();

        UShooterGameInstance*              ShooterGameInstance              =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
        OnGetUserPrivilegeCompleteDelegate                                =
IOnlineIdentity::FOnGetUserPrivilegeCompleteDelegate::CreateUObject(this,
&UUI_MainMenu::OnGetUserPrivilegeComplete);
        ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanPlayOnline,
OnGetUserPrivilegeCompleteDelegate);

    ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanUseUserGeneratedContent,
OnGetUserPrivilegeCompleteDelegate);
        if(ConnectingPanel)
                ConnectingPanel->SetVisibility(ESlateVisibility::Visible);

        return;
#else
        bMultiplayerPrivilege = true;
```

```
            //CloseWithAnimation();
            OpenListSession();
#endif

    }
    if (clickedWidget == OptionsButton)
    {
            //CloseWithAnimation();
            check(OptionsMenuUITemplate != NULL);
            UUI_OptionsMenu * optionsMenuUI = CreateWidget<UUI_OptionsMenu>(GetWorld(),
OptionsMenuUITemplate);
            //optionsMenuUI->ParentUITemplate = GetClass();
            check(optionsMenuUI);
            UnHighlightWidget(true);
            optionsMenuUI->AddToViewport();
            return;
    }
    if(clickedWidget == HelpButton)
    {
            IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
            if(OnlineSub && GetOwningLocalPlayer())
            {
                    if(UShooterLocalPlayer*      LocalPlayer      =      Cast<UShooterLocalPlayer>
(GetOwningLocalPlayer()))
                    {

    OnlineSub->GetExternalUIInterface()->ShowHelpUI(LocalPlayer->ControllerId);
                    }

            }
    }
    if (clickedWidget == ReportAbuseButton)
    {
#if PLATFORM_PS4
            if (ConnectingPanel)
                    ConnectingPanel->SetVisibility(ESlateVisibility::Visible);
            UShooterGameInstance*                       ShooterGameInstance                       =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
            OnGetUserPrivilegeCompleteDelegate                                                       =
IOnlineIdentity::FOnGetUserPrivilegeCompleteDelegate::CreateUObject(this,
&UUI_MainMenu::OnGetUserPrivilegeCompleteReport);
            ShooterGameInstance->GetUserPrivilege(EUserPrivileges::CanUseOnlineFeatures,
OnGetUserPrivilegeCompleteDelegate);
#endif
```

```cpp
        }
}

void UUI_MainMenu::Tick_Implementation(FGeometry MyGeometry, float InDeltaTime)
{
#if !PLATFORM_XBOXONE && !PLATFORM_PS4 && !PLATFORM_SWITCH
    if (!GetPlayerContext().IsValid() || GetPlayerContext().GetLocalPlayer() == nullptr)
    {
        ULocalPlayer* Player = GetWorld()->GetFirstLocalPlayerFromController();
        SetPlayerContext(FLocalPlayerContext(Player));
    }
#endif

    UShooterGameInstance*                              anInstance                           =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance());
    if (UShooterGameViewportClient::GetViewportClient()->GetNumScenes(false)>1)
    {
        if (!bFadedOut)
        {
            bFadedOut = true;
            PlayAnimationByName(TEXT("FadeOut"));

#if PLATFORM_PS4
            if(NickNameLabel)
            {
                NickNameLabel->SetVisible(false);
            }
#endif
        }
    }
    else
    {
        if (bFadedOut)
        {
            bFadedOut = false;
            PlayAnimationByName(TEXT("FadeIn"));

            if (NickNameLabel)
                NickNameLabel->SetVisibility(ESlateVisibility::Visible);
            if (PatchNotesButton)
                PatchNotesButton->SetVisibility(ESlateVisibility::Visible);
        }
    }
    if (NewsPanel)
```

```
NewsPanel->SetVisible(UShooterGameViewportClient::GetViewportClient()->bHasReceived
NewsMessage);

#if PLATFORM_XBOXONE || PLATFORM_PS4 || PLATFORM_SWITCH
    if (ListSessionsButton)
    {
        bool bWasVisible = ListSessionsButton->GetVisibility() == ESlateVisibility::Visible;
        bool bWasHighlighted = CurrentHighlighted.IsValid() && CurrentHighlighted.Get() ==
ListSessionsButton;

        bool bShouldBeVisible = (anInstance && anInstance->GetCurrentConnectionStatus() ==
EOnlineServerConnectionStatus::Connected);
        ListSessionsButton->SetVisible(bShouldBeVisible);
        if (ListSessionsButtonBackground)
            ListSessionsButtonBackground->SetVisible(bShouldBeVisible);

        if (bWasHighlighted && bWasVisible && ListSessionsButton->GetVisibility() !=
ESlateVisibility::Visible)
            SetHighlightedWidget(HostButton);
    }
#endif

    if                              (CurrentHighlighted.IsValid()                          &&
CurrentHighlighted->IsA(UCustomButtonWidget::StaticClass()))
    {
        if (ListSessionsButton)
            ListSessionsButton->SetToggledState(CurrentHighlighted.Get()             ==
ListSessionsButton);

        if (HostButton)
            HostButton->SetToggledState(CurrentHighlighted.Get() == HostButton);

        if (OptionsButton)
            OptionsButton->SetToggledState(CurrentHighlighted.Get() == OptionsButton);

        if (SurvivalGuideButton)
            SurvivalGuideButton->SetToggledState(CurrentHighlighted.Get()           ==
SurvivalGuideButton);

        if (CreditsButton)
            CreditsButton->SetToggledState(CurrentHighlighted.Get() == CreditsButton);

        if (ExitButton)
```

```
                ExitButton->SetToggledState(CurrentHighlighted.Get() == ExitButton);


        }
        else                              if                           (CurrentHighlighted.IsValid()
&& !CurrentHighlighted->IsA(UCustomButtonWidget::StaticClass()))
        {
                if (ListSessionsButton)
                        ListSessionsButton->SetToggledState(false);

                if (HostButton)
                        HostButton->SetToggledState(false);

                if (OptionsButton)
                        OptionsButton->SetToggledState(false);

                if (SurvivalGuideButton)
                        SurvivalGuideButton->SetToggledState(false);

                if (CreditsButton)
                        CreditsButton->SetToggledState(false);

                if (ExitButton)
                        ExitButton->SetToggledState(false);


        }
#if PLATFORM_WINDOWS
        if( GIsGameInStereoScopic )
        {
                LinuxBackgroundImage->SetVisible(true);
                if (MovieBackgroundImage)
                        MovieBackgroundImage->SetVisible(false);
        }
        else
        {
                LinuxBackgroundImage->SetVisible(false);
                if (MovieBackgroundImage)
                        MovieBackgroundImage->SetVisible(true);
        }
#endif

        if (NickNameLabel && anInstance->GetFirstGamePlayer())
                NickNameLabel->SetString(anInstance->GetFirstGamePlayer()->GetNickname());


        if(MovieBackgroundImage)
```

```cpp
        MovieBackgroundImage->SetVisible(!GIsGameInStereoScopic);

    //if (!bHasRecievedNewsMessage)
    //{

    if (anInstance) //&& anInstance->bHasReceivedNewsMessage)
        NewsLabel->SetString(anInstance->NewsMessage);
    //    bHasRecievedNewsMessage = true;
    //    }
    //}

    //DS ... feedback for primal game data loading
#if 0
    bool    bIsLoadingGameData    =    (UPrimalGlobals::Get()->bStartedAsyncLoad    &&
UPrimalGlobals::Get()->bGameMediaLoaded == false);
    FString AppendInfo;

    if (bIsLoadingGameData)
    {
        static float DotTime = 0;
        int32 DotCount = (FMath::TruncToInt(DotTime) % 3) + 1;
        for (int32 Iter = 0; Iter < DotCount; Iter++)
        {
            AppendInfo += TEXT(".");
        }
        DotTime += (InDeltaTime * 2.0f);
    }

    //VersionLabel->SetString(FString(DISPLAYVERSION) + AppendInfo);
#endif

    Super::Tick_Implementation(MyGeometry, InDeltaTime);


    // mods
    if (GetWorld() && GetWorld()->TimeSince(LastUpdateModsTime) > 15)
    {
        LastUpdateModsTime = GetWorld()->TimeSeconds;
        IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
        if (OnlineSub)
            OnlineSub->InstallSubscriptions();
    }

    IOnlineSubsystem* OnlineSub = IOnlineSubsystem::Get();
```

```cpp
    bool InstallingAnyMod = (OnlineSub && OnlineSub->IsInstallingAnyMod() > 0 );

    if( InstallingAnyMod == false && bWasInstallingMods == true )
    {
        PopulateMods();
    }

    bWasInstallingMods = InstallingAnyMod;

    if(bMultiplayerPrivilegeAvailable)
    {
        OpenListSession();
        bMultiplayerPrivilegeAvailable = false;
        bMultiplayerPrivilege = false;
        if(ConnectingPanel)
            ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);
    }
#if PLATFORM_PS4
    if (bMultiplayerPrivilegeAvailableReport)
    {
        if (ConnectingPanel)
            ConnectingPanel->SetVisibility(ESlateVisibility::Hidden);
        if (bMultiplayerPrivilege)
        {
            check(ReportAbuseUITemplate != NULL);
            UUI_ReportAbuse             *             reportAbuseUI             =
CreateWidget<UUI_ReportAbuse>(GetWorld(), ReportAbuseUITemplate);
            check(reportAbuseUI);
            UnHighlightWidget(true);
            reportAbuseUI->AddToViewport();
        }
        bMultiplayerPrivilegeAvailableReport = false;
        bMultiplayerPrivilege = false;
    }
#endif
}

void UUI_MainMenu::OnDLCInstalledEvent()
{
    HandleDLCInstalledEvent();
}

void UUI_MainMenu::HandleDLCInstalledEvent_Implementation()
{
```

```cpp
}


FEventReply       UUI_MainMenu::HandleGamepadPressed(FControllerEvent        ControllerEvent,
FKeyboardEvent InKeyboardEvent, bool bIsKeyboardEvent)
{
    if(ConnectingPanel && ConnectingPanel->IsVisible() || bIsClosing)
    {
        FEventReply Reply;
        Reply.NativeReply = FReply::Handled();
        return Reply;
    }

    return          Super::HandleGamepadPressed(ControllerEvent,          InKeyboardEvent,
bIsKeyboardEvent);
}
FEventReply       UUI_MainMenu::HandleGamepadReleased(FControllerEvent        ControllerEvent,
FKeyboardEvent InKeyboardEvent, bool bIsKeyboardEvent)
{

    if(ConnectingPanel && ConnectingPanel->IsVisible() || bIsClosing)
    {
        FEventReply Reply;
        Reply.NativeReply = FReply::Handled();
        return Reply;
    }

#if PLATFORM_XBOXONE || PLATFORM_SWITCH
    FKey       theKey     =     bIsKeyboardEvent     ?     InKeyboardEvent.GetKey()     :
ControllerEvent.GetEffectingButton();
    if (theKey == EKeys::Gamepad_FaceButton_Right)
    {
        if               (UShooterGameInstance*               anInstance               =
Cast<UShooterGameInstance>(GetWorld()->GetGameInstance()))
        {
            anInstance->QuickTranstionFromMenuToWelcomeState(this);
        }
    }
#endif

    return          Super::HandleGamepadReleased(ControllerEvent,          InKeyboardEvent,
bIsKeyboardEvent);
}
```

```cpp
#if PLATFORM_XBOXONE
bool UUI_MainMenu::IsMapContentDownloadComplete()
{
    IPlatformChunkInstall* ChunkInstaller = FPlatformMisc::GetPlatformChunkInstall();
    if (ChunkInstaller)
    {
        EChunkLocation::Type                    Location                    =
ChunkInstaller->GetChunkLocation(PRIMAL_MAPCONTENT_CHUNKID);
        if      (Location     !=     EChunkLocation::Type::LocalSlow     &&     Location     !=
EChunkLocation::Type::LocalFast)
        {
            return false;
        }
    }

    return true;
}

void UUI_MainMenu::ShowMapContentIncompleteMessage()
{
    if (GetOwningLocalPlayer())
        GetOwningLocalPlayer()->DisplayNotificationMessage(*NSLOCTEXT("NetworkErrors",
"ContentUnavailable", "The required content has not been downloaded yet.").ToString(),
TEXT("Missing Content"), true, false);
}
#endif
```