# EXHIBIT O

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3675**

WRITER'S EMAIL ADDRESS
robertschwartz@quinnemanuel.com

December 7, 2021

**VIA EMAIL**
Angela Game Online
gezs@7senses.cn
bd@angelagame.com
sosohou@angelagame.com
Room 809, G2 8th Floor
Genway i-Park, Dongchang Rd 88,
SIP, Suzhou, China

Re: Demand To Cease And Desist From Infringing Conduct And To Preserve Documents re: *Myth of Empires*

To Whom It May Concern:

We represent Wildcard Properties LLC d/b/a Studio Wildcard and Snail Games USA Inc. (collectively "SWC"), the developer and publisher (respectively) of the video game titled *Ark: Survival Evolved*.

We recently learned that Valve had been offering for download, on its Steam Platform, a videogame titled *Myth of Empires* (the "Infringing Game"). According to the Valve website page for the Infringing Game, Angela Game is the developer of the Infringing Game.

Based on our investigation, the Infringing Game appears to have been built with trade secret and copyrighted source code copied and stolen from SWC that Angela Game had no authorization to use or disclose. SWC has been damaged substantially and irreparably by Angela Game's infringing conduct, and will continue to be damaged until the infringing conduct ceases.

We are therefore writing here to demand that Angela Game: (1) immediately cease and desist from any further development, advertising, downloading, distribution, or other exploitation of the Infringing Game; and (2) preserve all documents and things that may be relevant to its unauthorized sales of the Infringing Game.

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Angela Games
December 7, 2021 – Page 2

**<u>Demand To Cease And Desist From Infringing Activities</u>**

SWC first published *Ark: Survival Evolved* on June 2, 2015, for the Windows platform on Steam, and subsequently by August 29, 2017 for Mac OS, Xbox One, and PlayStation 4 platforms. In 2018, SWC published additional versions of *Ark: Survival Evolved* for the Nintendo Switch and Android iOS. The source code for *Ark: Survival Evolved* is protected by U.S. copyright law pursuant to Copyright Registration Nos. TX0008844750, TX0008850188, and TX0008850190. The source code was also subject to reasonable measures to maintain its secrecy, including through employment contracts that prohibited SWC's employees from using the code for any purpose other than assigned work and from disclosing the code to third parties.

In 2020, at least one employee of SWC's parent corporation (Snail Games China) who previously had access to the source code for *Ark: Survival Evolved*, left to form Angela Game. When *Myth of Empires* was released on November 18, 2021, SWC became aware of the large-scale similarities between *Ark: Survival Evolved* and *Myth of Empires*. The similarities extended to features that could not be explained through independent development, such as the use of ***identical*** gameplay mechanics not found in other games. These similarities prompted further technical analysis.

To investigate, SWC compared code "headers" found in the executable file for *Myth of Empires* to the code used in *Ark: Survival Evolved*. A preliminary analysis is attached as **Exhibit A**. SWC's analysis confirms that its concerns are well-founded: *Myth of Empires* was built using source code copied and stolen from SWC. The analysis reveals **hundreds** of matching "class," "variable," and "function" names.

Given the nature and extent of the copying, this cannot be a coincidence. For example, both games use hundreds of ***arbitrary*** yet ***identical***, or minimally renamed, variable names such as "bOnlyUseExpireTimeMultipliersIfActivated" and "SpawnInventoryOnDestructionLifeSpan." It is simply not possible that so many unnecessary similarities in variable, class, and function names can be explained by "random chance." This is a textbook case of copyright infringement and trade secret misappropriation.

We understand that Angela has obtained a purported copyright registration for the Infringing Game in China. That establishes nothing of relevance to this dispute. Before registering a work for copyright, the copyright office does not inspect game code or compare it to some database of other game code to ensure that it is not infringing. All that the registration establishes is that Angela paid a filing fee. That has nothing to do with whether Angela is using my clients' code.

Angela Game's conduct subjects it to liability to SWC for copyright infringement under the U.S. Copyright Act and trade-secret misappropriation under U.S. state and federal laws.

Angela Game will also be required to pay substantial damages to SWC, including the profits it is earned attributable to its infringing conduct, compensation for the losses SWC has suffered,

Angela Games
December 7, 2021 – Page 3

enhanced damages for willful and intentional copyright infringement and trade-secret misappropriation, and payment of SWC's attorneys' fees and costs.

To limit the damages that Angela Game will be required to pay to SWC as a result of its infringing conduct, we hereby demand that Angela Game immediately cease and desist from any further sales, licensing, distribution, display, reproduction, or other dissemination in any form of the Infringing Game.  We also insist that Angela Game immediately notify all its business partners, purchasers, and licensees that they too must immediately cease and desist from any further use or dissemination of the Infringing Game.

According to your website, Angela Game is working on other games.  By this letter we are notifying you that if any of the *Ark: Survival Evolved* source code has been used in the development of such other games, we will take the same actions to protect SWC's rights.

### *Demand To Preserve Relevant Evidence*

Given the likelihood of litigation relating to Angela Game's unauthorized use and profiting from the Infringing Game, we must ensure that all relevant evidence is retained to be used in litigation.  To that end, Angela Game, including all its affiliates, agents, managers, directors, and employees (collectively, the "Angela Game Custodians"), preserve documents and information, including all manner of electronically stored information, text messages, or voice messages, that may be relevant to SWC's claims.  The Angela Game Custodians include, at a minimum, any and all persons who were involved in any manner in the development, promotion, or distribution of the Infringing Game.

Accordingly, we hereby demand that the Angela Game Custodians take all appropriate measures to ensure the preservation of ***all documents and communications*** that constitute, refer or relate to, or mention, any or all of the following, since at least January 1, 2020 (the "Preservation Subjects"):

1. Studio Wildcard, Snail Games USA, or Suzhou Snail Digital Technology Co. Ltd.

2. Valve or Steam.

3. Angela Game's development of the Infringing Game.

4. All versions of all source code relating to the Infringing Game, and the Infringing Game's source code repository revision history.

5. Any employment agreements or other contracts between Angela Game and any person who was involved in any manner in the development or distribution of the Infringing Game.

6. All communications with any current or former employee of Studio Wildcard, Snail Games USA Inc., or Suzhou Snail Digital Technology Co. Ltd.

Angela Games
December 7, 2021 – Page 4

    7.    All agreements, including drafts, relating to the design, development, advertising, licensing, sale, hosting, storage, or other distribution or dissemination in any form of the Infringing Game.

    8.    All revenues of any sort that derived in whole or part from Angela Game's licensing, sale, or other distribution of the Infringing Game.

    9.    The server-hosting of the Infringing Game by any person or entity.

    10.    The removal or "take down" of the Infringing Game by any person or entity.

Please be advised that all Angela Game Custodians are legally obligated to preserve any and all records, information, documents, other tangible materials, and electronically stored information ("ESI") in their possession, custody, and/or control that are actually or potentially relevant or relate in any way to the Preservation Subjects. If the dispute is not resolved, we will be directing discovery to Angela Game regarding the Preservation Subjects.

This demand encompasses all types of information, including any and all information that the

Angela Game Custodians may claim is protected by the attorney-client privilege, the attorney work product doctrine, or other privileges, including all internal and external communications and all attorney-client communications.

This notice encompasses information whether created before or after the date of this letter. It includes duplicates with handwritten notations or other markings or additions. It includes hardware and electronic processing systems, even if they are replaced. It includes emails, internet web activity, and activity logs. It also includes relevant or potentially relevant information of any type that is contained in any file, drawer, or information-technology system without regard to whether such information exists elsewhere.

You should anticipate that much of the information subject to preservation obligations is stored on the Angela Game Custodians' computer systems and other media and devices (including personal digital assistants, voice messaging systems, online repositories and cell phones). The obligation to preserve requires that data on both Angela Game-owned and personally owned devices must be maintained and preserved.

By way of example (and not as an exclusive list), potentially relevant information stored electronically includes, but is not limited to:

- Digital communications (e.g., emails, texts, voice mails, instant messages such as Slack or Discord);

- Word processed documents (e.g., Word or WordPerfect documents);

Angela Games
December 7, 2021 – Page 5

- Spreadsheets and tables (e.g., Excel or Lotus 123 worksheets);

- Accounting Application Data (e.g., QuickBooks, Money, Peachtree data files);

- Image and Facsimile Files (e.g., .PDF, .TIFF, .JPG, .GIF images);

- Databases (e.g., Access, Oracle, SQL Server data, SAP);

- Contact and Relationship Management Data (e.g., Outlook, ACT!);

- Calendar and Diary Application Data (e.g., Outlook PST, Yahoo, blog tools);

- Online Access Data (e.g., Temporary Internet Files, History, Cookies);

- Presentations (e.g., PowerPoint);

- Network Access and Server Activity Logs;

- Project Management Application Data; and

- Back Up and Archival Files (e.g., .Zip, .GHO).

It is Angela Game's responsibility to preserve all relevant or potentially relevant information and materials in its possession, custody, or control regardless of location, and to ensure that the associated entities and individuals described above do the same. All Angela Game Custodians should immediately be instructed that their obligations include, but are not limited to, the following actions:

- Suspend any routine document or data destruction policies, including suspending features of any information system or device that, in routine operation, cause the loss of potentially relevant ESI;

- Preserve the content of online or browser-based e-mail accounts, mailboxes, or services (such as NetEase, QQ Mail, Sina Mail, AOL, Gmail, Yahoo Mail, etc.), including Sent, Deleted, and Archived message folders;

- Cease overwriting, erasing, destroying or discarding back up tapes or other media;

- Preserve and not dispose of relevant hardware unless an exact replica of the file (a mirror image) is made;

- Preserve and not destroy passwords, decryption procedures (and accompany software), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software;

Angela Games
December 7, 2021 – Page 6

- Refrain from deleting any emails or electronic documents, and disable any automatic system that deletes such materials;

- Refrain from throwing away any paper documents, and from destroying any part of an existing document, for example by hole-punching through text of handwriting. Ensure paper documents are stored securely where they will not suffer damage or otherwise be accidentally destroyed;

- Refrain from discarding, erasing, or otherwise reformatting any electronic device. Ensure that the data on such devices remains intact and accessible; and

- Maintain all other pertinent information and tools needed to access, review, and reconstruct any potentially relevant ESI.

Again, this preservation duty encompasses both tangible things as well as data and ESI, and the failure to preserve such materials may constitute spoliation of evidence.

\* \* \* \*

Our client is hopeful that despite its infringing and unlawful conduct to date, Angela Games will begin to conduct itself in a lawful and reasonable manner by complying with the demands set forth in this letter. If Angela Games confirms by no later than **December 9, 2021** that it will comply with all the requests set forth in this letter, and agree to further cooperate with SWC as it determines the full scope of the losses it has suffered, then we may be able to avoid litigation in the United States.

Please direct any response to my attention as follows:

> Robert M. Schwartz
> Quinn Emanuel Urquhart & Sullivan LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017
> office phone:  (213) 443-3675
> robertschwartz@quinnemanuel.com

The foregoing is not a complete statement of the facts relevant or the law governing this matter. All of SWC's rights, claims, and remedies are hereby reserved.

Very truly yours,

Robert M. Schwartz

11145-00001/13094570.1