# EXHIBIT P

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

致函人直拨号码

**(213) 443-3675**

致函人邮件地址

**robertschwartz@quinnemanuel.com**

**2021 年 12 月 7 日**

**邮件发送**

苏州安琪拉网络游戏科技有限公司

gezs@7senses.cn

bd@angelagame.com

sosohou@angelagame.com

中国（江苏）自由贸易试验区苏州片区

苏州工业园区东长路 88 号

G2 幢 8 层 809 室

**关于：要求停止并终止侵权行为以及保存帝国神话游戏相关文件的函**

敬启者：

我们代表电子游戏《*方舟：生存进化*》的开发商和出版商，Wildcard Properties LLC（经营名称为 Studio Wildcard）和蜗牛游戏美国公司（以下合称"SWC"）。

近期，我们了解到维尔福公司在其 Steam 平台提供了一款名为《*帝国神话*》（以下简称"**侵权游戏**"）的电子游戏以供用户下载。根据维尔福公司网站上关于该**侵权游戏**页面的信息显示，安琪拉游戏公司是该**侵权游戏**的开发商。

据我们调查，该**侵权游戏**在设计过程中应是从 SWC 处抄袭或窃取了商业秘密和受版权保护的源代码，而 SWC 并未授权过安琪拉游戏公司使用或者披露上述商业秘密和受版权保

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

致安琪拉游戏

2021年12月7日 – 第 2 页

护的源代码。安琪拉游戏的侵权行为已对 SWC 造成了实质性且不可挽回的损害，这一损害还将不断持续增加直至侵权行为停止。

因此。我们致函要求安琪拉游戏公司：第一，立即停止并终止任何进一步开发、宣传、下载、发行或其他利用**侵权游戏**的行为；第二，保存所有可能与未经许可销售**侵权游戏**相关的文件和物品。

*停止并终止侵权活动的要求*

SWC 早在 2015 年 6 月 2 日就已在 Steam 平台上面向 Windows 客户端发行了《*方舟：生存进化*》，随后，截至 2017 年 8 月 29 日，又相继在 Mac OS 端，Xbox One 以及 PlayStation 4 平台上发行了这款游戏。2018 年期间，SWC 还在 Nintendo Switch 和安卓 iOS 等平台发行了《*方舟：生存进化*》的额外版本。根据版权注册号 TX0008844750、TX0008850188 和 TX0008850190，《*方舟：生存进化*》的源代码受到美国版权法的保护。同时，为了源代码的保密，SWC 也采取了适当措施，包括通过劳动合同禁止 SWC 的员工将代码用于指定工作以外的任何目的，并禁止向第三方披露代码。

2020 年期间，SWC 的母公司（蜗牛游戏中国公司）中至少有不止一位曾经有权限接触《*方舟：生存进化*》源代码的员工离职前往组建安琪拉游戏公司。当《*帝国神话*》于 2021 年 11 月 18 日发行时，SWC 发现了《*帝国神话*》和《*方舟：生存进化*》之间存在大量相似之处。二者的相似程度中包含的某些特征，已经完全无法用独立开发来进行解释，比如两款游戏均使用了其他游戏中所没有的、*完全一样*的游戏机制。基于这些大量的相似之处，我们又进行了进一步的技术分析。

为了进行调查，SWC 将《*帝国神话*》的可执行文件中发现的"headers"代码与《*方舟：生存进化*》中使用的代码进行了比对。初步分析见**附件 A**。SWC 的分析证实了其此前的怀疑，即《*帝国神话*》在开发过程中使用了从 SWC 处抄袭并窃取的源代码。研究结果显示存在**数以百计**匹配的"类"、"变量"和"函数"名称。

从抄袭的性质和范围来看，这不可能是巧合。比如两款游戏均使用了几百个诸如 "bOnlyUseExpireTimeMultipliersIfActivated" 以及 "SpawnInventoryOnDestructionLifeSpan" 这样*随机*但却完全*相同*（或仅稍微重新命名过）的名称。在变量、类别和函数名称上存在如此之多的非必要相似之处，是绝不可能仅仅用"碰巧"就解释得通的。这是一起典型的版权侵权和非法窃取商业秘密事件。

我们知道安琪拉公司已在中国对**侵权游戏**进行了所谓的著作权登记，但这类登记和本次争议之间没有任何影响。在对一款游戏进行著作权登记以前，版权保护中心不会就游戏代码进行检查或者将申请登记游戏的代码与其他游戏代码的数据库进行比对来确保申请登记

致安琪拉游戏

2021年12月7日 – 第 3 页

的游戏并没有侵犯他人著作权。因此，著作权登记所确定的只是安琪拉游戏支付了一笔申请费。这与安琪拉游戏是否在使用我们客户的代码不存在任何关系。

安琪拉游戏公司的行为构成美国版权法案下的版权侵权以及美国州和联邦法律下的非法窃取商业秘密，因此需要向 SWC 承担相应的法律责任。

SWC 还将要求安琪拉游戏向 SWC 支付实质的损害赔偿金，包括其因侵权行为所获得利润、对 SWC 所遭受损失的赔偿，因故意的侵犯版权和非法窃取商业秘密行为造成的附加损害以及 SWC 所支付的律师费和其他支出。

为减少安琪拉游戏因其侵权行为而需要向 SWC 支付的赔偿额，我们在此强烈要求安琪拉游戏立即停止并终止一切进一步销售、许可、发行、展示、复制或以任何形式传播**侵权游戏**的行为。同时，我们坚持要求安琪拉游戏立即通知其所有的商业伙伴、购买者和被许可人并要求他们也必须立即停止并终止任何进一步使用或者传播**侵权游戏**的行为。

根据安琪拉游戏网站信息显示，你们还在研发其他游戏。谨借此函，我们希望通知安琪拉游戏公司，如果《*方舟：生存进化*》的任何源代码被用于其他此类游戏的研发中，我们将采取同样的行动来保护 SWC 的权利。

*保存相关证据的要求*

考虑到将来我们可能会提起对安琪拉游戏公司关于未经许可授权使用并且从**侵权游戏**中获利的诉讼，我们必须确保所有相关的证据被妥善保存以便在诉讼中使用。为实现上述目的，请安琪拉游戏公司，包括所有附属公司、代理商、经理、董事以及雇员（合称"安琪拉游戏证据保有人"），妥善保存相关文件和信息，包括所有以电子形式存储并与 SWC 的主张相关的信息、短信或是语音消息。安琪拉游戏证据保有人的范围至少包括，所有以任何形式参与过**侵权游戏**的研发、推广或发行的人员。

因此，我们要求安琪拉游戏证据保有人采取一切合理的手段来确保所有自 2020 年 1 月 1 日以来符合、涉及或关于、提及任何或者全部下列 10 项内容的全部文件和往来通信被妥善保管（以下称"保存对象"）

    1.    Studio Wildcard，蜗牛游戏美国公司，或苏州蜗牛数字科技股份有限公司。

    2.    维尔福公司或 Steam.

    3.    安琪拉游戏关于**侵权游戏**的研发。

致安琪拉游戏

2021年12月7日 – 第 4 页

4. 所有关于**侵权游戏**的所有版本的源代码以及**侵权游戏**源代码数据库的修改历史。

5. 安琪拉游戏与参与过**侵权游戏**的任何开发和发行人员之间签订的任何劳动合同或者其他合同。

6. 所有与现就职于或曾就职于 Studio Wildcard，蜗牛游戏美国公司，或者苏州蜗牛数字科技股份有限公司雇员的通信记录。

7. 所有与**侵权游戏**的设计、开发、广告、许可、销售、托管、存储或其他任何形式的发行或传播有关的协议（包括草拟过程中形成的文件）。

8. 所有安琪拉游戏因全部或部分由许可、销售或者其他发行**侵权游戏**产生的任何种类的收入。

9. 任何个人或实体对**侵权游戏**的服务器托管。

10. 由任何个人或实体移除或者"下架"**侵权游戏**的相关内容。

请注意，所有安琪拉游戏证据保有人都负有保存现处于其所有、保管和/或控制状态下一切与保存事项实际或者潜在相关的所有记录、信息、文件、其他实体材料以及电子储存的信息的法律义务。如果争议最终没有得到解决，我们将计划向安琪拉游戏提出关于保存事项的证据开示。

该项要求涵盖了所有种类的信息，包括所有安琪拉游戏公司可能主张受律师客户特权、律师工作成果原则或者其他特权保护的信息，以及所有内部和外部往来通信、律师和客户之间往来通信的信息。

该项通知涵盖了发生在本函出具日期之前或之后形成的信息，其中包括带有手写符号或者其他标记或新增内容的副本；包括硬件和电子处理系统，即使他们已经被替换；包括邮件，互联网活动以及活动日志；还包括在任何文件夹、抽屉或是信息技术系统中容纳的相关或者潜在相关的所有种类的信息，无论这些信息是否还存在于别处。

安琪拉游戏公司应当预见到多数受保存义务保护的信息不仅存在于安琪拉游戏证据保有人的电脑系统上，也存在于其他媒体和设备（包括个人数码助手，语音消息系统，线上数据库和手机中）。保存义务要求安琪拉游戏公司所有的设备以及个人所有的设备都应该被妥善保存。

举例来讲（不完全列举），以电子方式存储的潜在相关的信息包括但不限于：

致安琪拉游戏

2021年12月7日 – 第 5 页

- 数字化形式的往来通信（比如，电子邮件、短信微信、语音留言、Slack 或 Discord 上的即时信息）；

- Word 处理的文件（比如 Word 或者 WordPerfect 文档）；

- 表格和图格（比如，Excel 或者 Lotus123 的工作表）；

- 会计应用的数据（比如，QuickBooks、Money、Peachtree data files）；

- 图片和传真文件（比如，以.PDF、.TIFF、.JPG、.GIF 为后缀的图片文件）

- 数据库（比如，Access、Oracle、SQL 服务器数据、SAP）；

- 联系人以及关系管理的数据（比如，Outlook 和 ACT!）；

- 日历以及日记应用的数据（比如，Outlook PST、雅虎、博客类的应用）；

- 线上获取的数据（比如，临时网络文件、历史记录、浏览器缓存）；

- 展示讲解文件（比如，PPT）；

- 网络访问和服务器活动日志；

- 项目管理应用数据；以及

- 备份和归档文件（比如，以.Zip、.GHO 为后缀的文件）

安琪拉游戏公司负有义务保存所有处于其所有、保管或控制下的所有相关或潜在相关的信息和材料，不论这些信息所在的地点，并且有义务保证其上述关联实体和个人尽到相同的责任。所有安琪拉游戏证据保有人应当立即被告知其应负的责任，包括但不限于以下行动：

- 中止所有日常文件或数据删除政策，包括暂停所有信息系统或设备在日常运行中可能会造成潜在相关的电子存储信息丢失的功能；

- 保存一切线上或以浏览器登陆的电子邮件账户、邮箱或服务中形成的内容（比如，网易、QQ 邮箱、新浪邮箱、AOL、谷歌邮箱、雅虎邮箱等），包括已发送的、删除的和消息存档文件夹中的内容。

致安琪拉游戏

2021年12月7日 – 第 6 页

- 停止覆盖、擦除、销毁或遗失备份磁带或其他媒体形式载体文件；

- 妥善保管且未经对文件的精确复制不得处置文件所在相关硬件设备；

- 妥善保管且不得破坏密码、解密程序（及其相关软件）、网络访问密码、账号名称、守则、教程、书面指引，解压或者重新编程软件；

- 禁止删除任何邮件或者电子文档，关闭所有能够自动删除这些材料的系统；

- 禁止丢弃任何纸质文件以及销毁任何现存文件的任何部分，例如在书写文字部分打孔。确保纸质文件被妥善保管在他们不会遭受损坏或其他意外损毁的地方。

- 禁止丢弃，删除或者修改任何电子设备的格式。确保这些设备上的资料保持完整并可供查阅；并且

- 保留所有其他关键信息和以及需要借助来查看、审阅以及重组任何相关电子存储信息的工具。

再次提示，上述保存义务涵盖实体物品以及数据和电子存储信息，同时，如未履行此类材料保存义务会构成美国法下的妨碍证据责任。

\* \* \* \*

尽管有安琪拉游戏公司迄今为止发生的侵权和非法行为，我们客户依旧希望安琪拉游戏公司能够开始采取合法且合理的手段妥善遵守本函中对安琪拉游戏公司提出的要求。如果安琪拉游戏公司在 2021 年 12 月 9 日前能够确认其将遵守本函中对其提出的所有要求，且同意进一步配合 SWC 确认 SWC 所遭受损失的完整范围，那么我们可能能够避免在美国的诉讼。

您可以按照下列联系方式随时进行回复：

> Robert M. Schwartz
> Quinn Emanuel Urquhart & Sullivan LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017
> 电话: (213) 443-3675
> robertschwartz@quinnemanuel.com

致安琪拉游戏

2021年12月7日 – 第 7 页

上述内容并不构成对本案相关事实或法律的完整陈述。SWC 在此保留所有的权利、主张和救济措施。

此致，

Robert M. Schwartz