RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
ROBBY S. NAOUFAL (SBN 302148)
robby.naoufal@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

JAMES W. DABNEY (*pro hac vice* pending)
james.dabney@hugheshubbard.com
JAMES R. KLAIBER (*pro hac vice* pending)
james.klaiber@hugheshubbard.com
LYNN M. RUSSO (*pro hac vice* pending)
lynn.russo@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1 Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

ROY LIU (pro hac vice pending)
Roy.Liu@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., 5th floor
Washington DC 20006 2401
Telephone: (202) 721-4621
Facsimile: (202) 721-4646

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD., a Chinese Corporation, and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED, a Hong Kong Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC., a California Corporation, and WILDCARD PROPERTIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 2:21-cv-9552-CAS-SK<br><br>**DECLARATION OF YANG LI PING**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

1.    My name is Yang Li Ping.  My business address is Floor 8, Building G2, No. 88 Dongchang Road, Suzhou, China, 215000.  I am employed by Suzhou Seven Senses Game Co. Ltd. as its Chief Technical Officer.  Suzhou Seven Senses Game Co. Ltd. is the immediate corporate parent of Suzhou Angela Online Game Technology Co. Ltd., the first named Plaintiff in this action.  Since April 2019, I have been directly involved in the development, testing, maintenance, and updating of computer software that supports the *Myth of Empires* videogame. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would competently testify thereto.

2.    Prior to April 2019, I was employed by a company named Suzhou Snail Digital Technology Co. ("Suzhou Snail").  Suzhou Snail was and is engaged in the development of videogame products in China.

3.    Prior to April 2019, Suzhou Snail videogame source code was stored on servers that could only be accessed by certain workstations in a secure environment (the "Secure Workstations").

4.    The Secure Workstations were not in communication with the Internet or with any other external communications network.

5.    The Secure Workstations did not permit data to be transferred onto a "thumb" drive or any other type of portable memory storage device.

6.    The Secure Workstations ran real-time monitoring software that recorded all actions taken at those workstations.

7.    I at no time copied or transferred any *Ark: Survival Evolved* game source code onto any "thumb" drive or any other type of portable memory storage device.

8.    I am not aware of any way that *Ark: Survival Evolved* game source code could have been copied or transferred onto a "thumb" drive or any other type of portable memory storage device given the security measures that Suzhou Snail had in place to prevent any such copying or transfer when I was employed there.

9.    I never had possession of any physical copy of *Ark: Survival Evolved* game source code in any form.

10.    I never transferred or communicated any copy of *Ark: Survival Evolved* game source code to any person.

11.    I have reviewed and had read to me portions of the English language court paper dated December 20, 2021, whose title begins "Answer, Affirmative Defenses, Counterclaims, and Third-Party Complaint" (the "SWC Answer").

12.    Paragraph 4 of the SWC Answer includes the statement, "this employee copied the code." Insofar as this allegation refers to me, I deny it.

13.    I am familiar with the C++ computer programming language. C++ is an "object-oriented" programming language, meaning that a C++ program will contain "class," "variable," and "function" names associated with logically-related instruction sets and data structures which collectively form an "object."

14.    The names of variables, classes, or functions in C++ code do not describe, at all, how a software object's tasks or functions are actually realized.

15.    Angela Game is continuously improving and working to add features to its *Myth of Empires* product."

16.    Angela Game has issued several "maintenance and patch notes" for *Myth of Empires* since that game's commercial launch on November 18, 2021. Copies of several of these are reproduced as Exhibit 1.

17.    The updates described in Exhibit 1 were, in each instance, the result of ongoing commercial improvement and development efforts.

18.    Paragraph 10.d of the SWC Answer includes the statement, "Angela had no reason to do this, other than to erase evidence of its misconduct." Insofar as this statement refers to the software updates identified in Exhibit 1, it is false.

19.    *Myth of Empires* is configured to inter-operate with a third-party "anti-cheat" software tool called "BattlEye." The application programming interface ("API") for BattlEye is published by the tool's developer. A substantial number of variable and

function names that were cited in the December 1, 2021, letter to Valve Corp. d/b/a Steam (the "Valve Letter"), including "BEServer.h" and "BEClient.h", are names of files provided by the publisher of BattlEye for inclusion in a game's software code to enable communication with BattlEye. These names and interfaces must be used, and in relatively fixed places in the game, when BattlEye is used in a game. This content is reflected in log messages found in *Myth of Empires* and reflects use of BattlEye API's.

20.     *Myth of Empires* is equipped with the Themida® technology described at https://www.oreans.com/Themida.php. Themida® is an anti-hacking technology. It is included in *Myth of Empires* to prevent players from cheating. The design of the *Myth of Empires* code is such that it provides excellent end-user experience with no noticeable loss of performance due to the presence of the Themida® code.

21.     Angela Game has preserved every version or release of *Myth of Empires* that has existed since November 18, 2021.

22.     The source code for *Myth of Empires* is more than 800,000 lines long. It would take months for a skilled person, or even a team of skilled persons, to review the entire *Myth of Empires* source code and form a judgment as to how it compares with another videogame's source code.

23.     I am highly confident that, if it were to be undertaken, a review of the complete *Myth of Empires* source code and the complete *Ark: Evolution Source* code would demonstrate that their implementing code instruction sets are very different from one another, and that the presence in both codes of similar or identical variable, class, or function name reflects that both codes implement multi-player videogames whose game functions and related source code objects are conveniently referred to by similar or identical descriptive names.

I, YANG LI PING, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 23, 2021

楊利平

# EXHIBIT 1



**2021 Dec. 10th Maintenance and Patch Notes**

**Posted Sat, December 11**

Dear Players,

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss. The following updates are expected after the maintenance:

1. Added new items: War Elephant Armor and War Rhino Armor

2. Now the county location will be shown on the subordinate panel once mounts and warriors are put into the Guild Depot.

3. Added notes for the "Crown New Lord" panel.

4. Fixed the situation where crafting two steel arrows will be counted as one during the quest.

5. Fixed the client crash caused by dismantling a metal roof.

6. Increased the durability of one-handed weapon by 33% and two-handed weapon by 15%.

7. Fixed the situation where the effective time of the ice container and cart-mounted ice container display abnormally.

8. Optimized some scenes where the terrain displays abnormally on the world map.

9. Reduced the required materials for crafting Kerosene Rack and Kerosene Jar.

10. Adjusted the movement penalty for characters using light armor suit scroll.

11. Fixed the situation where the player cannot unlock Guild Tech when riding a horse.

12. Optimized the icon of Guild Building on the map.

13. Now only the magistrate's guild can open the mint bench.

14. Fixed the situation where the cold, heat, and miasma status become invalid in the cold areas, hot areas, and swamps.

15. Now buildings within the effective range of the boundary marker won't be attacked by thralls.

16. Fixed the situation where the durability of boundary marker is abnormal.

17. Now each Fair Panel page will show thirty columns instead of ten.

18. Fixed the situation where players cannot put items on some fields.

19. Fixed the situation where the performance of some crops is abnormal due to the buff added by the player's talents.

20. Now pressing [F10] twice will block all the incoming information and only show the in-game display.

21. Fixed the situation where the warrior in the warrior camp being dismissed is still shown as being assigned.

22. Fixed the situation where the tamed warrior's HP regeneration fails

23. Optimized the situation where warriors recovering from torpor state can't stand normally when the FPS falls too low.

24. Fixed the situation where the players issuing wages to the warriors in the warrior camp will cause the abnormal display of warrior's loyalty.

25. Now you won't get copper coins by completing the side quest – retrieve the lost

26. Optimized the alighting point of cart and wagon in case where the vehicle is stuck in the walls.

27. Adjusted the cooldown of common building repair to 60 seconds, defensive wall repair to 180 seconds.

28. Fixed the situation where the building's durability was restored too soon during repair.

29. Adjusted the cooldown of Cheval de fries repair to 60 seconds.

30. Now you can directly change the Building Owner and Guild Language.

31. Adjusted the thickness of the Guild Building's frame from 0 to 15.



32. Now there will be no upper limit to the number of Guild Positions.

33. Now the effective range for players to interact with Guild Depot is expanded.

34. Fixed the situation where the warriors assigned to the Stable can't finish their job.

35. Now the upper limit of the number of common planters you can build is increased to 10, and exclusive planters are increased to 5.

36. Fixed the situation where the horse talent – Stability is invalid.

37. Fixed the situation where assigning warriors to the animal farm to feed animals will cause animals' mood to swing.

38. Adjusted the weight of small trap to 2, and weight of caught fox and rabbit to 5.

39. Fixed the situation where the maneuverability of horses in the Fair is displayed abnormally.

40. Optimized some settings of Horse Mating

Private Server related:

1. Fixed the situation where the adjustment of Life Force Multiplier does not affect the second-generation horses.

2. Fixed the situation where the guild members have no limit.

Thank you for your support and understanding.

The Myth of Empires Team



**2021 Dec. 9th Maintenance and Patch Notes**

**Posted Thu, December 9**

Dear Players,

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.

his maintenance is expected to optimize the game lag and fix some issues performance wise.

Thank you for the support and understanding!

We will keep on updating the game, and make it better! Thank you for all the support!

Please do not hesitate to leave your feedback and game-related issues on our bug report channel here; or join the Myth of Empires Discord server: https://discord.gg/mythofempires, our team will be there to assist you asap!


The Myth of Empires Team



**2021 Dec. 8th Maintenance and Patch Notes**

**Posted Wed, December 8**

Dear Players,

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss. The following updates are expected after the maintenance:

1.Fixed the situation where clicking "Crown New Lord" is invalid.

2.Optimized the function of issuing command F1 to move the warrior.

3.Fixed a bug causing no refresh after completing the daily quest.

4.Fixed the situation where the horse states will be abnormal after cross-server teleported players destroyed the guild depot.

5.Optimized the situation where players can be stuck in some places on the world map.

6.Optimized the scene performance when the character hits the tree. This optimization will pave the way for our upcoming Tree House.


Private Server related:

1.A new setting bar is now added to the GM board where you can set the limit of personal activity points in the guild.

2.Added a new parameter for the configuration tool: Max Guild Activity Points Multiplier.


We will keep on updating the game, and make it better! Thank you for all the support!

Please do not hesitate to leave your feedback and game-related issues on our bug report channel here; or join the Myth of Empires Discord server: https://discord.gg/mythofempires, our team will be there to assist you asap!


The Myth of Empires Team



**2021 Dec.6th Maintenance and Patch Notes**

**Posted Mon, December 6**

Dear Players,

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 30 mins. Please get ready to log off to avoid unnecessary loss. This maintenance is expected to optimize the game lag and fix some issues performance wise.

Thank you for the support and understanding!

We will keep on updating the game, and make it better! Thank you for all the

support!

Please do not hesitate to leave your feedback and game-related issues on our bug report channel here; or join the Myth of Empires Discord server: https://discord.gg/mythofempires, our team will be there to assist you asap!

The Myth of Empires Team



**2021 Dec.3rd Maintenance and Double EXP Coming Soon**

**Posted Fri, December 3**

All servers will be down for maintenance at 11 pm UTC. The maintenance is

expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.

Meanwhile, players can enjoy double EXP in game from Dec. 4th 8:00 am UTC to

Dec. 5th 8:00 am UTC.

The following updates are expected after the maintenance:


1. Optimized the long time loading the game

2. Fixed some issues related to NPC auto-navigation function

3. Fixed the Password Authentication Error for a few players logging into the game

4. Optimized the auto-snap function

5. Optimized the performance of Cheval de frise

6. Optimized the binding point of some buildings

7. Now you can remove the item listed on Fair only in the county where it is listed

8. Now each page will show 10 fairs instead of 18

9. Fixed some bugs related to the daily quest

10. Fixed some bugs causing the notification of "Too close to the enemy building" when placing a big animal pen

11. Optimized the riding position of elephant and rhino

12. Now the crafting materials required for wooden defensive wall, wooden gate, wooden gateway is increased by three times

13. Fixed some bugs causing the abnormal display of rubble in southwestern mountains

14. Fixed some bugs causing items floating in the air and abnormal displays in some terrains

15. Fixed the abnormal display of boundary markers' durability

16. Now you don't need to assign a warrior to the watchtower which can automatically shoot arrows, and its damage will increase according to your character's siege proficiency

17. Fixed the situation where the weight of untamed warriors on the cart won't be counted into the carry weight

18. Adjusted the world level of battle servers to Lv.20

Private Server related:

1. Fixed the invalid multiplier setting for Notoginseng's refresh frequency

Thanks for the support and understanding!

We will keep on updating the game, and make it better! Thank you for all the support!

Please do not hesitate to leave your feedback and game-related issues on our bug report channel here; or join the Myth of Empires Discord server: https://discord.gg/mythofempires, our team will be there to assist you asap!

The Myth of Empires Team





**2021 Dec.1st Maintenance and Patch Notes**

**Posted Thu, December 2**

Dear MOE Players,

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 30 mins. Please get ready to log off to avoid unnecessary loss. The following updates are expected after the maintenance:

1. Fixed a bug where you can build a large animal pen near the opponent's building.

2. Fixed a bug where a dead guild member being kicked out can still use the guild

tech.

3. Now you can't put merchant's products into the cart for cross-server teleport.

4. Now the in-game description for the rabbit catching quest is more succinct and more precise.

5. Optimized the map and fixed some cases where items are floating in the air.

6. Fixed some cases where players can't learn Art of Improvement - Binge Eating.

7. Now the auto repair's time interval of Crafter's Bench is raised from 600s to 3600s.

8. Now the multiplier of the large building's durability is raised from 2 to 3.5, EXP and crafting time raised from 1 to 3.5.

9. Now the magistrate and his guild members can control the outer defensive wall of his county.

10. Optimized the start time of Fortress Battle in European Servers.

11. Updated the translation contributed by community volunteers. (By Nov. 30th)

Thank you for the support and understanding!

We will keep on updating the game, and make it better! Thank you for all the support!

Please do not hesitate to leave your feedback and game-related issues on our bug report channel here; or join the Myth of Empires Discord server: https://discord.gg/mythofempires, our team will be there to assist you asap!

The Myth of Empires Team



REGULAR UPDATE - 12:39 AM
【2021 Dec. 10th】Maintenance and Patch Notes

Dear Players, All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Dec. 9th】Maintenance and Patch Notes

Dear Players, All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Dec. 8th】Maintenance and Patch Notes

Dear Players, All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Dec. 6th】Maintenance and Patch Notes

Dear Players, All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 30 mins. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Dec. 3rd】Maintenance and Double EXP Coming Soon

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Dec. 1st】Maintenance and Patch Notes

Dear MOE Players, All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 30 mins. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Nov. 29th】Maintenance and Patch Notes

All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 1 hour. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Nov. 26th】Maintenance and Patch Notes

Dear MOE Players, All servers will be down for maintenance at 11 pm UTC. The maintenance is expected to last for 30 minutes. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Nov. 24th】 Maintenance and Patch Notes

Dear MOE Players, All servers will be down for maintenance at 11 pm UTC(3 pm PST). The maintenance is expected to last for 30 minutes.



REGULAR UPDATE
【2021 Nov. 23th】 Maintenance and Patch Notes

Dear MOE Players, All servers will be down for maintenance at 3 pm PST. The maintenance is expected to last for 30 minutes. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
【2021 Nov. 22nd】 Maintenance and Patch Notes

Dear MOE Players, Scheduled maintenance for all official servers of Myth of Empires is planned during PST Nov.22, 3:00 pm – 4:00 pm. Please arrange your time accordingly.



REGULAR UPDATE
【2021 Nov. 20th】 Maintenance and Patch Notes

All servers will be down for maintenance in approx. 2 hours. The maintenance is expected to last for 30 minutes. Please get ready to log off to avoid unnecessary loss.



REGULAR UPDATE
[Patch Note 1120] Frequently reported bug fixes

Dear MOE players, MOE will undergo maintenance for an update, all servers will be down for maintenance in approx 3 hours, lasting for around 30 minutes.



REGULAR UPDATE
[Patch Note 1119] Fixed game launch issue and other bug fixes :)

Fixed. 1. Failure to launch because of NVIDIA GeForce Now (splash screen crash) 2. Two additional problems that can cause the game to crash 3.



REGULAR UPDATE
[Patch Note 1119] Fixed client crash bug, custom server tool optimized

Patch Note 1119 Fixed some issues causing the forced termination upon launching the game. 1. Fixed the issue of client-side failure caused by a null pointer in playing montage. 2.