# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD., a Chinese Corporation, and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED, a Chinese Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC., a California Corporation, and WILDCARD PROPERTIES LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 2:21-cv-9552-CAS (SKx)<br><br>[Assigned to the Hon. Christina A. Snyder]<br><br>**JOINT ORDER APPOINTING EXPERT PURSUANT TO FEDERAL RULE 706** |
| SNAIL GAMES USA INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD; and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Counterclaim Defendants, | |

SNAIL GAMES USA INC.,

        Third Party Plaintiff,

   vs.

TENCENT CLOUD LLC,

        Third Party Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having reviewed the parties' statements concerning proposed independent experts for source code comparison, having considered the record in this case, having heard argument on March 7, 2022, and good cause appearing, pursuant to Federal Rule of Evidence 706, hereby issues the following Order:

1. Subject to his acceptance of this appointment, Robert Zeidman is hereby appointed as this Court's Rule 706 Neutral Expert in the area of source code comparison.

2. To enable Mr. Zeidman to determine whether he wishes to accept this appointment, and to determine whether he has any ethical conflicts that may prevent him from fulfilling his duties as a neutral expert, attached as exhibits hereto are true and correct copies of the following pleadings on file in this case: Plaintiffs' December 9, 2021 Complaint and related exhibit (Exhibit A) and Defendants' December 20, 2021 Answer, Affirmative Defenses, Counterclaims, and Third-Party complaint with related exhibits (Exhibit B).

3. Mr. Zeidman should not accept this appointment unless he is free and clear of ethical conflicts. For the avoidance of doubt, nothing in this paragraph is intended to discourage or preclude Mr. Zeidman from reviewing other filings made in this litigation, including public filings made in connection with the preliminary injunction proceedings.

4. The Court requests that Mr. Zeidman determine whether he may, and wishes to, accept this appointment within ten (10) days of the issuance of this Order. If the Court and the Parties do not hear from Mr. Zeidman within ten days, they shall understand that he has declined the appointment. The ten day acceptance period may be extended upon request and for good cause.

/ / /
/ / /
/ / /
/ / /

5. If Mr. Zeidman accepts the appointment:

    a. He shall notify the Parties of his acceptance by contacting Rita M. Haeusler at rita.haeusler@hugheshubbard.com and Robert M. Schwartz at robertschwartz@quinnemanuel.com;

    b. As part of any communication accepting this appointment, Mr. Zeidman shall also notify the Parties and the Court as to whether he is free and clear of any ethical conflicts that may prevent him from fulfilling his duties in connection with this litigation;

    c. The scope of Mr. Zeidman's duties will be determined in further proceedings;

    d. Mr. Zeidman will be authorized to retain reasonable staff assistance as necessary to effectuate his duties;

    e. Mr. Zeidman and any reasonable staff shall receive reasonable compensation at their standard hourly rates and reimbursement of all reasonable expenses incurred by them in performing their duties; and

    f. These fees and expenses shall be paid promptly by the Plaintiffs and Defendants, in equal amounts (subject to consideration of a revised allocation when Third Party Defendant Tencent Cloud Services appears in the case), provided that, at the conclusion of the case, the costs borne by the prevailing party shall be included in the final judgment as part of the costs of this action.

IT IS SO ORDERED.

Dated: March 9, 2022

*Christina A. Snyder*
Honorable Christina A. Snyder
U.S. District Court Judge

Lodged By:

RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
ROBBY S. NAOUFAL (SBN 302148)
robby.naoufal@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800

JAMES W. DABNEY (admitted *pro hac vice*)
james.dabney@hugheshubbard.com
JAMES R. KLAIBER (admitted *pro hac vice*)
james.klaiber@hugheshubbard.com
LYNN M. RUSSO (admitted *pro hac vice*)
lynn.russo@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1 Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000

ROY LIU (admitted *pro hac vice*)
Roy.Liu@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., 5th floor
Washington DC 20006 2401
Telephone: (202) 721-4621

Attorneys for Plaintiffs and Counter-Defendants


ROBERT M. SCHWARTZ (Bar No. 117166)
robertschwartz@quinnemanuel.com
DANIEL C. POSNER (Bar No. 232009)
danposner@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

MICHAEL LAFOND (Bar No. 303131)
michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone: (650) 801-5000

Attorneys for Defendants, Counter-Claimants and Third-Party Plaintiff