RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
ROBBY S. NAOUFAL (SBN 302148)
robby.naoufal@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

JAMES W. DABNEY (admitted *pro hac vice*)
james.dabney@hugheshubbard.com
JAMES R. KLAIBER (admitted *pro hac vice*)
james.klaiber@hugheshubbard.com
LYNN M. RUSSO (admitted *pro hac vice*)
lynn.russo@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1 Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

ROY LIU (admitted *pro hac vice*)
Roy.Liu@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., 5th floor
Washington DC 20006 2401
Telephone: (202) 721-4621
Facsimile: (202) 721-4646

Attorneys for Plaintiffs and Counterdefendants
SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and
IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD., a Chinese Corporation, and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED, a Hong Kong Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC., a California Corporation, and WILDCARD PROPERTIES LLC, a Florida Limited Liability Company,<br><br>Defendants.<br><br>AND COUNTERCLAIMS | Case No. 2:21-cv-9552-CAS (SKx)<br><br>Related Case: 2:22-cv-02009-CAS-SK<br><br>[Assigned to the Hon. Christina A. Snyder]<br><br>**NOTICE OF ORDER SETTING PROCEDURE FOR NEUTRAL EXPERT SOURCE CODE REVIEW** |

1  PLEASE TAKE NOTICE that on April 25, 2022, the Court issued the attached
2  Order Setting Procedure for Neutral Expert Source Code Review. In accordance with
3  the Court's Order, the parties are also providing Mr. Zeidman with a copy of
4  Defendants and Counterclaimants Snail Games USA Inc. and Wildcard Properties,
5  LLC's Objections and Responses to Plaintiffs' First Set of Interrogatories.

DATED: April 25, 2022

RITA M. HAEUSLER
ROBBY S. NAOUFAL
JAMES W. DABNEY (admitted *pro hac vice*)
JAMES R. KLAIBER (admitted *pro hac vice*)
LYNN M. RUSSO (admitted *pro hac vice*)
ROY LIU (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP

By: /s/ Rita M. Haeusler
           Rita M. Haeusler
    Attorneys for Plaintiffs and Counterdefendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:21-cv-9552-CAS (SKx)                                   Date: April 25, 2022

Title   Suzhou Angela Online Game Tech. Co, Ltd, et al. v. Snail Games USA Inc., et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

|  Connie Chung  | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  
None present

Attorneys Present for Defendants:  
None present

**Proceedings:**   (IN CHAMBERS) **ORDER SETTING PROCEDURE FOR NEUTRAL EXPERT SOURCE CODE REVIEW**

    Having reviewed the parties' Joint Report Re Neutral Expert Protocol (ECF 88), the Court enters the attached Procedure for Court-Appointed Expert's Source Code Comparison in accordance with the District Court's order and appointment of a neutral expert under Federal Rule of Evidence 706 (ECF 80).

    The hearing scheduled for this matter on April 27, 2022 is vacated. The parties are ordered to provide a copy of this order and the attached Procedure to the Neutral immediately upon receipt.

    **IT IS SO ORDERED.**

cc: Chambers of Judge Snyder

**PROCEDURE FOR COURT-APPOINTED EXPERT'S SOURCE CODE COMPARISON**

On March 9, 2022, the Court appointed Robert Zeidman as a neutral expert on source code comparisons (the "Neutral"), pursuant to Federal Rule of Evidence 706. (ECF 80). This order outlines the procedure for the Neutral's source code comparison.

1. **Party Deliverables.**[1] The Parties will make the following deliverables (the "Party Deliverables") available to the Neutral no later than seven calendar days from this order:

    a. **Plaintiffs' Deliverables.** Plaintiffs shall provide the Neutral with (1) Plaintiffs' Subversion repository for Myth of Empires ("MoE"), and (2) an identification of the specific version of MoE within Plaintiffs' MoE Subversion repository that is capable of being compiled into the executable file for MoE that was available from Valve Corporation's Steam platform (the "MoE Source Code") on November 18, 2021.

    b. **Defendants' Deliverables.** Defendants shall provide the Neutral with (1) Defendants' Subversion repository for Ark: Survival Evolved ("Ark") and Atlas, (2) Defendants' complete responses to Plaintiffs' First Set of Interrogatories, including all exhibits thereto, which responses include an identification of the specific code branches and revisions that correspond to the copyrights and trade secrets asserted in this litigation, as well as an identification of third party code found within the same code files, and (3) a copy of the "diff" files that have been made available for inspection at the offices of Defendants' outside counsel, which diff files are referenced in Defendants' responses to Plaintiffs' First Set of Interrogatories.

2. **Validating the Party Deliverables.** The Neutral shall use commercially reasonable and technically appropriate methods, as well as the interrogatory responses produced by Defendants, to verify and validate the Party Deliverables, including a verification that the delivered code repositories are complete, within 10 calendar days of receiving the Party Deliverables.

3. **Source Code Comparison.** After the Neutral has validated and verified the Party Deliverables and provided notice of same in writing to the Parties and the Court, the Neutral shall have 30 calendar days to conduct the following comparison and evaluation of the source code produced by the Parties using commercially reasonable and technically appropriate methods. These tasks shall include:

    a. The filtering out any third-party code, as identified in Defendants' responses to Plaintiffs' First Set of Interrogatories, including all exhibits thereto and the diff files produced by the Defendants (the "Third-Party Source Code Filtration").

    b. After the Third-Party Source Code Filtration, a literal and non-literal comparison of each version of the Ark and Atlas source code identified in Defendants' response to Plaintiffs' Interrogatory No. 5 with Plaintiffs' November 18, 2021 MoE Source Code (the "Ark/MoE Comparison").

    c. An evaluation of whether, in the Neutral's opinion, the results of the Ark/MoE Comparison indicates that Plaintiff's November 18, 2021 MoE Source Code includes any literal copying of source code from any version of the Ark and Atlas source code identified in Defendants' response to Plaintiffs' Interrogatory No. 5.

---

[1] Nothing in this order affects, compels, or prevents the parties' independent exchange of source code(s) for review by their respective party experts. (ECF 88 at 3).

    d. An evaluation of whether, in the Neutral's opinion, the results of the Ark/MoE Comparison indicates that Plaintiff's November 18, 2021 MoE Source Code includes any non-literal copying of the (i) structure, (ii) sequence, (iii) organization, or (iv) menu structures from any version of the Ark and Atlas source code identified in Defendants' response to Plaintiffs' Interrogatory No. 5. This evaluation shall not compare or examine, however, either the User Interface or Screen Displays, unless later stipulated by the parties or ordered by the Court.

4. **Certificate of Completion and Report to Court.** Upon the Neutral's completion of the Ark/MoE Comparison, the Neutral shall certify to the Parties and the Court in writing that he has completed those tasks. Within 21 calendar days thereafter, the Neutral shall provide his findings to the Parties in a draft written report. Within seven calendar days thereafter, the Parties shall provide to the Neutral in writing any questions they may have regarding the Neutral's draft written report. The Neutral shall then have 14 additional calendar days to prepare and submit a final written report to the Parties and the Court. During that 14-day, the Neutral may conduct any follow-up discussions with the Parties regarding their questions (subject to the limits of paragraph five below). The Neutral may also perform additional code comparison and analysis during that period as the Neutral sees fit in order to complete his final written report.

5. **No Ex Parte Communications.** All Parties shall be notified by the Court of any ex parte communications between the Neutral and the Court. At no time before the entry of final judgment in this case shall the Neutral communicate with any Party outside the presence of all Parties. Any communications between the Parties and the Neutral shall be initiated initially through email to all counsel of record, following which telephonic, video, or in-person discussions may take place provided that all Parties are represented therein.

For good cause shown, either the Parties or the Neutral may request or stipulate in writing for modifications to this order, including its deadlines, provided that nothing in such request or stipulation will conflict or interfere with the District Court's scheduling order.

    IT IS SO ORDERED.

Dated: <u>April 25, 2022</u>

                                                                     Steve Kim
                                                                    U.S. Magistrate Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, 9th Floor, Los Angeles, California 90067-4620.

On April 25, 2022, I served the foregoing document(s) described as **NOTICE OF ORDER SETTING PROCEDURE FOR NEUTRAL EXPERT SOURCE CODE REVIEW** as follows:

> Robert Zeidman
> Bob@ZeidmanConsulting.com
> Zeidman Consulting
> 10981 Willow Valley Court
> Las Vegas, NV  89135

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** I caused a true copy of the document to be sent to the person(s) at the email address(es) as listed above on the above-mentioned date and the transmission appeared to be successful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 25, 2022, at Los Angeles, California.

*Catherine Ryan*
———————————————
Catherine Ryan