RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
ROBBY S. NAOUFAL (SBN 302148)
robby.naoufal@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

JAMES W. DABNEY (*pro hac vice*)
james.dabney@hugheshubbard.com
JAMES R. KLAIBER (*pro hac vice*)
james.klaiber@hugheshubbard.com
EMMA L. BARATTA (*pro hac vice*)
emma.baratta@hugheshubbard.com
LYNN M. RUSSO (*pro hac vice*)
lynn.russo@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1 Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

ROY LIU (*pro hac vice*)
roy.liu@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., 5th Floor
Washington, DC 20006 2401
Telephone: (202) 741-4938
Facsimile: (202) 729-4798

Attorneys for Plaintiffs and Counter-defendants
SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and
IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC,<br><br>Defendants.<br><br>_____<br><br>AND COUNTERCLAIMS | CASE NO. 2:21−CV−09552 CAS (SKx)<br>Related Case: 2:22-cv-02009-CAS-SK<br><br>[Assigned to the Hon. Christina A. Snyder]<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND COUNTER-DEFENDANTS SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. AND IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED**<br><br>Date:   August 15, 2022<br>Time:   10:00 a.m.<br>Place:  Ctrm. 8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on August 15, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8D of the United States District Court for the Central District of California, located at 350 W. First Street, 8th Floor, Los Angeles, CA 90012, before the Honorable Christina A. Snyder, Hughes Hubbard & Reed LLP ("HHR") will move to be relived as the attorneys of record for Plaintiffs and Counter-defendants Suzhou Angela Online Game Technology Co., Ltd. and Imperium Interactive Entertainment Limited in this action pursuant to Local Rule 83-2.3.4 of the United States District Court for the Central District of California and Rule 1.16(b) of the ABA Model Rules of Professional Conduct.

This motion is made on the grounds of non-payment of attorneys' fees and costs by the Plaintiffs, and is supported by this Notice, the accompanying Memorandum of Points and Authorities, and the Declaration of Tao Shi, filed contemporaneously herewith, the papers and pleadings on file in this action, and the argument and other evidence to be presented at the hearing of this matter.

DATED:  July 13, 2022

RITA M. HAEUSLER
ROBBY S. NAOUFAL
JAMES W. DABNEY (*pro hac vice*)
JAMES R. KLAIBER (*pro hac vice*)
EMMA L. BARATTA (*pro hac vice*)
LYNN M. RUSSO (*pro hac vice*)
ROY LIU (*pro hac vice*)
HUGHES HUBBARD & REED LLP

By: /s/ Rita M. Haeusler
Rita M. Haeusler
Attorneys for Plaintiffs and Counterdefendants
SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED