QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
Moon Hee Lee (Bar No. 318020)
moonheelee@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Michael LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone: (650) 801-5000

*Attorneys for Defendants and Counterclaimants,*
SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZHOU ANGELA ONLINE GAME TECHNOLOGY CO., LTD. and IMPERIUM INTERACTIVE ENTERTAINMENT LIMITED,<br><br>Plaintiffs and Counter-defendants,<br><br>v.<br><br>SNAIL GAMES USA INC. and WILDCARD PROPERTIES LLC,<br><br>Defendants and Counterclaimants. | Case No. 2:21-CV-09552 CAS (SK)<br><br>**ORDER TO DISMISS ALL CLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Christina A. Snyder<br>Case Filed: December 9, 2021<br>Trial Date: January 9, 2024 |

## Order

The Court, having reviewed the parties' stipulation and good cause appearing, hereby issues the following Order:

IT IS HEREBY ORDERED that, pursuant to the Parties' settlement agreement, all claims and counterclaims filed by the Parties in the instant litigation are hereby DISMISSED WITHOUT PREJUDICE.  It is further ORDERED that the Court will RETAIN JURISDICTION OVER THIS MATTER so that the Court may adjudicate any disputes that may arise regarding the Parties' settlement agreement.

SO ORDERED.

Date: October 23, 2023

*Christina A. Snyder*

District Judge Christina A. Snyder